IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERIC EALY et al.,

    Plaintiffs,

v.                                    CASE NO. 4:24cv29-RH-MAF

WEBBER INFRASTRUCTURE
MANAGEMENT, INC.,

    Defendant.

_____/

### ORDER REQUIRING DISCLOSURE STATEMENT

As required by Federal Rule of Civil Procedure 7.1 and paragraph 7 of the initial scheduling order entered February 22, 2024, the defendant must promptly file its corporate disclosure statement.

SO ORDERED on March 12, 2024.

                                              s/Robert L. Hinkle
                                              United States District Judge