UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO.: 4:24-cv-00029-RH-MAF

ERIC EALY AND DARRELL JAMES,

    Plaintiffs,

v.

WEBBER INFRASTRUCTURE
MANAGEMENT, INC. F/K/A FERROVIAL
SERVICES INFRASTRUCTURE, INC.,

    Defendant.
_____/

## NOTICE OF APPEARANCE

Adanna N. Ferguson, of the law firm of Fisher & Phillips LLP, hereby notifies the Court and Plaintiff of her appearance as an attorney for Defendants. Copies of all future correspondence, papers and pleadings relating to this case should be mailed, faxed or emailed to the undersigned.

**Date: March 29, 2024**                 **Respectfully submitted,**

                                                                      /s/ *Adanna N. Ferguson*
                                                                      Adanna N. Ferguson
                                                                      Florida Bar No.: 92372
                                                                      aferguson@fisherphillips.com
                                                                      Kenneth A. Knox
                                                                      Florida Bar No. 829455
                                                                      kknox@fisherphillips.com
                                                                      FISHER & PHILLIPS, LLP

201 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, Florida 33301
Telephone (954) 525-4800
Facsimile (954) 525-8739

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **March 29, 2024**, the foregoing document has been filed with the Clerk of the Court using the CM/ECF system and a true and correct copy has been provided to all counsel of record or unrepresented parties on the service list below by the method indicated.

/s/ *Adanna N. Ferguson*
Adanna N. Ferguson

## Service List

Daniel J. Barroukh, Esq.
Derek Smith Law Group, PLLC
danielb@dereksmithlaw.com
520 Brickell Key Dr, Suite O-301
Miami, FL 33131
Tel: (305) 946-1884
Fax: (305) 503-6741

*Attorney for Plaintiffs*