UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION
CASE NO.: 4:24-cv-00029-RH-MAF

ERIC EALY AND DARRELL JAMES,

    Plaintiffs,

v.

WEBBER INFRASTRUCTURE
MANAGEMENT, INC. F/K/A FERROVIAL
SERVICES INFRASTRUCTURE, INC.,

    Defendant.
_____/

## DEFENDANT'S STATEMENT

Pursuant to the Scheduling and Mediation Order [D.E. 12] dated March 18, 2024, the defendant, Webber Infrastructure Management, Inc. ("Webber"), states as follows:

**Plaintiff Ealy:**

During his three months of employment as a maintenance technician, Mr. Ealy was belligerent, verbally abusive, and insubordinate toward his immediate supervisor, Juan Garcia. There even were occasions when Mr. Ealy cursed at Project Superintendent Steve Bearden when he didn't like the work assignments given him. Mr. Ealy's unacceptable behavior became more pronounced around mid-May 2022 when Mr. James, his cousin, was hired as a maintenance technician.

In early June 2022, the defendant sent Mr. Ealy and Mr. James to a training course conducted by an outside vendor in Jacksonville, Florida. While attending the training, the conduct of Mr. Ealy and Mr. James was so inappropriate that some attendees complained about it to the vendor, who relayed those complaints to the defendant.

Mr. Ealy was disciplined in writing for twice failing to engage his seatbelt while driving the defendant's vehicle, a violation of the defendant's safety policy.

On June 14, 2022, Mr. Garcia directed Mr. Ealy and Mr. James to unload bags of trash that the crew had collected the previous day into a dumpster at the office. Mr. James interrupted, became belligerent, and said that he and Mr. Ealy worked harder than Mr. Garcia and Mr. Roebuck. Mr. Ealy cursed at Mr. Garcia and refused to do what Mr. Garcia had directed him to. Mr. Garcia reported the incident to Mr. Bearden.

Mr. Bearden then directed Mr. Ealy and Mr. James to go home for the rest of the day. Shortly thereafter, Human Resources Director Stacy Wessell was asked to conduct an investigation into the June 14 incident and the complaints about Mr. Ealy's and Mr. James' conduct at work.

As a result of the investigation, the defendant terminated Mr. Ealy's employment for misconduct at work. Mr. James was allowed to return to work, but he failed to report for work, and subsequently was administratively removed from the defendant's payroll.

**Plaintiff James:**

Around mid-May 2022, Mr. James, Mr. Ealy's cousin, was hired by the defendant as a maintenance technician. Mr. James typically did not openly challenge Mr. Garcia's authority as Mr. Ealy did, but he took his cues from his cousin.

In early June 2022, the defendant sent Mr. Ealy and Mr. James to a training course conducted by an outside vendor in Jacksonville, Florida. While attending the training, the conduct of Mr. Ealy and Mr. James was so inappropriate that some attendees complained about it to the vendor, who relayed those complaints to the defendant.

On June 14, 2022, Mr. Garcia directed Mr. Ealy and Mr. James to unload bags of trash that the crew had collected the previous day into a dumpster at the office.  Mr. James interrupted, became belligerent, and said that he and Mr. Ealy worked harder than Mr. Garcia and Mr. Roebuck.  Mr. Ealy cursed at Mr. Garcia and refused to do what Mr. Garcia had directed him to.  Mr. Garcia reported the incident to Mr. Bearden.

Mr. Bearden then directed Mr. Ealy and Mr. James to go home for the rest of the day.  Shortly thereafter, Human Resources Director Stacy Wessell was asked to conduct an investigation into the June 14 incident and the complaints about Mr. Ealy's and Mr. James' conduct at work.

As a result of the investigation, the defendant terminated Mr. Ealy's employment for misconduct at work.   Mr. James was allowed to return to work, but he failed to report for work, and subsequently was administratively removed from the defendant's payroll.

Date: April 1, 2024                                         Respectfully submitted,

                                                                By:   /s/Kenneth A. Knox
                                                                         Kenneth A. Knox
                                                                         Fla. Bar No. 829455
                                                                         kknox@fisherphillips.com
                                                                         Adanna N. Ferguson
                                                                         Fla. Bar No. 92372
                                                                         aferguson@fisherphillips.com
                                                                         FISHER & PHILLIPS, LLP
                                                                         201 East Las Olas Boulevard
                                                                         Suite 1700
                                                                         Fort Lauderdale, Florida 33301
                                                                         Telephone (954) 525-4800
                                                                         *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **April 1, 2024**, I caused a true and correct copy of the foregoing **DEFENDANT'S STATEMENT** to be served by U.S. Mail and *Electronic Mail* on all counsel or parties of record listed on the attached service list.

                                             s/*Kenneth A. Knox*
Kenneth A. Knox
Fla. Bar No. 829455
kknox@fisherphillips.com
Adanna N. Ferguson
Fla. Bar No. 92372
aferguson@fisherphillips.com
FISHER & PHILLIPS, LLP
201 East Las Olas Boulevard
Suite 1700
Fort Lauderdale, Florida 33301
Telephone (954) 525-4800
*Attorneys for Defendant*

*Service List*

Daniel J. Barroukh, Esquire
danielb@dereksmithlaw.com
Derek Smith Law Group, PLLC
520 Brickell Key Drive
Suite O-301
Miami, Florida 33131
Telephone (305) 946-1884
*Attorneys for Plaintiff*