# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ERIC EALY et al.,

    Plaintiffs,

v.                                CASE NO. 4:24cv29-RH-MAF

WEBBER INFRASTRUCTURE
MANAGEMENT, INC.,

    Defendant.

_____/

## THIRD ORDER REQUIRING A DISCLOSURE STATEMENT

Federal Rule of Civil Procedure 7.1, the initial scheduling order entered February 22, 2024 (ECF No. 6 at ¶ 7), and the order of March 12, 2024 (ECF No. 9), all require the defendant to file a corporate disclosure statement. This is the third and final order requiring the defendant to do so. The next order will impose sanctions.

IT IS ORDERED:

The defendant must file a corporate disclosure statement by April 12, 2024.

SO ORDERED on April 2, 2024.

                                      s/Robert L. Hinkle
                                      United States District Judge