UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO. 4:24-cv-29-RH-MAF

ERIC EALY,

    Plaintiff,

v.

WEBBER INFRASTRUCTURE
MANAGEMENT, INC.,

    Defendant.
_____/

## **DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, the defendant, Webber Infrastructure Management, Inc. ("Webber"), states as follows:

> There is no corporation that is a parent of Webber Infrastructure Management, U.S., Inc., nor is there any publicly held corporation that owns 10% or more of its stock.

Date: April 3, 2024　　　　　　　　　Respectfully submitted,

                                              s/*Kenneth A. Knox*
                                              Kenneth A. Knox
                                              (Fla. Bar No. 829455)
                                              kknox@fisherphillips.com
                                              Adanna N. Ferguson
                                              Florida Bar No.: 92372
                                              aferguson@fisherphillips.com
                                              FISHER & PHILLIPS, LLP

>201 East Las Olas Boulevard, Suite 1700
>Fort Lauderdale, Florida 33301
>Telephone (954) 525-4800
>Facsimile (954) 525-8739
>*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **April 3, 2024**, , the foregoing document has been filed with the Clerk of the Court using the CM/ECF system and a true and correct copy has been provided to all counsel of record or unrepresented parties on the service list below by the method indicated.

>s/*Kenneth A. Knox*
>Kenneth A. Knox

## Service List

Daniel J. Barroukh, Esq.
Derek Smith Law Group, PLLC
danielb@dereksmithlaw.com
520 Brickell Key Dr, Suite O-301
Miami, FL 33131
Tel: (305) 946-1884
Fax: (305) 503-6741
*Attorney for Plaintiffs*

*Via CM/ECF*

2