IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERIC EALY et al.,

    Plaintiffs,

v.                                  CASE NO. 4:24cv29-RH-MAF

WEBBER INFRASTRUCTURE
MANAGEMENT, INC.,

    Defendant.

_____/

## ORDER ON LEAVE TO FILE THE
## FIRST AMENDED COMPLAINT

    Without seeking leave of court, the plaintiffs have tendered a first amended complaint. The first amended complaint will be struck unless, by May 1, 2024, the plaintiffs file a motion for leave to file it. If, in the attorney conference required by Local Rule 7.1, the defendant's attorney advises the plaintiffs' attorney that the defendant does not oppose the amendment, the motion for leave to amend may consist of a single sentence noting that the defendant does not object.

    SO ORDERED on April 16, 2024.

                                              s/Robert L. Hinkle
                                              United States District Judge