## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

ERIC EALY *et al.*,                                          CASE NO.: 4:24-cv-00029-RH-MAF

      Plaintiffs,

v.

WEBBER INFRASTRUCTURE
MANAGEMENT, INC.,

      Defendant.
_____ /

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Pursuant to Rule 15(a)(2), Federal Rules of Civil Procedure and N.D. Fla. Local Rule 15.1, Plaintiffs Eric Ealy and Darrell James (collectively, the "Plaintiffs"), respectfully request that the Court enter an order granting the Plaintiffs leave to file the Amended Complaint attached hereto as **Exhibit A**, which narrowly revises Plaintiffs' initial Complaint (D.E. 1), primarily to correct the Defendant's state of incorporation and a formatting error, and in support Plaintiffs state as follows:

1. Defendant does not object to Plaintiffs' filing of the Amended Complaint.

**WHEREFORE**, the Plaintiffs respectfully request that the Court enter an order granting the Plaintiffs' motion and leave to file the Amended Complaint attached hereto as Exhibit A.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Counsel for the Plaintiffs conferred with counsel for the Defendant and was informed that the Defendant does not oppose the relief requested.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on April 26, 2024, on all counsel of record on the service list below via CM/ECF.

Dated: Miami, Florida
April 26, 2024

**DEREK SMITH LAW GROUP, PLLC**
*Counsel for Plaintiffs*

*/s/ Daniel J. Barroukh*
Daniel J. Barroukh, Esq.
Florida Bar No.: 1049271
Derek Smith Law Group, PLLC
520 Brickell Key Drive, Suite O-301
Miami, FL 33131
Tel: (305) 946-1884
Fax: (305) 503-6741
Danielb@dereksmithlaw.com

## **SERVICE LIST**

**FISHER & PHILLIPS, LLP**

Kenneth A. Knox
Florida Bar No.: 829455
Email: kknox@fisherphillips.com
Fisher & Phillips LLP
201 East Last Olas Boulevard, Suite 1700
Fort Lauderdale, Florida, 33301
Telephone: (954) 525-4800
Facsimile: (954) 525-8739

*Attorneys for Defendant*