IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERIC EALY et al.,

    Plaintiffs,

v.                                      CASE NO. 4:24cv29-RH-MAF

WEBBER INFRASTRUCTURE
MANAGEMENT, INC.,

    Defendant.

_____/

**ORDER GRANTING LEAVE TO FILE**
**THE FIRST AMENDED COMPLAINT**

The plaintiffs' unopposed motion, ECF No. 20, for leave to file the first amended complaint is granted. The first amended complaint, ECF No. 20-1, is deemed filed as of April 30, 2024.

SO ORDERED on April 30, 2024.

                                      s/Robert L. Hinkle
                                      United States District Judge