UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERIC EALY
and DARRELL JAMES,   CASE NO.: 4:24-cv-00029-RH-MAF

    Plaintiffs,

v.

WEBBER INFRASTRUCTURE
MANAGEMENT, INC.,

    Defendant.
_____ /

## PLAINTIFFS' MOTION TO COMPEL DISCOVERY

Pursuant to Fed. R. Civ. P. 34 and Local Rule 26.1(D), Plaintiffs Eric Ealy and Darrell James (collectively "Plaintiffs"), by and through undersigned counsel, hereby move the Court for the entry of an order compelling discovery. In support of this Motion, Plaintiffs state as follows:

1. This action arises from Plaintiffs' claims brought under 42 U.S.C. § 1981 *et seq*. ("Section 1981") and the Florida Civil Rights Act of 1992, § 760.01, Florida Statutes *et seq*. ("FCRA"), for the unlawful discrimination, hostile work environment, and retaliation Plaintiffs experienced as a result of their employment with Defendant.

2. On March 21, 2024, Plaintiffs each served on Defendant their First Request for Production. *See* Exh. A.

3. Plaintiffs' requests included the request for the personnel files of Allen Roebuck, a non-black individual who was employed by Defendant to the same position as Plaintiffs, and Juan Garcia, Russ Flowers, Stephen Bearden, and Stacy Wessel, all non-black individuals employed by Defendant to a supervisory or managerial position. Nonetheless, Plaintiffs allege each individual was involved in Defendant's discriminatory and unlawful treatment of Plaintiffs.

4. On May 31, 2024, Defendant served its responses to each of Plaintiffs' First Request for Production. *See* Exh. B.

5. Defendant's Responses are deficient and fail to provide Plaintiffs with responsive documents as to Requests for Production of Documents Nos. 18-22.

6. Plaintiffs' and Defendant's counsel attempted in good faith to resolve these deficiencies over a phone call on June 17, 2024.

7. Plaintiffs further attempted in good faith to resolve these issues by outlining the specific deficiencies in a detailed conferral email sent to Defendant's counsel on June 18, 2024, and June 20, 2024. *See* Exh. C; *See* Exh. D.

8. On June 21, 2024, Defendant served another version of these responses, still deficient and failed to provide Plaintiffs with responsive documents as to Requests for Production of Documents Nos. 18-22, with the identical objections for RFP Nos. 18-22. *See* Exh. E.

9. On July 15, 2024, Plaintiffs again attempted in good faith to resolve these issues by outlining specific deficiencies in a conferral email sent to Defendant's counsel. *See* Exh. F.

10. On July 16, Defendant's counsel declined to produce responsive documents to Plaintiffs. *Id*.

11. Pursuant to the conferral, Plaintiffs' counsel and Defendant's counsel cannot agree to Defendant producing responsive documents to Plaintiffs' Request for Production Nos. 18-22.

12. To date, Defendant has repeatedly refused to produce the requested personnel files.

13. Plaintiffs believe that the personnel files of the individuals in the Request for Production of Documents Nos. 18-22 must be produced at this stage of the proceedings in compliance with the Federal Rules of Civil Procedure and relevant case law.

**WHEREFORE**, the Plaintiffs respectfully request that this Honorable Court order Defendant to produce responsive documents to Plaintiff Eric Ealy's and Plaintiff Darrel James' First Request for Production of Documents Nos. 18-22, in accordance with Plaintiffs' accompanying Memorandum.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(B)

Pursuant to Local Rule 7.1(B), Plaintiffs certify that they conferred with opposing counsel in good faith by telephone on June 17, 2024, and electronically on June 18, 2024, June 20, 2024, and July 15, 2024, but without success, in an effort to resolve the subject of this motion without the necessity of court involvement.

*/s/ Daniel J. Barroukh*
Daniel J. Barroukh, Esq.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on July 22, 2024, on all counsel of record on the service list below via CM/ECF.

Dated: Miami, Florida
July 22, 2024

**DEREK SMITH LAW GROUP, PLLC**
*Counsel for Plaintiffs*

*/s/ Daniel J. Barroukh*
Daniel J. Barroukh, Esq.
Florida Bar No.: 1049271
Derek Smith Law Group, PLLC
520 Brickell Key Drive, Suite O-301
Miami, FL 33131
Tel: (305) 946-1884
Fax: (305) 503-6741
Danielb@dereksmithlaw.com

**SERVICE LIST**

**FISHER & PHILLIPS, LLP**
201 East Last Olas Boulevard, Suite 1700
Fort Lauderdale, Florida, 33301
Telephone: (954) 525-4800
Facsimile: (954) 525-8739

Kenneth A. Knox
Florida Bar No.: 829455
Email: kknox@fisherphillips.com
Fisher & Phillips LLP
Adanna N. Ferguson
Florida Bar No.: 92372
Email: aferguson@fisherphillips.com

*Attorneys for Defendant*