## SERVICE OF COURT DOCUMENT: Ealy, et al. v. Webber Infrastructure Management, Inc.; Case No.: 4:24-cv-RH-MAF

**Brown, LaTisha** <lsbrown@fisherphillips.com>
Fri 5/31/2024 3:57 PM
To: Daniel Barroukh <danielb@dereksmithlaw.com>; David Rodriguez <David@dereksmithlaw.com>
Cc: Ferguson, Adanna <aferguson@fisherphillips.com>

📎 4 attachments (3 MB)
Ferrovial - Ealy - Defendant's Answers to First Set of Interrogatories.pdf; Ferrovial - Ealy - Defendant's Response to First Request for Production.pdf; Ferrovial - James - Defendant's Answers to First Set of Interrogatories.pdf; Ferrovial - James - Defendant's Response to First Request for Production.pdf;

Good afternoon:

At the request of Adanna Ferguson, please review the attached discovery responses along with Defendant's Production of Documents, found **here**. Also, please note that **we have redacted cell phone numbers and financial information on the grounds that the information is private and confidential**.

Please see the below instructions for the share folder:

You should have received an email from me with an iManage Share link containing a folder for your review. iManage Share requires users to login and set a password. Your user id will be your email address and you will need to set a password. Please retain this password should we send you future documents via iManage Share. If we have previously sent you documents via iManage Share and you cannot remember your password, you will have to reset it, instructions to reset your password are as follows:

Click on this link https://www.imanageshare.com/ and follow below directions:



Click the "next" button, then click on the "forgot password" option.



You will then receive another email with password reset instructions.

Thank you and should you have any questions, please do not hesitate to contact us.

**EXHIBIT B**

Regards,



**LaTisha Brown**
**Legal Secretary**

Fisher & Phillips LLP
201 E. Las Olas Boulevard | Suite 1700 | Fort Lauderdale, FL 33301
lsbrown@fisherphillips.com | O: (954) 233-5650

Website      *On the Front Lines of Workplace Law*<sup>SM</sup>

---

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

**From:** Brown, LaTisha
**Sent:** Friday, May 31, 2024 3:50 PM
**To:** danielb@dereksmithlaw.com; David@dereksmithlaw.com
**Cc:** Ferguson, Adanna <aferguson@fisherphillips.com>
**Subject:** SERVICE OF COURT DOCUMENT: Ealy, et al. v. Webber Infrastructure Management, Inc.; Case No.: 4:24-cv-RH-MAF

Good afternoon:  At the request of Adanna Ferguson, please review the attached discovery responses along with Defendant's Production of Documents, found **here**.

Please see the below instructions for the share folder:

You should have received an email from me with an iManage Share link containing a folder for your review. iManage Share requires users to login and set a password.  Your user id will be your email address and you will need to set a password.  Please retain this password should we send you future documents via iManage Share.   If we have previously sent you documents via iManage Share and you cannot remember your password, you will have to reset it, instructions to reset your password are as follows:

Click on this link https://www.imanageshare.com/ and follow below directions:



Click the "next" button, then click on the "forgot password" option.



You will then receive another email with password reset instructions.

Thank you and should you have any questions, please do not hesitate to contact us.

Regards,



**LaTisha Brown**

**Legal Secretary**

Fisher & Phillips LLP
201 E. Las Olas Boulevard | Suite 1700 | Fort Lauderdale, FL 33301
lsbrown@fisherphillips.com | O: (954) 233-5650

Website        *On the Front Lines of Workplace Law*[SM]

---

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*