| | |
|---|---|
| **From:** | Daniel Barroukh |
| **Sent:** | Tuesday, June 18, 2024 4:26 PM |
| **To:** | Ferguson, Adanna |
| **Cc:** | Knox, Ken; David Rodriguez; Kyle MacDonald; Dunn, Katharine |
| **Subject:** | Re: Ealy and James v. Ferrovial: plaintiffs' discovery responses |

Good afternoon Adanna,

Thank you for memorializing our discussion. However, there is one thing that I disagree with in the memorialization. Regarding RFP 18, we disagreed as to whether Allen Roebuck's file was relevant. I believe that he is a comparator, and his personnel file is, as such, relevant to the proceedings. I would like you to reconsider this position regarding RFP 18.

Best
Daniel


**Daniel J. Barroukh, Esq.**
*Admitted in FL
**New York | New Jersey | Philadelphia | Miami | Los Angeles | San Francisco | San Diego**
**Email:** danielb@dereksmithlaw.com
**Toll Free:** (800) 807-2209 **| Direct Line:** (786) 688-2335
520 Brickell Key Drive, Suite O-301 | Miami, Florida 33131
discriminationandsexualharassmentlawyers.com

*The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you. If you are a client of this firm and this email is directed to you, please do not forward to any other party, or you could be waiving the attorney-client privilege. Settlement Communication Notice: If this communication pertains to a settlement in any case, all settlement agreements are subject to final client approval and signature by all parties. Any cases and business handled in California are handled exclusively through the distinct entity, Derek Smith Law Group, LLP.

1

