## SERVICE OF COURT DOCUMENT: Eric Ealy and Darrell James v. Ferrovial Services: Case No. 4:24-cv-RH-MAF; U.S.D.C. Northern District of Florida

**Brown, LaTisha** <lsbrown@fisherphillips.com>

Fri 6/21/2024 3:32 PM

To: Daniel Barroukh <danielb@dereksmithlaw.com>;David Rodriguez <David@dereksmithlaw.com>
Cc: Dunn, Katharine <KDUNN@fisherphillips.com>;Ferguson, Adanna <aferguson@fisherphillips.com>;Knox, Ken <kknox@fisherphillips.com>

 4 attachments (2 MB)

2024-6-21 - James -Defendant's Supplemental Answers to Interrogatories.pdf; 2024-6-21 - Ealy -Defendant's Supplemental Answers to Interrogatories.pdf; 2024-6-21 - Ealy -Defendant's Supplemental Request for Production.pdf; 2024-6-21 - James -Defendant's Supplemental Request for Production.pdf;

Good afternoon:

At the request of Adanna Ferguson and Kenneth Knox, please review Defendant's attached discovery responses regarding the subject case.

Regards,



**LaTisha Brown**
**Legal Secretary**

Fisher & Phillips LLP
201 E. Las Olas Boulevard | Suite 1700 | Fort Lauderdale, FL 33301
lsbrown@fisherphillips.com | O: (954) 233-5650

Website       On the Front Lines of Workplace Law[SM]

---

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*



EXHIBIT E