# Ferguson, Adanna

| | |
|---|---|
| **From:** | Ferguson, Adanna |
| **Sent:** | Wednesday, July 24, 2024 1:24 PM |
| **To:** | Daniel Barroukh |
| **Cc:** | Knox, Ken; David Rodriguez; Kyle MacDonald; Dunn, Katharine |
| **Subject:** | Eric Ealy and Darrell James v. Webber: Documents produced in response to plaintiffs' motion to compel |
| **Attachments:** | Roebuck, Allen - Employee Handbook Acknolwedgment.pdf; Juan Garcia - Employee Acceptance Statement.pdf; Stephen Bearden - Handbook Acknowledgement.pdf; Flowers, Russ - Employee Handbook Acknolwedgment.pdf; Bearden, Stephen - Employee Handbook Acknowledgment.pdf |

Good Afternoon Daniel,

Pursuant to your motion to compel, please see the attached policy acknowledgements for Juan Garcia, Russ Flowers, Allen Roebuck, and Stephen Bearden. Stacy Wessel's personnel file does not contain a similar document.



**Adanna Ferguson**
Attorney

Fisher & Phillips LLP
201 E. Las Olas Boulevard | Suite 1700 | Ft. Lauderdale, FL 33301
aferguson@fisherphillips.com | O: (954) 847-4714

vCard  |  Bio  |  Website    *On the Front Lines of Workplace Law* ℠

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*