**New York | New Jersey | Philadelphia | Miami | Los Angeles | San Francisco | San Diego**
Email: danielb@dereksmithlaw.com
Toll Free: (800) 807-2209 | Direct Line: (786) 688-2335
520 Brickell Key Drive, Suite O-301 | Miami, Florida 33131
discriminationandsexualharassmentlawyers.com

*The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you. If you are a client of this firm and this email is directed to you, please do not forward to any other party, or you could be waiving the attorney-client privilege. Settlement Communication Notice: If this communication pertains to a settlement in any case, all settlement agreements are subject to final client approval and signature by all parties. Any cases and business handled in California are handled exclusively through the distinct entity, Derek Smith Law Group, LLP.

**From:** Ferguson, Adanna <aferguson@fisherphillips.com>
**Sent:** Monday, June 17, 2024 6:22:51 PM
**To:** Daniel Barroukh <danielb@dereksmithlaw.com>
**Cc:** Knox, Ken <kknox@fisherphillips.com>; David Rodriguez <David@dereksmithlaw.com>; Kyle MacDonald <kyle@dereksmithlaw.com>; Dunn, Katharine <KDUNN@fisherphillips.com>
**Subject:** RE: Ealy and James v. Ferrovial: plaintiffs' discovery responses

Good Afternoon Daniel,

Thank you for speaking with me this afternoon. This email is to memorialize our conferral regarding the defendant's responses to Mr. Ealy and Mr. James' Interrogatories and Requests for Production. Listed below are the specific interrogatories and RFPs that we discussed along with the results of our conferral. At the outset of our discussion I clarified that all positions taken with regard to each response are subject to my client's review and approval.

Regarding depositions, the plaintiffs' depositions will be taken in person. Mr. Knox will also be taking Iesha Robinson's deposition in person. We have no opposition to you taking any of the other witness depositions virtually.

We also discussed an extension for you to provide the plaintiffs' updated discovery responses. We are willing to extend the deadline to Friday, June 20th to provide updated responses.

### Ealy and James Interrogatories

- No. 5: Request has been narrowed to complaints of race discrimination, retaliation, or harassment made to the EEOC or FCHR against employees in the defendant's Madison, Florida office from January 1, 2021 through June 27, 2022 (Ealy's date of termination)
- No. 16: Updated answer provided during conferral meeting; refer to Bates number 214-242.

### Ealy and James Request for Production

- Nos. 1, 5-13, 23-26, and 30-32: Defendant will supplement with a withholding statement pertaining to privilege
- No. 13: Answer is sufficient as written but will be supplemented with a withholding statement
- Nos. 18-22: Response is sufficient drafted
- No. 23: Response is otherwise sufficient as drafted
- No. 24: Response is otherwise sufficient as drafted
- No. 25: Response is otherwise sufficient as drafted

- No. 26: Response is otherwise sufficient as drafted
- No. 30: Response is otherwise sufficient as drafted
- No. 31: Request is narrowed in the same way as interrogatory number 5. Narrowed requests seeks race discrimination complaints made to the EEOC, FCHR, or made internally to the defendant against any employee in the defendant's Madison, FL office during the period January 1, 2021 – January 27, 2022 (Ealy's termination date)
- No. 32: Request is narrowed in the same way as interrogatory number 5. Narrowed requests seeks race-based harassment complaints made to the EEOC, FCHR, or made internally to the defendant against any employee in the defendant's Madison, FL office during the period January 1, 2021 – January 27, 2022 (Ealy's termination date)

**Adanna Ferguson**
Attorney

Fisher & Phillips LLP
201 E. Las Olas Boulevard | Suite 1700 | Ft. Lauderdale, FL 33301
aferguson@fisherphillips.com | O: (954) 847-4714

vCard | Bio | Website   On the Front Lines of Workplace Law℠

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

---

**From:** Daniel Barroukh <danielb@dereksmithlaw.com>
**Sent:** Monday, June 17, 2024 1:41 PM
**To:** Ferguson, Adanna <aferguson@fisherphillips.com>
**Cc:** Knox, Ken <kknox@fisherphillips.com>; David Rodriguez <David@dereksmithlaw.com>; Kyle MacDonald <kyle@dereksmithlaw.com>; Dunn, Katharine <KDUNN@fisherphillips.com>
**Subject:** Re: Ealy and James v. Ferrovial: plaintiffs' discovery responses

Adanna,

I am still available at 1:45 P.M. today for a call.

Best,
Daniel

**Daniel J. Barroukh, Esq.**
*Admitted in FL



**Derek Smith Law Group, PLLC**
520 Brickell Key Drive, Suite O-301  |  Miami, Florida 33131
Toll Free: (800) 807-2209  |  Direct: (786) 688-2335
Email: danielb@dereksmithlaw.com
www.discriminationandsexualharassmentlawyers.com