not disciplined. It is of no consequence because they were not suspended or terminated for failure to wear a seatbelt. In fact, Plaintiffs did not suffer any adverse employment action for failure to wear a seatbelt. Mr. Ealy was merely given a written warning and Mr. James was given no such warning.

Moreover, Mr. Roebuck also cannot be the plaintiffs' comparator because throughout the amended complaint he is the person that the plaintiffs accuse of engaging in the discriminatory and harassing conduct itself. See *Ricks v. InDyne*, Inc., 552 F.Supp.3d 1248, 1262 (N.D. Fla. 2021)("Again, comparators are individuals outside the plaintiff's protected class who engage in the same basic misconduct yet were treated better. They are not the people who engaged in the discrimination itself.").

For these reasons, the defendant maintains its objection to RFP 18.

Respectfully,

**Adanna Ferguson**
Attorney

Fisher & Phillips LLP
201 E. Las Olas Boulevard | Suite 1700 | Ft. Lauderdale, FL 33301
aferguson@fisherphillips.com | O: (954) 847-4714

vCard  |  Bio  |  Website   *On the Front Lines of Workplace Law*[SM]

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

---

**From:** Daniel Barroukh <danielb@dereksmithlaw.com>
**Sent:** Tuesday, June 18, 2024 4:26 PM
**To:** Ferguson, Adanna <aferguson@fisherphillips.com>
**Cc:** Knox, Ken <kknox@fisherphillips.com>; David Rodriguez <David@dereksmithlaw.com>; Kyle MacDonald <kyle@dereksmithlaw.com>; Dunn, Katharine <KDUNN@fisherphillips.com>
**Subject:** Re: Ealy and James v. Ferrovial: plaintiffs' discovery responses

Good afternoon Adanna,

Thank you for memorializing our discussion. However, there is one thing that I disagree with in the memorialization. Regarding RFP 18, we disagreed as to whether Allen Roebuck's file was relevant. I believe that he is a comparator, and his personnel file is, as such, relevant to the proceedings. I would like you to reconsider this position regarding RFP 18.

Best
Daniel


**Daniel J. Barroukh, Esq.**
*Admitted in FL