| | |
|---|---|
| **From:** | Daniel Barroukh |
| **To:** | Ferguson, Adanna |
| **Cc:** | Knox, Ken; David Rodriguez; Kyle MacDonald; Dunn, Katharine |
| **Subject:** | Re: Ealy and James v. Ferrovial: plaintiffs" discovery responses |
| **Date:** | Thursday, June 20, 2024 6:14:25 PM |
| **Attachments:** | image001.png<br>Outlook-t3t0xpKzv5.png |

Good evening Adanna,

Although you insist that Allen Roebuck is not a comparator, nowhere in the case law you provided does it state that an employee must engage in the same conduct to be considered a comparator, as it is one of many factors in the analysis. More importantly, the Plaintiff is not required to establish that an employee is a comparator to be entitled to personnel files at this stage. This is discovery, not summary judgment.

"Because evidence of previous disciplinary matters and documents evincing racial animus are relevant to establishing circumstantial evidence of racial discrimination, documents concerning these matters contained within the employee's files are discoverable in this case." *Dukes v. Geo Grp. Inc*, No. 5:18-cv-116-MCR/MJF, 2018 U.S. Dist. LEXIS 249761, at *8 (N.D. Fla. Dec. 6, 2018).

As such, I am upholding my request for Allen Roebuck's personnel file.

Further, I am maintaining my request for the personnel files of Juan Garcia, Russ Flowers, Stephen Bearden, and Stacy Wessel as stated in Plaintiff Ealy's RFP 19 - RFP 22. See Cherenfant v. Nationwide Credit, Inc., No. CIV 03-60655, 2004 U.S. Dist. LEXIS 30458, 2004 WL 5313965, at *3 (S.D. Fla. May 10, 2004) (ordering the production of the personnel files of management employees who allegedly engaged in discriminatory conduct and who were identified as witnesses in Rule 26 disclosures).

Plaintiffs successfully identified each and every one of the aforementioned individuals in their Rule 26 disclosures, and additionally alleged those management employees engaged in discriminatory conduct in their Complaint.

Please let me know if you have any questions.

Best,
Daniel


**Daniel J. Barroukh, Esq.**
*Admitted in FL