| | |
|---|---|
| **From:** | Daniel Barroukh |
| **To:** | Knox, Ken; Ferguson, Adanna |
| **Cc:** | Kyle MacDonald; Dunn, Katharine; David Rodriguez |
| **Subject:** | Re: Eric Ealy and Darrell James v. Webber Infrastructure Management, Inc. |
| **Date:** | Monday, July 15, 2024 2:18:49 PM |
| **Attachments:** | image001.png<br>image002.png<br>Outlook-t3t0xpKzv5.png<br>Outlook-t3t0xpKzv5.png |

Good afternoon,

I am still figuring out which dates work for my clients' depositions.

In the meantime, please let me know when the following individuals are available for deposition from August 19, 2024 through September 6, 2024:

- Juan Garcia
- Russ Flowers
- Stephen Bearden
- Allen Roebuck
- Stacy Wessell
- Marilyn King
- Shauna Stoddard

Because Allen Roebuck and Juan Garcia are no longer employed by Defendant, I would like to schedule their depositions for August 28 and August 29.

Further, Plaintiff is still seeking information from RFPs 18-22 and intends to file a Motion to Compel with the Court to obtain the requested documentation.

As discussed, although Ms. Ferguson maintained that Mr. Roebuck is not a comparator, I explained that the caselaw provided does not state that an employee must engage in the same conduct to be considered a comparator, as it is one of many factors in the analysis. More importantly, the Plaintiff is not required to establish that an employee is a comparator to be entitled to personnel files at this stage.

Please let me know if Defendant intends to amend its RFP responses to incorporate the requested documents in RFPs 18-22.

Let this email serve as Plaintiff's good faith attempt to confer on and resolve this discovery dispute. If I do not hear back by the end of day on Wednesday, July 17, 2024, I will file Plaintiff's Motion to Compel discovery.

Best,
Daniel

**Daniel J. Barroukh, Esq.**
*Admitted in FL