# United States District Court
## CIVIL MINUTES - GENERAL

Date: <u>July 25, 2024</u>                                                  Case No.: <u>4:24cv29-RH</u>
Time: <u>3:00 – 3:24 p.m.</u>

ERIC EALY et al. v. WEBBER INFRASTRUCTURE MANAGEMENT, INC.

DOCKET ENTRY: Telephonic Motion Hearing held. Court hears argument of counsel on plaintiffs' motion to compel discovery. Ruling by Court: The motion is granted in part. An order will follow.

PRESENT:   **ROBERT L. HINKLE, U. S. DISTRICT JUDGE**

<u>Victoria Milton McGee/Megan Bradley</u>                    <u>Megan Hague</u>
Deputy Clerk                                              Official Court Reporter

ATTORNEY APPEARING FOR PLAINTIFFS:
Daniel Barroukh

ATTORNEYS APPEARING FOR DEFENDANT:
Adanna Ferguson