**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

CASE NO.: 4:24-cv-00029-RH-MAF

ERIC EALY and DARRELL JAMES,

      Plaintiffs,

v.

WEBBER INFRASTRUCTURE
MANAGEMENT, INC. F/K/A FERROVIAL
SERVICES INFRASTRUCTURE, INC.,

      Defendant.

_____/

**<u>NOTICE OF MEDIATION</u>**

      Plaintiffs, ERIC EALY and DARRELL JAMES, hereby give notice that the mediation conference in the above-captioned matter will be held on Thursday, October 24, 2024, at 10:00 a.m., before Jeffrey Streitfeld, Esq., via Zoom or other comparable video conferencing technology. Undersigned states the date, time, and place were agreed to by all parties.

      Dated this 27th day of September, 2024.

                                   **DEREK SMITH LAW GROUP, PLLC**

                                   */s/ Daniel J. Barroukh*
                                   Daniel J. Barroukh, Esq.
                                   Florida Bar No. 1049271
                                   Derek Smith Law Group, PLLC
                                   520 Brickell Key Drive, Suite O-301
                                   Miami, FL, 33131
                                   Tel: (305) 946-1884
                                   Fax: (305) 503-6741
                                   danielb@dereksmithlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on September 27, 2024, on all counsel of record on the service list below via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Daniel J. Barroukh*
Daniel J. Barroukh, Esq.

## SERVICE LIST

**FISHER & PHILLIPS, LLP**

Kenneth A. Knox
Florida Bar No.: 829455
Email: kknox@fisherphillips.com
Fisher & Phillips LLP
201 East Last Olas Boulevard, Suite 1700
Fort Lauderdale, Florida, 33301
Telephone: (954) 525-4800
Facsimile: (954) 525-8739

*Attorneys for Defendant*