# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

CASE NO.: 4:24-cv-00029-RH-MAF

ERIC EALY AND DARRELL JAMES,

    Plaintiffs,

v.

WEBBER INFRASTRUCTURE MANAGEMENT, INC. F/K/A FERROVIAL SERVICES INFRASTRUCTURE, INC.,

    Defendant.

_____/

## NOTICE OF APPEARANCE

Please take notice that attorney John Y. Doty of the law firm Fisher & Phillips LLP, is appearing as counsel for Defendant Webber Infrastructure Management, Inc. f/k/a Ferrovial Services Infrastructure, Inc. Please provide him copies of any pleadings, motions, orders, or other papers or documents served in connection with this matter.

**Date: October 22, 2024**       Respectfully submitted,

    */s/ John Y. Doty*
    John Y. Doty
    Florida Bar No. 1030883
    jdoty@fisherphillips.com
    Kenneth A. Knox
    Florida Bar No. 829455

kknox@fisherphillips.com
FISHER & PHILLIPS, LLP
201 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, Florida 33301
(954) 525-4800

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **October 22, 2024**, the foregoing document has been filed with the Clerk of the Court using the CM/ECF system and a true and correct copy has been provided to all counsel of record or unrepresented parties on the service list below by the method indicated.

/s/ *John Y. Doty*
JOHN Y. DOTY

## Service List

Daniel J. Barroukh, Esq.
Derek Smith Law Group, PLLC
danielb@dereksmithlaw.com
520 Brickell Key Dr, Suite O-301
Miami, FL 33131
(305) 946-1884

*Attorney for Plaintiffs*

2