## DECLARATION OF STEPHEN BEARDEN

I, Stephen Bearden, declare and state as follows:

1. I am more than 18 years of age and have knowledge of the facts contained in this declaration. If called to testify, I can and will testify as to each of the facts set forth herein.

2. Webber Infrastructure Management, Inc. f/k/a Ferrovial Services Infrastructure, Inc. ("Ferrovial") provides road maintenance services, such as repairing guardrails, litter control, landscaping, bridge repairs, and tunnel monitoring and maintenance throughout the United States. I currently am employed with Ferrovial in Madison, Florida, as a Project Superintendent. I have held this position since 2021. Russ Flowers, Project Manager, also oversees projects coordinated through the Madison office.

3. To perform the above-identified services at jobsites within an approximately 30-mile radius of Madison, Ferrovial stores a tractor, two "gators," one Kawasaki mule, two zero-turn mowers, and one skid-steer. Only the tractor and skid-steer are air-conditioned. The "gators" and Kawasaki mule each have covers which protect occupants from the direct rays of the sun. Maintenance Technicians are trained to use the tractor because it is the largest and most sophisticated piece of equipment they are ever asked to operate. At the start of each day, employees use Company vehicles to transport most equipment from the office to the jobsites assigned for the day.

4. In March 2022, I hired Eric Ealy, and in May 2022, I hired Darrell James as Maintenance Technicians for Ferrovial in Madison. I had authority to make decisions affecting the material terms of their employment, such as pay, any discipline, and suspension and termination.

5. Juan Garcia previously was employed at Ferrovial as a Foreman. Because of the scope of the work done by the Madison office – it is responsible for maintaining hundreds of miles of state roadways – and the small number of technicians working out of that office, Mr. Garcia was a working foreman, meaning he performed essentially the same job responsibilities as the hourly-paid maintenance technicians. He also was responsible for directing the work of maintenance technicians during the period Ealy and James were employed at Ferrovial. However, he did not have authority to make decisions relating to their hire, pay, promotion, suspension, or termination of employment.

Exhibit 1

6. Ealy was provided a Company truck – which during the approximately three months he worked, always had working air conditioning – around the time he started working for Ferrovial. At the start of each workday, Ealy would drive his truck from the Madison office to jobsites. While at jobsites, Ealy was permitted to sit in his air-conditioned truck during breaks and lunch.

7. Ealy and James were disruptive employees, especially to Mr. Garcia personally. I noticed that Ealy's obnoxious and inappropriate behavior toward Mr. Garcia became more blatant after James was hired.

8. During their employment, Ealy and James often challenged Mr. Garcia's authority. For instance, Ealy and James would contact me to ask about the day's assignment even after receiving instructions from Mr. Garcia about what they would be doing. Mr. Garcia also spoke to me at times about how Ealy would talk back to him after being assigned work. When this first occurred, I questioned whether Mr. Garcia was a poor communicator, or Ealy was intentionally "challenging" his immediate supervisor. Over time, I realized Ealy was the problem, based on personal observations and my interactions with him.

9. On June 13, 2022, the road crew spent the workday picking up trash from a roadway. They bagged up what they collected, loaded it onto a truck, and returned to the Madison office. On June 14, 2022, Mr. Garcia came to speak to me after his morning meeting with Ealy and James. He informed me that, during the meeting, James interrupted him, and Ealy cursed at him. He also expressed frustration with their continued disruptive behavior.

10. As I was speaking to Mr. Garcia in the morning on June 14, 2022, I noticed Ealy and James approaching him from behind. Ealy was yelling and had balled up his fists as if he were going to hit Mr. Garcia. I then pulled out my phone to record what was happening. Ealy continued yelling at Garcia for approximately a minute. While James did not say much, he appeared to agree with what Ealy was yelling about.

11. After the situation on June 14, 2022 de-escalated, I sent Ealy and James home for the rest of the day. I also spoke to Russ Flowers to inform him of what had occurred. Between June 14, 2022, and June 27, 2022, I provided two statements to Stacy Wessel, in which I described my personal observations of what happened on June 14, 2022, and details regarding Ealy's employment. I

was later notified that Ealy and James would no longer be working for Ferrovial.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 22, 2024.

_Stephen Bearden_
Stephen Bearden (Oct 22, 2024 11:29 EDT)

Stephen Bearden