| Last Name | First Name | Position - Description | Original Hire Date | Gender | Age | Ethnicity | Ethnicity Racial Cat 1 |
|---|---|---|---|---|---|---|---|
| Salter | Annie | Community Relations Specialist | 9/5/2013 | Female | 54.66 | E2 - Not Hispanic/Latino | R5 - White |
| Bearden | Michael | Project Superintendent | 9/10/2013 | Male | 39.89 | E2 - Not Hispanic/Latino | R5 - White |
| Carter | Joseph | Maintenance Technician | 9/10/2013 | Male | 29.36 | E2 - Not Hispanic/Latino | R5 - White |
| Minter | Clint | Maintenance Technician | 9/16/2013 | Male | 40.37 | E2 - Not Hispanic/Latino | R5 - White |
| Jarvis | David | Maintenance Technician | 2/17/2014 | Male | 27.59 | E2 - Not Hispanic/Latino | R6 - Two or More Races |
| James | Jonathan | Maintenance Technician | 4/4/2016 | Male | 33.76 | E2 - Not Hispanic/Latino | R5 - White |
| Gallagher | Kenneth | Maintenance Technician | 1/3/2017 | Male | 60.32 | E2 - Not Hispanic/Latino | R5 - White |
| Cook | Robert | Project Superintendent | 9/10/2018 | Male | 40.80 | E2 - Not Hispanic/Latino | R5 - White |
| Crumitie | Ezell | Maintenance Technician | 9/10/2018 | Male | 56.84 | E2 - Not Hispanic/Latino | R3 - Black or African American |
| Johnson | Brianna | Project Administrator | 11/19/2018 | Female | 32.27 | E2 - Not Hispanic/Latino | R5 - White |
| Woolverton | Donald | Field Maintenance Technician | 3/25/2019 | Male | 30.46 | E2 - Not Hispanic/Latino | R5 - White |
| Peddie | John | Maintenance Technician | 8/13/2019 | Male | 22.56 | E2 - Not Hispanic/Latino | R5 - White |
| Rye | Joseph | Maintenance Technician | 8/21/2019 | Male | 53.09 | E2 - Not Hispanic/Latino | R5 - White |
| Garcia | Juan | Project Foreman | 12/3/2019 | Male | 48.78 | E1 - Hispanic/Latino | |
| Rodriguez | Angel | Maintenance Technician | 6/1/2020 | Male | 34.20 | E1 - Hispanic/Latino | |
| Cashwell | Ryan | Road Maintenance Technician | 8/3/2020 | Male | 35.86 | E2 - Not Hispanic/Latino | R5 - White |
| Linton | James | Road Maintenance Technician | 9/14/2020 | Male | 54.63 | E2 - Not Hispanic/Latino | R5 - White |
| Stoddard | Shaunna | Project Administrator | 7/19/2021 | Female | 36.94 | E2 - Not Hispanic/Latino | R5 - White |
| Roebuck | Allen | Maintenance Technician | 7/22/2021 | Male | 24.88 | E2 - Not Hispanic/Latino | R5 - White |
| Dietrich | Benjamin | Maintenance Technician | 3/8/2022 | Male | 31.99 | E2 - Not Hispanic/Latino | R5 - White |
| Trepal | Krystal | HSEQ Coordinator | 3/15/2022 | Female | 37.09 | E2 - Not Hispanic/Latino | R6 - Two or More Races |
| Ealy | Eric | Maintenance Technician | 3/22/2022 | Male | 33.40 | E2 - Not Hispanic/Latino | R3 - Black or African American |
| James | Darrell | Maintenance Technician | 5/10/2022 | Male | 39.72 | E2 - Not Hispanic/Latino | R3 - Black or African American |
| Dupree | Michael | Maintenance Technician | 8/5/2022 | Male | 43.61 | E2 - Not Hispanic/Latino | R3 - Black or African American |

Exhibit 3