

**FSUS EMPLOYEE HANDBOOK**

**Thirdly, we must never retaliate against anyone who reports a good faith concern** or cooperates with internal investigations or audits. And, we will not tolerate others who do.

# Section 1: Standards of Conduct

**Note: Many of the subsections here complement and expand upon the FSUS Code of Ethics. They are expanded upon in this Handbook to also reflect California Law and union-related topics.**

## 1-1    Equal Employment Opportunity

Ferrovial Services is an Equal Opportunity Employer that does not discriminate on the basis of actual or perceived age (40 and over), ancestry, color, religion/religious creed (including religious dress and grooming practices), physical or mental disability (including HIV and AIDS), marital status, medical condition (meaning cancer-related health impairments and genetic characteristics), genetic information, military and veteran status, national origin (including language use restrictions and possession of driver's license obtainable by undocumented persons), race, sex (including pregnancy, childbirth, breastfeeding, and related medical conditions), gender, gender identity, and gender expression; and sexual orientation, or any other characteristic protected by federal, state or local law.

> **California Addendum 1:**
>
> In addition to the characteristics that are protected under state and federal law as set forth above, job applicants and employees in San Francisco are also protected from discrimination based on height, weight, and place of birth.

Our management team is dedicated to this policy with respect to recruitment, hiring, placement, promotion, transfer, training, compensation, benefits, employee activities and general treatment during employment.

This policy applies whether the individual has or is perceived to have any of the characteristics protected by law or is associated with a person who has or is perceived to have any of the characteristics protected by law.

- The Company will endeavor to make a reasonable accommodation to the known physical or mental limitations of qualified employees with disabilities unless the accommodation would impose an undue hardship on the operation of our business. If employees need assistance to perform their job duties because of a physical or mental condition, they should contact the HR Business Partner or Manager.

**FSUS EMPLOYEE HANDBOOK**

- The Company will endeavor to accommodate the sincere religious beliefs of its employees to the extent such accommodation does not pose an undue hardship on the Company's operations. If employees wish to request such an accommodation, they should contact HR Business Partner or Manager.
- Any employees with questions or concerns about equal employment opportunities in the workplace are encouraged to bring these issues to the attention of HR Business Partner or Manager.
- The Company will not allow any form of retaliation against individuals who raise issues of equal employment opportunity. If employees feel they have been subjected to any such retaliation, they should contact HR Business Partner or Manager. To ensure our workplace is free of artificial barriers, violation of this policy including any improper retaliatory conduct will lead to discipline, up to and including discharge.
- All employees must cooperate with all investigations.

### 1-2     Zero Tolerance: Discrimination, Harassment & Retaliation Prevention

Ferrovial Services does not tolerate and prohibits discrimination, harassment or retaliation of or against job applicants, contractors, interns, volunteers or employees by another employee, Supervisor, vendor, customer or any third party on the basis of age (40 and over), ancestry, color, religion/religious creed (including religious dress and grooming practices), physical or mental disability (including HIV and AIDS), marital status, medical condition (meaning cancer-related health impairments and genetic characteristics), genetic information, military and veteran status; national origin (including language use restrictions and possession of driver's license obtainable by undocumented persons), race, sex (including pregnancy, childbirth, breastfeeding, and related medical conditions), gender, gender identity, and gender expression, and sexual orientation, or any other characteristic protected by applicable federal, state or local laws and ordinances. The Company is committed to a workplace free of discrimination, harassment and retaliation.

**Discrimination Defined**
Discrimination under this policy means treating differently or denying or granting a benefit to an individual because of the individual's protected characteristic.

**Harassment Defined**
Harassment is defined in this policy as unwelcome verbal, visual or physical conduct creating an intimidating, offensive or hostile work environment that interferes with work performance. Harassment can be verbal (including slurs, jokes, insults, epithets, gestures or teasing), graphic (including offensive posters, symbols, cartoons, drawings, computer displays or emails) or physical conduct (including physically threatening another, blocking someone's way, etc.) that denigrates or shows hostility or