**FSUS EMPLOYEE HANDBOOK**

- The Company will endeavor to accommodate the sincere religious beliefs of its employees to the extent such accommodation does not pose an undue hardship on the Company's operations. If employees wish to request such an accommodation, they should contact HR Business Partner or Manager.
- Any employees with questions or concerns about equal employment opportunities in the workplace are encouraged to bring these issues to the attention of HR Business Partner or Manager.
- The Company will not allow any form of retaliation against individuals who raise issues of equal employment opportunity. If employees feel they have been subjected to any such retaliation, they should contact HR Business Partner or Manager. To ensure our workplace is free of artificial barriers, violation of this policy including any improper retaliatory conduct will lead to discipline, up to and including discharge.
- All employees must cooperate with all investigations.

### 1-2     Zero Tolerance: Discrimination, Harassment & Retaliation Prevention

Ferrovial Services does not tolerate and prohibits discrimination, harassment or retaliation of or against job applicants, contractors, interns, volunteers or employees by another employee, Supervisor, vendor, customer or any third party on the basis of age (40 and over), ancestry, color, religion/religious creed (including religious dress and grooming practices), physical or mental disability (including HIV and AIDS), marital status, medical condition (meaning cancer-related health impairments and genetic characteristics), genetic information, military and veteran status; national origin (including language use restrictions and possession of driver's license obtainable by undocumented persons), race, sex (including pregnancy, childbirth, breastfeeding, and related medical conditions), gender, gender identity, and gender expression, and sexual orientation, or any other characteristic protected by applicable federal, state or local laws and ordinances. The Company is committed to a workplace free of discrimination, harassment and retaliation.

**Discrimination Defined**
Discrimination under this policy means treating differently or denying or granting a benefit to an individual because of the individual's protected characteristic.

**Harassment Defined**
Harassment is defined in this policy as unwelcome verbal, visual or physical conduct creating an intimidating, offensive or hostile work environment that interferes with work performance. Harassment can be verbal (including slurs, jokes, insults, epithets, gestures or teasing), graphic (including offensive posters, symbols, cartoons, drawings, computer displays or emails) or physical conduct (including physically threatening another, blocking someone's way, etc.) that denigrates or shows hostility or

**FSUS EMPLOYEE HANDBOOK**

aversion towards an individual because of any protected characteristic. Such conduct violates this policy, even if it is not unlawful. Because it is difficult to define unlawful harassment, employees are expected to behave at all times in a professional and respectful manner.

### Sexual Harassment Defined

Sexual harassment can include all of the above actions, as well as other unwelcome conduct, such as unwelcome or unsolicited sexual advances, requests for sexual favors, conversations regarding sexual activities and other verbal or physical conduct of a sexual nature.

Examples of conduct that violate this policy include, but are not limited to:

- unwelcome sexual advances, flirtations, advances, leering, whistling, touching, pinching, assault, blocking normal movement
- requests for sexual favors or demands for sexual favors in exchange for favorable treatment
- obscene or vulgar gestures, posters or comments
- sexual jokes or comments about a person's body, sexual prowess or sexual deficiencies
- propositions or suggestive or insulting comments of a sexual nature
- derogatory cartoons, posters and drawings
- sexually explicit emails or voicemails
- uninvited touching of a sexual nature
- unwelcome sexually related comments
- conversation about one's own or someone else's sex life
- conduct or comments consistently targeted at only one gender, even if the content is not sexual
- teasing or other conduct directed toward a person because of the person's gender

### Retaliation Defined

Retaliation means adverse conduct taken because an individual reported an actual or perceived violation of this policy, opposed practices prohibited by this policy, or participated in the reporting and investigation process described below.

"Adverse conduct" includes but is not limited to:

- shunning and avoiding an individual who reports harassment, discrimination or retaliation
- express or implied threats or intimidation intended to prevent an individual from reporting harassment, discrimination or retaliation
- denying employment benefits because an applicant or employee reported harassment, discrimination or retaliation or participated in the reporting and investigation process described below

**All discrimination, harassment and retaliation are unacceptable in the workplace and in any**

**FSUS EMPLOYEE HANDBOOK**

work-related settings such as business trips and business-related social functions, regardless of whether the conduct is engaged in by a Supervisor, co-worker, client, customer, vendor or other third party.

