## DECLARATION OF STACY WESSEL

I, Stacy Wessel, declare and state as follows:

1. I am more than 18 years of age and have knowledge of the facts contained in this declaration. If called to testify, I can and will testify as to each of the facts set forth herein.

2. I currently am employed with Webber LLC ("Ferrovial") as Director of Human Resources, Business Partnerships. I have held this position since December 25, 2022. From approximately November 2016 until December 2022, I worked for Ferrovial Services, Inc. in the positions of Human Resources Business Partner and then Human Resources Director. Part of the geographic area I was and currently am responsible for includes Florida and Georgia.

3. On June 14, 2022, Russ Flowers, Project Manager, contacted me for assistance in connection with an incident that occurred at Ferrovial's Madison, Florida location that day.

4. Shortly after Mr. Flowers contacted me, I opened an investigation into the events of June 14, 2022, at Ferrovial's Madison location.

5. My investigation included interviews of every employee at the Madison location except Darrell James ("James"). When I interviewed Russ Flowers, Stephen Bearden, Allen Roebuck, Juan Garcia, and Shaunna Stoddard, I learned more about the events on June 14, 2022, and how Eric Ealy ("Ealy") mistreated multiple employees, including Mr. Bearden and Mr. Garcia. After these interviews, my investigation became more focused on Ealy's insubordination and misconduct.

6. I first attempted to contact James by phone on or around June 21, 2022. He did not answer my call, so I left a voicemail and stated the following: "Hello, this is Stacy Wessel, Director of HR for Ferrovial Services/Webber, I am calling to discuss an important matter with you. It is important that you return my call as soon as possible. Thank you."

7. After my first voicemail to James, I attempted to contact him by phone two more times. He did not answer either call. On both occasions, I left voicemails substantially similar to my first voicemail, stating: "Hello, this is Stacy

Exhibit 6

Wessel, Director of HR for Ferrovial Services/Webber, I am calling to discuss an important matter with you. It is important that you return my call as soon as possible. Thank you."

8. I completed my investigation on June 24, 2022, and recommended to Marilyn King that Ealy be terminated. James, on the other hand, was cleared to return to work.

9. James did not attempt contact me, return any of my three voicemails, or return to work at the Madison location. Accordingly, he was administratively separated on June 27, 2022, for job abandonment in violation of Company policy.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 22, 2024.

Stacy Wessel
---
Stacy Wessel

**Signature:** *Stacy Wessel*
Stacy Wessel (Oct 22, 2024 14:36 EDT)

**Email:** stacy.wessel@wwebber.com