Page 1

1           UNITED STATES DISTRICT COURT

2           NORTHERN DISTRICT OF FLORIDA

3              TALLAHASSEE DIVISION

4    _____

5    ERIC EALY and DARRELL JAMES,

6          Plaintiffs,

7       v.                          Case No.

8    WEBBER INFRASTRUCTURE          4:24-cv-00029-

9    MANAGEMENT, INC., F/K/A        RH-MAF

10   FERROVIAL SERVICES

11   INFRASTRUCTURE, INC.,

12          Defendant.

13   _____

14              DEPOSITION OF ERIC EALY

15   DATE:        Wednesday, August 21, 2024

16   TIME:        9:02 a.m.

17   LOCATION:    Best Western Plus

18                67 Southeast Bandit Street

19                Madison, FL 32340

20   REPORTED BY:  John L. Bilich

21

22

23

24

25        Job No. CS6832741

Exhibit 7

Page 2

1                    A P P E A R A N C E S

2     ON BEHALF OF PLAINTIFFS ERIC EALY AND DARRELL JAMES:

3              DANIEL J. BARROUKH, ESQUIRE

4              Derek Smith Law Group, PLLC

5              520 Brickell Key Drive, Suite O-301

6              Miami, FL 33131

7              danielb@dereksmithlaw.com

8              (786) 688-2335

9

10    ON BEHALF OF DEFENDANT WEBBER INFRASTRUCTURE

11    MANAGEMENT, INC., F/K/A FERROVIAL SERVICES

12    INFRASTRUCTURE, INC.:

13              KENNETH A. KNOX, ESQUIRE

14              Fisher & Phillips, LLP

15              201 East Las Olas Boulevard, Suite 1700

16              Fort Lauderdale, FL 33301

17              kknox@fisherphillips.com

18              (954) 847-4703

19

20

21

22

23

24

25

Page 3

1                          I N D E X

2     EXAMINATION:                                        PAGE

3          By Mr. Knox                                      5

4

5                         E X H I B I T S

6     NO.              DESCRIPTION                        PAGE

7     Defendant:

8     Exhibit 1      Offer Letter - March 16               25

9     Exhibit 2      Composite - Employee Handbook

10                    Acknowledgements                      32

11    Exhibit 3      Ferrovial Services in North

12                    America, Code of Business Conduct    37

13    Exhibit 4      Progressive Discipline Notice         172

14

15                D O C U M E N T S   R E Q U E S T E D

16    NO.              DESCRIPTION                        PAGE

17    1              Copy of Resume and List of

18                    Places Applied                       281

19

20

21

22

23

24

25

Page 4

1                    P R O C E E D I N G S

2              THE REPORTER:  All right.  Good

3    morning.  My name is John Bilich.  I am the reporter

4    assigned by Veritext to take the record of this

5    proceeding.  We are now on the record at 9:02 a.m.

6              This is the deposition of Eric Ealy,

7    taken in the matter of Eric Ealy and Darrell James,

8    the Webber Infrastructure Management, Inc., formerly

9    known as Ferrovial Services Infrastructure, Inc., on

10   Wednesday, August 21, 2024, at the Best Western Plus,

11   167 Southeast Bandit Street, Madison, Florida 32340.

12              I'm a notary authorized to take

13   acknowledgements and administer oaths in the state of

14   Florida.

15              Absent an objection on the record

16   before the witness is sworn, all parties and the

17   witness understand and agree that any certified

18   transcript produced from the recording of this

19   proceeding:

20                    - is intended for all uses permitted

21                      under applicable procedural and

22                      evidentiary rules and laws in the

23                      same manner as a deposition recorded

24                      by stenographic means; and

25                    - shall constitute written stipulation

```
                                                    Page 5
 1                        of such.
 2                        At this time, will everyone in
 3       attendance please identify yourself for the record,
 4       beginning on my left.
 5                        MR. KNOX:  Ken Knox, attorney for
 6       Ferrovial.  I'm with Fisher & Phillips.
 7                        MR. BARROUKH:  Daniel Barroukh,
 8       attorney for Plaintiff, Eric Ealy and Darrell James.
 9                        MR. EALY:  Eric Ealy.
10                        THE REPORTER:  All right.  Thank you.
11       Hearing no objection, I will now swear in the witness.
12                        Mr. Ealy, please raise your right hand.
13       WHEREUPON,
14                            ERIC EALY,
15       called as a witness and having been first duly sworn
16       to tell the truth, the whole truth, and nothing but
17       the truth, was examined and testified as follows:
18                        THE REPORTER:  Thank you, sir.
19                            EXAMINATION
20       BY MR. KNOX:
21            Q    Good morning, Mr. Ealy.  How are you?
22            A    How are you?
23            Q    How are you?
24            A    How are you?
25            Q    I'm the same as you are.
```

Page 6

1        A    Good morning, sir.

2        Q    Good morning.  We're here today to take your

3    deposition.  Have you given a deposition before?

4        A    It's been a while back.  It's been a while

5    back.  I think it was a deposition.

6        Q    One or more than one?

7        A    I think it was only one, if I'm not

8    mistaken.

9        Q    And what kind of a legal proceeding was that

10   in connection with?

11       A    It was with the last attorney.  He's not on

12   the case anymore, so I don't -- guess it ain't going,

13   but I think it was a deposition.  I don't know if it

14   was.

15       Q    Oh, you mean Jim Tarquin?

16       A    Yeah.  I don't know if it was a deposition

17   that we went through together.

18       Q    He's the attorney that handled your EEOC

19   charge?

20       A    That's correct.

21       Q    Okay.  All right.  Yeah, I don't think it

22   was a deposition.

23       A    Okay.

24       Q    Were you sworn in, like you were just sworn

25   in this morning?

Page 7

1        A    No, sir, not at all.

2        Q    Okay.  All right.

3             Whatever that was, whether it was a

4    deposition or not, who was in attendance at that?

5        A    I can't remember.

6        Q    Was your lawyer there?

7        A    Yes, sir.  Well, actually, it was -- it was

8    over the phone.  It wasn't in --

9        Q    Okay.  All right.  Your lawyer may have

10   already told you about a deposition, but I'm going to

11   give you just an idea of what we're --

12       A    Yes, sir.

13       Q    -- in for today.  So this is my only

14   opportunity to ask you questions directly face to face

15   until we're in trial.

16            So I have one job here.  It's to ask you a

17   lot of questions.  Your job is to give me truthful

18   answers to those questions.  Do you understand that?

19       A    Yes, sir.

20       Q    All right.  Is there anything going on in

21   your personal life today that might affect your

22   ability to understand the questions I ask or your

23   ability to give truthful answers to those questions?

24       A    No, sir.

25       Q    Are you taking any drugs or medications,

```
 1    legal or illegal, that might affect your ability to
 2    understand the questions I ask or your ability to give
 3    truthful answers to those questions?
 4         A    Well, I take medication.
 5         Q    What do you take?
 6         A    I'm taking medication right now for my back.
 7         Q    What is it?
 8         A    I have a back injury.
 9         Q    The medication, what is it?
10         A    It's spine medication, and it's -- there's,
11    like, seven different kinds, man.  If I'd have known,
12    I'd have brought them.
13         Q    Okay.
14         A    But I can't -- I can't remember them all
15    offhand right now.
16         Q    All right.  So you took seven medications
17    this morning?
18         A    No, sir.
19         Q    How many?
20         A    I only took two of them this morning.
21         Q    What were those two?
22         A    I didn't tell you I took seven medications
23    at one time.  I said there are seven medications that
24    I'm -- I'm taking, but I only took two this morning.
25              That's for my spine and my pain.  Actually,
```

```
                                            Page 9
 1    it's called -- I can't remember the name of it right
 2    offhand.  I can't remember the name.
 3                  MR. BARROUKH:  Eric, I'm just going to
 4    jump in.  Make sure he finishes his question before
 5    you give an answer.
 6                  THE WITNESS:  Okay.  Okay.
 7                  MR. BARROUKH:  All right.
 8                  THE WITNESS:  I can't remember.
 9    BY MR. KNOX:
10         Q    So two medications?
11         A    Yes, sir.  I took two this morning.
12    Probably --
13         Q    You don't recall the names?
14         A    No.
15         Q    One is for pain?
16         A    Yeah, and one is for my spine.
17         Q    Is it for pain?
18         A    Yeah, one is for pain, and one for my spine.
19         Q    What is the one for your spine?  What does
20    that do?
21         A    It's -- it's -- I can't recall it offhand.
22         Q    But it does something for your spine?
23         A    Yeah, it does something for my -- I have an
24    L5-S1 -- a herniated disc in my back -- bulging disc.
25    I'm about to go into surgery pretty soon, so I have a
```

Page 10

```
1     lot going on.
2          Q    When is the surgery?
3          A    I can't call right now.  Whenever my doctor
4     set the date.
5          Q    Could be tomorrow?
6          A    I can't -- I can't recall.  Whenever my
7     doctor set the day.
8          Q    Okay.  When did you hurt your back?
9          A    June 6, 2022.
10         Q    Okay.  And how did you hurt it?
11         A    I'm sorry.  June 6, 2023.  I'm sorry.
12         Q    And how did you hurt it?
13         A    Working on a stick machine.
14         Q    A what machine?
15         A    Stick machine.
16         Q    What is the stick machine?
17         A    I was working at a job called Binderholz,
18    and this platform you have to climb, get on there, and
19    there's sticks that come out the machine; you
20    constantly lift up the -- it's a metal board that you
21    constantly lift up.  It's, like, about 60 pounds, and
22    the sticks come out.
23         Q    Okay.
24         A    And you have to snatch on them and pull
25    them, and if they get stuck in the -- the "vader,"
```

Page 11

1   which is the line that they roll it down, you have to

2   get in and snatch them out.

3              And I messed my back up.  They sent me to

4   the doctor, and then I ended up going through an

5   orthopedic.  And --

6        Q    So you filed a workers' comp claim?

7        A    Correct.

8        Q    Okay.  And who is the employer you were

9   working for --

10       A    Binderholz.

11       Q    -- when you hurt your back?

12       A    Binderholz

13       Q    Spell it, please.

14       A    B-I-N-D-E-R-H-O-L-Z.

15       Q    Okay.  What exactly is the business of that

16  company?

17       A    It's, like, lumber.

18       Q    All right.  Are you still working for that

19  company?

20       A    No, sir, not at all.

21       Q    When did you stop working for that company?

22       A    I've been out from that company since June

23  6th.  I've been out on injury, and I'm going through

24  things right now with them right now, so you'll have

25  to contact my attorney on anything else.

Page 12

1        Q    Okay.

2        A    You'll have to contact my attorney on

3    everything else.

4        Q    Who's your attorney?

5        A    On this case right here?

6        Q    Well, I know who your attorney is on this

7    case.

8        A    Chris -- Chris -- oh, Chris Cumberland.

9        Q    Spell the last name, please.

10       A    Chris -- Chris Cumberland, C-U-M-B-E-R-L-A-

11   N-D, Cumberland.

12       Q    Where is his office?  Do you know?

13       A    Panama -- Panama City.

14       Q    Panama City?

15       A    Yes, sir.

16       Q    Okay.  Well, let's go back to talking about

17   a deposition.  Is there anything about either one of

18   the two medications you took this morning that you

19   believe will affect your ability to understand the

20   questions I ask?

21       A    No, sir, not at all.

22       Q    Do you think either one of them will affect

23   your ability to give truthful answers to any questions

24   I ask you?

25       A    No, sir.

Page 13

```
 1         Q    Now, if you don't understand a question I
 2    ask, have me repeat it.
 3         A    Correct.
 4         Q    All right?
 5         A    Yes, sir.
 6         Q    If you answer a question, I'm going to
 7    assume that you understood the question; is that fair?
 8         A    That's fair.  Yes, sir.
 9         Q    If you have to take a break today for
10    whatever reason, smoke break, soak up some sun,
11    whatever it might be, just let me know, and I'm happy
12    to take a break.
13              The only caveat to that is, if I've asked
14    you a question, you need to answer that question
15    before we take a break; all right?
16         A    Yes, sir.
17         Q    Okay.  So when is the last time that you
18    were employed?  Was it the date of your injury?
19         A    Yes, sir.
20         Q    All right.  Are you looking for work or not
21    at all?
22         A    Not at all.
23         Q    And that's because of your injury or some
24    other reason?
25         A    'Cause of what I got going on right now.  My
```

Page 14

1    injuries, protocols.

2         Q    Protocol.  I heard that word a lot

3    yesterday.  So let's talk about Ferrovial.  Where are

4    they located?  At least the office where you worked

5    out of?

6         A    Right here, Madison Florida, Highway 90.

7         Q    Do you remember the address?

8         A    No.  It's on Highway 90 though.

9         Q    What did you know about Ferrovial before you

10   started working there?

11        A    What I knowed about them?

12        Q    Yes.

13        A    I didn't know anything about them.

14        Q    How did you come to seek employment with

15   Ferrovial?

16        A    Well, I was working with Anderson Columbia;

17   we was doing work.

18        Q    You were working what?

19        A    Anderson Columbia.

20        Q    Okay.

21        A    I was doing work on the side, and I met the

22   company on the road, which was -- which was Juan.  And

23   he was, like, "Hey man, we -- you got your -- you

24   need -- we need help."  And the location was right

25   here in my community.

1          And I went down and applied for the job.

2     Mr. Steve Bearden was from out of Greenville, Florida.

3     I applied for the job, and I already had my MOT

4     certification from Anderson Columbia that I had

5     already gained.

6          And he was, like, "Oh, you got a

7     certification.  We can use this."  And that

8     certification meant a lot to him, and that's how I got

9     on with Ferrovial.

10        Q    So when you said you met, "Juan," that's

11    Juan Garcia?

12        A    Juan Garcia.  I met him on side of the

13    highway -- Georgia Highway.  He was working out there

14    with a sign up.

15        Q    What did the sign say?

16        A    It didn't say nothing.  It was just a sign

17    to turn right or left.

18        Q    And what does Anderson Columbia do?  What is

19    their business?

20        A    Lay concrete, traffic signals, and

21    everything.

22        Q    They install traffic signals, or what do

23    they do?

24        A    They -- they do -- they lay concrete, and

25    they also control traffic.

1      Q    Okay.  All right.  And when did you start
2    working for that company?
3      A    I was with Anderson Columbia -- I was
4    actually with Anderson Columbia before -- three months
5    before I got with -- with them, because I was with
6    Anderson Columbia for three months.  And when they
7    said that I had a MOT Advanced and they would pay me
8    more money, I went on with Ferrovial.
9      Q    Okay.  So when you said, "them," in the last
10   answer, you meant Ferrovial?
11     A    Ferrovial.  Yes, sir.
12     Q    Okay.  So until that day that you've just
13   described and the conversation with Juan Garcia, you
14   had never heard of Ferrovial before?
15     A    No.
16     Q    Never seen their trucks?
17     A    Never.
18     Q    Okay.  And how did it happen that you were
19   working for one company, but you were talking to Juan?
20   Were you on a break or something or --
21     A    I was on my -- actually, it was on a off-
22   day -- Anderson Columbia off day, and I was on Georgia
23   Highway passing through.
24          And I seen him on the side of the road with
25   the turn signal sign, and I seen the name on the

1    truck, and I was, like -- me and my wife were

2    together, and I was, like -- he was, like, "It's

3    located in Madison.  Go do the application or

4    whatever.  We hiring.  We need more help."

5            That's how I contact them.  I went down, and

6    I talked to Steve Bearden.  He's from Greenville,

7    Florida.  And he went to saying how he knows my

8    grandpa, Carson Ealy, 'cause he ran the baseball field

9    and everything.  And --

10        Q    What's your grandfather's name?

11        A    Carson Ealy.

12        Q    Okay.

13             MR. BARROUKH:  Let him finish this

14    question.

15    BY MR. KNOX:

16        Q    So you weren't working on the day that you

17    met Mr. Garcia for the first time?

18        A    No, sir.

19        Q    You were driving, and your wife was with

20    you?

21        A    Yes, sir.

22        Q    And that's Isesha Robinson?

23        A    Mm-hmm.

24        Q    Yes?

25        A    Yes, sir.

Page 18

```
 1        Q    Okay.  How long have you two been married?
 2        A    Hold on.  I got a question first --
 3   question.
 4                   MR. BARROUKH:  Well, let him know if
 5   you can answer.
 6                   THE WITNESS:  Can I -- can I ask a
 7   question?
 8                   MR. KNOX:  Of me?
 9                   THE WITNESS:  I'm saying -- you're
10   saying how long I've been married.  What -- I -- I got
11   a question.  I want to know what do my marriage have
12   to do with this?
13                   MR. KNOX:  I can ask whatever questions
14   I think are related to the case, sir.
15                   MR. BARROUKH:  Yeah.  Don't worry.
16   Just --
17        A    I'm just saying I've been married for three
18   years.
19        Q    How long?
20        A    Three years.
21        Q    Three years.
22        A    We've been together for 17 years though.
23        Q    So you were not married to Ms. Robinson when
24   you worked for Ferrovial?
25        A    Yes, I were.
```

1      Q    Oh, you were.  What was the date you got

2   married?

3      A    Actually, it was in April.

4      Q    April --

5      A    It was her birthday.  Actually, it was April

6   the 9th.

7      Q    Of two-thousand --

8      A    Yep.  2022.

9      Q    Okay.  All right.  So you had just started

10  working for Ferrovial, because you were hired by

11  Ferrovial in March of '22; correct?

12     A    Yes, sir.

13     Q    Yes?

14     A    Yes, sir.

15     Q    Okay.  All right.  And just so you know,

16  your wife is listed as a witness in this case?

17     A    Yes, I know.

18     Q    So that's why I'm asking the question; okay?

19  In any event, so you were on a day off.  You were

20  driving by.  You saw the Ferrovial truck.  You saw

21  they were from Madison.  You saw that from the --

22     A    Yes, sir.

23     Q    -- the sign on the door or whatever?

24     A    On the side of the door.  Yes, sir.

25     Q    Okay.  And you pulled over.  And how did you

Page 20

1    know who to speak with?

2         A    Well, they had -- actually, how they was

3    controlling traffic, the road was backed up, and the

4    cars was -- and I -- he was -- he was there with the

5    sign and everything, and I got a chance to speak with

6    him right there.

7         Q    Oh, right through the car window?

8         A    Yeah, right there, 'cause they was stopping

9    traffic.

10        Q    Okay.

11        A    And they was doing -- yes, sir.

12        Q    Okay.  So what happened next after you --

13   yeah, what happened next after that meeting?  What did

14   you do to get work?

15        A    I applied.  I applied.  I went and did the

16   application.  They sent me to Valdosta, Georgia, to do

17   a urine test.  Pass the drug test.

18        Q    Okay.  Hang on just a second.  Where did you

19   fill out the application form?

20        A    Ferrovial.  I went there and filled it out

21   personally.

22        Q    You went to the office?

23        A    Yeah.

24        Q    Okay.  And did you meet anybody there?  Who

25   gave you the application?  Let me ask that question.

```
 1        A    I -- I got the application from Steve
 2   Bearden.
 3        Q    Steve Bearden?
 4        A    Steve Bearden.  Yes, sir.
 5        Q    Okay.  And it was when you went there to
 6   apply that you found out or he mentioned, that is
 7   Bearden mentioned, that he knew your grandfather;
 8   correct?
 9        A    Yes, sir.  Yes, sir.
10        Q    All right.  And you said something about
11   your grandfather and a football field or a baseball
12   field or something?
13        A    Correct.  Recreation center.  He ran the
14   baseball recreation center for years.
15        Q    For what city?
16        A    Madison, Florida.
17        Q    Okay.  And you said Bearden told you he was
18   from --
19        A    He's from Greenville.
20        Q    All right.  How far is that from here,
21   approximately?
22        A    It's actually -- Greenville is Madison.
23   Madison County is probably, like -- it's probably,
24   like, 12 miles up the road, on the outskirts.  It's
25   actually Madison County.
```

1      Q    Okay.  All right.  Do you remember doing
2   anything else when you went in to apply?
3      A    No, sir.
4      Q    For example, were you interviewed by anybody
5   for the job?
6      A    I was interviewed by Steve Bearden.
7      Q    Anyone else there, or was it just the two of
8   you?
9      A    Just me and him at the time.
10     Q    You know Shaunna Stoddard; right?
11     A    Yeah, I know of her.
12     Q    Okay.
13     A    Yes, sir.
14     Q    Was she in the office the day you went into
15  apply?
16     A    I can't -- I can't recall.
17     Q    So you actually hand-completed an
18  application form?
19     A    Yes, sir.
20     Q    Okay.  And were you sent for a drug test the
21  same day?
22     A    He -- actually, I -- actually, I was.  He
23  told me to make sure I had the drug test done by that
24  week.  So I went over to Valdosta, Georgia, completed
25  it, brought it back.

Page 23

1        Q    Okay.

2        A    Did everything I was supposed to do.

3        Q    All right.  What do you remember -- well,

4    other than filling out the application form and

5    talking to Mr. Bearden, when did you know or when were

6    you notified that Ferrovial had decided to hire you?

7    Was it the same day that Bearden sent you for the drug

8    test, or that was later?

9                MR. BARROUKH:  Objection to form.

10               You can answer.

11               THE WITNESS:  It probably was later.

12               MR. KNOX:  Okay.

13               THE WITNESS:  It wasn't the same day.

14   BY MR. KNOX:

15       Q    All right.  At some point, did you go to the

16   Ferrovial office and sign a number of documents early

17   or even just before you actually started working?

18       A    We signed the documents inside of Steve's

19   office.

20       Q    Okay.  All right.  I want to show you some

21   documents here.

22               MR. BARROUKH:  Is it cold in here?

23               THE WITNESS:  Just -- just a little

24   bit.  It's fine though.

25               MR. BARROUKH:  It's fine?

Page 24

```
 1                    THE WITNESS:  It's fine.
 2                    MR. BARROUKH:  All right.
 3                    MR. KNOX:  Would you please hand that
 4     to the witness?
 5                    THE REPORTER:  Oh, I'm so sorry, sir.
 6                    THE WITNESS:  I should have got my
 7     Carmex.  It's out in the car though.  My Carmex for my
 8     lips.
 9                    MR. BARROUKH:  Do you need a break to
10     go get --
11                    THE WITNESS:  No.  I'm fine.  I said
12     I'll -- I'll wait for this now.
13     BY MR. KNOX:
14          Q    All right, Mr. Ealy, I've just handed you a
15     document that's been marked as Defendant's Exhibit 1.
16     It's four pages.
17               During this deposition I'm going to refer to
18     some numbers.  They're called "Bates numbers," and all
19     it is, it's a way that when your attorney gives us
20     documents from you, he has numbers at the bottom --
21          A    Yes, sir.
22          Q    -- so that he knows and we know exactly what
23     documents were produced and what those documents are.
24     So you'll see here at the corner it says "Ferrovial
25     Ealy 000221"; all right?  That's the Bates label.
```

Page 25

1      A     Okay.

2      Q     So for the record, this document is Bates

3  label numbers 221 to 224.  This is an Offer Letter.

4  It's dated March 16.  Do you see that on the first

5  page?

6                  (Defendant Exhibit 1 was marked for

7                  identification.)

8      A     221, 224?

9      Q     No, right here.  The date.  It's  dated

10  March 13th.

11      A     You said -- yeah, I see it right here.  Yes,

12  sir.  March --

13      Q     All right.

14      A     Well, mine my says --

15      Q     Do you remember --

16      A     Mine says -- mine says 16.

17      Q     16.  Sorry.  Do you remember how you got

18  this document?  That is in the mail, or did Mr.

19  Bearden hand it to you or some other way?

20      A     Not at all.  I don't remember.  I don't

21  recall.

22      Q     If you'll see on the first page it says

23  "Start date will be March 22, 2022."  To your

24  recollection, was that your first day of work?

25      Q     Yes, sir.

Page 26

1           And if you look in the middle of the first
2     page, give or take, it says your pay is going to be
3     $13.50 an hour; you see that?
4           A    Yes, sir.
5           Q    That was your pay during the approximately
6     three months you worked for Ferrovial?
7           A    Yes, sir.
8           Q    Yes?
9           A    Yes, sir.
10          Q    You never got a pay decrease or a pay
11     increase?
12          A    No, sir.  I was supposed to got a pay
13     increase, 'cause he told me if I went out to
14     Jacksonville to get the certifications it will -- when
15     I went out and got MOT Advanced and got everything; I
16     even got tractor certifications and stuff.  But I
17     never got an increase though.  Long story short.
18          Q    All right.  So let's break that down,
19     because you gave me a lot of information.  So you went
20     to Jacksonville for something.  What did you go to
21     Jacksonville for?
22          A    To get my MOT Advanced.
23          Q    Okay.  And that was June 7th through 9 of
24     2022.  Does that sound right to you?
25          A    Yes, sir, it does.

                                                    Page 27

1          Q    Okay.  And who else from the Madison office
2     went to that training?
3          A    Darrell James.
4          Q    And Darrell is your cousin?
5          A    Yes, sir.
6          Q    First cousin?
7          A    First -- second, because his mom is my
8     first.  His mom -- his mom is older, so he can't be my
9     first cousin if his mom my mom's first cousin.
10         Q    Okay.  All right.  So the two of you went.
11    There other Ferrovial people there for that training
12    too?
13         A    No, I can't -- well, other companies from
14    other areas.
15         Q    Yeah.
16         A    We was the only one from our department.
17         Q    Right.  But other Ferrovial employees from
18    other offices?
19         A    Yes, sir.
20         Q    Did you know any of those other people?
21         A    No, sir.
22         Q    And that training was for maintenance of
23    traffic?
24         A    Yes, sir.  For MOT Advanced.  Yes, sir.
25         Q    All right.  Do you remember any other topics

Page 28

1    that were covered in that training?

2          A    No, sir, not at all.  I do not recall.

3          Q    Okay.  And your testimony is that Mr.

4    Bearden told you that after you completed this MOT

5    training that you would or you might get a pay

6    increase?

7          A    Yeah, he said I would get a pay increase.

8          Q    He said you would?

9          A    Yes, sir.

10         Q    Okay.  And so if you finished that training

11   on the 9th of January -- you said that sounds right;

12   right?

13         A    You said the 9th of January?

14         Q    Yeah.  Or the 9th of June.  Sorry.  Wait

15   until you get old.

16         A    I know.  I understand that too, but I don't

17   want you -- I don't want feel like I'm incorrect in

18   answering to something that you're pronouncing wrong.

19         Q    You can always assume it's my mistake.

20         A    Yes, sir.

21         Q    How about that?

22         A    Yes, sir.

23         Q    So June the 9th, and then your last day of

24   work for Ferrovial was when?

25         A    It was around the 22nd somewhere.  I

Page 29

1    can't -- I can't actually recall.

2          Q    How about June the 14th?

3          A    Somewhere.  It was somewhere.  I can't

4    recall.  I don't recall.

5          Q    Okay.  It was within a week --

6          A    Yes, sir.

7          Q    -- after you finished the MOT training?

8          A    Correct.

9          Q    Okay.

10         A    That's correct.  I knew it was somewhere in

11   there.  I knew it was somewhere.  I just didn't want

12   to give you the wrong date.

13         Q    Now, if you look at the third page of

14   Defendant's Exhibit 1.

15         A    Okay.

16         Q    First of all, if you look toward the top,

17   you'll see an email address for Shaunna Stoddard at

18   Ferrovial Services.

19              To your understanding, was she -- it says

20   "Project admin" next to her name.  Do you know what

21   her job actually was?

22         A    She was just sitting at a desk.

23         Q    Do you know what she did?

24         A    Sitting at a desk.

25         Q    And Russ Flowers, project manager.  You see

1    that signature?

2         A    Yes, sir.

3         Q    Okay.  Do you know Russ Flowers?

4         A    Probably met him only one time.  And that

5    one --

6         Q    Okay.

7         A    Yes, sir.  We was on the highway working,

8    actually.

9         Q    We'll get to that.

10        A    Okay.

11        Q    As your lawyer has told you, and I think I

12   said at the beginning, I'll ask the question.

13        A    Okay.

14        Q    And then just answer that question.  We got

15   plenty of time, and I have plenty of questions.

16        A    All right.

17        Q    And I'm sure you have plenty of answers.

18   Okay.  So Russ Flowers, did he, to your knowledge,

19   work in the Madison office, or was his office located

20   somewhere else?

21        A    Located somewhere else.

22        Q    Do you know where?

23        A    No, sir.  I can't say.

24        Q    And you say you actually met him once.

25        A    Only once.

Page 31

1        Q    Okay.  Now, go to the middle of the third
2    page.  That's your signature?
3        A    Yes, sir.
4        Q    Okay.  And all the handwriting there, right
5    above where it says "Employee acceptance statement,"
6    all this handwriting is yours; correct?
7        A    Correct.  Yes, sir.
8        Q    All right.  And then go to the fourth page,
9    and you'll see their signature and a date.  That's all
10    your handwriting as well?
11        A    Yes, sir.
12        Q    All right.  Did you read this document
13    before you signed it?
14        A    Yes, sir, I did.
15        Q    And you kept a copy of it?
16        A    No, sir.
17        Q    You didn't?
18        A    No, sir.
19        Q    Okay.  And you signed this at the Madison
20    office?
21        A    Yes, sir.
22        Q    All right.  On the 16th; correct?
23        A    Correct.
24        Q    And you signed some other documents while
25    you were there; is that accurate?

Page 32

1      A    I don't recall.

2      Q    All right, Mr. Ealy.  I have just --

3      A    Can I close this up?

4      Q    Yeah.

5      A    Okay.

6      Q    You've just been handed a document.  It's

7   actually a composite exhibit.

8      A    Yes, sir.

9      Q    Defendant's Exhibit 2.

10              (Defendant Exhibit 2 was marked for

11              identification.)

12              And let me just ask you some questions

13   before we start.  On the first page, which is Bates

14   label 234, that's your handwriting; correct?

15      A    Yes, sir, it is.

16      Q    All right.  And then look at the next page.

17   106 is the Bates label.  That's your handwriting;

18   correct?

19      A    Yes, sir.

20      Q    All right.  Now, this is your signature

21   acknowledging the Ferrovial employee handbook.  Do you

22   remember being given a copy of the handbook?

23      A    No, sir.

24      Q    All right.  Did you ever look at it online?

25      A    No, sir.

Page 33

1          Q    Okay.  So you knew when you started that
2     Ferrovial had an employee handbook; correct?
3          A    No, sir.
4          Q    So then why did you sign this document,
5     which says "I have received and read a copy of
6     Ferrovial Services U.S., Inc., Employee Handbook"?
7          A    I never was handed one though.
8          Q    Okay.  So you just signed this document?
9          A    I signed this piece of paper.
10         Q    Okay.
11         A    I did -- but no -- wasn't handed no hand --
12    I wasn't handed no book though.
13         Q    Did you ask for it?
14         A    Asked for it.  No, it never was handed
15    though.
16         Q    Who did you ask for the handbook?
17         A    Steve Bearden.  And he wasn't -- it wasn't
18    offered either.  He didn't offer it either.
19         Q    Yeah, you already said that.
20         A    Yeah.
21         Q    So you didn't ask for a copy, and it wasn't
22    offered; correct?
23         A    I asked for a copy, but it wasn't offered.
24         Q    Okay.  And did he tell you -- what did he
25    say when you asked for a copy?

1          A     There wasn't nothing said about anything.

2     There wasn't -- there wasn't nothing said.  It was

3     that I'll get -- or "They'll get you one," but there

4     wasn't -- there wasn't nothing handed to me.

5          Q     Did you ever follow up on it?  Did you ever

6     ask him again, "Hey, where's my handbook?"

7          A     No, sir.

8          Q     Did you ever go online to see if they had a

9     copy of the handbook online?

10         A     Not at all.

11         Q     When you've worked other -- well, let me

12    just ask you -- the reason I'm showing you this,

13    you'll see that neither one of these pages has a date;

14    correct?

15               You need to speak up, sir.

16         A     Yes, sir.

17               MR. BARROUKH:  For the court reporter.

18               THE WITNESS:  Okay.  I'm sorry.  Yes,

19    sir.  Sorry about that.

20    BY MR. KNOX:

21         Q     All right.  Now, the reason I'm asking

22    you -- look at your handwriting.  Look at your

23    signature on each of these pages.

24         A     I see it.  I see it.

25         Q     They look a little different to me, and I

Page 35

```
 1     don't --
 2          A    They're the same though.
 3          Q    Let me finish.  They look a little different
 4     to me, and I don't mean there's anything skeevy or
 5     funky going on here.
 6               All I'm saying is, they look -- if you look
 7     at your signature, it looks -- it's generally the
 8     same, but it looks like it was signed two different
 9     times.  That's what it looks like to me.
10               To your understanding, you think that the
11     handwriting is exactly the same; correct?
12          A    Yeah, I don't -- and if I write it again
13     right now, it's probably going to be different too.
14          Q    Okay.  All right.  So do you remember
15     signing this document once?
16          A    No, I don't --
17          Q    Or more than once?
18          A    I don't recall.
19          Q    You don't remember signing it at all?
20          A    I don't remember signing it more than once.
21          Q    Okay.  All right.
22               Now --
23          A    Can I stand for a minute?
24                    MR. BARROUKH:  Sure.  Is your back
25     hurting you?
```

Page 36

```
 1                    THE WITNESS:  Yeah.
 2                    MR. BARROUKH:  Would you like a break
 3       or --
 4                    THE WITNESS:  I'm just going to stand
 5       real quick.  It's like this all the time at home.  I'm
 6       either standing, or I'm sitting or -- I've been in a
 7       reclining chair for about -- about a year now.  I'm
 8       sleeping in a reclining chair.  That's how I sleep.
 9                    Sorry about that.  You'll still hear
10       me.
11                    Thank you.  I apologize.
12                    MR. KNOX:  Let me just say for the
13       record, occasionally, I need to stand up during
14       extended sessions like this myself, and when I do, I
15       just continue to ask questions.
16                    THE WITNESS:  Okay.
17                    MR. KNOX:  If you feel comfortable
18       doing it, certainly you can continue to answer
19       questions while you're standing, so --
20                    THE WITNESS:  Okay.  Yes, sir.
21                    MR. KNOX:  But that's up to you --
22                    THE WITNESS:  Okay.
23                    MR. KNOX:  -- and your attorney.
24                    THE WITNESS:  Okay.  I just don't want
25       to be rude jumping up and -- sorry about that.
```

Page 37

1    BY MR. KNOX:

2         Q    All right.  So do you remember signing any

3    other documents, other than the two, Defendant's

4    Exhibit 1 and 2, that I've just shown you?

5         A    I don't recall.

6         Q    All right.  I am going to show you this.

7    One more.

8         A    Thank you.

9         Q    Okay.  Mr. Ealy, you've just been handed a

10   document that's been marked as Defendant's Exhibit 3.

11   It's entitled "Ferrovial Services in North America,

12   Code of Business Conduct."  It's Bates labeled pages

13   52 through 70.

14                   (Defendant Exhibit 3 was marked for

15                   identification.)

16              Would you please go to the last page of that

17   document.  That's your handwriting on the lines that

18   say "Employee name, employee signature, and date";

19   correct?

20         A    Yes, sir.

21         Q    Okay.  Did you ever read this code of

22   business conduct?

23         A    I don't recall.  It's been a while.

24         Q    Okay.  You would agree by signing that last

25   page, one of the things you agreed to is that you have

Page 38

1    read and understood --

2          A    Yes, sir.

3          Q    -- the company's code of business conduct

4    policies?  Okay.  And if you look at the second thing

5    you agreed to is that you would comply with those

6    policies and regulations outlined in it; correct?

7          A    Correct.

8          Q    Okay.  And March 22, that was your first day

9    of work?

10         A    Yes, sir.

11         Q    All right.  So it looks like you signed

12   Defendant's Exhibits 1 and 2 on March 16, and then

13   Defendant's Exhibit 3 on your first day of actual

14   work; correct?

15         A    Yes, sir.  Yes, sir.

16         Q    All right.  How did you log-in, so to speak,

17   or when you showed up at work, what were your typical

18   hours?  That is when were you expected to start work,

19   typically?

20         A    Actually, at seven on the a.m.

21         Q    Seven?

22         A    7 a.m.

23         Q    Okay.  And typically, how late would you

24   work?

25         A    Sometimes till five in the afternoon, if

Page 39

1    it -- if it comes to it.

2          Q    Typically?

3          A    You know, sometimes five in the afternoon.

4          Q    I know sometimes.  Was that typical?

5          A    Yeah, that was typical.

6          Q    All right.  Is there any reason why Mr.

7    James would have told me under oath yesterday that he

8    typically worked until only three o'clock and

9    sometimes four o'clock?

10                    MR. BARROUKH:  Objection to form.

11                    You can answer.

12                    THE WITNESS:  Okay.

13   BY MR. KNOX:

14         Q    Did he work different hours?

15         A    Well, no, we worked the same hours.

16   Sometimes, like I said, it -- it was in between.  You

17   couldn't just pinpoint it, because we had to stay out

18   late as -- late as the job carries us to.

19                You can never pinpoint the time.  You never

20   know when the job is going to be done.  So he's right.

21   It is right up in that area.  Sometimes from between

22   three, four or five.  You can't never pinpoint the

23   time when the job is going to be done.

24         Q    How did you keep track of your hours worked?

25         A    We clock in on our phone.

Page 40

1       Q    Okay.  How does that work, or how did that
2   work?
3       A    Just --
4       Q    Is there an app or something?
5       A    Yes, sir.  It's an app.  I can't remember
6   the name of it, but -- it's been that long.  But it's
7   an app, and you go in, and you clock in and clock out.
8   When you're ready to leave, that's how they add it.
9       Q    Okay.  Now, once again, Mr. James told me he
10  kept track by actually writing down his times on a
11  time sheet.  Did you ever do that?
12      A    It's probably just -- just probably to
13  actually -- when he first started, he didn't -- he
14  didn't get everything.  I was there longer, so I --
15  his coming in was a little -- probably different.
16           I was there alone than Darrell James.
17      Q    Okay.
18      A    So I was clocking in off my phone.  So I
19  can't speak on Darrell James.
20      Q    Well, I'm not asking you to speak.  I'm just
21  telling you what he said --
22      A    Okay.  Okay.
23      Q    -- to me to see how yours was different.
24      A    Yeah.  It -- most likely.  Yeah.
25      Q    On your first day on the job, did you

Page 41

1    actually fill out a time sheet, or did you use the app

2    from the very beginning?

3         A    Before -- no, before -- you're right.  I

4    signed in before they got me my phone and everything.

5         Q    Okay.

6         A    Because they had to get me a phone.

7         Q    About how long did you do that?

8         A    I can't recall.

9         Q    Like, the first week or the first two weeks

10   or the first two days?

11        A    I can't  -- I can't recall.

12        Q    Okay.  However long it was, so you would

13   what?  You would mark the time on the time sheet when

14   you got there?

15        A    Yes, sir.

16        Q    And then whenever you left for the day,

17   you'd mark the time sheet when you finished?

18        A    Yes, sir.  Yes, sir.

19        Q    Correct?

20        A    Yes, sir.

21        Q    All right.  And then at some point, you went

22   to the app?

23        A    Yes, sir.

24        Q    And you were -- you didn't get a live check,

25   did you?  Was it direct deposit?

Page 42

1          A    It was -- mine was a direct deposit.

2          Q    Okay.  And how frequently were you paid?

3     Was it weekly or biweekly?

4          A    Biweekly.

5          Q    All right.  Generally -- sorry, let me back

6     up a little bit.  So when you started Ferrovial, your

7     job was a road maintenance technician; correct?

8          A    Yes, sir.

9          Q    And that's the position you held for the

10    three months you were there; correct?

11         A    Yes, sir.

12         Q    All right.  When you started, did you in

13    fact work with Mr. Garcia, the gentleman you'd met

14    out, you know, on the road with your wife?

15         A    No, sir.  I worked with Roebuck.

16         Q    Garcia wasn't part of that crew?

17         A    He was a boss man.  He was -- he wasn't

18    actually on a crew.  He was running his -- he carrying

19    the crew.  So he was telling us what to do.

20         Q    Okay.

21         A    So, yeah.

22         Q    So you had Garcia, who you're saying was

23    your boss; right; yes?

24         A    Yes, sir.

25         Q    And there was another maintenance tech.  And

Page 43

1    that was Allen Roebuck?

2        A    Yes, sir.

3        Q    Anybody else?

4        A    No, sir.

5        Q    So when you started, there were just three

6    of you?

7        A    Yes, sir.

8        Q    And then when you left the company, or when

9    you stopped working for the company on June 14, there

10   were four of you at that time; correct?

11       A    Yes, sir.

12       Q    Because Mr. James had joined the crew?

13       A    Yes, sir.

14       Q    How many crews operated out of the Madison

15   office or were you the only one?

16       A    We was actually the only ones.

17       Q    Okay.  And other than the four of you or

18   when you started the three of you on the crew, who

19   else worked in the office?

20            MR. BARROUKH:  Objection to form.

21            You can answer.

22            THE WITNESS:  Oh.  Like I said, I only

23   remember Shonda [sic] inside of the office.  That's --

24   that's as far as I remember.

25   //

Page 44

1    BY MR. KNOX:

2         Q    Okay.  And Mr. Bearden?

3         A    Yeah.  Well, that's the boss man.  Yeah, Mr.

4    Bearden.  Yes, sir.

5         Q    Okay.  Who made the decision to hire you?

6    Do you know?

7         A    Mr. Bearden.

8         Q    Okay.  Do you know if Mr. Garcia had any

9    input in that decision?

10                   MR. BARROUKH:  Objection to form.

11        A    I don't recall at all.

12        Q    Did you understand that -- if you had an

13   understanding, did you have -- let me rephrase this.

14             Did you have any understanding that Mr.

15   Garcia himself had any authority to fire somebody?

16        A    No, sir.

17        Q    Did you have any understanding that he had

18   any authority to hire somebody?

19        A    No, sir.

20        Q    To suspend somebody?

21        A    No, sir.

22        Q    To discipline somebody?

23        A    No, sir.

24        Q    To decide what your pay rate or what an

25   employee's pay rate was going to be?

Page 45

1          A    No, sir.

2          Q    Was it your understanding though that Mr.

3    Bearden had the authority to make hiring decisions?

4          A    Yes, sir.

5          Q    Firing decisions?

6          A    Yes, sir.

7          Q    Suspension decisions?

8          A    Yes, sir.

9          Q    Pay decisions?

10         A    Yes, sir.

11         Q    And discipline decisions?

12         A    Yes, sir.

13         Q    To your knowledge, Mr. Bearden held a

14   position that was superior to that of Mr. Garcia;

15   correct?

16         A    Correct.

17         Q    And Mr. Roebuck was a maintenance tech, like

18   you?

19         A    Yes, sir.

20         Q    All right.  Now, were there times when

21   Garcia -- especially when it was just the three of

22   you, were there times when Garcia actually worked and

23   did the same things that you and Roebuck were doing,

24   in terms of job duties?

25         A    Well, I actually have seen him do a little

Page 46

1    work.  I haven't seen him do no major work.

2        Q    Okay.  Then let me ask you this.  During the

3    time that you were a maintenance tech with Ferrovial,

4    what were some of the things that you did?  What were

5    some of your job duties or tasks?

6        A    I cut trees down.  I pulled animals off the

7    road.  Wildlife, anything what it was -- anything it

8    was, I -- if it was leakage at people houses --

9        Q    If it was what?

10        A    Water leakages inside of people yards and

11    the cages and stuff was full, we'd have to go out and

12    un-barricade them and so that the water can -- stuff

13    can go down through the drains and stuff.

14        Q    Okay.  All right.  Okay.

15        A    Yes, sir.  It was --

16        Q    Mow grass?

17        A    Mow grass.  I mowed grass.  I checked

18    rails -- highway rails on interstates.  I'm the one

19    that have to go out and put up the barcodes, the

20    sticks, the stamps, and stuff.

21            Actually, you know the lights that go on the

22    side of the ramps on the interstate?

23        Q    Yes.

24        A    Yeah.  I was one of the ones that have to go

25    out and test them and make sure that the strips and

1    stuff was situated on them.  That was my job and

2    stuff.

3         Q    Okay.

4         A    I drove tractors.  I trained to drive

5    tractors with them.  Like I said, I got my MOT

6    Advanced certification with them.  And --

7         Q    And did you do some MOT work?

8         A    Yeah, I --

9         Q    You know, I mean, were there times when the

10   work that was being done by the crew, whether it was

11   mowing or whatever, would require someone to get out

12   there and make sure that, you know --

13        A    The traffic?

14        Q    -- drivers, you know, didn't get in the way

15   or weren't exposed to any dangers or you guys weren't

16   exposed to any danger?

17        A    Well -- well, if we had a tree or something

18   down in the road or something, that's when we're

19   required.

20        Q    Okay.

21        A    The ambulance, that's when that requires

22   something.  Someone stand up -- probably a mile or two

23   up from the incident and control traffic down there.

24        Q    Okay.  All right.  Would you say that those

25   were the primary things that you did?

Page 48

1          A    On a daily basis -- well, not -- that --
2     that actually didn't get done on a daily basis,
3     controlling traffic, because there actually wasn't a
4     lot of accidents.
5               So it was more cutting, cutting trees, and
6     pulling animals off the roads and stuff.  That's what
7     happened --
8          Q    And mowing?
9          A    Yes, sir.  And mowing on a daily basis.
10    We -- we controlled Highway 53, this road, 251 --
11    North 251 South, all the way back from here to Lee,
12    Florida, Madison County.  We controlled everything all
13    the way back to Monticello.
14         Q    Do you know who Ferrovial's customer was?
15    Who all this work was being done for?
16         A    I don't recall.
17         Q    Okay.  Do you know whether Ferrovial had a
18    contract with FDOT to do some of the things that
19    you've described, the mowing and all of that?
20         A    No, sir, I don't.
21         Q    Okay.  Do you know if when you were hired,
22    you were hired to replace somebody or if they always
23    worked with three people, including Garcia?
24         A    I don't recall.
25         Q    All right.  After you left Ferrovial, do you

1    know if anybody was hired to replace you?

2         A    I don't recall either.  I know there's a lot

3    -- I know it's a lot of new guys.  I stay in the

4    community, so I see a lot of new stuff, their new

5    trucks.  The -- the company is bigger and it's -- it's

6    big.

7         Q    Right.  Okay.  And that's all the question

8    was.  It was just if you knew if somebody had been

9    hired to replace you.

10             Now, in terms of -- and your work days, was

11   it typically Monday through Friday?

12        A    Yes, sir.  Sometimes we was on call.  You

13   know, we had -- we had calls too.  So everyone get a

14   week of calls.  And one week, it might be my week to

15   go out on calls.

16        Q    Okay.

17        A    So I always had a work truck.  I had my own

18   work truck when I was with them.  I'd drive it home

19   and everything, you know.

20        Q    Were you given a company work truck to drive

21   from the day you started, or had you already been

22   working with the company for a while before they

23   issued you a truck?

24        A    Yes, sir.  I was working for a while before

25   they decided to give me one.

1        Q    Okay.  Do you know about how long it was

2    before you got one?

3        A    No, sir.  I can't recall.  I can't tell you

4    the exact time.

5        Q    All right.  And so there would be times when

6    you would be called on weekends?

7        A    Yes, sir.  It would be my weekend, Saturday

8    and Sunday.  I have to -- get a call, and I have to go

9    to -- maybe -- it depends on where the call I got to

10   go, so --

11       Q    Right.  So what were some of the things you

12   were called for on weekends, if you remember?

13       A    Yes, sir.  I remember one of them -- well,

14   actually, more than one.  I went to Greenville,

15   Florida.  Elderly lady, something was wrong with

16   her -- like I said, her -- like, what you call it, the

17   ditch.

18            Her -- her ditch was filled with water, and

19   I guess her -- the pipes and stuff was clogged up.  So

20   I had to unclog -- unclog the pipes and stuff, so her

21   water could run fresher through, 'cause it was going

22   up to her front door.

23            The water was past the ditch, and it was

24   piling up to her front door.  So her whole front yard

25   was soaked, and she couldn't come out.  So we was

Page 51

1    trying to fix that.

2            So I actually went out, and Mr. Steve told

3    me to do what I can, and I went out and I did what I

4    could.

5        Q    Okay.  So when you say you did something

6    with the pipes, just so I'm clear, you're not talking

7    about the pipes in her house?  You're talking about

8    outside, the drainage pipe?

9        A    Yes, sir.  Yes, sir.

10       Q    To make sure that --

11       A    Unclog.

12       Q    -- it was unclogged so that the water would

13   run off?

14       A    Yes, sir.

15       Q    Okay.  All right.  And that applied to all

16   maintenance techs.  And what I mean by that is, one

17   weekend you'd be on call; one weekend Roebuck would be

18   on call; one weekend after Mr. James joined, he'd be

19   on call.  Do you know if Garcia also was on call?

20       A    I can't recall.

21       Q    Okay.  Might have been?  You just don't

22   remember?

23       A    Yeah.  Yeah.  I can't recall.

24       Q    Okay.  When you were interviewed by Steve

25   Bearden, do you remember anything he told you about

1    the people you'd be working with or, you know,

2    anything like that?  Did he tell you anything about

3    Garcia's experience, for example, or Roebuck's

4    experience?

5        A    No, sir.

6        Q    Garcia had already been with the company

7    before you started; right?

8        A    Yes, sir.

9        Q    And Roebuck had been there before you

10   started.  Do you know how long either one of them had

11   worked for the company before you started?

12       A    No, sir, I don't.

13       Q    When you were working at Ferrovial, you've

14   listed some of the things that you would do.  Were

15   there any of those jobs or any of those tasks that you

16   preferred doing over another?

17            You know, like for example, in the morning,

18   how would you know what to do?

19       A    Well, actually I'm hip to it.  I -- I know

20   my job.  I -- I know what I've been doing on a daily

21   basis, and it's basically like this here, you've

22   been -- did the job for so long, you -- you know your

23   highways.  You know one highway.  When you leave this

24   highway, you know what's your next highway to go to.

25            So once you down-packed it -- it -- it's

1    just there's -- it's human consumption.  It's -- once
2    you learn your job, you learn your job.  So that's --
3        Q    In terms of for each day, you said that
4    Garcia -- you called him your "boss man," would he
5    tell each of you, "All right; this is what we're going
6    to be doing today"; yes?
7        A    Yes, sir.
8        Q    Okay.  Is it fair to say that sometimes what
9    you were doing today was a continuation of what you
10   had done the day before?
11       A    Correct.
12       Q    And would it be fair to say that sometimes
13   what you're doing today would be different from what
14   you had done the day before?  You were on a different
15   highway doing something different?
16       A    Might be.  Yes, sir.
17       Q    Okay.  Was there any particular task that
18   you had to do when you were employed at Ferrovial that
19   you really didn't like doing?
20       A    To be honest, there wasn't nothing that I
21   didn't like.  I loved my job.
22       Q    Okay.  Had you ever done that kind of work
23   before?
24       A    Yes.  I come from Anderson Columbia.  I told
25   you I come -- I come there with already a

1    certification.  That -- that's why he wanted me,

2    'cause I -- I come there.  He didn't have to give me

3    anything.  I had my certification.

4         Q    No.  And I understand that.  That was MOT;

5    right?

6         A    MOT.

7         Q    So, like, say, for Anderson Columbia, did

8    you mow?

9         A    No, sir.  No.

10        Q    Okay.  That's what I'm getting at.

11        A    No, sir.

12        Q    Things like that.

13        A    No, sir.

14        Q    Yeah.  Had you ever done that kind of work?

15   The kind of work you did for Ferrovial, had you ever

16   done that for any other employer?

17                  MR. BARROUKH:  Objection to form.

18        A    No, sir.

19        Q    How did you get along with Steve Bearden?

20                  MR. BARROUKH:  Objection to form.

21                  You can answer.

22                  THE WITNESS:  We got -- we got along

23   pretty good.  It was -- there was never a bump-head

24   situation with all due respect.

25   //

Page 55

```
1    BY MR. KNOX:
2         Q    Okay.  How did you get along with Juan
3    Garcia?
4                   MR. BARROUKH:  Objection to form.
5                   You can answer.
6                   THE WITNESS:  Juan was more hot-headed.
7    BY MR. KNOX:
8         Q    What do you mean by that?
9         A    He -- he -- you say something to him, he got
10   (makes sound) outrageous.  That's hot-headed.  You
11   can't talk to no one like that.
12        Q    Okay.
13        A    That's hot-headed.
14        Q    All right.  Do you know how long he had been
15   a supervisor?
16        A    No, sir, I don't.
17                   MR. BARROUKH:  You're still
18   referring --
19   BY MR. KNOX:
20        Q    How did you get along with Allen Roebuck?
21        A    Repeat that.
22        Q    How did you get along with Allen Roebuck?
23        A    It wasn't fairly.
24        Q    I'm sorry?
25        A    It wasn't fairly at all.
```

Page 56

1          Q    It wasn't --

2          A    It wasn't fair.

3          Q    Fair?

4          A    No, this wasn't fair.

5          Q    In what regard?

6          A    It was more on using words that I don't

7     refer to, racism, you know, a lot of stuff that was

8     against me.  And --

9          Q    And when did that start?

10         A    Well, that started -- the joke -- the jokes

11    started way before Darrell James came on, 'cause

12    Roebuck was the first guy I ever worked with.  They

13    put me in the truck with him.

14              So we used to ride on 251 North and always

15    be the jokes about he go fishing a lot; the fish that

16    he gets out the bottom of the crane be mud fish, and

17    he gives the black folks -- it's a lot of stuff,

18    why -- why black folks can't afford boats, and all

19    type of -- it's a lot of stuff, man.  It's a lot of

20    stuff.

21         Q    And when did that start?  That was really my

22    question.  I know you said it was before Mr. James.  I

23    understand that.  How much before?  For example, had

24    you been there a month --

25         A    Yes, sir.  Yes, sir.

1    Q    Had you been there a month before Roebuck

2    started saying these things?  Had you been there a

3    week before he started saying these things, to the

4    best of your recollection?

5    A    It was in the month when I started.  It was

6    right in the month that I started.

7    Q    Okay.  So if you started --

8    A    June.

9    Q    No.  You started -- March 22 is your first

10   day of work.

11   A    Yeah.  First day.

12   Q    Do you remember about how long you had been

13   working before he said this first joke that you found

14   offensive?

15   A    No.  No, sir.  I can't --

16   Q    Okay.  Was it just the two of you?

17   A    Yes, sir.  It was just me and him in the

18   truck.  Yeah.

19   Q    Okay.  You were in a company truck?

20   A    Yes, sir.

21   Q    Okay.

22   A    Actually, I'm sorry.  Actually, before they

23   put me in my own truck, I had to ride with him.

24   Q    Okay.  So in doing your job with Ferrovial,

25   all the crew had different pieces of equipment or

Page 58

1    vehicles that you used to do your job; right?

2        A    We all had the same -- the same tools.

3        Q    I'm talking specifically about the

4    equipment.  So for example, things like the zero-turn

5    or the Gator, that kind stuff; all right?

6             So tell me what were the vehicles that the

7    crew used?  Maybe you didn't personally, yourself, use

8    them, but what were the pieces of equipment that

9    different crew members would operate?

10            Let's start with a mowers.  A zero-turn.

11       A    Zero-turn.

12       Q    That's a mower; right?

13       A    Zero-turn.

14       Q    Okay.  And that's the kind that -- I think

15   I'm right -- tell me if I'm wrong, when I'm driving

16   down the road, sometimes I'll see a guy sitting on top

17   of a mower with a big wide distance, you know, to

18   mow -- to get as much grass as possible.

19            He's usually wearing a floppy hat, 'cause

20   there's no roll bar or no cage or anything like that

21   on it; right?  You're just sitting on top of this

22   thing, and I think you've got two things like this.

23   and you can just turn on a dime; right?

24       A    Well, the ones that we had it -- it pulls

25   down in the front of you.

Page 59

1        Q    Okay.

2        A    One of them had a bar.  'Cause we had -- we

3    had two of them.  We had a John Deere, and we

4    had -- see I be trying to -- I -- we had a John Deere.

5    I don't want to say it was a Gravey [sic].  I don't

6    know if it was a Gravey [sic] or not, but we had a

7    John Deere, and the other was an orange one, and one

8    of them had a bar where it protect you and everything.

9            So we had our hats that we pulled down.

10       Q    Right.

11       A    Which is green hats, green shirts with a

12   gray flag on it that light up to show that --

13       Q    Right.  Okay.  And those are the zero-turns?

14       A    The zero-turns.

15       Q    So those are the mowers?

16       A    Yes, sir.

17       Q    Now, I think you also referred to -- and Mr.

18   James and I talked about this a lot yesterday, but a

19   tractor.

20            Now, I'm a country boy and I, you know, grew

21   up on tractors.  But I assume you weren't operating

22   farm tractors, or were you?

23       A    That's what it was.

24       Q    That's what it was?

25       A    That's what we trained in, a farm tractor.

Page 60

1    This -- this job sit -- the job sit right here in

2    the -- now, the ditch -- now, the field is filled with

3    water, 'cause we just had a hurricane.

4        Q    Okay.

5        A    So, you know, you won't be able to see the

6    clear path.  But that's where we trained at, down in

7    that ditch on the tractor.

8        Q    Okay.

9        A    Actually that day, me, Darrell James, and

10   Roebuck, we trained the same day.  We trained the same

11   day.

12       Q    Okay.  We're going to talk about that in

13   some detail later, but for right now, what did you use

14   the tractor for?

15       A    Basically, because we mow the -- we mow

16   Highway 90, Lee.  We -- we have to mow the side of the

17   highways.  We have to hit certain strips on side of

18   the highways to mow.

19       Q    Okay.

20       A    And that's why we was training for tractors

21   in case it comes to our time to get in that tractor,

22   and it's our time to mow the highway.

23       Q    All right.  Now, again, we're using the word

24   "tractor."  We're talking about a mower?  Is that

25   really what we're talking about is a big --

1      A    Well -- well, zero-turns are actually

2    different from a tractor.  A zero-turn is something

3    that you're -- you know, well, to be honest, there's

4    no difference, depending on how you use it.

5      Q    Okay.

6      A    Because a tractor, you know, you -- you can

7    only do so much with it, and then you got to move out

8    the way.  You can only get certain places with a

9    tractor, but with that zero-turn, you can get here,

10    and you can get there.

11      Q    Right.

12      A    But that tractor was made for us to --

13    actually, long -- long walkways, like this right

14    here -- say we got to mow straight down, we get in

15    that tractor, and we mow this big ole strip.

16      Q    Right.

17      A    And we come on back now, hit that strip, and

18    that'll be done.

19      Q    Right.  And that's what I was getting at.

20    The tractor is used for basically wide open areas;

21    right?

22      A    That's right.  Yes, sir.

23      Q    But you're mowing with it?

24      A    Yes, sir.

25      Q    Okay.  Now that's the one that's air

Page 62

1    conditioned; right?

2         A    Yes, sir.  It had -- it had air condition.

3    It had AC on it.

4         Q    Okay.  And are you required to have a

5    certification to operate that particular piece of

6    equipment?

7         A    Well, from my understanding, he told -- he

8    told us that we had to be trained for it, so that's

9    what --

10        Q    Okay.  All right.  Do you know if you have

11   to have a certification to operate the zero-turn?

12        A    No, sir, not at all.

13        Q    All right.  Were there any other pieces of

14   equipment, other than these two zero-turns, which were

15   for more close-in spaces I guess, and the tractor --

16        A    We had -- we had Gators and weed eaters and

17   stuff.

18        Q    Okay.  Tell me what a Gator is.

19        A    Gator is something -- it's more like a -- a

20   little ATV that you drive.  When you're picking up

21   trash -- we're riding the highways, we're picking up

22   trash, we got a bucket here -- a stick.

23             And if you have -- if you have to get out,

24   then you have to get out to get the bigger things.

25   But that ATV is for you to ride and constantly pick up

Page 63

1    that trash and stuff.

2         Q    Okay.  So the zero-turns are mowers; right?

3         A    Yes, sir.

4         Q    The ATV -- more than one?

5         A    Yes, sir.  There was two of them.

6         Q    Okay.  Those are for trash removal?

7         A    Yes, sir.

8         Q    Okay.  Are they covered?

9         A    They are.  Yes, sir.  They have a top on

10    them.

11         Q    All right.  And when you say, "a top on

12    them," like, is it just a roll bar on top, or is it

13    like a --

14         A    Well, it don't have a windshield on the

15    front, in case it rain.  It just had a shield on top

16    of your head.

17         Q    Okay.  And what was the shield on top of

18    your head made of?  Like, plastic or --

19         A    I can't recall.  I won't lie.  I can't

20    recall.  It was -- I think it was something yellow

21    though.  I can't --

22         Q    Okay.  I mean did it cover your head from

23    the sun?

24         A    It covered your head.  Yes, sir.

25         Q    All right.

1          A     And any -- in any case, if it rains, it

2    won't stop the rain from coming from the front, but it

3    will stop from the top.

4          Q     Right.  Okay.  All right.  So you've got the

5    tractor, which is air conditioned.  You've got the

6    ATVs, which I assume they're not air conditioned, but

7    they do have covering from the sun?

8          A     Yes, sir.

9          Q     And then you've got the zero-turns, which

10   don't have cover from the sun, but one does have a

11   roll bar --

12         A     Yes, sir.

13         Q     -- to, you know, protect if you tip over,

14   that kind of thing.  And then did you typically have a

15   truck as well?

16         A     I had my own company truck.

17         Q     Well, when you're actually out doing the

18   job, did you actually drive your --

19         A     Yes, sir.

20         Q     -- company truck when you were out doing

21   these jobs?

22         A     Yes, sir.

23         Q     Okay.  Did Garcia also have a company truck?

24         A     Yes, sir.

25         Q     And Roebuck?

Page 65

1          A     Yes, sir.  There was -- there was three

2      trucks was given out.  Only one -- when Darrell

3      started, he the only one who didn't have a truck.

4          Q     Okay.

5          A     He -- he was -- he was in the truck with me.

6          Q     So when you -- and that's all I'm getting

7      at.  I understand.

8                So you drive a company truck to get from

9      home to work, and once you're at work -- let's say

10     you're driving out to do some work, wherever it is,

11     some highway, a little distance from here, maybe it's

12     close to Greenville -- I don't know, but would

13     everybody be driving their trucks as well as the

14     equipment?

15               I mean, how are three people or four people

16     going to handle all that stuff?

17         A     That's what I'm saying.  So sometimes

18     everybody don't go to the same site.  They might be

19     like, "Eric, you and Darrell go there," and they go do

20     something else.  Simple as that.  They split off.

21               And we might get done and go down the road,

22     they just be standing there, you know.

23         Q     Okay.  All right.  So were there sometimes

24     when it was all four of you working in the same area

25     together, and then there would be some times where you

Page 66

1     guys would pair off -- two guys would go work on some

2     project at this location, and the other two are doing

3     something else at another location?

4                    MR. BARROUKH:  Objection to form.

5                    You can answer.

6                    THE WITNESS:  That rarely happened.

7     BY MR. KNOX:

8          Q    Pairing off rarely happened or all four of

9     you together?

10         A    Well, all four of us together.

11         Q    Okay.

12         A    That rarely happened.

13         Q    So most of the time it was pairing off?

14         A    Yes, sir.  You go this way; you guys go this

15    way; this got to be done; this got to be done.

16         Q    Okay.  And so that was the case certainly

17    when James was there, because there were four of you.

18              But before James got there and there were

19    only three of you, were there some times when you'd

20    just be working here by yourself, and the other two

21    would be off somewhere else?

22         A    Yeah.  I might --

23         Q    Okay.

24         A    I might be out on the ATV picking up trash,

25    and Juan and Bo will be sitting over there in the

Page 67

```
 1    truck.
 2         Q    Yeah, but they're not distant from you then.
 3    I mean you're able to see each other.
 4         A    They're not distanced, but they're sitting
 5    in the AC while I'm out working in the sun, and
 6    just --
 7         Q    I understand that.  And I understand you got
 8    a case you want to make, and we'll get to all that.
 9    But that's not my question right now.
10              When there were three of you -- just the
11    three, were there ever times when one of them was
12    doing something at a project, maybe a couple of miles
13    from you, or you were doing a project a couple miles
14    from something they were doing, and you couldn't see
15    each other?
16                   MR. BARROUKH:  Objection to form.
17                   You can answer.
18    BY MR. KNOX:
19         Q    Did that ever happen?
20         A    Yes.
21         Q    Okay.  All right.  That's all I'm getting
22    at; okay?
23         A    Yes, sir.
24         Q    It's like I say, I know you got things to
25    say, but what I'm trying to do right now is, I'm
```

1    trying to figure out how all this works.

2         A    Yes, sir.

3         Q    Okay.  And you've really helped me, and I do

4    appreciate it.  And that's all I'm trying to do at the

5    moment.

6         A    Yes, sir.

7         Q    Okay.  So when you and Roebuck -- now, let

8    me ask you this then.  How did the pieces of equipment

9    get to a location that needed to be mowed?

10             Say for example -- because I know there's a

11   lot of highway, and I realized that you guys -- and

12   frankly, all these crews down here with Ferrovial have

13   got a hell of a lot of territory to cover.  And it's a

14   lot of work.  And frankly, I thank you for that; okay?

15             So my question is, let's say we've got to do

16   some mowing at a project that's maybe -- I don't know,

17   five miles from the Ferrovial office.  I mean, that

18   would happen sometimes; right?

19        A    It happens a lot.

20        Q    Okay.  So let's say we got to do some

21   mowing.  We may need the zero-turns, or at least one

22   of them, and the tractor.

23             How do those pieces of equipment get there?

24   Does somebody have to drive those pieces of equipment

25   the five miles?

```
 1        A      Mm-hmm.
 2        Q      Okay.
 3                    THE REPORTER:  Did you say yes?
 4                    THE WITNESS:  Yes.  Yeah.  Sorry.  Yes,
 5        sir.
 6        BY MR. KNOX:
 7        Q      Okay.  So there would be sometimes then that
 8        you wouldn't be -- or even Roebuck maybe, wouldn't be
 9        driving your truck to get to a work site. You'd be
10        driving the tractor?
11        A      Well -- sorry.
12        Q      Go ahead.
13        A      Well, whoever -- whoever was cutting with
14        the tractor, that's who's going to drive the tractor.
15        Q      Right.
16        A      Whoever was -- whoever was cutting with the
17        zero-turn, that's who's going to carry that truck.
18        Q      And that's what I'm saying.  So there would
19        be times when -- were there times when the only guy
20        who was actually driving a truck to a work site was
21        Garcia, and the rest of you were driving a tractor or
22        the ATVs or the zero-turns --
23        A      Yeah.
24        Q      -- or the particular piece of equipment?
25        A      Yeah, me and -- we was the majority of the
```

1    ones that was driving the ATVs and the tractors and

2    stuff.

3         Q    Okay.  And when you say, "we," you mean you

4    and Mr. James?

5         A    Yes, sir.

6         Q    Okay.  So I want to try to keep focused on

7    before he even got there, when it was just the three

8    of you.

9              All right.  So the jokes from Mr. -- well,

10   sorry, let me ask you this.  None of you guys were

11   certified when you started at operating the tractor;

12   is that right?

13        A    That's correct.

14        Q    Okay.  So the tractor, was that a new piece

15   of equipment that the company got, or were people just

16   operating it without the certification?

17        A    I can't really recall, because when we --

18   when we got there, we was -- I don't know if they

19   already had it or not or how long they had it, but it

20   was there.

21        Q    Well, when you say, "we" --

22        A    Well, I keep -- I keep saying, "we,"

23   because -- I'm sorry.

24        Q    Okay.

25        A    The focus is on me.  Okay.  But --

Page 71

1      Q    Right.

2      A    It was only there -- it was already there

3  when I got there.

4      Q    Okay.

5      A    And -- and I think it was a blue tractor or

6  whatever.

7      Q    Okay.  And that's all I'm getting at.  So

8  it's not like that was a new piece of equipment.

9  People were operating it, but just weren't certified.

10     A    That's right.

11     Q    Okay.  All right.  And then eventually did

12  become certified?

13     A    Yes, sir.

14     Q    All right.  And we'll talk about that

15  training a little later.  All right.  That gives me a

16  lot better idea of how this whole thing works.  It may

17  be kind of boring to you guys.

18     A    That's okay.

19     Q    But it's important for me to understand how

20  all this works.  All right.

21          So you said there were some times when you'd

22  be in the truck with Roebuck, and you said this was

23  sometime after you started, but before James got

24  there, and he would say these jokes.  And were you

25  offended by those?

Page 72

1      A     Yes, sir.

2      Q     Did you say something to him?

3      A     I reported -- first guy I reported to was

4   Juan, and Juan was like --

5      Q     The question is, did you say something to

6   him?

7      A     Yes, sir.

8      Q     To Roebuck?

9      A     Yes, I did.

10      Q     Okay.  What do you remember saying to him?

11      A     I -- I remember telling him I don't -- I

12   don't joke like that; I don't -- I said, "I don't talk

13   like that."

14      Q     Okay.  And what did he say?

15      A     He said, "I feel like I have" -- he said, "I

16   feel like I have a right -- a freedom of speech," or

17   something he was saying.  I want to be accurate with

18   the words.  It was something -- "I have a right to

19   speak on what I want to speak on."  And I -- you know,

20   I left it -- continued to work.

21      Q     Okay.  All right.  So these are two road

22   maintenance techs talking to each other?

23      A     Correct.

24      Q     You and Roebuck?  All right.  Okay.  In

25   terms of your work schedule, this seven to three or

1  maybe four or even maybe five, depending, did that
2  ever change?
3      A    Actually, no, it seemed like we were
4  staying -- we were staying a little more late between
5  the time when James started.  We was -- we was more
6  around.  Like, we was the last ones at the job every
7  day, so --
8      Q    Okay.  You don't know why that was?
9      A    Around the time we get done with our work,
10  we'll be asked to go finish up someone else's job,
11  while they be back at the jobs in the inside.
12      Q    Well, when you say, "they," could have only
13  been one person; right; Roebuck?
14      A    Two of us.  Only Juan and Roebuck.
15      Q    Yeah.  Okay.  All right.  And do you know
16  why that was?
17      A    I can't -- I can't really speak on it, but
18  we was always left out there.  And --
19      Q    Yeah.  Okay.  So after some point, the
20  company gave you -- not gave you, but you know what I
21  mean, allowed you to drive a company truck from work
22  to your house and back?
23          And then did you just keep the truck
24  overnight at your place and then come back the next
25  morning?

Page 74

1          A     It was -- that's how it was.  It was -- it
2     was mine.  It was assigned to me.
3          Q     Okay.  All right.  And to your knowledge,
4     James didn't have one assigned to him --
5          A     No, sir.
6          Q     -- once he got there?  Okay.
7                So before James got there -- well, let me
8     preface this by saying, you had told me that after
9     James got there, most of the work was done in pairs,
10    you and James, Garcia and Robuck; right?
11         A     [No audible response.]
12         Q     Okay.  So I want to focus.  Again, this is
13    your part of the case.  Mr. James had his part
14    yesterday.  So your part is today.
15               So when it was just the three of you, there
16    were some times, as you said earlier, where you'd be
17    by yourself, and Garcia and Roebuck would be doing
18    something else.
19               Were there times when you and Roebuck were
20    doing something, and Garcia was somewhere else?
21         A     I never worked with Roebuck after Darrell
22    James came.
23         Q     I'm talking about before.
24         A     Oh, okay.  Well, yeah.  Yes, sir.
25         Q     Okay.  All right.

Page 75

1        A     Yes, sir.

2        Q     Now, in terms of, have you ever heard of

3    something called "Survey123"?

4        A     Yes, sir.

5        Q     All right.  What is that?

6        A     That's surveys that -- that comes to your

7    phone.

8        Q     Okay.

9        A     And that had something to do with the job.

10   I -- it's -- it's been so long.  I can't -- I remember

11   them though, but I can't go way back.

12             It was something dealing with the job that

13   you'd have to fill out on the phone when it comes to

14   your phone.  It's a survey that come to your phone.

15       Q     Well, when you say, "a survey," was it

16   asking you, "How we doing?  How do you like working

17   here?"  Or was it something having to do with your

18   time or things like that?

19       A     I -- I can't recall, but I remember the

20   surveys though.  I can't recall.

21       Q     All right.

22       A     But I do remember the Survey123.

23       Q     Do you remember how often you got those?

24       A     I don't know if it --

25       Q     Whatever they were?

Page 76

1          A     I don't know if it was every week or how

2     often.  I don't know if it was every day.

3          Q     Okay.

4          A     But like I said, I -- I remember them.  I

5     remember them.

6          Q     All right.  Now, did you have the cell

7     numbers for the other people who worked in the Madison

8     office?

9          A     I had the workers' numbers -- the guys that

10    was -- numbers that were saved on the phone, in case

11    something happened; I could call those guys, either,

12    like, Bo or Juan.

13         Q     But when you say, "Bo" --

14         A     Roebuck.

15         Q     Roebuck and Garcia?

16         A     Garcia, Juan.

17         Q     Okay.  All right.  Did you have Bearden's?

18         A     Yes, sir.  Their number was already -- it

19    was the company phone, so they already had the numbers

20    in there.

21         Q     Okay.  And same as Shaunna Stoddard?

22         A     I can't remember about her number.

23         Q     All right.  Well, I mean, you called her

24    about an hours or a pay issue once; right?

25         A     Yeah.

```
 1        Q    Okay.  And we're going to talk about that.
 2   All right.  So let me ask you just a little about
 3   Darrell James and how he came to work for the company.
 4            I understand you had worked with him, at
 5   least once before, at a McDonald's.  Live Oak, I
 6   think.
 7                    MR. BARROUKH:  Objection to form.
 8   BY MR. KNOX:
 9        Q    Is that right?
10        A    We worked at a McDonald's right here in
11   Madison, Florida.
12        Q    Right here in Madison.  Okay.  All right.
13   Had you ever worked with him anywhere else before
14   Ferrovial?
15        A    No, sir.
16        Q    Now, at some point, he came to work for
17   Ferrovial.  Did you encourage him to apply for a job
18   there?
19        A    Yes, sir.  Because he was -- he was needed.
20   He was a -- he's a diesel tech.
21        Q    He's a what?
22        A    He's a diesel tech.
23        Q    A diesel tech.
24        A    And then -- yes.  And he had the CDLs, and
25   they needed that down at Ferrovial, and Steve said he
```

1    would -- would be a good person.

2        Q    Okay.  All right.  Now, when you were -- so

3    do you remember whether you -- did you talk to

4    somebody at Ferrovial about hiring your cousin, or do

5    you remember, did you talk to your cousin first --

6    talk to him about Ferrovial, see if he was interested,

7    and then talk to the company?

8                    MR. BARROUKH:  Objection to form.

9        A    No, sir.

10                   MR. BARROUKH:  You can answer.

11                   THE WITNESS:  No, sir.

12   BY MR. KNOX:

13       Q    Okay.  The piece of equipment that we were

14   talking about earlier, do any of those run on diesel?

15       A    If I'm not mistaken.  I can't recall one of

16   the trucks though.  But the -- actually the -- the

17   trailer -- the unit that we -- that have to get drive,

18   he was the only -- Mr. James was one of the only guys

19   that had the -- the certification to drive that with

20   the trailer on the back.  No one even had that

21   certification, but him, so --

22       Q    What was the --

23       A    I think it was a 16 by 16 or something, some

24   kind of trailer that you -- when you -- certain types

25   of trailers that you drive on the highway, you can't

1       just drive them unless you have a -- unless you have a

2       certification for them.

3            Q    Okay.

4            A    And he had that certification, 'cause he

5       went through CDLs, and he's the only one that had his

6       CDLs when he came down.  No one got their -- had their

7       CDLs, not me, not Garcia, not Roebuck.  The only one

8       who had them was Mr. James.

9            Q    Okay.

10           A    And he was -- Mr. Steve was really wanting -

11      to be honest, Mr. Steve really wanted to give him that

12      position.

13           Q    Okay.  And that was to drive a vehicle that

14      was pulling a trailer?

15           A    Yes, sir, 'cause he was the only one that

16      was certified.

17           Q    And what would sit on the trailer?  Is that

18      how you transport the ATVs or --

19           A    No.  The ATV go on a smaller trailer.  Like,

20      the stuff like that was for the tractor.  He might

21      have to go get a -- a hole digger or something.

22                He was the only one that would be able to

23      ride it on the highway.  A hole digger -- or what

24      would you call it, skids.  You know, we was trained to

25      drive skids and everything.

Page 80

1          Q    Okay.

2          A    And he was -- he had that CDL certification,

3     and no one had that.

4          Q    All right.  And I know you've talked about

5     the CDL, but what is it about him being a diesel tech

6     that -- that's why I asked you if any of those

7     vehicles operated --

8          A    Off diesel?  I -- if I'm not mistaken, I

9     said one of those trucks probably were, if I'm

10    mistaken, but that was his certification, how he got

11    in.

12         Q    Okay.  All right.

13         A    And --

14         Q    Before he -- well, when you were talking to

15    Mr. James about coming to work at Ferrovial, do you

16    remember what you told him about the company?

17         A    Not at all.

18         Q    Did you tell him about what Roebuck -- like,

19    the jokes and that kind of stuff?

20         A    Not -- not at all.

21         Q    Okay.  Why not?

22         A    Because I wasn't looking at the situation

23    like that.  I don't -- I don't look at the situation,

24    like, at the first offhand.

25              I go to work to take care of my family.

1    Then when the situation got deeper, that's when I

2    looked at it how I looked at it.  I didn't judge him

3    by no book or nothing.  I just looked at him, how he

4    was talking.  When he went constantly with it, that's

5    when I --

6            Q    Okay.  And you're talking about Roebuck?

7            A    That's talking about Roebuck.

8            Q    Okay.

9            A    I didn't judge him by a book, or didn't look

10   at him no kind of way when all this started to make it

11   look like, oh, he -- no, I didn't.  I didn't even

12   encourage -- I encouraged him to come work and do

13   better for himself.  So my job wasn't nothing for me

14   to talk about on the outside.

15           Q    Okay.  All right.  And you just said just

16   now that you weren't looking at the jokes that Robuck

17   told -- even though you were offended, you weren't

18   looking at those a certain way, but at some point you

19   did start looking at them a certain way.  Do you

20   remember what that point was?

21           A    The nigger jokes, man.

22           Q    I'm sorry?

23           A    The nigger jokes.

24           Q    Okay.  And when did that start?  Do you

25   remember?

Page 82

1          A    "What's up my nigger?"  When he went to

2     speaking -- when he --

3          Q    No.  The question --

4          A    I can't give -- I can't give you a date.

5          Q    Okay.  How about a timeframe?

6          A    I can't give you that either.  I can't

7     recall.

8          Q    Did that start before James started working

9     there --

10         A    Yeah.

11         Q    -- or after?

12         A    Well, actually, the -- the mud fish jokes

13    and stuff started first.

14         Q    Yes.  But we're talking about the "N" word.

15         A    The "N" words came around --

16         Q    After James started?

17         A    Yes, sir.  Yes, sir.

18         Q    Okay.  All right.  And that's when your

19    attitude --

20         A    Yeah.

21         Q    Or that's when your mindset, I guess, toward

22    Roebuck changed; correct?

23                    MR. BARROUKH:  Objection to form.

24                    You can answer.

25                    THE WITNESS:  Correct.

1                    MR. KNOX:  Okay.

2                    THE REPORTER:  And -- and Mr. Ealy,

3      just if you could try to let Mr. Knox finish his

4      question before you jump in with your answer.

5                    I know you know where he's going with

6      the question, but in order for us to have a clear

7      record, let him get his whole statement out before you

8      answer, please.

9                    MR. BARROUKH:  It's for the record, but

10     also his job is a lot harder if, you know, both of you

11     guys are talking at the same time.

12                    THE WITNESS:  I'm sorry.

13                    MR. BARROUKH:  We want to make it a

14     little easier --

15                    THE WITNESS:  I apologize.

16                    MR. BARROUKH:  All right.  Off the

17     record, could we take a five minute break, Ken?  Is

18     that all right?

19                    MR. KNOX:  Yeah.  What time is it?

20                    MR. BARROUKH:  10:20.

21                    MR. KNOX:  Yeah, that's fine.

22                    MR. BARROUKH:  Okay.

23                    THE REPORTER:  We are off the record at

24     10:20 a.m.

25                    (Off the record.)

Page 84

1           THE REPORTER:  We are back on the

2      record at 10:33 a.m.

3           MR. KNOX:  God, we're so formal; aren't

4      we?

5      BY MR. KNOX:

6           Q    Mr. Ealy, were you employed -- remember you

7      had testified earlier that you and your wife, driving

8      down the road, saw the Ferrovial truck, talked to Juan

9      Garcia; that led to you getting the job at Ferrovial;

10     right?

11          A    Yes, sir.  Yes, sir.

12          Q    All right.  At that time that you and your

13     wife were driving down the road and you saw Garcia,

14     were you employed somewhere?

15          A    Yes, sir.

16          Q    All right.  With whom?

17          A    Anderson Columbia.

18          Q    All right.  And I think -- well, you

19     described your job.  What was your rate of pay with

20     them?  Do you remember?

21          A    Yes, sir.  I was making 13.50.

22          Q    Okay.  So the same thing that Ferrovial was

23     paying you?

24          A    Yes, sir.

25          Q    Why were you even thinking about a job,

Page 85

1    other than Anderson Columbia?

2         A    Benefits, family.

3         Q    What was the second one?

4         A    Benefits.  I have a family.

5         Q    Okay.  All right.  Do you have kids?

6         A    I have six kids.

7         Q    Okay.

8         A    Sorry.  Six kids, one deceased.  I -- I

9    was -- I went through a loss of a child right before I

10   started with them.  I had to bury my own son.

11        Q    Right before you started with who?

12        A    Ferrovial.

13        Q    Okay.  I'm sorry.  So you had seven.

14        A    Six.  I got five -- five kids.

15        Q    Well, five left.  That's what I was asking.

16   Was it seven?

17        A    I always -- I always say "Six, include" -- I

18   never "disinclude" him as a death.  I always say, "Six

19   kids.".

20        Q    Yeah.  Okay.  Did Anderson Columbia not have

21   benefits?

22        A    They had benefits, but they didn't --

23   they -- they didn't have the benefits that -- that

24   they all have.  The benefits that they had wasn't --

25   wasn't good for me.  Like no, 410K [sic].  It

Page 86

1    wasn't --

2         Q    Yeah.

3         A    Ferrovial had the benefits.

4         Q    Okay.  All right.  And did you know anybody

5    who had ever worked for Ferrovial?

6         A    No, sir.

7         Q    Now, when you interviewed with Mr. Bearden,

8    do you remember telling him that they were treating

9    you unfairly at Anderson Columbia?

10        A    Yes, sir, I do.

11        Q    In what regards were they treating you

12   unfairly?

13        A    Basically, kept me at the same job title,

14   which is holding the -- the sign in the road.  They

15   didn't want you to push forward to do anything else,

16   like you want -- you want to grow with the company.

17        Q    Yeah.

18        A    They want you to stay on the back burner.

19   And that wasn't my thing, because I wasn't being able

20   to provide, like I'm supposed to.

21        Q    Yeah.

22        A    And then some days of the job, it rains,

23   then there's no work.  'Cause if I'm doing concrete or

24   doing anything, there's no work.

25        Q    Yeah.

```
 1              Okay.
 2        A    Oh, gosh.  Sorry about that.
 3        Q    Oh, sorry.  I just popped out my --
 4                   MR. BARROUKH:  No worries.  Thank you.
 5                   THE WITNESS:  I'm sorry.
 6                   MR. BARROUKH:  That's fine.  That's --
 7                   THE WITNESS:  I can go ahead and drink
 8    it.
 9                   MR. BARROUKH:   That document is not --
10    perfect.
11                   THE WITNESS:  I don't want to mess
12    these up.
13                   MR. BARROUKH:  No worries.
14                   THE WITNESS:  Thank you.
15              MR. KNOX:  Okay.
16                   THE WITNESS:  Sorry, again.
17    BY MR. KNOX:
18        Q    It's okay.  Those things happen.  All right.
19    So let's talk about Roebuck.  And you've talked me
20    through what was going on between you and him before
21    James got there.
22              Now, based on the records -- and you can
23    trust me on this or not, but my understanding is you
24    started I guess the third week in March of 2022,
25    specifically March 22.
```

1      James started working there sometime after

2   May the 10th.  Like, so he would've been, I guess -- I

3   think he said he had a graduation event, and he didn't

4   start until after that, which would've been probably

5   the third week in May.

6      A    Correct.

7      Q    Okay.  So you told me that your attitude

8   toward what Roebuck was saying changed when he used

9   the "N" word and that occurred after James arrived at

10  Ferrovial; correct?

11              MR. BARROUKH:  Objection to form.

12              You can answer.

13              THE WITNESS:  Yes, sir.

14  BY MR. KNOX:

15     Q    Okay.  All right.  Do you remember the

16  circumstances when Roebuck -- had he not used that

17  word before?

18              MR. BARROUKH:  Objection to form.

19              You can answer.

20  BY MR. KNOX:

21     Q    At least you hadn't heard it?

22     A    I hadn't heard it.

23     Q    Okay.  Do you remember the circumstances

24  under which he said that word?  Like, you know, where

25  you were and what you were doing, that kind of thing?

Page 89

1          A    We was out on -- we was out on the road on
2     the ATV, and he -- he rolled by, and he just said,
3     "What's up, my nigger."
4               And that's when he looked like -- I didn't
5     say anything to him or whatever, and it -- it went on.
6     Then I had a conversation with him or whatever, and --
7     and that was about it.  I never thought he would say
8     nothing like that.
9          Q    All right.  Let me break this down a little
10    bit.  So do you remember what highway you were on, any
11    recollection?
12         A    No, I can't be -- no, sir.
13         Q    All right.  And you and James were together.
14         A    [No audible response.]
15         Q    You need to say --
16         A    Yes, sir.  Yes, sir.
17         Q    You know, just --
18         A    Yes, sir.  I keep forgetting about it.
19         Q    No.  He can't record the head --
20         A    Yes, sir.  Yes, sir.
21         Q    All right.  So the two of you were working.
22    Were you on a break, or at that time, what were you
23    guys doing when he came up to you?
24         A    We was -- we were working.
25         Q    Okay.  And do you remember what you were --

1    like, were you using, you know, the weed eaters or,

2    you know, what was the equipment that you guys were

3    working on at the time?

4        A    I don't remember at the time.

5        Q    All right.  And he came up to you on foot,

6    or was he operating a piece of equipment, Roebuck?

7        A    Well, he pulled up in his work -- he

8    passed -- he coming by in his work truck.  He in his

9    work -- like I said, we all had our work truck, me,

10   Roebuck, and Juan.

11       Q    Okay.

12       A    So he was getting ready to pass by on his --

13   in his work truck.  I don't know if he was coming out

14   to check on us or what, but --

15       Q    Do you remember about what time of day this

16   was?

17       A    No, sir.

18       Q    Do you recall if it was at least before or

19   after your lunch break?

20       A    I don't want to say it was in the noon, but

21   I know the sun was out, so --

22       Q    All right.  Which reminds me, did you

23   typically take a lunch break, and if so, how long?

24       A    No, I didn't take no -- I don't -- at that

25   moment, I didn't take no lunch break.

Page 91

1      Q    Well, when you say, "at that moment," you

2    mean that day?  I'm talking about generally.

3      A    Oh yes.  Yeah, we took -- sometimes we took

4    lunch break.  Sometimes we -- we had to work -- work

5    in.  Like, we didn't get that break, and that was --

6    to be honest, that was a lot of times we didn't -- we

7    didn't get that -- get that break.  We had to get the

8    work done.

9      Q    Okay.

10     A    And they -- they take that, regardless of

11   what.  If we don't take the break, they still take the

12   hour.

13     Q    And it was an hour, you said?

14     A    Yes, sir.

15     Q    Have you ever seen your time records?

16     A    That's a good question.  I can't recall.

17     Q    Okay.  So it's your testimony that the

18   company deducted an hour for lunch, regardless whether

19   you took it?

20     A    Yes, sir.

21     Q    All right.  Do you know if there were ever

22   any times Roebuck worked through lunch, if you know?

23     A    No, sir.  No, I don't recall.

24     Q    Do you know if there were any times that

25   Garcia worked through lunch?

Page 92

1          A    No, sir.

2          Q    If there were times when they worked through

3     lunch, do you know whether they still got the

4     mandatory deduction too?

5                    MR. BARROUKH:  Objection to form.

6          A    No, sir.

7          Q    You don't know?

8          A    I don't.

9          Q    All right.  So Roebuck was in his truck, and

10    he pulled up; did he stop?

11         A    It was, like, slowly ride by.

12         Q    Okay.  All right.  And was he talking to you

13    through the driver's side window or the passenger-

14    side --

15         A    Just his driver's side, 'cause we on the

16    opposite side.  He -- throughout the window, he,

17    "What's up, my nigger?"  That's --

18         Q    Okay.  Were you on the same side of the road

19    or --

20         A    Opposite side.  He was, like, coming down,

21    and we all -- okay, this is the highway; he's coming

22    down, and we over here.

23         Q    Okay.  All right.

24         A    Yeah, the opposite side of the road, which

25    will be that traffic coming this way.  He going that

Page 93

1    way.

2         Q    Okay.

3         A    Yeah.

4         Q    And did either you or Mr. James say anything

5    to him in response to that?

6         A    It was reported to Juan.

7         Q    Okay.

8              Did he yell it out?  I'm trying to figure

9    out how far away you guys were from --

10        A    Well, it was distance away, so in order for

11   us to hear him, it had to be loud.

12        Q    Yeah.  Okay.  All right.  Did he say

13   anything else?

14        A    That's it.

15        Q    Okay.  So he just said it and then went on?

16        A    He went on and kept riding.  He went down,

17   turned around, come back up the road.  I guess he go

18   back to his site.  Like I said, I don't know if he was

19   sent -- was sent to check on us or whatever, but

20   that's how I happened.

21        Q    Okay.  All right.  And you said you guys

22   didn't respond?

23        A    No, sir.

24        Q    Now, I think you said you told Garcia about

25   this; correct?

Page 94

1          A     I'm sorry.  I keep saying, "Juan," 'cause
2     that's what I'm usually calling him.
3          Q     No.  Well, you can say it; that's fine.
4     It's just for the record.
5               Here's what happens.  At the end of this
6     deposition, one of us, probably me, might ask that
7     your deposition testimony today be transcribed, so
8     it'll all be written up.  And we may use that
9     transcript for certain legal purposes as the case
10    moves forward.
11              So when I add the last name, it's just so we
12    make it very clear to the court or whomever is reading
13    whatever the transcript says, they know exactly who
14    the person is we're talking about.  That's the only
15    reason I'm doing it.
16              So you can continue to call them Juan and
17    whatever; that's fine.
18         A     Yes, sir.
19         Q     I'm just explaining why I do it.
20         A     Okay.
21         Q     Now, first of all, once Roebuck says that
22    and then takes off again, did you and Mr. James talk
23    about what had just happened between yourselves?
24         A     Well, it was surprising to James.  He was,
25    like -- it was surprising to James.

Page 95

1         Q    Okay.

2         A    Because he -- he the one went to Juan about

3    it, and that's, you know, on his behalf, Juan was --

4    like, he told Darrell James same thing he told me,

5    "That's how -- that's how Bo is."

6              Same thing he told Darrell James, he told me

7    once before.  So that's when the issue was bigger,

8    so --

9         Q    Okay.  Well, then let me ask you -- let me

10   back up.  You just said that Garcia had told you at

11   one point when you spoke to him about Roebuck, "That's

12   just how he is"?

13        A    Yes, sir.

14        Q    So I thought you had said earlier that --

15   well, never mind what I thought.  Let's just talk

16   about that.  So you had already talked to Garcia once

17   before about Roebuck?

18        A    About the mud fish, the boats.

19        Q    So you did talk to him about that?  Okay.

20   So now, I'm going to move from what we were just

21   talking about.  I want to go back and talk about that;

22   okay?

23             So before this happened, you did complain to

24   Garcia?

25        A    Yes, sir.

Page 96

1          Q     This complaint to Garcia, was that still
2     before James got there, or was it after James got
3     there, but before he used the "N" word?
4          A     The -- the complaint was before James got
5     there.
6          Q     Okay.  And do you remember, approximately,
7     if James didn't start until, like, the third week of
8     May, which is his testimony, and you started on the
9     22nd of April -- so you were there about two months
10    before James got there; right?
11         A     Yes, sir.
12         Q     Okay.  Do you remember how far into your
13    employment it was that you spoke to Garcia about the
14    jokes?
15         A     I can't recall how far it was in.  I can't
16    recall.
17         Q     Okay.  So you don't remember whether it was
18    a month into your employment or two months into it or
19    some other time?
20         A     No, sir.  I can't recall if I can't give you
21    a specific date.
22         Q     Okay.
23         A     I don't just want to give you, you know, any
24    date.
25         Q     Yeah.  Well, I understand about a specific.

Page 97

1    I'm just trying to get a timeframe.

2         A    I could say probably in between a month and

3    a half, two months, somewhere up in there, base time.

4    I don't really want to pinpoint, 'cause it's not a

5    pinpoint type of thing.

6         Q    No.  I get it.  Let me ask you this.  Was it

7    closer to when you started to work at Ferrovial that

8    you talked to Garcia the first time, or was it closer

9    to when James started?

10        A    It's probably closer to when James was

11   starting.

12        Q    Okay.  All right.

13        A    Because, like I said, we -- we worked quite

14   a few --

15        Q    All right.  So where were you physically

16   when you made this complaint to Garcia?

17        A    I made this at the job.  We was at the job,

18   Ferrovial.  We was actually going back in from the

19   work site.

20        Q    Okay.  And that's what I was getting at.  I

21   was sure it was at work.  But was it out on a project,

22   or was it in the office?

23        A    It was at the office.

24        Q    You were in the office?

25        A    Yes, sir.

Page 98

1      Q    Was it start of a work day?

2      A    Actually, it was --

3      Q    The end of a work day?

4      A    It was outside in the -- there's a shed in

5    the back.

6      Q    Okay.

7      A    And we was sitting in the back, and I -- I

8    actually let him know what was going on, out of harm's

9    way, and that's when he was like, "Hey man, that's

10   how -- that's -- that's how Bo is, man.  That's how he

11   jokes around."

12          I'm like -- so he didn't say anything else

13   about nothing.  He didn't --

14     Q    Okay.  What exactly -- as close as you can

15   remember -- I don't expect you to remember word for

16   word, but what was your complaint to Garcia?  What was

17   it that you said to him about Roebuck?

18     A    Okay.  I went to -- what I exactly said to

19   Juan -- I went to Juan, and I asked -- said, "Man, Bo

20   make a lot of jokes about racism."  And he was, like,

21   "Oh, what making you think he racism?"

22          I said, "There's a lot of jokes about mud

23   fish.  He -- every time he catches mud fish, he give

24   them -- he gives them black folk.  How come a black

25   person -- the reason why a black person can't afford a

Page 99

1    boat, out of all things."

2              And I told him.  He was, like, "I don't -- I

3    don't think he mean it like that."  And he didn't go

4    to anyone about it.  So I knew he didn't go to

5    Steve -- Steve about it.  So it wasn't -- couldn't

6    have had nothing said about it.

7         Q    Who said, "He don't mean nothing by it"?

8         A    Juan.  Juan said he didn't think Bo mean

9    anything about it.

10        Q    Okay.  All right.  Well, did you say

11   anything back to Garcia after he told you, you know,

12   "I don't think he meant anything by it"?

13        A    There wasn't really no back-talking, 'cause

14   I'm not a disrespectful person.  I figured he would

15   handle it.

16        Q    Okay.  And that's what I'm getting at.  I'm

17   not saying that you said anything disrespectful or

18   acted in a disrespectful way.

19              I guess really, my question is this.  You

20   told him about the jokes.  He says, "I don't think he

21   meant anything by it"; right?

22        A    Yes, sir.

23        Q    Okay.  And then did you say anything like,

24   "Well, I don't care; I want it to stop; you need to

25   make it stop"?

```
 1        A    Juan said he was going to talk to him.
 2   That's about it.  That's about all.
 3        Q    Okay.  I'm asking if you asked him to do
 4   anything about it?
 5        A    No, sir, I didn't.  No, sir, I didn't.  I
 6   didn't.
 7        Q    Okay.  So you didn't ask him to do anything
 8   about it, but he said what?
 9        A    He just said that he was going to talk to
10   him about it.
11        Q    To Roebuck?
12        A    To Roebuck.
13        Q    Okay.  All right.  Now, between the time of
14   that conversation with Garcia that you just testified
15   about, before James got there, and what we're going to
16   talk about shortly, which is Roebuck's use of the "N"
17   word after James got there, did you speak with Garcia
18   about anything Roebuck was doing in between those two
19   events?
20        A    Yes, sir.
21        Q    Okay.  All right.  Now, when you made this
22   first complaint to Garcia, Roebuck had not -- or at
23   least you'd not heard him use the "N" word; right?
24        A    Correct.
25        Q    Okay.  So when is the second time that you
```

1    complained to Garcia about Roebuck?

2         A    Well, the first -- I don't know.  I

3    complained to him once, and James complained to him.

4         Q    Oh, okay.  Then I misunderstood your answer.

5         A    Yes, sir.  Yes, sir.

6         Q    Sorry.  All right.

7         A    I complained -- I complained before Darrell

8    James got there, and when Darrell James got there, he

9    heard the "nigger" word when he rolled by in the truck

10   going slow.

11        Q    Exactly.

12        A    He explained to him.

13        Q    And that's all I'm getting at.  So you

14   didn't have any more conversations with Garcia about

15   Roebuck between those two things happening?

16        A    Because I see it wasn't getting anywhere.

17        Q    Okay.

18                   THE REPORTER:  I'm sorry.  Could you

19   please repeat that for me again?

20                   THE WITNESS:  Because I see it wasn't

21   getting anywhere.

22                   THE REPORTER:  Thank you.

23   BY MR. KNOX:

24        Q    Now, when you say you could, see it wasn't

25   getting anywhere," that was based on what?

Page 102

1          A     Because the actions that was being showed
2    were still the same.  Like, these -- the guys wasn't
3    doing any work.  We were still being signed up to do
4    this -- sign up to do this on our own.
5              No -- a lot of things changed in that job
6    title when that extra help came.  When that extra help
7    came, the whole job title changed.
8          Q     When the extra help came?  When James got
9    there?
10         A     Yeah.  When James got there, that's when
11   they went to using -- doing things unexpected, sitting
12   in the office while we out working in the sun,
13   different things with the --
14         Q     Okay.
15         A     Bo was more around -- around Juan when --
16   when James got there, so --
17         Q     Yeah.  Okay.  All right.  So then let's go
18   back to that, because that's what we were talking
19   about.
20              And I'm not saying this is exactly it, but
21   generally, you and James out working on a job on one
22   side of the highway, Roebuck comes by in his truck,
23   yells out the driver's side, "What's up, my nigger,"
24   and --
25         A     I don't even like to hear that word.

1          Q    -- then he turns around and goes back from

2     the direction he came.  And then you and Darrell --

3     you said that Darrell was surprised by it.

4               Did the two of you say anything else between

5     each other at that time?

6          A    No, sir.

7          Q    Okay.  And then did you and James both

8     complain to Garcia about this incident, or was it just

9     James?

10         A    It was -- James went to Garcia.

11         Q    Okay.  All right.

12              MR. BARROUKH:  I also just want to say,

13    briefly, if it is possible to avoid using the word.

14    We could just say "N word" for the deposition.

15              THE WITNESS:  Yeah, 'cause I don't like

16    that word.

17              MR. BARROUKH:  If it's possible.  It is

18    his deposition.  If he wants to say for the purposes

19    of restating, that's fine.  But --

20              MR. KNOX:  Yeah.  Well, just so you

21    know, and I'm going to apologize, because I'm not

22    using it for any reason --

23         A    I know you're not.  I know you're not.  I

24    know it's -- you're doing your job, but it's just

25    about I how I was treated.

Page 104

1          MR. BARROUKH:  Yeah.

2     BY MR. KNOX:

3          Q    Yeah.  No.  I get it.  Okay.  So now, how do

4     you know that James talked to Garcia about what had

5     just happened?

6          A    'Cause we -- we went in together to the

7     office, and I watch him -- I watch him, as a man, go

8     up front -- in front and talk to him.

9          Q    Okay.  All right.  Was it the same day?

10         A    Same day as we left the site.

11         Q    So it had been at the end of the work day?

12         A    Yes, sir.  End of the work day.  There

13    wasn't nothing talked about until the work was over.

14    We made sure we completed our job.

15         Q    Okay.  And do you remember, approximately --

16    or can you give me an idea, approximately, how long

17    James had been working there when Roebuck drove by and

18    made that comment?

19         A    Let me see.  I can't recall.  I can't.  I

20    don't --

21         Q    Okay.  All right.

22         A    I don't remember the exact time.  I don't

23    know how long he had been there at the time.

24         Q    All right.  And I think I had asked you, but

25    if I didn't, sorry -- old guy, do you remember what

Page 105

1   highway you guys were on?

2       A    Yeah, I told you I didn't remember at all.

3       Q    Okay.  All right.  So was Garcia already in

4   the office and you guys walked in, or did you all walk

5   in together, or did he come later and you guys had

6   been waiting for him?

7       A    Well, Garcia was already sitting his back

8   office.  He have an office, and Mr. Steve have an

9   office.

10      Q    Okay.

11      A    And he was already in his back office when

12  he got there, so --

13      Q    All right.  And so then the two of you

14  walked into Garcia's office?

15      A    Well, Darrell James walked in.  I walked --

16  we walked in the office together, but he walked in his

17  back room himself.

18      Q    All right.  And where were you?

19      A    Inside the front office.  Okay.  If you walk

20  in the door, this is the front -- this is the front,

21  and they got their own separate rooms.

22      Q    Okay.

23      A    Steve's over here, and Juan is over here on

24  the right.  So I was up in the front while he was back

25  there talking to Juan.

1      Q    Okay.  So you didn't hear --

2      A    I don't remember the conversation.

3      Q    Okay.  All right.

4            MR. BARROUKH:  Let him ask the question

5      first.  Thank you.

6            THE WITNESS:  I'm sorry.  I don't know

7      why I keep --

8            MR. BARROUKH:  Nope.  You're good.

9  BY MR. KNOX:

10     Q    Any idea about how long Darrell was talking

11     to Garcia?

12     A    Possibly about a good ten minutes.

13     Q    Okay.  And you just waited?

14     A    I waited, 'cause we had a job site that we

15     had to complete.  We had to dump all the trash that

16     was on our truck in the back dumpster in the back

17     before we leave.

18     Q    Okay.  All right.  How close -- this

19     incident, him using the "N" word, you guys going in.

20     You kind of wait outside -- I mean, you're in the

21     office, but you wait by the front door.  James goes

22     back, talks to Garcia.  You don't hear what they say;

23     right?

24     A    Right.

25     Q    Did anybody raise their voice?

Page 107

1       A    [No audible response.]

2       Q    Okay.  All right.

3               THE REPORTER:  I'm sorry.  For the

4       record, sir --

5               THE WITNESS:  No, sir.

6               THE REPORTER:  Thank you.

7    BY MR. KNOX:

8       Q    Do you know how close this complaint that

9    that Darrell made to Garcia, how close was that to the

10   day you guys were suspended?

11              MR. BARROUKH:  Objection to form.

12   BY MR. KNOX:

13      Q    Oh.  No.  I tell you what, let me ask this

14   instead.

15              The incident you've just described, Garcia

16   using that word, you guys going in, James talking to

17   Garcia, was that before or after you guys went to

18   Jacksonville for that MOT training?

19      A    Yes, that was before we went to Jacksonville

20   for that MOT training.

21      Q    Okay.  Was there anybody else in the office

22   that you remember?

23      A    Not if I recall.

24      Q    Okay.  All right.  When it ends, at some

25   point, James comes back out; right; yes?

Page 108

1        A    Yes, sir.

2        Q    Okay.  And then did you guys talk about what

3    had happened?

4        A    He just let me know he reported it, and we

5    continued to go -- like I said, went back to the

6    dumpster and dumped the stuff off our truck.

7        Q    Okay.  All right.  And that's all he told

8    you was that he had reported it?

9        A    Reported it.

10        Q    Okay.

11             Let me ask you about an incident that I

12    understand happened in late April.

13             As I understand it, there was an issue, or

14    at least you believed there was an issue, about your

15    work hours and that you were concerned that not all

16    your work hours had been correctly recorded by the

17    company.  Do you remember that?

18        A    I think I talked to Shonda [sic] about that.

19        Q    All right.  If I were to tell you that

20    happened on the night of April 27th, do you have any

21    reason to disagree with that?

22        A    I can't recall it.

23        Q    Okay.  All right.  So before you called

24    Shaunna, you actually called Roebuck; right?

25        A    I can't recall.

Page 109

1        Q    Do you remember calling him and blaming him
2    for not accurately -- somehow he failed to accurately
3    record your work hours?
4                    MR. BARROUKH:  Objection.
5    BY MR. KNOX:
6        Q    Do you remember that?
7        A    No, sir.
8                    MR. BARROUKH:  Objection to form, and
9    an objection, leading.
10                    MR. KNOX:  Well, of course it's
11    leading.
12                    MR. BARROUKH:  Yeah.  That's for the
13    record.
14                    MR. KNOX:  That's not objectionable.
15                    MR. BARROUKH:  I'll just stick to form.
16                    MR. KNOX:  Okay.
17                    MR. BARROUKH:  All right.
18    BY MR. KNOX:
19        Q    Okay.  So you do remember calling Roebuck
20    before you called Shaunna?
21        A    No, sir.
22        Q    You don't remember blaming him for what you
23    thought was going to be a problem -- paycheck?
24        A    No, sir.
25        Q    You do remember calling Shaunna?

Page 110

1          A     Yeah.

2          Q     Okay.  And this was after work hours;

3     correct?

4          A     When I contacted Shonda [sic]?

5          Q     Yes.

6                    THE REPORTER:  And sorry.  Just for the

7     record, was that a "yes"?

8                    THE WITNESS:  Yes, sir.

9     BY MR. KNOX:

10         Q     And what do you remember telling her?

11         A     I didn't tell her nothing.  I asked her a

12    question.

13         Q     What did you ask her?

14         A     I asked her could she contact someone, and

15    let me know what's going on with my check; my hours

16    was messed up.  She told me she was going to contact

17    Steve.  We didn't conversate no more.

18         Q     Okay.  And it turned out there was no

19    problem with your check; correct?  Or you don't know?

20                    MR. BARROUKH:  Objection to form.

21    BY MR. KNOX:

22         Q     Okay.

23         A     I don't recall.

24         Q     All right.  So you called her, asked her if

25    there was an issue with your check, and she said she

Page 111

1    talked to Steve, or you asked her to talk to Steve?

2          A    She said she was going to contact Steve.

3          Q    Okay.  All right.  Do you know if she did?

4          A    I don't recall.

5          Q    All right.  Had you already gotten your

6    paycheck, or was the paycheck one that you were going

7    to be getting shortly?

8          A    It was the one that already came to my

9    account.

10         Q    Okay.  All right.  And now do you remember

11   what the problem was or what the --

12         A    I still don't -- I don't recall.

13         Q    Okay.  All right.  Do you remember what day

14   of the week you got the direct deposit?

15         A    I don't recall.

16               MR. KNOX:  All right.  Can we do this,

17   can you give me just enough time to run to my room?  I

18   want to grab that calendar --

19               MR. BARROUKH:  That's fine.

20               MR. KNOX:  -- that we used yesterday.

21   I'll be right back.

22               THE REPORTER:  We are off the record at

23   11:06 a.m.

24               (Off the record.)

25               THE REPORTER:  We are back on the

Page 112

1    record at 11:09 a.m.

2    BY MR. KNOX:

3         Q    Do you remember -- you said you were paid

4    biweekly direct deposit; right; yes?

5         A    Yes, sir.

6         Q    Do you remember what your pay dates were?

7    If it was, like, the 15th and the 30th of the month or

8    the 1st and the 15th of the month or something like

9    that; do you remember?

10        A    I don't recall.

11        Q    Okay.  All right.

12             And as for whatever the issue was, you don't

13   recall what it was; right?

14                  MR. BARROUKH:  Objection to form.

15        A    Yes.

16        Q    And you don't know whether it ended up

17   actually being a problem or not; correct?

18        A    Yes.

19        Q    Okay.  I think you said Ms. Stoddard told

20   you that she would talk to Steve about it -- Bearden;

21   right?

22        A    Yes.

23        Q    And you don't know if she did?

24        A    Correct.

25        Q    Did you ever ask Bearden about it?

Page 113

1           A    No, sir.

2           Q    Let's talk about that.  I think what I

3    wanted to do is, I want to finish regarding any

4    complaints that you made to Garcia about Roebuck.

5    And we'll talk about other people later, but I kind of

6    want to finish up with him.

7                After this event that you just described

8    regarding Roebuck's use of the "N" word and then Mr.

9    James reporting that to Mr. Garcia, were there any

10   other times that you complained to Mr. Garcia about

11   Roebuck's conduct?

12          A    That was about it.

13          Q    Okay.  Well, that was it?

14          A    Yeah, that was about -- around that time,

15   that was about it.  We -- we was only there for --

16   like, I was only -- I was only there for, like, three

17   months, and whatever I reported to him, I reported to

18   him.

19               Like, a whole lot of stuff went down, and --

20   within a week -- in a week's time of what was done.

21   Like, Steve called us in the office, and he wanted to

22   split us -- split us from our jobs.

23               He wanted him to work separate, and he

24   wanted me to work separate, but he never -- he -- he

25   never split -- he never split us up.  He -- he kept us

Page 114

1    together doing work assignments together.

2         Q    Okay.

3         A    And we went out on Highway 90, out by

4    Madison County High School.

5         Q    Yeah.

6         A    And there was some type of stuff they used

7    to kill -- kill flowers and stuff -- some type of blue

8    stuff inside of a jug they used to kill -- to kill

9    flowers and stuff.  And --

10        Q    Like a pesticide or something?

11        A    Yes, sir.  Yes, sir.  And I was there or

12   whatever, and Bo looked over there.  He looked over or

13   whatever, and he was, like, "Man, you're sweating

14   pretty bad."  I was, like, "Yeah, man.  I got to get

15   me some napkins."  He was, like, "Yeah, man."

16        Q    You have to get some --

17        A    Napkins to wipe my face.

18        Q    Oh.

19        A    Paper towels.

20        Q    Yeah.

21        A    He was like, "Yeah, man, black people sweat

22   bad."  It was just like the stuff that made him happy

23   about what he was saying.  I was, like, "What you mean

24   black people sweat bad?"  I said, "Everyone sweats bad

25   when they in the sun."

Page 115

1    Q    Yeah.

2    A    And he was, like, "Oh, it was just a joke."

3    Everything was a joke to him, but it wasn't a joke to

4    me.

5    Q    Yeah.

6    A    And my job wasn't -- was not feeling like my

7    job anymore.  You know, it was feeling like a place

8    where I was just being harassed, and -- and wherever I

9    went -- whenever I went there, I didn't feel

10   protected.

11   Q    Okay.

12   A    You know?

13   Q    Now, just for the record, of course I

14   appreciate all this.  It's non-responsive, and it does

15   come after a break where you had an opportunity to

16   discuss this with your attorney, so --

17   A    Okay.

18   Q    -- I understand what's happening.  But let

19   me ask you though -- I want to be sure, the question

20   was, after James talked to Garcia that you've just

21   talked about here, did you complain to Garcia again

22   about Roebuck?

23   A    That was it.

24   Q    Okay.  Do you know whether James complained

25   again to Garcia about Roebuck?

1        A    No, sir.

2        Q    Okay.  All right.  Let me ask you about this

3    MOT training.  What was the purpose of that?  What was

4    your understanding at least?

5        A    What?  MOT Advanced?

6        Q    In Jacksonville.  Is that the same thing

7    that we're talking about?

8        A    Yes, sir.  That's the --

9        Q    Okay.  All right.  That was advanced

10    training?

11        A    Yeah.  It was more being constructive --

12    more being able to sit down and teach the class.

13    That's what MOT Advanced is.

14        Q    Okay.

15        A    But that's -- that's the certification I

16    got, so I can go on further and teach the class about

17    what is MOT Advanced.

18        Q    Oh, okay.  All right.  So how did you find

19    out that the company wanted you to go to that?

20        A    I found out through Steve.

21        Q    Okay.  Was it your understanding -- did you

22    have any understanding, as to whether Ferrovial was

23    required by the State of Florida or anybody else to

24    give that kind of training to their crews?

25        A    I don't recall.

Page 117

```
 1        Q    Okay.  Do you remember --  as best I can
 2    tell, that training was from June the 7th through the
 3    9th, and it was at the Embassy Suites.  Does that
 4    sound right to you?  Do you remember the hotel where
 5    it was conducted?
 6        A    You said it was called -- it wasn't no
 7    Embassy Suites.  I don't -- I can't recall the name,
 8    but it wasn't no Embassy Suites.  It was -- I almost
 9    just caught the name of it, but --
10        Q    Okay.
11        A    I can't recall it, but --
12        Q    All right.
13        A    It was -- it was a nice -- it was a big
14    hotel, so --
15        Q    All right.  Well, I mean, the information I
16    have is was the Embassy Suites, but we can clear that
17    up later.
18             So do you remember about how much in advance
19    you were told about this training?
20        A    I don't recall.
21        Q    And Mr. James went too; right?
22        A    Yes.
23        Q    All right.  Are you aware that training was
24    primarily geared toward relatively new employees?
25        A    I don't recall that.
```

1      Q    For example, Mr. Roebuck didn't go to that

2 training; correct?

3      A    He didn't.

4      Q    He did not?

5      A    He did not, sir.

6      Q    Right. Okay. So how did you get up there

7 for the training? That is did you drive your own

8 vehicle? Did you drive a company vehicle?

9      A    I drove my personal truck.

10      Q    Okay. And what was that? And maybe it

11 still is.

12      A    It's not no more. It was a Chevy Ford --

13 Ford Explorer, 2016.

14      Q    Okay. All right. And did the company offer

15 you a company vehicle to drive up there?

16      A    Will they offer? Yes, sir, they did.

17      Q    Okay. And why did you decide to drive your

18 personal vehicle, instead of the company vehicle?

19      A    I drove my personal vehicle, because I had

20 my kids and everything with me.

21      Q    Okay. All right. Now did you and Mr. James

22 go up together?

23      A    He drove a company truck.

24      Q    He drove a company truck?

25      A    Yes, sir.

1        Q    Okay.  Do you remember; wherever the hotel

2    is that the training was conducted, did you stay in

3    that hotel, or did you stay in another hotel?

4        A    I stayed in that hotel.

5        Q    Okay.  So whatever hotel conducted the

6    training in, that's where you stayed?

7        A    Mm-hmm.

8        Q    And yes; right?

9        A    Yes, sir.

10        Q    Okay.

11        A    Yes, sir.

12        Q    Yeah, it's not so I can hear.

13        A    This -- everything confusing me, but I'm

14    sorry.  Yes, sir.

15        Q    And so you went with - and Ms. Robinson went

16    with you?

17        A    My wife.

18        Q    Okay.  And well, should I refer to her as

19    Ms. Ealy?

20        A    Yes, sir.

21        Q    Okay.  All right.  So Ms. Ealy went with

22    you, along with your five kids?

23        A    Yes, sir.

24        Q    Okay.

25        A    Well, actually, we took four of them at the

Page 120

1    time.  The new -- we got a -- a baby now.  He's -- he

2    just turned 4, so he wasn't -- around that time, he

3    wasn't able to go with us and stuff.

4         Q    Okay.  So he stayed with family?

5         A    Yes, ma'am [sic].

6         Q    Okay.

7         A    I just took me and her and the rest of the

8    older kids that was --

9         Q    Okay.  All right.  What, if anything, did

10   Mr. Bearden tell you about the arrangements for the

11   training?  That is what the company -- well, we

12   already talked about transportation; offered you a

13   company vehicle; you wanted to drive your own, because

14   you wanted to take your family; right?

15        A    Correct.

16        Q    Okay.  Was there any discussion with Mr.

17   Bearden about expenses, you know, who was going to pay

18   for expenses you incurred, things like that?

19        A    Yes, sir.  I -- I asked him about expenses,

20   because when I got there or whatever -- actually, when

21   I got there, it was three hours -- the room -- the

22   room that we had wasn't even ready.

23             We had to sit outside in the -- in my

24   vehicle for certain amount of hours while everyone was

25   still asleep, because the room wasn't even booked.

1           When I got there, they said the room wasn't

2    even booked.  So -- and I actually fed my family out

3    at -- out of my pocket on everything, and I --

4           Q    Did you understand that the company was

5    responsible for booking the rooms?

6           A    From Mr. Steve.  He told me that they were

7    so --

8           Q    Okay.  All right.  Do you know if Mr. James

9    stayed in the same hotel?

10          A    I don't recall.

11          Q    Okay.  All right.  So whenever you checked

12   in, you went ahead and booked the room, stayed two

13   nights I guess?

14          A    Well, they contacted Steve.  They went in

15   the system and contacted them to make sure they got

16   the room right.

17          Q    Oh, the hotel?

18          A    Yes.

19          Q    Oh, okay.  All right.  Now, how do you know

20   that?

21          A    How do I know what?

22          Q    How do you know that the hotel contacted

23   Steve to make sure they got the room right?

24          A    I went in the inside.

25          Q    I'm sorry?

Page 122

1          A    I went in the inside of the -- of the hotel
2     and I -- and I talked to someone.
3          Q    Yeah.
4          A    And they talked to him.  Actually, a guy
5     that was doing the class that was down, he walked out,
6     and he knew I was from Ferrovial.
7          Q    Oh, okay.  All right.  Do you remember his
8     name?
9          A    No, sir.
10         Q    If I said a name, do you think you might
11    remember it?
12         A    No.
13         Q    I won't bother then.  All right.  So you got
14    the room booked, and that was on your credit card?
15         A    No, sir.  They took care of that.
16         Q    Oh, Ferrovial?
17         A    Yes, sir.
18         Q    Oh, okay.  All right.  Do you remember
19    asking Mr. Bearden for gift cards to use for you and
20    your family?
21         A    No, sir.  He offered -- he offered us gift
22    cards to take with us.  We didn't -- we didn't ask
23    for -- I didn't ask for nothing from him.  I had my --
24    I drove my own vehicle, and I had my own funds.
25         Q    Right.

Page 123

1      A    Only thing that was supposed to have been

2   paid back to me was gas expenses that was put in my

3   vehicle.

4      Q    Okay.  So were you given any gift cards, or

5   you just said, you know --

6      A    We wasn't looking forward to anything.  No,

7   sir.

8      Q    Okay.  So he never gave you any?  That's

9   what I'm asking.

10      A    No, sir.  I didn't -- I don't remember

11   anything.

12      Q    Okay.  And did you get reimbursed for the

13   gas?

14      A    I don't recall that either.

15      Q    And does it sound about right that it was a

16   two and a half day class?

17      A    Yes, sir.  Somewhere up in there.  From two

18   to three days.  Yes, sir.

19      Q    Okay.  And then that last day, part of it

20   was taking an exam; correct?

21      A    Yes, sir.  Correct.

22      Q    And you took that, and you passed it?

23      A    Highest -- highest -- we passed, two of the

24   highest in the class.

25      Q    Do you remember what your grade was?

```
                                         Page 124

1          A    Yeah, I had, like, a, extra-high B, or it

2    was somewhere between a high B and -- I could pull it

3    up on my --

4          Q    No.  It's not that important, but about an

5    84, 83 --

6          A    About 89, somewhere up there.

7          Q    Mr. James was pretty close to you?

8          A    He was good.  He probably was a point higher

9    than me.

10         Q    He was riding that ballpark.

11         A    Yeah.

12         Q    All right.  So just so I'm clear, because

13   again, you know, it's an issue that I need to try to

14   straighten out.

15              So you were offered a company vehicle.  You

16   said, "No.  I want to take my own, because I want to

17   take my family"; correct?

18         A    Yes, sir.

19         Q    All right.  You were offered gift cards, and

20   you said, "No, thanks."

21         A    And, again, I don't even remember getting

22   the gift cards.  He sent us down there with a gas card

23   for the company truck, 'cause Mr. James was driving

24   the company truck.

25         Q    Yeah.
```

Page 125

1          A    And I had to make -- I was in control of the

2     gas card, 'cause I was there longer.

3          Q    Yeah.

4          A    So I had to make sure if he needed gas in

5     the truck, that I used the company card to put gas

6     into the truck.  That was the only thing was given.

7          Q    Yeah.  Okay.  And that's all I'm saying.

8     And I'm not saying you were given the gift cards.  I'm

9     just saying, as I understood your testimony, you were

10    offered the gift cards, and you said, no, you didn't

11    need them or something like that.

12         A    I don't -- I just don't remember getting

13    them.

14         Q    Oh, okay.  Oh.

15         A    I don't -- I don't remember anything.

16         Q    All right.  But you didn't make a big deal

17    of it?

18         A    No, not at all.

19         Q    All right.  It's not like you demanded gift

20    cards for your family and all that?

21         A    No, sir.

22         Q    All right.  And then the hotel expense, you

23    said Ferrovial took care of that?

24         A    Yes, sir.

25         Q    And it was only the reimbursement for the

Page 126

1    gas that was really the only expense to you?

2        A    Yes, sir.

3        Q    And you don't remember if you got the

4    reimbursement or not?

5        A    No.  No, sir.

6        Q    All right.  Company records should show that

7    if you got it.

8        A    Yeah, they will.

9        Q    All right.  I mean --

10       A    That's why I'm not denying and saying I did

11   or didn't.

12       Q    Yeah.  I mean, you submitted receipts, I

13   assume?

14       A    Yes, sir.

15       Q    Okay.  Now, do you remember standing up in

16   the class and making the comment that grown men don't

17   eat cold food?

18       A    No, sir.  I don't recall.  I don't recall

19   nothing like that.

20       Q    You don't recall that any of the other

21   attendees made a complaint about your behavior and

22   another gentleman from another office?

23       A    No, sir.

24       Q    That was never brought to your attention?

25       A    I don't remember at all.

1      Q    Okay.  And once you were up there, you never

2   contacted Mr. Bearden again and demanded more gift

3   cards?

4      A    No, sir.

5      Q    Okay.  Now, as I understand it, Ferrovial

6   had, like, pastries and coffee and stuff for

7   breakfast.  Does that sound right?

8      A    Correct.

9      Q    All right.  Did you eat there, or did you

10  get your own breakfast?

11     A    We ate -- we ate other -- we left outside

12  the room -- hotel and ate.  I prepared for me and my

13  family, like I said the first time.

14     Q    Right.  Okay.  And then for lunch they had

15  box lunches?

16     A    I don't remember, 'cause I never ate it.

17     Q    Okay.  All right.  And you never made the

18  comment about cold food?

19     A    No, sir.

20     Q    Okay.  Now, in terms of the -- you had said

21  earlier that you'd done some training.  I think all of

22  you had.  I think you and James and Roebuck had

23  training on the tractor; correct?

24     A    Yes, sir.

25     Q    Okay.  And was that before or after the MOT

```
                                       Page 128
 1   training, if you remember?
 2       A    It was -- it was before we went to
 3   Jacksonville.
 4       Q    And I think you said that training was a day
 5   on the tractor?
 6       A    Yes, sir.  He had us all down in the field
 7   right beside the job.  The field is filled with water
 8   now.
 9       Q    All right.  And that was Bearden who did the
10   training?
11       A    Steve Bearden.  Yes, sir.
12       Q    Okay.
13       A    He -- he was there.  He was out there, and
14   he had Juan out there, and they were --
15       Q    Garcia.
16       A    Garcia.  I can't --
17       Q    No.  That's fine.  Okay.  How did you do?
18       A    He told me I did excellent.
19       Q    Did he?  Okay.  Based on your observations,
20   how do you think James did?
21                  MR. BARROUKH:  Objection to form.
22                  You can answer.
23                  THE WITNESS:  I can't recall.
24   BY MR. KNOX:
25       Q    Okay.  Based on your observations, how do
```

Page 129

1    you think Roebuck did?

2         A    I can't recall.

3         Q    Now, is it your understanding that all three

4    of you did well enough to be certified, or you don't

5    know?

6         A    I -- I don't recall.  I just know he told me

7    that I did excellent.

8         Q    Okay.  All right.  And your understanding is

9    that you were then going to get, at some point, some

10   documentation of the certification?

11        A    Yes, sir.

12        Q    Did James tell you whether he got the

13   certification?

14        A    No, sir.  He didn't tell me anything.

15        Q    Did Roebuck tell you if he got the

16   certification?

17        A    No, sir.

18        Q    Now, as I understand it from Mr. James,

19   apparently Mr. Roebuck drove the tractor most of the

20   time?

21        A    Yes, sir.

22        Q    Do you know why that was?

23             MR. BARROUKH:  Objection to form.

24        A    No, sir.

25        Q    Now, I know that this line of questioning is

Page 130

1     going to draw a bunch of objections, so just be

2     prepared for that.

3            You've made a claim that you were

4     discriminated against because of your race.

5                  MR. KNOX:  Not that I'm trying to

6     intimidate you into not making those objections,

7     because I know you'll make them.

8                  MR. BARROUKH:  I'll make them.  Don't

9     worry.  Yep.

10    BY MR. KNOX:

11        Q    You also claim that you were harassed

12    because of your race, and you claim that you were

13    retaliated against for complaining about the

14    discrimination and harassment.

15            Is that an accurate assessment of the claims

16    you're making in your lawsuit?

17                  MR. BARROUKH:  Objection to form.

18        A    Yes, sir.

19                  MR. BARROUKH:  Calls for a legal

20    conclusion.  Wait for me to object before you answer.

21                  THE WITNESS:  Yes.  Okay.

22    BY MR. KNOX:

23        Q    All right.  Now, with full understanding

24    that you're not a lawyer, in what ways do you believe

25    you -- and I don't want to talk about Mr. James,

1    because again, I talked to him about this yesterday,

2    so I want to focus on you.

3              In what ways do you believe that you were

4    discriminated against because of your race?  Wait for

5    the objection --

6                    MR. BARROUKH:  Objection to form.

7    Calls for a legal conclusion.

8    BY MR. KNOX:

9         Q    Go ahead.

10                   MR. BARROUKH:  You can answer.

11                   THE WITNESS:  That's a lot of work that

12   was required for me to do, and they didn't -- and they

13   didn't require to do it, as I'm working out in the sun

14   constantly, while they're sitting the AC, like, the

15   tractor, as I say, with the AC, while we were out on

16   the ATVs with -- with no AC, on the zero-turns with no

17   AC, weed eating with no AC.  Why?

18   BY MR. KNOX:

19        Q    What was the last thing you said?

20        A    Weed eating.  Weed eating.

21        Q    Weed eating.  Okay.

22        A    Every job that we complied to was -- is

23   nothing with no AC or no nothing.  There was different

24   work titles that was assigned for me to do that I

25   wasn't comfortable with at all that they would never

Page 132

1    have done.

2         Q    Okay.  Do you know how long Mr. Roebuck had

3    been working as a maintenance tech when you started

4    there?

5                   MR. BARROUKH:  Objection.  Asked and

6    answered.

7    BY MR. KNOX:

8         Q    I don't remember.

9         A    I don't recall.

10        Q    Okay.  And so you would have no idea what

11   job duties he performed before you got there?

12        A    I don't recall.

13        Q    And you wouldn't know whether when he was

14   the new guy he got stuck doing work out in the sun

15   while other people got to work in AC?  You don't know

16   that?

17        A    I don't recall.

18        Q    Okay.  And when you say, "but they," didn't

19   do those things, you're talking about Roebuck and

20   Garcia, the supervisor?

21        A    Correct.  Yes, sir.  I'm thinking me and you

22   one-on-one here, man.  I'm sorry.

23        Q    Okay.  Anything else, other than what you've

24   just described regarding working in the sun and

25   without the AC?

Page 133

1        A    Like --

2        Q    Go ahead.

3        A    There's been times we -- we've been on the

4    side of the highway.  I can't remember the highway.

5    It's -- it's out past Greenville, 'cause there's so

6    many roads that we work.

7             And they just had us out in the sun on the

8    interstate.  It's -- it's a hole -- it's a hole --

9    right here in the middle of the road -- not in the

10   middle of the road, but on the edge of the road, like

11   someone's driveway.

12       Q    Okay.

13       A    And we there all day with nothing to drink,

14   no nothing, complying to this, to fill this hole.

15   Yeah.  Darrell James had to call Steve Bearden several

16   times to -- to actually get us something to drink.  No

17   one brought us anything.

18       Q    Okay.  The working in the sun, did that

19   happen before James got there, or was that something

20   that happened once he got there -- or after he got

21   there is a better word?

22       A    Well, I was getting a little bit of it.

23   Just couldn't get it all, because he had -- Roebuck

24   had to work with me, and there wasn't -- there wasn't

25   that many employees there, so we had to work together

Page 134

1    at times.

2         Q    Okay.  So once you got that fourth guy --

3         A    That was it.

4         Q    Okay.  All right.  Now, nobody at Ferrovial

5    ever told you that you were being assigned to work in

6    the sun more than Roebuck or Garcia because of your

7    race; right?

8         A    No, sir.

9         Q    You never saw any documents that said "Make

10   sure that they're out in the sun, and you guys sit in

11   the AC"?

12        A    No, sir.

13        Q    Okay.  This job with the no water, did you

14   say you had called Roebuck about getting water?

15        A    No.  Darrell James called Steve.

16        Q    Or I'm sorry.  I meant Bearden, but okay.

17   Yeah.

18        A    He -- he didn't bring any drinks, but once

19   we got done with the job, the next store down the

20   road, we rolled down and got us something to drink.

21        Q    Okay.

22        A    On our own.

23        Q    All right.  So Darrell had gotten hold of --

24   did he get a hold of Steve or --

25        A    Yes, sir.  Yes, sir.

Page 135

1    Q    All right.  And do you know what Steve's
2    response was?
3                 MR. BARROUKH:  Objection to form.
4    A    Not at all.
5    Q    Okay.  All right.  But whatever his response
6    was, nobody brought you any water --
7    A    We didn't get any --
8    Q    -- until you finished the job?
9    A    We didn't get any at all.
10    Q    Yeah.  Okay.  Well, that's right.  What I
11    meant was you didn't have any water until you finished
12    the job, and then you went down and got some.  Okay.
13                 MR. BARROUKH:  Answer for the court
14    reporter?
15                 THE WITNESS:  Yes, sir.  I just -- just
16    do this to me or something, man.  I'm sorry.  I
17    apologize, guys.
18    BY MR. KNOX:
19    Q    Anything else, other than these two things
20    we've been talking about, these assignments in the sun
21    where the other two employees were not and this
22    incident with water, any other incidents of what you
23    believe is race discrimination?
24                 MR. BARROUKH:  Objection to form.
25    Calls for a legal conclusion.

1          You can answer.

2          THE WITNESS:  Everything what I just

3    told you.

4    BY MR. KNOX:

5          Q    Okay.  Now, you also claim that you were

6    subjected to harassment based on your race.  And I'll

7    just get -- Roebuck, you've told me about the things

8    that he did that you believe were racial harassment;

9    correct?

10         A    Correct.

11         Q    The things, like the jokes and the use of

12   the "N" word?

13         A    Correct.

14         Q    Okay.  Now, was there anyone else at

15   Ferrovial who you believe harassed you because of your

16   race, other than Roebuck?

17         MR. BARROUKH:  Objection to form.

18   Calls for legal conclusion.  Also, the amended

19   complaint speaks for itself.

20   BY MR. KNOX:

21         Q    Go ahead.

22         A    I was called a "boy" by Juan.

23         Q    Okay.  Garcia.

24         Okay.  I want to get back to that, but I

25   want to ask you whether -- for example, did Shaunna

Page 137

1    Stoddard ever make any derogatory comments to you

2    about your race?

3         A    Not at all.

4         Q    Ever say any jokes about your race?

5         A    No, sir.

6         Q    All right.  Did you think she ever harassed

7    you because of race?

8         A    No, sir.

9         Q    Steve Bearden, did he ever tell racially

10   objectionable jokes?

11        A    No, sir.

12        Q    Did he ever call you any racially

13   objectionable words?

14        A    No, sir.

15        Q    Did he ever hear him make any objectionable

16   comments about black people in general?

17        A    No, sir.  I don't recall.

18        Q    Do you think if he had, you'd recall it?

19             MR. BARROUKH:  Objection to form.

20        A    If he had, I -- if he had, I probably would,

21   sir.

22        Q    Okay.

23        A    But I don't recall it at all.

24        Q    All right.  What about Russ Flowers?

25        A    Like I said, I only met him once.

1      Q    Okay.  So the answer would be no --

2      A    Oh, at all.  No, sir.

3      Q    Okay.  How about Stacy Wessell?  Do you

4    remember that name?

5      A    I don't.  Yeah.  I don't.

6      Q    Okay.  Would it be fair to say that the race

7    harassment that you suffered was from Roebuck and

8    Garcia?

9      A    Yes, sir.

10            MR. BARROUKH:  Objection to form.

11   Calls for legal conclusion.

12            You can answer.

13            THE WITNESS:  Yes, sir.

14   BY MR. KNOX:

15     Q    Okay.  The use of the word "boy" by Garcia,

16   was that once, more than once?

17     A    He's done it twice.

18     Q    All right.  So let's talk about the first

19   time.  What do you remember about the first time he

20   used that word?

21     A    I was telling him that he don't have to talk

22   to me the way he talked to me.  And that's when he

23   told me, he said, "Boy, I'm old enough -- I'm older

24   than you, boy.  Listen to what I say."

25     Q    Okay.  When did that -- well, let me kind of

1    try to help you figure out when that happened.  Was

2    that before James got there or after James got there?

3         A    That was after.

4         Q    Okay.  Was it before James went back to Juan

5    Garcia's office to complain about Roebuck or after?

6                   MR. BARROUKH:  Objection to form.

7                   You can answer.

8                   THE WITNESS:  I can't recall the time.

9    BY MR. KNOX:

10        Q    Okay.  And where were you two when Garcia

11   made that comment that you're talking about, where he

12   used the word "boy" the first time?

13        A    It was at the job.

14        Q    Do you remember what job?  Well, when you

15   said, "at the job" --

16        A    Well, I'm sorry.  It actually was a company

17   sit-at.  We was -- we was on base.  We was actually on

18   the property where our job at.  It was at Ferrovial.

19        Q    Okay.

20        A    Yes, sir.

21        Q    All right.  And what was the conversation

22   that led up to that?

23        A    There really wasn't any conversation.  I was

24   just telling him he don't have to talk to me in that

25   hollering voice that he do, like raising his voice.

1    That was it.  And then he just -- he just told me

2    that, "Boy, I'm grown.  I'm older than you.  You

3    listen to what I tell you."

4        Q    Okay.  And once he said that to you, did you

5    respond to him or --

6        A    I didn't respond.

7        Q    Okay.  Did you tell Mr. Bearden about this

8    comment that Garcia made?

9        A    No, sir, I didn't.

10       Q    All right.  Did you tell anybody at

11   Ferrovial about it?

12       A    No, sir, I didn't.

13       Q    The second time, was that the day that you

14   were suspended?

15       A    That's right.

16       Q    Okay.

17       A    That's right.

18       Q    What I'd like to do is -- I do want to talk

19   about that, but I want to talk about it in the context

20   of all the events that took place.  So I want to deal

21   with that a little later in the deposition.

22                MR. KNOX:  Off the record, please.

23                THE REPORTER:  We are off the record at

24   11:40 a.m.

25                (Off the record.)

Page 141

1                    THE REPORTER:  We are back on the

2       record at 11:58 a.m.

3       BY MR. KNOX:

4            Q    Okay.  Mr. Ealy, the last claim that you've

5       made in the lawsuit you filed against Ferrovial is for

6       retaliation; that, in essence, you were retaliated

7       against for your complaints about alleged harassment

8       and discrimination.

9                    In what ways do you believe that you were

10      retaliated against by Ferrovial because you

11      complained?

12                   MR. BARROUKH:  Objection to form.

13      Calls for legal conclusion.

14                   You can answer

15                   THE WITNESS:  Just the things that --

16      when it comes to working and -- and working with them,

17      it's like my work wasn't -- my work wasn't good

18      enough -- to their -- to their ability.

19                   It's, like, there's plenty times of

20      saying that I won't be able to do this the good as

21      they -- good as he do it.  My work is not good as his

22      work or whatever.  I feel like I gave him my all, and

23      they still didn't accomplish me.

24      BY MR. KNOX:

25           Q    Well, I mean, did somebody actually say to

1    you that your work isn't good enough?  I mean --

2         A    I got this from both, saying that I never --

3    I never accomplished what he accomplished.

4         Q    Well, that's Mr. Roebuck.

5         A    Roebuck.  I call -- I know him by "Bo."

6    Yeah.

7         Q    Right.  But I mean, he's another maintenance

8    tech; right?

9         A    Yeah.

10        Q    Who you already testified had no authority

11   from hiring, firing, disciplining, et cetera; right?

12        A    Correct.

13        Q    Is there anybody in management who ever said

14   to you, "Your work is not good enough"?

15        A    Never.

16        Q    No?

17        A    Not at all.

18        Q    Okay.  Any other ways in which you believe

19   you're retaliated against because you complained about

20   race discrimination or harassment?

21             MR. BARROUKH:  Objection to form.

22   Calls for a legal conclusion.

23   BY THE WITNESS:

24        Q    I believe so, just because I reported it --

25   just because I reported what's going on.  And now

Page 143

1     they're being retaliated about what I did and about

2     what I -- they feel like I'm being different; they

3     feel like I'm moving different.

4              Basically, what I'm saying, I reported how

5     they treated me.  Now, they're retaliating back on me

6     in -- in this -- in this form of way.

7         Q    And that's all I'm trying to ask you.  How

8     did they retaliate?  What did they do that you believe

9     was the retaliation for you making the complaints?

10             MR. BARROUKH:  Objection to form.

11    Calls for legal conclusion.

12             You can answer, if you understand the

13    question.

14             THE WITNESS:  I can't recall right now.

15    BY MR. KNOX:

16        Q    All right.  Well let me ask you this.

17        A    Yes, sir.

18        Q    And these questions are all prefaced on

19    things that happened after you complained; okay?  Your

20    pay was never reduced; correct?

21        A    Never.

22        Q    You weren't demoted; right?

23        A    Correct.

24        Q    The working out in the sun, you'd been

25    working out in the sun before the complaints, and that

1    just continued after the complaints; correct?

2         A    Everything continued.

3         Q    I'm sorry?

4         A    Yes, everything continued.

5         Q    Okay.  All right.  You were suspended.  Do

6    you believe that that was somehow in retaliation --

7         A    Yes, sir.

8         Q    -- for your complaints?

9         A    Sorry I keep speaking over you, but yes,

10   sir.

11        Q    Okay.  Ultimately, you were terminated.  Do

12   you believe that was in retaliation for your

13   complaints?

14        A    Yes, sir.

15        Q    All right.  So why do you believe that the

16   suspension was based on your complaints, as opposed to

17   some other reason?

18        A    I can't really recall, I guess.

19        Q    Okay.  What makes you believe that your

20   termination was retaliation, as opposed to some other

21   reason?

22                  MR. BARROUKH:  Objection to form.

23   Calls for legal conclusion.

24                  You can answer.

25                  THE WITNESS:  Because how I was

Page 145

```
 1    treated.
 2    BY MR. KNOX:
 3         Q    Because what?
 4         A    Because how I was treated.
 5         Q    Because you were treated?
 6         A    Because how I was treated.
 7         Q    Okay.  But what does that -- I mean, tell me
 8    how you were treated.
 9         A    I was -- I was treated wrongfully.  I wasn't
10    treated like one of -- one of their employees.  I was
11    treated like I -- I didn't belong at that job.
12              They treated me like they didn't care about
13    me.  They -- you -- you know, it was -- it was more of
14    them than me, 'cause if it was all of us, we'd all be
15    in that same job area helping me get it done without
16    leaving me out there in that sun -- leaving me in
17    places that they wouldn't put "theyself" in.
18         Q    Right.  But that was going on before you
19    made the complaints; right?
20         A    All this was going on at the same time.  I
21    made these -- when I made these complaints, my first
22    complaints was about -- with Juan about Bo.
23         Q    Right.
24         A    That was my first complaints.
25         Q    Right.
```

Page 146

```
 1        A    All these complaints was going on before
 2    Darrell James even came in.
 3        Q    Right.
 4        A    Yeah.
 5        Q    So you're saying that you weren't stuck out
 6    working in the sun before James got there?
 7                  MR. BARROUKH:  Objection to form.
 8        A    I said -- no, I said -- I said I were stuck
 9    out in the sun.  All this was going on before James
10    came.  It was just the "nigger" word that was called
11    after he came.
12        Q    Okay.  Well, let me go specifically to the
13    termination.  What makes you believe that the
14    termination was in retaliation for your complaints, as
15    opposed to some other reason the company might have
16    had?
17                  MR. BARROUKH:  Objection to form.
18    Calls for legal conclusion.
19                  You can answer.
20                  THE WITNESS:  Could you repeat that
21    again, please?
22                  MR. KNOX:  I'm going to ask the court
23    reporter to repeat that question.
24                  THE WITNESS:  Could you repeat that for
25    me?
```

```
                                              Page 147
 1                    MR. KNOX:  Please.
 2                    THE REPORTER:  Yes.  Just one second.
 3                    THE WITNESS:  Thank you.
 4                    (The reporter repeated the record as
 5               requested.)
 6                    MR. BARROUKH:  And the objection is
 7          still pending.
 8                    THE WITNESS:  As we were saying, the
 9          suspension, I -- I was suspended -- I was suspended
10          after I reported this stuff.  I was -- actually, to be
11          honest, I wasn't suspended.  I was sent home with pay
12          was what I was told from Steve.  "Don't worry about
13          nothing, just go home.  You guys get paid with pay."
14                    I got a call two days later that I
15          was -- that I was suspended till further notice.
16          BY MR. KNOX:
17               Q    All right.  But we're going back to the
18          suspension.  You're still not answering the question
19          about the termination itself.
20               A    That's what -- yeah.
21               Q    What makes you -- all right.  Let me ask you
22          about --
23               A    That's what -- that's what makes me feel
24          about discrimination, after the fact, that they come
25          behind me -- they come behind me and suspend -- and
```

Page 148

1    suspend me -- suspend me for -- suspend me for -- for

2    something that -- that was already put on the table,

3    that was supposed to already been dealt with.

4            They still come behind me and retaliate to

5    something.  That -- that shouldn't have been done.  I

6    sat home a few days before -- I sat home a few days

7    before I was even contacted.

8            From June -- from June the 14th to June

9    16th, when I got my first contact from Mr. Flowers.

10   And that's when I really found out that I wasn't

11   getting paid; I wasn't getting anything.

12           He -- he told me I was suspended till

13   further notice without pay.  And I asked him -- I

14   said, "Why am I being suspended till further notice?

15   Why?"

16           And he couldn't -- he never explained

17   nothing to me.  He -- he -- majority of the stuff was

18   coming through text messages, because I had a company

19   phone.  I don't have that phone anymore, so I won't be

20   able to reply to all that stuff.

21           But a lot of stuff was done off the company

22   phone, and I returned that back in, like I was told to

23   return it in.

24      Q    Okay.  So as I understand what you're

25   telling me, what you're saying is, "I complained, and

1    then I was suspended, and the reason I believe the

2    suspension is retaliatory, is because it occurred

3    after I complained."

4        A    That's right.  That's what I'm trying to

5    say.

6        Q    All right.  Do you have any other reason to

7    believe that it was retaliatory, other than the timing

8    of it?

9                    MR. BARROUKH:  Objection to form.

10   Calls for legal conclusion.

11                   You can answer.

12                   THE WITNESS:  No, sir.

13   BY MR. KNOX:

14       Q    Okay.  So same with the termination.  The

15   termination obviously happened after you made your

16   complaints; right?

17       A    Yes, sir.

18       Q    Other than the timing, the fact that it

19   happened after you made the complaints, do you have

20   any other evidence or any other reason to believe that

21   the termination was retaliation for the complaints?

22                   MR. BARROUKH:  Objection to form.

23   Calls for legal conclusion.

24                   You can answer.

25                   THE WITNESS:  No, sir.

Page 150

1   BY MR. KNOX:
2        Q    Okay.  All right.
3        A    Apologize.  I thank you for breaking that
4   down to me.  I said thank you for breaking it down to
5   me.
6        Q    Okay.  All right.  So I do want to go back
7   though.  We talked at length about your complaints --
8   well, your complaint and then Mr. James' complaint, to
9   Mr. Garcia.
10            But I want to talk to you about, did you
11   ever make any complaints to Mr. Bearden about Mr.
12   Roebuck's behavior?
13       A    Yes, sir, I actually did.
14       Q    Okay.  Once or more than once?
15       A    Just once.
16       Q    All right.
17       A    Just once.
18       Q    And do you remember approximately when that
19   took place?
20       A    I don't recall when it took place, sir.
21       Q    Was it before or after the MOT training in
22   Jacksonville?
23       A    It was before.
24       Q    Was it before or after the training that
25   you, Roebuck, and James were given on the tractor?

Page 151

1          A    It was before.  Yes, sir.  Yes, sir.

2          Q    Was it before or after Mr. James started to

3     work for Ferrovial?

4                    MR. BARROUKH:  Objection to form.

5                    You can answer.

6                    THE WITNESS:  No.  It was before.

7     BY MR. KNOX:

8          Q    Was it before or after the first complaint

9     you have testified about to Mr. Garcia?

10         A    I don't recall.

11         Q    Okay.  So before Mr. James got here, you did

12    not make any complaints to Bearden about Roebuck's

13    behavior?

14         A    Yeah.  It says right there, I made a

15    complaint before Darrell James got there.

16         Q    Oh, before he was --

17         A    Yeah.

18         Q    Yeah.  I'm sorry.  You're right.  Okay.  So

19    after Darrell James got there, you didn't make any

20    more complaints to Mr. Bearden yourself?

21         A    No, sir.

22         Q    Okay.  So tell me, please, where did you

23    make the complaint to Bearden?

24         A    At Ferrovial, the office.

25         Q    Okay.  Was it just the two of you, or was

1    there anybody else part of that conversation?

2         A    Just me and Mr. Steve.

3         Q    Okay.  And what do you remember saying to

4    Mr. Bearden about Mr. Roebuck at that time?

5         A    I just remember telling Mr. Steve that

6    things wasn't working out between me and Roebuck, and

7    he -- you know, and he asked me what was going on or

8    whatever, and I, you know, was telling him, you know,

9    the -- the way he talking to -- the way he saying

10   things, the words he using, that's when -- that's when

11   it came about him splitting us up.

12             He never split us up.  He said he was going

13   to split us up, and I never heard nothing else about

14   it anymore.  He never split us up, because we -- we

15   continued to work together.

16        Q    Okay.  Now, when you say that you complained

17   to him about the things that Roebuck was saying, do

18   you remember specifically what the things were that

19   you told Bearden Roebuck was saying?

20        A    I don't remember everything offhand.

21        Q    Do you remember anything?

22        A    Yeah.  The -- the fishes from the bottom of

23   the crane, the boat -- why we can't afford a boat -- a

24   black person can't afford a boat.  I remember speaking

25   to him about that.

Page 153

1    Q    Okay.  So about the jokes?

2    A    Yes, sir.

3    Q    I guess depending on whether you think it's

4    a joke or not, but I get it.

5         So that was the only time you complained to

6    Bearden about Roebuck?

7    A    Yes, sir.

8    Q    Did you ever complain to Bearden about

9    Garcia?

10   A    Yes, I did.  He -- he told me that Garcia

11   was a hot-head.

12   Q    Okay.  And that was -- was that before or

13   after this complaint to him about Roebuck?

14   A    That was after that complaint.

15   Q    Okay.  Was that before or after Darrell

16   started working at Ferrovial?

17   A    I can't recall.

18   Q    And what was Mr. Bearden's response to your

19   complaint about Garcia?

20   A    He sat at the desk, and he -- he said that

21   he knows Garcia was a hot-head, and he -- he said he

22   been a hot-head.

23   Q    Yeah.

24   A    You know, just like that.  That's the exact

25   words that came out his mouth.

Page 154

1      Q   Okay.  And your complaint about Garcia, that
2   wasn't about racial comments; was it?
3      A   Well, it was on that level.  He was calling
4   me a boy.
5      Q   Okay.  So this would've been the first time
6   that he called you a boy?
7      A   A boy.  And, like, the second time was when
8   I was suspended.
9      Q   Right.  Okay.  All right.  In his response,
10   did he say he talked to Garcia about it?
11      A   Yes, sir.  He said he was, but never -- I
12   never got a response back.
13      Q   Okay.  Before you were suspended, did you
14   ever make any complaint to Russ Flowers about either
15   Roebuck's behavior or Garcia's behavior?
16      A   No, sir.
17      Q   After you were suspended, did you make any
18   complaint to Mr. Flowers about Mr. Roebuck or Mr.
19   Garcia?
20      A   No, sir.
21      Q   When you started -- well, let me back up.
22   It's Anderson Columbia you were working for before
23   Ferrovial; right?
24      A   Yes, sir.
25      Q   Okay.  Do you know; did they have an

Page 155

1   employee handbook?

2        A    I have -- I got a employee handbook from

3   them.

4        Q    Okay.  Did they have a human resource

5   department, if you know?

6        A    No, I couldn't remember.  So pretty much

7   they did, but I don't -- it's been so long.

8        Q    Okay.  All right.  Did they have policies

9   prohibiting unlawful discrimination and harassment, if

10  you remember, in the handbook?

11            MR. BARROUKH:  Objection to form.

12       A    I can't recall.

13       Q    Okay.  And I think your testimony earlier

14  was that you don't know what was in the Ferrovial

15  handbook; right?

16       A    Correct.

17       Q    Okay.  But you did read the code of business

18  conduct.  Okay.  And you read that acknowledgement

19  statement on the --

20       A    I read it at his desk.  We was sitting at

21  his desk.  That's the only time I got a chance to read

22  it.  Sitting at Steve's desk.

23       Q    Oh, at Steve's desk.  Okay.  All right.  Did

24  you ask for a copy of it?

25       A    I asked for a copy.  I never got -- never

Page 156

1    got nothing.

2         Q    Okay.  How many times did you ask for a

3    copy?

4         A    I only asked once.

5         Q    Okay.  Did you ever, yourself, contact or

6    even try to find out if Ferrovial had a human resource

7    department?

8         A    No, sir.

9         Q    Now, early on, we were talking about job

10   assignments, you know, from one day to the next,

11   things like that.

12            And I know you said that, you know, as for

13   the job, you know what has to be done, but that Garcia

14   would get, as you understood it, his instructions from

15   Bearden, and then he'd give those instructions to you

16   guys -- you and Roebuck or you, Robuck, and James;

17   correct?

18        A    Yes, sir.

19             MR. BARROUKH:  Objection to form.

20   BY MR. KNOX:

21        Q    Now, did you ever get directions as to what

22   you're going to do each day directly from Bearden?

23        A    It was rarely.

24        Q    I'm sorry?

25        A    Rarely.

Page 157

1          Q    Rarely?

2          A    Yeah, rarely.

3          Q    Okay.

4          A    Juan, basically.

5          Q    Okay.  All right.  So it's mainly Garcia.

6    On those rare times when you did get instructions from

7    Bearden, do you know why that was?

8          A    No, sir, I don't.

9          Q    Do you remember if it was because maybe

10   Garcia missed work that particular day?

11         A    I don't recall.

12         Q    All right.  Did you ever get work

13   instructions from Garcia and then go to Bearden and

14   confirm with him that what Garcia had told you was

15   accurate?

16                    MR. BARROUKH:  Objection to form.

17                    If you understand, you can answer.

18                    THE WITNESS:  No, sir, at all.  Never

19   did.

20   BY MR. KNOX:

21         Q    Okay.

22         A    There was always an understanding.

23         Q    You always understood what?

24         A    I understood what he was saying when he

25   broke -- broke it down always.

Page 158

1    Q    Garcia?  Okay.  Yes?

2    A    Yes, sir.

3    Q    Okay.  What was your opinion about Garcia as

4  a supervisor?

5    A    He got a lot more to actually -- to learn

6  and learn how to talk to folks in a respectful way,

7  because it's -- it's -- how can I say it, I'm a -- I'm

8  a in-going person.  The way he -- the way he talked to

9  me, I wouldn't want him to talk to no one else.

10         It's like there's no training or nothing.

11  You know, even if he holding this position, how did

12  you get this position to where you at?  Because I know

13  that they know how you talk -- your responses; they

14  got to know; they been around you this long.

15         He -- he don't have no respect for no one,

16  man.  Every time he said something, it's, "You fuckers

17  don't want work."  It's -- I -- you know, it's -- it's

18  different, you know?

19    Q    Yeah.

20    A    He didn't have a way of coming at you in a

21  respectful way.  If he feel like you didn't want to do

22  nothing, if that's how he feel, "Oh, you fuckers don't

23  want work.  I'm going to go out here and let Steve" --

24  you know, you -- you know, I'm -- it was -- it was a

25  lie.

1          You know, he -- he wasn't a lawyer.  He
2     didn't have any more -- as long as he got -- only
3     thing, when stuff got done what he wanted, he was only
4     happy.  But besides that though, he -- he didn't know
5     how to treat you.
6          Q    All right.  Did you consider him to be a
7     weak supervisor?
8                    MR. BARROUKH:  Objection to form.
9                    You can answer.
10    BY MR. KNOX:
11         Q    I don't mean physically weak, but I mean
12    just, you know --
13         A    Dealing with -- with dealing with people.
14    Yeah.
15         Q    Okay.
16         A    Yeah.
17         Q    All right.  Did you respect him?
18                    MR. BARROUKH:  Objection to form.
19                    You can answer.
20                    THE WITNESS:  At the time, I did, when
21    I first started.  But after the fact, I lost all
22    respect, because how he treated me.
23    BY MR. KNOX:
24         Q    Okay.  All right.  So there were times when
25    he'd yell at you?

1        A      Yeah.

2        Q      Okay.  And there were times when he'd curse;

3    yes?

4        A      Yes, sir.

5        Q      Did you ever curse at Garcia?

6        A      No, sir.

7        Q      Did you ever yell at Garcia?

8        A      No, sir.

9        Q      Did you think you could intimidate him and

10   push him around if you pressed him a little bit?

11       A      No, sir.

12       Q      Did you ever do anything to intentionally

13   try to make Garcia look bad?

14       A      No, sir.

15       Q      Did you ever yell or scream at Bearden?

16       A      No, sir.

17       Q      Ever curse at him?

18       A      No, sir.

19                    THE REPORTER:  Ken.

20                    MR. KNOX:  What?

21                    THE REPORTER:  Before you get into

22   another line of questioning, just letting you know,

23   it's 12:22 right now.

24                    MR. KNOX:  Okay.  Thank you.

25   //

Page 161

1    BY MR. KNOX:

2        Q    Did you ever record on your phone any of the

3    comments that Roebuck made to you or any of the jokes

4    that he told you?  Anything like that?

5                MR. BARROUKH:  Objection.  I'm going to

6    instruct my client not to answer that question.

7                MR. KNOX:  Why are you going to

8    instruct him not to answer?

9                MR. BARROUKH:  If you're asking him --

10               MR. KNOX:  If he's got recordings --

11               MR. BARROUKH:  Absolutely.  If he had

12   recordings, we would produce them.  But if you're

13   asking about single, you know, non-dual consent

14   recordings, that could lead to incrimination, I'm not

15   going to have my client answer that question.

16               MR. KNOX:  So you're going to assert

17   the Fifth Amendment, seriously?

18               MR. BARROUKH:  With regard to the dual-

19   consent question, that's fine.  Single consent, I'm

20   just going to instruct him not to answer.

21               MR. KNOX:  All right.  So you're

22   instructing your client not to tell me if he made

23   unauthorized recordings or unconsented-to recordings

24   of things that Roebuck said while at work?

25               MR. BARROUKH:  Could we go off the

Page 162

1    record for one second?

2                    THE REPORTER:  Is that okay with you,

3    Ken?

4                    MR. KNOX:  Sure.  Yeah.

5                    THE REPORTER:  We are off the record at

6    12:22 p.m.

7                    (Off the record.)

8                    THE REPORTER:  We are back on the

9    record at 12:24 p.m.

10                    MR. BARROUKH:  And Plaintiff's Counsel

11    is withdrawing the objection.

12    BY MR. KNOX:

13        Q    All right.  Then let me ask this instead.

14    And I'm going to make it a broader question, but the

15    reason is, there has been testimony about comments

16    made by Garcia, by Roebuck; there are allegations

17    about complaints that were made to Garcia and Bearden.

18            So let me ask this question and see how you

19    feel about this.  During the time that you were

20    employed with Ferrovial, did you ever make any

21    recordings of anything that Roebuck, Garcia, or

22    Bearden -- sorry, Bearden, Flowers, or Wessell?

23            Did you make any recordings of any

24    conversations you had with them, of which they were

25    unaware that you were recording them?

Page 163

1        A     No, sir.

2                  MR. KNOX:  That's all I needed.

3                  THE WITNESS:  Thank you.

4                  MR. KNOX:  Thanks.  Appreciate it.

5                  THE REPORTER:  We are off the record at

6     12:25 p.m.

7                  (Off the record.)

8                  THE REPORTER:  We are back on the

9     record at 1:01 p.m.

10    BY MR. KNOX:

11        Q     All right.  Mr. Ealy, I just want to cover a

12    couple of things.  Did you ever have an issue you

13    discussed with Mr. Bearden regarding a lunch break?

14        A     No, sir.  I don't recall.

15        Q     All right.  So then you wouldn't have cursed

16    or yelled at him regarding that particular issue?

17        A     No, sir.

18        Q     This MOT Advanced class, did you want to go

19    to that class, or did you go only because you had to?

20        A     It was something that was wanted, because I

21    wanted the certification.

22        Q     Okay.  And what about the training on the

23    tractor, was that something you wanted, or you really

24    weren't interested?

25        A     It was -- I was interested, but it was

Page 164

1    something that was for the job.  It was something that

2    we had to do.

3        Q    Okay.  All right.  You don't remember having

4    an argument or cursing at him regarding that or any

5    other training that you didn't want to participate in?

6        A    No, sir, not at all.

7        Q    Okay.  During the time that you were working

8    at Ferrovial -- wait, your wife never worked for

9    Ferrovial; did she?

10       A    No, sir.  She don't even know anyone from

11   Ferrovial.

12       Q    Okay.  All right.  What does she do?  Is she

13   employed, or is she busy at home?

14       A    She busy at home.

15       Q    All right.  I assume -- and you'll correct

16   me if I'm wrong, but did you ever have conversations

17   with her about what was going on at Ferrovial between

18   you and Mr. Roebuck?

19       A    Not at all.

20       Q    Did she ever ask?

21       A    No, sir.

22       Q    Did you ever tell her that there were any

23   issues that were bothering you at work?

24       A    No, sir.  I never talked to her about my

25   job.

Page 165

1          Q    She never asked you?

2          A    No, sir.

3          Q    Once you were suspended, that was on the

4     14th of June of 2022, did you go home?

5          A    Yes, sir.

6          Q    Did you explain to your wife what had

7     happened?

8          A    Actually, she knew I lost my job when I got

9     home, 'cause she asked me why I was home early.

10         Q    Okay.  And that's really what I was getting

11    at.

12         A    Yeah.

13         Q    So you told her.  So is it fair to say that

14    until that day, you never told her any of the things

15    that Roebuck was saying to you at work?

16         A    Not at all.  I never -- never brought my

17    family into my -- my job.

18         Q    Okay.  Never discussed with her the way that

19    Garcia was treating you?

20         A    Not at all.

21         Q    Russ Flowers, I think you said you had

22    one -- was it a phone call with him?

23         A    Yes, sir.  That's -- actually, Russ is the

24    last person I actually talked to before I talked to

25    HR, Russ was.  He was the one that told me that I was

Page 166

1    suspended without pay.

2         Q    Okay.  Well, he is not in HR.

3         A    I said that he's the last person I talked to

4    before HR.

5         Q    Oh, before HR.  Sorry.  I just didn't

6    understand what you said.  All right.  So let's talk

7    about that.  Do you remember what day that was?

8         A    No, sir.

9         Q    Well, was it the same day that you were sent

10   home?

11        A    No, sir.  It wasn't the same day I was sent

12   home.

13        Q    Do you remember if it was the following day?

14        A    No, sir.  I just know it was a couple days

15   when he contacted me.  I don't know what exact day,

16   but it wasn't the same day or the day after.

17        Q    Okay.

18        A    It was a couple days when he contacted me.

19        Q    And did he call you on your company phone?

20        A    Yes, sir.  He called the company phone.

21        Q    And what did he say to you?

22        A    He just told me I was suspended for further

23   notice, and I'd be contacted by HR, and that was it.

24        Q    Did he identify anyone in particular from

25   HR --

Page 167

1      A    No, sir.

2      Q    -- who would contact you?

3      A    No, sir.

4      Q    About how long did that call last?

5      A    I can't remember how long.  It wasn't -- it

6  wasn't that long.  It wasn't a deep conversation or

7  nothing.

8      Q    When he -- when he told you who he was, had

9  you heard the name before at least?

10      A    Yeah.

11      Q    Okay.  You just hadn't spoken to him before

12  that?

13      A    Never.

14      Q    Okay.  I know he told you were suspended,

15  you said pending until further notice, and you would

16  be contacted by HR.  Did you say anything to him at

17  that time?

18      A    No, sir.  I didn't say nothing at all.  Just

19  going by protocol.

20      Q    Okay.  Yeah.  I'm sorry.  It's just protocol

21  came up a lot yesterday, so --

22      A    That's fine.

23      Q    So he told you were suspended, you'd be

24  contacted by HR, and that was it?

25      A    That was it.  He didn't even tell me why I

Page 168

1    was suspended.

2         Q    Okay.  All right.  And you didn't ask him?

3         A    I didn't argue or do anything.

4         Q    Okay.  Now, at some point, did you, in fact,

5    have a conversation with somebody from the Human

6    Resources Department at Ferrovial?

7         A    Yes, I did.

8         Q    All right.  And do you remember when that

9    was approximately?

10        A    I can't give you a complete date.  Probably

11   was a week after or so -- some -- somewhere in -- I

12   can't give you a complete date.

13        Q    You think maybe a week after the 14th, which

14   is the day you were sent home, or a week after this

15   call from Flowers?

16        A    I can't recall.  I just remember getting a

17   phone call from HR.

18        Q    Okay.  And do you remember who specifically?

19        A    No, not actually.

20        Q    I think I had mentioned her name earlier.

21   It's a woman; right?

22        A    Yes, sir.  It was a woman.

23        Q    Stacey Wessell, does that sound familiar or

24   not really?

25        A    It don't sound familiar, but I know it

Page 169

1    was -- it was a woman.

2         Q    Okay.  All right.  And did she call you?

3         A    She called me.

4         Q    Did you pick up right away or --

5         A    I talked.  Yes, sir.

6         Q    Tell me, if you would please, what you

7    remember about that conversation.

8         A    There wasn't much said.  I was listening to

9    her.  She was giving me their protocols and letting me

10   know why she called me.

11        Q    What did she tell you?

12        A    I can't remember everything.  I can't

13   remember everything she was saying.  I just remember

14   her saying that she called me to let me know that as

15   of today I was going to be fired.

16             And I asked her -- I said, "Why am I

17   being -- why am I being fired?"  She never told me

18   why.  She just kept on going.  And I don't remember

19   everything she was saying.  I can't give you

20   everything in details what she was saying.

21             But that was the only thing I remember.  She

22   called me to let me know that I was being fired, and I

23   was no longer employee at the job, and I needed to

24   turn in the cell phone, the hard hat, and stuff, so --

25        Q    Okay.  About how long did that call last?

```
 1          A     Probably no more than five to seven minutes,
 2     somewhere up in there.  It wasn't that long.
 3          Q     Okay.
 4          A     Probably ten at the most.
 5          Q     Do you still have the phone at -- oh, that's
 6     right; you said it was on the company phone.
 7                Did you have a personal cell phone at that
 8     time?
 9          A     I did, but I don't even have that phone.
10          Q     Okay.  Do you remember having any
11     communication with anyone at Ferrovial using your
12     personal cell phone --
13          A     No.
14          Q     -- rather than the company cell phone?
15          A     Never.
16          Q     Okay.
17                What did you say to her during this call?
18          A     Well, I just asked her why I was being
19     fired.  She never told me.
20          Q     What did she say when you asked her?
21          A     She didn't say nothing.  She didn't -- as
22     the rest of them, she kept talking and letting me know
23     that I was being fired, and that was it.  She didn't
24     go into details about nothing.
25          Q     She didn't ask you any questions?
```

Page 171

1        A    No, sir.  It was basically -- it was

2    basically all telling.  That's all I recall.

3        Q    Did you have any contact with anyone from

4    Ferrovial, whenever the date was, after this call with

5    this female from Human Resources?

6        A    Not at all.

7        Q    Do you remember having any kind of a phone

8    conversation with someone from Ferrovial where Mr.

9    James was listening on a speaker?

10       A    I think it was with Ms. -- I think it was

11   with her.

12       Q    With this person?

13       A    Yeah.  That was the only -- yeah, I think it

14   was with her.

15       Q    Is it the same call, or is that a different

16   call?

17       A    I think that's the same call, 'cause I only

18   talked to her one time.  That was it.  That was it.

19       Q    Mr. Ealy, I've just handed you a document

20   that's been marked as Defendant's 4.  It's a two-page

21   document, Bates label 334 and 335.  It's entitled

22   "Ferrovial Services North America, Progressive

23   Discipline Notice."

24            Have you seen this document before today?

25       //

1              (Defendant Exhibit 4 was marked for

2              identification.)

3       A    No, sir.  Only one.

4              MR. BARROUKH:  Take a full look at the

5    document before you answer.

6              THE WITNESS:  Okay.

7    BY MR. KNOX:

8       Q    Yeah, it's two pages.

9       A    I only seen one of them.  There's -- there's

10   two seat belts, but I only have -- I only remember

11   one.  I don't remember the -- I don't remember the --

12      Q    Okay.  Have you seen this document before?

13      A    Yes, sir.

14      Q    All right.  And in the box that says

15   "Employee comments," toward the bottom, that's your

16   handwriting; correct?

17             MR. BARROUKH:  Objection to form.

18      A    Yes, sir.

19      Q    And then if you go to the second page of the

20   document where it says "Acknowledgement of receipt of

21   warning," and on the line that says "Employee," that's

22   your signature; correct?

23      A    Correct.

24      Q    And then somebody has typed in the date.  I

25   assume you did not type in the date.

Page 173

1         A    No.

2         Q    Okay.  And then on the manager line, do you

3    recognize that signature?

4         A    It look like Steve name.

5         Q    Okay.  I mean if you're not sure, that's

6    fine.

7         A    It look like Steve.

8         Q    Okay.  All right.  So you remember getting

9    this document.  And tell me, if you would, where were

10   you first shown this document?

11        A    On the side of the highway?

12        Q    By whom?

13        A    Steve.

14        Q    All right.  Now, it appears as though if you

15   look toward the top line, it says "Violation date

16   5/5/22."  And then it says "Date," so I assume that's

17   the date of the warning, which is 5/5/22.  And it

18   looks as though -- do you remember what Steve said to

19   you when he showed you this?

20        A    He just pulled up out there on the work site

21   with a piece of paper, 'cause he told me that the

22   truck -- the truck that I was driving -- he told me

23   that the truck was messed up.

24             It was all kind of bad reasons, and the

25   truck was messed up.  It had been in wrecks and

Page 174

1    everything.  And that's the same truck that I got

2    pinged in.  He came out with the paper, and he read it

3    over, and I was explaining --

4         Q    I'm sorry.  It was the same truck you got

5    what in?

6         A    The same truck -- they call it "ping."  It's

7    called "ping."

8         Q    Ping.  Okay.

9         A    It's called "ping."

10        Q    Okay.  All right.

11        A    And he came out, 'cause you don't know if

12   you get pinged unless they come out.  You won't know

13   it from the inside.  They will know.  They will know

14   if some -- they will know if something wrong.  You

15   won't know, because it'll ping them.

16        Q    Okay.  So the company has got GPS?

17        A    Correct.

18        Q    In some of their vehicles or all of their

19   vehicles, if you know?

20        A    I guess, you know, in something -- the one I

21   in and a couple more, if you ride a certain miles

22   without your seat belt, you get pinged.

23        Q    Okay.  And that ping, you don't hear it

24   yourself.

25        A    You don't hear it -- you don't hear it

Page 175

1    yourself.  So I was at a work site and --

2         Q    Okay.

3         A    -- it was -- it was morning.  I was moving

4    the truck down.  My seat belt was on, and I got

5    pinged, and he was, like, "Well, this truck is messed

6    up," after he already explained to me that this truck

7    is -- is -- when I say, "messed up," I mean messed

8    up -- tore up.

9              I'm about, like, the third person or fourth

10   person they said they put in it.  They say the -- the

11   same truck, someone tried to sell to the dealership.

12   It was stole.  They put me in that same truck that

13   wasn't working.  So I got --

14        Q    Well, in what ways wasn't it working?  When

15   you say it's, "messed up," what does that mean?

16        A    Well, he'll have to explain that.  He said

17   it was -- they said it was -- been wrecked out.  A lot

18   of stuff had happened.  A tree had done fell on top of

19   it.  That's a lot of stuff, I guess.

20        Q    A tree fell on top of it.

21        A    That's what was told to me.

22        Q    And what did you say --

23        A    He said it was wrecked.  The vehicle had

24   been wrecked.

25        Q    Oh, wrecked.

```
1        A     Wrecked.

2        Q     Wrecked.  Okay.  All right.

3        A     Same vehicle I was put in.

4        Q     Okay.

5        A     And I explained to him, as you see on the

6   paper, I -- I told him, "I had my seat belt on.  I'm

7   not going to lie to you about that."

8        Q     Yeah.

9        A     As you see the other time, he said I got

10  pinged again.  I had my seat belt on.  This is leaving

11  my house 6:50 in the morning.

12       Q     Okay.

13       A     On Rocky Ford Road, the same place I stay at

14  right now.

15       Q     Okay.

16       A     I -- I always put my seat belt on before I

17  leave my yard.  I got pinged at 6:50 in the a.m.

18       Q     Okay.  And then again at seven o'clock it

19  looks like on Base Street; right?

20       A     That's what it said, Base Street.  I

21  don't --

22       Q     Okay.  All right.

23       A     I can't remember what that one was.

24       Q     All right.  Well, the truck may have been

25  messed up.  So your understanding is, for some reason,
```

1    even though you say you were wearing your seat belt,

2    the GPS was somehow notified or got a signal or

3    whatever, that your seat belt wasn't fastened; it went

4    to Ferrovial, and then Steve came out and handed you

5    this?

6         A    Yes.

7         Q    Okay.  And you told him, "Oh, I was wearing

8    my seat belt."

9         A    Exactly what it's saying right here is what

10   I stated.

11        Q    Yeah.  Okay.  All right.  Did you say

12   anything else to him?

13        A    No, sir.  He told me -- it actually come out

14   of his mouth.  He said, "You're not in trouble or

15   nothing."  That's -- I'll never -- never forget.

16             He said, "You're not in trouble or anything

17   like that right now.  I want to come out and show you.

18   This is what it is.  And I was told to come out for

19   you to sign this warranty paper.  I'm not saying you,"

20   and everything.  He said, "I know the truck messed

21   up."

22             I'll never forget, like yesterday, he said,

23   "I know -- I know the truck messed up."  So me being

24   respectful, I signed this paper, so there won't be any

25   other causes or any other problems between my job.

Page 178

1    Q    So when he said the truck was, "messed up,"

2    did he say -- I mean, I know what you're going to tell

3    me, but did he actually say to you, "Well, don't worry

4    about this, because that GPS isn't working"?

5    A    No, he didn't say, "Don't even worry."  He

6    didn't say,  "Don't worry about that."  But he told me

7    I wasn't in trouble.

8    Q    No.  I get it.  But my point is, when he

9    came out and handed you this, did he say to you

10   anything along the lines of, "Well, I have to give you

11   this, but, you know, I know the GPS is messed up."

12   A    That's exactly what was said.  Him and Juan

13   was standing there.  Him and Juan was standing there.

14   He was like, "I know the truck messed up, but I got

15   to -- I got to go by my job," or whatever.  And he

16   said, "You're not in trouble or nothing."  Exact words

17   come out his mouth.

18   Q    Did he say the GPS was messed up?

19   A    He already know it was messed up.  He told

20   me this from the jump, before they put me in the

21   truck.  They told me the truck was messed up.

22   Q    Yes.  They told you the truck was messed up.

23   A    They didn't say nothing about the GPS.

24   Q    Okay.

25   A    I can't -- no, I don't recall that.

```
 1          Q    Okay.  So what you're telling me about him
 2     telling you the truck had been wrecked and that a tree
 3     fell on it and all that, that was when you first got
 4     the truck?
 5          A    Yes, sir.
 6          Q    Okay.  So he came out on the 5th.  This was
 7     already filled out, I assume.  Had he already signed
 8     it?
 9          A    No.  We -- we filled it out on the front of
10     the hood.
11          Q    Oh, okay.  All right.
12          A    Yes, sir.
13          Q    Okay.  And he said to you, "You're not in
14     trouble, just sign this," or --
15          A    That's it.  He was, like, "They know the
16     truck messed up."  That's the exact words that come
17     out of Steve mouth.
18          Q    All right.  Even though he didn't say it to
19     you, was it your impression or your belief that what
20     he was really saying was, "Well, the GPS is messed up,
21     but I have to give this to you anyway"?  Is that how
22     you took it?
23               MR. BARROUKH:  Objection to form.
24          A    No, that's not how I took it.  That's what
25     he said.  He didn't say nothing about the GPS.  He
```

1    said, "We know that the truck is messed up."

2         Q    Okay.

3         A    So I don't know what damage caused -- or was

4    caused to the GPS.  I can't speak on that.

5         Q    Yeah.

6         A    I don't know if the tree fell on it --

7    caused it.  I don't know.  I can't really speak on

8    that.  But I know when he gave me this, he gave me

9    something that was totally -- wasn't no good.

10              So we can't say what caused the problem.

11   But you gave me something that was broke, then it

12   going to cause a whole lot of problems down the line.

13        Q    Right.  But my point is, the truck could be

14   messed up having nothing to do with the GPS.

15        A    I can't really speak on that.

16        Q    Okay.  All right.

17        A    I -- I don't -- I don't recall any of that

18   now.

19        Q    Did he say anything else when he brought

20   this out to you?

21        A    No, sir.  That was it.

22        Q    Did you say anything else?

23        A    No, sir.  I just -- after that, I went back

24   to work.

25        Q    And you said Garcia was there too?

Page 181

1          A    Yes, sir.

2          Q    Was he part of this conversation?

3          A    Well, he listened.  He heard the whole

4     conversation.

5          Q    Okay.  And did he say anything?

6          A    No.

7          Q    Or he just listened?

8          A    He just listened.

9          Q    Okay.  So when you were in at these times,

10    at 6:50 and 7:00, ten minutes apart, were you the only

11    person in your truck at those times?

12         A    I can't recall.  I can't recall.

13         Q    Okay.  Would there have been a reason for

14    anybody else to be in your truck with you?

15         A    I can't recall.  That's too far back.  I

16    can't recall that.  Like I was saying, I don't even

17    remember that date when that got pinged.  So I'm not

18    even -- I can't recall that at all.

19         Q    Yeah.

20         A    I don't even remember getting pinged twice,

21    bro.  This is only one paper that's signed.  How

22    you -- how could you actually -- come on, I mean,

23    there's supposed to be another document signed

24    somewhere; right?

25         Q    No.  Why can't this mean that there were two

Page 182

1    times while you were driving in where the seat belt

2    was unbuckled on the same day, on the 5th?

3            If there had been two dates, there would've

4    been two dates up here.  What this is telling me is

5    that twice during your drive into work --

6        A    Within ten minutes.

7        Q    -- the GPS -- that's right.  The GPS says

8    you didn't have the thing.  So who is to say --

9        A    My question -- I got to ask though.  How

10   could I ride -- why would I ride all the way Highway

11   90 going to work with no seat belt on?

12       Q    Maybe you stopped somewhere.

13       A    Listen what I'm telling you.  Within ten

14   minutes, I -- if you go down my address, I live in the

15   country.  Hold on.  Let me talk.  I'm listening to you

16   too now.

17       Q    Go ahead.

18       A    If I go down in the country, I live in Rocky

19   Ford Road in the country.  You see that's ten minutes.

20   You know how long it takes me to get to work from the

21   country?  So I don't have --

22       Q    I have no idea.

23       A    I'm trying to explain to you.  I don't have

24   enough time to stop at no stores.  I have to go

25   straight in.  I'm never late for work.  I have to go

Page 183

1    straight in, so I don't have enough time to unfasten
2    my seat -- and then it's a company truck.  If you know
3    it's going to ping, why would you unbuckle your seat
4    belt while you're driving?
5        Q    Well I have no idea why you would do
6    anything.  I'm just asking.
7        A    Never.
8        Q    So if your position was, "I didn't do this,"
9    why did you sign it?
10       A    Because this wasn't even there.  That
11   wasn't -- this isn't -- something that wasn't even
12   printed.  This is something new.
13       Q    Oh, so now, you're telling me there's stuff
14   that's been added; right?
15       A    Listen what I told you.  I told you this is
16   one that I know about you.  I don't know nothing about
17   no Base Street.
18       Q    All right.  So --
19       A    Simple as that.  I don't -- I told you from
20   the jump, I know nothing about Base Street.  I kept
21   telling you that.  I said it's only one on here that I
22   know about.  That's my road.  451 [sic] Rocky Ford.
23       Q    How many dates do you -- where it says --
24       A    I see the dates.
25       Q    -- "Violation dates", there's only one date;

Page 184

```
1    right?
2         A    That's right.
3         Q    Okay.  Now, when you got this -- so now,
4    you're telling me that this wasn't all filled in when
5    it was given to you to sign; right?
6                   MR. BARROUKH:  Objection to form.
7    BY MR. KNOX:
8         Q    Right?
9                   MR. BARROUKH:  You can answer him.
10                  THE WITNESS:  Okay.
11                  This wasn't there.
12   BY MR. KNOX:
13        Q    Okay.
14        A    And that's what I'm telling you.
15        Q    What else?  Is there any --
16        A    And I stand on that.
17        Q    Now, is there anything else --
18        A    Only thing was -- listen, man, I'm trying to
19   explain to you, because --
20                  MR. BARROUKH:  Eric, let him ask his
21   question; okay?
22   BY MR. KNOX:
23        Q    Is there anything else on here that you
24   claim wasn't on there when you signed this document?
25   Look through the whole thing.  Look through both
```

Page 185

1       pages, and point out to me if there's anything else

2       that wasn't on the document when you signed it.

3               You've already pointed out one thing.

4       Please, look at it, and tell me, is there anything

5       else that wasn't filled out at the time that you

6       signed this document?

7       A     That's it.  That -- that one that I showed

8       you.

9       Q     That's the only one?

10      A     Only one.  Yes, sir.

11      Q     Okay.  So all these boxes had already been

12      checked, the written warning, the violation of company

13      policy, the safety violation?

14      A     I guess.  Yeah, he -- he checks those.

15      Steve checked those.

16      Q     Yes.  But those were already checked when

17      you signed it?  That's my question to you.

18      A     I don't recall.

19      Q     Okay.

20      A     That's the only one I remember, right here.

21      I remember, 'cause this is the one that was talked

22      about all the time.  I don't remember.

23      Q     All right.  What about the plan for

24      improvement, "Always buckle up and obey speed limit,"

25      was that on the document when you signed it?

1       A     That was my document that I wrote.

2       Q     No.  This right here.

3       A     Right here?  Yes, sir.

4       Q     Did you type that?

5       A     I didn't type that.  They typed that.

6       Q     That's what I'm saying.  But was that on

7    there when you signed the document?

8       A     I wrote that.  That's me that say "Always

9    buckle up and obey the speed limit."

10      Q     So you had --

11      A     That's what I told him that I do.  So I

12   guess they typed it in, in a system, like that.  I

13   don't -- I don't know what they did.

14      Q     Okay.  So this was blank when you signed it

15   is what you're telling me then?

16             MR. BARROUKH:  Objection to form.

17      A     I don't recall.  I don't -- I don't know.  I

18   don't know if it was already there when I signed it.

19   I don't -- it wasn't wrote out.  So if it was already

20   done, that mean that it had to be printed up.

21      Q     Well, I don't know what any of it means.

22      A     So I can't -- I don't recall if it was

23   already written up.

24      Q     Okay.  So you're saying that the entry about

25   the Base Street violation wasn't on it when you signed

Page 187

1   it; correct?

2      A   Correct.

3      Q   And you're saying that the plan for

4   improvement, you don't know whether that was filled in

5   when you signed it or not; correct?

6             MR. BARROUKH:  Objection to form.

7             You can answer.

8   BY MR. KNOX:

9      Q   Correct?

10      A   No, sir.  I don't recall.

11      Q   What about consequences for further

12   infractions, was that on there, the

13   "Suspension/termination," when you signed it, or was

14   it --

15             MR. BARROUKH:  Objection to form.

16             You can answer.

17             THE WITNESS:  I don't recall it.

18   BY MR. KNOX:

19      Q   You don't remember?  Okay.

20      A   No, sir.

21      Q   And you don't remember if Bearden had

22   already signed it when you signed it?

23      A   No, sir.  No, sir.  I don't recall.

24      Q   Okay.  All right.  So just so I'm clear,

25   there's one entry you're sure wasn't on it when you

Page 188

1    signed it, and there are one, two, three entries that

2    you're not sure if they were filled in when you signed

3    it; correct?

4                    MR. BARROUKH:  Objection to form.

5         A    No, sir.

6         Q    Okay.  What's not correct about it?

7         A    Because I told you that this was already on

8    here.  That's the only thing I can recommend on.  I

9    can't recommend on nothing else that was on here.

10        Q    Okay.  So you don't know what --

11        A    I don't know if it was printed out or

12   nothing.  They could have did it behind me.  They

13   could have went and printed it.

14        Q    So you don't know if any of this stuff was

15   on here, except for this one --

16        A    That's right.

17        Q    Okay.  So you don't even know if the

18   violation date was all filled in or if the witness

19   line was filled in.  You don't know if any of that was

20   filled in?

21                   MR. BARROUKH:  Objection to form.

22        A    I know about the date and everything and the

23   4151 Rocky Ford Road, but I just don't know about the

24   other ping.  I don't know about none of that.

25        Q    Okay.  All right.  And you signed it; why?

Page 189

1          A      Hmm?

2          Q      You signed it; why?

3                 MR. BARROUKH:  Objection to form.

4          A      I signed it, because I was -- I figured I

5     was doing the right thing.

6          Q      Okay.  So the one entry that was on here,

7     the Rocky Ford Road, did you sign this document

8     because, yeah, they caught you in that one time?

9          A      I was leaving my house, heading there.

10    Actually, I was heading to the job.

11         Q      Okay.  All right.  So that violation you

12    admit?

13         A      Yes, sir, I do.

14         Q      Okay.  All right.

15                So as to this, the Rocky Ford violation --

16    I'm not even going to talk about the Base Street one

17    since you say it wasn't on there.

18                The Rocky Ford one, you weren't wearing your

19    seat belt.  And so, I mean, you acknowledged you

20    weren't wearing it then for that one entry; right?

21                MR. BARROUKH:  Objection to form.

22    Misstates testimony.

23         A      I were wearing my seat belt when leaving my

24    house.  That's leaving my house.  I didn't tell you

25    not a time I didn't use my seat belt.

```
                                              Page 190
 1                    MR. KNOX:  Please, go back to --
 2                    THE WITNESS:  Please.
 3                    MR. KNOX:  -- when he talked about not
 4       wearing the seat belt for the violation on Rocky Ford
 5       Road.
 6                    THE REPORTER:  One moment please.
 7                    THE WITNESS:  All right.
 8                    (The reporter repeated the record as
 9                    requested.)
10       BY MR. KNOX:
11            Q    Do you know whether Mr. James ever got
12       disciplined for not wearing his seat belt?
13            A    I don't recall.
14            Q    Do you know if Mr. Roebuck ever got
15       disciplined for not wearing his seat belt?
16            A    I don't recall.
17            Q    Do you know if Mr. Garcia ever got
18       disciplined for not wearing his seat belt?
19            A    No, sir.  I don't recall.
20            Q    This document, Defendant's Exhibit 4, that's
21       the only written discipline you got while at
22       Ferrovial; correct?
23            A    Yes, sir.
24            Q    Let's talk about the day that you were
25       suspended.  Actually, let's start the day before you
```

Page 191

1    were suspended.

2              Do you remember what your work assignment

3    was the day before the suspension?

4         A    I don't recall.

5         Q    You don't remember if you picked up trash?

6         A    No, sir, I don't recall.

7         Q    Did you unload any trash that night, day

8    before you were suspended, when you got back to the

9    office?  Did you unload any trash from any of your

10   vehicles?

11             MR. BARROUKH:  Objection to form.

12        A    I can't recall.

13        Q    Okay.  Do you recall if, in fact, you all

14   decided to wait until the next day to unload the

15   stuff?

16        A    No, sir.  I don't recall.

17        Q    Okay.  So tell me about the suspension, the

18   date that happened.  What time did you get to work, if

19   you remember?

20        A    Usually around 6:50 in the morning, 6:50,

21   6:55.

22        Q    All right.  And did you speak to Mr. Garcia

23   about what you were going to be doing that day?

24        A    Well, actually, we -- we didn't get time to

25   speak with him.  A question was asked, and he -- he

1    just top off, because -- "You fuckers -- you fuckers

2    don't want work."

3           There wasn't nothing to ask them.  When we

4    got to work that morning, we was waiting on the -- him

5    to let us know what was going to be done for the day

6    and what our way was.  And it was, like, a question

7    was asked towards him.  This the same morning that

8    question was asked --

9       Q    Who asked him?

10      A    These questions was asked.  We asked him,

11   "Why come we got to go out and work by ourself and no

12   help?"

13          And he -- he looked like this right here.

14   He said, "You -- you fuckers don't want to work."  I

15   looked at him.  I looked at James.  So when James

16   walks off to go to Steve Bearden, he was still around

17   and hollering at me.  He heard him -- he heard him

18   from the inside.  He was still hollering.

19          I said -- he was still -- he was still

20   cursing and stuff.  "You fuckers don't want to work."

21   He walked around in a circle beating his hand, like

22   this right here, in a circle, just walking and his

23   hand.

24          So I walk off to go around the back, because

25   we all -- it's us three at the front.  I walk around

Page 193

1    to go around in the back.  That's when Steve come --

2        Q    In the front of the office?

3        A    We all at the front of the office.

4    Actually, there's a camera sitting there.  We walk out

5    the back.  Steve -- after Darrell done talked to --

6    Steve come out, call -- call Juan in.  I guess me and

7    Darrell at the back with the truck unloading the stuff

8    off the truck.

9            Steve come out and said that, "You guys go

10   home with pay."  And I -- and I asked him -- I was

11   like, "Why come -- I work hard.  Why come I'm being

12   sent home?"

13           That's when he opened up his mouth, said,

14   "You're not in trouble."  That's when he say, "What

15   you worrying about it for?  You getting paid."  I

16   never forget, exact words come out of his mouth.

17           I went home.  I didn't get paid.  I got text

18   messages from the work phone saying "Stay home again

19   until we figured this out," which was for two days,

20   and next thing you know, I was suspended without pay,

21   and it just went in that lane.

22       Q    All right.  So let's go back to when you got

23   to work on the morning of the 14th.  Did Garcia give

24   you your work assignment for that day?

25       A    He didn't get a chance to.

```
 1          Q    Okay.  So is it your testimony that you got
 2     there -- Garcia is there -- James is there, and Mr.
 3     James asked Garcia, "Why do we have to work by
 4     ourselves?"
 5                    MR. BARROUKH:  Objection to form.
 6                    You can answer.
 7                    THE WITNESS:  Why come -- why come this
 8     is -- we're not getting help at where we at, and
 9     they're always leaving the site, and we can't get no
10     help there.  And that's -- and that's when he jumped
11     off on him, and he went to cussing.
12     BY MR. KNOX:
13          Q    All right.
14          A    Darrell walked off to go toward --
15          Q    Hang on.
16          A    I'm sorry.
17          Q    Hang on just a second.
18                    MR. BARROUKH:  Just answer the
19     question.
20     BY MR. KNOX:
21          Q    I'm going to get a transcript, but I do want
22     to write this down, because there may be things that
23     come up I want to ask you questions about.
24          A    Yes, sir.
25          Q    So James starts things by asking that
```

1    question?

2         A    He asked him a question.

3         Q    To Garcia?

4         A    He asked him a question.

5         Q    Which is the question you just told me;

6    right?

7         A    Yes, sir.

8         Q    All right.  And Garcia says something, like,

9    "You guys don't want to work," but he uses the "F"

10   word?

11        A    I told you exactly what he said, "You

12   fuckers don't want to work."  That's exact words come

13   out of mouth, "You fucker" -- then he walked in the

14   circle beating on his hand.

15        Q    Hang on.  All right.  So he said, "You don't

16   want to work."  And he started beating his fist on his

17   open palm?

18        A    Yes, sir.

19        Q    While he's doing that, what are you doing?

20        A    I walked around the back.  I walked -- I

21   started.

22        Q    Right.  So this -- oh, so you were -- all

23   right.  So you were already in the front of the

24   office?

25        A    That's where we start, at the gates right

1   here for the work equipment.  And we all pulled up at

2   the front.

3        Q    Okay.  So you said you didn't say anything;

4   you just walked around to the back?

5        A    I just went walking off from him, but they

6   heard him from the inside.

7        Q    Okay.  And what did Mr. James do, if you

8   know?  Was he walking back with you or --

9        A    No, sir.  He was not.  He --

10       Q    He was still up front?

11       A    He was up front, talking to Mr. Steve.

12       Q    All right.  So when all this started, was

13  Bearden there?  He must have showed up.  He was either

14  there or he showed up?

15       A    He was there, but he wasn't outside.  He was

16  inside -- inside the office.

17       Q    Okay.

18       A    And we was on the outside, in front of the

19  office.

20       Q    Right.  All right.  So James asked the

21  question.  Garcia says, "You fuckers don't want to

22  work," banging his fist in his palm.  You walk away.

23       A    Darrell James -- Darrell James walk away to

24  go to Steve Bearden while he's arguing, and I walk

25  away from him to go towards the back to get away from

1    the confusion.

2        Q    Right.  Okay.  So James went to the front

3    door?

4        A    To report him.

5        Q    Okay.  All right.  If you know, was Bearden

6    coming out of the office?  Did you see him coming out

7    as you were walking around to the back?

8        A    No, sir.  Don't -- I didn't see that.  I

9    don't recall that.

10        Q    Okay.  So when you left the front, it was

11    Garcia, and James was walking toward the front door of

12    the office?

13        A    Yes, sir.

14        Q    Okay.  So you get to the back, and what do

15    you do once you get to the back?

16        A    I stand around there in the back, you know,

17    leave the confusion, and then that's when Mr. Steve

18    come outside.

19             We all standing in the back now, around by

20    the dumpster.  There's a shed that you let up to get

21    the lawn mower?

22        Q    Right.

23        A    We all standing around there now, and -- and

24    he's listening to -- he's listening to Juan talk.

25        Q    Okay.

Page 198

1          A    And that's --

2          Q    So at some point then, you get to the back,

3     and then at some point, Garcia ends up in the back;

4     James ends up in the back; and Bearden ends up in the

5     back?

6          A    Yes, sir.

7          Q    Okay.  And is Bearden asking -- well, what

8     does Bearden do when he first gets there?  Shakes his

9     head?

10         A    He didn't do nothing.  He didn't say

11    nothing.  He didn't.

12         Q    Okay.  So was somebody talking, or was

13    everybody just glaring at each other?

14         A    Well, he -- he actually -- he actually only

15    talked to Juan.

16         Q    Okay.

17         A    And that was it.  He didn't -- he didn't

18    talk to me or James.

19         Q    So you and James are just standing there?

20         A    Yes, because he went in the inside to report

21    him.  I guess he didn't want to hear -- he wanted to

22    hear Juan, and he talked to Juan and --

23         Q    Okay.  So he talks to Garcia.  Can you hear

24    what they're saying?

25         A    No, sir.

1          Q    All right.  They're outside too?

2          A    They're outside.

3          Q    All right.  About how far do you figure you

4     and James are from the other two?

5          A    We're a distance, because we was doing our

6     work.  We -- we got a truck part at the dumpster that

7     we were pulling everything off the truck to dump

8     inside the dumpster.

9          Q    All right.

10          A    So we are not hearing that conversation.

11          Q    All right.  So you're pulling the trash off

12     the -- whatever the vehicle is, and throwing it in the

13     dumpster.

14          A    Mm-hmm.

15          Q    Okay.  All right.  And it --

16               THE REPORTER:  Just for the record,

17     was -- was that a "yes," sir?

18               THE WITNESS:  Yes.

19     BY MR. KNOX:

20          Q    And that was trash that had been collected

21     the day before; correct?

22          A    Yes, sir.

23          Q    Okay.  So Bearden talks to Garcia; you and

24     James are unloading the vehicle.  And it was trash --

25     I assume --

1          A    Yes, sir.

2          Q    -- that you were unloading?

3          A    Yes, sir.

4          Q    Okay.  So what happened next while you guys

5     are doing that?

6          A    Bearden walk up, and say he talked to Mr.

7     Flowers and was told to send home.  He was going by --

8     that's the same word he used.  He said, "I'm just

9     going by protocols."  That's exactly what he said.

10              And he was like, "Don't worry about it.  You

11    guys are going to get paid.  Don't worry about it.

12    Just go on for the day."  And after we made it home, I

13    was home.  I was home from there.

14         Q    Okay.  So he told you that he had spoken to

15    flowers; yes?

16         A    Yes, sir.

17         Q    Okay.  How much time had passed from the

18    time that James first asked the question about, you

19    know, why is it us, basically, and then Bearden comes

20    and tells you guys are being sent home?  I mean, was

21    it ten minutes, a half an hour?

22         A    I can't really recall.

23         Q    Okay.

24         A    I can't really recall the time.

25         Q    All right.

1        A    I know it --

2        Q    And so --

3        A    I know it took more than ten minutes though

4    for him to call Mr. Flowers and everything.

5        Q    Okay.  Well, that's what I was getting at,

6    trying to figure out how much time it took.

7             Do you remember James saying something along

8    the lines of -- and this is something he said to

9    Garcia, "How many miles of trash did you do

10   yesterday?"  "We," meaning you and him, "We did five

11   miles.  What'd you do; two?"  Do you remember him

12   saying anything like that to Garcia?

13       A    No, sir, I don't recall.

14       Q    You don't recall, or he didn't?

15       A    No, sir.  No, sir, he didn't.

16       Q    He didn't?

17       A    He didn't.

18       Q    Okay.  Those are two different things;

19   right?

20       A    Okay.

21       Q    Okay.  So he didn't say that.  Did you say

22   something like that?

23       A    No, sir.

24       Q    Where is Roebuck while this is going on?  Do

25   you know what he was doing?

1        A    Actually, I don't --

2        Q    If he was there even.

3        A    I actually -- he was there, but I actually

4    don't remember.  He was probably doing something

5    different, probably in the garage or something.  I

6    don't --

7        Q    Okay.

8        A    I don't remember.

9        Q    All right.  Well, if you don't know, that's

10   fine.  That's just what I was wondering.

11            Are you sure that Garcia didn't tell you

12   what to do, and you responded to Garcia, "Fuck you.  I

13   ain't doing it.  I ain't no fucking boy."

14                MR. BARROUKH:  Objection to form.

15   BY MR. KNOX:

16       Q    Did you say that to him?

17       A    No, sir.

18       Q    That day?

19       A    No, sir.

20       Q    Did you hear Mr. James say that to him?

21       A    No, sir.

22       Q    Okay.  And is it your testimony that once

23   you got to the back -- remember you said you guys

24   started in the front, once you're in the back, that's

25   where Bearden told you, "I'm sending you home"?

Page 203

1     A    Yes, sir.

2     Q    All right.  So it's your testimony that at

3 no time did you guys go from the back -- meaning you,

4 James, and Garcia, go from the back to the front of

5 the office, and that's where you talked to Bearden?

6              MR. BARROUKH:  Objection to form.

7     A    No, sir.

8     Q    Okay.  Did you ever clench your fists while

9 Garcia was talking?

10    A    No, sir.

11    Q    Did you threaten Garcia while he was

12 talking?

13    A    No, sir.

14              MR. BARROUKH:  Objection to form.

15              You can answer.

16 BY MR. KNOX:

17    Q    Did you threaten him --

18    A    No, sir.

19    Q    Did you threaten him at any time that day?

20              MR. BARROUKH:  Objection to form.

21              You can answer.

22              THE WITNESS:  No, sir.

23 BY MR. KNOX:

24    Q    Did see Steve Bearden filming you all on his

25 cell phone?

Page 204

1          A    No, sir.

2          Q    Did you hear Mr. James say something to the

3     effect, once he was told you were being sent home,

4     "That's what I was waiting for; I'm calling my

5     lawyer"?

6          A    No, sir.

7          Q    Once you got home -- well, between the time

8     that you left that day on the 14th and the phone call

9     you testified about from Russ Flowers, did you have

10    any contact with anyone from Ferrovial in between

11    those two dates?

12                    MR. BARROUKH:  Objection to form.

13                    You can answer.

14                    THE WITNESS:  I think Steve text me

15    late on that evening.

16    BY MR. KNOX:

17         Q    The same day that he told you --

18         A    On the work phone.

19         Q    Okay.  Did he use the word "suspended,"

20    Steve, on that day?  Did he tell you, "You're

21    suspended," or did he just say, "Go home"?

22         A    No, he didn't say nothing about suspended.

23    He just -- he just said -- he just said, "You guys

24    was -- he's sending you guys home with pay."  That's

25    all he was saying, for the day.

Page 205

1          Q    Okay.

2          A    "Let it -- let it cool down."  That's what

3     he said.

4          Q    Okay.  And you have a recollection that he

5     texted you later that day?

6          A    Exactly at 6:00 -- after 6 p.m.  I'll never

7     forget.  I was at home on my couch, and the text come

8     through, 'cause it come through on the company phone.

9          Q    Okay.  And do you remember what the text

10    said?

11         A    He was letting me know that I was -- they

12    wanted me to stay home another day until they got it

13    situated.  So that was -- when that next day came,

14    that mean they wanted me to stay home.

15         Q    Okay.  All right.  And did you respond to

16    him?  Like, just say, "Okay."

17         A    I said, "Yes, sir."

18         Q    Okay.  All right.  Did you and Mr. James

19    have any conversations, whether it was in person, over

20    the phone, or texting, about what had happened that

21    day?

22         A    No, sir.

23         Q    So Bearden texts you on the night that you

24    were sent home, tells you, "Stay home another day

25    while we get this sorted out," basically.  You said,

Page 206

1    "Okay," or, "Yes, sir."

2            And that was no more communications with

3    anybody from Ferrovial on that day?

4        A    That -- that was it for that day.  Yes, sir.

5        Q    All right.  How about the next day?

6            MR. BARROUKH:  Objection to form.

7            You can answer.

8            THE WITNESS:  I actually don't remember

9    the next day -- how far the next day went or what was

10   what.  I remember my next phone call was from Russ.

11   BY MR. KNOX:

12       Q    Okay.  All right.  So as far as you

13   remember, there was the text from Bearden on the night

14   of the 14th and then this call from Russ whenever that

15   took place?

16       A    Yes, sir.

17       Q    Okay.  All right.

18           And then you get the call from Flowers, and

19   then sometime later, you get the call from Human

20   Resources; right?

21       A    Yes, sir.

22       Q    Okay.  And you've already testified about

23   those.  I don't want to go back through those.

24           And it's your testimony -- is it not, that

25   the -- you didn't hear the words "termination" or, you

Page 207

1    know, "discharge" or anything like that until you

2    talked to this female from HR; is that right?

3         A    Yes.  Yes, sir.

4         Q    Okay.  And there was testimony yesterday

5    that phone call that I -- remember, I asked you -- you

6    said you had the phone call with the HR person, and

7    you only spoke to her once; right; yes?

8         A    Yes, sir.

9         Q    Okay.  Mr. James testified that happened on

10   the 27th, which would've been two weeks after you were

11   sent home.  Does that seem about right?

12        A    I don't recall.

13        Q    I mean, and I'm not saying it's not right.

14   I'm just trying to figure out why you were sent home

15   on the 14th, and why is it two weeks before somebody

16   says to you, "You're fired."

17        A    I was -- I was home for a while.  I was --

18   man, I was -- I was home for a long time before I got

19   contacted.  Yeah.  Serious.  I was home for a long

20   time before HR reached out to me from out of Texas?

21        Q    Yeah.

22        A    No income, no nothing coming in.

23        Q    Now, during that period of time while you

24   were waiting to hear from somebody, were you doing

25   anything, such as after Bearden texts you and says,

Page 208

1    "Stay home another day," and you said, "Yes, sir," did
2    you have any more communications with him?
3         A    No, sir.
4         Q    Did you ever reach out to him?
5         A    No, sir.
6         Q    Did you ever call him during that period of
7    time?
8         A    No, sir.
9         Q    Did you ever text him?
10        A    No, sir.
11        Q    Did you ever go back to Ferrovial and try to
12   talk to him in person?
13        A    No, sir.
14        Q    Do you know whether Mr. James attempted to
15   contact anybody at Ferrovial during that time period
16   between the day you were sent home and the day that
17   the HR person told you were terminated?
18                  MR. BARROUKH:  Objection to form.
19                  You can answer.
20                  THE WITNESS:  No, sir.
21   BY MR. KNOX:
22        Q    Did you make any efforts to contact Mr.
23   Flowers again after that call he made to you?
24        A    No, sir.
25        Q    After you got the call -- whatever date it

1    was, where the female HR person told you that your

2    employment was terminated, did you initiate any

3    communication, try to communicate at all with

4    Ferrovial's Human Resources after that?

5         A    Yeah.  She wasn't -- she wasn't giving me

6    any kind of feedback.  She was going along.

7         Q    No.  But, I mean, after that call ended?

8         A    No, sir, not at all.

9         Q    Okay.  Did you reach out to anybody at

10   Ferrovial to say anything along the lines of, "Hey,

11   we're supposed to be getting paid while we're out

12   here.  What's going on?  Where's our check?"

13        A    No, sir.

14        Q    Okay.  Do you know if Mr. James reached out

15   to ask about that?

16        A    No, sir.

17        Q    But it was clearly your understanding that

18   you were going to be paid while you were on

19   suspension; correct?

20        A    Yes, sir.

21        Q    And is it fair to say that as you sit here

22   today, you don't believe you ever were compensated

23   during that period you were suspended?

24        A    I wasn't.

25        Q    Okay.  How about Shaunna Stoddard, after you

1    were suspended, did you have any contact with her at

2    all?

3         A    No, sir.

4         Q    Roebuck, any contact with him?

5         A    No, sir.  No, sir.

6         Q    Garcia?

7         A    No, sir.

8         Q    Any contact with him?

9              MR. BARROUKH:  Let him ask the

10   question.

11   BY MR. KNOX:

12        Q    Do you remember somebody from HR calling you

13   and telling you that she was conducting an

14   investigation into some complaints at the workplace?

15        A    No, sir.

16        Q    Do you recall anyone telling you or asking

17   you questions about anything that happened at work?

18        A    No, sir.

19        Q    Do you remember when she asked you

20   questions, for every question, but one, that she

21   asked, you stated to her, "I refuse to agree or admit

22   to anything"?

23              MR. BARROUKH:  Objection to form.

24   BY MR. KNOX:

25        Q    Do you remember saying that to her?

Page 211

1          A     Yes, sir.

2          Q     When was that?

3          A     I can't remember the date.  I don't recall.

4          Q     Was that call --

5          A     To HR?

6          Q     Well, you only had one with HR.

7          A     That -- that's it.

8          Q     So it must've been then.  Okay.  And do you

9    remember what she asked you that would cause you to

10   say, "I refuse to agree or admit to anything"?

11         A     No, sir.  I don't remember.

12         Q     Why would you say something like that?

13         A     I don't remember what she said.

14         Q     You don't remember what the question was?

15         A     No, I don't recall.

16         Q     Okay.  But you remember saying that to her?

17         A     Yes, sir.

18         Q     And you remember saying that to her more

19   than once?

20         A     No.

21         Q     You only remember --

22         A     I only talked to her once.

23         Q     Yes.  But it was during the phone call.

24         A     Yeah, I only -- yeah.

25         Q     Did you say it more than once during that

1    call?

2         A    I don't recall.

3         Q    Did you tell her during that call any of the

4    comments that Roebuck supposedly made to you that you

5    felt were race harassment?

6         A    Yes, sir.

7         Q    Which comment did you tell her about?

8         A    I told her about the mullet fish, bottom

9    of -- food from the bottom of the chain.  I told her

10   about why we can't afford boats.

11        She didn't want to hear nothing.  She told

12   me that's what -- that's not what she was calling for.

13        Q    You didn't tell her something else --

14        A    I saw that.

15        Q    -- that Roebuck had said, besides the jokes?

16        A    That's all I recall.

17        Q    Okay.  So you might've said something more.

18   You just don't remember?

19        A    That's all I recall.

20        Q    Okay.  So your recollection is you told her

21   about the jokes that Roebuck made; right?

22        A    Yes.  Yes, sir.

23        Q    Okay.  Did you tell her about him using the

24   "N" word?

25        A    No, sir.

1      Q    Did you tell her about Garcia calling you a
2  boy?
3      A    We didn't conversate.
4      Q    I'm sorry?
5      A    We never got -- we never got to conversate.
6  She didn't -- it wasn't for her to hear me out.  It
7  was for me to hear her out.
8           So that's why I'm -- I'm trying to explain
9  to you best I could, 'cause she didn't call for me to
10  talk.  She called for her to talk.  That's what I'm
11  trying to tell you.  It wasn't --
12      Q    Well, I know that's what you're telling me,
13  but my question is, you didn't tell her those things?
14      A    No, sir.
15      Q    I think your complaint -- you didn't tell
16  her about your belief that you were being made to work
17  in the sun while Roebuck got to sit in the AC tractor?
18  You didn't tell her that?
19               MR. BARROUKH:  Objection to form.
20               You can answer.
21               THE WITNESS:  Yes, I spoke on that.
22  BY MR. KNOX:
23      Q    You did?
24      A    I think I spoke on that -- yeah, about the
25  AC and the tractor.

Page 214

```
 1        Q    Okay.  Do you remember what you said about
 2   it?
 3        A    No, sir.
 4        Q    Did you tell her about getting written up
 5   for the seat belt?
 6        A    I don't recall it.  I don't recall.
 7        Q    Do you know what, if anything, she did when
 8   you -- with you're telling her about Roebuck's jokes?
 9   That is, do you know if she ever talked to Roebuck
10   about that?
11             MR. BARROUKH:  Objection to form.
12        A    I don't recall.
13        Q    Do you know if she talked to anybody at
14   Ferrovial about that?
15        A    I don't know.
16        Q    During this call with the HR person, when --
17   and I don't mean this specific minute, but when,
18   roughly, in this call you had with her, did she tell
19   you had been terminated?
20             Was it right off the bat, "Hi, I'm so and so
21   from HR; you've been fired," or was it somewhere after
22   you'd talked a little bit, or was it at the end of the
23   call?
24             MR. BARROUKH:  Objection to form.
25             You can answer.
```

Page 215

```
 1              THE WITNESS:  After she got done
 2    explaining, it was probably, like, between five and
 3    seven minutes, and that's when she told me that I
 4    was -- I was fired.
 5    BY MR. KNOX:
 6         Q    Okay.  And was there conversation after
 7    that?
 8         A    No, there wasn't a conversation after that.
 9         Q    So the call itself only lasted five to seven
10    minutes?
11         A    Yes.
12         Q    Is that accurate?
13         A    Yes, sir.
14         Q    Okay.  And she told you at the end of the
15    call -- at the end of that five or seven minutes, that
16    you'd been fired?
17         A    Right in that -- right -- right in between
18    that she told me --
19         Q    Okay.  All right.  At that time, you already
20    believed that you'd been discriminated against because
21    of race by the company; right?
22         A    Yes.
23         Q    And by that time, you already believed that
24    you'd been harassed by Roebuck and Garcia; right?
25         A    Yes, sir.
```

1      Q    All right.  And at that time, was it already
2   your belief that you'd been sent home and you'd been
3   written up in retaliation for complaining about those
4   things?
5                 MR. BARROUKH:  Objection to form.  He's
6   answered.
7                 MR. KNOX:  Okay.
8                 THE REPORTER:  I'm sorry.  I didn't
9   catch that answer.
10                THE WITNESS:  Yes, sir.
11  BY MR. KNOX:
12     Q    Well, why didn't you take the opportunity to
13  say to her, "Listen, this stuff is going on here, and
14  you guys got a big problem"?
15                And I don't mean you have to be mean or
16  nasty or anything like that, but you felt you'd been
17  done wrong; right?
18     A    Yes, sir.
19     Q    I mean, "correct."  I guess that's the word
20  I should use.  Why didn't you take this opportunity to
21  tell her about all of this stuff, so she at least
22  would know what was going on out there?  Go ahead.
23     A    When I tell you she wasn't -- when I tell
24  you -- I'm always -- I'm always ready to talk about
25  something.  Listen, when I tell you she wasn't trying

Page 217

1    to hear nothing, she wasn't trying to hear nothing.

2           It's like they already had it boarded out

3    what they was going to do.  We -- we didn't even get

4    to hold a -- a conversation, like I was an employee

5    there.

6         Q    Yeah.

7         A    Yeah.  It was all about what was already

8    said and what they had.

9         Q    But she did ask you some questions?

10        A    It was more like telling me.  It was more

11   telling me.  There was really no questions.  It was

12   more telling me.

13        Q    Well, how did it come up that you told her

14   about Roebuck's jokes?

15        A    Because I was trying to force her to listen.

16   I was trying to say stuff, and she was still talking.

17   She was still on -- she was still -- I'm like she's

18   not going to -- like, she's not going to listen to me.

19          So I don't want to disrespect and keep

20   trying to talk over her head, and then it goes to

21   something else.  Someone's got to hush.

22        Q    Okay.  All right.

23          There's probably a lot of things I don't

24   understand, but one thing is this, if she's asking

25   questions or even if you think she's not listening,

```
 1    why didn't you at least say to her, "I was called the
 2    "N" word at work; I was called the "N" word while I
 3    worked for you guys"?
 4              I mean, I would think that would at least
 5    grab her attention.
 6        A    Well --
 7        Q    But you didn't?
 8        A    I didn't say that.
 9        Q    Okay.  All right.  Now, you did file an EEOC
10    charge; correct?
11        A    Yes, sir.
12        Q    How did you -- now, just as I don't want to
13    know anything about conversations you've had with this
14    lawyer, with Daniel, I don't want to know anything
15    about conversations you had with your attorney in the
16    EEOC case either; all right?  But that attorney was
17    Jim Tarquin; right?
18        A    Yes, sir.
19        Q    Okay.  And he's in Ocala, I think.
20        A    Yes, sir.
21        Q    At least he used to be.  Okay.  How did you
22    come to retain him?
23        A    Well, research.  I'm a smart young fella.
24        Q    Oh, I'm not saying you're not.
25        A    You know, so it's just about place and time.
```

Page 219

1    There's a time and a place to do stuff.  I didn't feel

2    like it was then.  But then when I feel like I had to,

3    I stepped up, and I did what I had to do.

4            They didn't show me respect.  They didn't

5    give it any comeback and say, "Well, Eric, this is

6    this; this is what we thought."

7            I went and did what I had to do.  Not by

8    what I know, but I did what I had to do.

9        Q    Yeah.

10       A    And I -- I contacted him, and we went from

11   there and got things did, and that was it.

12       Q    Okay.  All right.  But you did not retain

13   him to represent you in this lawsuit?

14       A    Repeat that.

15       Q    You did not retain Jim to represent you in

16   this lawsuit, Jim Tarquin?

17       A    What you mean, "retain"?

18       Q    Well, you've retained Daniel --

19       A    Right.

20       Q    -- and his firm Derek Smith, to represent

21   you in this litigation.

22       A    That's right.

23       Q    You retained Tarquin to represent you in the

24   EEOC charge.

25       A    That's correct.

Page 220

1          Q    Why did you not retain -- why didn't you
2     keep Tarquin as your attorney for the litigation?
3                    MR. BARROUKH:  I'm going to object on
4     the grounds of potential attorney-client privilege.
5                    So you can answer the question if it
6     does not include any conversation or discussion you've
7     had with your former attorney, Mr. Tarquin; all right?
8                    THE WITNESS:  Yeah.  But I don't
9     even --
10                   MR. BARROUKH:  If your answer includes
11    anything with Mr. Tarquin --
12                   THE WITNESS:  That's why I said that
13    don't even matter why I switched attorneys.
14                   MR. KNOX:  Well, I'm asking you --
15                   MR. BARROUKH:  If there's an answer
16    outside of your conversation with Mr. Tarquin --
17                   THE WITNESS:  Okay.
18                   MR. BARROUKH:  -- you're allowed to
19    answer that.  However, if the answer includes
20    conversations or communications between you and Mr.
21    Tarquin --
22                   THE WITNESS:  Okay.
23                   MR. BARROUKH:  -- then you're not going
24    to have to answer.  Excuse me.
25                   THE WITNESS:  Okay.  Well, actually he

```
1    wasn't -- he wasn't doing his job.
2    BY MR. KNOX:
3         Q    Okay.  That's all I needed to know.  Thank
4    you.
5              Now, this case is what is referred to as
6    "civil litigation."  People suing one another for
7    different things.  So it's not a criminal matter.
8              Have you ever been sued by anyone?
9         A    No, sir.
10        Q    Have you ever sued anyone before, either an
11   individual or a company or anything else, other than
12   Ferrovial?
13        A    Yes, sir.
14        Q    Okay.
15             MR. BARROUKH:  I just want to clarify,
16   when you said, "sued anyone before," are you saying
17   ever or before employment for Ferrovial?
18             MR. KNOX:  Well, if I said, "before,"
19   then I probably misspoke.  Besides Ferrovial?
20             MR. BARROUKH:  Okay.
21   BY MR. KNOX:
22        Q    Have you sued any individuals?
23        A    I never sued -- I never sued an individual.
24        Q    Okay.  You sued companies before?
25        A    [No audible response.]
```

Page 222

1         Q    Okay.

2                   THE REPORTER:  I'm sorry.  Was --

3                   THE WITNESS:  Yes, sir.

4                   THE REPORTER:  Thank you.

5    BY MR. KNOX:

6         Q    Tell me about the companies that you recall

7    suing.

8         A    Man, it's been a while ago.  I -- I can't

9    even recall on that.

10        Q    Do you remember what you sued them for?

11        A    I don't recall.

12        Q    Were any of them your employers or former

13   employers?

14        A    Yes, sir.  It was an employer.

15        Q    Okay.  One or more were former employers?

16        A    Two.

17        Q    Okay.  And you don't remember the names of

18   those companies?

19        A    You said do I remember the names of those

20   companies?

21        Q    Those two?

22        A    Yes, I remember.

23        Q    Okay.  What are the names?

24        A    Binderholz.  I'm going through something

25   right now that --

Page 223

1      Q    Yeah?

2      A    Yeah.

3      Q    Okay.

4      A    Yeah.

5      Q    And what's the other one?

6      A    I just told you.  Stahl-Meyers.

7      Q    Huh?

8      A    And you -- I just told you Stahl-Meyers.

9   Stahl-Meyers.

10      Q    I have no idea what that is.

11      A    That's way -- that's way before -- way

12   before Ferrovial.

13      Q    Yes.  But how do you spell the name?

14      A    S-T-A-H-L --

15      Q    Stahl?

16      A    -- Stahl Meyers, M -- how would they spell

17   it?

18      Q    M.  Okay.  Stahl-Meyers, where are they

19   located?

20      A    They're right here in Madison, Florida.

21   They located right off Highway 53.  If you go up, make

22   a left, they'll be right there in the --

23      Q    Okay.  What do they do?

24      A    Meat.  It's, like, a meat plant.

25      Q    All right.  And what did you sue them for?

Page 224

1          A    I got hurt on the job.  An injury -- had a
2    hand injury.
3          Q    Did you file a --
4          A    It was a personal.
5          Q    Well, was it workers' compensation?
6          A    Yes, sir.
7          Q    And do you remember approximately when you
8    filed that lawsuit?
9          A    No, sir.
10         Q    Ten years ago?
11         A    I don't remember.
12         Q    And the one with the Binderholz or
13    Binderholz -- whatever it is, that's the one that you
14    talked about at the very beginning here?
15         A    That's what's going on now.
16         Q    Right.  And that's the work comp claim; is
17    that not?
18         A    Workers' comp.
19         Q    Yeah.  Okay.  Other than those two workers'
20    comp claims, have you sued any other former employers?
21         A    No, sir.
22         Q    Never sued any former employers for race
23    discrimination?
24         A    No, sir.
25         Q    Race harassment?

Page 225

1       A     No, sir.

2       Q     Retaliation?

3       A     No, sir.

4                   MR. KNOX:  All right.  Let's go off the

5       record just for a minute.

6                   THE REPORTER:  We are off the record at

7       2:09 p.m.

8                   (Off the record.)

9                   THE REPORTER:  We are back on the

10      record at 2:09 p.m.

11      BY MR. KNOX:

12      Q     Okay.  Mr. Ealy, I'm going to ask you some

13      questions that come from this document called your

14      "Amended Complaint."

15      A     Okay.

16      Q     The complaint is the document in civil

17      litigation that really kicks things off.  A lot of

18      people say, "Well, I filed this lawsuit," and yeah,

19      it's a lawsuit, but the formal name is "complaint."

20      A     Complaint.

21      Q     Your attorney has made some changes to it.

22      And so this is called the "Amended Complaint."

23      A     Okay.

24      Q     So this is what we're proceeding under at

25      the moment.  Do you remember getting a job description

Page 226

1    and signing for it when you started work at Ferrovial?

2         A    No, I don't remember the job description.  I

3    know it was road maintenance.

4         Q    Yeah.

5         A    All of us was road maintenance.

6              MR. KNOX:  Can you give me a second to

7    just run and grab James' exhibits, or if you got them?

8    Oh, that would be great.

9              Could you just pull up the job

10   description?  I'm not going to mark it.  I'll just

11   show it to him, ask him if he recognizes it.  Thank

12   you sir.

13   BY MR. KNOX:

14        Q    All right.  Mr. Ealy, I'm going to show you

15   a document that was introduced as Defendant's Exhibit

16   4 in Mr. James' deposition.  I, for some reason, can't

17   find one for you.

18             This is a job description.  It is a three-

19   page document.  The first is job description

20   acknowledgement.  You see Mr. James has signed it.

21             The next two pages are the actual duties and

22   education skills you need, things like that.  Do you

23   remember getting something like this when you started

24   with Ferrovial?

25        A    No, sir.

Page 227

1              MR. KNOX:  Okay.  All right.  Thank
2      you.
3              I'm going to start, Daniel, with
4      paragraph 16 of the amended complaint.
5              MR. BARROUKH:  All right.
6              Here, Eric.
7      BY MR. KNOX:
8      Q    I just want to go through this.  This
9      primarily, Mr. Ealy, talks about your job duties, and
10     it says one is operating a tractor.  That's the big
11     mower, the air conditioned one -- is that correct, or
12     are there other tractors?
13     A    It -- it was only one tractor.
14     Q    That was it?
15     A    Yes, sir.
16     Q    Okay.  And what's a skid machine?
17     A    Skid machine is the one I was telling you
18     about earlier.  Skid machine is actually just
19     something that's able to get in places that a tractor
20     won't.  A skid, it hit the corners.  It go up hills.
21     It -- it --
22     Q    Is that the zero-turn?
23     A    No, sir.  It's a -- it's called a "skid."
24     It -- it shaves the road, like on the edge of the
25     roads.  It pulls the dirt up from -- and make it where

Page 228

1    it's graded cement.

2         Q    Okay.

3         A    It's a skid machine.

4         Q    All right.  Okay.  I didn't remember us

5    talking about that earlier.  Maybe we did.

6         A    Yes, sir.

7         Q    Do you know; do you have to have a

8    certification of some sort to operate that piece of

9    equipment, the skid machine?

10        A    Well, I was getting trained on it.

11   That's -- I got trained on it through Ferrovial.

12        Q    At Ferrovial?

13        A    Mm-hmm.

14        Q    Who gave you that training?

15        A    Steve.

16        Q    Okay.  And did you actually operate the skid

17   machine at work?

18        A    [No audible response.]

19        Q    Okay.

20             THE REPORTER:  I'm sorry, sir.  The

21   answer to that?

22             THE WITNESS:  Yes, sir.

23   BY MR. KNOX:

24        Q    Then it talks about mowing and weeding.  I

25   think we talked about that.  The next category is

Page 229

1    cleaning roadkill, trees, and trash off the highways.

2               I want to ask you about the roadkill,

3    because I know you testified earlier you did that.  I

4    will tell you, Mr. James said he never did it, and he

5    never saw you do it or anybody do it when he was

6    there.

7               But I know you testified earlier that you

8    had done it.  Was that before Mr. James started?

9         A    Yes, sir.

10        Q    Okay.  And then performing maintenance of

11   traffic, we talked about that.  Is that a pretty

12   accurate description primarily of your job duties when

13   you were with Ferrovial?

14        A    Yes, sir.

15        Q    Okay.  I want to go to paragraph 19, and

16   really if you -- I want to focus on the sentence that

17   says "Garcia asserted supervisory authority over the

18   plaintiffs," and then the rest of that sentence.

19               Tell me when you've read that, please.

20        A    I read it.

21        Q    Okay.  To your knowledge, Mr. Garcia may

22   have done other things, but he didn't do any of those

23   things when you worked there?

24               MR. BARROUKH:  Objection to form.

25        //

Page 230

1    BY MR. KNOX:

2         Q    He didn't hire anybody, to your knowledge?

3         A    No, sir.

4         Q    He didn't fire anybody?

5         A    No, sir.

6         Q    Didn't demote anybody?

7         A    No, sir.

8         Q    Didn't promote anybody?

9         A    No, sir.

10        Q    Didn't suspend anybody?

11        A    No, sir.

12        Q    Didn't discipline anybody?

13             MR. BARROUKH:  Objection to form.

14   BY MR. KNOX:

15        Q    And certainly didn't discipline you.  That

16   was Mr. Bearden; correct?

17        A    Yes, sir.

18        Q    Do you know if Mr. James was ever

19   disciplined?

20             MR. BARROUKH:  Objection to form.  I

21   would retract that objection.

22             THE WITNESS:  I don't recall.

23   BY MR. KNOX:

24        Q    Okay.  Now, go, if you would, to paragraph

25   23, and read that to me, if you would.  No, don't read

1    it to me.  Sorry.  Read it to yourself, and then let
2    me know when I can ask you some questions about it,
3    please.
4         A    Yes, sir.
5         Q    Okay.  So is this accurate?  I mean, this
6    quote -- and this is an actual quote -- this is word
7    for word what you remember Mr. Roebuck saying to you
8    on or around the very first day that you worked there;
9    right?
10        A    Yes, sir.
11        Q    Okay.  And I'm only asking, because --
12             MR. KNOX:  When was the original
13   complaint filed?  Do you recall?
14             MR. BARROUKH:  January 24th.
15   BY MR. KNOX:
16        Q    Okay.  So I guess what I'm getting at, Mr.
17   Roebuck, is you've answered a few of my questions --
18   or Mr. Ealy -- sorry, you've answered a few of my
19   questions by saying, "Well, that was a long time ago,
20   and, you know, I'm not really sure what was said."
21             And it's just curious to me that you're able
22   to remember this conversation word for word.  It's all
23   in quotes.  This is exactly what was said; is that
24   accurate?
25        A    Yes, sir.

Page 232

1          Q     Okay.  You never told anybody at Ferrovial
2     about this initial conversation; did you?
3          A     Yeah, I spoke about it.  I reported that to
4     Juan.  That's -- that's everything that was reported
5     to Juan.
6          Q     You reported -- so the very first day on the
7     job, you told Juan about this?
8          A     Yes.  That's -- that's right.  That's
9     exactly one right there, when he first asked me was it
10     okay for him to speak racism, because he didn't see
11     anything wrong with it.
12          Q     Yeah.  Well, what's racist about anything
13     that's in here?
14                    MR. BARROUKH:  Objection to form.
15                    You can answer.
16                    THE WITNESS:  That was the way of him
17     telling me.  It's not about what's in there.  It's
18     about what he was telling me.  He have a right to
19     speak and say what he want to say.  Yeah.
20     BY MR. KNOX:
21          Q     Okay.  And he said that on the same time he
22     said this other stuff that's in quotes in paragraph
23     23?
24          A     All this right here.  Yes, sir.
25          Q     Okay.  But for some reason, that part of the

Page 233

1    conversation you didn't include in here.

2         A    Sir?

3         Q    The part about his right, freedom of speech.

4         A    Yeah.

5         Q    He said that too, along with these other

6    things?

7         A    That's one of the first things he said when

8    I ever started -- started on him.

9         Q    Yeah.  My point is that you've quoted all

10   this stuff, but you don't quote that part of it; that,

11   you know, he said he's got a right to talk about it.

12              Any particular reason you only quoted part

13   of the conversation, instead of the entire

14   conversation?

15        A    Yeah.  I just reported what all I remember

16   at one time.  I'm not going to say nothing that I

17   don't have no business saying.  If I don't remember

18   every word, you're not -- I'm not going to speak on it

19   because of the simple fact, you know.

20        Q    I see.  But you remember it now?

21        A    I remember what I need to know.

22        Q    You remember when you needed it?

23        A    I remember what I need to know.  I -- I know

24   what I -- exactly what I'm saying.  I'm not going to

25   say nothing and say the wrong thing.

Page 234

```
1        Q    I see.  So that part of it about, you know,
2   his freedom of speech, that wasn't important to you,
3   so you didn't include it in the complaint; right?
4                    MR. BARROUKH:  Objection to form.
5                    You can answer.
6                    THE WITNESS:  It all was reported.  It
7   just wasn't -- it just wasn't spoken on, 'cause a lot
8   of things was -- other things were spoken on.
9   BY MR. KNOX:
10       Q    I see.
11       A    It's more than just that though.
12       Q    Okay.  So these quotes supposedly are word
13  for word accurate; right?
14       A    Yes, sir.
15       Q    Right?
16       A    Yes, sir.
17       Q    But you didn't include everything he said?
18       A    Yes, sir.
19       Q    Okay.  All right.  And then go to paragraph
20  25.  And this is talking about -- again, a lot of
21  quotes here.  You had a very good memory, supposedly.
22  This is about owning boats, and paragraph 25 begins
23  later that day.
24                    Does that mean on or around the very first
25  day of your employment?  Is that referring to
```

Page 235

1    paragraph 23?

2              MR. BARROUKH:  Objection to form.  The

3    document speaks for itself.

4              MR. KNOX:  Well --

5              MR. BARROUKH:  You can answer.

6              THE WITNESS:  Yes, sir.

7    BY MR. KNOX:

8        Q    Okay.  All right.  So as I understand it

9    then, on the very -- well, was it your very first day

10   of the job, or was it sometime around the very first

11   day of the job?

12             MR. BARROUKH:  Objection to form.  The

13   document speaks for itself.

14             You can answer.

15             THE WITNESS:  I can't recall.

16   BY MR. KNOX:

17       Q    Okay.  It's just very strange wording.  You

18   know, usually, if it was the very first day, you say,

19   "It's the very first day."  When you say, "On or

20   around the very first day" --

21       A    Yeah.

22       Q    -- makes me wonder.  All right.  So your

23   testimony is, that on the first day on the job, Mr.

24   Roebuck makes the comments in quotes in paragraph 23

25   to you, and he also makes the comments in quotes in

Page 236

1    paragraph 25 to you; right?

2         A    Yes, sir.

3         Q    Okay.  And these are the things that you

4    complained to Garcia about; right?

5         A    Yes, sir.  Yes, sir.

6         Q    Okay.  And just like in paragraph 23, you

7    haven't included everything he said that day.  In

8    paragraph 25, have you included everything now that he

9    said that day?

10              MR. BARROUKH:  Objection to form.  Are

11   you asking him if he's including every word he said

12   that day?

13              MR. KNOX:  No.  Every word having to do

14   with these jokes.

15              MR. BARROUKH:  You can answer, if you

16   understand the question.

17              THE WITNESS:  I don't think everything

18   was reported in that one day.  No, sir.  No, sir.

19   BY MR. KNOX:

20        Q    Now, go to paragraph 26.

21        A    Okay.

22        Q    Read that.  Let me know, please.

23        A    Okay.  Yes, sir.

24        Q    Your very first day on the job was March 22

25   of 2022; correct?

Page 237

1      A    Correct.

2      Q    Okay.  And that's the same day that you

3    signed some of the documents that I showed you earlier

4    today.

5           I think you signed the code of business

6    conduct that day and said you read it.  I'm curious

7    about a portion of this sentence in paragraph 26.

8           So according to you, on the very first day

9    you worked there, Roebuck told you these two racially

10   themed jokes and asked you about talking about race,

11   and you say you were disgusted, but you knew your job

12   would be in jeopardy if you opposed the racist

13   conduct.  Do you see that?

14     A    I see what it says.

15     Q    Okay.  Roebuck wasn't your boss.  He was --

16   he was another maintenance tech; right?

17     A    Yes, sir.

18     Q    So are you telling me that on the very first

19   day on the job, you knew that if you opposed the

20   things that Roebuck was saying, you could be fired?

21     A    I don't recall that.  I don't recall --

22     Q    Yeah.  That strikes me as odd.

23     A    I don't recall that.

24     Q    All right.  Well, let me ask you.  Did

25   you -- on your very first day on the job when Roebuck

1    says these things, was the thought running through

2    your head, "Oh man, I better not tell anybody, or I'll

3    get fired"?

4         A    I wasn't thinking like that at all.  No,

5    sir.

6         Q    Okay.

7              Let's go to paragraph 38, please.  If you'd

8    read that, and then just let me know.

9         A    Yes, sir.

10        Q    Okay.  You talk about Mr. Roebuck's

11   "onslaught of racist and conduct."  I don't know what

12   that means exactly, but you say it persisted for

13   months.

14             So is it fair to say that the racial

15   comments that Mr. Roebuck would say to you, that went

16   on for months?

17        A    While I was there.

18        Q    Oh, well, right.  I understand.  And that

19   includes for two months before Mr. James got there;

20   right?

21        A    Yes, sir.

22        Q    Okay.  And as we talked before, you didn't

23   tell Mr. James about any of this stuff?

24        A    No, sir.

25        Q    Would you go please to paragraph 52?  Now,

Page 239

1    just read that if you would, and then let me ask you a
2    couple of questions.
3           You ready?
4    A    Yes, sir.
5    Q    Okay.  Now, the wording of this amended
6    complaint is kind of glommed up --
7    A    Yeah.
8    Q    -- because it refers to the plaintiffs, and
9    I realize things happened to you that didn't happen to
10   Mr. James; things happened to Mr. James, didn't happen
11   to you.  So I want to sort this out as best I can.
12          Did you -- this says both of you felt this
13   way, but I'm asking about you.
14   A    Yes, sir.
15   Q    Did you feel -- even though you didn't like
16   the way that Roebuck was talking; right; yes?
17   A    Yes, sir.
18   Q    Okay.  And did you feel that you didn't have
19   any choice, but to put up with it, in order to keep
20   your job?
21   A    Yeah, somehow.
22   Q    Why?
23   A    Because at the time, I was feeding my
24   family.  And leaving a job and breaking off from a
25   job, because someone is keeping up foolishness, is not

Page 240

1    going to provide for my family.  Walking off from a

2    job is not going to provide for my family.

3         Q    Well, you didn't give Ferrovial any

4    opportunity to do something about Roebuck.

5         A    But when I reported to Juan, it should have

6    started from there.

7         Q    And they didn't.

8         A    So I gave him a lot of chances.

9         Q    And you didn't go up the chain?

10             MR. BARROUKH:  Objection to form.

11   Misstates testimony.

12   BY MR. KNOX:

13        Q    When did you first talk to Bearden about

14   Roebuck?

15        A    I don't recall.

16             MR. BARROUKH:  Objection to form.

17   BY MR. KNOX:

18        Q    Was that before or after James?

19        A    I don't recall.

20             MR. BARROUKH:  Objection to form.

21   Asked and answered.

22   BY MR. KNOX:

23        Q    And you didn't bother at any time to even

24   find out if Ferrovial had a human resource department;

25   right?

Page 241

1          MR. BARROUKH:  Objection to form.

2      A    I don't recall.

3      Q    And you didn't bother, at any time, to find

4  out how to contact the human resource department; did

5  you?

6          MR. BARROUKH:  Objection to form.

7          You can answer.

8          THE WITNESS:  I don't recall.

9  BY MR. KNOX:

10     Q    You don't recall, or the answer is "no"?

11  You're under oath.  I'd appreciate a truthful answer

12  to those questions.

13     A    I'm giving you a truthful answer.

14     Q    So you don't recall whether you did anything

15  to find out if Ferrovial had an HR department?

16     A    No, sir.  I don't -- I told you I don't

17  recall.  I gave you everything that I did.

18     Q    I see.

19     A    Yeah.

20     Q    You have no idea what might have happened if

21  you had actually bothered to read the handbook and

22  told somebody in human resources what was going on;

23  right?

24          MR. BARROUKH:  Objection to form.

25     A    No, sir.

Page 242

1          Q     You don't know?

2          A     No, sir.

3          Q     But you never gave them that opportunity;

4     did you?

5                     MR. BARROUKH:  Objection to form.  He's

6     testified he reported it on numerous occasions.

7     BY MR. KNOX:

8          Q     To HR?

9          A     Yes, I gave them opportunity.

10         Q     To HR?  When did you contact HR?

11         A     They contacted --

12         Q     Tell me about that opportunity.

13         A     They contacted me.

14         Q     And that was at the end?

15         A     There was no way of contacting them.  No one

16    had HR.  When you asked them, they didn't tell you

17    anything.  No, man.

18         Q     You didn't bother to even look.

19         A     Which -- how could you say?

20         Q     Did you even bother to look?

21         A     I researched.

22         Q     Research.

23         A     Yeah.  It's called --

24         Q     And you were unable to find any contact info

25    for HR?

Page 243

1          A    I didn't even know who the HR was until --
2     it was out -- it was out of Texas, until -- until they
3     contacted me.  No one knows about HR from --
4          Q    The research didn't reveal that?
5          A    It didn't reveal anything.  Not at all.  No,
6     sir.
7          Q    Tell me about your research.  How did you do
8     that?  Because online, the HR information is right
9     there.
10         A    Google.
11         Q    I've done that check.
12         A    Google.  Probably for you.
13         Q    Oh, no, not for me.  Anybody.
14         A    Google.  It's not -- it wasn't there.
15         Q    No?  Okay.
16         A    It wasn't.  No.
17         Q    All right
18         A    Because if that's the case, I would've
19    talked to them, or they would've had -- I -- I think I
20    did more contacting with them than they did with me.
21         Q    Well, I guess we can all think what we want.
22    Let's see.
23              Now, go to paragraph 56.  This has to do
24    with Mr. Garcia.  I believe you testified under oath
25    that Garcia used the word "boy" toward you twice?

Page 244

1          A      Mm-hmm.

2          Q      Yes?

3          A      Yes, sir.

4          Q      This says that he actually did it on several

5    occasions.  Did he do it on several occasions or twice

6    as you stated under oath?

7          A      He did it twice.  He -- he did it one

8    time -- did it one time after I was suspended.

9          Q      Okay.  You say that Roebuck sometimes worked

10   in the office.  What did he do in the office, if you

11   know?

12         A      There's no work in the office unless you --

13         Q      The question was, what did he do, if you

14   know?  Do you know?

15         A      I don't know at all.  No, sir.

16         Q      Okay.  How many times are you aware of him

17   working in the office?

18         A      I don't recall.

19         Q      Go to paragraph 57, please.

20                You testified under oath that you complained

21   to Garcia once, before James got there, about Roebuck;

22   correct?

23         A      Yes, sir.

24         Q      Okay.  And then you said that once James got

25   there, he spoke to Roebuck.  It's at least your

Page 245

1    understanding he spoke to Garcia about Roebuck; right?

2        A    Yes, sir.

3        Q    Okay.  That's the meeting where you weren't

4    part of; you were just sitting waiting; right?

5        A    Yes, sir.

6        Q    Okay.  In paragraph 57, this says that

7    "Plaintiff's collectively complained to Garcia two

8    more times in May and June of 2022."

9            So the only complaint you made to Garcia

10   based on the testimony you've already given was once

11   before James got there and then that James complained

12   once after he got there.

13           So did you complain -- is this right, or is

14   this incorrect information, where it says that the two

15   of you complained two more times --

16               MR. BARROUKH:  Objection to form.

17   BY MR. KNOX:

18       Q    -- to Garcia?

19               MR. BARROUKH:  Objection to form.

20       A    Yeah, because that's just saying two

21   complaints in between both of us.  It was more than

22   that.  Between him -- I complained, and he also

23   complained.

24       Q    Okay.  Did you complain once or not?

25       A    No.  No, sir.  I complained more than once.

1          Q    All right.  Well, you know, you've already

2    testified that you only complained once.

3          A    On a different occasions.

4          Q    Well, let's talk about the others.  I mean,

5    your sworn testimony is what it is.  So I guess we'll

6    see what happens with that.

7               But your testimony is you complained to

8    Garcia once before James got there about Roebuck.  If

9    there was another time, let's hear about it.

10         A    At the end of my suspended.  Well, you say

11   about Roebuck.  Everything else was done with Steve

12   Bearden.  Me and Juan didn't talk anymore.  It was --

13   everything else was between Steve Bearden.

14              I'm sorry.  I misread that.  I was thinking

15   that it was asking how many times did I complain about

16   Juan.  Because I only complained about both to Juan

17   only once.

18         Q    This is asking about how many times you

19   complained to Garcia about Roebuck?

20         A    Once.

21         Q    Okay.

22         A    Yes, sir.

23         Q    So apparently, whoever drafted this is as

24   bad at math as I am, which is not good.

25                   MR. BARROUKH:  Objection.

1           MR. KNOX:  Well, I'd like you to object

2    to it, but trust me, I'm not good.

3           Now, let's talk about the retaliation

4    claim.  Go to paragraph 61, please.

5           That, I think, is the long one.

6           MR. BARROUKH:  Yeah.  I'm trying to fit

7    it on the page.

8    BY MR. KNOX:

9        Q    You ready?

10       A    Yes, sir.

11       Q    All right.  Okay.  So these are some things

12   that you claim are retaliatory.  You say you had to

13   eat lunch outside in the heat.  You actually went home

14   for lunch sometimes; didn't you?

15       A    Probably once.  Probably once.

16       Q    Okay.  And every other time that you were

17   there, you ate outside; is that correct?

18       A    Yes, sir.

19       Q    Okay.  Never worked on any -- never ate

20   lunch under an overpass, where it was shaded?

21       A    If we could find somewhere to park the --

22   the ATVs at.  But most of the time, no, sir.

23       Q    Never ate lunch at, say, McDonald's or

24   Wendy's or Burger King or any place like that?

25       A    No, sir.

1      Q    Okay.  And you said the lunch was an hour;
2   right?
3      A    Yes, sir.  I think -- I think it was.  I
4   don't want to lie.  It was right between an hour lunch
5   break.
6      Q    Did you guys --
7      A    Right between an hour lunch break.
8      Q    Did you have any other breaks --
9      A    No, sir.
10      Q    -- that you were -- you know, like, some
11   employers have, like, 15 minute mid-morning and 15
12   minute in the afternoon.
13      A    No, sir.
14      Q    Not my employer.
15      A    We only get one.
16      Q    Okay.  So it was just the lunch break?
17      A    Yes, sir.
18      Q    All right.
19           Do you believe that you were given this in
20   retaliation for the complaints that you were making
21   about Roebuck and, I think, Garcia?
22                MR. BARROUKH:  Objection to form.
23   Calls for a legal conclusion.
24                You can answer.
25                THE WITNESS:  Yes, sir.

Page 249

1    BY MR. KNOX:

2        Q    Why?

3                MR. BARROUKH:  Objection to form.

4    Calls for a legal conclusion.

5                You can answer.

6                THE WITNESS:  Just retaliation -- just

7    some get-back.

8    BY MR. KNOX:

9        Q    What's that?

10       A    I said it's just some get-back or something,

11   trying to show that I'm doing wrong in some kind of

12   way when I'm doing everything that I can.

13       Q    Why do you believe that that's the reason

14   for it?

15       A    That's just about it.

16       Q    Nobody told you that was the reason you were

17   getting this?

18       A    No, sir.

19       Q    Never saw any documents to indicate that's

20   why you got this; right?  Did you see any memos --

21       A    No, sir.

22       Q    -- or any emails or any text messages saying

23   "Hey, make sure we discipline Mr. Ealy here in

24   retaliation"?  You never saw anything like that?

25       A    No, sir.  No, sir.

1      Q    And my understanding is, you didn't complain

2    to anybody about this; right?  You simply signed it.

3    I understand there's only one entry here, according to

4    you.  You signed it and moved on; right?

5                    MR. BARROUKH:  Objection.  Excuse me.

6    Objection to form -- the document speaks for itself,

7    and misstates testimony.

8    BY MR. KNOX:

9      Q    You didn't complain to anybody about getting

10   this discipline?

11     A    It was complained on at the front of the

12   truck, whoever signed that.  But it wasn't only too

13   much that -- it wasn't nothing to start world war

14   about it.  I was talking to my boss man, Steve, and --

15   who was over all of us.

16     Q    And what did you say?

17     A    I didn't say anything.  It's what he said,

18   and I signed it.

19     Q    Well, that's my point.  You didn't --

20     A    I told him -- I told him I had my seat belt

21   on.  I didn't, you know --

22     Q    That's my point.  You didn't complain to

23   anybody at Ferrovial that this was in retaliation for

24   you making complaints?

25                    MR. BARROUKH:  Objection to form.

Page 251

1    BY MR. KNOX:

2         Q    You didn't complain to anybody?  You didn't

3    tell anybody that?

4         A    No, sir.

5         Q    All right.  And you certainly didn't write

6    it on the document; right?

7         A    No, sir.

8         Q    Now, if you look at the number 3, in terms

9    of the alleged retaliation, one of the things is that

10   it says that you were required to clean up trash and

11   roadkill off the highways and outdoor field work.

12              Now, again, Mr. James says while he was

13   there, he never cleaned up any roadkill, and he never

14   saw you clean up any either.  But you did have to

15   clean up trash; right?

16        A    A whole lot.

17        Q    Okay.  And it's your testimony that you and

18   Mr. James -- well, let me just focus on you, you're

19   the only one who had to clean up the trash; Mr.

20   Roebuck and Mr. Garcia did not; is that correct?

21        A    I did roadkill and trash.  I did it all.

22        Q    Your testimony was you did the roadkill

23   prior to James coming there?

24        A    That's right.

25        Q    Okay.  And you believe that you had to clean

Page 252

1    up roadkill, because you made a complaint about

2    Roebuck?

3         A    No, sir.

4         Q    Okay.  Do you know why Roebuck was chosen to

5    operate the tractor, rather than you?

6         A    No, sir.

7         Q    The complaints that you made to Bearden

8    about both Roebuck and Garcia, was that -- I don't

9    recall, so let me see if I can find it.

10             As I understand it, your testimony is you

11   complained to Bearden one time about Roebuck

12   regarding -- this is when he said something about he

13   was going to split you guys up?

14        A    Yes, sir.

15        Q    Okay.  That's the only time you complained

16   to Bearden?

17        A    Yes, sir.

18        Q    About Roebuck?

19        A    Yes, sir.

20        Q    And did you and Mr. James, both of you, ever

21   complain to Bearden about Roebuck, the two of you?

22        A    Not -- not together.

23        Q    Okay.  And I think you said that the meeting

24   you had with Bearden was before the MOT training --

25   actually, was before James even got there; right?

Page 253

1          A    Yes, sir.

2          Q    Okay.

3               Go, if you would -- I do need to jump back

4     for a second.  Go back to paragraph 53, please.  This

5     is talking about the complaint to Mr. Garcia about

6     Roebuck?

7          A    Yes, sir.

8          Q    All right.  And I just want to make sure I

9     understand which meeting this was.  In this paragraph,

10    it says that you guys told Garcia about Roebuck's

11    harassing conduct, his repeated use of racial slurs,

12    and discriminatory comments.

13              This meeting was held with Garcia.  This is

14    the meeting in Garcia's office where Mr. James spoke

15    to him, and you waited at the front of the office;

16    correct?

17         A    I don't recall.

18         Q    All right.  Do you remember another one?

19         A    I don't recall.

20         Q    You don't remember another meeting where you

21    and James both spoke to Garcia about Roebuck's

22    behavior?  If you don't, that's fine.  I'm just

23    asking.

24         A    No, sir, I don't.

25         Q    Okay.  Go, if you would, to paragraph 63,

Page 254

1    please.

2            This particular meeting, do you remember if

3    it occurred before or after the MOT training in

4    Jacksonville?

5        A    I can't recall.

6        Q    Okay.  The reason I'm asking you that is,

7    because after you -- paragraph 63, 64, 65, and 66 all

8    have to do with the meeting that you and Mr. James

9    supposedly had with Mr. Bearden.  And I'm trying to

10   figure out what date that was.  And I think I have the

11   answer, but I just want to try to confirm it with you.

12           Look at paragraph 67, please.  Paragraph 67,

13   68, 69, and 70 all have to do with your last day on

14   the job.

15           So if paragraph 67 is talking about the day

16   after you met with Bearden, last day on the job; that

17   was the 14th of June; correct?

18       A    Yes, sir.  Yes, sir.

19       Q    So that would mean that the meeting with

20   Bearden that you started talking about in paragraph 63

21   had to have happened on the 13th.

22       A    13th.

23       Q    Okay; right?

24       A    Yes, sir.

25       Q    Okay.

Page 255

1           Yeah.  Let's go to paragraph 75, if you
2    would, please.  This is about the call with Mr.
3    Flowers.  It's, like, so many things, you know.
4           A    It's just a lot --
5           Q    Patience, and all things will be revealed.
6           A    It's a lot on me.  Sorry.  It is a lot on
7    me, because there's a lot that I remember.  It --
8    it's -- you know, and from two years to now, but
9    everything is --
10          Q    Okay.  So have you read that paragraph 75?
11          A    Yes, sir.
12          Q    Okay.  So if what is in this amended
13    complaint is accurate, you talked to Bearden -- you
14    and James talked to Bearden on June 13th.  On June
15    14th, you were sent home.  Later, on June 14th, you
16    got the text from Bearden saying, "Don't come in
17    tomorrow."  That's all accurate; right; yes?
18          A    Yes, sir.  Correct.
19          Q    Okay.  Then paragraph 75 says that the call
20    from Flowers to you occurred on the 16th, so two days
21    after you were sent home; right?
22          A    Yes, sir.
23          Q    Okay.  Now, here, he tells you -- do you
24    remember him telling you that you guys were sent home
25    and suspended because of what happened with Garcia on

Page 256

1    the 14th?

2         A    No.

3         Q    That's what this complaint -- that's what

4    you're saying or your lawyer is saying in your amended

5    complaint.  Do you remember--

6         A    Yes, sir.

7         Q    -- Flowers telling you that?

8         A    Yes, sir.  Yes, sir.

9         Q    All right.  Okay.

10        A    Yes, sir.

11        Q    Tell me what -- I don't know what to make of

12   this second sentence in paragraph 75.  "Mr. Flowers

13   provided an additional reason for Plaintiff's

14   suspension, that they refused to eat food at the MOT

15   training in Jacksonville."  What --

16        A    That's what I was trying to --

17        Q    -- say about --

18        A    That's what I was trying to explain.  He

19   was -- was trying to find anything to throw against

20   me.  When I went to do the class in Jacksonville --

21        Q    Yeah.

22        A    -- they tried to use that, "Oh, he didn't

23   want to eat the cold food they were serving."

24             So I guess they called and told him that I

25   wasn't going to eat the food -- the cold food.  I was

1    going to treat my family out with different -- I have

2    a choice to eat what I want.  You don't -- you know,

3    you can't force me to eat -- eat there.

4            And that's what he's put in there,

5    basically, saying they had complaints saying that I

6    wasn't -- I wouldn't eat the food that was at -- that

7    they was offering at the MOT Advanced class.

8        Q    All right.  Just so you know, the complaints

9    against you -- and there were several, had nothing to

10   do with -- nobody cared whether you ate the food or

11   not.  It was the way you conducted yourself at that,

12   but your recollection is that he said it was because

13   you didn't eat the food; right?

14       A    That's what it says right there.

15       Q    That's your recollection; right?  That's all

16   I'm asking you.

17       A    No, sir.  Because I went professional.  I

18   didn't -- I didn't have a problem with no one, so it's

19   not --

20       Q    Okay.

21       A    Everything was respected.  That's just the

22   only thing he had to use.

23       Q    I see.

24       A    Yeah.

25       Q    Paragraph 76 says you tried to tell him

Page 258

1    about the discriminatory treatment that you endured,

2    but he didn't listen.

3          A    He didn't listen.

4          Q    So how did you try to tell him?

5          A    I was asking him, "Mr. Flowers, can I speak

6    for" -- 'cause I -- I walked outside.

7          Q    Okay.

8          A    I said, "Can I speak to you for a second?"

9    He didn't want to speak.  He got hot-headed too.

10         Q    Okay.  At that point, he didn't know what

11   you were going to say; right?

12         A    I -- I guess not.  I went to him in a

13   respectful way.  I can't speak for him.

14         Q    No.  I understand that.  My point to you,

15   you just testified you asked if you could speak, and

16   he wouldn't let you?

17         A    Yes, sir.

18         Q    So you didn't speak?

19         A    I didn't.

20         Q    So because you didn't speak, he wouldn't

21   have had any idea what you're talking about?

22         A    That's right.

23         Q    Or what you were going to say; right?

24         A    Correct.  Yes, sir.

25         Q    Okay.  All right.

Page 259

1          Now, go to paragraph 77, please.

2          I specifically want to ask you about the

3     part of the sentence that says "The defendant

4     immediately began the process of terminating the

5     plaintiffs, following their reports."  How do you know

6     what the company was doing?

7          A    I don't recall.

8          Q    You don't know whether the company was

9     conducting an investigation or not?

10         A    I don't recall.

11         Q    You don't know if the HR person who called

12    you on or about the 27th, you don't know whether she

13    had interviewed other people as part of her

14    investigation?

15         A    I don't recall.

16         Q    All right.  I'm not finding what I'm looking

17    for exactly here, but somewhere in the amended

18    complaint it says that the number of breaks that you

19    were permitted to take was reduced, and the claim is

20    that that was retaliatory for your complaints.

21         Do you remember anything about the number of

22    breaks you took being reduced?

23         A    No, sir.  I don't remember.

24         Q    Okay.

25              MR. BARROUKH:  If you would like the

Page 260

1    paragraph, it's paragraph 96.

2                    MR. KNOX:  That is what it says; isn't

3    it?

4                    MR. BARROUKH:  Yes.

5                    THE WITNESS:  Yes, sir.  I'm reading it

6    now.

7    BY MR. KNOX:

8        Q    All right.  Well, let me get to your

9    supplementals.

10       A    Okay.

11       Q    And I think that will be done.

12                    MR. KNOX:  What time is it?

13                    THE REPORTER:  2:57 p.m.

14                    THE WITNESS:  Three o'clock.

15                    MR. KNOX:  Okay.  This is the last --

16   let's go off the record for a minute.

17                    THE REPORTER:  We are off the record at

18   2:57 p.m.

19                    (Off the record.)

20                    THE REPORTER:  We are back on the

21   record at 3:11 p.m.

22   BY MR. KNOX:

23       Q    All right.  Mr. Ealy, as part of the

24   discovery process, both parties exchange requests for

25   written information, documents or names of witnesses,

Page 261

1    things like that.

2              And so your attorney has responded to our

3    request for interrogatories, and then he supplemented

4    it once, and now he's supplemented it again.

5              So I'm going to be asking you questions from

6    your second supplemental response to our first request

7    for interrogatories.

8         A    Okay.

9         Q    I want to go to page 5, please.  Okay.  I

10   want to ask you, Mr. Ealy, about Ms. Robinson -- Ms.

11   Ealy, sorry.  You may remember I was asking you some

12   questions.  I told you that you guys have identified

13   her as a witness, and so, you know, that's the reason

14   I'm asking questions about it.

15             So if you look here in the description of

16   what she's going to testify about -- because we will

17   be setting her for a deposition.  I just haven't

18   gotten around to it.  I've had some other things going

19   on.

20             But she says that she can testify about your

21   emotional distress because of what happened with

22   Ferroval, and she has knowledge about my client's

23   treatment of you during your employment.

24             And I'm asking you about the second

25   category, because I thought you told me you didn't

Page 262

1    tell her anything that was going on at work?

2         A    No, I haven't.  No, we never talked about

3    nothing or negotiated about nothing while I was

4    working there.

5         Q    But you have talked to her about what

6    happened there --

7         A    Now.

8         Q    -- or what you say has happened --

9         A    Yeah, now.  We talk now.  Yeah, we --

10        Q    Okay.  All right.

11        A    She's -- that's my wife.  She's -- she's

12   backing me up.

13        Q    Okay.  So any knowledge she has of how you

14   were treated by Ferrovial is based on what you've told

15   her; right?

16        A    On what I'm going through.  Yes, sir.

17        Q    Well --

18        A    I'm just saying.  Yes, sir.

19        Q    Well, you've already gone through it.

20        A    Correct.  Correct.  Yes, sir.

21        Q    In terms of her knowledge about Ferrovial's

22   treatment of you, it's based on what you've told her?

23        A    Yes, sir.

24        Q    Okay.  Now, do you know if Mr. James has

25   spoken to Ms. Robinson?

Page 263

1          A    No, he's never spoken --

2          Q    Or I'm sorry.  Ms. Ealy.

3          A    He never spoke with my wife.

4          Q    Okay.  All right.  The second thing I want

5      to ask you is this, about the emotional distress, tell

6      me about the emotional distress that you claim has

7      been caused to you by your treatment by Ferrovial.

8                    MR. BARROUKH:  Objection to form.

9      Calls for medical conclusion.

10                   MR. KNOX:  Well, I think he can tell me

11     how he feels.

12     BY MR. KNOX:

13         Q    So how do you feel?

14                   MR. BARROUKH:  Objection to form.

15         A    This mind be everywhere sometimes.

16         Q    What is it?

17         A    My mind be everywhere sometimes.

18         Q    Okay.  Yeah.

19         A    Disgraceful -- disgraceful --

20         Q    We'll bump into each other once in a while

21     then, because mine does too.

22         A    Disgraceful moments, trying to maintain

23     around the house.  However I was treated at the job,

24     knowing that I had to go home and deal with my family

25     and look my kids in the face after the fact how I was

Page 264

1    treated.

2        Q    Okay.  You didn't do anything wrong?

3        A    No.  Just the way that I feel.  Just the way

4    that they made me feel as a human.

5        Q    Okay.  All right.

6        A    You know, then I have to go home, explain to

7    my kids or something, and, you know, this is something

8    that they got to watch out in the real for.

9        Q    Yeah.  So do you have any physical

10   manifestations of any kind of emotional distress?

11       A    Yeah, it -- I -- I rarely talk to folks now

12   because of actually what I went through.  I'm -- I'm a

13   loner now.  You know, I don't --

14       Q    Why?

15       A    It's -- it's a lot, 'cause when you're

16   dealing with different stuff in your life, you know,

17   you got to learn how to deal with it alone and not

18   with other folks.

19            I have such many obstacles that I'm going

20   through now that no one can fight or probably can't

21   help with right now, since that happened.  You know --

22   you know, I talk and I reach out to her, because we

23   benefit each other inside the house.  But besides

24   that, I don't leave the house with it or nothing.

25            Q    So if the things you claim

Page 265

1      happened to you at Ferrovial hadn't happened, you

2      wouldn't be a loner? MR. BARROUKH:  Objection to form.

3           A    Say that again.  Say that again.  Probably

4      wouldn't.

5           Q    You don't think so?

6                     MR. BARROUKH:  Objection to form.

7      BY MR. KNOX:

8           Q    All right.  Do you get headaches?

9           A    Got one now.

10          Q    Okay.  Well, I'll blame that on Daniel.

11          A    That's why you see me doing this constantly.

12          Q    How often do you get headaches?

13          A    I get them on the regular now.  That's --

14     this is like a stressful thing.  My head hurt quick.

15          Q    How regular?

16          A    I probably get them twice a day or somewhere

17     up in there.

18          Q    You take anything for them?

19          A    No, I'm not big on taking anything for them.

20     Only medication I take now is for my injury I have

21     going on.

22          Q    Your back?

23          A    Yes, sir.

24          Q    Ferrovial had nothing to do with that;

25     right?

Page 266

1        A    This is Binderholz.

2        Q    Huh?

3        A    That's Binderholz.

4        Q    Yeah.  Did you never have headaches before

5    you went to Ferrovial?

6        A    Rarely.  I never -- no, never -- never

7    really too much got sick.  Was -- wasn't -- healthy

8    person.

9        Q    I'm asking about headaches, specifically.

10       A    No, sir, not at all.

11       Q    Does your injury at Binderholz have some

12   impact on your headaches, the frequency, the power of

13   them?

14       A    I don't recall.

15       Q    You don't know?

16       A    I don't recall.  I don't recall that.

17       Q    Any other physical manifestations of what

18   you claim happened to you at Ferrovial?

19                  MR. BARROUKH:  Objection to form.

20       A    No, sir.

21       Q    Have you talked to a psychologist or a

22   psychiatrist or a licensed social worker regarding

23   anything that supposedly happened to you at Ferrovial?

24       A    No, sir, I haven't.

25       Q    Do you go to church?

Page 267

1          A    Yes, sir.

2          Q    Do you ever speak to your pastor about --

3          A    I speak to him about a lot of stuff, just

4     personal.

5          Q    Sure.  Well, I understand that, but let me

6     finish the question.  Do you ever speak to your pastor

7     about the way you're feeling because of what you say

8     happened to you at Ferrovial?

9               MR. BARROUKH:  Objection to form.

10         A    No, sir.  I never speak about Ferrovial.  I

11    speak to him about how I'm feeling.

12         Q    Okay.

13         A    I don't speak about that job nowhere.

14         Q    Well, I don't think my question was asking

15    that.  I mean, I didn't expect that you were going to

16    talk to him about all this stuff, other than how it

17    was affecting you.

18              Do you ever talk to him about issues you're

19    having, whether they're psychological or physical --

20         A    No, sir.

21         Q    -- based on your experiences with Ferrovial?

22         A    No, sir.

23         Q    Okay.

24              MR. BARROUKH:  Let him finish his

25    question.

Page 268

1    BY MR. KNOX:

2         Q    Would you go to page 8, interrogatory number

3    4?  Just the third paragraph is going to be my focus.

4    If you want to read the whole thing, that's fine.

5              Let me know when you're ready.

6         A    Yes, sir.

7         Q    Okay.  In terms of assigning you unfavorable

8    tasks -- I understand Mr. Garcia assigned work, what

9    tasks, if any, did Mr. Roebuck assign to you?

10        Q    Mr. Roebuck didn't assign me no task.

11        Q    Okay.

12        A    He's -- how -- how could he assign me a

13   task?

14        Q    Well, that's exactly why I'm asking you the

15   question.  Remember, these aren't my answers.  These

16   are yours.

17             Go to the last sentence of that paragraph.

18   It says that you contend that Bearden, Flowers, and

19   Wessell encouraged the discriminatory conduct

20   throughout Plaintiff's employment with the defendant.

21   Do you see that?

22        A    Yes, sir.

23        Q    All right.  You never complained to Russell

24   or -- I'm sorry, you never complained to Flowers or

25   Wessell about discrimination or harassment or

Page 269

1   retaliation until, if at all, the 27th of June;

2   correct?

3        A    Correct.

4              MR. BARROUKH:  Objection to form.

5   BY MR. KNOX:

6        Q    And by that point, you didn't work for the

7   company anymore; correct?

8              MR. BARROUKH:  Objection to form.

9   BY MR. KNOX:

10       Q    By the 27th of June?

11       A    Yes, sir.

12       Q    So if they didn't know about any of these

13  things, they couldn't have encouraged it; could they?

14  If they didn't know about the harassment, they

15  couldn't have encouraged it?

16             MR. BARROUKH:  Objection to form.

17       A    I don't recall.

18       Q    If they didn't know about the

19  discrimination, they couldn't have encouraged it?

20             MR. BARROUKH:  Objection to form.

21       A    I don't recall.

22       Q    If they didn't know that you'd made any

23  complaints, they couldn't have encouraged any

24  retaliation; correct?

25       A    I don't recall.

1              MR. BARROUKH:  Objection to form.

2              You can answer.

3              MR. KNOX:  He doesn't recall.

4    BY MR. KNOX:

5         Q    Go, if you would, to page 10, please, and

6    interrogatory 9 in particular.

7              Just let me know when you're ready.

8              MR. BARROUKH:  It's really this

9    sentence.

10             THE WITNESS:  Yes, sir.

11   BY MR. KNOX:

12        Q    Okay.  So this phone call that happened on

13   or around June 27th, you're not sure it was Ms.

14   Wessell; all you know is it was a female with

15   Ferrovial's HR Department; correct?

16        A    Yes, sir.

17        Q    All right.  That's the only time you ever

18   spoke to anybody in Ferrovial's HR Department;

19   correct?

20        A    Yes, sir.

21        Q    All right.  And it says you complained to

22   her.  And my recollection is -- I just want to make

23   sure that since you and I talked about this before,

24   you haven't thought about something additional.

25             Well, of course I didn't write it down.  I

1    guess I was relying too much on the court reporter.

2                     THE WITNESS:  He going to blame it on

3    you now.

4                     MR. KNOX:  Well, my kids aren't here.

5    I can't blame them, you know.

6                     THE WITNESS:  Oh, my brain hurts, man.

7    My brain hurt.

8                     MR. BARROUKH:  Want some water?

9                     THE WITNESS:  I drunk it.

10                    MR. BARROUKH:  Take some deep breaths.

11   BY MR. KNOX:

12       Q    When you talked to the HR person -- and I

13   know you said she wasn't interested, what was it you

14   told her about Roebuck's behavior, if anything?

15                    MR. BARROUKH:  Objection to form.

16   Asked and answered.

17       A    Well, I was trying to -- to get it out to

18   her, and then I actually -- like I said, I couldn't

19   really say nothing, because it --

20       Q    Okay.  Well, that's what I'm saying.  So it

21   says here that you complained to her.  All right.  So

22   I'm just taking what it says in this document.

23            It sounds like you're telling me you didn't

24   get an opportunity to complain to her about Roebuck;

25   correct?

Page 272

1          A    I didn't.  I didn't at all.

2          Q    All right.  Did you complain to her about

3    Garcia?

4          A    This is what happened.  When she got on the

5    phone, it wasn't about me talking.

6          Q    Yeah.

7          A    It was -- it was all listening to her and

8    give -- and giving me ground rules, what going on.  So

9    I tried to come in between -- see what was okay for me

10   to talk.  But I know it wasn't going to work, because

11   she was still talking.

12         Q    Okay.

13         A    So someone -- someone had to hush.  I was --

14   I trying to push it through there.  I tell her, "Well,

15   ma'am, this is what happened."  Then --

16         Q    All right.

17         A    That's how that went.

18         Q    Did you get anything out to her?  Any kind

19   of a complaint?

20               MR. BARROUKH:  Objection to form.

21   Asked and answered.

22         A    Probably -- probably the stuff that I was

23   saying while she was talking.  She probably heard me,

24   but I don't know if she used it or -- or nothing,

25   because I was trying to talk, because who not needing

Page 273

1     their job or -- you know?

2         Q    Yeah.

3         A    It wasn't -- it didn't go the way it planned

4     it; it went exactly the way that it --

5         Q    Okay.

6         A    She called me to basically tell me this is

7     what going to go on.

8         Q    Yeah.  All right.  And you didn't complain

9     to her about Roebuck's use of the "N" word?

10        A    That's right.  No, sir.  No, sir.

11        Q    Didn't complain to her about Garcia's use of

12    the word "boy"?

13        A    Didn't get a chance.

14        Q    Didn't complain to her about the seat belt

15    write up that you got?

16        A    Like I said -- like I said, never got a

17    chance too.  I was trying to blurt it out.  I was

18    trying.

19        Q    All right.  Let's go to page 11 and the

20    responses to interrogatory 11.

21                    MR. KNOX:  This is a long one, Daniel,

22    so --

23                    MR. BARROUKH:  Sure.

24                    MR. KNOX:  Why don't we just do this.

25    Well, let's just talk about the lost-wage part of it.

Page 274

1          MR. BARROUKH:  Mm-hmm.

2          MR. KNOX:  And then once we finish

3    that, then we'll talk about the emotional distress.

4          So if he wants to read the whole thing

5    at once, it's fine, or if he wants to just read lost

6    wages.

7          MR. BARROUKH:  Ask the question, and

8    then he'll take a look at what's necessary.

9          MR. KNOX:  All right.  Okay.

10   BY MR. KNOX:

11       Q    All right.  So let me start then.

12          In this section here, this is about your

13   alleged damages, which is lost wages, you know, by not

14   working at Ferrovial, and about any emotional distress

15   damages you might have.

16          So your pay with Ferrovial was 13.50 a week

17   [sic]; right?

18       A    Correct.

19       Q    And you worked at least 40 hours each week,

20   sometimes overtime?

21       A    Yes, sir.

22       Q    When you worked overtime, were you paid

23   overtime, you know, time and a half?

24       A    Yes, sir.

25       Q    Okay.  By my math, if you multiply 40 hours

Page 275

1    a week by 13.50, that comes up to 540 a week, not $600

2    a week.

3         Now, granted, you could say it's only 60

4    bucks, but do you know why it's -- in your answer

5    here, it says you were getting paid 600 a week.  Is

6    that including overtime?  Do you have any idea how

7    somebody calculated that number?

8         A    I can't recall.

9         Q    All right.  Now, this says that, quote,

10   "Despite his best and continued efforts," you weren't

11   able to get a job from around June 27 until sometime

12   in August when you got this job with Binderholz or

13   Binderholz or whatever it is.

14        Do you have any records -- well, were you

15   looking for work between June 27 and getting the job

16   with Binderholz?

17        A    Yes.  I got -- I got hired on, just like

18   that.  August the 4th was my hire day with Binderholz.

19        Q    Yes.  My question is, had you been looking

20   for work before you got hired there?

21        A    That's -- that's where I was looking for

22   work at, with them.

23        Q    With any other places?

24        A    That -- there's a particular place I went

25   to; that was Binderholz.

Page 276

1          Q    All right.

2          A    I can't speak on all the other stuff about

3     other job applications.

4          Q    All right.  Let me just say this, and if I

5     misspeak, your attorney will correct me.

6               The law requires that if somebody is going

7     to make a claim, like you, for lost wages and you say,

8     "Well, I stopped working here, and I didn't get a job

9     until here," and, "I'm not getting -- I'm getting paid

10    the same amount all this time I was unemployed; I

11    should be paid for that --

12         A    Correct.

13         Q    -- because I lost wages."

14         A    Yes, sir.

15         Q    But it puts an obligation on you, and it

16    says you have got to make good faith efforts to find

17    work --

18         A    Yes, sir.

19         Q    -- that's either the same or substantially

20    similar to what you had at Ferrovial.

21              So my question to you is this, were you

22    looking for work between June 27 and the time you got

23    hired by Binderholz --

24         A    Yes, sir.

25         Q    -- anywhere other than Binderholz?  Were you

Page 277

1    looking at other places?  Go ahead.

2                    MR. BARROUKH:  I would like to just

3    comment quickly.  I think this would help some

4    confusion.  When it says "in or around August, 2023,"

5    that should state "August, 2022."  And I can correct

6    that for you, but --

7                    THE WITNESS:  I'm looking at that, like

8    wow.

9                    MR. BARROUKH:  But that might fix some

10   of the confusion.

11                    MR. KNOX:  That would be a long time.

12                    THE WITNESS:  That's a whole other year

13   apart.  Yeah, of course.

14                    MR. KNOX:  That's right.

15                    MR. BARROUKH:  I can update that for

16   you.

17   BY MR. KNOX:

18        Q    All right.  So let me ask you.  You have to

19   make your best and continued efforts to look for work

20   between the time you left Ferrovial and started

21   Binderholz.  Do you have documents that --

22        A    I don't have -- I'm sorry.

23        Q    Do you have documents that would show us the

24   places where you applied for work?

25        A    No, sir.

Page 278

1          Q    You have no documents?

2          A    No, sir.

3          Q    Did you look for work?

4          A    Yeah --

5          Q    But just don't have documents?

6          A    Just don't have documents.  Places like

7     Indeed and -- on Indeed.  Have you ever heard of

8     Indeed?

9          Q    Yeah.

10         A    Yeah.  That's where I do a lot of

11    applications at and stuff like that.

12         Q    All right.  And so don't you have records

13    from Indeed telling you the places where they

14    submitted your --

15         A    Well, I don't keep up with no records.  No,

16    I'm -- I don't have no records.  I'm not fitting to

17    lie to you.  That's just, like, keeping up with

18    something I don't have to.

19              You do a job application and you get hired

20    on a job, you don't keep up with the back records of

21    where you get hired from.

22         Q    I get that.  My point to you is this --

23         A    I don't have any records.

24         Q    All right.  So the only evidence that you

25    can give me --

Page 279

1          A    I can show -- I can show you some.

2          Q    -- about your efforts to get work are just

3    you saying it?

4          A    Repeat that.

5          Q    Yeah.

6          A    Repeat that.

7          Q    If you don't have documents, then the only

8    evidence you have that you looked for work at all is

9    just you saying so.  That's why I'm asking for

10   documents.

11         A    Okay.  Yeah.  I don't have any documents.

12         Q    All right.  Did you actually physically go

13   out and apply for work anywhere between June 27th and

14   getting hired at Binderholz?

15         A    At Binderholz, that's how I got hired on.

16         Q    Is that the only place that you physically

17   went to apply for work?

18         A    Well, they contacted me like that, so I had

19   to wait.  I'm trying to explain to you, because you

20   don't have to do multiple applications if one job

21   already contact you.

22              Binderholz had done contacted me, so I had

23   to go through drug test screening, background checks,

24   and all.  So it takes time.  You don't have to do

25   multiple applications when one job already contact

Page 280

1      you.

2           Q    Okay.

3           A    You get what I'm saying?  So why would I

4      keep doing applications when I'm already contacted

5      within that matter of time?  That wasn't even a month

6      period of time when I started my new job.  August the

7      4th, that's not even a month and a week.

8           Q    Well, you didn't say August the 4th in the

9      here.

10          A    Yes, I did.

11          Q    It just -- read what you said.  It doesn't

12     say August 4.  It just says --

13          A    Well, it's August --

14          Q    -- "August."  It could have been August 30

15     for all I know.

16          A    It's August 4th.

17          Q    So now, you're telling me it's August 4th.

18          A    Yes, sir.  That's when I started.

19          Q    Okay.

20          A    My first day at Binderholz was August 4th.

21          Q    All right.  So your testimony is -- did you

22     send a resume to Indeed?  That's the first question.

23          A    Yes, sir.

24          Q    All right.

25          A    Yes, sir.

1        Q    Do you still have a copy of your resume that

2    you sent to Indeed?

3        A    No, sir.  I just have Indeed.  No, sir, I

4    don't have a resume.

5        Q    All right.  And you're telling me that you

6    can't get back on Indeed and provide us a copy of the

7    resume and any places where they submitted to your

8    application or your resume?

9        A    No, I can't go two years from now.  I could

10   show you something, but I can't -- I can't go back on

11   Indeed and show you nothing from two years.  Now,

12   that's stressing me out.  That's something I got to

13   go -- no, I can't do that.

14       Q    Well, you won't do that is what you're

15   telling me.

16       A    No, I'm not telling you I won't, but I'm

17   telling you I can't right now.  I can go show you --

18   it's going to show you all the applications that I did

19   from last year.  It's not going to go back to no 2022.

20       Q    How do you know?

21       A    How long I've been applying for -- doing

22   applications?  That's -- if I could speak on it, then

23   I would possibly know about it.

24       Q    All right.  So I believe we've already asked

25   for it.  We're going to ask for it again, because if

Page 282

1    he's telling me, "I'm not going to do it," that's a
2    problem.
3                    MR. BARROUKH:  We've asked, and we've
4    given you everything we've received.
5                    THE WITNESS:  I'm not telling you --
6                    MR. KNOX:  Well, I'm not saying that
7    you haven't given everything that --
8                    MR. BARROUKH:  I understand --
9                    MR. KNOX:  -- he sent you.  But if he
10   can get access to more, then he's got an obligation to
11   do that.
12                   MR. BARROUKH:  Okay.  Absolutely.
13   Yeah.
14                   THE WITNESS:  Yeah.  I can't make you
15   no promises.
16                   MR. KNOX:  Just saying, "I don't want
17   to do it" --
18                   THE WITNESS:  I didn't tell you I
19   didn't want to do it.  I just told you I couldn't make
20   you no promise in doing it.  That's like forcing me to
21   do something.
22                   MR. BARROUKH:  Well, one second.  After
23   this deposition, we're going to take another look at
24   his Indeed account.  If any new records come up, we'll
25   send them to you if they apply to this.

```
                                                    Page 283

 1                    MR. KNOX:  That'll work.

 2                    MR. BARROUKH:  All right.

 3                    MR. KNOX:  What I would ask you to do

 4     is this, if you do a search and you get the records --

 5     and clearly, we're going to know, because you're going

 6     to send them, if you do the search and there is

 7     nothing, please let -- you know, an email

 8     communication saying, "We've done a search.  There's

 9     nothing to be produced" --

10                    MR. BARROUKH:  Okay.

11                    MR. KNOX:  -- that'll work.

12                    MR. BARROUKH:  Okay.

13     BY MR. KNOX:

14          Q    Now, it says here that you were terminated

15     by Binderholz June 6th of 2023.  That's more than a

16     year -- that's a year previous.

17          A    My injury happened -- my injury happened

18     June 6th.

19          Q    Well, that's not what you say.

20          A    Yeah, that's what I told you, man.  My

21     injury --

22          Q    This is what you said, man.

23          A    Around June --

24          Q    Around June 6th you were terminated.

25          A    Okay.  That was my injury date.  That's my
```

Page 284

1    injury date.

2         Q     What's your termination date?

3         A     Probably two weeks after somewhere.  I went

4    to a few appointments.  They put me on light-duty

5    watching fire hazards.

6              And went back to Lake City, Florida, for

7    another appointment.  They told me that they wanted me

8    to sit down 30 minutes out of each hour, and the job

9    didn't recommend it.  So I was out of work probably,

10   say, around -- I can't give it approximate date right

11   now.

12             I don't want to say the 12th.  I don't

13   want -- but it was somewhere in between, because I

14   still -- I was still at work, but I was on light-duty

15   for an approximate amount of time.

16        Q     All right.  So even if it were June the

17   12th, you've been out of work for more than a year?

18        A     Correct.

19        Q     All right.  How have you survived with no

20   income?

21        A     I get paid.  I get paid.  Who said I don't

22   have income?

23        Q     What do you get paid?

24        A     I get workers' comp.  I have a injury -- a

25   bike injury.

Page 285

1          Q     How much do you get paid each week?

2                     THE WITNESS:  Am I okay to speak with

3     that?

4                     MR. BARROUKH:  That's fine.

5                     THE WITNESS:  Because I don't like

6     speaking -- hold on, I don't like speaking about money

7     floating through my house that I'm applying for.

8     That's what I'm saying -- that's why I'm asking --

9     BY MR. KNOX:

10         Q     You're asking for money from my --

11         A     Hold on.

12         Q     You're asking for money from my client.

13         A     I understand that.  I understand that too.

14    But your client is not taking care of what I got going

15    on or what I got going on now.  So that -- but right

16    now, I see -- I see right at -- I see right at 1,200

17    every two weeks.

18         Q     So 2,400 a month, give or take.

19         A     Right.  Right at -- right at --

20         Q     Okay.  And that's work comp money?

21         A     Yes.  Yes, sir.  Until my stuff is done.

22    Yes, sir.

23         Q     All right.  Okay.  So I'm not going to ask

24    you any more questions about wages, but let's go to

25    the emotional distress, punitive damages part of it.

 1              But I want to go to the very end of it where

 2      it says "Plaintiff is withdrawing his claim for

 3      damages stemming from medical expenses."

 4                   MR. KNOX:  I didn't realize he was

 5      making a claim for medical expenses in this

 6      litigation.  It caught me by surprise.

 7                   MR. BARROUKH:  Could you repeat where

 8      that is?  What page?

 9                   MR. KNOX:  Yeah.  It's on page 12,

10      right here.  I highlighted it. It says --

11                   MR. BARROUKH:  "Withdrawing his claim

12      stemming from medical expenses," that was in the

13      initial disclosure, I believe, and this is

14      withdrawing -- or it could have been in the complaint.

15      I know it's withdrawn --

16                   MR. KNOX:  Okay.

17                   MR. BARROUKH:  -- as a result.

18                   MR. KNOX:  Yeah.  I just didn't realize

19      he was asking for medical expenses.  I didn't know.

20      Well, in any --

21                   MR. BARROUKH:  Regardless -- yeah, it's

22      withdrawn.

23                   MR. KNOX:  Okay.  All right.

24      BY MR. KNOX:

25           Q    Now, it says here that you're looking for

Page 287

1    damages in the amount of $2 million for emotional

2    distress, and that would be because you're a loner and

3    have headaches.

4              Anything else, any other emotional distress

5    that you're suffering from?

6                   MR. BARROUKH:  Objection to form.

7    Misstates testimony.  Calls for legal conclusion.

8         A    Just want me to speak?

9         Q    Mm-hmm.

10        A    Okay.

11                  MR. BARROUKH:  You can answer.

12                  THE WITNESS:  Yes, sir.

13   BY MR. KNOX:

14        Q    Is there anything more?

15        A    Issues, just -- just issues.

16        Q    Well, yes, but what does that mean,

17   "issues"?

18        A    I just told you what was going on.  You

19   asked -- are you asking me is there any more, or are

20   you asking me is that it?

21        Q    Well, you had said that since --

22        A    I'm sorry --

23        Q    -- Ferrovial you've become a loner.

24        A    Yes, sir.

25        Q    You also said that you now have headaches

1     twice a day, whereas before you rarely had them.  I

2     asked you if there are any other physical

3     manifestations, other than that, and you said no.

4          A    I said -- yeah -- yes, sir.

5          Q    Okay.  You know, psychologically, do you

6     have any psychological problems that --

7          A    I wouldn't know.  I might have to go see --

8               MR. BARROUKH:  Just let him ask you the

9     question.

10    BY MR. KNOX:

11         Q    -- to the best of your knowledge you didn't

12    have of prior to working at Ferrovial?

13              MR. BARROUKH:  Objection to form.

14    Calls for medical conclusion.

15              You can answer the question, if you

16    understand.

17              THE WITNESS:  No.  I don't understand

18    exactly what he's saying.  Right now, I'm having a

19    problem to being able to "kote".

20    BY MR. KNOX:

21         Q    To --

22         A    "Kote" at life, observing, paying more

23    attention when there's a lot going on around me.

24         Q    Okay.

25         A    Yeah, because I --

1          Q    You are more observant now or less?

2          A    Yeah, I am.

3          Q    You are?

4          A    Yes, sir.

5          Q    Okay.

6          A    I am.  It's stuff that I -- that I deal with

7     on a daily basis that I catch myself going through.  I

8     just can't, you know, speak on it.  I know I actually

9     need to see a doctor, but I --

10         Q    Okay.

11         A    I go through a lot, man.  I -- I hold myself

12    up, being -- you know, with stuff, you know.  I go

13    through a lot.

14         Q    And you attribute some of the things you're

15    going through to Ferrovial?

16         A    Yes, sir.

17         Q    Nothing else in your life that could

18    possibly have contributed to the things you're going

19    through now, but Ferrovial?

20              MR. BARROUKH:  Objection to form.

21              You can answer.

22              THE WITNESS:  Correct.

23    BY MR. KNOX:

24         Q    Okay.  And you've never seen a doctor --

25    well, you've never seen a psychologist to talk about

```
                                              Page 290
1     Ferrovial?
2          A    No, sir.
3          Q    Never seen a psychiatrist to talk about
4     Ferrovial?
5          A    No, sir.
6          Q    Never spoken to a licensed social worker
7     about Ferrovial?
8          A    No, sir.
9          Q    And I think you said you don't talk to your
10    pastor about it either?
11         A    No, sir, not all.
12              MR. KNOX:  So maybe your wife could
13    opine on that in her deposition, I guess.  Okay.  All
14    right.
15              I think -- bear with me, but I think
16    that's it, Daniel.
17              MR. BARROUKH:  All right.  Do you want
18    to take five minutes?
19              MR. KNOX:  Yeah.
20              MR. BARROUKH:  Okay.
21              THE REPORTER:  We are off the record at
22    3:43 p.m.
23              (Off the record.)
24              THE REPORTER:  We are back on the
25    record at 3:50 p.m.
```

Page 291

1                    MR. KNOX:  Mr. Ealy, I'm done.  Your

2      attorney may have some questions to ask you.

3                    THE WITNESS:  All right.

4                    MR. BARROUKH:  I have no further

5      questions.

6                    THE REPORTER:  Mr. Barroukh, if this

7      transcript is ordered, would your client like to read

8      or waive?

9                    MR. BARROUKH:  We would like to read.

10                   THE REPORTER:  And, Mr. Knox, do you

11     plan to order at this time?

12                   MR. KNOX:  I do.

13                   THE REPORTER:  All right.  Mr.

14     Barroukh, would you like to order a copy?

15                   MR. BARROUKH:  Not at this time, but

16     I'll email you if we would like one.

17                   THE REPORTER:  All right.  Thank you.

18                   We are off the record at 3:51 p.m.

19                   (Signature reserved.)

20                   (Whereupon, at 3:51 p.m., the

21                   proceeding was concluded.)

22

23

24

25

Page 292

1                CERTIFICATE OF DEPOSITION OFFICER

2            I, JOHN L. BILICH, the officer before whom

3       the foregoing proceedings were taken, do hereby

4       certify that any witness(es) in the foregoing

5       proceedings, prior to testifying, were duly sworn;

6       that the proceedings were recorded by me and

7       thereafter reduced to typewriting by a qualified

8       transcriptionist; that said digital audio recording of

9       said proceedings are a true and accurate record to the

10      best of my knowledge, skills, and ability; that I am

11      neither counsel for, related to, nor employed by any

12      of the parties to the action in which this was taken;

13      and, further, that I am not a relative or employee of

14      any counsel or attorney employed by the parties

15      hereto, nor financially or otherwise interested in the

16      outcome of this action.

17

18

19

20                                  JOHN L. BILICH

21                      Notary Public in and for the

22                                State of Florida

23

24      [X] Review of the transcript was requested.

25

Page 293

1                    CERTIFICATE OF TRANSCRIBER

2              I, TREASA BUTZIN, do hereby certify that

3        this transcript was prepared from the digital audio

4        recording of the foregoing proceeding, that said

5        transcript is a true and accurate record of the

6        proceedings to the best of my knowledge, skills, and

7        ability; that I am neither counsel for, related to,

8        nor employed by any of the parties to the action in

9        which this was taken; and, further, that I am not a

10       relative or employee of any counsel or attorney

11       employed by the parties hereto, nor financially or

12       otherwise interested in the outcome of this action.

13

14

15                                          TREASA BUTZIN

16

17

18

19

20

21

22

23

24

25

Page 294

1    DANIEL J. BARROUKH, ESQUIRE

2    danielb@dereksmithlaw.com

3                                    September 5, 2024

4    RE:    Ealy, Eric, Et Al  v. Webber Infrastructure

5         8/21/2024, Eric Ealy (#6832741)

6         The above-referenced transcript is available for

7    review.

8         Within the applicable timeframe, the witness should

9    read the testimony to verify its accuracy. If there are

10   any changes, the witness should note those with the

11   reason, on the attached Errata Sheet.

12        The witness should sign the Acknowledgment of

13   Deponent and Errata and return to the deposing attorney.

14   Copies should be sent to all counsel, and to Veritext at

15   erratas-cs@veritext.com

16    Return completed errata within 30 days from

17   receipt of testimony.

18     If the witness fails to do so within the time

19   allotted, the transcript may be used as if signed.

20

21

22                    Yours,

23                    Veritext Legal Solutions

24

25

1    Ealy, Eric, Et Al  v. Webber Infrastructure Management, Inc., Et

2    Eric Ealy (#6832741)

3                    E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____    _____

24   Eric Ealy                           Date

25

Page 296

1  Ealy, Eric, Et Al  v. Webber Infrastructure Management, Inc., Et

2  Eric Ealy (#6832741)

3              ACKNOWLEDGEMENT OF DEPONENT

4     I, Eric Ealy, do hereby declare that I

5  have read the foregoing transcript, I have made any

6  corrections, additions, or changes I deemed necessary as

7  noted above to be appended hereto, and that the same is

8  a true, correct and complete transcript of the testimony

9  given by me.

10

11  _____    _____

12  Eric Ealy                          Date

13  *If notary is required

14                  SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                  _____ DAY OF _____, 20____.

16

17

18                  _____

19                  NOTARY PUBLIC

20

21

22

23

24

25

**[& - 4th]** Page 1

| & | | |
|---|---|---|

**&**   2:14 5:6

**0**

**000221**   24:25
**00029**   1:8

**1**

**1**   3:8,17 24:15
   25:6 29:14
   37:4 38:12
**1,200**   285:16
**10**   270:5
**106**   32:17
**10:20**   83:20,24
**10:33**   84:2
**10th**   88:2
**11**   273:19,20
**11:06**   111:23
**11:09**   112:1
**11:40**   140:24
**11:58**   141:2
**12**   21:24 286:9
**12:22**   160:23
   162:6
**12:24**   162:9
**12:25**   163:6
**12th**   284:12,17
**13.50**   26:3
   274:16 275:1
**13.50.**   84:21
**13th**   25:10
   254:21,22
   255:14
**14**   43:9

**14th**   29:2 148:8
   165:4 168:13
   193:23 204:8
   206:14 207:15
   254:17 255:15
   255:15 256:1
**15**   248:11,11
**15th**   112:7,8
**16**   3:8 25:4,16
   25:17 38:12
   78:23,23 227:4
**167**   4:11
**16th**   31:22
   148:9 255:20
**17**   18:22
**1700**   2:15
**172**   3:13
**19**   229:15
**1:01**   163:9
**1st**   112:8

**2**

**2**   3:9 32:9,10
   37:4 38:12
   287:1
**2,400**   285:18
**20**   296:15
**201**   2:15
**2016**   118:13
**2022**   10:9 19:8
   25:23 26:24
   87:24 165:4
   236:25 245:8
   277:5 281:19
**2023**   10:11
   277:4 283:15

**2024**   1:15 4:10
   294:3
**21**   1:15 4:10
**22**   19:11 25:23
   38:8 57:9
   87:25 236:24
**221**   25:3,8
**224**   25:3,8
**22nd**   28:25
   96:9
**23**   230:25
   232:23 235:1
   235:24 236:6
**234**   32:14
**24th**   231:14
**25**   3:8 234:20
   234:22 236:1,8
**251**   48:10,11
   56:14
**26**   236:20
   237:7
**27**   275:11,15
   276:22
**27th**   108:20
   207:10 259:12
   269:1,10
   270:13 279:13
**281**   3:18
**28745**   292:19
**29640**   293:14
**2:09**   225:7,10
**2:57**   260:13,18

**3**

**3**   3:11 37:10,14
   38:13 251:8
**30**   280:14
   284:8 294:16
**301**   2:5
**30th**   112:7
**32**   3:10
**32340**   1:19
   4:11
**33131**   2:6
**33301**   2:16
**334**   171:21
**335**   171:21
**37**   3:12
**38**   238:7
**3:11**   260:21
**3:43**   290:22
**3:50**   290:25
**3:51**   291:18,20

**4**

**4**   3:13 120:2
   171:20 172:1
   190:20 226:16
   268:3 280:12
**40**   274:19,25
**410k**   85:25
**4151**   188:23
**451**   183:22
**4:24**   1:8
**4th**   275:18
   280:7,8,16,17
   280:20

| 5 | 191:20 | a | account 111:9 |
|---|---|---|---|

**5** 3:3 261:9
294:3
**5/5/22** 173:16
173:17
**52** 37:13
238:25
**520** 2:5
**53** 48:10
223:21 253:4
**540** 275:1
**56** 243:23
**57** 244:19
245:6
**5th** 179:6 182:2

**6:55** 191:21
**6th** 11:23
283:15,18,24

### 7

**7** 38:22
**70** 37:13
254:13
**75** 255:1,10,19
256:12
**76** 257:25
**77** 259:1
**786** 2:8
**7:00** 181:10
**7th** 26:23 117:2

### 6

**6** 10:9,11 205:6
**60** 10:21 275:3
**600** 275:1,5
**61** 247:4
**63** 253:25
254:7,20
**64** 254:7
**65** 254:7
**66** 254:7
**67** 1:18 254:12
254:12,15
**68** 254:13
**6832741** 294:5
295:2 296:2
**688-2335** 2:8
**69** 254:13
**6:00** 205:6
**6:50** 176:11,17
181:10 191:20

### 8

**8** 268:2
**8/21/2024**
294:5
**83** 124:5
**84** 124:5
**847-4703** 2:18
**89** 124:6

### 9

**9** 26:23 270:6
**90** 14:6,8 60:16
114:3 182:11
**954** 2:18
**96** 260:1
**9:02** 1:16 4:5
**9th** 19:6 28:11
28:13,14,23
117:3

**a.m.** 1:16 4:5
38:20,22 83:24
84:2 111:23
112:1 140:24
141:2 176:17
**ability** 7:22,23
8:1,2 12:19,23
141:18 292:10
293:7
**able** 60:5 67:3
79:22 86:19
116:12 120:3
141:20 148:20
227:19 231:21
275:11 288:19
**above** 31:5
294:6 296:7
**absent** 4:15
**absolutely**
161:11 282:12
**ac** 62:3 67:5
131:14,15,16
131:17,17,23
132:15,25
134:11 213:17
213:25
**acceptance**
31:5
**access** 282:10
**accidents** 48:4
**accomplish**
141:23
**accomplished**
142:3,3

**account** 111:9
282:24
**accuracy** 294:9
**accurate** 31:25
72:17 130:15
157:15 215:12
229:12 231:5
231:24 234:13
255:13,17
292:9 293:5
**accurately**
109:2,2
**acknowledged**
189:19
**acknowledge...**
155:18 172:20
226:20 296:3
**acknowledge...**
3:10 4:13
**acknowledging**
32:21
**acknowledg...**
294:12
**acted** 99:18
**action** 292:12
292:16 293:8
293:12
**actions** 102:1
**actual** 38:13
226:21 231:6
**actually** 7:7
8:25 16:4,21
19:3,5 20:2
21:22,25 22:17
22:22,22 23:17

29:1,21 30:8
30:24 32:7
38:20 40:10,13
41:1 42:18
43:16 45:22,25
46:21 48:2,3
50:14 51:2
52:19 57:22,22
60:9 61:1,13
64:17,18 69:20
73:3 78:16
82:12 97:18
98:2,8 108:24
112:17 119:25
120:20 121:2
122:4 133:16
139:16,17
141:25 147:10
150:13 158:5
165:8,23,24
168:19 177:13
178:3 181:22
189:10 190:25
191:24 193:4
198:14,14
202:1,3,3
206:8 220:25
227:18 228:16
241:21 244:4
247:13 252:25
264:12 271:18
279:12 289:8
**add** 40:8 94:11
**added** 183:14

**additional**
  256:13 270:24
**additions** 296:6
**address** 14:7
  29:17 182:14
**admin** 29:20
**administer**
  4:13
**admit** 189:12
  210:21 211:10
**advance** 117:18
**advanced** 16:7
  26:15,22 27:24
  47:6 116:5,9
  116:13,17
  163:18 257:7
**affect** 7:21 8:1
  12:19,22
**affecting**
  267:17
**afford** 56:18
  98:25 152:23
  152:24 212:10
**afternoon**
  38:25 39:3
  248:12
**ago** 222:8
  224:10 231:19
**agree** 4:17
  37:24 210:21
  211:10
**agreed** 37:25
  38:5
**ahead** 69:12
  87:7 121:12

131:9 133:2
136:21 182:17
216:22 277:1
**ain't** 6:12
  202:13,13
**air** 61:25 62:2
  64:5,6 227:11
**al** 294:4 295:1
  296:1
**allegations**
  162:16
**alleged** 141:7
  251:9 274:13
**allen** 43:1
  55:20,22
**allotted** 294:19
**allowed** 73:21
  220:18
**ambulance**
  47:21
**amended**
  136:18 225:14
  225:22 227:4
  239:5 255:12
  256:4 259:17
**amendment**
  161:17
**america** 3:12
  37:11 171:22
**amount** 120:24
  276:10 284:15
  287:1
**anderson** 14:16
  14:19 15:4,18
  16:3,4,6,22

53:24 54:7
84:17 85:1,20
86:9 154:22
**animals** 46:6
  48:6
**answer** 9:5
  13:6,14 16:10
  18:5 23:10
  30:14 36:18
  39:11 43:21
  54:21 55:5
  66:5 67:17
  78:10 82:24
  83:4,8 88:12
  88:19 101:4
  128:22 130:20
  131:10 135:13
  136:1 138:1,12
  139:7 141:14
  143:12 144:24
  146:19 149:11
  149:24 151:5
  157:17 159:9
  159:19 161:6,8
  161:15,20
  172:5 184:9
  187:7,16 194:6
  194:18 203:15
  203:21 204:13
  206:7 208:19
  213:20 214:25
  216:9 220:5,10
  220:15,19,19
  220:24 228:21
  232:15 234:5

235:5,14
236:15 241:7
241:10,11,13
248:24 249:5
254:11 270:2
275:4 287:11
288:15 289:21
**answered**
132:6 216:6
231:17,18
240:21 271:16
272:21
**answering**
28:18 147:18
**answers** 7:18
7:23 8:3 12:23
30:17 268:15
**anybody** 20:24
22:4 43:3 49:1
86:4 106:25
107:21 116:23
140:10 142:13
152:1 181:14
206:3 208:15
209:9 214:13
229:5 230:2,4
230:6,8,10,12
232:1 238:2
243:13 250:2,9
250:23 251:2,3
270:18
**anymore** 6:12
115:7 148:19
152:14 246:12
269:7

**anyway** 179:21
**apart** 181:10
277:13
**apologize** 36:11
83:15 103:21
135:17 150:3
**app** 40:4,5,7
41:1,22
**apparently**
129:19 246:23
**appears** 173:14
**appended**
296:7
**applicable** 4:21
294:8
**application**
17:3 20:16,19
20:25 21:1
22:18 23:4
278:19 281:8
**applications**
276:3 278:11
279:20,25
280:4 281:18
281:22
**applied** 3:18
15:1,3 20:15
20:15 51:15
277:24
**apply** 21:6 22:2
22:15 77:17
279:13,17
282:25
**applying**
281:21 285:7

**appointment**
284:7
**appointments**
284:4
**appreciate** 68:4
115:14 163:4
241:11
**approximate**
284:10,15
**approximately**
21:21 26:5
96:6 104:15,16
150:18 168:9
224:7
**april** 19:3,4,5
96:9 108:12,20
**area** 39:21
65:24 145:15
**areas** 27:14
61:20
**argue** 168:3
**arguing** 196:24
**argument**
164:4
**arrangements**
120:10
**arrived** 88:9
**asked** 13:13
33:14,23,25
73:10 80:6
98:19 100:3
104:24 110:11
110:14,24
111:1 120:19
132:5 148:13

152:7 155:25
156:4 165:1,9
169:16 170:18
170:20 191:25
192:7,8,9,10,10
193:10 194:3
195:2,4 196:20
200:18 207:5
210:19,21
211:9 232:9
237:10 240:21
242:16 258:15
271:16 272:21
281:24 282:3
287:19 288:2
**asking** 19:18
34:21 40:20
75:16 85:15
100:3 122:19
123:9 161:9,13
183:6 194:25
198:7 210:16
217:24 220:14
231:11 236:11
239:13 246:15
246:18 253:23
254:6 257:16
258:5 261:5,11
261:14,24
266:9 267:14
268:14 279:9
285:8,10,12
286:19 287:19
287:20

asleep   120:25
assert   161:16
asserted   229:17
assessment
  130:15
assign   268:9,10
  268:12
assigned   4:4
  74:2,4 131:24
  134:5 268:8
assigning   268:7
assignment
  191:2 193:24
assignments
  114:1 135:20
  156:10
assume   13:7
  28:19 59:21
  64:6 126:13
  164:15 172:25
  173:16 179:7
  199:25
ate   127:11,11
  127:12,16
  247:17,19,23
  257:10
attached
  294:11
attempted
  208:14
attendance   5:3
  7:4
attendees
  126:21

attention
  126:24 218:5
  288:23
attitude   82:19
  88:7
attorney   5:5,8
  6:11,18 11:25
  12:2,4,6 24:19
  36:23 115:16
  218:15,16
  220:2,4,7
  225:21 261:2
  276:5 291:2
  292:14 293:10
  294:13
attorneys
  220:13
attribute
  289:14
atv   62:20,25
  63:4 66:24
  79:19 89:2
atvs   64:6 69:22
  70:1 79:18
  131:16 247:22
audible   74:11
  89:14 107:1
  221:25 228:18
audio   292:8
  293:3
august   1:15
  4:10 275:12,18
  277:4,5 280:6
  280:8,12,13,14
  280:14,16,17

280:20
authority   44:15
  44:18 45:3
  142:10 229:17
authorized
  4:12
available   294:6
avoid   103:13
aware   117:23
  244:16

**b**

b   3:5 11:14
  12:10 124:1,2
baby   120:1
back   6:4,5 8:6
  8:8 9:24 10:8
  11:3,11 12:16
  22:25 35:24
  42:5 48:11,13
  61:17 73:11,22
  73:24 75:11
  78:20 84:1
  86:18 93:17,18
  95:10,21 97:18
  98:5,7 99:11
  99:13 102:18
  103:1 105:7,11
  105:17,24
  106:16,16,22
  107:25 108:5
  111:21,25
  123:2 136:24
  139:4 141:1
  143:5 147:17
  148:22 150:6

154:12,21
162:8 163:8
180:23 181:15
190:1 191:8
192:24 193:1,5
193:7,22
195:20 196:4,8
196:25 197:7
197:14,15,16
197:19 198:2,3
198:4,5 202:23
202:24 203:3,4
206:23 208:11
225:9 249:7,10
253:3,4 260:20
265:22 278:20
281:6,10,19
284:6 290:24
backed   20:3
background
  279:23
backing   262:12
bad   114:14,22
  114:24,24
  160:13 173:24
  246:24
ballpark
  124:10
bandit   1:18
  4:11
banging   196:22
bar   58:20 59:2
  59:8 63:12
  64:11

**barcodes** 46:19
**barricade**
46:12
**barroukh** 2:3
5:7,7 9:3,7
17:13 18:4,15
23:9,22,25
24:2,9 34:17
35:24 36:2
39:10 43:20
44:10 54:17,20
55:4,17 66:4
67:16 77:7
78:8,10 82:23
83:9,13,16,20
83:22 87:4,6,9
87:13 88:11,18
92:5 103:12,17
104:1 106:4,8
107:11 109:4,8
109:12,15,17
110:20 111:19
112:14 128:21
129:23 130:8
130:17,19
131:6,10 132:5
135:3,13,24
136:17 137:19
138:10 139:6
141:12 142:21
143:10 144:22
146:7,17 147:6
149:9,22 151:4
155:11 156:19
157:16 159:8

159:18 161:5,9
161:11,18,25
162:10 172:4
172:17 179:23
184:6,9,20
186:16 187:6
187:15 188:4
188:21 189:3
189:21 191:11
194:5,18
202:14 203:6
203:14,20
204:12 206:6
208:18 210:9
210:23 213:19
214:11,24
216:5 220:3,10
220:15,18,23
221:15,20
227:5 229:24
230:13,20
231:14 232:14
234:4 235:2,5
235:12 236:10
236:15 240:10
240:16,20
241:1,6,24
242:5 245:16
245:19 246:25
247:6 248:22
249:3 250:5,25
259:25 260:4
263:8,14 265:2
265:6 266:19
267:9,24 269:4

269:8,16,20
270:1,8 271:8
271:10,15
272:20 273:23
274:1,7 277:2
277:9,15 282:3
282:8,12,22
283:2,10,12
285:4 286:7,11
286:17,21
287:6,11 288:8
288:13 289:20
290:17,20
291:4,6,9,14,15
294:1
**base** 97:3
139:17 176:19
176:20 183:17
183:20 186:25
189:16
**baseball** 17:8
21:11,14
**based** 87:22
101:25 128:19
128:25 136:6
144:16 245:10
262:14,22
267:21
**basically** 52:21
60:15 61:20
86:13 143:4
157:4 171:1,2
200:19 205:25
257:5 273:6

**basis** 48:1,2,9
52:21 289:7
**bat** 214:20
**bates** 24:18,25
25:2 32:13,17
37:12 171:21
**bear** 290:15
**bearden** 15:2
17:6 21:2,3,4,7
21:17 22:6
23:5,7 25:19
28:4 33:17
44:2,4,7 45:3
45:13 51:25
54:19 86:7
112:20,25
120:10,17
122:19 127:2
128:9,11
133:15 134:16
137:9 140:7
150:11 151:12
151:20,23
152:4,19 153:6
153:8 156:15
156:22 157:7
157:13 160:15
162:17,22,22
163:13 187:21
192:16 196:13
196:24 197:5
198:4,7,8
199:23 200:6
200:19 202:25
203:5,24

205:23 206:13
207:25 230:16
240:13 246:12
246:13 252:7
252:11,16,21
252:24 254:9
254:16,20
255:13,14,16
268:18
**bearden's**
76:17 153:18
**beating** 192:21
195:14,16
**began** 259:4
**beginning** 5:4
30:12 41:2
224:14
**begins** 234:22
**behalf** 2:2,10
95:3
**behavior**
126:21 150:12
151:13 154:15
154:15 253:22
271:14
**belief** 179:19
213:16 216:2
**believe** 12:19
130:24 131:3
135:23 136:8
136:15 141:9
142:18,24
143:8 144:6,12
144:15,19
146:13 149:1,7

149:20 209:22
243:24 248:19
249:13 251:25
281:24 286:13
**believed** 108:14
215:20,23
**belong** 145:11
**belt** 174:22
175:4 176:6,10
176:16 177:1,3
177:8 182:1,11
183:4 189:19
189:23,25
190:4,12,15,18
214:5 250:20
273:14
**belts** 172:10
**benefit** 264:23
**benefits** 85:2,4
85:21,22,23,24
86:3
**best** 1:17 4:10
57:4 117:1
213:9 239:11
275:10 277:19
288:11 292:10
293:6
**better** 71:16
81:13 133:21
238:2
**big** 49:6 58:17
60:25 61:15
117:13 125:16
216:14 227:10
265:19

**bigger** 49:5
62:24 95:7
**bike** 284:25
**bilich** 1:20 4:3
292:2,20
**binderholz**
10:17 11:10,12
222:24 224:12
224:13 266:1,3
266:11 275:12
275:13,16,18
275:25 276:23
276:25 277:21
279:14,15,22
280:20 283:15
**birthday** 19:5
**bit** 23:24 42:6
89:10 133:22
160:10 214:22
**biweekly** 42:3,4
112:4
**black** 56:17,18
98:24,24,25
114:21,24
137:16 152:24
**blame** 265:10
271:2,5
**blaming** 109:1
109:22
**blank** 186:14
**blue** 71:5 114:7
**blurt** 273:17
**bo** 66:25 76:12
76:13 95:5
98:10,19 99:8

102:15 114:12
142:5 145:22
**board** 10:20
**boarded** 217:2
**boat** 99:1
152:23,23,24
**boats** 56:18
95:18 212:10
234:22
**book** 33:12
81:3,9
**booked** 120:25
121:2,12
122:14
**booking** 121:5
**boring** 71:17
**boss** 42:17,23
44:3 53:4
237:15 250:14
**bother** 122:13
240:23 241:3
242:18,20
**bothered**
241:21
**bothering**
164:23
**bottom** 24:20
56:16 152:22
172:15 212:8,9
**boulevard** 2:15
**box** 127:15
172:14
**boxes** 185:11
**boy** 59:20
136:22 138:15

138:23,24
139:12 140:2
154:4,6,7
202:13 213:2
243:25 273:12
**brain** 271:6,7
**break** 13:9,10
13:12,15 16:20
24:9 26:18
36:2 83:17
89:9,22 90:19
90:23,25 91:4
91:5,7,11
115:15 163:13
248:5,7,16
**breakfast**
127:7,10
**breaking** 150:3
150:4 239:24
**breaks** 248:8
259:18,22
**breaths** 271:10
**brickell** 2:5
**briefly** 103:13
**bring** 134:18
**bro** 181:21
**broader** 162:14
**broke** 157:25
157:25 180:11
**brought** 8:12
22:25 126:24
133:17 135:6
165:16 180:19
**bucket** 62:22

**buckle** 185:24
186:9
**bucks** 275:4
**bulging** 9:24
**bump** 54:23
263:20
**bunch** 130:1
**burger** 247:24
**burner** 86:18
**bury** 85:10
**business** 3:12
11:15 15:19
37:12,22 38:3
155:17 233:17
237:5
**busy** 164:13,14
**butzin** 293:2,15

**c**

**c** 2:1 3:15 4:1
12:10
**cage** 58:20
**cages** 46:11
**calculated**
275:7
**calendar**
111:18
**call** 10:3 49:12
50:8,9,16
51:17,18,19,19
76:11 79:24
94:16 133:15
137:12 142:5
147:14 165:22
166:19 167:4
168:15,17

169:2,25
170:17 171:4
171:15,16,17
174:6 193:6,6
201:4 204:8
206:10,14,18
206:19 207:5,6
208:6,23,25
209:7 211:4,23
212:1,3 213:9
214:16,18,23
215:9,15 255:2
255:19 270:12
**called** 5:15 9:1
10:17 24:18
50:6,12 53:4
75:3 76:23
108:23,24
109:20 110:24
113:21 117:6
134:14,15
136:22 146:10
154:6 166:20
169:3,10,14,22
174:7,9 213:10
218:1,2 225:13
225:22 227:23
242:23 256:24
259:11 273:6
**calling** 94:2
109:1,19,25
154:3 204:4
210:12 212:12
213:1

**calls** 49:13,14
49:15 130:19
131:7 135:25
136:18 138:11
141:13 142:22
143:11 144:23
146:18 149:10
149:23 248:23
249:4 263:9
287:7 288:14
**camera** 193:4
**car** 20:7 24:7
**card** 122:14
124:22 125:2,5
**cards** 122:19
122:22 123:4
124:19,22
125:8,10,20
127:3
**care** 80:25
99:24 122:15
125:23 145:12
285:14
**cared** 257:10
**carmex** 24:7,7
**carries** 39:18
**carry** 69:17
**carrying** 42:18
**cars** 20:4
**carson** 17:8,11
**case** 1:7 6:12
12:5,7 18:14
19:16 60:21
63:15 64:1
66:16 67:8

**[case - client]**

74:13 76:10
94:9 218:16
221:5 243:18
**catch** 216:9
289:7
**catches** 98:23
**category**
228:25 261:25
**caught** 117:9
189:8 286:6
**cause** 13:25
17:8 20:8
26:13 50:21
54:2 56:11
58:19 59:2
60:3 79:4,15
86:23 92:15
94:1 97:4
99:13 103:15
104:6 106:14
124:23 125:2
127:16 133:5
145:14 165:9
171:17 173:21
174:11 180:12
185:21 205:8
211:9 213:9
234:7 258:6
264:15
**caused** 180:3,4
180:7,10 263:7
**causes** 177:25
**caveat** 13:13
**cdl** 80:2,5

**cdls** 77:24 79:5
79:6,7
**cell** 76:6 169:24
170:7,12,14
203:25
**cement** 228:1
**center** 21:13,14
**certain** 60:17
61:8 78:24
81:18,19 94:9
120:24 174:21
**certainly** 36:18
66:16 230:15
251:5
**certificate**
292:1 293:1
**certification**
15:4,7,8 47:6
54:1,3 62:5,11
70:16 78:19,21
79:2,4 80:2,10
116:15 129:10
129:13,16
163:21 228:8
**certifications**
26:14,16
**certified** 4:17
70:11 71:9,12
79:16 129:4
**certify** 292:4
293:2
**cetera** 142:11
**chain** 212:9
240:9

**chair** 36:7,8
**chance** 20:5
155:21 193:25
273:13,17
**chances** 240:8
**change** 73:2
295:4,7,10,13
295:16,19
**changed** 82:22
88:8 102:5,7
**changes** 225:21
294:10 296:6
**charge** 6:19
218:10 219:24
**check** 41:24
90:14 93:19
110:15,19,25
209:12 243:11
**checked** 46:17
121:11 185:12
185:15,16
**checks** 185:14
279:23
**chevy** 118:12
**child** 85:9
**choice** 239:19
257:2
**chosen** 252:4
**chris** 12:8,8,8
12:10,10
**church** 266:25
**circle** 192:21
192:22 195:14
**circumstances**
88:16,23

**city** 12:13,14
21:15 284:6
**civil** 221:6
225:16
**claim** 11:6
130:3,11,12
136:5 141:4
184:24 224:16
247:4,12
259:19 263:6
264:25 266:18
276:7 286:2,5
286:11
**claims** 130:15
224:20
**clarify** 221:15
**class** 116:12,16
122:5 123:16
123:24 126:16
163:18,19
256:20 257:7
**clean** 251:10,14
251:15,19,25
**cleaned** 251:13
**cleaning** 229:1
**clear** 51:6 60:6
83:6 94:12
117:16 124:12
187:24
**clearly** 209:17
283:5
**clench** 203:8
**client** 161:6,15
161:22 220:4
285:12,14

[client - complained]                                                      Page 10

291:7
client's  261:22
climb  10:18
clock  39:25
  40:7,7
clocking  40:18
clogged  50:19
close  32:3
  62:15 65:12
  98:14 106:18
  107:8,9 124:7
closer  97:7,8,10
code  3:12 37:12
  37:21 38:3
  155:17 237:5
coffee  127:6
cold  23:22
  126:17 127:18
  256:23,25
collected
  199:20
collectively
  245:7
columbia  14:16
  14:19 15:4,18
  16:3,4,6,22
  53:24 54:7
  84:17 85:1,20
  86:9 154:22
come  10:19,22
  14:14 50:25
  53:24,25,25
  54:2 61:17
  73:24 75:14
  81:12 93:17

98:24 105:5
115:15 147:24
147:25 148:4
174:12 177:13
177:17,18
178:17 179:16
181:22 192:11
193:1,6,9,11,11
193:16 194:7,7
194:23 195:12
197:18 205:7,8
217:13 218:22
225:13 255:16
272:9 282:24
comeback
  219:5
comes  39:1
  60:21 75:6,13
  102:22 107:25
  141:16 200:19
  275:1
comfortable
  36:17 131:25
coming  40:15
  64:2 80:15
  90:8,13 92:20
  92:21,25
  148:18 158:20
  197:6,6 207:22
  251:23
comment
  104:18 126:16
  127:18 139:11
  140:8 212:7
  277:3

comments
  137:1,16 154:2
  161:3 162:15
  172:15 212:4
  235:24,25
  238:15 253:12
communicate
  209:3
communication
  170:11 209:3
  283:8
communicati...
  206:2 208:2
  220:20
community
  14:25 49:4
comp  11:6
  224:16,18,20
  284:24 285:20
companies
  27:13 221:24
  222:6,18,20
company  11:16
  11:19,21,22
  14:22 16:2,19
  43:8,9 49:5,20
  49:22 52:6,11
  57:19 64:16,20
  64:23 65:8
  70:15 73:20,21
  76:19 77:3
  78:7 80:16
  86:16 91:18
  108:17 116:19
  118:8,14,15,18

118:23,24
120:11,13
121:4 124:15
124:23,24
125:5 126:6
139:16 146:15
148:18,21
166:19,20
170:6,14
174:16 183:2
185:12 205:8
215:21 221:11
259:6,8 269:7
company's
  38:3
compensated
  209:22
compensation
  224:5
complain  95:23
  103:8 115:21
  139:5 153:8
  245:13,24
  246:15 250:1,9
  250:22 251:2
  252:21 271:24
  272:2 273:8,11
  273:14
complained
  101:1,3,3,7,7
  113:10 115:24
  141:11 142:19
  143:19 148:25
  149:3 152:16
  153:5 236:4

[complained - continue]                                    Page 11

244:20 245:7
245:11,15,22
245:23,25
246:2,7,16,19
250:11 252:11
252:15 268:23
268:24 270:21
271:21
**complaining**
130:13 216:3
**complaint** 96:1
96:4 97:16
98:16 100:22
107:8 126:21
136:19 150:8,8
151:8,15,23
153:13,14,19
154:1,14,18
213:15 225:14
225:16,19,20
225:22 227:4
231:13 234:3
239:6 245:9
252:1 253:5
255:13 256:3,5
259:18 272:19
286:14
**complaints**
113:4 141:7
143:9,25 144:1
144:8,13,16
145:19,21,22
145:24 146:1
146:14 149:16
149:19,21

150:7,11
151:12,20
162:17 210:14
245:21 248:20
250:24 252:7
257:5,8 259:20
269:23
**complete**
106:15 168:10
168:12 296:8
**completed**
22:17,24 28:4
104:14 294:16
**complied**
131:22
**comply** 38:5
**complying**
133:14
**composite** 3:9
32:7
**concerned**
108:15
**concluded**
291:21
**conclusion**
130:20 131:7
135:25 136:18
138:11 141:13
142:22 143:11
144:23 146:18
149:10,23
248:23 249:4
263:9 287:7
288:14

**concrete** 15:20
15:24 86:23
**condition** 62:2
**conditioned**
62:1 64:5,6
227:11
**conduct** 3:12
37:12,22 38:3
113:11 155:18
237:6,13
238:11 253:11
268:19
**conducted**
117:5 119:2,5
257:11
**conducting**
210:13 259:9
**confirm** 157:14
254:11
**confusing**
119:13
**confusion**
197:1,17 277:4
277:10
**connection**
6:10
**consent** 161:13
161:19,19
**consequences**
187:11
**consider** 159:6
**constantly**
10:20,21 62:25
81:4 131:14
265:11

**constitute** 4:25
**constructive**
116:11
**consumption**
53:1
**contact** 11:25
12:2 17:5
110:14,16
111:2 148:9
156:5 167:2
171:3 204:10
208:15,22
210:1,4,8
241:4 242:10
242:24 279:21
279:25
**contacted**
110:4 121:14
121:15,22
127:2 148:7
166:15,18,23
167:16,24
207:19 219:10
242:11,13
243:3 279:18
279:22 280:4
**contacting**
242:15 243:20
**contend** 268:18
**context** 140:19
**continuation**
53:9
**continue** 36:15
36:18 94:16

[continued - curse]

**continued**
72:20 108:5
144:1,2,4
152:15 275:10
277:19
**contract** 48:18
**contributed**
289:18
**control** 15:25
47:23 125:1
**controlled**
48:10,12
**controlling**
20:3 48:3
**conversate**
110:17 213:3,5
**conversation**
16:13 89:6
100:14 106:2
139:21,23
152:1 167:6
168:5 169:7
171:8 181:2,4
199:10 215:6,8
217:4 220:6,16
231:22 232:2
233:1,13,14
**conversations**
101:14 162:24
164:16 205:19
218:13,15
220:20
**cool** 205:2
**copies** 294:14

**copy** 3:17
31:15 32:22
33:5,21,23,25
34:9 155:24,25
156:3 281:1,6
291:14
**corner** 24:24
**corners** 227:20
**correct** 6:20
11:7 13:3
19:11 21:8,13
29:8,10 31:6,7
31:22,23 32:14
32:18 33:2,22
34:14 35:11
37:19 38:6,7
38:14 41:19
42:7,10 43:10
45:15,16 53:11
70:13 72:23
82:22,25 88:6
88:10 93:25
100:24 110:3
110:19 112:17
112:24 118:2
120:15 123:20
123:21 124:17
127:8,23
132:21 136:9
136:10,13
142:12 143:20
143:23 144:1
155:16 156:17
164:15 172:16
172:22,23

174:17 187:1,2
187:5,9 188:3
188:6 190:22
199:21 209:19
216:19 218:10
219:25 227:11
230:16 236:25
237:1 244:22
247:17 251:20
253:16 254:17
255:18 258:24
262:20,20
269:2,3,7,24
270:15,19
271:25 274:18
276:5,12 277:5
284:18 289:22
296:8
**corrections**
296:6
**correctly**
108:16
**couch** 205:7
**counsel** 162:10
292:11,14
293:7,10
294:14
**country** 59:20
182:15,18,19
182:21
**county** 21:23
21:25 48:12
114:4
**couple** 67:12,13
163:12 166:14

166:18 174:21
239:2
**course** 109:10
115:13 270:25
277:13
**court** 1:1 34:17
94:12 135:13
146:22 271:1
**cousin** 27:4,6,9
27:9 78:4,5
**cover** 63:22
64:10 68:13
163:11
**covered** 28:1
63:8,24
**covering** 64:7
**crane** 56:16
152:23
**credit** 122:14
**crew** 42:16,18
42:19 43:12,18
47:10 57:25
58:7,9
**crews** 43:14
68:12 116:24
**criminal** 221:7
**cs** 294:15
**cs6832741** 1:25
**cumberland**
12:8,10,11
**curious** 231:21
237:6
**curse** 160:2,5
160:17

cursed  163:15
cursing  164:4
  192:20
cussing  194:11
customer  48:14
cut  46:6
cutting  48:5,5
  69:13,16
cv  1:8

**d**

d  3:1,15,15 4:1
  11:14 12:11
daily  48:1,2,9
  52:20 289:7
damage  180:3
damages
  274:13,15
  285:25 286:3
  287:1
danger  47:16
dangers  47:15
daniel  2:3 5:7
  218:14 219:18
  227:3 265:10
  273:21 290:16
  294:1
danielb  2:7
  294:2
darrell  1:5 2:2
  4:7 5:8 27:3,4
  40:16,19 56:11
  60:9 65:2,19
  74:21 77:3
  95:4,6 101:7,8
  103:2,3 105:15

106:10 107:9
133:15 134:15
134:23 146:2
151:15,19
153:15 193:5,7
194:14 196:23
196:23
date  1:15 10:4
  13:18 19:1
  25:9,23 29:12
  31:9 34:13
  37:18 82:4
  96:21,24
  168:10,12
  171:4 172:24
  172:25 173:15
  173:16,17
  181:17 183:25
  188:18,22
  191:18 208:25
  211:3 254:10
  283:25 284:1,2
  284:10 295:24
  296:12
dated  25:4,9
dates  112:6
  182:3,4 183:23
  183:24,25
  204:11
day  10:7 16:12
  16:22,22 17:16
  19:19 22:14,21
  23:7,13 25:24
  28:23 38:8,13
  40:25 41:16

49:21 53:3,10
53:14 57:10,11
60:9,10,11
73:7 76:2
90:15 91:2
98:1,3 104:9
104:10,11,12
107:10 111:13
123:16,19
128:4 133:13
140:13 156:10
156:22 157:10
165:14 166:7,9
166:11,13,15
166:16,16
168:14 182:2
190:24,25
191:3,7,14,23
192:5 193:24
199:21 200:12
202:18 203:19
204:8,17,20,25
205:5,12,13,21
205:24 206:3,4
206:5,9,9
208:1,16,16
231:8 232:6
234:23,25
235:9,11,18,19
235:20,23
236:7,9,12,18
236:24 237:2,6
237:8,19,25
254:13,15,16
265:16 275:18

280:20 288:1
296:15
days  41:10
  49:10 86:22
  123:18 147:14
  148:6,6 166:14
  166:18 193:19
  255:20 294:16
deal  125:16
  140:20 263:24
  264:17 289:6
dealership
  175:11
dealing  75:12
  159:13,13
  264:16
dealt  148:3
death  85:18
deceased  85:8
decide  44:24
  118:17
decided  23:6
  49:25 191:14
decision  44:5,9
decisions  45:3
  45:5,7,9,11
declare  296:4
decrease  26:10
deducted  91:18
deduction  92:4
deemed  296:6
deep  167:6
  271:10
deeper  81:1

deere 59:3,4,7
defendant 1:12
2:10 3:7 25:6
32:10 37:14
172:1 259:3
268:20
defendant's
24:15 29:14
32:9 37:3,10
38:12,13
171:20 190:20
226:15
demanded
125:19 127:2
demote 230:6
demoted
143:22
denying 126:10
department
27:16 155:5
156:7 168:6
240:24 241:4
241:15 270:15
270:18
depending 61:4
73:1 153:3
depends 50:9
deponent
294:13 296:3
deposing
294:13
deposit 41:25
42:1 111:14
112:4

deposition 1:14
4:6,23 6:3,3,5
6:13,16,22 7:4
7:10 12:17
24:17 94:6,7
103:14,18
140:21 226:16
261:17 282:23
290:13 292:1
derek 2:4
219:20
dereksmithla...
2:7 294:2
derogatory
137:1
described
16:13 48:19
84:19 107:15
113:7 132:24
description 3:6
3:16 225:25
226:2,10,18,19
229:12 261:15
desk 29:22,24
153:20 155:20
155:21,22,23
despite 275:10
detail 60:13
details 169:20
170:24
diesel 77:20,22
77:23 78:14
80:5,8
difference 61:4

different 8:11
34:25 35:3,8
35:13 39:14
40:15,23 53:13
53:14,15 57:25
58:9 61:2
102:13 131:23
143:2,3 158:18
171:15 201:18
202:5 221:7
246:3 257:1
264:16
digger 79:21,23
digital 292:8
293:3
dime 58:23
direct 41:25
42:1 111:14
112:4
direction 103:2
directions
156:21
directly 7:14
156:22
dirt 227:25
disagree
108:21
disc 9:24,24
discharge
207:1
discipline 3:13
44:22 45:11
171:23 190:21
230:12,15
249:23 250:10

disciplined
190:12,15,18
230:19
disciplining
142:11
disclosure
286:13
discovery
260:24
discriminated
130:4 131:4
215:20
discrimination
130:14 135:23
141:8 142:20
147:24 155:9
224:23 268:25
269:19
discriminatory
253:12 258:1
268:19
discuss 115:16
discussed
163:13 165:18
discussion
120:16 220:6
disgraceful
263:19,19,22
disgusted
237:11
disinclude
85:18
disrespect
217:19

**disrespectful**
99:14,17,18
**distance** 58:17
65:11 93:10
199:5
**distanced** 67:4
**distant** 67:2
**distress** 261:21
263:5,6 264:10
274:3,14
285:25 287:2,4
**district** 1:1,2
**ditch** 50:17,18
50:23 60:2,7
**division** 1:3
**doctor** 10:3,7
11:4 289:9,24
**document**
24:15 25:2,18
31:12 32:6
33:4,8 35:15
37:10,17 87:9
171:19,21,24
172:5,12,20
173:9,10
181:23 184:24
185:2,6,25
186:1,7 189:7
190:20 225:13
225:16 226:15
226:19 235:3
235:13 250:6
251:6 271:22
**documentation**
129:10

**documents**
23:16,18,21
24:20,23,23
31:24 37:3
134:9 237:3
249:19 260:25
277:21,23
278:1,5,6
279:7,10,11
**doing** 14:17,21
20:11 22:1
36:18 45:23
52:16,20 53:6
53:9,13,15,19
57:24 64:17,20
66:2 67:12,13
67:14 74:17,20
75:16 86:23,24
88:25 89:23
94:15 100:18
102:3,11
103:24 114:1
122:5 132:14
189:5 191:23
195:19,19
199:5 200:5
201:25 202:4
202:13 207:24
221:1 249:11
249:12 259:6
265:11 280:4
281:21 282:20
**door** 19:23,24
50:22,24
105:20 106:21

197:3,11
**drafted** 246:23
**drainage** 51:8
**drains** 46:13
**draw** 130:1
**drink** 87:7
133:13,16
134:20
**drinks** 134:18
**drive** 2:5 47:4
49:18,20 62:20
64:18 65:8
68:24 69:14
73:21 78:17,19
78:25 79:1,13
79:25 118:7,8
118:15,17
120:13 182:5
**driver's** 92:13
92:15 102:23
**drivers** 47:14
**driveway**
133:11
**driving** 17:19
19:20 58:15
65:10,13 69:9
69:10,20,21
70:1 84:7,13
124:23 173:22
182:1 183:4
**drove** 47:4
104:17 118:9
118:19,23,24
122:24 129:19

**drug** 20:17
22:20,23 23:7
279:23
**drugs** 7:25
**drunk** 271:9
**dual** 161:13,18
**due** 54:24
**duly** 5:15 292:5
**dump** 106:15
199:7
**dumped** 108:6
**dumpster**
106:16 108:6
197:20 199:6,8
199:13
**duties** 45:24
46:5 132:11
226:21 227:9
229:12
**duty** 284:4,14

**e**

**e** 2:1,1 3:1,5,15
3:15,15,15 4:1
4:1 11:14
12:10 295:3,3
295:3
**ealy** 1:5,14 2:2
4:6,7 5:8,9,9,12
5:14,21 17:8
17:11 24:14,25
32:2 37:9 83:2
84:6 119:19,21
141:4 163:11
171:19 225:12
226:14 227:9

231:18 249:23
260:23 261:10
261:11 263:2
291:1 294:4,5
295:1,2,24
296:1,2,4,12
**earlier**  74:16
78:14 84:7
95:14 127:21
155:13 168:20
227:18 228:5
229:3,7 237:3
**early**  23:16
156:9 165:9
**easier**  83:14
**east**  2:15
**eat**  126:17
127:9 247:13
256:14,23,25
257:2,3,3,6,13
**eaters**  62:16
90:1
**eating**  131:17
131:20,20,21
**edge**  133:10
227:24
**education**
226:22
**eeoc**  6:18 218:9
218:16 219:24
**effect**  204:3
**efforts**  208:22
275:10 276:16
277:19 279:2

**either**  12:17,22
33:18,18 36:6
49:2 52:10
76:11 82:6
93:4 123:14
154:14 196:13
218:16 221:10
251:14 276:19
290:10
**elderly**  50:15
**else's**  73:10
**email**  29:17
283:7 291:16
**emails**  249:22
**embassy**  117:3
117:7,8,16
**emotional**
261:21 263:5,6
264:10 274:3
274:14 285:25
287:1,4
**employed**
13:18 53:18
84:6,14 162:20
164:13 292:11
292:14 293:8
293:11
**employee**  3:9
31:5 32:21
33:2,6 37:18
37:18 155:1,2
169:23 172:15
172:21 217:4
292:13 293:10

**employee's**
44:25
**employees**
27:17 117:24
133:25 135:21
145:10
**employer**  11:8
54:16 222:14
248:14
**employers**
222:12,13,15
224:20,22
248:11
**employment**
14:14 96:13,18
209:2 221:17
234:25 261:23
268:20
**encourage**
77:17 81:12
**encouraged**
81:12 268:19
269:13,15,19
269:23
**ended**  11:4
112:16 209:7
**ends**  107:24
198:3,4,4
**endured**  258:1
**entire**  233:13
**entitled**  37:11
171:21
**entries**  188:1
**entry**  186:24
187:25 189:6

189:20 250:3
**equipment**
57:25 58:4,8
62:6,14 65:14
68:8,23,24
69:24 70:15
71:8 78:13
90:2,6 196:1
228:9
**eric**  1:5,14 2:2
4:6,7 5:8,9,14
9:3 65:19
184:20 219:5
227:6 294:4,5
295:1,2,24
296:1,2,4,12
**errata**  294:11
294:13,16
**erratas**  294:15
**es**  292:4
**especially**
45:21
**esquire**  2:3,13
294:1
**essence**  141:6
**et**  142:11 294:4
295:1,1 296:1
296:1
**evening**  204:15
**event**  19:19
88:3 113:7
**events**  100:19
140:20
**eventually**
71:11

**everybody**
65:13,18
198:13
**evidence**
149:20 278:24
279:8
**evidentiary**
4:22
**exact** 50:4
104:22 153:24
166:15 178:16
179:16 193:16
195:12
**exactly** 11:15
24:22 35:11
94:13 98:14,18
101:11 102:20
177:9 178:12
195:11 200:9
205:6 231:23
232:9 233:24
238:12 259:17
268:14 273:4
288:18
**exam** 123:20
**examination**
3:2 5:19
**examined** 5:17
**example** 22:4
52:3,17 56:23
58:4 68:10
118:1 136:25
**excellent**
128:18 129:7

**except** 188:15
**exchange**
260:24
**excuse** 220:24
250:5
**exhibit** 3:8,9,11
3:13 24:15
25:6 29:14
32:7,9,10 37:4
37:10,14 38:13
172:1 190:20
226:15
**exhibits** 38:12
226:7
**expect** 98:15
267:15
**expected** 38:18
**expense** 125:22
126:1
**expenses**
120:17,18,19
123:2 286:3,5
286:12,19
**experience** 52:3
52:4
**experiences**
267:21
**explain** 165:6
175:16 182:23
184:19 213:8
256:18 264:6
279:19
**explained**
101:12 148:16
175:6 176:5

**explaining**
94:19 174:3
215:2
**explorer**
118:13
**exposed** 47:15
47:16
**extended** 36:14
**extra** 102:6,6,8
124:1

**f**

**f** 1:9 2:11 195:9
**face** 7:14,14
114:17 263:25
**fact** 42:13
147:24 149:18
159:21 168:4
191:13 233:19
263:25
**failed** 109:2
**fails** 294:18
**fair** 13:7,8 53:8
53:12 56:2,3,4
138:6 165:13
209:21 238:14
**fairly** 55:23,25
**faith** 276:16
**familiar** 168:23
168:25
**family** 80:25
85:2,4 120:4
120:14 121:2
122:20 124:17
125:20 127:13
165:17 239:24

240:1,2 257:1
263:24
**far** 21:20 43:24
93:9 96:12,15
181:15 199:3
206:9,12
**farm** 59:22,25
**fastened** 177:3
**fdot** 48:18
**fed** 121:2
**feedback** 209:6
**feeding** 239:23
**feel** 28:17 36:17
72:15,16 115:9
141:22 143:2,3
147:23 158:21
158:22 162:19
219:1,2 239:15
239:18 263:13
264:3,4
**feeling** 115:6,7
267:7,11
**feels** 263:11
**fell** 175:18,20
179:3 180:6
**fella** 218:23
**felt** 212:5
216:16 239:12
**female** 171:5
207:2 209:1
270:14
**ferrovial** 1:10
2:11 3:11 4:9
5:6 14:3,9,15
15:9 16:8,10

**[ferrovial - first]** Page 18

16:11,14 18:24
19:10,11,20
20:20 23:6,16
24:24 26:6
27:11,17 28:24
29:18 32:21
33:2,6 37:11
42:6 46:3
48:17,25 52:13
53:18 54:15
57:24 68:12,17
77:14,17,25
78:4,6 80:15
84:8,9,22
85:12 86:3,5
88:10 97:7,18
116:22 122:6
122:16 125:23
127:5 134:4
136:15 139:18
140:11 141:5
141:10 151:3
151:24 153:16
154:23 155:14
156:6 162:20
164:8,9,11,17
168:6 170:11
171:4,8,22
177:4 190:22
204:10 206:3
208:11,15
209:10 214:14
221:12,17,19
223:12 226:1
226:24 228:11

228:12 229:13
232:1 240:3,24
241:15 250:23
261:22 262:14
263:7 265:1,24
266:5,18,23
267:8,10,21
274:14,16
276:20 277:20
287:23 288:12
289:15,19
290:1,4,7
**ferrovial's**
48:14 209:4
262:21 270:15
270:18
**field** 17:8 21:11
21:12 60:2
128:6,7 251:11
**fifth** 161:17
**fight** 264:20
**figure** 68:1
93:8 139:1
199:3 201:6
207:14 254:10
**figured** 99:14
189:4 193:19
**file** 218:9 224:3
**filed** 11:6 141:5
224:8 225:18
231:13
**fill** 20:19 41:1
75:13 133:14
**filled** 20:20
50:18 60:2

128:7 179:7,9
184:4 185:5
187:4 188:2,18
188:19,20
**filling** 23:4
**filming** 203:24
**financially**
292:15 293:11
**find** 116:18
156:6 226:17
240:24 241:3
241:15 242:24
247:21 252:9
256:19 276:16
**finding** 259:16
**fine** 23:24,25
24:1,11 83:21
87:6 94:3,17
103:19 111:19
128:17 161:19
167:22 173:6
202:10 253:22
268:4 274:5
285:4
**finish** 17:13
35:3 73:10
83:3 113:3,6
267:6,24 274:2
**finished** 28:10
29:7 41:17
135:8,11
**finishes** 9:4
**fire** 44:15 230:4
284:5

**fired** 169:15,17
169:22 170:19
170:23 207:16
214:21 215:4
215:16 237:20
238:3
**firing** 45:5
142:11
**firm** 219:20
**first** 5:15 17:17
18:2 25:4,22
25:24 26:1
27:6,7,8,9,9
29:16 32:13
38:8,13 40:13
40:25 41:9,9
41:10 56:12
57:9,11,13
72:3 78:5
80:24 82:13
94:21 97:8
100:22 101:2
106:5 127:13
138:18,19
139:12 145:21
145:24 148:9
151:8 154:5
159:21 173:10
179:3 198:8
200:18 226:19
231:8 232:6,9
233:7 234:24
235:9,10,18,19
235:20,23
236:24 237:8

237:18,25
240:13 261:6
280:20,22
**fish** 56:15,16
82:12 95:18
98:23,23 212:8
**fisher** 2:14 5:6
**fisherphillips...**
2:17
**fishes** 152:22
**fishing** 56:15
**fist** 195:16
196:22
**fists** 203:8
**fit** 247:6
**fitting** 278:16
**five** 38:25 39:3
39:22 68:17,25
73:1 83:17
85:14,14,15
119:22 170:1
201:10 215:2,9
215:15 290:18
**fix** 51:1 277:9
**fl** 1:19 2:6,16
**flag** 59:12
**floating** 285:7
**floppy** 58:19
**florida** 1:2 4:11
4:14 14:6 15:2
17:7 21:16
48:12 50:15
77:11 116:23
223:20 284:6
292:22

**flowers** 29:25
30:3,18 114:7
114:9 137:24
148:9 154:14
154:18 162:22
165:21 168:15
200:7,15 201:4
204:9 206:18
208:23 255:3
255:20 256:7
256:12 258:5
268:18,24
**focus** 70:25
74:12 131:2
229:16 251:18
268:3
**focused** 70:6
**folk** 98:24
**folks** 56:17,18
158:6 264:11
264:18
**follow** 34:5
**following**
166:13 259:5
**follows** 5:17
**food** 126:17
127:18 212:9
256:14,23,25
256:25 257:6
257:10,13
**foolishness**
239:25
**foot** 90:5
**football** 21:11

**force** 217:15
257:3
**forcing** 282:20
**ford** 118:12,13
176:13 182:19
183:22 188:23
189:7,15,18
190:4
**foregoing**
292:3,4 293:4
296:5
**forget** 177:15
177:22 193:16
205:7
**forgetting**
89:18
**form** 20:19
22:18 23:4,9
39:10 43:20
44:10 54:17,20
55:4 66:4
67:16 77:7
78:8 82:23
88:11,18 92:5
107:11 109:8
109:15 110:20
112:14 128:21
129:23 130:17
131:6 135:3,24
136:17 137:19
138:10 139:6
141:12 142:21
143:6,10
144:22 146:7
146:17 149:9

149:22 151:4
155:11 156:19
157:16 159:8
159:18 172:17
179:23 184:6
186:16 187:6
187:15 188:4
188:21 189:3
189:21 191:11
194:5 202:14
203:6,14,20
204:12 206:6
208:18 210:23
213:19 214:11
214:24 216:5
229:24 230:13
230:20 232:14
234:4 235:2,12
236:10 240:10
240:16,20
241:1,6,24
242:5 245:16
245:19 248:22
249:3 250:6,25
263:8,14 265:2
265:6 266:19
267:9 269:4,8
269:16,20
270:1 271:15
272:20 287:6
288:13 289:20
**formal** 84:3
225:19
**former** 220:7
222:12,15

224:20,22
**formerly** 4:8
**fort** 2:16
**forward** 86:15
  94:10 123:6
**found** 21:6
  57:13 116:20
  148:10
**four** 24:16 39:9
  39:22 43:10,17
  65:15,24 66:8
  66:10,17 73:1
  119:25
**fourth** 31:8
  134:2 175:9
**frankly** 68:12
  68:14
**freedom** 72:16
  233:3 234:2
**frequency**
  266:12
**frequently** 42:2
**fresher** 50:21
**friday** 49:11
**front** 50:22,24
  50:24 58:25
  63:15 64:2
  104:8,8 105:19
  105:20,20,24
  106:21 179:9
  192:25 193:2,3
  195:23 196:2
  196:10,11,18
  197:2,10,11
  202:24 203:4

250:11 253:15
**fuck** 202:12
**fucker** 195:13
**fuckers** 158:16
  158:22 192:1,1
  192:14,20
  195:12 196:21
**fucking** 202:13
**full** 46:11
  130:23 172:4
**funds** 122:24
**funky** 35:5
**further** 116:16
  147:15 148:13
  148:14 166:22
  167:15 187:11
  291:4 292:13
  293:9

### g

**g** 4:1
**gained** 15:5
**garage** 202:5
**garcia** 15:11,12
  16:13 17:17
  42:13,16,22
  44:8,15 45:14
  45:21,22 48:23
  51:19 52:6
  53:4 55:3
  64:23 69:21
  74:10,17,20
  76:15,16 79:7
  84:9,13 91:25
  93:24 95:10,16
  95:24 96:1,13

97:8,16 98:16
99:11 100:14
100:17,22
101:1,14 103:8
103:10 104:4
105:3,7 106:11
106:22 107:9
107:15,17
113:4,9,10
115:20,21,25
128:15,16
132:20 134:6
136:23 138:8
138:15 139:10
140:8 150:9
151:9 153:9,10
153:19,21
154:1,10,19
156:13 157:5
157:10,13,14
158:1,3 160:5
160:7,13
162:16,17,21
165:19 180:25
190:17 191:22
193:23 194:2,3
195:3,8 196:21
197:11 198:3
198:23 199:23
201:9,12
202:11,12
203:4,9,11
210:6 213:1
215:24 229:17
229:21 236:4

243:24,25
244:21 245:1,7
245:9,18 246:8
246:19 248:21
251:20 252:8
253:5,10,13,21
255:25 268:8
272:3
**garcia's** 52:3
  105:14 139:5
  154:15 253:14
  273:11
**gas** 123:2,13
  124:22 125:2,4
  125:5 126:1
**gates** 195:25
**gator** 58:5
  62:18,19
**gators** 62:16
**geared** 117:24
**general** 137:16
**generally** 35:7
  42:5 91:2
  102:21
**gentleman**
  42:13 126:22
**georgia** 15:13
  16:22 20:16
  22:24
**getting** 54:10
  61:19 65:6
  67:21 71:7
  84:9 90:12
  97:20 99:16
  101:13,16,21

101:25 111:7
124:21 125:12
133:22 134:14
148:11,11
165:10 168:16
173:8 181:20
193:15 194:8
201:5 209:11
214:4 225:25
226:23 228:10
231:16 249:17
250:9 275:5,15
276:9,9 279:14
**gift** 122:19,21
123:4 124:19
124:22 125:8
125:10,19
127:2
**give** 7:11,17,23
8:2 9:5 12:23
26:2 29:12
49:25 54:2
79:11 82:4,4,6
96:20,23 98:23
104:16 111:17
116:24 156:15
168:10,12
169:19 178:10
179:21 193:23
219:5 226:6
240:3 272:8
278:25 284:10
285:18
**given** 6:3 32:22
49:20 65:2

123:4 125:6,8
150:25 184:5
245:10 248:19
282:4,7 296:9
**gives** 24:19
56:17 71:15
98:24
**giving** 169:9
209:5 241:13
272:8
**glaring** 198:13
**glommed** 239:6
**go** 9:25 12:16
17:3 23:15
24:10 26:20
31:1,8 34:8
37:16 40:7
46:11,13,19,21
46:24 49:15
50:8,10 52:24
56:15 65:18,19
65:19,21 66:1
66:14,14 69:12
73:10 75:11
79:19,21 80:25
87:7 93:17
95:21 99:3,4
102:17 104:7
108:5 116:16
116:19 118:1
118:22 120:3
131:9 133:2
136:21 146:12
147:13 150:6
157:13 158:23

161:25 163:18
163:19 165:4
170:24 172:19
178:15 182:14
182:17,18,24
182:25 190:1
192:11,16,24
193:1,9,22
194:14 196:24
196:25 200:12
203:3,4 204:21
206:23 208:11
216:22 223:21
225:4 227:8,20
229:15 230:24
234:19 236:20
238:7,25 240:9
243:23 244:19
247:4 253:3,4
253:25 255:1
259:1 260:16
261:9 263:24
264:6 266:25
268:2,17 270:5
273:3,7,19
277:1 279:12
279:23 281:9
281:10,13,17
281:19 285:24
286:1 288:7
289:11,12
**god** 84:3
**goes** 103:1
106:21 217:20

**going** 6:12 7:10
7:20 9:3 10:1
11:4,23 13:6
13:25 24:17
26:2 35:5,13
36:4 37:6
39:20,23 44:25
50:21 53:5
60:12 65:16
69:14,17 77:1
83:5 87:20
92:25 95:20
97:18 98:8
100:1,9,15
101:10 103:21
106:19 107:16
109:23 110:15
110:16 111:2,6
120:17 129:9
130:1 142:25
145:18,20
146:1,9,22
147:17 152:7
152:12 156:22
158:8,23 161:5
161:7,15,16,20
162:14 164:17
167:19 169:15
169:18 176:7
178:2 180:12
182:11 183:3
189:16 191:23
192:5 194:21
200:7,9,11
201:24 209:6

**[going - handwriting]** Page 22

209:12,18
216:13,22
217:3,18,18
220:3,23
222:24 224:15
225:12 226:10
226:14 227:3
233:16,18,24
240:1,2 241:22
252:13 256:25
257:1 258:11
258:23 261:5
261:16,18
262:1,16
264:19 265:21
267:15 268:3
271:2 272:8,10
273:7 276:6
281:18,19,25
282:1,23 283:5
283:5 285:14
285:15,23
287:18 288:23
289:7,15,18
**good** 4:2 5:21
6:1,2 54:23
78:1 85:25
91:16 106:8,12
124:8 141:17
141:20,21,21
142:1,14 180:9
234:21 246:24
247:2 276:16
**google** 243:10
243:12,14

**gosh** 87:2
**gotten** 111:5
134:23 261:18
**gps** 174:16
177:2 178:4,11
178:18,23
179:20,25
180:4,14 182:7
182:7
**grab** 111:18
218:5 226:7
**grade** 123:25
**graded** 228:1
**graduation**
88:3
**grandfather**
21:7,11
**grandfather's**
17:10
**grandpa** 17:8
**granted** 275:3
**grass** 46:16,17
46:17 58:18
**gravey** 59:5,6
**gray** 59:12
**great** 226:8
**green** 59:11,11
**greenville** 15:2
17:6 21:19,22
50:14 65:12
133:5
**grew** 59:20
**ground** 272:8
**grounds** 220:4

**group** 2:4
**grow** 86:16
**grown** 126:16
140:2
**guess** 6:12
50:19 62:15
82:21 87:24
88:2 93:17
99:19 121:13
144:18 153:3
174:20 175:19
185:14 186:12
193:6 198:21
216:19 231:16
243:21 246:5
256:24 258:12
271:1 290:13
**guy** 56:12
58:16 69:19
72:3 104:25
122:4 132:14
134:2
**guys** 47:15 49:3
66:1,1,14
68:11 70:10
71:17 76:9,11
78:18 83:11
89:23 90:2
93:9,21 102:2
105:1,4,5
106:19 107:10
107:16,17
108:2 134:10
135:17 147:13
156:16 193:9

195:9 200:4,11
200:20 202:23
203:3 204:23
204:24 216:14
218:3 248:6
252:13 253:10
255:24 261:12

**h**

**h** 3:5 11:14
223:14 295:3
**half** 97:3
123:16 200:21
274:23
**hand** 5:12
22:17 24:3
25:19 33:11
192:21,23
195:14 224:2
**handbook** 3:9
32:21,22 33:2
33:6,16 34:6,9
155:1,2,10,15
241:21
**handed** 24:14
32:6 33:7,11
33:12,14 34:4
37:9 171:19
177:4 178:9
**handle** 65:16
99:15
**handled** 6:18
**handwriting**
31:4,6,10
32:14,17 34:22
35:11 37:17

[handwriting - hired]                                         Page 23

172:16
**hang**   20:18
194:15,17
195:15
**happen**   16:18
67:19 68:18
87:18 133:19
239:9,10
**happened**
20:12,13 48:7
66:6,8,12
76:11 93:20
94:23 95:23
104:5 108:3,12
108:20 133:20
139:1 143:19
149:15,19
165:7 175:18
191:18 200:4
205:20 207:9
210:17 239:9
239:10 241:20
254:21 255:25
261:21 262:6,8
264:21 265:1,1
266:18,23
267:8 270:12
272:4,15
283:17,17
**happening**
101:15 115:18
**happens**   68:19
94:5 246:6
**happy**   13:11
114:22 159:4

**harassed**   115:8
130:11 136:15
137:6 215:24
**harassing**
253:11
**harassment**
130:14 136:6,8
138:7 141:7
142:20 155:9
212:5 224:25
268:25 269:14
**hard**   169:24
193:11
**harder**   83:10
**harm's**   98:8
**hat**   58:19
169:24
**hats**   59:9,11
**hazards**   284:5
**he'll**   175:16
274:8
**head**   54:23
63:16,18,22,24
89:19 153:11
153:21,22
198:9 217:20
238:2 265:14
**headaches**
265:8,12 266:4
266:9,12 287:3
287:25
**headed**   55:6,10
55:13 258:9
**heading**   189:9
189:10

**healthy**   266:7
**hear**   36:9 93:11
102:25 106:1
106:22 119:12
137:15 174:23
174:25,25
198:21,22,23
202:20 204:2
206:25 207:24
212:11 213:6,7
217:1,1 246:9
**heard**   14:2
16:14 75:2
88:21,22
100:23 101:9
152:13 167:9
181:3 192:17
192:17 196:6
272:23 278:7
**hearing**   5:11
199:10
**heat**   247:13
**held**   42:9 45:13
253:13
**hell**   68:13
**help**   14:24 17:4
102:6,6,8
139:1 192:12
194:8,10
264:21 277:3
**helped**   68:3
**helping**   145:15
**hereto**   292:15
293:11 296:7

**herniated**   9:24
**hey**   14:23 34:6
98:9 209:10
249:23
**hi**   214:20
**high**   114:4
124:1,2
**higher**   124:8
**highest**   123:23
123:23,24
**highlighted**
286:10
**highway**   14:6,8
15:13,13 16:23
30:7 46:18
48:10 52:23,24
52:24 53:15
60:16,22 65:11
68:11 78:25
79:23 89:10
92:21 102:22
105:1 114:3
133:4,4 173:11
182:10 223:21
**highways**   52:23
60:17,18 62:21
229:1 251:11
**hills**   227:20
**hip**   52:19
**hire**   23:6 44:5
44:18 230:2
275:18
**hired**   19:10
48:21,22 49:1
49:9 275:17,20

276:23 278:19
278:21 279:14
279:15
**hiring**  17:4
45:3 78:4
142:11
**hit**  60:17 61:17
227:20
**hmm**  17:23
69:1 119:7
189:1 199:14
228:13 244:1
274:1 287:9
**hold**  18:2
134:23,24
182:15 217:4
285:6,11
289:11
**holding**  86:14
158:11
**hole**  79:21,23
133:8,8,14
**hollering**
139:25 192:17
192:18
**home**  36:5
49:18 65:9
147:11,13
148:6,6 164:13
164:14 165:4,9
165:9 166:10
166:12 168:14
193:10,12,17
193:18 200:7
200:12,13,13

200:20 202:25
204:3,7,21,24
205:7,12,14,24
205:24 207:11
207:14,17,18
207:19 208:1
208:16 216:2
247:13 255:15
255:21,24
263:24 264:6
**honest**  53:20
61:3 79:11
91:6 147:11
**hood**  179:10
**hot**  55:6,10,13
153:11,21,22
258:9
**hotel**  117:4,14
119:1,3,3,4,5
121:9,17,22
122:1 125:22
127:12
**hour**  26:3
91:12,13,18
200:21 248:1,4
248:7 284:8
**hours**  38:18
39:14,15,24
76:24 108:15
108:16 109:3
110:2,15
120:21,24
274:19,25
**house**  51:7
73:22 176:11

189:9,24,24
263:23 264:23
264:24 285:7
**houses**  46:8
**hr**  165:25
166:2,4,5,23,25
167:16,24
168:17 207:2,6
207:20 208:17
209:1 210:12
211:5,6 214:16
214:21 241:15
242:8,10,10,16
242:25 243:1,3
243:8 259:11
270:15,18
271:12
**huh**  223:7
266:2
**human**  53:1
155:4 156:6
168:5 171:5
206:19 209:4
240:24 241:4
241:22 264:4
**hurricane**  60:3
**hurt**  10:8,10,12
11:11 224:1
265:14 271:7
**hurting**  35:25
**hurts**  271:6
**hush**  217:21
272:13

**i**

**idea**  7:11 71:16
104:16 106:10
132:10 182:22
183:5 223:10
241:20 258:21
275:6
**identification**
25:7 32:11
37:15 172:2
**identified**
261:12
**identify**  5:3
166:24
**illegal**  8:1
**immediately**
259:4
**impact**  266:12
**important**
71:19 124:4
234:2
**impression**
179:19
**improvement**
185:24 187:4
**incident**  47:23
103:8 106:19
107:15 108:11
135:22
**incidents**
135:22
**include**  85:17
220:6 233:1
234:3,17

| | | | |
|---|---|---|---|
| **included** 236:7 236:8 | **initiate** 209:2 | **interrogatory** 268:2 270:6 273:20 | 256:15,20 |
| **includes** 220:10 220:19 238:19 | **injuries** 14:1 | | **james** 1:5 2:2 4:7 5:8 27:3 |
| **including** 48:23 236:11 275:6 | **injury** 8:8 11:23 13:18,23 224:1,2 265:20 266:11 283:17 283:17,21,25 284:1,24,25 | **interstate** 46:22 133:8 | 39:7 40:9,16 40:19 43:12 |
| **income** 207:22 284:20,22 | | **interstates** 46:18 | 51:18 56:11,22 59:18 60:9 |
| **incorrect** 28:17 245:14 | | **interviewed** 22:4,6 51:24 86:7 259:13 | 66:17,18 70:4 71:23 73:5 |
| **increase** 26:11 26:13,17 28:6 28:7 | **input** 44:9 | **intimidate** 130:6 160:9 | 74:4,7,9,10,13 74:22 77:3 |
| | **inside** 23:18 43:23 46:10 73:11 105:19 114:8 121:24 122:1 174:13 192:18 196:6 196:16,16 198:20 199:8 264:23 | **introduced** 226:15 | 78:18 79:8 80:15 82:8,16 |
| **incrimination** 161:14 | | **investigation** 210:14 259:9 259:14 | 87:21 88:1,9 89:13 93:4 |
| **incurred** 120:18 | | **isesha** 17:22 | 94:22,24,25 95:4,6 96:2,2,4 |
| **indicate** 249:19 | | **issue** 76:24 95:7 108:13,14 110:25 112:12 124:13 163:12 163:16 | 96:7,10 97:9 97:10 100:15 |
| **individual** 221:11,23 | **install** 15:22 | | 100:17 101:3,8 |
| **individuals** 221:22 | **instruct** 161:6 161:8,20 | | 101:8 102:8,10 102:16,21 |
| **info** 242:24 | **instructing** 161:22 | | 103:7,9,10 104:4,17 |
| **information** 26:19 117:15 243:8 245:14 260:25 | **instructions** 156:14,15 157:6,13 | **issued** 49:23 | 105:15 106:21 107:16,25 |
| | | **issues** 164:23 267:18 287:15 287:15,17 | 113:9 115:20 115:24 117:21 |
| **infractions** 187:12 | **intended** 4:20 | **it'll** 94:8 174:15 | 118:21 121:8 |
| **infrastructure** 1:8,11 2:10,12 4:8,9 294:4 295:1 296:1 | **intentionally** 160:12 | **j** | 124:7,23 127:22 128:20 |
| | **interested** 78:6 163:24,25 271:13 292:15 293:12 | **j** 2:3 294:1 **jacksonville** 26:14,20,21 107:18,19 116:6 128:3 150:22 254:4 | 129:12,18 130:25 133:15 133:19 134:15 139:2,2,4 |
| **initial** 232:2 286:13 | **interrogatories** 261:3,7 | | |

**[james - june]**                                              Page 26

146:2,6,9
150:8,25 151:2
151:11,15,19
156:16 171:9
190:11 192:15
192:15 194:2,3
194:25 196:7
196:20,23,23
197:2,11 198:4
198:18,19
199:4,24
200:18 201:7
202:20 203:4
204:2 205:18
207:9 208:14
209:14 226:7
226:16,20
229:4,8 230:18
238:19,23
239:10,10
240:18 244:21
244:24 245:11
245:11 246:8
251:12,18,23
252:20,25
253:14,21
254:8 255:14
262:24
**january** 28:11
28:13 231:14
**jeopardy**
237:12
**jim** 6:15 218:17
219:15,16

**job** 1:25 7:16
7:17 10:17
15:1,3 22:5
29:21 39:18,20
39:23 40:25
42:7 45:24
46:5 47:1
52:20,22 53:2
53:2,21 57:24
58:1 60:1,1
64:18 73:6,10
75:9,12 77:17
81:13 83:10
84:9,19,25
86:13,22 97:17
97:17 102:5,7
102:21 103:24
104:14 106:14
115:6,7 128:7
131:22 132:11
134:13,19
135:8,12
139:13,14,15
139:18 145:11
145:15 156:9
156:13 164:1
164:25 165:8
165:17 169:23
177:25 178:15
189:10 221:1
224:1 225:25
226:2,9,18,19
227:9 229:12
232:7 235:10
235:11,23

236:24 237:11
237:19,25
239:20,24,25
240:2 254:14
254:16 263:23
267:13 273:1
275:11,12,15
276:3,8 278:19
278:20 279:20
279:25 280:6
284:8
**jobs** 52:15
64:21 73:11
113:22
**john** 1:20 4:3
59:3,4,7 292:2
292:20
**joined** 43:12
51:18
**joke** 56:10
57:13 72:12
115:2,3,3
153:4
**jokes** 56:10,15
70:9 71:24
80:19 81:16,21
81:23 82:12
96:14 98:11,20
98:22 99:20
136:11 137:4
137:10 153:1
161:3 212:15
212:21 214:8
217:14 236:14
237:10

**juan** 14:22
15:10,11,12
16:13,19 55:2
55:6 66:25
72:4,4 73:14
76:12,16 84:8
90:10 93:6
94:1,16 95:2,3
98:19,19 99:8
99:8 100:1
102:15 105:23
105:25 128:14
136:22 139:4
145:22 157:4
178:12,13
193:6 197:24
198:15,22,22
232:4,5,7
240:5 246:12
246:16,16
**judge** 81:2,9
**jug** 114:8
**jump** 9:4 83:4
178:20 183:20
253:3
**jumped** 194:10
**jumping** 36:25
**june** 10:9,11
11:22 26:23
28:14,23 29:2
43:9 57:8
117:2 148:8,8
148:8 165:4
245:8 254:17
255:14,14,15

269:1,10
270:13 275:11
275:15 276:22
279:13 283:15
283:18,23,24
284:16

**k**

**k** 1:9 2:11
**keep** 39:24 70:6
70:22,22 73:23
89:18 94:1
106:7 144:9
217:19 220:2
239:19 278:15
278:20 280:4
**keeping** 239:25
278:17
**ken** 5:5 83:17
160:19 162:3
**kenneth** 2:13
**kept** 31:15
40:10 86:13
93:16 113:25
169:18 170:22
183:20
**key** 2:5
**kicks** 225:17
**kids** 85:5,6,8,14
85:19 118:20
119:22 120:8
263:25 264:7
271:4
**kill** 114:7,7,8,8
**kind** 6:9 53:22
54:14,15 58:5

58:14 64:14
71:17 78:24
80:19 81:10
88:25 106:20
113:5 116:24
138:25 171:7
173:24 209:6
239:6 249:11
264:10 272:18
**kinds** 8:11
**king** 247:24
**kknox** 2:17
**knew** 21:7
29:10,11 33:1
49:8 99:4
122:6 165:8
237:11,19
**know** 6:13,16
12:6,12 13:11
14:9,13 18:4
18:11 19:15,17
20:1 22:10,11
23:5 24:22
27:20 28:16
29:20,23 30:3
30:22 39:3,4
39:20 42:14
44:6,8 46:21
47:9,12,14
48:14,17,21
49:1,2,3,13,19
50:1 51:19
52:1,10,17,18
52:19,20,22,23
52:24 55:14

56:7,22 58:17
59:6,20 60:5
61:3,6 62:10
64:13 65:12,22
67:24 68:10,16
70:18 72:19
73:8,15,20
75:24 76:1,2
79:24 80:4
83:5,5,10 86:4
88:24 89:17
90:1,2,13,21
91:21,22,24
92:3,7 93:18
94:13 95:3
96:23 98:8
99:11 101:2
103:21,23,23
103:24 104:4
104:23 106:6
107:8 108:4
110:15,19
111:3 112:16
112:23 115:7
115:12,24
120:17 121:8
121:19,21,22
123:5 124:13
129:5,6,22,25
130:7 132:2,13
132:15 135:1
142:5 145:13
152:7,8,8
153:24 154:25
155:5,14

156:10,12,12
156:13 157:7
158:11,12,13
158:14,17,18
158:24,24
159:1,4,12
160:22 161:13
164:10 166:14
166:15 167:14
168:25 169:10
169:14,22
170:22 174:11
174:12,13,13
174:14,15,19
174:20 177:20
177:23,23
178:2,11,11,14
178:19 179:15
180:1,3,6,7,8
182:20 183:2
183:16,16,20
183:22 186:13
186:17,18,21
187:4 188:10
188:11,14,17
188:19,22,23
188:24 190:11
190:14,17
192:5 193:20
196:8 197:5,16
200:19 201:1,3
201:25 202:9
205:11 207:1
208:14 209:14
213:12 214:7,9

214:13,15
216:22 218:13
218:14,25
219:8 221:3
226:3 228:7
229:3,7 230:18
231:2,20
233:11,19,21
233:23,23
234:1 235:18
236:22 238:8
238:11 242:1
243:1 244:11
244:14,14,15
246:1 248:10
250:21 252:4
255:3,8 256:11
257:2,8 258:10
259:5,8,11,12
261:13 262:24
264:6,7,13,16
264:21,22
266:15 268:5
269:12,14,18
269:22 270:7
270:14 271:5
271:13 272:10
272:24 273:1
274:13,23
275:4 280:15
281:20,23
283:5,7 286:15
286:19 288:5,7
289:8,8,12,12

knowed   14:11
knowing
  263:24
knowledge
  30:18 45:13
  74:3 229:21
  230:2 261:22
  262:13,21
  288:11 292:10
  293:6
known   4:9 8:11
knows   17:7
  24:22 153:21
  243:3
knox   2:13 3:3
  5:5,5,20 9:9
  17:15 18:8,13
  23:12,14 24:3
  24:13 34:20
  36:12,17,21,23
  37:1 39:13
  44:1 55:1,7,19
  66:7 67:18
  69:6 77:8
  78:12 83:1,3
  83:19,21 84:3
  84:5 87:15,17
  88:14,20
  101:23 103:20
  104:2 106:9
  107:7,12 109:5
  109:10,14,16
  109:18 110:9
  110:21 111:16
  111:20 112:2

128:24 130:5
130:10,22
131:8,18 132:7
135:18 136:4
136:20 138:14
139:9 140:22
141:3,24
143:15 145:2
146:22 147:1
147:16 149:13
150:1 151:7
156:20 157:20
159:10,23
160:20,24
161:1,7,10,16
161:21 162:4
162:12 163:2,4
163:10 172:7
184:7,12,22
187:8,18 190:1
190:3,10
194:12,20
199:19 202:15
203:16,23
204:16 206:11
208:21 210:11
210:24 213:22
215:5 216:7,11
220:14 221:2
221:18,21
222:5 225:4,11
226:6,13 227:1
227:7 228:23
230:1,14,23
231:12,15

232:20 234:9
235:4,7,16
236:13,19
240:12,17,22
241:9 242:7
245:17 247:1,8
249:1,8 250:8
251:1 260:2,7
260:12,15,22
263:10,12
265:7 268:1
269:5,9 270:3
270:4,11 271:4
271:11 273:21
273:24 274:2,9
274:10 277:11
277:14,17
282:6,9,16
283:1,3,11,13
285:9 286:4,9
286:16,18,23
286:24 287:13
288:10,20
289:23 290:12
290:19 291:1
291:10,12
kote   288:19,22

l

l   1:20 11:14
  12:10 223:14
  292:2,20
l5   9:24
label   24:25
  25:3 32:14,17
  171:21

labeled 37:12
lady 50:15
lake 284:6
lane 193:21
las 2:15
lasted 215:9
late 38:23
39:18,18 73:4
108:12 182:25
204:15
lauderdale
2:16
law 2:4 276:6
lawn 197:21
laws 4:22
lawsuit 130:16
141:5 219:13
219:16 224:8
225:18,19
lawyer 7:6,9
30:11 130:24
159:1 204:5
218:14 256:4
lay 15:20,24
lead 161:14
leading 109:9
109:11
leakage 46:8
leakages 46:10
learn 53:2,2
158:5,6 264:17
leave 40:8
52:23 106:17
176:17 197:17
264:24

leaving 145:16
145:16 176:10
189:9,23,24
194:9 239:24
led 84:9 139:22
lee 48:11 60:16
left 5:4 15:17
41:16 43:8
48:25 72:20
73:18 85:15
104:10 127:11
197:10 204:8
223:22 277:20
legal 6:9 8:1
94:9 130:19
131:7 135:25
136:18 138:11
141:13 142:22
143:11 144:23
146:18 149:10
149:23 248:23
249:4 287:7
294:23
length 150:7
letter 3:8 25:3
letting 160:22
169:9 170:22
205:11
level 154:3
licensed 266:22
290:6
lie 63:19
158:25 176:7
248:4 278:17

life 7:21 264:16
288:22 289:17
lift 10:20,21
light 59:12
284:4,14
lights 46:21
likely 40:24
limit 185:24
186:9
line 11:1
129:25 160:22
172:21 173:2
173:15 180:12
188:19 295:4,7
295:10,13,16
295:19
lines 37:17
178:10 201:8
209:10
lips 24:8
list 3:17
listed 19:16
52:14
listen 138:24
140:3 182:13
183:15 184:18
216:13,25
217:15,18
258:2,3
listened 181:3,7
181:8
listening 169:8
171:9 182:15
197:24,24
217:25 272:7

litigation
219:21 220:2
221:6 225:17
286:6
little 23:23
34:25 35:3
40:15 42:6
45:25 62:20
65:11 71:15
73:4 77:2
83:14 89:9
133:22 140:21
160:10 214:22
live 41:24 77:5
182:14,18
llp 2:14
located 14:4
17:3 30:19,21
223:19,21
location 1:17
14:24 66:2,3
68:9
log 38:16
loner 264:13
265:2 287:2,23
long 18:1,10,19
26:17 40:6
41:7,12 50:1
52:10,22 55:14
57:12 61:13,13
70:19 75:10
90:23 104:16
104:23 106:10
132:2 155:7
158:14 159:2

167:4,5,6
169:25 170:2
182:20 207:18
207:19 231:19
247:5 273:21
277:11 281:21
**longer** 40:14
125:2 169:23
**look** 26:1 29:13
29:16 32:16,24
34:22,22,25
35:3,6,6 38:4
80:23 81:9,11
160:13 172:4
173:4,7,15
184:25,25
185:4 242:18
242:20 251:8
254:12 261:15
263:25 274:8
277:19 278:3
282:23
**looked** 81:2,2,3
89:4 114:12,12
192:13,15,15
279:8
**looking** 13:20
80:22 81:16,18
81:19 123:6
259:16 275:15
275:19,21
276:22 277:1,7
286:25
**looks** 35:7,8,9
38:11 173:18

176:19
**loss** 85:9
**lost** 159:21
165:8 273:25
274:5,13 276:7
276:13
**lot** 7:17 10:1
14:2 15:8
26:19 48:4
49:2,3,4 56:7
56:15,17,19,19
59:18 68:11,13
68:14,19 71:16
83:10 91:6
98:20,22 102:5
113:19 131:11
148:21 158:5
167:21 175:17
175:19 180:12
217:23 225:17
234:7,20 240:8
251:16 255:4,6
255:6,7 264:15
267:3 278:10
288:23 289:11
289:13
**loud** 93:11
**loved** 53:21
**lumber** 11:17
**lunch** 90:19,23
90:25 91:4,18
91:22,25 92:3
127:14 163:13
247:13,14,20
247:23 248:1,4

248:7,16
**lunches** 127:15

**m**

**m** 3:15 12:10
223:16,18
**ma'am** 120:5
272:15
**machine** 10:13
10:14,15,16,19
227:16,17,18
228:3,9,17
**made** 44:5
61:12 63:18
97:16,17
100:21 104:14
104:18 107:9
113:4 114:22
126:21 127:17
130:3 139:11
140:8 141:5
145:19,21,21
149:15,19
151:14 161:3
161:22 162:16
162:17 200:12
208:23 212:4
212:21 213:16
225:21 245:9
252:1,7 264:4
269:22 296:5
**madison** 1:19
4:11 14:6 17:3
19:21 21:16,22
21:23,25 27:1
30:19 31:19

43:14 48:12
76:7 77:11,12
114:4 223:20
**maf** 1:9
**mail** 25:18
**maintain**
263:22
**maintenance**
27:22 42:7,25
45:17 46:3
51:16 72:22
132:3 142:7
226:3,5 229:10
237:16
**major** 46:1
**majority** 69:25
148:17
**make** 9:4 22:23
45:3 46:25
47:12 51:10
67:8 81:10
83:13 94:12
98:20 99:25
121:15,23
125:1,4,16
130:7,8 134:9
137:1,15
150:11 151:12
151:19,23
154:14,17
160:13 162:14
162:20,23
208:22 223:21
227:25 249:23
253:8 256:11

270:22 276:7
276:16 277:19
282:14,19
**makes** 55:10
144:19 146:13
147:21,23
235:22,24,25
**making** 84:21
98:21 126:16
130:6,16 143:9
248:20 250:24
286:5
**man** 8:11 14:23
42:17 44:3
53:4 56:19
81:21 98:9,10
98:19 104:7
114:13,14,15
114:21 132:22
135:16 158:16
184:18 207:18
222:8 238:2
242:17 250:14
271:6 283:20
283:22 289:11
**management**
1:9 2:11 4:8
142:13 295:1
296:1
**manager** 29:25
173:2
**mandatory**
92:4
**manifestations**
264:10 266:17

288:3
**manner** 4:23
**march** 3:8
19:11 25:4,10
25:12,23 38:8
38:12 57:9
87:24,25
236:24
**mark** 41:13,17
226:10
**marked** 24:15
25:6 32:10
37:10,14
171:20 172:1
**marriage** 18:11
**married** 18:1
18:10,17,23
19:2
**math** 246:24
274:25
**matter** 4:7
220:13 221:7
280:5
**mcdonald's**
77:5,10 247:23
**mean** 6:15 35:4
47:9 51:16
55:8 63:22
65:15 67:3
68:17 70:3
73:21 76:23
91:2 99:3,7,8
106:20 114:23
117:15 126:9
126:12 141:25

142:1,7 145:7
159:11,11
173:5 175:7,15
178:2 181:22
181:25 186:20
189:19 200:20
205:14 207:13
209:7 214:17
216:15,15,19
218:4 219:17
231:5 234:24
246:4 254:19
267:15 287:16
**meaning**
201:10 203:3
**means** 4:24
186:21 238:12
**meant** 15:8
16:10 99:12,21
134:16 135:11
**meat** 223:24,24
**medical** 263:9
286:3,5,12,19
288:14
**medication** 8:4
8:6,9,10
265:20
**medications**
7:25 8:16,22
8:23 9:10
12:18
**meet** 20:24
**meeting** 20:13
245:3 252:23
253:9,13,14,20

254:2,8,19
**members** 58:9
**memory** 234:21
**memos** 249:20
**men** 126:16
**mentioned** 21:6
21:7 168:20
**mess** 87:11
**messages**
148:18 193:18
249:22
**messed** 11:3
110:16 173:23
173:25 175:5,7
175:7,15
176:25 177:20
177:23 178:1
178:11,14,18
178:19,21,22
179:16,20
180:1,14
**met** 14:21
15:10,12 17:17
30:4,24 42:13
137:25 254:16
**metal** 10:20
**meyers** 223:6,8
223:9,16,18
**miami** 2:6
**mid** 248:11
**middle** 26:1
31:1 133:9,10
**might've**
212:17

**[mile - need]**

**mile** 47:22
**miles** 21:24
  67:12,13 68:17
  68:25 174:21
  201:9,11
**million** 287:1
**mind** 95:15
  263:15,17
**mindset** 82:21
**mine** 25:14,16
  25:16 42:1
  74:2 263:21
**minute** 35:23
  83:17 214:17
  225:5 248:11
  248:12 260:16
**minutes** 106:12
  170:1 181:10
  182:6,14,19
  200:21 201:3
  215:3,10,15
  284:8 290:18
**misread** 246:14
**missed** 157:10
**misspeak** 276:5
**misspoke**
  221:19
**misstates**
  189:22 240:11
  250:7 287:7
**mistake** 28:19
**mistaken** 6:8
  78:15 80:8,10
**misunderstood**
  101:4

**mm** 17:23 69:1
  119:7 199:14
  228:13 244:1
  274:1 287:9
**mom** 27:7,8,8,9
**mom's** 27:9
**moment** 68:5
  90:25 91:1
  190:6 225:25
**moments**
  263:22
**monday** 49:11
**money** 16:8
  285:6,10,12,20
**month** 56:24
  57:1,5,6 96:18
  97:2 112:7,8
  280:5,7 285:18
**months** 16:4,6
  26:6 42:10
  96:9,18 97:3
  113:17 238:13
  238:16,19
**monticello**
  48:13
**morning** 4:3
  5:21 6:1,2,25
  8:17,20,24
  9:11 12:18
  52:17 73:25
  175:3 176:11
  191:20 192:4,7
  193:23 248:11
**mot** 15:3 16:7
  26:15,22 27:24

**28:4 29:7 47:5
  47:7 54:4,6
  107:18,20
  116:3,5,13,17
  127:25 150:21
  163:18 252:24
  254:3 256:14
  257:7
**mouth** 153:25
  177:14 178:17
  179:17 193:13
  193:16 195:13
**move** 61:7
  95:20
**moved** 250:4
**moves** 94:10
**moving** 143:3
  175:3
**mow** 46:16,17
  54:8 58:18
  60:15,15,16,18
  60:22 61:14,15
**mowed** 46:17
  68:9
**mower** 58:12
  58:17 60:24
  197:21 227:11
**mowers** 58:10
  59:15 63:2
**mowing** 47:11
  48:8,9,19
  61:23 68:16,21
  228:24
**mud** 56:16
  82:12 95:18

98:22,23
**mullet** 212:8
**multiple**
  279:20,25
**multiply**
  274:25
**must've** 211:8

**n**

**n** 2:1 3:1,15 4:1
  11:14 12:11
  82:14,15 88:9
  96:3 100:16,23
  103:14 106:19
  113:8 136:12
  212:24 218:2,2
  273:9
**name** 4:3 9:1,2
  12:9 16:25
  17:10 29:20
  37:18 40:6
  94:11 117:7,9
  122:8,10 138:4
  167:9 168:20
  173:4 223:13
  225:19
**names** 9:13
  222:17,19,23
  260:25
**napkins** 114:15
  114:17
**nasty** 216:16
**necessary**
  274:8 296:6
**need** 13:14
  14:24,24 17:4

24:9 34:15
36:13 68:21
89:15 99:24
124:13 125:11
226:22 233:21
233:23 253:3
289:9
**needed**  68:9
77:19,25 125:4
163:2 169:23
221:3 233:22
**needing**  272:25
**negotiated**
262:3
**neither**  34:13
292:11 293:7
**never**  16:14,16
16:17 26:10,17
33:7,14 39:19
39:19,22 54:23
74:21 85:18
89:7 95:15
113:24,25,25
123:8 126:24
127:1,16,17
131:25 134:9
142:2,3,15
143:20,21
148:16 152:12
152:13,14
154:11,12
155:25,25
157:18 164:8
164:24 165:1
165:14,16,16

165:18 167:13
169:17 170:15
170:19 177:15
177:15,22
182:25 183:7
193:16 205:6
213:5,5 221:23
221:23 224:22
229:4,5 232:1
242:3 247:19
247:19,23
249:19,24
251:13,13
262:2 263:1,3
266:4,6,6,6
267:10 268:23
268:24 273:16
289:24,25
290:3,6
**new**  49:3,4,4
70:14 71:8
117:24 120:1
132:14 183:12
280:6 282:24
**nice**  117:13
**nigger**  81:21,23
82:1 89:3
92:17 101:9
102:23 146:10
**night**  108:20
191:7 205:23
206:13
**nights**  121:13
**non**  115:14
161:13

**noon**  90:20
**nope**  106:8
**north**  3:11
37:11 48:11
56:14 171:22
**northern**  1:2
**notary**  4:12
292:21 296:13
296:19
**note**  294:10
**noted**  296:7
**notice**  3:13
147:15 148:13
148:14 166:23
167:15 171:23
**notified**  23:6
177:2
**number**  23:16
76:18,22 251:8
259:18,21
268:2 275:7
**numbers**  24:18
24:18,20 25:3
76:7,9,10,19
**numerous**
242:6

| o |

**o**  2:5 3:15 4:1
11:14
**o'clock**  39:8,9
176:18 260:14
**oak**  77:5
**oath**  39:7
241:11 243:24
244:6,20

**oaths**  4:13
**obey**  185:24
186:9
**object**  130:20
220:3 247:1
**objection**  4:15
5:11 23:9
39:10 43:20
44:10 54:17,20
55:4 66:4
67:16 77:7
78:8 82:23
88:11,18 92:5
107:11 109:4,8
109:9 110:20
112:14 128:21
129:23 130:17
131:5,6 132:5
135:3,24
136:17 137:19
138:10 139:6
141:12 142:21
143:10 144:22
146:7,17 147:6
149:9,22 151:4
155:11 156:19
157:16 159:8
159:18 161:5
162:11 172:17
179:23 184:6
186:16 187:6
187:15 188:4
188:21 189:3
189:21 191:11
194:5 202:14

**[objection - okay]**                                    Page 34

203:6,14,20
204:12 206:6
208:18 210:23
213:19 214:11
214:24 216:5
229:24 230:13
230:20,21
232:14 234:4
235:2,12
236:10 240:10
240:16,20
241:1,6,24
242:5 245:16
245:19 246:25
248:22 249:3
250:5,6,25
263:8,14 265:2
265:6 266:19
267:9 269:4,8
269:16,20
270:1 271:15
272:20 287:6
288:13 289:20
**objectionable**
109:14 137:10
137:13,15
**objections**
130:1,6
**obligation**
276:15 282:10
**observant**
289:1
**observations**
128:19,25

**observing**
288:22
**obstacles**
264:19
**obviously**
149:15
**ocala** 218:19
**occasionally**
36:13
**occasions** 242:6
244:5,5 246:3
**occurred** 88:9
149:2 254:3
255:20
**odd** 237:22
**offended** 71:25
81:17
**offensive** 57:14
**offer** 3:8 25:3
33:18 118:14
118:16
**offered** 33:18
33:22,23
120:12 122:21
122:21 124:15
124:19 125:10
**offering** 257:7
**offhand** 8:15
9:2,21 80:24
152:20
**office** 12:12
14:4 20:22
22:14 23:16,19
27:1 30:19,19
31:20 43:15,19

43:23 68:17
76:8 97:22,23
97:24 102:12
104:7 105:4,8
105:8,9,11,14
105:16,19
106:21 107:21
113:21 126:22
139:5 151:24
191:9 193:2,3
195:24 196:16
196:19 197:6
197:12 203:5
244:10,10,12
244:17 253:14
253:15
**officer** 292:1,2
**offices** 27:18
**oh** 6:15 12:8
15:6 19:1 20:7
24:5 43:22
74:24 81:11
87:2,3 91:3
98:21 101:4
107:13 114:18
115:2 116:18
121:17,19
122:7,16,18
125:14,14
138:2 151:16
155:23 158:22
166:5 170:5
175:25 177:7
179:11 183:13
195:22 218:24

226:8 238:2,18
243:13 256:22
271:6
**okay** 6:21,23
7:2,9 8:13 9:6
9:6 10:8,10,23
11:8,15 12:1
12:16 13:17
14:20 16:1,9
16:12,18 17:12
18:1 19:9,15
19:18,25 20:10
20:12,18,24
21:5,17 22:1
22:12,20 23:1
23:12,20 25:1
26:23 27:1,10
28:3,10 29:5,9
29:15 30:3,6
30:10,13,18
31:1,4,19 32:5
33:1,8,10,24
34:18 35:14,21
36:16,20,22,24
37:9,21,24
38:4,8,23
39:12 40:1,9
40:17,22,22
41:5,12 42:2
42:20 43:17
44:2,5,8 46:2
46:14,14 47:3
47:20,24 48:17
48:21 49:7,16
50:1 51:5,15

**[okay - okay]**                                                Page 35

| | | | |
|---|---|---|---|
| 51:21,24 53:8 | 95:19,22 96:6 | 128:17,19,25 | 167:14,20 |
| 53:17,22 54:10 | 96:12,17,22 | 129:8 130:21 | 168:2,4,18 |
| 55:2,12 57:7 | 97:12,20 98:6 | 131:21 132:2 | 169:2,25 170:3 |
| 57:16,19,21,24 | 98:14,18 99:10 | 132:10,18,23 | 170:10,16 |
| 58:14 59:1,13 | 99:16,23 100:3 | 133:12,18 | 172:6,12 173:2 |
| 60:4,8,12,19 | 100:7,13,21,25 | 134:2,4,13,16 | 173:5,8 174:8 |
| 61:5,25 62:4 | 101:4,17 | 134:21 135:5 | 174:10,16,23 |
| 62:10,18 63:2 | 102:14,17 | 135:10,12 | 175:2 176:2,4 |
| 63:6,8,17,22 | 103:7,11 104:3 | 136:5,14,23,24 | 176:12,15,18 |
| 64:4,23 65:4 | 104:9,15,21 | 137:22 138:1,3 | 176:22 177:7 |
| 65:23 66:11,16 | 105:3,10,19,22 | 138:6,15,25 | 177:11 178:24 |
| 66:23 67:21,22 | 106:1,3,13,18 | 139:4,10,19 | 179:1,6,11,13 |
| 68:3,7,14,20 | 107:2,21,24 | 140:4,7,16 | 180:2,16 181:5 |
| 69:2,7 70:3,6 | 108:2,7,10,23 | 141:4 142:18 | 181:9,13 184:3 |
| 70:14,24,25 | 109:16,19 | 143:19 144:5 | 184:10,13,21 |
| 71:4,7,11,18 | 110:2,18,22 | 144:11,19 | 185:11,19 |
| 72:10,14,21,24 | 111:3,10,13 | 145:7 146:12 | 186:14,24 |
| 73:8,15,19 | 112:11,19 | 148:24 149:14 | 187:19,24 |
| 74:3,6,12,24,25 | 113:13 114:2 | 150:2,6,14 | 188:6,10,17,25 |
| 75:8 76:3,17 | 115:11,17,24 | 151:11,18,22 | 189:6,11,14 |
| 76:21 77:1,12 | 116:2,9,14,18 | 151:25 152:3 | 191:13,17 |
| 78:2,13 79:3,9 | 116:21 117:1 | 152:16 153:1 | 194:1 196:3,7 |
| 79:13 80:1,12 | 117:10 118:6 | 153:12,15 | 196:17 197:2,5 |
| 80:21 81:6,8 | 118:10,14,17 | 154:1,5,9,13,25 | 197:10,14,25 |
| 81:15,24 82:5 | 118:21 119:1,5 | 155:4,8,13,17 | 198:7,12,16,23 |
| 82:18 83:1,22 | 119:10,18,21 | 155:18,23 | 199:15,23 |
| 84:22 85:5,7 | 119:24 120:4,6 | 156:2,5 157:3 | 200:4,14,17,23 |
| 85:13,20 86:4 | 120:9,16 121:8 | 157:5,21 158:1 | 201:5,18,20,21 |
| 87:1,15,18 | 121:11,19 | 158:3 159:15 | 202:7,22 203:8 |
| 88:7,15,23 | 122:7,18 123:4 | 159:24 160:2 | 204:19 205:1,4 |
| 89:25 90:11 | 123:8,12,19 | 160:24 162:2 | 205:9,15,16,18 |
| 91:9,17 92:12 | 125:7,14 | 163:22 164:3,7 | 206:1,12,17,22 |
| 92:18,21,23 | 126:15 127:1,5 | 164:12 165:10 | 207:4,9 209:9 |
| 93:2,7,12,15,21 | 127:14,17,20 | 165:18 166:2 | 209:14,25 |
| 94:20 95:1,9 | 127:25 128:12 | 166:17 167:11 | 211:8,16 |

212:17,20,23
214:1 215:6,14
215:19 216:7
217:22 218:9
218:19,21
219:12 220:17
220:22,25
221:3,14,20,24
222:1,15,17,23
223:3,18,23
224:19 225:12
225:15,23
227:1,16 228:2
228:4,16,19
229:10,15,21
230:24 231:5
231:11,16
232:1,10,21,25
234:12,19
235:8,17 236:3
236:6,21,23
237:2,15 238:6
238:10,22
239:5,18
243:15 244:9
244:16,24
245:3,6,24
246:21 247:11
247:16,19
248:1,16
251:17,25
252:4,15,23
253:2,25 254:6
254:23,25
255:10,12,19

255:23 256:9
257:20 258:7
258:10,25
259:24 260:10
260:15 261:8,9
262:10,13,24
263:4,18 264:2
264:5 265:10
267:12,23
268:7,11
270:12 271:20
272:9,12 273:5
274:9,25
279:11 280:2
280:19 282:12
283:10,12,25
285:2,20,23
286:16,23
287:10 288:5
288:24 289:5
289:10,24
290:13,20
**olas**  2:15
**old**  28:15
   104:25 138:23
**older**  27:8
   120:8 138:23
   140:2
**ole**  61:15
**once**  30:24,25
   35:15,17,20
   40:9 52:25
   53:1 65:9 74:6
   76:24 77:5
   94:21 95:7,16

101:3 127:1
133:20 134:2
134:18 137:25
138:16,16
140:4 150:14
150:14,15,17
156:4 165:3
197:15 202:22
202:24 204:3,7
207:7 211:19
211:22,25
244:21,24
245:10,12,24
245:25 246:2,8
246:17,20
247:15,15
261:4 263:20
274:2,5
**ones**  43:16
   46:24 58:24
   70:1 73:6
**online**  32:24
   34:8,9 243:8
**onslaught**
   238:11
**open**  61:20
   195:17
**opened**  193:13
**operate**  58:9
   62:5,11 228:8
   228:16 252:5
**operated**  43:14
   80:7
**operating**
   59:21 70:11,16

71:9 90:6
   227:10
**opine**  290:13
**opinion**  158:3
**opportunity**
   7:14 115:15
   216:12,20
   240:4 242:3,9
   242:12 271:24
**opposed**  144:16
   144:20 146:15
   237:12,19
**opposite**  92:16
   92:20,24
**orange**  59:7
**order**  83:6
   93:10 239:19
   291:11,14
**ordered**  291:7
**original**  231:12
**orthopedic**
   11:5
**ourself**  192:11
**outcome**
   292:16 293:12
**outdoor**  251:11
**outlined**  38:6
**outrageous**
   55:10
**outside**  51:8
   81:14 98:4
   106:20 120:23
   127:11 196:15
   196:18 197:18
   199:1,2 220:16

247:13,17
258:6
**outskirts** 21:24
**overnight**
73:24
**overpass**
247:20
**overtime**
274:20,22,23
275:6
**own** 49:17
57:23 64:16
85:10 102:4
105:21 118:7
120:13 122:24
122:24 124:16
127:10 134:22
**owning** 234:22

**p**

**p** 2:1,1 4:1
**p.m.** 162:6,9
163:6,9 205:6
225:7,10
260:13,18,21
290:22,25
291:18,20
**packed** 52:25
**page** 3:2,6,16
25:5,22 26:2
29:13 31:2,8
32:13,16 37:16
37:25 171:20
172:19 226:19
247:7 261:9
268:2 270:5

273:19 286:8,9
295:4,7,10,13
295:16,19
**pages** 24:16
34:13,23 37:12
172:8 185:1
226:21
**paid** 42:2 112:3
123:2 147:13
148:11 193:15
193:17 200:11
209:11,18
274:22 275:5
276:9,11
284:21,21,23
285:1
**pain** 8:25 9:15
9:17,18
**pair** 66:1
**pairing** 66:8,13
**pairs** 74:9
**palm** 195:17
196:22
**panama** 12:13
12:13,14
**paper** 33:9
114:19 173:21
174:2 176:6
177:19,24
181:21
**paragraph**
227:4 229:15
230:24 232:22
234:19,22
235:1,24 236:1

236:6,8,20
237:7 238:7,25
243:23 244:19
245:6 247:4
253:4,9,25
254:7,12,12,15
254:20 255:1
255:10,19
256:12 257:25
259:1 260:1,1
268:3,17
**park** 247:21
**part** 42:16
74:13,13,14
123:19 152:1
181:2 199:6
232:25 233:3
233:10,12
234:1 245:4
259:3,13
260:23 273:25
285:25
**participate**
164:5
**particular**
53:17 62:5
69:24 157:10
163:16 166:24
233:12 254:2
270:6 275:24
**parties** 4:16
260:24 292:12
292:14 293:8
293:11

**pass** 20:17
90:12
**passed** 90:8
123:22,23
200:17
**passenger**
92:13
**passing** 16:23
**past** 50:23
133:5
**pastor** 267:2,6
290:10
**pastries** 127:6
**path** 60:6
**patience** 255:5
**pay** 16:7 26:2,5
26:10,10,12
28:5,7 44:24
44:25 45:9
76:24 84:19
112:6 120:17
143:20 147:11
147:13 148:13
166:1 193:10
193:20 204:24
274:16
**paycheck**
109:23 111:6,6
**paying** 84:23
288:22
**pending** 147:7
167:15
**people** 27:11,20
46:8,10 48:23
52:1 65:15,15

[people - point]

70:15 71:9
76:7 113:5
114:21,24
132:15 137:16
159:13 221:6
225:18 259:13
**perfect** 87:10
**performed**
132:11
**performing**
229:10
**period** 207:23
208:6,15
209:23 280:6
**permitted** 4:20
259:19
**persisted**
238:12
**person** 73:13
78:1 94:14
98:25,25 99:14
152:24 158:8
165:24 166:3
171:12 175:9
175:10 181:11
205:19 207:6
208:12,17
209:1 214:16
259:11 266:8
271:12
**personal** 7:21
118:9,18,19
170:7,12 224:4
267:4

**personally**
20:21 58:7
**pesticide**
114:10
**phillips** 2:14
5:6
**phone** 7:8
39:25 40:18
41:4,6 75:7,13
75:14,14 76:10
76:19 148:19
148:19,22
161:2 165:22
166:19,20
168:17 169:24
170:5,6,7,9,12
170:14 171:7
193:18 203:25
204:8,18 205:8
205:20 206:10
207:5,6 211:23
270:12 272:5
**physical** 264:9
266:17 267:19
288:2
**physically**
97:15 159:11
279:12,16
**pick** 62:25
169:4
**picked** 191:5
**picking** 62:20
62:21 66:24
**piece** 33:9 62:5
69:24 70:14

71:8 78:13
90:6 173:21
228:8
**pieces** 57:25
58:8 62:13
68:8,23,24
**piling** 50:24
**ping** 174:6,7,8
174:9,15,23
183:3 188:24
**pinged** 174:2
174:12,22
175:5 176:10
176:17 181:17
181:20
**pinpoint** 39:17
39:19,22 97:4
97:5
**pipe** 51:8
**pipes** 50:19,20
51:6,7
**place** 73:24
115:7 140:20
150:19,20
176:13 206:15
218:25 219:1
247:24 275:24
279:16
**places** 3:18
61:8 145:17
227:19 275:23
277:1,24 278:6
278:13 281:7
**plaintiff** 5:8
286:2

**plaintiff's**
162:10 245:7
256:13 268:20
**plaintiffs** 1:6
2:2 229:18
239:8 259:5
**plan** 185:23
187:3 291:11
**planned** 273:3
**plant** 223:24
**plastic** 63:18
**platform** 10:18
**please** 5:3,12
11:13 12:9
24:3 37:16
83:8 101:19
140:22 146:21
147:1 151:22
169:6 185:4
190:1,2,6
229:19 231:3
236:22 238:7
238:25 244:19
247:4 253:4
254:1,12 255:2
259:1 261:9
270:5 283:7
**plenty** 30:15,15
30:17 141:19
**pllc** 2:4
**plus** 1:17 4:10
**pocket** 121:3
**point** 23:15
41:21 73:19
77:16 81:18,20

**[point - pulling]**                                                    Page 39

95:11 107:25
124:8 129:9
168:4 178:8
180:13 185:1
198:2,3 233:9
250:19,22
258:10,14
269:6 278:22
**pointed**  185:3
**policies**  38:4,6
155:8
**policy**  185:13
**popped**  87:3
**portion**  237:7
**position**  42:9
45:14 79:12
158:11,12
183:8
**possible**  58:18
103:13,17
**possibly**  106:12
281:23 289:18
**potential**  220:4
**pounds**  10:21
**power**  266:12
**preface**  74:8
**prefaced**
143:18
**preferred**
52:16
**prepared**
127:12 130:2
293:3
**pressed**  160:10

**pretty**  9:25
54:23 114:14
124:7 155:6
229:11
**previous**
283:16
**primarily**
117:24 227:9
229:12
**primary**  47:25
**printed**  183:12
186:20 188:11
188:13
**prior**  251:23
288:12 292:5
**privilege**  220:4
**probably**  9:12
21:23,23 23:11
30:4 35:13
40:12,12,15
47:22 80:9
88:4 94:6 97:2
97:10 124:8
137:20 168:10
170:1,4 202:4
202:5 215:2
217:23 221:19
243:12 247:15
247:15 264:20
265:3,16
272:22,22,23
284:3,9
**problem**
109:23 110:19
111:11 112:17

180:10 216:14
257:18 282:2
288:19
**problems**
177:25 180:12
288:6
**procedural**
4:21
**proceeding**  4:5
4:19 6:9
225:24 291:21
293:4
**proceedings**
292:3,5,6,9
293:6
**process**  259:4
260:24
**produce**  161:12
**produced**  4:18
24:23 283:9
**professional**
257:17
**progressive**
3:13 171:22
**prohibiting**
155:9
**project**  29:20
29:25 66:2
67:12,13 68:16
97:21
**promise**  282:20
**promises**
282:15
**promote**  230:8

**pronouncing**
28:18
**property**
139:18
**protect**  59:8
64:13
**protected**
115:10
**protocol**  14:2
167:19,20
**protocols**  14:1
169:9 200:9
**provide**  86:20
240:1,2 281:6
**provided**
256:13
**psychiatrist**
266:22 290:3
**psychological**
267:19 288:6
**psychologica...**
288:5
**psychologist**
266:21 289:25
**public**  292:21
296:19
**pull**  10:24
124:2 226:9
**pulled**  19:25
46:6 59:9 90:7
92:10 173:20
196:1
**pulling**  48:6
79:14 199:7,11

pulls 58:24
227:25
punitive 285:25
purpose 116:3
purposes 94:9
103:18
push 86:15
160:10 272:14
put 46:19 56:13
57:23 123:2
125:5 145:17
148:2 175:10
175:12 176:3
176:16 178:20
239:19 257:4
284:4
puts 276:15

**q**

qualified 292:7
question 9:4
13:1,6,7,14,14
17:14 18:2,3,7
18:11 19:18
20:25 30:12,14
49:7 56:22
67:9 68:15
72:5 82:3 83:4
83:6 91:16
99:19 106:4
110:12 115:19
143:13 146:23
147:18 161:6
161:15,19
162:14,18
182:9 184:21

185:17 191:25
192:6,8 194:19
195:1,2,4,5
196:21 200:18
210:10,20
211:14 213:13
220:5 236:16
244:13 267:6
267:14,25
268:15 274:7
275:19 276:21
280:22 288:9
288:15
questioning
129:25 160:22
questions 7:14
7:17,18,22,23
8:2,3 12:20,23
18:13 30:15
32:12 36:15,19
143:18 170:25
192:10 194:23
210:17,20
217:9,11,25
225:13 231:2
231:17,19
239:2 241:12
261:5,12,14
285:24 291:2,5
quick 36:5
265:14
quickly 277:3
quite 97:13
quote 231:6,6
233:10 275:9

quoted 233:9
233:12
quotes 231:23
232:22 234:12
234:21 235:24
235:25

**r**

r 2:1 3:15 4:1
11:14 12:10
295:3,3
race 130:4,12
131:4 134:7
135:23 136:6
136:16 137:2,4
137:7 138:6
142:20 212:5
215:21 224:22
224:25 237:10
racial 136:8
154:2 238:14
253:11
racially 137:9
137:12 237:9
racism 56:7
98:20,21
232:10
racist 232:12
237:12 238:11
rails 46:18,18
rain 63:15 64:2
rains 64:1
86:22
raise 5:12
106:25

raising 139:25
ramps 46:22
ran 17:8 21:13
rare 157:6
rarely 66:6,8
66:12 156:23
156:25 157:1,2
264:11 266:6
288:1
rate 44:24,25
84:19
rather 170:14
252:5
reach 208:4
209:9 264:22
reached 207:20
209:14
read 31:12 33:5
37:21 38:1
155:17,18,20
155:21 174:2
229:19,20
230:25,25
231:1 236:22
237:6 238:8
239:1 241:21
255:10 268:4
274:4,5 280:11
291:7,9 294:9
296:5
reading 94:12
260:5
ready 40:8
90:12 120:22
216:24 239:3

**[ready - recordings]**

247:9 268:5
270:7
**real**  36:5 264:8
**realize**  239:9
286:4,18
**realized**  68:11
**really**  53:19
56:21 60:25
68:3 70:17
73:17 79:10,11
97:4 99:13,19
126:1 139:23
144:18 148:10
163:23 165:10
168:24 179:20
180:7,15
200:22,24
217:11 225:17
229:16 231:20
266:7 270:8
271:19
**reason**  13:10
13:24 34:12,21
39:6 94:15
98:25 103:22
108:21 144:17
144:21 146:15
149:1,6,20
162:15 176:25
181:13 226:16
232:25 233:12
249:13,16
254:6 256:13
261:13 294:11
295:6,9,12,15

295:18,21
**reasons**  173:24
**recall**  9:13,21
10:6 22:16
25:21 28:2
29:1,4,4 32:1
35:18 37:5,23
41:8,11 44:11
48:16,24 49:2
50:3 51:20,23
63:19,20 70:17
75:19,20 78:15
82:7 90:18
91:16,23 96:15
96:16,20
104:19 107:23
108:22,25
110:23 111:4
111:12,15
112:10,13
116:25 117:7
117:11,20,25
121:10 123:14
126:18,18,20
128:23 129:2,6
132:9,12,17
137:17,18,23
139:8 143:14
144:18 150:20
151:10 153:17
155:12 157:11
163:14 168:16
171:2 178:25
180:17 181:12
181:12,15,16

181:18 185:18
186:17,22
187:10,17,23
190:13,16,19
191:4,6,12,13
191:16 197:9
200:22,24
201:13,14
207:12 210:16
211:3,15 212:2
212:16,19
214:6,6,12
222:6,9,11
230:22 231:13
235:15 237:21
237:21,23
240:15,19
241:2,8,10,14
241:17 244:18
252:9 253:17
253:19 254:5
259:7,10,15
266:14,16,16
269:17,21,25
270:3 275:8
**receipt**  172:20
294:17
**receipts**  126:12
**received**  33:5
282:4
**reclining**  36:7,8
**recognize**
173:3
**recognizes**
226:11

**recollection**
25:24 57:4
89:11 205:4
212:20 257:12
257:15 270:22
**recommend**
188:8,9 284:9
**record**  4:4,5,15
5:3 25:2 36:13
83:7,9,17,23,25
84:2 89:19
94:4 107:4
109:3,13 110:7
111:22,24
112:1 115:13
140:22,23,25
141:2 147:4
161:2 162:1,5
162:7,9 163:5
163:7,9 190:8
199:16 225:5,6
225:8,10
260:16,17,19
260:21 290:21
290:23,25
291:18 292:9
293:5
**recorded**  4:23
108:16 292:6
**recording**  4:18
162:25 292:8
293:4
**recordings**
161:10,12,14
161:23,23

162:21,23
**records** 87:22
  91:15 126:6
  275:14 278:12
  278:15,16,20
  278:23 282:24
  283:4
**recreation**
  21:13,14
**reduced** 143:20
  259:19,22
  292:7
**refer** 24:17
  56:7 119:18
**referenced**
  294:6
**referred** 59:17
  221:5
**referring** 55:18
  234:25
**refers** 239:8
**refuse** 210:21
  211:10
**refused** 256:14
**regard** 56:5
  161:18
**regarding**
  113:3,8 132:24
  163:13,16
  164:4 252:12
  266:22
**regardless**
  91:10,18
  286:21

**regards** 86:11
**regular** 265:13
  265:15
**regulations**
  38:6
**reimbursed**
  123:12
**reimbursement**
  125:25 126:4
**related** 18:14
  292:11 293:7
**relative** 292:13
  293:10
**relatively**
  117:24
**relying** 271:1
**remember** 7:5
  8:14 9:1,2,8
  14:7 22:1 23:3
  25:15,17,20
  27:25 32:22
  35:14,19,20
  37:2 40:5
  43:23,24 50:12
  50:13 51:22,25
  57:12 72:10,11
  75:10,19,22,23
  76:4,5,22 78:3
  78:5 80:16
  81:20,25 84:6
  84:20 86:8
  88:15,23 89:10
  89:25 90:4,15
  96:6,12,17
  98:15,15

104:15,22,25
105:2 106:2
107:22 108:17
109:1,6,19,22
109:25 110:10
111:10,13
112:3,6,9
117:1,4,18
119:1 122:7,11
122:18 123:10
123:25 124:21
125:12,15
126:3,15,25
127:16 128:1
132:8 133:4
138:4,19
139:14 150:18
152:3,5,18,20
152:21,24
155:6,10 157:9
164:3 166:7,13
167:5 168:8,16
168:18 169:7
169:12,13,13
169:18,21
170:10 171:7
172:10,11,11
173:8,18
176:23 181:17
181:20 185:20
185:21,22
187:19,21
191:2,5,19
201:7,11 202:4
202:8,23 205:9

206:8,10,13
207:5 210:12
210:19,25
211:3,9,11,13
211:14,16,18
211:21 212:18
214:1 222:10
222:17,19,22
224:7,11
225:25 226:2
226:23 228:4
231:7,22
233:15,17,20
233:21,22,23
253:18,20
254:2 255:7,24
256:5 259:21
259:23 261:11
268:15
**reminds** 90:22
**removal** 63:6
**repeat** 13:2
  55:21 101:19
  146:20,23,24
  219:14 279:4,6
  286:7
**repeated** 147:4
  190:8 253:11
**rephrase** 44:13
**replace** 48:22
  49:1,9
**reply** 148:20
**report** 197:4
  198:20

**[reported - right]**

Page 43

**reported** 1:20
72:3,3 93:6
108:4,8,9
113:17,17
142:24,25
143:4 147:10
232:3,4,6
233:15 234:6
236:18 240:5
242:6
**reporter** 4:2,3
5:10,18 24:5
34:17 69:3
83:2,23 84:1
101:18,22
107:3,6 110:6
111:22,25
135:14 140:23
141:1 146:23
147:2,4 160:19
160:21 162:2,5
162:8 163:5,8
190:6,8 199:16
216:8 222:2,4
225:6,9 228:20
260:13,17,20
271:1 290:21
290:24 291:6
291:10,13,17
**reporting**
113:9
**reports** 259:5
**represent**
219:13,15,20
219:23

**request** 261:3,6
**requested**
147:5 190:9
292:24
**requests**
260:24
**require** 47:11
131:13
**required** 47:19
62:4 116:23
131:12 251:10
296:13
**requires** 47:21
276:6
**research**
218:23 242:22
243:4,7
**researched**
242:21
**reserved**
291:19
**resource** 155:4
156:6 240:24
241:4
**resources**
168:6 171:5
206:20 209:4
241:22
**respect** 54:24
158:15 159:17
159:22 219:4
**respected**
257:21
**respectful**
158:6,21

177:24 258:13
**respond** 93:22
140:5,6 205:15
**responded**
202:12 261:2
**response** 74:11
89:14 93:5
107:1 135:2,5
153:18 154:9
154:12 221:25
228:18 261:6
**responses**
158:13 273:20
**responsible**
121:5
**responsive**
115:14
**rest** 69:21
120:7 170:22
229:18
**restating**
103:19
**result** 286:17
**resume** 3:17
280:22 281:1,4
281:7,8
**retain** 218:22
219:12,15,17
220:1
**retained**
219:18,23
**retaliate** 143:8
148:4
**retaliated**
130:13 141:6

141:10 142:19
143:1
**retaliating**
143:5
**retaliation**
141:6 143:9
144:6,12,20
146:14 149:21
216:3 225:2
247:3 248:20
249:6,24
250:23 251:9
269:1,24
**retaliatory**
149:2,7 247:12
259:20
**retract** 230:21
**return** 148:23
294:13,16
**returned**
148:22
**reveal** 243:4,5
**revealed** 255:5
**review** 292:24
294:7
**rh** 1:9
**ride** 56:14
57:23 62:25
79:23 92:11
174:21 182:10
182:10
**riding** 62:21
93:16 124:10
**right** 4:2 5:10
5:12 6:21 7:2,9

| | | | |
|---|---|---|---|
| 7:20 8:6,15,16 | 64:4 65:23 | 116:2,9,18 | 162:13 163:11 |
| 9:1,7 10:3 | 67:9,21,25 | 117:4,12,15,21 | 163:15 164:3 |
| 11:18,24,24 | 68:18 69:15 | 117:23 118:6 | 164:12,15 |
| 12:5 13:4,15 | 70:9,12 71:1 | 118:14,21 | 166:6 168:2,8 |
| 13:20,25 14:6 | 71:10,11,14,15 | 119:8,21 120:9 | 168:21 169:2,4 |
| 14:24 15:17 | 71:20 72:16,18 | 120:14 121:8 | 170:6 172:14 |
| 16:1 19:9,15 | 72:21,24 73:13 | 121:11,16,19 | 173:8,14 |
| 20:6,7,8 21:10 | 73:15 74:3,10 | 121:23 122:7 | 174:10 176:2 |
| 21:20 22:1,10 | 74:25 75:5,21 | 122:13,18,25 | 176:14,19,22 |
| 23:3,15,20 | 76:6,17,23,24 | 123:15 124:12 | 176:24 177:9 |
| 24:2,14,25 | 77:2,9,10,12,12 | 124:19 125:16 | 177:11,17 |
| 25:9,11,13 | 78:2 80:4,12 | 125:19,22 | 179:11,18 |
| 26:18,24 27:10 | 81:15 82:18 | 126:6,9 127:7 | 180:13,16 |
| 27:17,25 28:11 | 83:16,18 84:10 | 127:9,14,17 | 181:24 182:7 |
| 28:12 30:16 | 84:12,16,18 | 128:7,9 129:8 | 183:14,18 |
| 31:4,8,12,22 | 85:5,9,11 86:4 | 130:23 133:9 | 184:1,2,5,8 |
| 32:2,16,20,24 | 87:18 88:15 | 134:4,7,23 | 185:20,23 |
| 34:21 35:13,14 | 89:9,13,21 | 135:1,5,10 | 186:2,3 187:24 |
| 35:21 37:2,6 | 90:5,22 91:21 | 137:6,24 | 188:16,25 |
| 38:11,16 39:6 | 92:9,12,23 | 138:18 139:21 | 189:5,11,14,20 |
| 39:20,21 41:3 | 93:12,21 96:10 | 140:10,15,17 | 190:7 191:22 |
| 41:21 42:5,12 | 97:12,15 99:10 | 142:7,8,11 | 192:13,22 |
| 42:23 45:20 | 99:21 100:13 | 143:14,16,22 | 193:22 194:13 |
| 46:14 47:24 | 100:21,23 | 144:5,15 | 195:6,8,15,22 |
| 48:25 49:7 | 101:6 102:17 | 145:18,19,23 | 195:23,25 |
| 50:5,11 51:15 | 103:11 104:9 | 145:25 146:3 | 196:12,20,20 |
| 52:7 53:5 54:5 | 104:21,24 | 147:17,21 | 197:2,5,22 |
| 55:14 57:6 | 105:3,13,18,24 | 149:4,6,16 | 199:1,3,9,11,15 |
| 58:1,5,12,15,21 | 106:3,18,23,24 | 150:2,6,16 | 200:25 201:19 |
| 58:23 59:10,13 | 107:2,24,25 | 151:14,18 | 202:9 203:2 |
| 60:1,13,23 | 108:7,19,23,24 | 154:9,9,23 | 205:15,18 |
| 61:11,13,16,19 | 109:17 110:24 | 155:8,15,23 | 206:5,12,17,20 |
| 61:21,22 62:1 | 111:3,5,10,13 | 157:5,12 159:6 | 207:2,7,11,13 |
| 62:10,13 63:2 | 111:16,21 | 159:17,24 | 212:21 214:20 |
| 63:11,25 64:4 | 112:4,11,13,21 | 160:23 161:21 | 215:17,17,17 |

**[right - roebuck's]**

215:19,21,24
216:1,17
217:22 218:9
218:16,17
219:12,19,22
220:7 222:25
223:20,21,22
223:25 224:16
225:4 226:14
227:1,5 228:4
231:9 232:8,9
232:18,24
233:3,11 234:3
234:13,15,19
235:8,22 236:1
236:4 237:16
237:24 238:18
238:20 239:16
240:25 241:23
243:8,17 245:1
245:4,13 246:1
247:11 248:2,4
248:7,18
249:20 250:2,4
251:5,6,15,24
252:25 253:8
253:18 254:23
255:17,21
256:9 257:8,13
257:14,15
258:11,22,23
258:25 259:16
260:8,23
262:10,15
263:4 264:5,21

265:8,25
268:23 270:17
270:21 271:21
272:2,16 273:8
273:10,19
274:9,11,17
275:9 276:1,4
277:14,18
278:12,24
279:12 280:21
280:24 281:5
281:17,24
283:2 284:10
284:16,19
285:15,16,16
285:19,19,19
285:23 286:10
286:23 288:18
290:14,17
291:3,13,17
**road** 14:22
16:24 20:3
21:24 42:7,14
46:7 47:18
48:10 58:16
65:21 72:21
84:8,13 86:14
89:1 92:18,24
93:17 133:9,10
133:10 134:20
176:13 182:19
183:22 188:23
189:7 190:5
226:3,5 227:24

**roadkill** 229:1
229:2 251:11
251:13,21,22
252:1
**roads** 48:6
133:6 227:25
**robinson** 17:22
18:23 119:15
261:10 262:25
**robuck** 74:10
81:16 156:16
**rocky** 176:13
182:18 183:22
188:23 189:7
189:15,18
190:4
**roebuck** 42:15
43:1 45:17,23
51:17 52:9
55:20,22 56:12
57:1 60:10
64:25 68:7
69:8 71:22
72:8,24 73:13
73:14 74:17,19
74:21 76:14,15
79:7 80:18
81:6,7 82:22
87:19 88:8,16
90:6,10 91:22
92:9 94:21
95:11,17 98:17
100:11,12,18
100:22 101:1
101:15 102:22

104:17 108:24
109:19 113:4
115:22,25
118:1 127:22
129:1,15,19
132:2,19
133:23 134:6
134:14 136:7
136:16 138:7
139:5 142:4,5
150:25 152:4,6
152:17,19
153:6,13
154:18 156:16
161:3,24
162:16,21
164:18 165:15
190:14 201:24
210:4 212:4,15
212:21 213:17
214:9 215:24
231:7,17
235:24 237:9
237:15,20,25
238:15 239:16
240:4,14 244:9
244:21,25
245:1 246:8,11
246:19 248:21
251:20 252:2,4
252:8,11,18,21
253:6 268:9,10
271:24
**roebuck's** 52:3
100:16 113:8

113:11 150:12
151:12 154:15
214:8 217:14
238:10 253:10
253:21 271:14
273:9
**roll** 11:1 58:20
63:12 64:11
**rolled** 89:2
101:9 134:20
**room** 105:17
111:17 120:21
120:22,25
121:1,12,16,23
122:14 127:12
**rooms** 105:21
121:5
**roughly** 214:18
**rude** 36:25
**rules** 4:22
272:8
**run** 50:21
51:13 78:14
111:17 226:7
**running** 42:18
238:1
**russ** 29:25 30:3
30:18 137:24
154:14 165:21
165:23,25
204:9 206:10
206:14
**russell** 268:23

**s**

**s** 2:1 3:5,15,15
4:1 223:14
295:3
**s1** 9:24
**safety** 185:13
**sat** 148:6,6
153:20
**saturday** 50:7
**saved** 76:10
**saw** 19:20,20
19:21 84:8,13
134:9 212:14
229:5 249:19
249:24 251:14
**saying** 17:7
18:9,10,17
35:6 42:22
57:2,3 65:17
69:18 70:22
72:10,17 74:8
88:8 94:1
99:17 102:20
114:23 125:7,8
125:9 126:10
141:20 142:2
143:4 146:5
147:8 148:25
152:3,9,17,19
157:24 165:15
169:13,14,19
169:20 177:9
177:19 179:20
181:16 186:6
186:24 187:3

193:18 198:24
201:7,12
204:25 207:13
210:25 211:16
211:18 218:24
221:16 231:7
231:19 233:17
233:24 237:20
245:20 249:22
255:16 256:4,4
257:5,5 262:18
271:20 272:23
279:3,9 280:3
282:6,16 283:8
285:8 288:18
**says** 24:24
25:14,16,16,22
26:2 29:19
31:5 33:5
94:13,21 99:20
151:14 172:14
172:20,21
173:15,16
182:7 183:23
195:8 196:21
207:16,25
227:10 229:17
237:14 238:1
239:12 244:4
245:6,14
251:10,12
253:10 255:19
257:14,25
259:3,18 260:2
261:20 268:18

270:21 271:21
271:22 275:5,9
276:16 277:4
280:12 283:14
286:2,10,25
**schedule** 72:25
**school** 114:4
**scream** 160:15
**screening**
279:23
**search** 283:4,6
283:8
**seat** 172:10
174:22 175:4
176:6,10,16
177:1,3,8
182:1,11 183:2
183:3 189:19
189:23,25
190:4,12,15,18
214:5 250:20
273:14
**second** 20:18
27:7 38:4 85:3
100:25 140:13
147:2 154:7
162:1 172:19
194:17 226:6
253:4 256:12
258:8 261:6,24
263:4 282:22
**section** 274:12
**see** 24:24 25:4
25:11,22 26:3
29:17,25 31:9

34:8,13,24,24
40:23 49:4
58:16 59:4
60:5 67:3,14
78:6 101:16,20
101:24 104:19
162:18 176:5,9
182:19 183:24
197:6,8 203:24
226:20 232:10
233:20 234:1
234:10 237:13
237:14 241:18
243:22 246:6
249:20 252:9
257:23 265:11
268:21 272:9
285:16,16,16
288:7 289:9
**seek** 14:14
**seem** 207:11
**seemed** 73:3
**seen** 16:16,24
16:25 45:25
46:1 91:15
171:24 172:9
172:12 289:24
289:25 290:3
**sell** 175:11
**send** 200:7
280:22 282:25
283:6
**sending** 202:25
204:24

**sent** 11:3 20:16
22:20 23:7
93:19,19
124:22 147:11
166:9,11
168:14 193:12
200:20 204:3
205:24 207:11
207:14 208:16
216:2 255:15
255:21,24
281:2 282:9
294:14
**sentence**
229:16,18
237:7 256:12
259:3 268:17
270:9
**separate**
105:21 113:23
113:24
**september**
294:3
**serious** 207:19
**seriously**
161:17
**services** 1:10
2:11 3:11 4:9
29:18 33:6
37:11 171:22
**serving** 256:23
**sessions** 36:14
**set** 10:4,7
**setting** 261:17

**seven** 8:11,16
8:22,23 38:20
38:21 72:25
85:13,16 170:1
176:18 215:3,9
215:15
**several** 133:15
244:4,5 257:9
**shaded** 247:20
**shakes** 198:8
**shaunna** 22:10
29:17 76:21
108:24 109:20
109:25 136:25
209:25
**shaves** 227:24
**shed** 98:4
197:20
**sheet** 40:11
41:1,13,17
294:11
**shield** 63:15,17
**shirts** 59:11
**shonda** 43:23
108:18 110:4
**short** 26:17
**shortly** 100:16
111:7
**show** 23:20
37:6 59:12
126:6 177:17
219:4 226:11
226:14 249:11
277:23 279:1,1
281:10,11,17

281:18
**showed** 38:17
102:1 173:19
185:7 196:13
196:14 237:3
**showing** 34:12
**shown** 37:4
173:10
**sic** 43:23 59:5,6
85:25 108:18
110:4 120:5
183:22 274:17
**sick** 266:7
**side** 14:21
15:12 16:24
19:24 46:22
60:16,17 92:13
92:14,15,16,18
92:20,24
102:22,23
133:4 173:11
**sign** 15:14,15
15:16 16:25
19:23 20:5
23:16 33:4
86:14 102:4
177:19 179:14
183:9 184:5
189:7 294:12
**signal** 16:25
177:2
**signals** 15:20
15:22
**signature** 30:1
31:2,9 32:20

| | | | |
|---|---|---|---|
| 34:23 35:7 | 18:14 19:12,14 | 64:12,19,22,24 | 128:6,11 |
| 37:18 172:22 | 19:22,24 20:11 | 65:1 66:14 | 129:11,14,17 |
| 173:3 291:19 | 21:4,9,9 22:3 | 67:23 68:2,6 | 129:21,24 |
| 292:19 293:14 | 22:13,19 24:5 | 69:5 70:5 | 130:18 132:21 |
| **signed**  23:18 | 24:21 25:12,25 | 71:13 72:1,7 | 134:8,12,25,25 |
| 31:13,19,24 | 26:4,7,9,12,25 | 74:5,24 75:1,4 | 135:15 137:5,8 |
| 33:8,9 35:8 | 27:5,19,21,24 | 76:18 77:15,19 | 137:11,14,17 |
| 38:11 41:4 | 27:24 28:2,9 | 78:9,11 79:15 | 137:21 138:2,9 |
| 102:3 177:24 | 28:20,22 29:6 | 82:17,17 84:11 | 138:13 139:20 |
| 179:7 181:21 | 30:2,7,23 31:3 | 84:11,15,21,24 | 140:9,12 |
| 181:23 184:24 | 31:7,11,14,16 | 86:6,10 88:13 | 143:17 144:7 |
| 185:2,6,17,25 | 31:18,21 32:8 | 89:12,16,16,18 | 144:10,14 |
| 186:7,14,18,25 | 32:15,19,23,25 | 89:20,20 90:17 | 149:12,17,25 |
| 187:5,13,22,22 | 33:3 34:7,15 | 91:14,20,23 | 150:13,20 |
| 188:1,2,25 | 34:16,19 36:20 | 92:1,6 93:23 | 151:1,1,21 |
| 189:2,4 226:20 | 37:20 38:2,10 | 94:18 95:13,25 | 153:2,7 154:11 |
| 237:3,5 250:2 | 38:15,15 40:5 | 96:11,20 97:25 | 154:16,20,24 |
| 250:4,12,18 | 41:15,18,18,20 | 99:22 100:5,5 | 156:8,18 157:8 |
| 294:19 | 41:23 42:8,11 | 100:20 101:5,5 | 157:18 158:2 |
| **signing**  35:15 | 42:15,24 43:2 | 103:6 104:12 | 160:4,6,8,11,14 |
| 35:19,20 37:2 | 43:4,7,11,13 | 107:4,5 108:1 | 160:16,18 |
| 37:24 226:1 | 44:4,16,19,21 | 109:7,21,24 | 163:1,14,17 |
| **similar**  276:20 | 44:23 45:1,4,6 | 110:8 112:5 | 164:6,10,21,24 |
| **simple**  65:20 | 45:8,10,12,19 | 113:1 114:11 | 165:2,5,23 |
| 183:19 233:19 | 46:15 48:9,20 | 114:11 116:1,8 | 166:8,11,14,20 |
| **simply**  250:2 | 49:12,24 50:3 | 118:5,16,25 | 167:1,3,18 |
| **single**  161:13 | 50:7,13 51:9,9 | 119:9,11,14,20 | 168:22 169:5 |
| 161:19 | 51:14 52:5,8 | 119:23 120:19 | 171:1 172:3,13 |
| **sir**  5:18 6:1 7:1 | 52:12 53:7,16 | 122:9,15,17,21 | 172:18 177:13 |
| 7:7,12,19,24 | 54:9,11,13,18 | 123:7,10,17,18 | 179:5,12 |
| 8:18 9:11 | 55:16 56:25,25 | 123:21 124:18 | 180:21,23 |
| 11:20 12:15,21 | 57:15,17,20 | 125:21,24 | 181:1 185:10 |
| 12:25 13:5,8 | 59:16 61:22,24 | 126:2,5,14,18 | 186:3 187:10 |
| 13:16,19 16:11 | 62:2,12 63:3,5 | 126:23 127:4 | 187:20,23,23 |
| 17:18,21,25 | 63:7,9,24 64:8 | 127:19,24 | 188:5 189:13 |

**[sir - son]**

| | | | |
|---|---|---|---|
| 190:19,23 | 230:5,7,9,11,17 | 274:21,24 | 228:3,9,16 |
| 191:6,16 | 231:4,10,25 | 276:14,18,24 | **skids** 79:24,25 |
| 194:24 195:7 | 232:24 233:2 | 277:25 278:2 | **skills** 226:22 |
| 195:18 196:9 | 234:14,16,18 | 280:18,23,25 | 292:10 293:6 |
| 197:8,13 198:6 | 235:6 236:2,5 | 281:3,3 285:21 | **sleep** 36:8 |
| 198:25 199:17 | 236:5,18,18,23 | 285:22 287:12 | **sleeping** 36:8 |
| 199:22 200:1,3 | 237:17 238:5,9 | 287:24 288:4 | **slow** 101:10 |
| 200:16 201:13 | 238:21,24 | 289:4,16 290:2 | **slowly** 92:11 |
| 201:15,15,23 | 239:4,14,17 | 290:5,8,11 | **slurs** 253:11 |
| 202:17,19,21 | 241:16,25 | **sit** 60:1,1 79:17 | **smaller** 79:19 |
| 203:1,7,10,13 | 242:2 243:6 | 116:12 120:23 | **smart** 218:23 |
| 203:18,22 | 244:3,15,23 | 134:10 139:17 | **smith** 2:4 |
| 204:1,6 205:17 | 245:2,5,25 | 209:21 213:17 | 219:20 |
| 205:22 206:1,4 | 246:22 247:10 | 284:8 | **smoke** 13:10 |
| 206:16,21 | 247:18,22,25 | **site** 65:18 69:9 | **snatch** 10:24 |
| 207:3,8 208:1 | 248:3,9,13,17 | 69:20 93:18 | 11:2 |
| 208:3,5,8,10,13 | 248:25 249:18 | 97:19 104:10 | **soak** 13:10 |
| 208:20,24 | 249:21,25,25 | 106:14 173:20 | **soaked** 50:25 |
| 209:8,13,16,20 | 251:4,7 252:3 | 175:1 194:9 | **social** 266:22 |
| 210:3,5,5,7,15 | 252:6,14,17,19 | **sitting** 29:22,24 | 290:6 |
| 210:18 211:1 | 253:1,7,24 | 36:6 58:16,21 | **solutions** |
| 211:11,17 | 254:18,18,24 | 66:25 67:4 | 294:23 |
| 212:6,22,25 | 255:11,18,22 | 98:7 102:11 | **somebody** |
| 213:14 214:3 | 256:6,8,8,10 | 105:7 131:14 | 44:15,18,20,22 |
| 215:13,25 | 257:17 258:17 | 155:20,22 | 48:22 49:8 |
| 216:10,18 | 258:24 259:23 | 193:4 245:4 | 68:24 78:4 |
| 218:11,18,20 | 260:5 262:16 | **situated** 47:1 | 141:25 168:5 |
| 221:9,13 222:3 | 262:18,20,23 | 205:13 | 172:24 198:12 |
| 222:14 224:6,9 | 265:23 266:10 | **situation** 54:24 | 207:15,24 |
| 224:21,24 | 266:20,24 | 80:22,23 81:1 | 210:12 241:22 |
| 225:1,3 226:12 | 267:1,10,20,22 | **six** 85:6,8,14,17 | 275:7 276:6 |
| 226:25 227:15 | 268:6,22 | 85:18 | **someone's** |
| 227:23 228:6 | 269:11 270:10 | **skeevy** 35:4 | 133:11 217:21 |
| 228:20,22 | 270:16,20 | **skid** 227:16,17 | **son** 85:10 |
| 229:9,14 230:3 | 273:10,10 | 227:18,20,23 | |

| | | | |
|---|---|---|---|
| **soon**  9:25 | **sounds**  28:11 | **speed**  185:24 | 197:23 198:19 |
| **sorry**  10:11,11 | 271:23 | 186:9 | **start**  16:1 |
| 24:5 25:17 | **south**  48:11 | **spell**  11:13 12:9 | 25:23 32:13 |
| 28:14 34:18,19 | **southeast**  1:18 | 223:13,16 | 38:18 56:9,21 |
| 36:9,25 42:5 | 4:11 | **spine**  8:10,25 | 58:10 81:19,24 |
| 55:24 57:22 | **spaces**  62:15 | 9:16,18,19,22 | 82:8 88:4 96:7 |
| 69:4,11 70:10 | **speak**  20:1,5 | **split**  65:20 | 98:1 190:25 |
| 70:23 81:22 | 34:15 38:16 | 113:22,22,25 | 195:25 227:3 |
| 83:12 85:8,13 | 40:19,20 72:19 | 113:25 152:12 | 250:13 274:11 |
| 87:2,3,5,16 | 72:19 73:17 | 152:13,14 | **started**  14:10 |
| 94:1 101:6,18 | 100:17 180:4,7 | 252:13 | 19:9 23:17 |
| 104:25 106:6 | 180:15 191:22 | **splitting**  152:11 | 33:1 40:13 |
| 107:3 110:6 | 191:25 232:10 | **spoke**  95:11 | 42:6,12 43:5 |
| 119:14 121:25 | 232:19 233:18 | 96:13 207:7 | 43:18 49:21 |
| 132:22 134:16 | 258:5,8,9,13,15 | 213:21,24 | 52:7,10,11 |
| 135:16 139:16 | 258:18,20 | 232:3 244:25 | 56:10,11 57:2 |
| 144:3,9 151:18 | 267:2,3,6,10,11 | 245:1 253:14 | 57:3,5,6,7,9 |
| 156:24 162:22 | 267:13 276:2 | 253:21 263:3 | 65:3 70:11 |
| 166:5 167:20 | 281:22 285:2 | 270:18 | 71:23 73:5 |
| 174:4 194:16 | 287:8 289:8 | **spoken**  167:11 | 81:10 82:8,13 |
| 213:4 216:8 | **speaker**  171:9 | 200:14 234:7,8 | 82:16 85:10,11 |
| 222:2 228:20 | **speaking**  82:2 | 262:25 263:1 | 87:24 88:1 |
| 231:1,18 | 144:9 152:24 | 290:6 | 96:8 97:7,9 |
| 246:14 255:6 | 285:6,6 | **stacey**  168:23 | 132:3 151:2 |
| 261:11 263:2 | **speaks**  136:19 | **stacy**  138:3 | 153:16 154:21 |
| 268:24 277:22 | 235:3,13 250:6 | **stahl**  223:6,8,9 | 159:21 195:16 |
| 287:22 | **specific**  96:21 | 223:15,16,18 | 195:21 196:12 |
| **sort**  228:8 | 96:25 214:17 | **stamps**  46:20 | 202:24 226:1 |
| 239:11 | **specifically** | **stand**  35:23 | 226:23 229:8 |
| **sorted**  205:25 | 58:3 87:25 | 36:4,13 47:22 | 233:8,8 240:6 |
| **sound**  26:24 | 146:12 152:18 | 184:16 197:16 | 254:20 277:20 |
| 55:10 117:4 | 168:18 259:2 | **standing**  36:6 | 280:6,18 |
| 123:15 127:7 | 266:9 | 36:19 65:22 | **starting**  97:11 |
| 168:23,25 | **speech**  72:16 | 126:15 178:13 | **starts**  194:25 |
| | 233:3 234:2 | 178:13 197:19 | |

state   4:13
    116:23 277:5
    292:22
stated   177:10
    210:21 244:6
statement   31:5
    83:7 155:19
states   1:1
stay   39:17 49:3
    86:18 119:2,3
    176:13 193:18
    205:12,14,24
    208:1
stayed   119:4,6
    120:4 121:9,12
staying   73:4,4
stemming
    286:3,12
stenographic
    4:24
stepped   219:3
steve   15:2 17:6
    21:1,3,4 22:6
    33:17 51:2,24
    54:19 77:25
    79:10,11 99:5
    99:5 105:8
    110:17 111:1,1
    111:2 112:20
    113:21 116:20
    121:6,14,23
    128:11 133:15
    134:15,24
    137:9 147:12
    152:2,5 158:23

173:4,7,13,18
    177:4 179:17
    185:15 192:16
    193:1,5,6,9
    196:11,24
    197:17 203:24
    204:14,20
    228:15 246:11
    246:13 250:14
steve's   23:18
    105:23 135:1
    155:22,23
stick   10:13,15
    10:16 62:22
    109:15
sticks   10:19,22
    46:20
stipulation
    4:25
stoddard   22:10
    29:17 76:21
    112:19 137:1
    209:25
stole   175:12
stop   11:21 64:2
    64:3 92:10
    99:24,25
    182:24
stopped   43:9
    182:12 276:8
stopping   20:8
store   134:19
stores   182:24
story   26:17

straight   61:14
    182:25 183:1
straighten
    124:14
strange   235:17
street   1:18 4:11
    176:19,20
    183:17,20
    186:25 189:16
stressful
    265:14
stressing
    281:12
strikes   237:22
strip   61:15,17
strips   46:25
    60:17
stuck   10:25
    132:14 146:5,8
stuff   26:16
    46:11,12,13,20
    47:1,2 48:6
    49:4 50:19,20
    56:7,17,19,20
    58:5 62:17
    63:1 65:16
    70:2 79:20
    80:19 82:13
    108:6 113:19
    114:6,7,8,9,22
    120:3 127:6
    147:10 148:17
    148:20,21
    159:3 169:24
    175:18,19

183:13 188:14
    191:15 192:20
    193:7 216:13
    216:21 217:16
    219:1 232:22
    233:10 238:23
    264:16 267:3
    267:16 272:22
    276:2 278:11
    285:21 289:6
    289:12
subjected
    136:6
submitted
    126:12 278:14
    281:7
subscribed
    296:14
substantially
    276:19
sue   223:25
sued   221:8,10
    221:16,22,23
    221:23,24
    222:10 224:20
    224:22
suffered   138:7
suffering   287:5
suing   221:6
    222:7
suite   2:5,15
suites   117:3,7,8
    117:16
sun   13:10
    63:23 64:7,10

67:5 90:21
102:12 114:25
131:13 132:14
132:24 133:7
133:18 134:6
134:10 135:20
143:24,25
145:16 146:6,9
213:17
**sunday** 50:8
**superior** 45:14
**supervisor**
55:15 132:20
158:4 159:7
**supervisory**
229:17
**supplemental**
261:6
**supplementals**
260:9
**supplemented**
261:3,4
**supposed** 23:2
26:12 86:20
123:1 148:3
181:23 209:11
**supposedly**
212:4 234:12
234:21 254:9
266:23
**sure** 9:4 22:23
30:17 35:24
46:25 47:12
51:10 97:21
104:14 115:19

121:15,23
125:4 134:10
162:4 173:5
187:25 188:2
202:11 231:20
249:23 253:8
267:5 270:13
270:23 273:23
**surgery** 9:25
10:2
**surprise** 286:6
**surprised**
103:3
**surprising**
94:24,25
**survey** 75:14
75:15
**survey123** 75:3
75:22
**surveys** 75:6,20
**survived**
284:19
**suspend** 44:20
147:25 148:1,1
148:1 230:10
**suspended**
107:10 140:14
144:5 147:9,9
147:11,15
148:12,14
149:1 154:8,13
154:17 165:3
166:1,22
167:14,23
168:1 190:25

191:1,8 193:20
204:19,21,22
209:23 210:1
244:8 246:10
255:25
**suspension**
45:7 144:16
147:9,18 149:2
187:13 191:3
191:17 209:19
256:14
**swear** 5:11
**sweat** 114:21
114:24
**sweating**
114:13
**sweats** 114:24
**switched**
220:13
**sworn** 4:16
5:15 6:24,24
246:5 292:5
296:14
**system** 121:15
186:12

**t**

**t** 3:5,15,15
223:14 295:3,3
**table** 148:2
**take** 4:4,12 6:2
8:4,5 13:9,12
13:15 26:2
80:25 83:17
90:23,24,25
91:10,11,11

120:14 122:22
124:16,17
172:4 216:12
216:20 259:19
265:18,20
271:10 274:8
282:23 285:18
290:18
**taken** 4:7 292:3
292:12 293:9
**takes** 94:22
182:20 279:24
**talk** 14:3 55:11
60:12 71:14
72:12 77:1
78:3,5,6,7
81:14 87:19
94:22 95:15,19
95:21 100:1,9
100:16 104:8
108:2 111:1
112:20 113:2,5
130:25 138:18
138:21 139:24
140:18,19
150:10 158:6,9
158:13 166:6
182:15 189:16
190:24 197:24
198:18 208:12
213:10,10
216:24 217:20
233:11 238:10
240:13 246:4
246:12 247:3

262:9 264:11
264:22 267:16
267:18 272:10
272:25 273:25
274:3 289:25
290:3,9
**talked**   17:6
59:18 80:4
84:8 87:19
95:16 97:8
104:4,13
108:18 111:1
115:20,21
120:12 122:2,4
131:1 138:22
150:7 154:10
158:8 164:24
165:24,24
166:3 169:5
171:18 185:21
190:3 193:5
198:15,22
200:6 203:5
207:2 211:22
214:9,13,22
224:14 228:25
229:11 238:22
243:19 255:13
255:14 262:2,5
266:21 270:23
271:12
**talking**   12:16
16:19 23:5
51:6,7 58:3
60:24,25 72:22

74:23 78:14
80:14 81:4,6,7
82:14 83:11
91:2 92:12
94:14 95:21
99:13 102:18
105:25 106:10
107:16 116:7
132:19 135:20
139:11 152:9
156:9 170:22
196:11 198:12
203:9,12
217:16 228:5
234:20 237:10
239:16 250:14
253:5 254:15
254:20 258:21
272:5,11,23
**talks**   106:22
198:23 199:23
227:9 228:24
**tallahassee**   1:3
**tarquin**   6:15
218:17 219:16
219:23 220:2,7
220:11,16,21
**task**   53:17
268:10,13
**tasks**   46:5
52:15 268:8,9
**teach**   116:12,16
**tech**   42:25
45:17 46:3
77:20,22,23

80:5 132:3
142:8 237:16
**technician**   42:7
**techs**   51:16
72:22
**tell**   5:16 8:22
33:24 50:3
52:2 53:5 58:6
58:15 62:18
80:18 107:13
108:19 110:11
117:2 120:10
129:12,14,15
137:9 140:3,7
140:10 145:7
151:22 161:22
164:22 167:25
169:6,11 173:9
178:2 185:4
189:24 191:17
202:11 204:20
212:3,7,13,23
213:1,11,13,15
213:18 214:4
214:18 216:21
216:23,23,25
222:6 229:4,19
238:2,23
242:12,16
243:7 251:3
256:11 257:25
258:4 262:1
263:5,10
272:14 273:6
282:18

**telling**   40:21
42:19 72:11
86:8 110:10
138:21 139:24
148:25 152:5,8
171:2 179:1,2
182:4,13
183:13,21
184:4,14
186:15 210:13
210:16 213:12
214:8 217:10
217:11,12
227:17 232:17
232:18 237:18
255:24 256:7
271:23 278:13
280:17 281:5
281:15,16,17
282:1,5
**tells**   200:20
205:24 255:23
**ten**   106:12
170:4 181:10
182:6,13,19
200:21 201:3
224:10
**terminated**
144:11 208:17
209:2 214:19
283:14,24
**terminating**
259:4
**termination**
144:20 146:13

| | | | |
|---|---|---|---|
| 146:14 147:19 | 280:21 287:7 | 184:25 185:3 | 261:18 264:25 |
| 149:14,15,21 | 294:9,17 296:8 | 188:8 189:5 | 269:13 289:14 |
| 187:13 206:25 | **texas** 207:20 | 193:20 217:24 | 289:18 |
| 284:2 | 243:2 | 233:25 257:22 | **think** 6:5,7,13 |
| **terms** 45:24 | **text** 148:18 | 263:4 265:14 | 6:21 12:22 |
| 49:10 53:3 | 193:17 204:14 | 268:4 274:4 | 18:14 30:11 |
| 72:25 75:2 | 205:7,9 206:13 | **things** 11:24 | 35:10 58:14,22 |
| 127:20 251:8 | 208:9 249:22 | 37:25 45:23 | 59:17 63:20 |
| 262:21 268:7 | 255:16 | 46:4 47:25 | 71:5 77:6 |
| **territory** 68:13 | **texted** 205:5 | 48:18 50:11 | 78:23 84:18 |
| **test** 20:17,17 | **texting** 205:20 | 52:14 54:12 | 88:3 93:24 |
| 22:20,23 23:8 | **texts** 205:23 | 57:2,3 58:4,22 | 98:21 99:3,8 |
| 46:25 279:23 | 207:25 | 62:24 67:24 | 99:12,20 |
| **testified** 5:17 | **thank** 5:10,18 | 75:18 87:18 | 104:24 108:18 |
| 84:7 100:14 | 36:11 37:8 | 99:1 101:15 | 112:19 113:2 |
| 142:10 151:9 | 68:14 87:4,14 | 102:5,11,13 | 122:10 127:21 |
| 204:9 206:22 | 101:22 106:5 | 120:18 132:19 | 127:22 128:4 |
| 207:9 229:3,7 | 107:6 147:3 | 135:19 136:7 | 128:20 129:1 |
| 242:6 243:24 | 150:3,4 160:24 | 136:11 141:15 | 137:6,18 153:3 |
| 244:20 246:2 | 163:3 221:3 | 143:19 152:6 | 155:13 160:9 |
| 258:15 | 222:4 226:11 | 152:10,17,18 | 165:21 168:13 |
| **testify** 261:16 | 227:1 291:17 | 156:11 161:24 | 168:20 171:10 |
| 261:20 | **thanks** 124:20 | 163:12 165:14 | 171:10,13,17 |
| **testifying** 292:5 | 163:4 | 194:22,25 | 204:14 213:15 |
| **testimony** 28:3 | **themed** 237:10 | 201:18 213:13 | 213:24 217:25 |
| 91:17 94:7 | **theyself** 145:17 | 216:4 217:23 | 218:4,19 |
| 96:8 125:9 | **thing** 38:4 | 219:11 221:7 | 228:25 236:17 |
| 155:13 162:15 | 58:22 64:14 | 225:17 226:22 | 237:5 243:19 |
| 189:22 194:1 | 71:16 84:22 | 229:22,23 | 243:21 247:5 |
| 202:22 203:2 | 86:19 88:25 | 233:6,7 234:8 | 248:3,3,21 |
| 206:24 207:4 | 95:4,6 97:5 | 234:8 236:3 | 252:23 254:10 |
| 235:23 240:11 | 116:6 123:1 | 237:20 238:1 | 260:11 263:10 |
| 245:10 246:5,7 | 125:6 131:19 | 239:9,10 | 265:5 267:14 |
| 250:7 251:17 | 159:3 169:21 | 247:11 251:9 | 277:3 290:9,15 |
| 251:22 252:10 | 182:8 184:18 | 255:3,5 261:1 | 290:15 |

**[thinking - told]**

| | | | |
|---|---|---|---|
| **thinking** 84:25 | 17:17 22:9 | 215:19,23 | **title** 86:13 |
| 132:21 238:4 | 30:4,15 36:5 | 216:1 218:25 | 102:6,7 |
| 246:14 | 39:19,23 40:11 | 219:1 231:19 | **titles** 131:24 |
| **third** 29:13 | 41:1,13,13,17 | 232:21 233:16 | **today** 6:2 7:13 |
| 31:1 87:24 | 43:10 46:3 | 239:23 240:23 | 7:21 13:9 53:6 |
| 88:5 96:7 | 50:4 60:21,22 | 241:3 244:8,8 | 53:9,13 74:14 |
| 175:9 268:3 | 66:13 73:5,9 | 246:9 247:16 | 94:7 169:15 |
| **thought** 89:7 | 75:18 83:11,19 | 247:22 252:11 | 171:24 209:22 |
| 95:14,15 | 84:12 89:22 | 252:15 260:12 | 237:4 |
| 109:23 219:6 | 90:3,4,15 | 270:17 274:23 | **together** 6:17 |
| 238:1 261:25 | 91:15 96:19 | 276:10,22 | 17:2 18:22 |
| 270:24 | 97:3,8 98:23 | 277:11,20 | 65:25 66:9,10 |
| **thousand** 19:7 | 100:13,25 | 279:24 280:5,6 | 89:13 104:6 |
| **threaten** | 103:5 104:22 | 284:15 291:11 | 105:5,16 114:1 |
| 203:11,17,19 | 104:23 111:17 | 291:15 294:18 | 114:1 118:22 |
| **three** 16:4,6 | 113:14,20 | **timeframe** 82:5 | 133:25 152:15 |
| 18:17,20,21 | 120:1,2 127:13 | 97:1 294:8 | 252:22 |
| 26:6 39:8,22 | 129:20 138:19 | **times** 35:9 | **told** 7:10 21:17 |
| 42:10 43:5,18 | 138:19 139:8 | 40:10 45:20,22 | 22:23 26:13 |
| 45:21 48:23 | 139:12 140:13 | 47:9 50:5 | 28:4 30:11 |
| 65:1,15 66:19 | 145:20 152:4 | 65:25 66:19 | 39:7 40:9 51:2 |
| 67:10,11 70:7 | 153:5 154:5,7 | 67:11 69:19,19 | 51:25 53:24 |
| 72:25 74:15 | 155:21 158:16 | 71:21 74:16,19 | 62:7,8 74:8 |
| 113:16 120:21 | 159:20 162:19 | 91:6,22,24 | 80:16 81:17 |
| 123:18 129:3 | 164:7 167:17 | 92:2 113:10 | 88:7 93:24 |
| 188:1 192:25 | 170:8 171:18 | 133:3,16 134:1 | 95:4,4,6,6,10 |
| 226:18 260:14 | 176:9 182:24 | 141:19 156:2 | 99:2,11,20 |
| **throw** 256:19 | 183:1 185:5,22 | 157:6 159:24 | 105:2 108:7 |
| **throwing** | 189:8,25 | 160:2 181:9,11 | 110:16 112:19 |
| 199:12 | 191:18,24 | 182:1 244:16 | 117:19 121:6 |
| **till** 38:25 | 200:17,18,24 | 245:8,15 | 128:18 129:6 |
| 147:15 148:12 | 201:6 203:3,19 | 246:15,18 | 134:5 136:3,7 |
| 148:14 | 204:7 207:18 | **timing** 149:7,18 | 138:23 140:1 |
| **time** 1:16 5:2 | 207:20,23 | **tip** 64:13 | 147:12 148:12 |
| 8:23 13:17 | 208:7,15 | | 148:22 152:19 |

153:10 157:14
161:4 165:13
165:14,25
166:22 167:8
167:14,23
169:17 170:19
173:21,22
175:21 176:6
177:7,13,18
178:6,19,21,22
183:15,15,19
186:11 188:7
195:5,11 200:7
200:14 202:25
204:3,17
208:17 209:1
212:8,9,11,20
215:3,14,18
217:13 223:6,8
232:1,7 237:9
241:16,22
249:16 250:20
250:20 253:10
256:24 261:12
261:25 262:14
262:22 271:14
282:19 283:20
284:7 287:18
**tomorrow**  10:5
255:17
**took**  8:16,20,22
8:24 9:11
12:18 91:3,3
91:19 119:25
120:7 122:15

123:22 125:23
140:20 150:19
150:20 179:22
179:24 201:3,6
206:15 259:22
**tools**  58:2
**top**  29:16 58:16
58:21 63:9,11
63:12,15,17
64:3 173:15
175:18,20
192:1
**topics**  27:25
**tore**  175:8
**totally**  180:9
**toward**  29:16
82:21 88:8
117:24 172:15
173:15 194:14
197:11 243:25
**towards**  192:7
196:25
**towels**  114:19
**track**  39:24
40:10
**tractor**  26:16
59:19,25 60:7
60:14,21,24
61:2,6,9,12,15
61:20 62:15
64:5 68:22
69:10,14,14,21
70:11,14 71:5
79:20 127:23
128:5 129:19

131:15 150:25
163:23 213:17
213:25 227:10
227:13,19
252:5
**tractors**  47:4,5
59:21,22 60:20
70:1 227:12
**traffic**  15:20,22
15:25 20:3,9
27:23 47:13,23
48:3 92:25
229:11
**trailer**  78:17,20
78:24 79:14,17
79:19
**trailers**  78:25
**trained**  47:4
59:25 60:6,10
60:10 62:8
79:24 228:10
228:11
**training**  27:2
27:11,22 28:1
28:5,10 29:7
60:20 71:15
107:18,20
116:3,10,24
117:2,19,23
118:2,7 119:2
119:6 120:11
127:21,23
128:1,4,10
150:21,24
158:10 163:22

164:5 228:14
252:24 254:3
256:15
**transcribed**
94:7
**transcriber**
293:1
**transcript**  4:18
94:9,13 194:21
291:7 292:24
293:3,5 294:6
294:19 296:5,8
**transcriptionist**
292:8
**transport**
79:18
**transportation**
120:12
**trash**  62:21,22
63:1,6 66:24
106:15 191:5,7
191:9 199:11
199:20,24
201:9 229:1
251:10,15,19
251:21
**treasa**  293:2,15
**treat**  159:5
257:1
**treated**  103:25
143:5 145:1,4
145:5,6,8,9,10
145:11,12
159:22 262:14
263:23 264:1

800-567-8658                                                             973-410-4098

treating   86:8
86:11 165:19
treatment
258:1 261:23
262:22 263:7
tree   47:17
175:18,20
179:2 180:6
trees   46:6 48:5
229:1
trial   7:15
tried   175:11
256:22 257:25
272:9
trouble   177:14
177:16 178:7
178:16 179:14
193:14
truck   17:1
19:20 49:17,18
49:20,23 56:13
57:18,19,23
64:15,16,20,23
65:3,5,8 67:1
69:9,17,20
71:22 73:21,23
84:8 90:8,9,13
92:9 101:9
102:22 106:16
108:6 118:9,23
118:24 124:23
124:24 125:5,6
173:22,22,23
173:25 174:1,4
174:6 175:4,5

175:6,11,12
176:24 177:20
177:23 178:1
178:14,21,21
178:22 179:2,4
179:16 180:1
180:13 181:11
181:14 183:2
193:7,8 199:6
199:7 250:12
trucks   16:16
49:5 65:2,13
78:16 80:9
true   292:9
293:5 296:8
trust   87:23
247:2
truth   5:16,16
5:17
truthful   7:17
7:23 8:3 12:23
241:11,13
try   70:6 83:3
124:13 139:1
156:6 160:13
208:11 209:3
254:11 258:4
trying   51:1
59:4 67:25
68:1,4 93:8
97:1 130:5
143:7 149:4
182:23 184:18
201:6 207:14
213:8,11

216:25 217:1
217:15,16,20
247:6 249:11
254:9 256:16
256:18,19
263:22 271:17
272:14,25
273:17,18
279:19
turn   15:17
16:25 58:4,10
58:11,13,23
61:2,9 62:11
69:17 169:24
227:22
turned   93:17
110:18 120:2
turns   59:13,14
61:1 62:14
63:2 64:9
68:21 69:22
103:1 131:16
twice   138:17
181:20 182:5
243:25 244:5,7
265:16 288:1
two   8:20,21,24
9:10,11 12:18
18:1 19:7 22:7
27:10 35:8
37:3 41:9,10
47:22 57:16
58:22 59:3
62:14 63:5
66:1,2,20

72:21 73:14
89:21 96:9,18
97:3 100:18
101:15 103:4
105:13 121:12
123:16,17,23
135:19,21
139:10 147:14
151:25 171:20
172:8,10
181:25 182:3,4
188:1 193:19
199:4 201:11
201:18 204:11
207:10,15
222:16,21
224:19 226:21
237:9 238:19
245:7,14,15,20
252:21 255:8
255:20 281:9
281:11 284:3
285:17
type   56:19 97:5
114:6,7 172:25
186:4,5
typed   172:24
186:5,12
types   78:24
typewriting
292:7
typical   38:17
39:4,5
typically   38:19
38:23 39:2,8

**[typically - voice]**

49:11 64:14
90:23

**u**

**u**  3:15,15 12:10
**u.s.**  33:6
**ultimately**
  144:11
**un**  46:12
**unable**  242:24
**unauthorized**
  161:23
**unaware**
  162:25
**unbuckle**  183:3
**unbuckled**
  182:2
**unclog**  50:20
  50:20 51:11
**unclogged**
  51:12
**unconsented**
  161:23
**under**  4:21
  39:7 88:24
  225:24 241:11
  243:24 244:6
  244:20 247:20
**understand**
  4:17 7:18,22
  8:2 12:19 13:1
  28:16 44:12
  54:4 56:23
  65:7 67:7,7
  71:19 77:4
  96:25 108:12

108:13 115:18
121:4 127:5
129:18 143:12
148:24 157:17
166:6 217:24
235:8 236:16
238:18 250:3
252:10 253:9
258:14 267:5
268:8 282:8
285:13,13
288:16,17
**understanding**
29:19 35:10
44:13,14,17
45:2 62:7
87:23 116:4,21
116:22 129:3,8
130:23 157:22
176:25 209:17
245:1 250:1
**understood**
13:7 38:1
125:9 156:14
157:23,24
**unemployed**
276:10
**unexpected**
102:11
**unfairly**  86:9
86:12
**unfasten**  183:1
**unfavorable**
268:7

**unit**  78:17
**united**  1:1
**unlawful**  155:9
**unload**  191:7,9
191:14
**unloading**
193:7 199:24
200:2
**update**  277:15
**urine**  20:17
**use**  15:7 41:1
58:7 60:13
61:4 94:8
100:16,23
113:8 122:19
136:11 138:15
189:25 204:19
216:20 253:11
256:22 257:22
273:9,11
**used**  56:14 58:1
58:7 61:20
88:8,16 96:3
111:20 114:6,8
125:5 138:20
139:12 200:8
218:21 243:25
272:24 294:19
**uses**  4:20 195:9
**using**  56:6
60:23 90:1
102:11 103:13
103:22 106:19
107:16 152:10
170:11 212:23

**usually**  58:19
94:2 191:20
235:18

**v**

**v**  1:7 294:4
295:1 296:1
**vader**  10:25
**valdosta**  20:16
22:24
**vehicle**  79:13
118:8,8,15,18
118:18,19
120:13,24
122:24 123:3
124:15 175:23
176:3 199:12
199:24
**vehicles**  58:1,6
80:7 174:18,19
191:10
**verify**  294:9
**veritext**  4:4
294:14,23
**veritext.com**
294:15
**violation**
173:15 183:25
185:12,13
186:25 188:18
189:11,15
190:4
**voice**  106:25
139:25,25

| w | want 18:11 | 270:22 271:8 | 61:8 66:14,15 |
|---|---|---|---|
| **wage** 273:25 | 23:20 28:17,17 | 282:16,19 | 75:11 81:10,18 |
| **wages** 274:6,13 | 29:11 36:24 | 284:12,13 | 81:19 92:25 |
| 276:7,13 | 59:5 67:8 70:6 | 286:1 287:8 | 93:1 98:9 |
| 285:24 | 72:17,19 74:12 | 290:17 | 99:18 138:22 |
| **wait** 24:12 | 83:13 86:15,16 | **wanted** 54:1 | 143:6 152:9,9 |
| 28:14 106:20 | 86:16,18 87:11 | 79:11 113:3,21 | 158:6,8,8,20,21 |
| 106:21 130:20 | 90:20 95:21 | 113:23,24 | 165:18 182:10 |
| 131:4 164:8 | 96:23 97:4 | 116:19 120:13 | 192:6 223:11 |
| 191:14 279:19 | 99:24 103:12 | 120:14 159:3 | 223:11,11 |
| **waited** 106:13 | 111:18 113:3,6 | 163:20,21,23 | 232:16 239:13 |
| 106:14 253:15 | 115:19 124:16 | 198:21 205:12 | 239:16 242:15 |
| **waiting** 105:6 | 124:16 130:25 | 205:14 284:7 | 249:12 257:11 |
| 192:4 204:4 | 131:2 136:24 | **wanting** 79:10 | 258:13 264:3,3 |
| 207:24 245:4 | 136:25 140:18 | **wants** 103:18 | 267:7 273:3,4 |
| **waive** 291:8 | 140:19,20 | 274:4,5 | **ways** 130:24 |
| **walk** 105:4,19 | 150:6,10 158:9 | **war** 250:13 | 131:3 141:9 |
| 192:24,25 | 158:17,21,23 | **warning** | 142:18 175:14 |
| 193:4 196:22 | 163:11,18 | 172:21 173:17 | **we've** 18:22 |
| 196:23,24 | 164:5 177:17 | 185:12 | 68:15 133:3 |
| 200:6 | 192:2,14,20 | **warranty** | 135:20 281:24 |
| **walked** 105:4 | 194:21,23 | 177:19 | 282:3,3,4 |
| 105:14,15,15 | 195:9,12,16 | **watch** 104:7,7 | 283:8 |
| 105:16,16 | 196:21 198:21 | 264:8 | **weak** 159:7,11 |
| 122:5 192:21 | 206:23 212:11 | **watching** 284:5 | **wearing** 58:19 |
| 194:14 195:13 | 217:19 218:12 | **water** 46:10,12 | 177:1,7 189:18 |
| 195:20,20 | 218:14 221:15 | 50:18,21,23 | 189:20,23 |
| 196:4 258:6 | 227:8 229:2,15 | 51:12 60:3 | 190:4,12,15,18 |
| **walking** 192:22 | 229:16 232:19 | 128:7 134:13 | **webber** 1:8 |
| 196:5,8 197:7 | 239:11 243:21 | 134:14 135:6 | 2:10 4:8 294:4 |
| 197:11 240:1 | 248:4 253:8 | 135:11,22 | 295:1 296:1 |
| **walks** 192:16 | 254:11 256:23 | 271:8 | **wednesday** |
| **walkways** | 257:2 258:9 | **way** 24:19 | 1:15 4:10 |
| 61:13 | 259:2 261:9,10 | 25:19 47:14 | **weed** 62:16 |
| | 263:4 268:4 | 48:11,13 56:11 | 90:1 131:17,20 |

**[weed - word]** Page 60

| | | | |
|---|---|---|---|
| 131:20,21 | 102:11 103:10 | 290:12 | 149:12,25 |
| **weeding** 228:24 | 104:6 107:17 | **wildlife** 46:7 | 151:6 157:18 |
| **week** 22:24 | 107:19 108:5 | **window** 20:7 | 159:20 163:3 |
| 29:5 41:9 | 113:19 114:3 | 92:13,16 | 172:6 184:10 |
| 49:14,14,14 | 115:9,9 117:21 | **windshield** | 187:17 188:18 |
| 57:3 76:1 | 119:15,15,21 | 63:14 | 190:2,7 194:7 |
| 87:24 88:5 | 121:12,14,24 | **wipe** 114:17 | 199:18 203:22 |
| 96:7 111:14 | 122:1 128:2 | **withdrawing** | 204:14 206:8 |
| 113:20 168:11 | 135:12 139:4 | 162:11 286:2 | 208:20 213:21 |
| 168:13,14 | 177:3 180:23 | 286:11,14 | 215:1 216:10 |
| 274:16,19 | 188:13 193:17 | **withdrawn** | 220:8,12,17,22 |
| 275:1,1,2,5 | 193:21 194:11 | 286:15,22 | 220:25 222:3 |
| 280:7 285:1 | 196:5 197:2 | **witness** 4:16,17 | 228:22 230:22 |
| **week's** 113:20 | 198:20 206:9 | 5:11,15 9:6,8 | 232:16 234:6 |
| **weekend** 50:7 | 219:7,10 | 18:6,9 19:16 | 235:6,15 |
| 51:17,17,18 | 238:15 247:13 | 23:11,13,23 | 236:17 241:8 |
| **weekends** 50:6 | 256:20 257:17 | 24:1,4,6,11 | 248:25 249:6 |
| 50:12 | 258:12 264:12 | 34:18 36:1,4 | 260:5,14 |
| **weekly** 42:3 | 266:5 272:17 | 36:16,20,22,24 | 261:13 270:10 |
| **weeks** 41:9 | 273:4 275:24 | 39:12 43:22 | 271:2,6,9 |
| 207:10,15 | 279:17 284:3,6 | 54:22 55:6 | 277:7,12 282:5 |
| 284:3 285:17 | **wessell** 138:3 | 66:6 69:4 | 282:14,18 |
| **wendy's** 247:24 | 162:22 168:23 | 78:11 82:25 | 285:2,5 287:12 |
| **went** 6:17 15:1 | 268:19,25 | 83:12,15 87:5 | 288:17 289:22 |
| 16:8 17:5,7 | 270:14 | 87:7,11,14,16 | 291:3 292:4 |
| 20:15,20,22 | **western** 1:17 | 88:13 101:20 | 294:8,10,12,18 |
| 21:5 22:2,14 | 4:10 | 103:15 106:6 | **witnesses** |
| 22:24 26:13,15 | **what'd** 201:11 | 107:5 110:8 | 260:25 |
| 26:19 27:2,10 | **wide** 58:17 | 128:23 130:21 | **woman** 168:21 |
| 41:21 50:14 | 61:20 | 131:11 135:15 | 168:22 169:1 |
| 51:2,3 79:5 | **wife** 17:1,19 | 136:2 138:13 | **wonder** 235:22 |
| 81:4 82:1 85:9 | 19:16 42:14 | 139:8 141:15 | **wondering** |
| 89:5 93:15,16 | 84:7,13 119:17 | 142:23 143:14 | 202:10 |
| 93:16 95:2 | 164:8 165:6 | 144:25 146:20 | **word** 14:2 |
| 98:18,19 | 262:11 263:3 | 146:24 147:3,8 | 60:23 82:14 |

88:9,17,24
96:3 98:15,16
100:17,23
101:9 102:25
103:13,14,16
106:19 107:16
113:8 133:21
136:12 138:15
138:20 139:12
146:10 195:10
200:8 204:19
212:24 216:19
218:2,2 231:6
231:7,22,22
233:18 234:12
234:13 236:11
236:13 243:25
273:9,12
**wording**
235:17 239:5
**words** 56:6
72:18 82:15
137:13 152:10
153:25 178:16
179:16 193:16
195:12 206:25
**work** 13:20
14:17,21 20:14
25:24 28:24
30:19 38:9,14
38:17,18,24
39:14 40:1,2
42:13 46:1,1
47:7,10 48:15
49:10,17,18,20

53:22 54:14,15
57:10 65:9,9
65:10 66:1
68:14 69:9,20
72:20,25 73:9
73:21 74:9
77:3,16 80:15
80:25 81:12
86:23,24 90:7
90:8,9,9,13
91:4,4,8 97:7
97:19,21 98:1
98:3 102:3
104:11,12,13
108:15,16
109:3 110:2
113:23,24
114:1 131:11
131:24 132:14
132:15 133:6
133:24,25
134:5 141:17
141:17,21,22
142:1,14 151:3
152:15 157:10
157:12 158:17
158:23 161:24
164:23 165:15
173:20 175:1
180:24 182:5
182:11,20,25
191:2,18 192:2
192:4,11,14,20
193:11,18,23
193:24 194:3

195:9,12,16
196:1,22 199:6
204:18 210:17
213:16 218:2
224:16 226:1
228:17 244:12
251:11 262:1
268:8 269:6
272:10 275:15
275:20,22
276:17,22
277:19,24
278:3 279:2,8
279:13,17
283:1,11 284:9
284:14,17
285:20
**worked** 14:4
18:24 26:6
34:11 39:8,15
39:24 42:15
43:19 45:22
48:23 52:11
56:12 74:21
76:7 77:4,10
77:13 86:5
91:22,25 92:2
97:13 164:8
218:3 229:23
231:8 237:9
244:9 247:19
274:19,22
**worker** 266:22
290:6

**workers** 11:6
76:9 224:5,18
224:19 284:24
**working** 10:13
10:17 11:9,18
11:21 14:10,16
14:18 15:13
16:2,19 17:16
19:10 23:17
30:7 43:9
49:22,24 52:1
52:13 57:13
65:24 66:20
67:5 75:16
82:8 88:1
89:21,24 90:3
102:12,21
104:17 131:13
132:3,24
133:18 141:16
141:16 143:24
143:25 146:6
152:6 153:16
154:22 164:7
175:13,14
178:4 244:17
262:4 274:14
276:8 288:12
**workplace**
210:14
**works** 68:1
71:16,20
**world** 250:13
**worries** 87:4,13

**worry** 18:15
130:9 147:12
178:3,5,6
200:10,11
**worrying**
193:15
**would've** 88:2
88:4 154:5
182:3 207:10
243:18,19
**wow** 277:8
**wrecked**
175:17,23,24
175:25 176:1,2
179:2
**wrecks** 173:25
**write** 35:12
194:22 251:5
270:25 273:15
**writing** 40:10
**written** 4:25
94:8 185:12
186:23 190:21
214:4 216:3
260:25
**wrong** 28:18
29:12 50:15
58:15 164:16
174:14 216:17
232:11 233:25
249:11 264:2
**wrongfully**
145:9
**wrote** 186:1,8
186:19

**x**

**x** 3:1,5 292:24

**y**

**yard** 50:24
176:17
**yards** 46:10
**yeah** 6:16,21
9:16,18,23
18:15 20:8,13
20:23 22:11
25:11 27:15
28:7,14 32:4
33:19,20 35:12
36:1 39:5
40:24,24 42:21
44:3,3 46:24
47:8 51:23,23
54:14 57:11,18
66:22 67:2
69:4,23,25
73:15,19 74:24
76:25 82:10,20
83:19,21 85:20
86:2,17,21,25
91:3 92:24
93:3,12 96:25
102:10,17
103:15,20
104:1,3 105:2
109:12 110:1
113:14 114:5
114:14,15,20
114:21 115:1,5
116:11 119:12
122:3 124:1,11

124:25 125:3,7
126:8,12
133:15 134:17
135:10 138:5
142:6,9 146:4
147:20 151:14
151:17,18
152:22 153:23
157:2 158:19
159:14,16
160:1 162:4
165:12 167:10
167:20 171:13
171:13 172:8
176:8 177:11
180:5 181:19
185:14 189:8
207:19,21
209:5 211:24
211:24 213:24
217:6,7 219:9
220:8 223:1,2
223:4 224:19
225:18 226:4
232:3,12,19
233:4,9,15
235:21 237:22
239:7,21
241:19 242:23
245:20 247:6
255:1 256:21
257:24 262:9,9
263:18 264:9
264:11 266:4
272:6 273:2,8

277:13 278:4,9
278:10 279:5
279:11 282:13
282:14 283:20
286:9,18,21
288:4,25 289:2
290:19
**year** 36:7
277:12 281:19
283:16,16
284:17
**years** 18:18,20
18:21,22 21:14
224:10 255:8
281:9,11
**yell** 93:8
159:25 160:7
160:15
**yelled** 163:16
**yellow** 63:20
**yells** 102:23
**yep** 19:8 130:9
**yesterday** 14:3
39:7 59:18
74:14 111:20
131:1 167:21
177:22 201:10
207:4
**young** 218:23

**z**

**z** 11:14
**zero** 58:4,10,11
58:13 59:13,14
61:1,2,9 62:11
62:14 63:2

Federal Rules of Civil Procedure

Rule 30


(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2)  Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.