### Reporting Procedures

The following steps have been put into place to ensure the work environment is respectful, professional, and free of discrimination, harassment and retaliation. If the employee believes someone has violated this policy or the Equal Employment Opportunity Policy, the employee should promptly bring the matter to the immediate attention of employee's Supervisor (Phone numbers are available through the Company directory). If this individual is the person toward whom the complaint is directed the employee should contact any higher-level manager in the reporting chain. If the employee makes a complaint under this policy and has not received a satisfactory response within five (5) business days, the HR Business Partner should be contacted immediately.

Any Supervisor who learns of an employee's concern about conduct in violation of this policy, whether in a formal complaint or informally, must immediately report the issues raised to HR Business Partner or Manager.

> **California Addendum 2:**
>
> In addition to notifying the Company about harassment, discrimination and retaliation complaints, employees may also direct their complaints to the federal Equal Employment Opportunity Commission (EEOC) (1-800-669-4000) or the California Department of Fair Employment and Housing (DFEH) (1-800-884-1684), which have the authority to conduct investigations of the facts.

### Investigation Procedures

- Upon receiving a complaint, the Company will promptly conduct a fair and thorough investigation into the facts and circumstances of any claim of a violation of this policy or the Equal Employment Opportunity policy. To the extent possible, the Company will endeavor to keep the reporting employee's concerns confidential. However, complete confidentiality may not be possible in all circumstances.
- During the investigation, the Company generally will interview the complainant and the accused, conduct further interviews as necessary, and review any relevant documents or other information. Upon completion of the investigation, the Company shall determine whether a policy has been violated based upon its reasonable evaluation of the information gathered during the investigation. The Company will inform the complainant and the accused of the results of the investigation.
- The Company will take corrective measures against any person who it finds to have engaged in conduct in violation of this policy, if the Company determines such measures are necessary. These measures may include, but are not limited to, counseling, suspension or immediate termination.

**FSUS EMPLOYEE HANDBOOK**

- Anyone, regardless of position or title, whom the Company determines has engaged in conduct that violates this policy will be subject to disciplinary action, up to and including termination.

In addition to be a violation of this policy, harassment, discrimination or retaliation can also be against the law. Employees who engage in conduct that rises to the level of a violation of law can be held personally liable for such conduct.

Remember, the Company cannot remedy claimed discrimination, harassment or retaliation unless employees bring these claims to the attention of management. Employees should not hesitate to report any conduct which they believe violates this policy.

## 1-3   Open Door Policy

As we work together towards a common goal, we understand that there may occasionally be honest differences of opinion about working conditions, policies, procedures, and other employee issues and concerns. The Company encourages you to bring these concerns up through your chain-of-command: employee's Supervisor, next level of management, Site/Project Manager, Vice-President/General Manager, HR Business Partner, and/or HR Business Director, Michelle Rasmussen at 1-713-964-2818. Alternatively, for confidential assistance, you may leave a message at the Ethics / Whistleblower Hotline at 1-866-993- 9608.

It is critical to remember that we cannot resolve issues unless we know about them. The Company is committed to providing employees with a positive work environment, continuous improvement of employment practices, and building positive relationships while creating a culture of personal and professional growth. We appreciate hearing your ideas/questions/concerns and having the opportunity to respond.

## 1-4   Drug-Free and Alcohol-Free Workplace

Ferrovial Services U.S., Inc. is a Drug Free and Alcohol-Free Workplace. The unlawful or unauthorized use, abuse, solicitation, theft, possession, transfer, purchase, sale or distribution of controlled substances, drug paraphernalia or alcohol by an individual anywhere on Company premises, while on Company business (whether or not on Company premises) or while representing the Company, is strictly prohibited. Employees and other individuals who work for the Company also are prohibited from reporting to work, or working while they are using or under the influence of alcohol or any controlled substances, which may impact the employee's ability to perform their job or otherwise pose safety concerns, except when the use is pursuant to a licensed medical practitioner's instructions and the licensed medical practitioner authorized the employee or individual to report to work. However, this does not extend any right to report to work under the influence of medical marijuana or to use medical