```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF FLORIDA
 2                 TALLAHASSEE DIVISION

 3

 4

 5   ERIC EALY and DARRELL
     JAMES,
 6
          Plaintiffs,
 7
     vs.                       CASE NO. 4:24-cv-00029-RH-MAF
 8
     WEBBER INFRASTRUCTURE
 9   MANAGEMENT, INC. F/K/A
     FERROVIAL SERVICES
10   INFRASTRUCTURE, INC.,
11        Defendant.
     _____/
12

13

14

     DEPOSITION OF:         DARRELL JAMES
15
     AT THE INSTANCE OF:    Defendant
16
     DATE:                  August 20, 2024
17
     TIME:                  Commenced: 8:53 a.m.
18                          Concluded: 2:12 p.m.
19   LOCATION:              Best Western Plus
                            167 SE Bandit Street
20                          Madison, FL 32340
21   REPORTED BY:           ANDREA KOMARIDIS WRAY
                            Court Reporter and Notary
22                          Public in and for the State
                            of Florida at Large
23

24

25      Job No. CS6832737
```

Exhibit 8

```
1   APPEARANCES:
2            REPRESENTING THE PLAINTIFFS:
3            DANIEL J. BARROUKH
             Derek Smith Law Group, PLLC
4            520 Brickell Key Drive, Suite O-301
             Miami, FL 33131
5
6            REPRESENTING THE DEFENDANT:
7            KENNETH A. KNOX
             Fisher & Phillips, LLP
8            201 East Las Olas Boulevard, Suite 1700
             Fort Lauderdale, FL 33301
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

1                    INDEX TO WITNESS

2    DARRELL JAMES                                    PAGE

3          Examination by Mr. Knox                       4

4

5

6

7

8

9

10

11

12                  INDEX TO EXHIBITS

13   NO.                DESCRIPTION            MARKED

14   Exhibit No. 1 - Offer of Employment dated April 27,   22
                    2022

15

     Exhibit No. 2 - Printout of May 2022 calendar       26

16

     Exhibit No. 3 - FSUS employee handbook              52

17

     Exhibit No. 4 - Job description and signed          52

18                  acknowledgment

19   Exhibit No. 5 - Code of business conduct            78

20   Exhibit No. 6 - Progressive discipline notice       86

21

22

23   *Huh-uh is a negative response

24   *Uh-huh is a positive response

25

Page 4

1                    D E P O S I T I O N
2    Whereupon,
3                         DARRELL JAMES
4    was called as a witness, having been first duly sworn to
5    speak the truth, the whole truth, and nothing but the
6    truth, was examined and testified as follows:
7                         EXAMINATION
8    BY MR. KNOX:
9         Q     Good morning, Mr. James.  My name is Ken Knox.
10   I introduced myself out in the hallway earlier.  I'm one
11   of the attorneys representing Ferrovial in the lawsuit
12   that you and your cousin -- right, Mr. Ealy --
13        A     Eric, yes, sir.
14        Q     -- have filed against the company.  And we're
15   here today to take your deposition.
16              Have you ever given a deposition before?
17        A     Yes.
18        Q     Okay.  Once or more than once?
19        A     Just once.
20        Q     Do you remember what that was in?  Was that
21   some kind of a legal action?
22        A     It was from my previous injury, when I got
23   hurt.
24        Q     Okay.  So, was that a -- was that in
25   connection with a Workers' Comp claim that you filed?

```
                                                Page 5
 1        A    Yes.
 2        Q    Okay.  I'm sure your lawyer has told you a
 3   little bit about what's gonna happen here today.  And,
 4   since you've been through it, I'm not gonna take a whole
 5   lot of time, but basically, this is my only opportunity
 6   to talk to you face-to-face until we get in trial.
 7   Okay.
 8             And so, our jobs here are this: my job is to
 9   ask you questions.  Your job is to give me truthful
10   answers, to the best of your ability.  All right?
11        A    (Nodding head affirmatively.)
12        Q    And you need to vocalize your answers so the
13   court reporter can write them all down.
14        A    Uh-huh.  Yes, sir.
15        Q    So -- do you understand what I just said?
16        A    Yes, sir.
17        Q    Okay.  If I ask you a question and you answer
18   it, I'm going to assume you understood the question; is
19   that fair?
20        A    Yes, sir.
21        Q    And if you don't understand a question -- I
22   was telling your attorney, I -- I'm gonna try to really,
23   you know, move this thing along, but I'm not always the
24   most articulate questioner.
25             So, if I ask you a question and you're
```

Page 6

1   thinking, what in the hell has this guy just asked me,

2   feel free to just say, I don't know what you're asking

3   me, and I'll repeat it.  Okay?

4       A    Yes, sir.

5       Q    All right.  Is there anything going on in your

6   personal life today that would interfere with your

7   ability to understand my questions and give me truthful

8   answers to them?

9       A    No, sir.

10      Q    Are you under the -- not -- maybe not under

11  the influence, but are you taking -- have you taken

12  today any drugs or medications that might interfere with

13  your ability to understand my questions and give me

14  truthful answers?

15      A    No, sir.

16      Q    If, at any time, you need to take a break,

17  whether it's use the restroom -- I don't know if you're

18  a smoker, but if you need to go outside, just stretch

19  your legs, whatever it is, just let me know and I'm

20  happy to do that.

21           The only restriction on that is, if I've

22  already asked you a question, I need you to answer the

23  question first and then we'll take a break.  All right?

24      A    I understand, yes, sir.

25      Q    Okay.  Any questions of me?

```
 1        A     Not -- not right now.

 2        Q     All right.  What's your full name, please.

 3        A     Darrell Keith James.

 4        Q     And I know the court reporter has got the

 5   correct spelling, so we'll pass on that.

 6              What's your date of birth?

 7        A     April 20 of 1983.

 8        Q     And you're about six years older than

 9   Mr. Ealy, give or take?

10        A     I don't know how old --

11        Q     Okay.  All right.  I believe he was born in

12   1989, I think.  He is younger than you, though, right?

13        A     Correct.  Yes, sir.

14        Q     What's your current address where you live?

15        A     978 Southwest MLK, Jr., Drive, Madison,

16   Florida 32340.

17        Q     And I may have -- I may have gone -- may have

18   gone past your house yesterday.  I got in yesterday and

19   I spent some time just driving around Madison to check

20   it out.  Didn't know it was the home of Lorenzo Cain.

21   You know, nice thing.

22              Do you know him?

23        A     That's my brother.

24        Q     Lorenzo Cain?

25        A     (Nodding head affirmatively.)
```

```
                                        Page 8

 1       Q    No kidding.

 2       A    My little brother.

 3       Q    Wow, that's great.  That's great.  He had a

 4   hell of a career.

 5       A    Yes, sir.

 6       Q    What's he doing now?

 7       A    I don't know.

 8       Q    I mean, he doesn't -- he doesn't live -- his

 9   mom still lives here.

10       A    Yeah.

11       Q    But he -- he doesn't.

12       A    Yeah.

13       Q    Well, that's very cool.

14       A    I taught him everything --

15       Q    You must be proud of him.

16       A    I -- I taught him.

17       Q    Yeah.  Well, there you go.

18       A    Yes, sir.

19       Q    If you could have only been his agent.

20       A    Right.

21       Q    There you go.  Well, that's very cool.

22            All right.  Well, when you worked at

23   Ferrovial, were you living where you're living now?

24       A    Yes.

25       Q    All right.  And you were with Ferrovial about
```

Page 9

1   a month, right?

2        A    I don't recall how long.

3        Q    Okay.  I'll show you some documents as we go

4   along here and --

5        A    Okay.

6        Q    -- we'll get that figured out.

7             Where is Ferrovial located?

8        A    It's off of Highway 90, right beside -- I

9   think it's the fire department or the EMS building --

10  right across from the EMS building.

11       Q    Okay.  Well, I didn't do that much driving

12  around, but I think I have a general idea where it is.

13            Before you started working there, did you know

14  anything about that company?

15       A    No, sir.

16       Q    Didn't know anything about what they did or

17  anything like that?

18       A    I mean, I saw, around town, like, maintenance

19  out in the community, so I was like, okay.

20       Q    Okay.  So, you figured they did some kind of

21  maintenance?

22       A    Yes, sir.

23       Q    All right.  Did you -- and I -- and I know

24  both you and Mr. Ealy worked at Ferrovial -- Ferrovial.

25            Did you know anybody else who had ever worked

1    for that company?

2         A    No, sir.

3         Q    When you -- did -- you applied there, right?

4    You --

5         A    Yes.

6         Q    -- submitted an application form?

7         A    Yes, sir.

8         Q    Did you do it in-person or online?

9         A    Online.

10        Q    And how did you find them?  Did you just, you

11   know, type in their name, go to their website, and

12   then --

13        A    Ye- -- yes, sir.  Mr. Eric had recommended me

14   the website.  So, I had went on the website --

15        Q    Okay.

16        A    -- and applied.

17        Q    Well, when you say Mr. Eric --

18        A    Mr. Eric.

19        Q    You're talking about Mr. Ealy.

20        A    Yes.

21        Q    Oh, okay.  All right.  Sorry.  I just want to

22   make sure we're talking about the same person.

23        A    Yeah.

24        Q    So, he had recommended that you on to the

25   Ferrovial website and apply?

Page 11

1        A    Yes, sir.

2        Q    All right.  What -- what did he tell you, if

3   anything, about what that company did?

4        A    Well, he just was, like, we cut grass and, you

5   know, pick up trash and stuff like that, keep the

6   community clean.  So, I'm, like, okay.  I want to be a

7   part of that.

8        Q    Okay.  All right.  And you went ahead and

9   applied online.

10            And then, what happened next in terms of you

11   getting a job there?

12        A    I called -- I called on Mr. Steve, which is

13   the supervisor down there, and I talked to him and told

14   him that I had filled out an application and I would

15   like to come in and talk to him about it.  And he was,

16   like, okay.  And he set a meeting and I came in and

17   talked to him and stuff.

18        Q    And when you say Mr. Steve, that's Steve

19   Bearden?

20        A    Uh --

21        Q    Do you know his last name?

22        A    Yes.

23        Q    And is he the person you interviewed with?

24        A    Yes.

25        Q    Now, you -- do you know what degree of cousins

Page 12

```
1    you and Mr. Ealy are?  Are you first cousins or second

2    or --

3         A    Well, I was adopted, so I don't really know

4    all that information about that, so --

5         Q    Okay.  All right.  Have you ever lived with

6    him?

7         A    Yes.

8         Q    Do you remember -- you don't -- do you now?

9         A    No.

10        Q    Who -- what were the circumstances when you

11   were living with him?

12        A    It was more of, like, visiting over because,

13   like I said, I was adopted.  So, I didn't really have

14   any family.  So, the -- his grandma --

15        Q    Yeah.

16        A    -- took me in, let me stay because he had an

17   older brother and me and his older brother were closer

18   than me and Mr. Ealy.

19        Q    Okay.  All right.  We -- would you consider

20   yourself to be close to Mr. Ealy?

21        A    We're family.

22        Q    Did you ever work with Mr. Ealy at any -- for

23   any company other than Ferrovial?

24        A    Yes.

25        Q    What company was that?
```

Page 13

```
 1        A     McDonald's.
 2        Q     Okay.  Was that the only place the two of you
 3   worked together?
 4        A     Yes, at my -- best of my knowledge, yes.
 5        Q     Okay.  And was that before Ferrovial or after?
 6        A     Oh, before.
 7        Q     And what was your position there?
 8        A     I was a crew -- crew member.
 9        Q     All right.  And what was his position?
10        A     I'm not sure.
11        Q     Did you guys work the same shift or --
12        A     Yes.
13        Q     I mean, do you guys do stuff together, like
14   socialize and, you know, hang out and that kind of
15   stuff?
16        A     I mean, like I said, we family, so we try to,
17   you know, keep in contact with each other from time to
18   time, make sure we're still breathing.
19        Q     Okay.  That's probably a good idea.
20              Would it be fair -- would it be fair to say
21   that he encouraged you to apply for a job at Ferrovial?
22        A     I wouldn't necessarily say encouraged me; he
23   just gave me different opportunities because I was
24   already in between jobs.  So, he was like, hey, I have
25   an idea.  Ferrovial hiring.  We need help.
```

Page 14

```
 1        Q    Okay.

 2        A    Yes, sir.

 3        Q    All right.  So, you had the interview with --

 4   with Mr. Bearden and -- was there anybody else in that

 5   interview or was it just the two of you?

 6        A    I can't remember who was there, but it was --

 7   I know definitely Mr. Bearden was there.

 8        Q    All right.  Do you remember any of the things

 9   you two talked about in that interview?

10        A    Whew.  It was just about -- about did I have

11   my CDL and what -- what's my job before, stuff like

12   that.

13        Q    Okay.  And did you have a CDL?

14        A    Yes, sir.

15        Q    You still have it?

16        A    Yes, sir.

17        Q    Do you remember if you guys talked about what

18   your pay would be?

19        A    We talked about -- I can't really remember the

20   numbers.

21        Q    Okay.  And that's -- that's fine.  You know,

22   as I said at the beginning, whatever you can remember,

23   just tell me.  Don't guess or anything like that.  All

24   right?

25        A    Yes, sir.
```

1        Q    Do you remember what your pay ended up being?

2        A    No, sir.  It's been -- I done seen so many

3     numbers since then.

4        Q    Okay.  All right.  Are -- you said you were --

5     you were between jobs.  What was the -- what was the

6     last job you had before Ferrovial?

7        A    Before Ferrovial?  It was at Love's.

8        Q    Okay.  And what was your job there?

9        A    A tire tech.

10       Q    And do you remember when you started there?

11    Approximately.  Like, maybe a month and year.

12       A    No, sir.

13       Q    Okay.  And why did you stop working there?

14       A    I stopped working there because they wanted me

15    to be the only tire tech overnight and I just couldn't

16    do that, you know.

17       Q    Yeah.

18       A    Yes, sir.

19       Q    Okay.

20       A    I couldn't be out there on the highway like

21    that, by myself.

22       Q    All right.  Well, I'm not familiar with that.

23    So, you would be on-call, so to speak?

24       A    Yes, sir.

25       Q    So, let's say I'm -- I'm from Fort Lauderdale.

Page 16

1    So, let's say I get lost up here and I'm driving around.

2    I get a flat tire.

3         A    Yes, sir.

4         Q    You might be dispatched to come out and --

5         A    I would be dispatched to come out.

6         Q    You would be.  Okay.

7         A    Yes, sir.

8         Q    All right.

9         A    I would have to -- and by me being new there,

10   they just threw me up under the bus and, you know, I

11   just ain't -- wasn't really equipped with that.

12        Q    Yeah.  You got to do the jobs the other guys

13   didn't want to do.

14        A    Yeah, so --

15        Q    I get it.

16        A    Okay.

17        Q    Do you know about how long you worked for

18   them?  Like, more than a year?  Less than a year?

19        A    Less than a year.

20        Q    Less than six months?  More than six months?

21        A    Less than six months.

22        Q    More than three months or less than three

23   months?

24        A    I don't really --

25        Q    Okay.

Page 17

```
 1        A    It's been so long.  I don't even know the
 2   exact time.
 3        Q    All right.  And you voluntarily quit that job?
 4        A    I resigned, yes, sir.
 5        Q    Yeah.
 6             When you worked for them, do you remember, did
 7   they have an employee handbook?
 8        A    Yes.
 9        Q    And did you -- do you remember getting a copy
10   of it?
11        A    No, sir, I don't remember.
12        Q    All right.  Do you know if that handbook was
13   available online?
14        A    Oh, I don't -- I don't know.
15        Q    Do you know if -- if Love's had a -- a human
16   resource department when you worked there?
17        A    Oh, I don't know.
18        Q    You never had -- and I'm trying to think back
19   to -- I think it was the second supplemental responses.
20   We had asked you some questions in writing and you had
21   answered and then you answered again and then answered
22   again.  We had some issues we worked out with your
23   lawyer.
24             Do you remember if you had -- other than the
25   fact that you didn't want to be stuck being the only
```

Page 18

```
 1  tech overnight, did you have any other work-related
 2  problems when you were at Love's?
 3       A    No, sir.
 4       Q    Were you ever disciplined when you worked
 5  there?  You know, written up for anything.
 6       A    Oh, no, sir.
 7       Q    Okay.  Before you applied for work at
 8  Ferrovial, did Mr. Ealy tell you what he did, what
 9  his -- you know, what a normal workday was like for him?
10       A    I can't recall.
11       Q    All right.  Did he tell you the names of any
12  of the people he worked with?
13       A    Just the supervisor.
14       Q    Who was that?
15       A    Mr. Steve, Mr. Bearden.
16       Q    Okay.  All right.  He didn't tell you about
17  any of his co-workers on --
18       A    I met those when I got there.
19       Q    Okay.  All right.  So, let me -- let me
20  just -- I'll put some names out to you.  One is Juan
21  Garcia.
22       A    Okay.
23       Q    Do you know that name?
24       A    Yes, I remember.
25       Q    Okay.  He worked at Ferrovial.
```

1      A    Yes.

2      Q    And do you remember what his -- or do you know

3  what his position was?

4      A    Yes.

5      Q    What -- what was it?

6      A    A supervisor.

7      Q    All right.  And is he the one who primarily

8  gave you guys your instructions for the day about what

9  you were gonna be doing, that kind of thing?

10     A    Not necessarily, but he was more of an

11 enforcer, more the one to -- be like, yeah, this is what

12 we're doing today.  This is what Mr. Steve want us to do

13 today.

14     Q    Okay.  All right.

15     A    Like micro- -- micromanagement, kind of,

16 like -- you know.

17     Q    Okay.  So, would it be fair to say that it was

18 Mr. Bearden who decided what everybody is going to do

19 that day, and then there was Mr. Garcia who told

20 everybody that this is what he wants us to do and --

21     A    Yes.

22     Q    -- we're gonna do it.  Okay.

23          Did he -- did Garcia -- well, you were part of

24 a crew, right?

25     A    Correct.

1        Q    So, when you started, who was on your crew?

2        A    It was supposed to be me, Garcia, Ealy, and

3   Mr. Roebuck.

4        Q    Okay.

5        A    So, we was a four-man crew.

6        Q    Okay.  And when you guys would -- tell me what

7   a typical day would be like.  And maybe there's not a

8   typical day.  Maybe things changed all the time, but

9   what were some of the job duties you had?

10       A    Like I said, we'll -- we'll get up in the

11  morning.  You know, we'll get there -- everybody get

12  there.  We all supposed to go out together and -- on the

13  highway or whatever, and we set positions.  Like, we set

14  the truck up and then we get on our little -- I don't

15  know really what you call it, like Benjis or -- you

16  know, like, the little four-wheelers, but not four-

17  wheelers -- golf carts, kind of, like.

18       Q    Oh, okay, yeah.

19       A    You know what I'm saying?

20       Q    Yeah.

21       A    Those -- me and Ealy would -- we would ride

22  up, pick up paper and stuff.  Juan -- he would be, like,

23  well, y'all can do this and we'll do this.  So, we're --

24  okay, well, that's what we'll do then.

25       Q    Okay.  So, would some of the things that

1  you -- did Garcia also go out and do some of the jobs

2  that -- some of the work that you guys were doing, or

3  did he just supervise the work?

4      A    Micromanaged -- like -- like I said, he'll --

5  he'll tell us more than help us.

6      Q    Okay.

7      A    Yes, sir.

8      Q    But he would go out --

9      A    He'll go out --

10      Q    -- and do some work?

11      A    He'll go out and sit in the truck.

12      Q    Ah, okay.

13      A    But he's supposed to be out -- out with us,

14  but I was new, so I didn't know --

15      Q    Right.

16      A    -- you know, how it was supposed to be ran

17  like that, so --

18      Q    And how do you know what he was supposed to be

19  doing?

20      A    Because I asked Mr. -- Mr. Bearden.

21      Q    Okay.  And what did he tell you?

22      A    He said, everybody supposed to be doing the

23  same thing.

24      Q    All right.  So, some of those things -- was it

25  mowing -- mowing grass?

Page 22

```
 1        A    Yes, sir.
 2        Q    Picking up trash?
 3        A    Yes, sir.
 4        Q    Probably the least attractive part of the job,
 5   you'd have to pick up dead animals from time to time?
 6        A    Yes, sir.
 7        Q    What were some of the other things?  You
 8   remember anything else that you guys routinely did as a
 9   crew out there?
10        A    Cut trees.
11        Q    Cut trees down?
12        A    Yes, sir, like, if they're hanging in the
13   middle of the road or whatever.
14        Q    Okay.
15        A    Cut trees, block traffic off.
16        Q    All right.  Do you remember -- after your
17   interview with Mr. Bearden, do you remember getting an
18   offer letter from -- from Ferrovial?
19        A    I can't really remember, but I'm -- I'm
20   assuming that I had got one.
21             (Exhibit No. 1 marked for identification.)
22   BY MR. KNOX:
23        Q    Okay.  What you've just been handed is a
24   four-page document.  If you look here, it says
25   "Regarding offer of employment".
```

Page 23

1        A    Okay.

2        Q    This is dated April 27.

3        A    Okay.

4        Q    And if you -- if you go to the third page of

5    this document -- and I'm gonna -- just so you know what

6    I'm talking about, Mr. James, I'm gonna be referring --

7    when I show you a document, sometimes I'll -- I'll say

8    it's Bate lab- -- Bates label number whatever.

9        A    Okay.

10       Q    All that means is, when you guys have sent us

11   documents, your attorney has had this number --

12       A    Okay.

13       Q    -- stamped on these pages.  That way everybody

14   knows what he has given us.  And we did the same thing.

15       A    Okay.

16       Q    So, this particular document, Defendant's

17   Exhibit 1, has been Bates-labeled 284 through 280- --

18   hmm -- must have been out of -- out of order.  It's

19   Bates-labeled 284, 285, 288, and 286.

20            But if you look down here, you see it says

21   Page -- what is that -- 3 of 4?

22       A    Yes, sir.

23       Q    So, if you go through them, you'll see that it

24   all makes up one particular document.

25            If you go to this third page, is that your

Page 24

1    signature there?

2         A    Oh, yes.

3         Q    Okay.  And if you go to the -- the last page,

4    is that your signature?

5         A    Correct.  Yes.

6         Q    All right.  And you see the date -- what's the

7    date that's right next to your name?

8         A    May 10th --

9         Q    Okay.

10        A    -- 2022.

11        Q    Now, this particular letter -- do you

12   recall -- having seen it and having seen your signature

13   on it, do you remember either getting it in the mail or

14   somebody handing you it to you at work to fill out?

15        A    I remember going down, now.  I remember going

16   down to the office to sign it.

17        Q    Okay.  All right.  Now, if you look on the

18   first page of this document, it says your start day will

19   be May 10, 2022; do you see that?

20        A    Yes, sir.

21        Q    Okay.  And if you look at the signature,

22   that's when you signed this document, right?

23        A    Yes, sir.

24        Q    So, is it fair to assume that you signed this

25   on your first day on the job?

Page 25

1      A      No, sir.

2      Q      Okay.

3      A      That was not my first day on the job.

4      Q      Okay.  When was your first day on the job?

5      A      I can't recall my first day on the job because

6   I had something come up and he -- he let me start a

7   little later.  I think I was having graduation --

8      Q      Okay.

9      A      -- around that -- I think it was -- I can't

10  really recall the exact date that I had graduated, but

11  it was definitely a reason why I didn't start on the

12  10th.

13     Q      Okay.

14     A      He was like, well, whenever you finish with

15  graduation, then you come and start.

16     Q      All right.  Do you remember if you started,

17  like, the next day, the 11th, or a couple of days later?

18  Do you recall?

19     A      No, it was definitely, like, a week later.

20     Q      Okay.  All right.  And when you say

21  graduation, was it your graduation?

22     A      Yes, sir.

23     Q      You -- graduating from --

24     A      I graduated from college.

25     Q      Oh, congratulations.

Page 26

1        A    Yes, sir.

2        Q    Where did you graduate from?

3        A    I graduated from a couple of colleges.

4        Q    And -- and there was a ceremony?

5        A    Yes, sir.

6        Q    Where was that?

7        A    North Florida in Madison, Florida.

8             MR. KNOX:  Okay.  I'm gonna show you

9        something -- I don't know that I'm going to mark it

10       as an exhibit, but I'm at least gonna -- I'm just

11       gonna show it to you and your lawyer.

12            So, what I've handed you now -- well,

13       actually, you know what, let me just mark this

14       thing.  That will make it easier.

15            (Exhibit No. 2 marked for identification.)

16  BY MR. KNOX:

17       Q    Okay.  Mr. James, I've just handed you -- I

18  went online to this place called Calendar365.com and I

19  printed out the -- the calendar for the month of

20  May 2022.  All right?

21       A    Yes, sir.

22       Q    So, if you look here -- if you go down to the

23  10th, that's the day that you signed Defendant's

24  Exhibit 1, correct?

25       A    Correct.

Page 27

1    Q    All right.  And then you said that, you think

2  you started the next week?

3    A    I think, yes, sir.

4    Q    That would have been the week starting May 15?

5    A    I think.  I don't -- I'm not really sure what

6  day I started.

7    Q    Okay.  All right.

8    A    I definitely recall signing that letter on the

9  10th, though.

10    Q    All right.  And then you started --

11    A    After.

12    Q    After that.  Okay.

13        When you came down to sign Defendant's

14  Exhibit 1, who gave you the document to sign?  Do you

15  remember?

16    A    I think it was Ms. Shaunna.

17    Q    Okay.  That would be Shaunna Stoddard?

18    A    I don't know her last name.

19    Q    Okay.  Do you know what her position was with

20  Ferrovial at the time?

21    A    I -- I'm thinking she was just a secretary or

22  something.

23    Q    All right.  Now, did you read Defendant's

24  Exhibit 1 before you signed it?

25    A    Yes.

Page 28

```
 1       Q    All right.  So, if you'd look on the -- if
 2   you'd look on the first page of this document, it -- it
 3   says you're gonna be employed full-time as a maintenance
 4   technician, right?
 5       A    Correct.
 6       Q    And it says, reporting to Russ Flowers.
 7            Do you know who he is or was?
 8       A    I never met him, but I heard -- heard of him.
 9       Q    Okay.  Did you understand -- if you -- did you
10   understand that he held a position higher than
11   Mr. Bearden?
12       A    Yes.
13       Q    And this indicates that your -- your starting
14   pay was gonna be $13.50 an hour.  Does that sound right
15   to you?
16       A    I mean, I -- I don't really --
17       Q    Right here.
18       A    Yes, sir, I see it.  I don't -- I don't recall
19   the 13.50 --
20       Q    Okay.
21       A    -- but --
22       Q    Now, did you -- did you have to go take a drug
23   test?
24       A    Oh, yes.
25       Q    And did you take the drug test before or after
```

Page 29

1    you signed Defendant's Exhibit 1?

2        A    Before.

3        Q    All right.  So, you had already taken it.

4        A    Yes, sir.

5        Q    Do you remember if you filled out any other

6    documents?

7        A    I don't remember.  I definitely remember the

8    drug test, though.

9        Q    Okay.

10        A    Drug screen.

11        Q    All right.  And on these last two pages of

12    this document, you'll see toward the bottom of the third

13    page --

14        A    Uh-huh.

15        Q    -- in all bold is "Employee Acceptance

16    Statement".  Do you see that?

17        A    Yes, sir.

18        Q    All right.  And then on the next page, you

19    signed that document, correct?

20        A    Correct.

21        Q    All right.  And did you read this employee

22    acceptance statement before you signed it?

23        A    Yes.  I read it partially, yeah.

24        Q    I'm sorry?

25        A    I said, yes, I read it partially until I got

Page 30

```
1    about right here to "employment eligibility".

2         Q    Employment --

3         A    -- eligibility.

4         Q    Okay.  Did you read any of the other parts of

5    it?

6         A    Yes.  Yes, I read it.

7         Q    Okay.  Now, do you remember on that day, when

8    you went down, did you -- were you given any other

9    documents to sign?

10        A    I don't remember.

11        Q    Okay.  So, when -- before you applied at

12   Ferrovial, Mr. Ealy had told you that they were hiring.

13        A    Correct.

14        Q    And that you should go down and apply.

15        A    Correct.

16        Q    And -- and I can't remember.  Did you say he

17   told -- he told you a little bit of about what you --

18   what they did?  They pick up trash?

19        A    He just told me that they do maintenance.

20        Q    Oh, that's --

21        A    Maintenance.

22        Q    Okay.  All right.  All right.  He didn't tell

23   you who he worked with?

24        A    Oh, no, sir.

25        Q    He didn't tell you -- before you started, had
```

1    you ever heard the name Allen Roebuck?

2        A    Oh, no, sir.

3        Q    Before you started at Ferrovial, had you ever

4    heard the name Juan Garcia?

5        A    No, sir.

6        Q    Steve Bearden?

7        A    No, sir.

8        Q    Russ Flowers?

9        A    No, sir.

10       Q    Shaunna Stoddard?

11       A    No, sir.

12       Q    Now, whenever you started -- actually started

13   work, it was -- it was after you had signed Defendant's

14   Exhibit 1.

15       A    Correct.

16       Q    A few days or maybe a week, give or take.

17   Okay.

18            And did you -- when you started, you had a

19   CDL.  Did you have any other licenses or certifications?

20       A    Yes.

21       Q    What other licenses or certifications did you

22   have when you started at Ferrovial?

23       A    Diesel technician.  I took a two-year trade

24   school -- trade school --

25       Q    Okay.

                                                    Page 32

1        A    -- and got my license as a diesel technician.

2        Q    And did Ferrovial have any diesel-powered

3    vehicles?

4        A    I don't recall if they did.

5        Q    Before you worked for Love's -- where had you

6    worked just before Love's?

7        A    Just before Love's?

8        Q    Yes.

9        A    I was -- I had a couple of jobs I was working

10   at, at -- at similar times.  So, I was working at

11   McDonald's, Kubota, and Waffle House.

12       Q    And what was the other one?

13       A    Waffle House.

14       Q    This one (indicating)?

15       A    Yes, that one.

16       Q    Do you remember about how long you worked at

17   Waffle House?

18       A    It wasn't -- it wasn't that long.  I wouldn't

19   even say a month.  Probably a month and a half, maybe.

20   I don't really know exact time frame.

21       Q    Okay.

22       A    It was just something that I was doing while I

23   was in school.

24       Q    Let me jump forward a little bit.  Since you

25   left Ferrovial --

1        A     Okay.

2        Q     Since you stopped working at Ferrovial -- let

3    me be a little more accurate, I guess -- have you been

4    employed since then?

5        A     Yes.

6        Q     One job or more than one?

7        A     One job.

8        Q     And what was that company you worked for?

9        A     Four Star Freightliner.

10       Q     And where is that company located -- or at

11   least, where you worked?

12       A     Midway, Florida.

13       Q     How far is that from here?  Approximately.

14       A     I'd say a little over an hour and a half.

15       Q     Wow.  You had -- you had to drive an hour and

16   a half each way?

17       A     Every time I worked.  I'm dedicated to my job.

18       Q     So, how did you get that job?  Do you

19   remember?  Did you apply online?

20       A     Yes, I applied online.

21       Q     Did you know anybody who worked there?

22       A     No, sir.

23       Q     And then, is that where you hurt your arm?

24       A     Yes.

25       Q     How -- how did you hurt your arm at Four Star?

Page 34

```
 1      A    Well, I was working up under a semi and I tore
 2   my rotor [sic] cuff.
 3      Q    Have you had surgery on it?
 4      A    Yes.
 5      Q    How is it now?  Is it --
 6      A    It's still painful.
 7      Q    Yeah.
 8      A    Yes, sir.
 9      Q    And because of that injury, you stopped
10   working for Four Star; is that accurate?
11      A    Yes, sir.
12      Q    Did you -- did you leave Four Star
13   voluntarily, did you leave Four Star because your injury
14   prevented you from being -- from doing your job, or did
15   you leave Four Star because the company terminated your
16   employment?
17      A    They terminated me.
18           MR. BARROUKH:  Ob- -- objection.
19           MR. KNOX:  Okay.
20           MR. BARROUKH:  That's fine.  When I -- when I
21      say "objection", unless I instruct you not to
22      answer, you can still answer the question.
23           THE WITNESS:  Okay.
24   BY MR. KNOX:
25      Q    And do you know why they terminated your
```

Page 35

1    employment?

2                MR. BARROUKH:   Objection.

3        A    I don't know.

4        Q    How did you even know that they had terminated

5    you?

6        A    I got a letter in the mail.

7        Q    Do you remember who it was from?

8        A    No, sir.

9        Q    Do you remember what it said?

10       A    No, sir.

11       Q    And have you been employed since your last day

12   at work at Four Star?

13       A    No, sir.

14       Q    Have you been looking for employment since

15   then?

16       A    No, sir.

17       Q    Are you planning to look for employment at

18   some point?

19       A    After I'm cleared, yes, sir.

20       Q    Your shoulder.

21       A    Uh-huh.

22       Q    Okay.  When you came in on the 10th of May,

23   2022, and signed Defendant's Exhibit 1 and maybe some

24   other documents -- I've got some other documents I'll

25   show you, but I --

Page 36

1      A    Okay.

2      Q    -- don't want to do it right this minute --

3  other than Ms. Stoddard, did you meet anybody else, any

4  other employees of Ferrovial on that day?

5      A    I can't recall if I did.

6      Q    Okay.  Do you remember if Mr. Bearden was in?

7      A    Yes.

8      Q    All right.  So, it was him and Ms. Stoddard?

9      A    Ms. Shaunna, yes -- I think.  Everybody else

10  was outside working, I guess.

11      Q    Okay.  All right.  So, when you -- whenever

12  your first day of actual work was for Ferrovial -- did

13  you and Mr. Ealy typically drive together?

14      A    No, sir.

15      Q    All right.  So, you had your own vehicle and

16  he had his?

17      A    Yes, sir.

18      Q    What were you driving at the time?

19      A    I was driving -- hmm -- a Chevy Malibu.

20      Q    Do you remember what he was driving?

21      A    He was driving a work truck.

22      Q    A Ferrovial truck?

23      A    Yes, sir.

24      Q    Okay.  Was he -- was he permitted to -- to

25  take the truck home and then, you know, drive to work?

Page 37

```
 1   Is that --
 2           MR. BARROUKH:  Objection.  Form.
 3       A    I don't really know exactly.
 4       Q    Did you ever see a Ferrovial truck parked at
 5   his house?
 6       A    Oh, I don't -- I never went to his house like
 7   that.
 8       Q    Okay.  All I'm trying to figure out is if he
 9   drove a truck -- you know, some employers allow
10   employees to drive company vehicles from their home to
11   work, things like that.  And I just didn't know if you
12   knew.
13       A    Yeah, I was, once got into the company.
14       Q    Okay.  All right.  So, then you stopped
15   driving your car and drove the Ferrovial --
16       A    Yes.
17       Q    Now, you were only with Ferrovial, I think,
18   for about a month, give or take, maybe five weeks.
19           Do you remember about how long you had worked
20   for them before they allowed you to -- to drive the
21   company truck?
22           MR. BARROUKH:  Objection.  I -- I believe you
23       said 85 weeks.  I just want to make clear, you mean
24       85 days or --
25           MR. KNOX:  No.
```

1          MR. BARROUKH:  What did you mean by that when

2     you said 85 weeks?

3          MR. KNOX:  Well, clearly I had a brain fart --

4          MR. BARROUKH:  No problem.

5          MR. KNOX:  -- because what I meant to say was

6     four to five.

7          Did I say 85?

8          THE COURT REPORTER:  I heard "maybe five",

9     but.

10          MR. KNOX:  Well, I've got everybody confused.

11          (Simultaneous speakers.)

12          THE WITNESS:  That's all I heard about.

13  BY MR. KNOX:

14     Q    Four to five weeks?

15     A    Okay.  All right.

16     Q    Does that sound about right?

17     A    That sounds about -- about right.

18     Q    All right.  About how long had you been

19  working for the company before they allowed you to drive

20  the company truck to and from home?

21     A    I don't really recall that.  It -- probably,

22  like, a couple of days.

23     Q    Okay.  All right.  So, it was close to the end

24  of your employment.

25     A    Yes, sir.

```
                                            Page 39
 1        Q    Okay.  All right.  When you worked for
 2   McDonald's, do you know if they had an employee
 3   handbook?
 4        A    Yes.
 5        Q    Did you get a copy of that?
 6        A    Yes.
 7        Q    Do you know if they had a human resource
 8   department?
 9        A    I didn't -- I don't recall.
10        Q    Okay.  Now, in this lawsuit, you're accusing
11   Ferrovial of engaging in discrimination based on race
12   and harassment based on race, correct?
13        A    Correct.
14        Q    And retaliation, correct?
15        A    Correct.
16        Q    All right.  Now, had you ever, at least, in
17   your mind, been discriminated against because of your
18   race at Love's?
19        A    No, sir.
20        Q    Been harassed because of your race at Love's?
21        A    No, sir.
22        Q    Been retaliated against at Love's?
23        A    No, sir.
24        Q    What about McDonald's -- ever feel that you
25   were discriminated against because of your race there?
```

Page 40

1     A     No, sir.

2     Q     Harassed because of your race there?

3     A     No, sir.

4     Q     Retaliated against there?

5     A     No, sir.

6     Q     Now, this is probably gonna draw an objection

7  because it's a hypothetical, but if you had been working

8  at McDonald's and had felt that you were being harassed

9  because of your race or any other protected

10  characteristic, you think you would have done anything?

11         MR. BARROUKH:  Objection.  Form.

12    A     Yes.

13    Q     What do you think you'd have done?

14         MR. BARROUKH:  Objection to form.

15    A     Same thing I'm doing now.

16    Q     You would have sued them?

17    A     (Nodding head affirmatively.)

18         MR. BARROUKH:  Objection to form.

19    A     Yes.

20    Q     Okay.  Same question as to Love's:  Would you

21  have done something?

22         MR. BARROUKH:  Objection to form.

23    A     Yes.

24    Q     Same thing you're doing here; you would have

25  sued them?

1           MR. BARROUKH:  Objection to form.

2      Misstating --

3      A    Yes.

4           MR. BARROUKH:  -- the situation at hand.

5      Q    Okay.  In the Ferrovial employee handbook, do

6  you recall that they had policies prohibiting

7  discrimination based on race?

8      A    Yes.

9      Q    Do you know if the Ferrovial handbook had

10  policies prohibiting harassment based on race?

11      A    Yes.

12      Q    And do you know if Ferrovial had -- in the

13  handbook, had policies prohibiting retaliation --

14      A    Yes.

15      Q    -- against employees who complained about race

16  discrimination or harassment?

17      A    Yes.

18      Q    And you knew that from the time you started

19  there, working there?

20      A    Yes, I knew that because they had told us what

21  was in the handbook when we went to a meeting.  So, I

22  remember, from the guy that was speaking, what was all

23  covered in the handbook.

24      Q    Ah, okay.

25           Do you remember when that meeting was?

Page 42

1       A     No, sir.

2       Q     Do you remember where it was?

3       A     Jacksonville, Florida.

4       Q     Was it -- was it before the 10th, when you

5    signed Defendant's Exhibit 1?

6       A     No, sir, it was after.

7       Q     About how long after would you estimate?

8       A     I don't recall.  Probably -- I think around,

9    like, two weeks after the start of work.

10      Q     Okay.  And do you remember -- you don't

11   remember the name of the person who gave that --

12      A     No, sir.

13      Q     -- speech or the training?

14      A     No, sir.

15      Q     Were there other employees from Ferrovial

16   there?

17      A     Yes.

18      Q     Was Mr. Ealy there?

19      A     Yes.

20      Q     Was anybody else from your crew there?

21      A     No, sir.

22      Q     And what do you remember him saying about --

23   about handbook policies?

24      A     Just -- what you just said about

25   discrimination and harassment, if we feel like we was

Page 43

1    being harassed, come talk to somebody in higher -- you

2    know, higher command.

3        Q    Okay.  And -- and you did that, at some point,

4    correct?

5        A    Yes, sir.

6        Q    All right.  Do you remember if there were

7    Ferrovial employees from other offices there in

8    Jacksonville when this training was given?

9        A    Yes, sir.

10       Q    Was that -- were you just up there for a day

11   of training or a few hours of training?  Do you recall?

12       A    I -- I think it was, like, three days.

13       Q    Okay.  Do you remember anything else that was

14   covered during that three days of training --

15       A    Ye- --

16       Q    -- other than the policies about harassment

17   and discrimination?

18       A    Yeah, it -- they covered MOT training.

19       Q    Okay.  Maintenance of traffic?

20       A    Yes, sir.

21       Q    How did you get to that training?  That is,

22   did you drive a company vehicle?  Did you try -- drive

23   your own vehicle?  Did you ride with someone?

24       A    I drove my own vehicle.

25       Q    And Mr. Ealy attended that?

Page 44

```
 1        A     Yes, sir.
 2        Q     Do you know what he drove to get up there?
 3        A     No, sir.
 4        Q     And so, was this given at a hotel?
 5        A     Yes.
 6        Q     Do you remember the hotel?
 7        A     I don't remember the name of the hotel, but
 8   I'm thinking it's the Hampton Inn.
 9        Q     Okay.  And the company reimbursed you for
10   your -- for -- did you stay at the hotel or did you make
11   the drive to Jacksonville every day?
12        A     I stayed at a different hotel because they
13   ain't book my hotel.  I had to book my own hotel.
14        Q     Okay.
15        A     Yes, sir.
16        Q     What's the hotel where you stayed?
17        A     I can't remember the name of the hotel I
18   stayed in, but I'm thinking it was Marriott -- I
19   don't -- I don't really recall.
20        Q     Okay.  And, the company didn't reimburse you?
21        A     Eventually, after I --
22        Q     Oh, they did.
23        A     Yes, sir.
24        Q     All right.  Now, at some point, you did
25   complain.
```

Page 45

1        A     Yes.

2        Q     Well, the complaint says you complained, you

3   and Mr. Ealy both.

4        A     Yes.

5        Q     About race discrimination or harassment or

6   both?

7        A     I just -- I complained about mistreatment,

8   unfair, you know.

9        Q     Okay.

10       A     I been, like, discriminated.

11       Q     Well, you made a point to say you complained.

12       A     Yes, sir.

13       Q     I mean, did you make the complaint by yourself

14   or was Mr. Ealy with you?  Did you both complain?

15       A     I directed with Mr. Steve myself on my

16   complaint.

17       Q     Okay.

18       A     Mr. Ealy talked to him on his own as well.

19       Q     And do you remember approximately how long you

20   had been employed by Ferrovial when you made this

21   complaint to Mr. Bearden?

22       A     Probably about, I think, probably, like,

23   three -- three weeks.

24       Q     And where did you talk to Mr. Bearden about

25   this?

Page 46

1        A     In his office.

2        Q     Was there anybody else present or just the two

3    of you?

4        A     Just me and him.

5        Q     Was it at the start of the workday?  The end

6    of the workday?  Some other time?

7        A     It was around closing.  We was getting ready

8    to get off.

9        Q     What time did you typically report for work in

10   the mornings?

11       A     I'm thinking 7:00 in the morning.

12       Q     And did you guys have a time clock you clocked

13   in or did you hand write the time you got there on a

14   time sheet or something?  How did you keep track of your

15   time for pay purposes?

16       A     If I recall, I think we did it on a piece of

17   paper.  We write our time on a piece of paper.

18       Q     Okay.  And then, what would you do with the

19   piece of paper?

20       A     I'd leave it on the desk so Mr. Bearden could

21   see it and sign and stuff.

22       Q     Okay.  And then, what about the end of the

23   day -- what did you do?  Same thing?

24       A     Yes, sir.

25       Q     Separate sheet of paper or the same one?

Page 47

1     A     The same one, right to the right column of it.

2     Q     Okay.  All right.

3     A     Clock in and clock out.

4     Q     And that particular document -- was that for

5   an entire week?  So, from Monday through -- whatever

6   days you worked, you'd record the start time, the stop

7   time for that week.

8         And then, when the next week started, there

9   would be a new blank piece of paper for you to start; is

10  that what they did?

11    A     Yes, sir.

12    Q     Okay.  And what, typically, was the quitting

13  time?

14    A     The time we got off -- I guess whenever we

15  finished our work; roughly around 3:00 or 4:00.

16    Q     Okay.

17    A     Sometimes we -- me and Mr. Eric would just

18  stay late to finish stuff that -- so we didn't have to

19  do stuff in the morning.

20    Q     Okay.  So, is it fair to say that, typically,

21  you -- you'd clock that or you would sign it by around

22  7:00?

23    A     Yes, sir, at 7:00.

24    Q     At 7:00.

25         And then, typically, you would sign out maybe

1    3:00, 4:00.

2         A    Correct.

3         Q    But there were sometimes when the two of you

4    would voluntarily stay later so you could -- you

5    wouldn't have to worry about doing it the next morning?

6         A    Yes, sir, not later than 4:00, though.

7         Q    Oh, I see.  Okay.  All right.

8              Do you recall if you ever worked more than 40

9    hours in a week when you worked at Ferrovial?

10        A    I don't recall.

11        Q    You don't remember that you did?

12        A    I -- I know I stayed over late, but I don't

13   know how -- how he put the hours together because we

14   only got paid, like, every two weeks, so --

15        Q    Yeah.

16        A    So, most likely, I did work over 40 hours of

17   work.

18        Q    Okay.  But you -- you're not sure.

19        A    No, sir.

20        Q    All right.  On those days when you -- you said

21   that there was some times you'd stay maybe until 4:00,

22   did you have to get approval from somebody to do that?

23        A    No, sir.

24        Q    Or -- or you just did it?

25        A    We just did it.

1      Q    Okay.  All right.  So, let's get back to this

2   meeting you said you had with Mr. Bearden.  Tell me what

3   you remember being said by the two of you.

4      A    I had told Mr. Bearden that me and

5   Mr. Garcia -- we were having an issue because his

6   attitude.  And I came to Mr. Bearden about Mr. Garcia's

7   attitude.

8           And Mr. Bearden told me that Mr. Juan is a

9   hothead anyways, so try to be patient with him.

10     Q    Well, when you say -- when you say that you

11  had issues with Mr. Garcia because of his attitude,

12  what -- what was his attitude?  How would you describe

13  it?

14     A    The way he -- the way he talked to a person.

15     Q    Okay.

16     A    You know, it's a way you're supposed to talk

17  to a person.  You can respect a dog, you know.

18     Q    Can you give me an example of what you mean by

19  that?

20     A    Like -- like, when he used to direct us into

21  doing stuff, it's just the way -- how he talked, like,

22  he -- basically, like, he just -- instead of -- instead

23  of, like, "Would you please pass me that water?"

24     Q    Uh-huh.

25     A    "Man, give me that water."  See, that's the

Page 50

```
 1   difference.
 2        Q    Okay.
 3        A    So, the tone, high- -- higher pitch.  You
 4   know, I dealt with it for a couple of weeks, like I say,
 5   but like, around about the third week or so, I had to go
 6   talk to Mr. Bearden about his attitude and stuff.
 7             And that's when he explained to me that he was
 8   already -- he hotheaded.  He alr- -- Mr. Bearden stated
 9   that he knew the type of attitude that he had.
10        Q    Did he -- did Mr. Bearden tell you how he knew
11   about Garcia's attitude, if somebody else had
12   complained?
13        A    Yes.
14        Q    Did he say who else had complained?
15        A    No, sir.
16        Q    Did he say someone had complained?
17        A    Yes.
18        Q    Okay.  You don't remember him giving you a
19   name; just --
20        A    No, sir.
21        Q    -- generally --
22        A    Yes.  I guess --
23        Q    -- that somebody --
24        A    -- was working with him for so long.  So, I
25   guess, he already knew him as an employee.
```

1      Q    Okay.  So, when you started at Ferrovial, the

2    crew was you, Mr. Ealy, Mr. Roebuck, and Mr. Garcia,

3    correct?

4      A    Correct.

5      Q    All right.  And -- and when you stopped

6    working at Ferrovial, there -- everybody -- well, you

7    and Mr. Ealy stopped working at -- for Ferrovial at the

8    same time, right?

9      A    Yes, sir.

10     Q    Okay.  And so, when you guys stopped, it was

11   still just -- or before you stopped, it was still just

12   you, Ealy, Roebuck, and Garcia.  There hadn't been any

13   personnel changes.

14     A    No, sir.

15          MR. BARROUKH:  Objection to form.

16     Q    Do you know if anybody was ever hired to

17   replace you?

18     A    I don't -- I don't know that.

19     Q    Okay.  Do you know if anybody was ever hired

20   to replace Mr. Ealy?

21     A    I don't know.

22     Q    About how long would you -- and I know it's

23   been a while, so just do your best.  And, again, if --

24   don't guess, but if you have an idea -- about how long

25   do you think this meeting with Mr. Bearden lasted?

Page 52

 1      A    No more than five minutes.

 2      Q    Okay.  And would it be fair to say that the

 3 takeaway you had was that Mr. Bearden was aware that

 4 Mr. Garcia was -- I think your words were -- or maybe

 5 Bearden -- is a hothead.

 6      A    Yes.

 7           MR. BARROUKH:  Objection to form.

 8      Q    And he asked you if you would be patient with

 9 him.

10      A    Yes.

11      Q    Okay.  Do you remember anything else that was

12 said during this meeting with Mr. Bearden?

13      A    No, sir.

14      Q    Okay.  And you think you'd been there about

15 three weeks?

16      A    (Nodding head affirmatively.)  Yes.

17           MR. KNOX:  I'm going to show you these -- I'll

18      get these out of the way.

19           (Discussion off the record.)

20      (Exhibit Nos. 3 and 4 marked for identification.)

21 BY MR. KNOX:

22      Q    All right.  You've got 3 in front of you.  If

23 you look at the bottom, that's your signature on this

24 document?

25      A    Yes.

Page 53

1      Q    All right.  And the position you held at

2    Ferrovial was as a road maintenance tech?

3      A    Yes.

4      Q    And it's dated 5/10/22.

5          Do you recall signing this acknowledgment for

6    the employee handbook on the -- the 10th, when you

7    signed Defendant's Exhibit 1?

8      A    I don't recall.

9      Q    Okay.  But that is your signature?

10     A    Yes, that's mine.

11     Q    And you don't have any reason to doubt that

12   the date is accurate on here, correct?

13     A    Correct.

14     Q    And the next document is Defendant's Exhibit

15   No. 4.  This is -- a job-description acknowledgment is

16   the first page.  And then, if you see, the following two

17   pages is a job description for the position of road

18   maintenance technician.  Just for the record, they're

19   Bates-labeled 289, 315, and 316.

20         That's your signature on the first page,

21   correct, Mr. James?

22     A    Correct.

23     Q    All right.  And that's your handwriting on the

24   date, 5/10/22?

25     A    Yes, sir.

1    Q    And do you remember receiving this job

2    description and signing for it on the 10th, when you

3    were in and signed Defendant's Exhibit 1?

4    A    Yes, I remember this.

5    Q    All right.  Now, if you would take -- and I

6    don't need you to take a -- a lengthy read through it,

7    but would you at least look on the first page of the job

8    description, Bates-labeled 315 -- just read it to

9    yourself and then tell me, is this generally an accurate

10   description of the types of things that you did when you

11   were employed as a road maintenance technician for

12   Ferrovial?

13   A    Yes.

14   Q    That reminds me, how frequently -- and this is

15   morbid, I suppose -- but how frequently did you have to

16   remove dead animals from the roadway?

17   A    I never removed one.

18   Q    No.  Okay.  All right.

19        Did you ever see anybody else do it?

20   A    No, sir.  I mean --

21   Q    Okay.

22   A    I don't recall seeing anyone else remove

23   animals.

24   Q    All right.  Of all the things that you -- all

25   the tasks that you performed as a road maintenance tech

Page 55

1   at Ferrovial, were there some things that you enjoyed

2   doing better than others?

3        A    Can you explain that?

4        Q    Sure.  Let's say, for example, there's ten

5   things -- well, Daniel may not have practiced as long as

6   me, so he may disagree with this, but let's say, for

7   me -- I'm a litigator.  And if there are ten things that

8   I do, there's some things I really love to do --

9        A    Okay.

10       Q    -- and then there's some things I just dread

11  doing.

12            So, when you were a road tech at Ferrovial

13  were there some tasks where, when you were told, this is

14  what you're -- you're gonna be doing today, you said,

15  yeah, yeah, I don't mind doing that.  And then were

16  there other jobs where you said, oh, man, I don't want

17  to have to do that?

18       A    No, I mean, I loved my job.

19       Q    Okay.

20       A    Everything -- every job that I usually try

21  to -- try to build around my career, so -- I love my

22  career, so I try to keep my job within my career.

23       Q    All right.  So, there weren't any things in

24  particular that you disliked --

25       A    Heat.

Page 56

1      Q     The heat.  Okay.

2      A     The heat.  I hated the heat.

3      Q     Yeah.

4      A     But it was part of my job, so I had to do it.

5      Q     Did you operate any vehicles or pieces of

6   equipment when you were employed at Ferrovial?

7      A     Yes.

8      Q     All right.  Let me back up from that for a

9   minute and ask you, what were some -- that you recall --

10  what were some of the different pieces of equipment that

11  either you or other members of the crew would have to

12  operate?

13     A     Tractor, skid-steer -- what they call --

14     Q     What's it called?

15     A     A skid.

16     Q     A skid-steer?

17     A     Yes, sir, a skid-steer.

18     Q     Any others?

19     A     The company truck and the AV- -- the AVT --

20  ATV -- ATVs.  ATVs.  And I think that's -- that's --

21  yeah, that's it.

22     Q     Okay.  Now, when you say tractors -- I'm a

23  country boy, so --

24     A     Yeah.

25     Q     You're not talking about a farm tractor,

Page 57

1   right?

2        A    Yeah, farm -- it's like --

3        Q    Oh, are you?

4        A    It's like a big John Deere we would mow the

5   grass with it.

6        Q    All right.  I was more of an Allis-Chalmers

7   guy, but you know --

8        A    Yeah.

9        Q    You ever heard of that?

10       A    No, sir.

11            (Laughter.)

12       Q    Hey, I set myself up for embarrassment there.

13   Trust me.  It did exist.  You can look it up later.

14       A    Okay.

15       Q    Now, did you operate the tractors -- how

16   many -- how many were there?

17       A    It was one big tractor and then they had two

18   smaller lawn mowers, zero-turn.

19       Q    Okay.  Yeah, I was gonna ask about the

20   zero-turn.

21            So, the zero-turn is a lawn mower?

22       A    Yes.

23       Q    It's one of those you sit on -- you sit on

24   top and --

25       A    Yes, sir.

Page 58

```
 1     Q    -- you can, like, turn on a dime, right?
 2     A    Yes, sir.
 3     Q    All right.  And did you op- -- you operated
 4   that?
 5     A    Yes, sir.
 6     Q    Did you have to be licensed or certified in
 7   order to do that?
 8     A    You had to be certified to operate the tractor
 9   and the skid.
10     Q    And were you certified to operate the tractor?
11     A    I got certified, but never received my
12   certification for the skid or the tractor, but I
13   completed the course for it.
14     Q    Okay.  All right.  And that was while you were
15   at Ferrovial?
16     A    Yes, sir.
17     Q    And who -- who gave you the training for the
18   tractor?
19     A    Mr. Bearden.
20     Q    And was that the same for the skid-steer?
21     A    Yes, sir.
22     Q    When it comes to the trac- -- you're talking
23   about the big tractor.
24     A    Yes, sir.
25     Q    All right.  So, the big tractor -- Mr. Bearden
```

Page 59

```
 1   actually gave training to you, Roebuck, and Mr. Ealy,
 2   right?
 3        A    Yes.
 4             MR. BARROUKH:  Objection to form.
 5        Q    And did he do that as a group?
 6        A    Yes.
 7        Q    Do you know who did the best job, during
 8   training, of picking up -- you know, being able to
 9   perform the job?
10             MR. BARROUKH:  Objection to form.
11        A    I don't recall that.
12        Q    Okay.  Do you know if Mr. Ealy got his
13   certification?
14        A    Yes.
15        Q    So, Mr. Ealy got his certification, but you
16   didn't get yours?
17        A    No, we all got certified, but we never --
18   nobody received their certification -- well, I know me
19   and Mr. Ealy never had the -- the paper.
20        Q    Uh-huh.
21        A    Yeah, we never got the paperwork on our
22   certification.
23        Q    All right.  Do you know if Mr. Roebuck got his
24   paperwork --
25        A    I don't.
```

Page 60

1      Q    -- on his certification?

2      A    I don't.

3      Q    On the skid-steer.  Same thing, do you know --

4   you didn't get the certification.

5      A    No, sir.

6      Q    Did Ealy get his?

7      A    I don't think so.

8      Q    Did Roebuck get his, to your knowledge?

9      A    I don't -- I don't know if he got his or not.

10      Q    Okay.

11      A    I'm assuming because he was on it.

12      Q    Okay.  And do you know why he was on it?

13      A    I don't know.

14      Q    And when you say he was on it, he was the one

15   who operated it?

16      A    Yes, sir.  We was told we was gonna take

17   turns, but we never got a turn.  And, you know, those

18   big tractors have A/C in it.

19      Q    Yeah.

20           Do you remember approximately when that

21   training took place --

22      A    No, sir.

23      Q    -- on each of those vehicles?

24      A    No, sir.

25           MR. BARROUKH:  Just let him finish the

Page 61

1      question before you answer.

2      Q    The -- so, the big tractor is basically a

3  bigger lawn mower?

4      A    Yes.

5      Q    And when would you use that, as opposed to a

6  zero-turn?

7      A    For the highway, like, going far in the

8  traffic.  You know, like, on 90 --

9      Q    Okay.

10     A    -- we would use it for, like, the big ditch

11  areas and stuff like that.

12     Q    All right.  So, it was something that was

13  right along the roadway --

14     A    Yes, sir.

15     Q    -- whereas the -- the other ones, you'd use

16  further --

17     A    In.

18     Q    Further in.

19     A    Yes, sir.

20     Q    Okay.  All right.  The company truck -- what

21  was that?

22     A    It was just a -- a regular truck.

23     Q    All right.

24     A    An F-150-type.

25     Q    And did anybody, in particular, operate -- you

Page 62

1    know, drive that truck or did everybody do it when they

2    needed it?

3              MR. BARROUKH:  Objection to form.

4        A    I don't know how they ran -- it just -- I

5    guess, if you worked there.

6        Q    Okay.  How would you guys get to a work site,

7    typically?

8              MR. BARROUKH:  I'm gonna ask, can we take a

9         five-minute break.  Is that all right?

10             MR. KNOX:  Yeah.  Sure.  Sure.

11             (Brief recess.)

12   BY MR. KNOX:

13       Q    I want to go back to the conversation that you

14   had with Mr. Bearden about Mr. Garcia's treatment, the

15   way he spoke to you and that kind of thing.

16             Did you see him speak like that to any other

17   people?  And, I guess, really it's, kind of, a limited

18   pool, I guess, because there were only three of you

19   that -- that worked with him -- or at least under his

20   supervision.

21             Did you see him do the same thing with -- with

22   those two guys, with Roebuck, with Ealy?

23       A    I overheard with -- with Mr. Ealy around same

24   time.  That's why we had, you know -- they sent us home.

25   He had stated, "Boy, go do what I tell you to do", like

Page 63

```
 1    that, like, because he took his -- his position to
 2    another level.  You know, some people in power, they
 3    just don't know how to handle that power, so --
 4         Q    And when was that?
 5         A    That was, like, around June 14, maybe.
 6         Q    Okay.
 7         A    If I can recall that, because that was the day
 8    that, you know, they sent us home.
 9         Q    So, on that day, you heard Garcia tell Ealy,
10    "Boy, go do what I" --
11         A    "What I told you to do".
12         Q    Okay.  Had you ever seen him -- had you ever
13    heard him use that word previously to Mr. Ealy, "boy"?
14         A    I mean, I have, but I -- I didn't take -- I
15    didn't, you know, expect nothing of it because -- I
16    guess, because I came in late on the job, and I
17    assumed -- well, I don't assume.  I'm thinking that's
18    how they talked on the job, but then I seen that that --
19    that ain't how you're supposed to talk to your employee.
20         Q    Okay.
21         A    Because, you know, some people build
22    relationships on the job with each other, so I'm --
23         Q    Yeah.  Oh, yeah.  Yeah.
24         A    So, I'm thinking they built that type of
25    relationship, but then, when I seen how serious it -- it
```

Page 64

```
 1   was.
 2        Q    Yeah.
 3        A    No.
 4        Q    Yeah, and I -- I understand.  I mean, you
 5   know, still, got to be careful what you say.
 6        A    Yes, sir.
 7        Q    But especially when you're out -- you've got a
 8   bunch of guys out, kind of, on your own, out in the sun.
 9        A    Yes, sir.
10        Q    It's hot.  Doing stuff that a lot of other
11   people don't have to do, just sitting in the A/C.  And
12   sometimes, you know, you get friendly with each other;
13   sometimes a little too friendly.  Who knows.
14             Had you ever seen him say anything to
15   Roebuck --
16        A    No, sir.
17        Q    -- that you thought was, you know,
18   disrespectful or -- or this -- this attitude of
19   superiority?
20        A    No, sir.
21        Q    Okay.  Do you know how long Roebuck had worked
22   for Ferrovial --
23        A    No, sir.
24        Q    -- when you were there?
25        A    No, sir.
```

1      Q    He was there when you started.

2      A    Yes, sir.

3      Q    And he was -- he was there when Ealy started.

4  Do you know that?

5      A    I think so.

6      Q    Yeah.  Okay.

7           Do you know how long Garcia had been with the

8  company?

9      A    No, sir.

10     Q    Do you know how long Garcia had held any kind

11 of a supervisory position?

12     A    No, sir.

13     Q    Do you know whether Garcia ever got any

14 training to be a supervisor?

15     A    No, sir.

16     Q    Do you know whether Garcia had been a

17 supervisor anywhere else?

18     A    No, sir.

19     Q    When -- all right.  So, when you talked to

20 Bearden, that was before the 14th, then?

21     A    Yes.

22     Q    Okay.  All right.  So, you talked to him and

23 he told you to be patient, in essence.

24          And did you complain to Bearden again about

25 Mr. Garcia or was that -- was that the only time?

Page 66

1  A That's the only time that I complained about

2 Mr. Garcia, but I also complained about Mr. Roebuck.

3  Q Okay.  And -- let me back up for a second

4 here.

5    All right.  Did you ever complain to

6 Ms. Stoddard about either Garcia or Roebuck?

7  A I don't recall.

8  Q And I think you -- did you tell me earlier

9 that you had -- you've never met Flowers?

10  A No.  No, sir.

11  Q You didn't tell me that or, no, you've never

12 met?

13  A No, I never met.

14  Q Have you ever spoken to him on the phone or

15 anything like that?

16  A I don't recall talking to him.

17  Q Okay.  Do you know the name Stacy Wessel?

18  A Doesn't ring a bell, to me.  I -- no, sir.

19  Q Okay.  All right.  Now, you said that you

20 complained to Bearden about Roebuck.

21  A Yes.

22  Q Okay.  Was that before or after you complained

23 to Bearden about Garcia?

24  A After I complained about Garcia.

25  Q Okay.  And where did you complain to

Page 67

1    Mr. Roebuck [sic]?

2         A    On the side of the road when he pulled up on

3    us.

4         Q    Did Bearden ever get out and do any work with

5    the crew?

6         A    No, sir.

7         Q    Okay.  All right.  So, do you remember where

8    you guys were?

9         A    We was out by Lee -- going towards Lee, Lee,

10   Florida, right beside Trulieve -- I think that's the

11   Trulieve warehouse or something.

12        Q    Around Truly or Trulieve?

13        A    Trulieve -- Trulieve.  It's a warehouse -- I

14   think that's Trulieve ware- -- warehouse.

15        Q    All right.

16        A    Down the road from there.

17        Q    And you say this was -- you were heading

18   towards -- where?

19        A    We was head- -- we was doing -- actually, we

20   was picking up paper, going towards Lee.

21        Q    Okay.

22        A    Lee, Florida.

23        Q    And how did -- how did Mr. Roebuck come up in

24   conversation?

25        A    With -- it --

1      Q    With --

2      A    Can you explain?

3      Q    Yeah, so, Bearden pulls along the side of the

4   road, stops to talk.  You go up and talk to him -- or --

5      A    Yes, sir.

6      Q    Or he pulled up where you were.

7           How did -- how did Allen Roebuck even come up

8   as a topic of conversation?

9      A    Oh, because I had talked to Mr. -- Mr. Steve

10  about Roebuck language and stuff to me when he passed by

11  us.  And he made us feel uncomfortable with what he was

12  saying.  So, I had talked to Mr. Steve when he came and

13  do his normal checkup on us.

14     Q    Okay.  So, let me -- let me back up for a

15  second.  So, Roebuck said something that day to you?

16     A    Yes.  He --

17     Q    O- -- yeah.  Go ahead.

18     A    Yes, sir.

19     Q    Okay.  So, earlier -- earlier that day Roebuck

20  said something to you and to Mr. Ealy or just to you?

21     A    To both of us.

22     Q    Okay.

23     A    It was actually, like, a couple of minutes

24  before Mr. Steve pulled up.

25     Q    Okay.  So, you guys are out on the job.  And

Page 69

1   what was it that Roebuck said?

2       A     It was some -- it was, like, a joke, kind of

3   like, pertaining to fish, like, mudfish, about black

4   people eating and why he catch fish and give the mudfish

5   to black people because the bottom of the food chain and

6   stuff like that.

7           And he be, like, "What up, my nigga?  What

8   y'all doing?"  And he, like -- we asked him, hey, that's

9   not how you approach us -- because he was on the ATV at

10  that time and he would pass me and Mr. Eric, and that's

11  what he stated.

12          So, we called Mr. Bearden, as he was coming to

13  do his little checkup.  And that's when I had told him.

14      Q     So, what did you -- and -- and was Ealy there

15  with you?

16      A     Yes.

17      Q     Okay.  So, Bearden pulls up.  You and Ealy

18  both go to him.  And what do you tell him?

19      A     I tell Mr. Steve -- I be, like, Mr. Steve,

20  your employees, Mr. Roebuck, he passed by, talking

21  about, "What's up, my nigga?", and we told him he made

22  us feel uncomfortable like that, someone approach us

23  like that.

24          And he went to making jokes about fish --

25  mudfish at that -- about how he give his mudfish to

Page 70

1   black people because it's the bottom of the food chain.

2   And Mr. Steve said, okay, I'm gonna talk to him, and

3   stuff like that.

4           I don't know about the outcome of what

5   happened between him and Mr. Roebuck.

6       Q   Okay.  Well, first of all, do you know if he

7   spoke to Roebuck about it?

8       A   I don't know.

9       Q   Okay.

10      A   Yes, sir.

11      Q   And was that -- was that the first time that

12  Roebuck had said something like that, that -- that made

13  you --

14      A   That was the first time to me that --

15      Q   Okay.

16      A   From my, you know, understanding, to me.

17      Q   Okay.  All right.  So, I'm just trying to get

18  the chronology straight here.  So, at some point, you go

19  to Bearden with a complaint about the way that Garcia

20  talks to you.

21      A   Yes.

22      Q   And, apparently, talked to Ealy, too, and

23  maybe Roebuck.  You didn't know.

24          Then you complain again to Bearden -- this

25  time it's you and Ealy both -- about what Mr. Roebuck

1    had said to you earlier in that -- in the work shift.

2        A    Yes.

3        Q    Now, did you call Bearden to have him stop by

4    or was -- did it just happen that he had stopped by for

5    another reason and that was your opportunity to tell

6    him?

7        A    I had called him over when he was doing his

8    checkup.

9        Q    Okay.  But I mean -- right.  What I meant was,

10   he had already stopped there.

11       A    Yes, sir.

12       Q    He hadn't stopped because you called him on

13   the radio or -- which reminds me, how -- how would you

14   communicate when you guys were out working?  Did you

15   communicate by radios or cell phones?

16       A    No, they gave us company phones.

17       Q    Okay.  All right.  And then was that the only

18   time that you complained to Bearden about Roebuck?

19       A    No, sir.

20       Q    When was the next time you complained to

21   Bearden about Roebuck?

22       A    I don't remember how long, but it was -- it

23   was happening very frequently, the jokes was.  So, you

24   know, I ain't one to be a big complainer, but I did talk

25   to him again, going towards Battlestar Highway.  And

Page 72

1    I -- I would tell Mr. Steve that it keep going on.

2         Q    So, where did this second time about

3    Roebuck -- where did this happen?

4         A    On Madison Highway, out going towards

5    Valdosta.

6         Q    Okay.  And, again, how was it that Bearden

7    showed up there?  Did he just happen to be there?

8         A    No, we called --

9         Q    Or did you call him?

10        A    No, we called him to help -- help us get the

11   chain saw started.

12        Q    Who's "we"?  You and Mr. Ealy?

13        A    Mr. Ealy.

14        Q    Okay.  All right.  So, he -- so, Bearden

15   pulled up for that.

16        A    Yes, the --

17        Q    To -- to help you get it --

18        A    Yes, sir.

19        Q    Did he get it started?

20        A    Yes, sir.

21        Q    All right.  So, tell me what you said to him

22   then.

23        A    I had told him, when we had came to work that

24   morning, Mr. Roebuck was still making racist jokes

25   towards me and Mr. Ealy.  And he had said something

Page 73

1  about why black people don't own boats and stuff;

2  because we can't afford them or something.  Like, that's

3  how he always used to try to communicate with us by

4  making racist jokes.

5          So, I told Mr. Bearden -- I be like, I don't

6  appreciate him, you know, joking with us like that.  I

7  don't know how Mr. Eric feels about it, but I know how I

8  feel about it.  You know, and he making me feel

9  uncomfortable.  And he, like, yeah, I'll talk to him and

10  see what I can get resolved, maybe I'll keep y'all

11  separated and stuff like that.

12      Q    What was that about being separated?

13      A    Ye- -- yes, sir, he said, maybe I'll keep

14  y'all separate from each other, like, you -- you and

15  Mr. Ealy go this route, he and Mr. -- what it -- Roebuck

16  and Garcia go this route, so...

17      Q    Okay.  About how much time had passed between

18  the -- the first time you talked to Bearden --

19      A    Like, a week -- like, a week later.

20      Q    -- and the second time?

21      A    Oh, sorry.  About a week later.

22      Q    Okay.  So, you'd been -- how long had you been

23  on the job when you complained the second time to

24  Bearden about Roebuck?

25      A    Second time, roughly, I think around, like,

Page 74

1    four weeks maybe.

2        Q    Okay.

3        A    Like -- like, a month.

4        Q    And what did -- did Mr. Ealy say anything in

5    this conversation?

6        A    No, sir.  I was the one that felt offended

7    about it.

8        Q    Okay.

9        A    So, I had came and talked to Mr. Steve about

10   it.

11       Q    So, Mr. Ealy didn't say anything?

12       A    I don't know --

13           MR. BARROUKH:  Objection to form.

14       A    -- about him and Roebuck -- they had issues

15   before I got there, so...

16       Q    Okay.  How do you know they "had issues before

17   I got there"?

18       A    Because after my first issue with

19   Mr. Roebuck -- that's when Mr. Ealy was like, oh, he --

20   he did me like that before -- you know, like, before I

21   got -- before I got there, he'd be, like, yeah, he -- he

22   made jokes with me like that all the time.

23           And I said, oh.  Oh, yeah, but I'm not having

24   it.  You know, he might do you l- -- you might accept

25   it, but I'm not accepting it.  I step up and I tell

1   somebody about it.

2       Q    Okay.  So, before you started working at

3   Ferrovial, Mr. Ealy didn't tell you anything about any

4   issues, for lack of a better word, that he was having

5   with Mr. Roebuck?

6       A    No, sir.

7       Q    And before you applied, he didn't tell you

8   that he was having any issues with Mr. Garcia?

9       A    No, he wasn't having any issues with

10  Mr. Garcia at the time.

11      Q    Well, but how would you know?  You weren't

12  there.  I'm talking about before you applied.

13      A    Before I applied?

14      Q    Yes.

15      A    Oh, because he had told me that, you know --

16  that it was good people down there, as far as

17  supervisor.

18      Q    Okay.  All right.  So, it wasn't until the

19  first time you complained to Mr. Roebuck -- or I'm

20  sorry.

21      A    Mr. Steve.

22      Q    It wasn't until the first time you complained

23  to Bearden about Roebuck that Mr. Ealy then tells you --

24      A    Yes.

25      Q    -- oh, this has been going on for a while with

Page 76

1    me and him.

2        A    Yes.

3        Q    Okay.  Were there any other times when you

4    complained to Roebuck [sic] about --

5        A    Mr. Steve?

6        Q    Sorry.  Yeah.

7            MR. BARROUKH:  Just let him --

8            THE WITNESS:  Oh.

9    BY MR. KNOX:

10       Q    -- to Bearden about any kind of racial

11   comments, whether jokes or otherwise, that Mr. Roebuck

12   had been making?

13       A    Can you ask me that question again?

14       Q    Sure.  Any other times that you complained to

15   Mr. Bearden about Mr. Roebuck making racial comments or

16   telling racial jokes, other than these two times you've

17   told me about?

18       A    No, sir.

19       Q    And on both those occasions, do you know

20   whether Mr. Bearden did speak with Mr. Roebuck about

21   your complaints?

22       A    No, sir.

23       Q    You don't know.

24       A    No, sir.

25       Q    About how much time passed after the second

Page 77

1    complaint to Mr. Bearden and your last day of work?

2        A    How much time passed?

3        Q    Uh-huh.

4        A    What you mean?

5        Q    Well --

6        A    Can you explain?

7        Q    Did the second complaint to Mr. Bearden take

8    place a day before you and Mr. Ealy were suspended?  Two

9    days?  A week?

10       A    I don't re- --

11       Q    I'm just trying to get a time frame as to when

12   these things happened.

13       A    I don't remember how long it was before we got

14   terminated or whatever.

15       Q    Okay.  While this was going on, did you ever

16   look at the Ferrovial employee handbook to see if there

17   was someone else you could talk to to make this -- these

18   comments by Mr. Roebuck stop?

19       A    No, sir.

20            MR. BARROUKH:  Objection to form.

21       Q    Do you remember, when you started with

22   Ferrovial, getting a document called "The code of

23   business conduct"?

24       A    No, sir.

25            THE COURT REPORTER:  That's Exhibit 5.

1          (Exhibit No. 5 marked for identification.)

2    BY MR. KNOX:

3          Q    I just handed you, Mr. James, a document

4    that's entitled "Code of business conduct" for Ferrovial

5    Services.  It's Bates-labeled 161 through 174.

6               I want to draw your attention to the last page

7    of the document.  That's your signature, correct?

8          A    Yes.

9          Q    And that's your -- you're the one who hand

10   wrote the date in there, May 10th?

11         A    Yes.

12         Q    Does this look familiar to you as a document

13   that you signed at the same time you signed Defendant's

14   Exhibit 1?

15         A    I don't -- I don't recall.

16         Q    Okay.  At any time during your employment with

17   Ferrovial, did you look at any documents that you had

18   received from the company to determine if there was

19   someone else you could complain to about Mr. Roebuck?

20         A    No, sir.  I had went to a meeting and that's

21   when I got all my information that I needed to contact

22   the people that I needed.

23         Q    Okay.  This is the meeting in Jacksonville.

24         A    Correct.

25         Q    Okay.  And -- the meeting in Jacksonville --

Page 79

1    was that before or after your first complaint to

2    Mr. Bearden about Mr. Garcia --

3        A    I don't --

4        Q    -- about his -- his attitude?

5        A    It was after the first complaint.

6        Q    Okay.  And then, did the training in

7    Jacksonville take place before or after your first

8    complaint to Bearden about Roebuck?

9        A    Before.

10       Q    And did the training in Jacksonville, then,

11   take place before or after your second complaint to

12   Bearden about Roebuck?

13           MR. BARROUKH:  Objection to form.

14       Q    It would have been the same answer, right?

15       A    (Nodding head affirmatively.)  Before.

16       Q    Yes?  Okay.

17           And a comment that you say you overheard

18   Garcia make to Ealy about, "Boy, go do what I told you

19   to do" -- that would have been after the training as

20   well, right?

21       A    Correct.

22       Q    Okay.  And you think, in fact, that was the

23   same day that you were suspended that you heard him make

24   that comment?

25       A    Correct.

Page 80

1     Q    All right.  He'd never referred to you that

2  way, had he, Mr. Garcia?

3     A    About the "boy" part?

4     Q    Yes.

5     A    I mean, like I said, with his attitude, I

6  didn't know how they was -- you know, how they were

7  operating when I came there.  So, I'm thinking -- you

8  know, like I said, you build relationships on the job.

9         So, he said it a couple of times before, but I

10 ain't take offense to it because I -- I ain't realize

11 how, you know, he operated, but when I seen -- that day

12 we were getting suspended, before I knew we got

13 suspended, that's when all that came to light.  And was

14 like, "Boy, go to" -- "go do what I told you to do."

15        And I was right there with him, so apparently

16 he talking to both of us because we were both doing the

17 same job.

18    Q    Although he didn't say "boys", right; he just

19 said "boy"?

20    A    Yeah, he just said "boy."

21    Q    Okay.  So, it's your testimony that he had

22 used that word to you, previously?

23    A    Yes.

24    Q    But you didn't take offense to it.

25    A    No, sir.

1       Q    When you were at Ferrovial, would you say

2    that, most of the time, the four of you worked together

3    as a crew?  Or did, most of the time, you guys pair up?

4    For example, you'd pair up with Ealy and -- and Garcia

5    would pair up with Roebuck?

6            MR. BARROUKH:  Objection to form.

7       A    I was doing what I was told to do.

8       Q    But, most of the time, was that all four of

9    you working the same place, doing the same kinds of

10   things?  Or did you pair up and go to different areas,

11   doing different things, typically?

12           MR. BARROUKH:  Objection to form.

13      A    No, sir.

14      Q    So, typically, all four of you.

15      A    No, sir.  W- -- like, those two would do

16   something, and they'll direct us to do something.  So,

17   we was doing what we was told to do.

18      Q    Okay.  So, Roebuck was telling you what to do?

19      A    Yes, as well.

20      Q    Did you have any reason to believe that he was

21   a supervisor?

22      A    No, sir.  I just -- I was just throwed out --

23   out in there -- I ain't know what was going on, so I

24   just do whatever somebody told me to do, you know.

25      Q    Okay.

Page 82

```
 1      A     If Mr. Ealy told me, I'd do it.

 2      Q     Okay.  All right.  At Ferrovial, did you have

 3  direct deposit or did you actually get a live check, so

 4  to speak, paycheck?

 5      A     Direct deposit.

 6      Q     Okay.  You never had any issues with your pay?

 7      A     Yes, I did.

 8      Q     Once or more than once?

 9      A     More than once.

10      Q     Okay.  Let's talk about that.  What was the

11  first issue you had with your pay?

12      A     The first issue I had with my pay was my

13  reimbursement money from going to Jacksonville for the

14  hotel and the trip.

15      Q     This is the one -- the MOT --

16      A     Yes, sir.

17      Q     -- and the employee handbook stuff.

18            You drove your own vehicle, you said, correct?

19      A     Yes, sir.

20      Q     Did the company offer you a company vehicle to

21  drive?

22      A     One -- yes.  Yes.

23      Q     Okay.  And why did you choose not to do that?

24      A     Because the truck that they tried to give me

25  was -- the seat belt was messed up on it and it would
```

Page 83

1    ping all the time.  So, I ain't gonna get pinged going

2    down there.

3         Q    So, even though you'd fasten the seat belt, it

4    would keep --

5         A    It --

6         Q    -- making the noise?

7         A    Yes, sir, it would send an alert to the

8    people.

9         Q    Okay.  And the reimbursement was for the

10   hotel?

11        A    The hotel and the gas and stuff.

12        Q    All right.  And did you eventually get

13   reimbursed for the hotel and gas?

14        A    I -- months later, yes, sir.

15        Q    Do you know why it took so long?

16        A    No, sir.

17        Q    Okay.  Any other pay issues?

18        A    None that I can recall.

19        Q    Did Mr. Bearden ever use any language toward

20   you that you felt was racially discriminatory?

21        A    No, sir.

22        Q    Did you think that Mr. Bearden, in any way,

23   harassed you because of your race?

24        A    No, sir.

25        Q    In terms of Roebuck's -- the comments you've

Page 84

1    testified that Roebuck made that you found to be

2    racially -- certainly insensitive, at the least -- were

3    there any witnesses to him saying any of those things,

4    other than Mr. Ealy?

5         A    No, sir.

6         Q    To your knowledge, did -- did Mr. Garcia have

7    any role in making the decision to hire you?

8         A    Oh, I don't know.

9         Q    Do you know if he had any role in making the

10   decision to suspend you?

11        A    No, sir.

12        Q    Do you know whether Mr. Roebuck had any

13   authority to hire employees?

14        A    Oh, I don't know.

15        Q    To fire employees.

16        A    I don't know.

17        Q    To suspend employees.

18        A    No, sir.

19        Q    To set their rate of pay.

20        A    Oh, I don't know about that.

21        Q    To write them up, discipline them.

22        A    No, sir.

23        Q    You were never disciplined in writing during

24   the time you worked at Ferrovial, correct?

25        A    Correct.

Page 85

1        Q    Were there ever any times when you would go
2   directly to Mr. Bearden and ask him what your work
3   assignment was going to be?
4        A    Yes.
5        Q    Okay.  And how frequently -- once a week?
6   Twice a week -- on average, would you go to Mr. Bearden
7   and ask for work assignments?
8        A    I don't recall.
9        Q    Why would you do that?
10       A    Because, make sure I'm doing my job correctly.
11       Q    Hadn't, on those occasions, Mr. Garcia,
12  already told you what your work assignments were gonna
13  be for that day?
14       A    No, sir.  Sometimes he do and sometimes he
15  just -- y'all go out and clean up Highway 14.
16       Q    And so, you would go to Mr. Bearden for
17  clarification --
18       A    Yes, sir.
19       Q    -- so, to speak?
20       A    The details.
21       Q    All right.  And he would give it to you?
22       A    Yes, sir.
23       Q    Do you know what a document called Survey 123
24  is?
25       A    No, sir.

Page 86

1      Q     Was there a time, when you worked for

2   Ferrovial, where you actually were responsible for

3   calculating your hours of work each week?

4      A     By writing them down, as you mean, yes.

5      Q     Okay.

6      A     As far as, like, adding them up, no, sir.

7      Q     No.  Okay.

8            Did you have a cell phone during the time you

9   worked for Ferrovial?

10     A     The company phone?  Yes, sir.

11     Q     Okay.  And that -- those were cell phones?

12     A     Yes, sir.

13     Q     When you stopped working for Ferrovial, did

14   you return the company phone?

15     A     No, sir.

16     Q     Do you still have it?

17     A     No, sir.

18     Q     Wh- -- why didn't you return the company

19   phone?

20     A     Because it had broke on me.  And I had told

21   Mr. Bearden and he was, like, oh, don't worry about it.

22     Q     Okay.  And did you tell him that after you had

23   been suspended or before?

24     A     After.

25            (Exhibit No. 6 marked for identification.)

1    BY MR. KNOX:

2        Q    Mr. James, I've just handed you a document.

3    It's been marked as Defendant's Exhibit 6.  It's Bates-

4    labeled 334 and 335.  Have you ever seen this document

5    before today?

6        A    No, sir.

7        Q    Do you know anything -- do you know whether

8    Mr. Ealy was ever disciplined in writing?

9            MR. BARROUKH:  Just take a look at both pages

10       before -- and make sure.

11           THE WITNESS:  Yeah, I've seen both pages

12       already.

13           MR. BARROUKH:  Okay.

14           THE WITNESS:  I read pretty quick.

15           I don't recall any of this.

16   BY MR. KNOX:

17       Q    Okay.  All right.

18       A    I always look for my name.  I don't see my

19   name on here.

20       Q    No, your name is not on here.

21       A    Oh, okay.

22       Q    Do you know whether Mr. Ealy was ever

23   disciplined in writing?

24       A    Oh, I don't recall anything.

25       Q    Okay.

Page 88

1       A    This -- I be, like -- when I say I go to work,

2    I worry about myself.

3       Q    Okay.

4       A    So, I don't even -- you know -- now, I do know

5    that he talked about this, but I never seen this form.

6       Q    Yeah, okay.  Well, when you say "he" talked

7    about it, you mean Mr. Ealy.

8       A    Yes.

9       Q    When was the first time he talked to you about

10   Defendant's Exhibit 6?

11      A    When I -- when I first came -- when I got down

12   there, he told me the truck was messed up and they

13   pinged him.  So, that's why he got this.

14      Q    Okay.

15      A    And that was the reason why he won't drive the

16   truck down to Jacksonville.

17      Q    Oh, is that the same truck --

18      A    Yes, sir.

19      Q    -- that they offered you to go to

20   Jacksonville?

21      A    Yes, sir.

22      Q    And did you actually hear it ping when you

23   were driving it with the seat belt fastened?

24      A    No, I w- -- when I first got there, I wasn't

25   driving the truck.  I had to wait to drive the truck and

Page 89

1    the truck that they gave me wasn't that one.  That was

2    Mr. Ealy's truck.

3         Q    Oh, okay.

4         A    So, that's how he got -- that's how he got

5    pinged.

6         Q    Okay.  That's what he told you.

7         A    No, that's what I know, when I got there, but

8    that was the truck he got pinged in.  That's what he

9    told me, he got pinged in that truck --

10        Q    Right.

11        A    -- so -- yes, sir.

12        Q    Yeah.  Yeah, I just want to make sure it

13   wasn't the same truck that the company offered you to go

14   to Jacksonville.

15        A    Yeah, it was the same truck --

16        Q    It was.

17        A    -- that they offered me to go to Jacksonville.

18        Q    Okay.

19        A    Yes, sir.

20        Q    And did you get in it to see if, in fact --

21        A    No, I just told them I ain't want to drive

22   that truck; I just drive my own vehicle.

23        Q    And that's because Mr. Ealy told you that,

24   even when you fasten it, it pings.

25        A    Yes, sir.

Page 90

1      Q    But you don't know whether it does or not?

2      A    No.  No, sir.

3      Q    Okay.  The training up there in

4  Jacksonville -- do you know if that was given by

5  somebody with the company or was it by some third -- you

6  know, some -- somebody they had contracted with to give

7  training?  Do you know?

8      A    No, sir.  I don't know.

9      Q    And when you -- when you went to that

10 training, was it just you or did you take somebody with

11 you, a friend or a family member?

12     A    It was just me, driving by myself.

13     Q    Okay.  And so, at that training, they offered

14 pastries and coffee for breakfast, correct?

15     A    Yes, sir.

16     Q    And then a boxed lunch for lunch?

17     A    I don't remember the boxed lunch.

18     Q    Okay.

19     A    I didn't get lunch.  I had to buy my own food.

20     Q    I see.

21          And what did you do for dinner when you were

22 up there?

23     A    I bought my own dinner.

24     Q    Okay.  And so, you're -- you're saying that

25 there were boxed lunches there, but everybody else got

Page 91

```
 1   them but you?
 2       A    I didn't see any boxed lunches.
 3       Q    Oh, you didn't see any at all?
 4       A    No, sir.
 5       Q    Oh, I see.  Okay.
 6       A    I know the hotel had food there.  So, that's
 7   how I ate.  I went and bought the hotel food.
 8       Q    Yeah.
 9       A    Because, you know, they have the little
10   buffets and stuff that you can buy the food, if you're
11   not a guest at --
12       Q    Yeah.  Yeah.  Right.  Right.
13       A    That's what I did because I was like, where
14   our lunch?
15       Q    Yeah.  Did you see any of the other people in
16   the class doing the same thing?
17       A    No, sir.  They --
18       Q    You don't know what they did --
19       A    I don't know --
20       Q    -- for --
21       A    They -- I don't know what they ate.  I know
22   what I ate, though.
23       Q    Yeah.
24       A    Yes, sir.
25       Q    Did you and Mr. Ealy -- you attended the class
```

Page 92

1    together?

2        A    Yes, I -- yes, sir.

3        Q    Okay.  Did the two of you ever have dinner

4    after class?

5        A    Not together.

6        Q    Okay.  Do you know if Mr. Ealy had

7    Ms. Robinson with him?

8        A    Oh, I don't know.

9        Q    You didn't see her up there?

10       A    No, sir.

11       Q    I want to -- I want to ask you about lawsuits

12   like this one.  And here's what I mean by that.  Have

13   you ever been sued by anybody?  I'm not talking about

14   any criminal charges; I'm just talking about has anybody

15   ever sued you for anything?

16       A    My son's mama, child support.

17       Q    Okay.  That's the only one?

18       A    Yeah, that's the only one.

19       Q    That's about enough, right?

20       A    Yeah.

21            (Laughter.)

22       Q    Have you sued anybody, other than this case

23   here?

24       A    For Workman Comp for Four Star, yes, sir.

25       Q    Okay.  All right.  Any -- any others?

Page 93

```
 1        A    No, sir.

 2        Q    All right.  Have you ever been convicted of a

 3   felony or a misdemeanor?

 4        A    Yes.

 5        Q    Both?

 6        A    Both.

 7        Q    You were -- both.

 8             All right.  What was the mi- -- what was the

 9   felony you were convicted on?

10        A    I had numerous of felonies back in 2002.

11        Q    Okay.  Did you serve any prison time?

12        A    Yes.

13        Q    How long, approximately?

14        A    I caught a ten-year sentence, but I did

15   approximately roughly almost five years.

16        Q    What was the cr- -- what was the offense?

17        A    Robbery with a weapon.

18        Q    And when were you released?  Approximately.

19        A    2006, December.

20        Q    Any criminal convictions since then?

21        A    I had got --

22        Q    Felony or misdemeanor.

23        A    I had got in trouble in 2011, selling

24   marijuana.  2011, I did house arrest for three years.

25             And that was the last time I've been in
```

1  trouble since 2011.

2      Q    Okay.  All right.  I want to ask you about the

3  day that you were suspended from work.  And -- and I

4  think you were -- I think you said June 14.  I think

5  that's right.

6          Tell me what you remember about that day --

7  let's -- let's start with when you first got to work.

8      A    Okay.  When I first got to work, me and

9  Eric -- we was unloading trucks from the previous day,

10 getting trash off the truck and stuff.  And we asked

11 Mr. Garcia, what we -- what we doing today; was they

12 going out -- out the door with us today.

13         And he started yelling and cursing and stuff

14 at Mr. Eric about, "You gonn'" -- "Boy, go do what I

15 told you to do", and stop doing this and stop doing that

16 and -- so, I walked inside and told Mr. Steve what was

17 going on outside.

18     Q    Where were you guys when you were unloading

19 the -- the trash?  Was that in the yard?

20     A    No, we was around -- we was at the company.

21     Q    Okay.

22     A    We was at the company and -- around the back,

23 by the dumpster.

24     Q    All right.

25     A    Yes, sir.

Page 95

```
 1      Q    And then you said you walked in.

 2      A    I walked ins- -- the side door.

 3      Q    Okay.

 4      A    And went into the office where Mr. Bearden was

 5  located at.

 6      Q    All right.  And what did you tell him?

 7      A    I had told him, Mr. Garcia was outside

 8  yelling, and he ain't want us -- he ain't want to go out

 9  with us.  We feel like we're being mistreated.  Felt we

10  was the only one that going out in the heat.

11      Q    Well, I missed something here.  You said he

12  was yelling --

13      A    Yes.

14      Q    -- and cursing at Ealy.

15      A    Yes, sir.

16      Q    But what -- what did he tell you -- had he

17  told you what your assignment was for the day?  And if

18  so, what did he tell you?

19      A    He -- when we pulled up -- like I said, we was

20  getting the trash off the back of the truck from the day

21  before.

22      Q    Before, yeah.

23      A    And we asked Mr. Garcia what we was gonna do

24  today and was he going out with us.  And he was, like,

25  no, y'all can just go ahead and do 14.  And so, we like,
```

Page 96

1    okay, we'll do 14.

2        Q    What does that mean, do 14?

3        A    Like, the highways, we do both sides.  Like,

4    one person get on one side and the other person get on

5    the other side and they supposed to be behind us, make

6    sure, you know, ain't nothing that we missing or

7    whatever, or either, vice versa; they get out there and

8    we get behind them.  But we never got behind them.  It

9    was always we were in the front, out in the heat all the

10   time.

11            So, we asked him, like, is y'all gonna work

12   with us today.  And that's when he went:  I do what I

13   want to do.  I'm the supervisor.  Go do what I tell

14   you -- boy, go do what I tell you do, and da, da, da.

15            I said, well, I -- I -- I'm not fixing to

16   argue with you; I'll go talk to the supervisor, the head

17   man.  So, I went and talked to Mr. Bearden about that;

18   like, Garcia out yelling at Eric and, you know, I -- I

19   don't play that yelling-at-me stuff, so I'd rather go

20   talk to, you know, somebody that's in higher command.

21            So, he's like, okay, just continue doing what

22   you're doing and I'll come out there and handle it.

23            So, Mr. Bearden came out and he called Juan

24   inside.  And then, when he came out, he sent me and

25   Mr. Ealy home.

1           So, I'm -- I'm just standing, like, why you

2    sending me home?  I ain't say nothing -- I ca- -- I'm

3    the one that came and told you what was going on.

4           So, he's like, yeah, I know, but it's just

5    protocol.  That's all he kept saying, it's protocol;

6    when conflict on the job or whatever go on, I send

7    everybody home.  But you ain't send Mr. Garcia home,

8    though; you send me and Mr. Ealy home, for what reason.

9    And I'm the one that came and told you that Garcia was

10   out yelling at Mr. Eric.

11          I never had a conflict with nobody, like,

12   verbally.  I always go tell the supervisor.

13      Q    So, you ask Garcia, what are we gonna do

14   today.

15      A    And we --

16      Q    And Garcia tells you.

17          You question that.

18          He says:  Do what I -- do what I told you to

19   do, yelling and screaming, cursing.

20          You go in to the office, tell Bearden.

21          Bearden says he'll handle it.

22          Bearden -- does he tell you to have Garcia

23   come into the office?

24      A    No, sir.

25          MR. BARROUKH:  Objection to form.  Objection.

Page 98

```
 1        Compound.  And misstates testimony.
 2             You can answer.
 3             THE WITNESS:  Okay.  Mr. -- Garcia never told
 4        us what to do.  I -- when I stepped to
 5        Mr. Garcia -- me and Mr. Ealy, we asked him, what
 6        we was doing today and was you going out with us.
 7             And he -- that's when he got in his little
 8        attitude, like he always do, and told both -- both,
 9        Boy, go do what I told you to do."
10             And like I said, I don't -- you don't talk to
11        me like that.  So, I go to the supervisor.
12   BY MR. KNOX:
13        Q    But you said to me, at one point, he told us
14   to do 14.  Because remember, I asked you --
15        A    They said, go out and do 14.
16        Q    Right.
17        A    You'll go out and do 14.  I asked him, was he
18   going out with us.
19        Q    Right.
20        A    So, that's when he told both, "Boy, go do what
21   I told you to do", because they was in little --
22        Q    Yeah.
23        A    Yes, sir.  So, I went inside and I told
24   Mr. Bearden.
25             So, like -- he never really, like, just --
```

Page 99

1    like -- what I'm trying to say, he never really nicely

2    said what we had to do.

3         Q    Yeah.

4         A    So, that's why I basically went to Mr. Bearden

5    anyway.

6         Q    Right.  And that's where I'm getting at.  So,

7    you tell Bearden.  Bearden says he'll handle it.

8         A    Yes, sir.

9         Q    I thought you said, then, Garcia went into his

10   office.

11        A    He came out and called Garcia into his office.

12        Q    Okay.

13        A    Yes, sir.

14        Q    And then what happens?

15        A    After he got through talking to Mr. Garcia,

16   Mr. Garcia came out.  He went around to the front of the

17   building.  Me and Mr. Eric was in the back cleaning.

18             And that's when Mr. Bearden said, I'm gonna

19   need y'all guys to go ahead and go home.  And I asked

20   him -- I was like, why we going home.  I know I ain't do

21   nothing.  I know I ain't yell at nobody.  I ain't fuss

22   with nobody.  I came and talked to you.

23             So, I was trying to get a better understanding

24   of what was going on, but he never really made any

25   clarification on what was going on.  He just said, go

Page 100

1    home.  It's protocol.  So, whenever people get into it,

2    everybody got to get sent home, but Mr. Garcia was never

3    sent home.

4        Q    Why would Garcia walk out the back door to the

5    office, then walk around to the front of the office?

6        A    Because that's where his truck was located at.

7        Q    Do you know why he was going to his truck?

8        A    I don't know.  I don't know.  Because we was

9    just getting at -- we was just getting back to the

10    office that morning anyway.  So, I guess he left

11    something in the truck or -- you know.

12       Q    So, when he walked around to the front, did

13   you and Ealy follow him?

14       A    No, sir.

15       Q    You guys just stayed in the back.

16       A    We was in the back.  After I came out of the

17   office, I -- he told Mr. -- Bearden told us to continue

18   doing what we was doing.  So, we continued to clean up.

19       Q    So, Garcia -- is Garcia in the front of the

20   office when Bearden tells you and Ealy to go home?

21       A    Yes.

22       Q    And when he told you and Ealy to go home, had

23   he stepped -- had Bearden stepped out of the office to

24   tell you that or had he called you two back in --

25       A    No, he came --

Page 101

1       Q    -- to tell you that?

2       A    He came where we were.

3       Q    Okay.  What did Mr. Ealy have to say?  I know

4   you told me what you said to Mr. Bearden about, why are

5   we going home.  Did Mr. Ealy say anything?

6            MR. BARROUKH:  Objection to form.

7       A    I --

8            MR. BARROUKH:  You can answer.

9       A    He just looked at me.  He just looked at me.

10  You know, we both looked amazed, shocked.  And, like, he

11  was just trying to find out why we was going home, like

12  me.

13      Q    And you guys did go home.

14      A    Yes.

15      Q    Okay.  During the time that you worked for

16  Ferrovial, did you ever hear Mr. Ealy yell, curse, at

17  Mr. Bearden?

18      A    No, sir.

19      Q    At Mr. Garcia?

20      A    No, sir.

21      Q    At Mr. Roebuck?

22      A    No, sir.

23      Q    At Ms. Stoddard?

24      A    No, sir.

25      Q    What did you do after you left Ferrovial that

Page 102

1   day?

2       A    I went home.

3       Q    Did you go home or -- yeah.

4       A    Yes, sir, I went home.

5       Q    All right.  And did you and Mr. Ealy talk

6   about what had happened that night?

7       A    No, sir.  I went and talked to my dad and told

8   him that I was being sent home.  And, you know, he old.

9   So, he probably don't remember that I told him.

10      Q    So, I -- and I just -- I just want to make

11  sure that I understand this.  So -- and this is, kind

12  of, a thread that's been running through your testimony.

13          Is it your testimony that, when issues like

14  this alleged discrimination and harassment came up, that

15  you're the one who did the talking and Mr. Ealy just,

16  kind of, sat there and said nothing?

17          MR. BARROUKH:  Objection to form.  Misstates

18      testimony.

19      A    I'm not understanding what you asking me.

20      Q    Well, every time that you talk about the

21  complaint that was made, your testimony has been that

22  you did the talking and Mr. Ealy didn't say anything.

23  And that's my -- that's what I'm asking you.

24          When these issues came up, when you -- it's

25  you who complained to Mr. Bearden; it wasn't Mr. Ealy.

1    It was -- I know there were a couple times when the two

2    of you were there, but I think, both times, you said

3    that you did the talking.

4         A    Yes.

5              MR. BARROUKH:  Objection to form.

6         Q    Is that true?

7         A    When I got -- when I felt uncomfortable with

8    me -- when I felt like it was direct towards me, that's

9    when I asked Mr. Bearden.

10             Now, before I got there or whatever went on, I

11   don't know.

12        Q    Did you ever hear Mr. Ealy raise his voice at

13   any time that you worked with him at Ferrovial?

14        A    No, sir.

15             MR. BARROUKH:  Objection to form.

16        Q    Never.

17        A    No, sir.

18        Q    To anybody.

19        A    No, he got a high -- he got a high voice

20   anyway.

21        Q    Well, that's not what I'm talking about, so --

22        A    He --

23        Q    -- I'll make it more blunt.

24        A    He never disrespected anybody around me, so --

25        Q    Did you ever hear him curse anybody at

Page 104

```
 1   Ferrovial when you were there?
 2        A    No, sir.
 3        Q    Did you ever hear him yell at anybody at
 4   Ferrovial while you were there?
 5        A    No, sir.
 6        Q    Did you ever hear him scream at anybody at
 7   Ferrovial while you were there?
 8        A    No, sir.
 9        Q    Did you ever hear him threaten anyone at
10   Ferrovial while you were there?
11        A    No, sir.
12        Q    Did you do any of those things?
13        A    Oh, no, sir.
14        Q    At some point, do you remember getting a phone
15   call from a person named Stacy Wessel?
16        A    I don't recall.  No, sir.
17        Q    Do you remember getting a pho- -- after you
18   were suspended, do you remember getting a phone call
19   from anyone with Ferrovial?
20        A    No, sir.
21        Q    After you were suspended, did you contact
22   anybody at Ferrovial?
23        A    Yes, sir.
24        Q    Who?
25        A    Mr. Bearden.
```

1      Q     Okay.  And once or more than once?

2      A     Numerous of times.

3      Q     And were those contacts all over the phone?

4      A     Yes, sir.

5      Q     You remember when the first one was made?  And

6    I don't mean a time or anything, but --

7      A     What --

8      Q     -- was it made the same day that you were

9    suspended?  The day after?  A week after?

10      A     The next morning.

11      Q     Okay.  And did you actually speak with him?

12      A     Yes, sir.

13      Q     Tell me about that conversation.  What was

14    said?

15      A     I asked him, could I come to work.

16      Q     His response?

17      A     Oh, his response was he waiting on HR.

18      Q     Anything else that you remember anybody saying

19    in that initial con- -- in that first phone call?

20      A     No, sir.

21      Q     And you say numerous calls.  Did you call him

22    every day for a period of time?

23      A     Yes, sir.

24      Q     For a week?

25      A     Every single day for a week.

Page 106

1      Q    Longer?

2      A    Longer.

3      Q    Two weeks?

4      A    Longer.

5      Q    Three weeks?

6      A    No, sir, not longer than three weeks.  I

7  eventually got the picture.

8      Q    Where -- did he ever say anything to you, in

9  these times you called him -- did you speak to him each

10  time you called him or were there ever some that went to

11  his voice mail?

12      A    Yeah, it was some went to the voice mail, but

13  I would just call right back.

14      Q    Okay.  So, did you speak to him every day for

15  the next two weeks?

16      A    Yeah, I spoke to him, yes, sir.

17      Q    Every day?

18      A    Every day.

19      Q    Okay.  And what did he tell you, other than he

20  was still waiting for HR?  Did he ever say anything

21  other than that?

22      A    I -- I -- he never said anything else.  I'm

23  still thinking I'm working for Ferrovial right now.  I

24  never got terminated.  He never s- -- he never said, oh,

25  we terminated.  They never said, you're fired.  So, I'm

Page 107

1  still thinking -- that's why I kept calling so long.

2      Q    Did he ever refer you to human resource?

3      A    No, sir.

4      Q    Did he ever say to you something along the

5  lines of, listen, you need to talk to human resources;

6  here's the number to call?

7      A    He did.  I remember he did tell me to contact

8  somebody in Texas, I think.  I think the company was in

9  Texas or something.

10     Q    Uh-huh.

11     A    He said, here's the number.  You can call --

12 but I never got in contact with anybody.  So, I called

13 him back and asked him -- hey, nobody's picking up.  Who

14 am -- who am I calling him anyway.  He said, oh, that's

15 the HR and, I have no control over this.  It's out of my

16 hands now.

17          So, I'm like, okay, it's out of your hands.  I

18 don't need to be calling no more.

19     Q    So, he gave you a number in Texas.  You

20 called.

21     A    Never got an answer.

22     Q    Did you leave a message?

23     A    Yes.

24     Q    But nobody ever returned the call?

25     A    No, sir.

1     Q    Did you call them once?  More than once?

2     A    I called them more than four times.

3     Q    Okay.  Did you leave a message each time?  Do

4  you remember?

5     A    No, sir, I did not.  I left a message twice.

6     Q    And is it your testimony that, when you told

7  Mr. Bearden that you weren't getting a response, he

8  said, it's out of my hands, or something like that?

9     A    Yes, sir, "It's out of my hands".  So, that

10 gave me a sign to stop calling.

11          I don't have Exhibit 4.

12     Q    What's that?

13     A    Exhibit 4?

14     Q    Oh --

15     A    Oh, I got it right here.

16     Q    You have them all?

17     A    Yes, sir.

18          MR. KNOX:  What are we -- what time is it?

19          MR. BARROUKH:  It 11:12.  Would you like to

20      take a break?

21          MR. KNOX:  Yeah, I would, please.

22          (Brief recess.)

23 BY MR. KNOX:

24     Q    Have you heard of the EEOC?

25     A    The who?

Page 109

1       Q    The EEOC, the Equal Employment Opportunity

2   Commission.

3       A    No.

4       Q    All right.  It's a federal agency that

5   enforces the federal government's anti-discrimination

6   and anti-harassment statutes.

7            I will tell you, your cousin filed an

8   administrative charge with the EEOC.  What that means is

9   that he filled out a document, sent it to the EEOC,

10  alleging, race harassment, race discrimination, but

11  we're now in litigation.  So, whatever happened there

12  is -- is of no consequence.

13           But my question to you -- and this is a long-

14  winded way of getting to the question -- which is he

15  filed a charge; you did not.  Why not?

16      A    Because I -- he more experienced than I am.

17  So, I don't know nothing about --

18      Q    All right.

19      A    -- how to do this stuff, you know.

20      Q    He didn't say anything to you, like, hey, I'm

21  gonna file a charge --

22      A    Yes.

23      Q    -- with the EEOC; you want to join me?

24      A    He ain't say, do you want to join me.

25      Q    Okay.

Page 110

1        A    I just I ain't know how.  I was, like, well,

2    I'm gonna let you take lead on this, but I don't know

3    what's going on.  I don't know how to get no lawyers or

4    none of that stuff, so --

5        Q    Okay.

6        A    -- you know, I'll leave it up to you.

7        Q    All right.  So, he left it up to you by filing

8    his own charge, but not helping you file your charge.

9             MR. BARROUKH:  Objection to form.

10            You can answer.

11       A    Oh, I -- I asked him, when the day that the --

12   I s- -- I told him, I said, man, we need to get some

13   lawyers on this, but he went and found a lawyer -- like

14   I said, I ain't know nothing about how to do it.  So, he

15   did it, and he just kept me updated what was going on.

16       Q    All right.  Okay.  I mean, to be clear, you

17   don't have to -- you didn't have to file a charge.

18   There are other statutes that protect you, which your

19   attorney has sued under, but I was just curious, why --

20       A    He filed?

21       Q    -- you both are making the same claims --

22       A    Yes, sir.

23       Q    -- but only one of you filed a charge.

24       A    Because I didn't know how, you know.  Yes,

25   sir.

Page 111

 1          MR. KNOX:  All right.  So, let me -- let me

 2      ask you about the claims that you're making.  And I

 3      will say that -- probably for your benefit, really,

 4      I would say that the bulk of what we're gonna do

 5      now is going through the amended complaint --

 6          MR. BARROUKH:  That's fine.

 7          MR. KNOX:  -- and going through the second

 8      supplemental.  I mean, there's just a lot of stuff

 9      in there.

10          MR. BARROUKH:  Uh-huh.

11  BY MR. KNOX:

12      Q    So -- but let me ask you -- you've made three

13  claims.  One is that you were discriminated against

14  because of your race; two, you were harassed because of

15  your race; and, three, once you complained, you were,

16  then, retaliated against because of your complaint.  All

17  right.

18      A    Yes.

19      Q    You understand that that's what you are

20  alleging.

21      A    Yes, sir.

22      Q    All right.  So, let me ask you for each

23  those -- in terms of race discrimination, in what ways

24  do you believe that you were discriminated against by

25  the -- Ferrovial because of your race?

```
 1          MR. BARROUKH:  Ob- -- objection.  Calls for a
 2     legal conclusion.
 3     Q    As -- I didn't ask you, as a lawyer; I asked
 4  you as the person who's brought the claim:  In what ways
 5  believe you were discriminated against because of your
 6  race?
 7     A    Becau- --
 8          MR. BARROUKH:  Objection.  Calls for a legal
 9     conclusion.
10     A    Because --
11          MR. BARROUKH:  You can answer.
12          THE WITNESS:  Okay.
13          Because the way I was treated.
14  BY MR. KNOX:
15     Q    Please be specific.  In what ways were you
16  treated --
17     A    I was -- I was -- I was throwed outside in the
18  sun.  Never got a chance to do what the other two -- the
19  other two employees did, which was get A/C when I needed
20  it, or stay at the place when I needed it.  We was
21  always the ones that went out in the sun, picked up the
22  trash.
23     Q    All right.  Now, just to be clear, this is
24  your case that I'm asking you about.  Mr. Nealy can --
25  or Mr. Ealy can speak for himself tomorrow.
```

1    A    Yes, sir.

2    Q    So, when you say the other two worked in the

3  A/C, I need to be clear, do you mean Roebuck and Garcia?

4    A    Yes, Roebuck and Garcia.

5    Q    Okay.  Do you know why it was that -- so, are

6  you telling me you never sat in an air-conditioned

7  vehicle during the month that you were there

8  approximately?

9    A    No, sir, I never got any A/C at all.

10    Q    Okay.  Do you know why that was?

11    A    That's why I feel like it was being -- we were

12  being discriminated, by race.

13    Q    The question is:  Do you know why?

14    A    No, sir.

15    Q    I know what you feel.  Do you know why?

16  Did -- did Garcia ever tell you, you're not gonna get in

17  any A/C; you're gonna work in the sun all the time

18  because you're black?

19    A    Not Garcia --

20    Q    Okay.

21    A    -- but Roebuck made jokes about it.

22    Q    Did Roebuck ever tell you, you're not gonna

23  get to sit in the A/C; you're gonna be in the sun all

24  the time?  Did he say anything like that?

25    A    No, sir.

1      Q    Okay.  Now, what did he say?

2      A    He -- like I said, he was just making jokes

3    about, like, mudfish, about boats and stuff like -- why

4    black people can't own boats.  And when he drive by in

5    the tractor, he'd laugh at us and say, y'all hot,

6    because I'm not.  You know, stuff like that.

7      Q    Okay.  But nobody ever told you that that was

8    because you were black.

9      A    No, sir.

10         MR. BARROUKH:  Objection to form.

11     Q    Right?

12     A    No, sir.

13     Q    But that's what you believe.

14     A    That's what I believe.

15     Q    Okay.  Did you ever complain to Garcia about

16   not once working in the A/C?

17     A    I never complained to Garcia.  I always talked

18   to Mr. Bearden.

19     Q    In your description of the times that you

20   complained to Mr. Bearden, you didn't mention anything

21   about being assigned to work in the sun instead of the

22   A/C.

23         Did you actually say anything to Bearden --

24     A    Yes, and --

25     Q    -- about that?

1      A      On the 14th, when I went in the office and I

2  talked to him about -- like I had stated before, I asked

3  Mr. Garcia what we was doing today and was he going out

4  with us, so -- because, at that point, I got fed up of

5  going out by myself -- me and Mr. Eric going out in the

6  heat like that.

7      Q      Right.

8      A      So, that's why -- another reason why I went

9  and talked to Mr. Bearden, too.

10     Q      But what did you say to Mr. Bearden?

11     A      I told him what was going on outside with

12  Mr. Garcia.

13     Q      Yeah.

14     A      And then I told him as -- I feel like it's not

15  fair for us to every day -- we go out and work in the

16  heat and they sit their behinds up in the A/C and soak

17  up the A/C.  That's not right.  But like I said, he said

18  he was gonna talk to them, but, obviously, he never got

19  a chance to talk to them.

20     Q      Okay.  So, you told Bearden about the issue

21  with the A/C on the day you were suspended, correct?

22     A      Yes.

23     Q      You'd not told him about it before.

24     A      No, sir.

25     Q      Correct?

Page 116

1     A    Correct.  So, I -- basically, I just

2  complained about everything that was going on that day.

3     Q    Now -- so, of all the pieces of equipment that

4  we talked about, the only two that had A/C are the big

5  tractor and the company truck, correct?

6     A    Three.

7     Q    What was the other one?

8     A    The skid.

9     Q    The skid-steer?

10    A    Yes, sir.

11    Q    All right.  So, who operated that?

12    A    Nobody.  Nobody got a chance to op- -- operate

13  it.

14    Q    Okay.  So, there were three vehicles, but in

15  prac- -- as a practical matter, there were only two.

16    A    Yes, sir.

17    Q    Because the third one, nobody used.

18    A    No, sir.

19    Q    All right.  And so, your testimony is Garcia

20  would sit in the truck and Roebuck would operate the

21  tractor, right?

22    A    Yes, sir.

23    Q    Okay.  Every day?

24    A    Every day.

25    Q    There was nothing -- did you ever see Roebuck

Page 117

1    once work outside of the tractor?

2        A    In the truck -- I seen him get in the truck

3    and follow behind us.

4        Q    The question was:  Did you ever see him work

5    outside?

6        A    No, sir.

7        Q    Okay.  And you never saw Garcia work

8    outside --

9        A    No, sir.

10       Q    -- either.

11            And on those occasions, when you and Mr. Ealy

12   were assigned to do certain things, and the other two

13   were elsewhere, you don't know what they were doing, but

14   you assumed they were in the A/C, correct?

15       A    I know they was in the A/C.

16       Q    Even though you couldn't see them.

17       A    Yes, sir.  I could see them because they was

18   in the truck behind us.

19       Q    So -- all right.  So, there was never a time

20   when the four of you were out of eyesight of each other.

21       A    Um --

22            MR. BARROUKH:  Objection to form.

23            You can answer.

24       A    It was rarely that they'd be out of eyesight.

25       Q    Okay.  So, it did happen sometimes.

Page 118

1         A     One or two times, yes, sir.

2         Q     Very good.  Thank you.

3               Any other ways you believe you were

4    discriminated against because of your race?

5         A     Yes, because I worked my behind off while they

6    did nothing.  And even though I t- -- told Mr. Bearden

7    about it, there's nothing that was done about it.  So, I

8    feel like I was just -- my words was just going in his

9    ear and coming out.  So, I feel like he was in cahoots

10   with it, too, so --

11        Q     But you don't know that.

12        A     No, I don't know that.  No, sir.

13        Q     And -- and did you -- and you told Bearden

14   about that; that you were the only one working?

15        A     That --

16        Q     Well, that you and Ealy were the only ones

17   working?

18        A     Yes, sir.

19        Q     Right?

20        A     Yes, sir.

21        Q     And when was that?  Was that on the 14th?

22        A     I told him that on the 14th.  And I also told

23   him again when he came out there to help us with the

24   chain saw -- I was like, man, I feel like we the only

25   one working, you know.  He like, no, I'm gonna talk to

1   the guys and stuff like that, you know.  Okay.

2        Q    And you don't know why that was, that you and

3   Ealy worked and the other two didn't, but you believe it

4   was because of your race.

5        A    Yes, sir.

6        Q    Okay.  Nobody ever told you that?

7        A    Roebuck -- Roebuck say, you black guys work

8   hard -- hard, you know.

9        Q    And --

10       A    He made --

11       Q    That was true, right?

12       A    Made -- I don't know if it's true or not.  I

13  don't know --

14       Q    Well, you worked hard.

15       A    Yeah, I work hard, but it -- race don't have

16  anything who work the hardest.  So, he be like, black

17  guys work hard, work hard, you know, like, making jokes

18  and stuff about it.  I'm like, well, okay, go ahead on.

19       Q    Anything else?

20       A    No, sir.

21       Q    Have you -- have you ever been employed

22  somewhere where white employees worked hard, too?

23       A    I'm not --

24            MR. BARROUKH:  Objection to form.

25       A    -- understanding what you're saying.

                                          Page 120

1       Q    Have you ever been employed anywhere where

2    white employees worked hard, too?

3            MR. BARROUKH:  Objection to form.

4       A    I mean, I'm not getting what you're saying.

5    Like, you -- you saying the color matters whether they

6    work hard or not?

7       Q    That's what Mr. Roebuck apparently said.

8       A    Well, you've got to ask Mr. Roebuck about that

9    because I didn't make a statement that --

10      Q    I'm asking you --

11      A    I don't know.

12      Q    -- in your experience --

13      A    Oh, my experience?  I don't know who work

14   hardest.

15      Q    Any other ways in which you believe you were

16   discriminated against because of your race?

17           MR. BARROUKH:  Objection to form.  Calls for a

18      legal conclusion.

19      A    The jokes, from what Mr. Roebuck was saying.

20      Q    Okay.

21      A    And when I finally realized that Mr. Garcia

22   really didn't like us, when he was saying "boy."  So,

23   that's another reason why I feel like we were

24   discriminated.

25      Q    Let's talk about the harassment.

Page 121

1        A     Yes, sir.

2        Q     How do you think you were harassed because of

3    your race?

4        A     How I know I was harassed because Mr. Roebuck

5    used to come on a consistent basis and make black jokes.

6        Q     What's a consistent basis?

7        A     Like, more than normal.

8        Q     What's normal?

9        A     Normal -- a normal day -- like, four times out

10   of the week.  And we just sitting here and he ride by,

11   picking at us, making jokes.  So, I feel like I'm being

12   harassed.

13       Q     Anything else?  Roebuck's jokes.

14       A     Yeah --

15       Q     And --

16       A     The jokes and the nitpicking.

17             MR. BARROUKH:  Let him finish his question.

18             THE WITNESS:  Oh, okay.

19   BY MR. KNOX:

20       Q     And Garcia on the 14th.

21       A     Sir?

22       Q     Garcia's comment on the 14th about, "Boy, go

23   do what I tell you to do".

24       A     Yes, sir.  And he had also stated "boy" a

25   couple of times, but I never took any -- you know, I --

Page 122

1    took any offense to it.

2         Q    No.  No.  No.  That's what I'm -- that's what

3    I'm saying, the harassment.

4         A    Yes, sir.

5         Q    You didn't take it as harassment, but on

6    the --

7         A    Not from him.

8         Q    -- 14th, you did.

9              Any other ways in which you believe you were

10   harassed because of your race?

11             MR. BARROUKH:  Objection.  Calls for a legal

12        conclusion.

13        A    Just with Roebuck nitpicking, with the jokes

14   and stuff, so...

15        Q    Well, we already talked about the jokes.

16        A    Yeah.

17        Q    Anything else?

18             MR. BARROUKH:  Objection.  Calls for a legal

19        conclusion.

20        A    Not that I can recall.

21        Q    All right.  Now, in what way do you believe

22   you were retaliated against because you made complaints?

23        A    I m- --

24             MR. BARROUKH:  Objection.  Calls for a legal

25        conclusion.

                                        Page 123

1        A    Because I made -- I believe I was retaliated

2    against because I made complaints about what was going

3    on with the company to the supervisor and nothing was

4    done, and the -- the consequence that I had received was

5    termination.

6        Q    If you were terminated, you don't know who

7    made that decision?

8        A    I was terminated because --

9        Q    No, if you were, do you know who made the

10   decision?

11       A    To terminate me?

12       Q    Yep.

13       A    Mr. Berd- -- Bearden.

14       Q    And how do you know that?

15       A    Because he had told me it was out of his

16   hands.  So, therefore, when someone tells you it's out

17   of their hands, you're no longer part of the company, in

18   my years of experience of working.

19       Q    And that means, in your mind, that he's the

20   one that made the decision?

21       A    Yes, sir.

22       Q    Okay.  Do you believe anybody else was

23   involved in making the decision or was it strictly

24   Bearden's call?

25       A    Oh, I don't know.

Page 124

1    Q   Bearden never told you that you were

2  terminated.

3    A   He had told me I had to get in contact with HR

4  and that it was out of his hands.

5    Q   He didn't tell you, you've been terminated,

6  did he?

7    A   No, sir.

8    Q   Nobody else at Ferrovial told you you'd been

9  terminated.

10    A   No, sir.

11    Q   Any other ways in which you believe you were

12  retaliated against because of your complaints?

13          MR. BARROUKH:  Objection.  Calls for a legal

14      conclusion.  Objection to form.

15    A   I -- I don't think so.

16    Q   When you were at the training in Jacksonville,

17  do you remember Mr. Ealy making the announcement that,

18  "Grown men don't eat cold meals"?

19    A   I don't recall that.

20    Q   You sat next to Mr. Ealy during the training?

21    A   No, sir.

22    Q   Where did you sit vis-a-vis where he was?

23    A   I sat in a different row on the other side of

24  the room.

25    Q   About how many people attended that meeting?

Page 125

```
1        A    I can't recall.
2             MR. BARROUKH:  Objection to form.
3        Q    I'm sorry?
4        A    I don't recall.
5        Q    I want to ask you some questions about -- in
6   civil litigation, there's a document that kinda gets
7   things rolling.  It's called a complaint.  And in this
8   case, you filed -- your attorney filed a complaint and
9   then he filed an amended complaint.  So, I'm gonna ask
10  you some questions that come from the amended
11  complaint.
12             Paragraph 49 --
13             MR. BARROUKH:  Do you have a copy of the
14        complaint for him?
15             MR. KNOX:  Hmm?
16             MR. BARROUKH:  Do you have a copy of the
17        complaint for --
18             MR. KNOX:  Huh-uh.
19             MR. BARROUKH:  I have it on my computer.  Is
20        it okay if I show it to him?
21             MR. KNOX:  Of course.
22             MR. BARROUKH:  All right.  Just so you can
23        see, it's just the complaint.
24             THE WITNESS:  Okay.  You said 49?
25             MR. BARROUKH:  49 is right here.
```

Page 126

1    BY MR. KNOX:

2        Q    So, the first sentence in Paragraph 49 says

3    you were disgusted by the violent, offensive language

4    targeted toward you.

5             When did you become disgusted?

6        A    When I had told you the first time when

7    Mr. Roebuck had came by and said, "What's up, my nigga?"

8    and I'm like, hold on, wait a minute, you know.

9        Q    And you were disgusted by that?

10       A    Yes, sir.  If I would have been the old me, I

11   probably would have put hands on him.

12       Q    The next sentence says you were devastated and

13   could not believe that the defendant would allow

14   Mr. Roebuck to treat you this way.

15            You didn't know what the company was gonna do

16   at the time that you complained to Mr. Bearden, right?

17       A    Right.

18       Q    You were devastated by -- by it, really?

19       A    Yes, sir.

20       Q    How -- how were you devastated?

21       A    Because I ain't -- I never knew a supervisor

22   to let his employee call somebody the "N" word like

23   that, you know.

24       Q    The "N" word.  You've never once in this

25   deposition mentioned in that.  Now, when did you hear

Page 127

1    had the "N" word being used?

2        A    When he -- when I told you -- when I was out

3    there on -- going out there towards Lee and I was

4    working and he said "What's up, my nigga?".

5        Q    Oh, okay -- oh, that's right.  You're right.

6             And that was devastating?

7        A    Yes, sir.  How about you being called out your

8    name -- that's devastating, too.  And I've been dealing

9    with racism all my life.

10       Q    Now, that was before the first time you told

11   Mr. Bearden about Roebuck, right?

12       A    No, that was the first time.

13       Q    Yeah.

14       A    Yes, sir, that was the first time I told him.

15       Q    Yeah.

16       A    Yes, sir.

17       Q    Okay.  Now, go to Paragraph 52, please.  I

18   realize you didn't write this document.  I realize your

19   lawyer did, so -- but I just want to make sure that

20   what's written in here is accurate, to the best of your

21   knowledge.

22             Now, you s- -- you just told me you were --

23   been a victim of racism your whole life.  And so, what

24   was it that humiliated and appalled you?  What was the

25   discriminatory conduct that humiliated or appalled you

Page 128

1   at Ferrovial?

2       A    So, you're asking me what humiliated me?

3       Q    What humiliated and appalled you?

4       A    I mean, the fact that I had to work around

5   people that treated me like this.

6       Q    And that would be who?  Mr. Roebuck?

7       A    And Mr. Garcia.

8       Q    And Mr. Garcia.

9            Now, you then -- also, in Paragraph 52, your

10  lawyer says that you felt as though you had no choice

11  but to continue enduring the harassment in order to

12  ensure continued employment with defendant.  Do you see

13  that?

14      A    Yes, sir.  Yes, sir.

15      Q    So, you complained to Mr. Bearden and, as best

16  you could tell, the conduct you complained about was

17  continuing, correct?

18      A    Correct.

19      Q    Okay.  And you didn't complain to anybody else

20  at Ferrovial other than Mr. Bearden?

21      A    Yes.

22      Q    And you didn't look through the employee

23  handbook to see whether there was someone else you could

24  talk to, since Mr. Bearden wasn't doing anything, right?

25      A    I -- yes, sir, I once found out, once I got to

Page 129

1  the meeting, who -- who else for me to contact.  Yes,
2  sir.
3       Q    Okay.  And even after the meeting, you never
4  contacted anybody?
5       A    Because, after the meeting, that's when it was
6  like, we -- we only stayed there, like, probably a
7  couple of days and then got terminated, got sent home.
8       Q    Do you remember what the -- when that training
9  was?  That training was June 7 to June 9, right?
10      A    I don't know.  I guess it was.  It covered --
11      Q    And you were -- and you were suspended on --
12      A    14th.
13      Q    -- June 14th.
14      A    Yes, sir.  But, like I said, a couple of days
15  after we got --
16      Q    Sounds like a week.
17      A    Yeah.
18      Q    In any event -- so, if you didn't reach out to
19  anybody other than Bearden, how can you say you had no
20  choice but to continue enduring the harassment?
21      A    Because, by the time I got back from the event
22  that we went to in Jacksonville, to try to get in
23  contact with this guy here, Mr. Russell, we was
24  already -- already suspended because I think the 9th was
25  on a -- like, a Thursday or something like that.  And we

1    took the weekend.  So, like, that Friday we worked or

2    whatever, and Mr. Bearden wasn't there.

3        Q    So, you thought about contacting Russ Flowers?

4        A    Mr. Russ, yes.

5        Q    But you didn't actually do it.

6        A    No, I was looking for the number.

7        Q    Did you ask Ms. Stoddard for the number?

8        A    She wasn't there.

9        Q    She wasn't there when?

10       A    When we got back.

11       Q    So, from the 9th to the 14th, she wasn't in

12   the office?

13       A    Oh, I don't know if she was in the office, but

14   she wasn't there when we got there.  Like, when we come

15   in, she don't be there, but when we get ready to go off,

16   sometimes she might be there; sometimes she don't.

17       Q    Okay.  You had company radios or company

18   phones.  You could have called her, correct?

19       A    No, sir.  I didn't have her number.  I had

20   Mr. Bearden number.

21       Q    Could have called him and asked for it, could

22   you?

23       A    Yes, I called him, but he never answered the

24   phone.

25       Q    And you could have called him and asked for

1    Mr. Flowers' number.

2        A    Yes, I called, but never got a response.

3        Q    You called what?

4        A    Mr. Bearden.

5        Q    Did you tell him why you wanted the number?

6        A    No, sir, because I ain't want to have no

7    conflict between me and my supervisor while we was

8    working, you know.  I wanted to go above his head

9    without him knowing because I didn't want him to

10    retaliate even more while I was working there, so...

11        Q    And you didn't look at the handbook or the

12    code of business conduct to see if there were other ways

13    to reach Mr. Flowers or someone else in the company?

14        A    No --

15            MR. BARROUKH:  Objection to form.

16            You can answer.

17        A    No, sir.  No, sir, I never looked at the

18    handbook.

19        Q    Okay.  Now, go to Paragraph 53.  You say --

20    well, your lawyer says -- that -- now, this says

21    "plaintiffs".  So, this says you a- -- basically, you

22    and Mr. Ealy, reported Roebuck's Gar- -- conduct to

23    Garcia, your immediate supervisor.

24            What exactly did you report -- what conduct

25    did you report to Mr. Garcia?

1          A     About Roebuck being -- you know, with the

2     little jokes and stuff like that.

3          Q     Okay.

4          A     Yes, sir.

5          Q     And what exactly did you tell Mr. Garcia?

6          A     Told Mr. Garcia -- I said, what's wrong with

7     Roebuck, why he always making jokes about black people.

8     And he like, I don't know, man; that's just how he is,

9     so -- I mean, you know.

10          Q     And this was before the training in

11     Jacksonville?

12          A     Yes.

13          Q     This was before your first complaint to

14     Mr. Ro- -- to Mr. Bearden?

15          A     Yes.

16          Q     Was this before or after your complaint to

17     Mr. Bearden about Mr. Garcia being -- having a t- -- an

18     attitude, a tone?

19          A     Being hotheaded -- you asked me was it before

20     the first complaint?

21          Q     Uh-huh.

22          A     Yes.

23          Q     And your testimony is that Garcia said that's

24     just how he is?

25          A     Yeah, he be like, man, I don't -- don't worry

Page 133

1    about him; that's just how he is.

2        Q    All right.  Were you satisfied with that

3    response?

4        A    No, sir.

5        Q    Why didn't you go to Mr. Bearden right --

6    immediately?

7        A    Because, you know, I felt like, if I can go to

8    the supervisor on the job and he can handle it for me,

9    it won't even be a need to go to the other supervisor.

10       Q    Well, yes, but once Mr. Garcia said, that's

11   just how he is --

12       A    I just -- I didn't --

13       Q    -- why didn't you go to Mr. Bearden?

14       A    Because I left -- it was a joke.  I left it

15   alone at that time.  I didn't think nothing -- too much

16   of it, you know, because I got tough skin.

17       Q    Well, you thought enough of it to complain,

18   right?

19       A    After it kept happening.

20       Q    No, I mean this first complaint --

21       A    The --

22       Q    -- to Mr. Garcia.

23       A    The first complaint -- because he came by,

24   talking about black people.  So, I'm like, why he always

25   talking about -- I -- I was more -- I was more of the

Page 134

1   mystery of why he kept doing it, you know.  It wasn't

2   more like a complaint.  I'm like, I'm fixing to complain

3   to a supervisor if he keep doing this.

4        I was more questioning, like, why does he keep

5   doing it.  Do you not know I don't care about that?  You

6   know.

7        Q    You didn't care about what?

8        A    I didn't care about his jokes.  They weren't

9   funny.

10       Q    Did you tell Mr. Garcia that you were

11  disgusted by them?

12       A    Yes.  I told him -- I said, I ain't -- I -- I

13  feel uncomfortable about it.  He was like, well, man,

14  that's just how he is, man.  Don't worry about that,

15  man.  Just continue to work, man.  You know, don't let

16  nobody get you upset.

17       Q    Did that answer satisfy you?

18       A    No, sir, but it wasn't nothing I could do.  We

19  was out on there on the highway by ourselves, so, you

20  know.

21       Q    Well, you could have called Mr. Bearden --

22       A    Not --

23       Q    -- just like you called him to get him to come

24  out and start the chain saw, right?

25       A    Yeah, when he pick up, but he -- he wasn't

Page 135

1    picking up.  So, I just saying -- you know, it was

2    already hot out there, as it is.  So, we trying to get

3    done with work.

4         Q    You could have complained to Mr. Bearden the

5    next day, correct?

6         A    Correct.

7         Q    In Paragraph 56, your lawyer says that the

8    company allowed Mr. Roebuck to work in an air-

9    conditioned office.

10             What was -- I though you said he was working

11   in an air-conditioned tractor?

12             MR. BARROUKH:  I am gonna object on the

13        grounds that, although Mr. James did not type this

14        document word-for-word, he read it, contributed all

15        of the information regarding his involvement.  And

16        you can just assume that he has read this,

17        understands what's in here, and he made these that

18        regard it.  All right?

19             You can answer the question.

20             MR. KNOX:  Well, I didn't doubt that.  I just

21        asked --

22             THE WITNESS:  Yes, sir.

23             MR. KNOX:  -- what air-conditioned office --

24             THE WITNESS:  It was the office, like,

25        whenever we get there, everybody meet at the

Page 136

1              office.  They'll stay in the office while we go
2              outside in the heat.  They -- that's the office
3              that we talking about.
4       BY MR. KNOX:
5              Q     Okay.
6              A     They never be in the heat.  Never.  Since --
7       the whole -- however long I work there -- I don't recall
8       how long it been, but the whole time I work there,
9       they -- from day one until the last day I worked there,
10      they was never in the sun.
11             Q     Well, they were out in the field, at some
12      point, weren't they?
13             A     Yeah, in the tractor.
14             Q     Out in the field, not in the office, that's
15      all I'm asking you.
16             A     Oh.
17             Q     Do you know what Roebuck was doing in the air-
18      conditioned office?
19             A     Sitting down.
20             Q     Well, you were out in the field.  How do you
21      know what he was doing in the office?
22             A     Because before -- because when we supposed to
23      be on the field, they're sitting down inside the office
24      when we all supposed to be going out on the field.  And
25      the supervisor knew that, but the supervisor was

1   never -- like, Mr. Bearden, he -- he's not there, so

2   he's not -- he can't enforce that.  So, they do whatever

3   they want to do.  So, we just go out and work.

4        Q    And when did you complain about that?  Ever?

5        A    I complained about it the whole time we worked

6   there, but nothing really get -- got done.  So, I mean,

7   it wasn't document that we complained about being in the

8   heat and we the only ones being in the heat.

9        Q    How many times did you see that happen?

10            MR. BARROUKH:  Objection to form.

11       A    How many times did I see what happen?

12       Q    Mr. Roebuck working in an air-conditioned

13   office --

14       A    Every day.

15       Q    -- while you were assigned -- every day?

16       A    Yes, sir.

17       Q    Okay.

18       A    Every day, they'll be inside the office and

19   wait until we go out in the heat.

20       Q    And then?

21       A    And then, whatever they do, they get in the

22   truck, they'll come out where we at.

23       Q    I see.

24       A    Yes, sir.  "Hey, what y'all boys out here

25   doing?"  That's what Garcia say.  I ain't your boy, but

Page 138

1    we working hard.

2        Q    Did you actually say that?

3        A    Yes, sir.

4        Q    And what did Mr. Garcia say in response?  If

5    anything.

6        A    Just laugh, just rolled his window back up.

7        Q    Now, Paragraph 57 says that you and Mr. Ealy

8    complained to Garcia a total of three times.

9            Now, you told me about -- you told me about

10   the first complaint to Garcia, which was about --

11       A    Making jokes.

12       Q    No, the first complaint to -- oh, where is it

13   here -- okay.  So, how many times do you recall you

14   complained to Mr. Garcia --

15       A    Man, I --

16       Q    -- about Roebuck's racist conduct?

17       A    I complained numerous of times because it

18   was -- it would happen that frequently.  That's why I

19   was -- that's what I was trying to tell Mr. Bearden, but

20   he ain't do nothing about it either.

21       Q    So, why did you waste your time --

22       A    Because I needed work and I had kids --

23       Q    Let me finish the question.

24       A    Okay.

25       Q    You complained to Garcia.  He doesn't do

Page 139

1  anything about it.  You complained to him, in your

2  complaint, you say, two more times.  Now, you've

3  testified, numerous times.

4       A    Yes, sir.

5       Q    Why -- why did you waste your time?

6       A    Why did I waste my time telling him?

7       Q    Yeah, because -- here's my point:  If you

8  complained to Garcia, as you say you did, and nothing

9  ever happens, what's the point in continuing to complain

10 to him?  That guy is clearly not gonna do anything for

11 you.

12           Why didn't you go to Bearden?  Why didn't you

13 look at the handbook or do something to talk to someone

14 else?

15      A    Because I was --

16           MR. BARROUKH:  Objection to form.  Calls for

17      speculation.  Compound.

18           You can answer.

19      A    Because I was following the chain of command.

20 So, I had to go to -- I had to go to Garcia with

21 complaints.

22      Q    Well, if you'd read the handbook, you would

23 see you didn't have to, but okay.

24      A    Well, I didn't read the handbook.

25      Q    Well, why do you think the company gave it to

Page 140

```
 1   you?
 2          MR. BARROUKH:  Objection to form.
 3      Q    Do you have any idea why they would give you a
 4   copy of the handbook?
 5      A    No, sir.
 6      Q    Do you have any idea why they would give you a
 7   copy of the code of business conduct?
 8      A    Yes, sir.
 9      Q    Why?
10      A    So, you can look at it and read it, but when
11   that -- when they gave me the -- when they gave me all
12   these paperwork -- he threw it on me anyway, so I ain't
13   have time to read it.  He was like, man, just do this
14   and do that, and then --
15      Q    Well, when you get off work at 3:00 in the
16   afternoon --
17      A    I don't have time to do that.  I have kids and
18   school.
19      Q    Okay.  Now, let's go to Paragraph 58 of the
20   amended complaint.  Now, you've told me, when you
21   complained to Garcia, he said things like, well -- as to
22   Roebuck -- that's just how he is, but now, you say that
23   he told you, "I do not believe you".
24          Did he -- what didn't he believe?
25      A    That he was being racist towards me.
```

1       Q    That who was?

2       A    Roebuck.

3       Q    Okay.  Now, these complaints that you made to

4    Garcia --

5       A    Uh-huh.

6       Q    -- was this before -- or any of these --

7    before your first complaint to Bearden --

8       A    Yes.

9       Q    -- about Garcia?

10      A    Yes, sir.

11      Q    So, when you went to Bearden to complain about

12   Garcia -- you know, his tone, his attitude -- why didn't

13   you say anything to Bearden about Roebuck?

14      A    Because Roebuck wasn't really doing that.  He

15   was, like -- he had made that one comment towards me

16   about -- about black people or whatever, and I told

17   Garcia.  So, that -- that left.  So, I ain't really go

18   any further details with that with Mr. Bearden.

19      Q    So, when you complained to Bearden about

20   Garcia's tone or attitude, Roebuck's conduct wasn't an

21   issue for you.

22           MR. BARROUKH:  Objection to form.

23      Q    Is that right?

24      A    It was, but at that time, I was worried

25   about -- more about Garcia because I hadn't took chain

Page 142

1    of command.  So, now I was fed up at the time.

2        Q    Well, I guess my -- I guess what I'm wondering

3    is Bearden supposedly never picks up the phone.  He's so

4    hard to reach.  Why wouldn't you talk to him about both

5    things?

6            For example, there was nothing stopped you

7    from saying to Bearden, Roebuck's making racist comments

8    and Garcia is not doing anything about it.  There's

9    nothing stopped you from staying that to Bearden, right?

10       A    He wasn't --

11           MR. BARROUKH:  Objection to form.

12           You can answer.

13       A    Okay.  But like I said before, Ro- --

14   Mr. Roebuck only said one thing to me before I got to

15   Mr. Bearden.  That's why I went to Garcia.  I said

16   what's wrong with Mr. Roebuck.  He's like, oh, don't

17   worry about that; that's just how he is.

18           Now, as it proceeded, that's when I went to

19   Mr. Bearden about the racist comments and jokes and

20   stuff.

21       Q    And the first one was when he pulled over at

22   one of the work sites?

23       A    No, he was riding by on the ATV.

24       Q    Okay.  Who was?

25       A    Mr. Roebuck.  That's when I complained --

Page 143

1     Q    Yes.

2     A    -- to Bearden.

3     Q    To Bearden, yeah.

4     A    Yeah, the same time, the same inst- -- like,

5     as he rode by, Mr. Bearden was coming up.  So, I c- -- I

6     complained to him right then and there.

7     Q    Okay.

8     A    Yes, sir.

9     Q    And so, that was the first time it was an

10    issue for you?

11    A    That was the first time he had called me a

12    nigger.  It wasn't -- it was -- been an issue, but I was

13    trying to deal with Mr. Garcia first.  And, chain of

14    command, you go to the on-site --

15    Q    Yeah, I know how the chain of command works,

16    but the point is, there was nothing that stopped you the

17    first time you talked to Garcia -- or the first time you

18    talked to Bearden about Garcia, you could have talked to

19    him about Roebuck, too?

20    A    But Roebuck -- Roebuck wasn't -- he wasn't

21    making those racist slurs like that before I talked to

22    Mr. Bearden the first time.

23    Q    Okay.  So, up until the first time you

24    complained to Bearden about Garcia --

25    A    No, up to the first time I complained to

Page 144

1    Mr. Garcia.

2         Q    No, you're not listening.

3         A    Yes, sir.

4         Q    Let me finish.  Up until the first time you

5    complained to Bearden about Garcia's tone and

6    attitude --

7         A    Yes, sir.

8         Q    -- anything Roebuck said or did wasn't an

9    issue at that point, right, for you?

10        A    Not for me because --

11        Q    Okay.

12        A    -- only thing he said to me was, y'all boys

13   look like y'all working hard, or something like that,

14   and making --

15        Q    Yeah.

16        A    -- black jokes.  So, I'm like, what's wrong

17   with him.  I was trying to figure him out because I was

18   new.  You know, I was -- I was the new guy.

19        Q    So, if it had been a problem, you certainly

20   could have said something to Bearden about it when you

21   talked to him about Garcia --

22             MR. BARROUKH:  Ob- --

23        Q    -- right?

24             MR. BARROUKH:  Objection to form.  Misstates

25        testimony.

Page 145

1      A    Like I said, I was new.  So, I didn't -- I
2  ain't know how nobody was.  Like, he -- Garcia told me
3  that's just how he was.  So I'm like, okay, well, then
4  that just how he was.  At that time, he didn't make a
5  racist slur.
6      Q    Well, a racist slur --
7      A    When you say "my nigger".
8      Q    Whether -- whether you're -- I know.
9      A    Okay.
10      Q    That's not what I'm getting at.
11           Whether you're new or not, what's right is
12  right and what's wrong is wrong.
13      A    Correct.
14      Q    And if it's wrong, you had an opportunity to
15  say something about it --
16      A    No, sir.
17      Q    -- and you didn't.
18      A    No, sir, I did not have an opportunity.  I
19  told the supervisor on hand what was going on.  And he
20  said, don't worry about it, and I ain't worry about it
21  because Mr. Bearden wasn't -- he wasn't there like that.
22  He'll be there, but he don't be there.  And when you
23  call him, he answer and he don't answer, so --
24      Q    I'm talking about the first time.
25      A    The first time.  That's what I'm saying, the

Page 146

1    first time, he -- you can call Mr. Bearden all you want.

2    He don't pick up -- you might be in Greenville.  He

3    might be in Monticello.  He don't stay in Madison with

4    us.

5         Q    No, but he had enough time to talk to you

6    about Garcia.

7              MR. BARROUKH:  Objection.

8         A    Oh, he --

9              MR. BARROUKH:  Calls for speculation.

10        A    Yeah.

11        Q    When you had a complaint.

12        A    After I got fed up because it was -- it was

13   stuff going on the whole time we was working.  I just

14   wasn't complaining about because I'm not a complainer.

15        Q    Well, you weren't complaining to Mr. Bearden.

16        A    I wasn't complaining to no one.

17        Q    That's right, you weren't.

18        A    And then when I got fed up of being mistreated

19   so much every day, then I started complaining.

20        Q    And the reason for that is because you were

21   new and you just didn't know how things worked; is that

22   it?

23             MR. BARROUKH:  Objection.

24        A    Explain what you're saying.

25             MR. BARROUKH:  Asked and answered.

1    Q    Now, in terms of write-ups, Paragraph 59

2    says:  Still, to this point, neither plaintiff was

3    written up for poor performance or behavioral issues.

4         Now, you were never written up at all for

5    anything, right?

6    A    No, sir.

7    Q    Right?

8    A    Yes, sir.

9    Q    And you know Mr. Ealy was because he told you

10   he was.

11        MR. BARROUKH:  Objection.

12   Q    That he had been written up, correct?

13        MR. BARROUKH:  Ob- --

14   A    For something that he didn't do, yes, sir.

15   Q    I'm not asking about the validity.  What I'm

16   saying is you knew about it because Ealy told you about

17   it.  That's all I'm asking.

18        MR. BARROUKH:  Objection to form.

19   Q    Now, let's go to Paragraph 61.  Did you guys

20   get a lunch break?

21   A    Oh, yes, sir.

22   Q    Was there a scheduled lunch break?

23        MR. BARROUKH:  Take your time to read before

24        you answer any question.  61, right here.

25        THE WITNESS:  61?

Page 148

```
1            MR. BARROUKH:  61.

2            THE WITNESS:  Okay.

3            MR. BARROUKH:  You read the whole thing?

4            THE WITNESS:  Yes, sir.

5            MR. BARROUKH:  Okay.

6  BY MR. KNOX:

7       Q    Was there typically a scheduled lunch break?

8  And I don't mean that it always happened at noon or

9  12:00 or something, but --

10      A    No, sir, it wasn't a scheduled lunch.

11      Q    Okay.

12      A    Just whenever we feel like taking lunch.

13      Q    You just took it whenever you felt like it?

14      A    Yes, sir.

15      Q    Yes?

16      A    Yes, sir.

17      Q    For how long?

18      A    Me -- I usually take, like, 20 minutes.

19      Q    How long could you take?

20      A    I don't -- I don't recall how long you could

21  take.  Probably 30 to an hour, probably.

22      Q    Okay.  Did you take other breaks throughout

23  the day?  You know, ten minutes here, 15 minutes there,

24  something like that?

25      A    No, I didn't take no breaks.  Just worked
```

Page 149

1   through it.

2       Q    Do you know if you could have taken breaks, if

3   you wanted to?

4       A    We probably could if we wanted to.

5       Q    Now, who made you eat lunch in the heat?

6       A    That was the policy.  You couldn't go back to

7   the office because we on ATVs.

8       Q    What, there isn't enough room in the truck or

9   the tractor for more than one person to sit and have

10  lunch?

11      A    Yeah, probably was, but nobody offered.

12  Nobody told us we could be sitting in there with him.

13      Q    You didn't ask?

14      A    Yeah, because at that time --

15      Q    Did you ask?

16      A    -- it was alr- -- at that time, there was

17  already an issue between us.

18      Q    Did you ask?

19      A    No, sir.  Why would I ask when they already

20  made racist slurs towards us?

21      Q    Well, I don't know.  It goes back to why would

22  you keep asking Garcia to do something when you see he

23  wasn't doing it.

24      A    Yes, sir, because he was the only supervisor

25  at that time.

Page 150

1          Q    Now, again, the second thing talks about
2    disciplining somebody for failing to wear a seat belt
3    although plaintiffs were wearing a seat belt.
4               Again, this only goes to Mr. Ealy because you
5    weren't disciplined for that, correct?
6          A    Yeah.
7          Q    Right?
8          A    Yes, sir, but he was wearing the seat belt.
9          Q    Yeah, now, Mr. -- this says that the company
10   didn't discipline Mr. Roebuck for not wearing his seat
11   belt.
12              Did you see him?
13         A    Yes, sir.
14         Q    Did you --
15         A    I remember that.
16         Q    -- report him?
17         A    No, I didn't report him.
18         Q    How is the company supposed to know?
19         A    Because it supposed to ping.  When you don't
20   wear your seatbelt, it's pinging.  It ping, but
21   Mr. Bearden didn't write him up for it.
22         Q    And how do you know it was pinging?
23         A    Because, when you don't wear your seat belt in
24   the truck, it ping automatically.
25         Q    Huh?

```
                                            Page 151
 1        A    I said, when you don't wear your seat belt

 2   inside the company truck, it pings.

 3        Q    Did you --

 4        A    It send an alert.

 5        Q    Yes, I know that.

 6             Did you hear it?

 7        A    Yes, sir, you h- -- you -- you hear it when

 8   you're in the truck.

 9        Q    Did you hear it when Roebuck was operating the

10   vehicle without wearing his seat belt?

11        A    What you mean?  Did I hear the ping?

12        Q    Uh-huh.

13        A    No, you don't hear the ping.

14        Q    Okay.

15        A    But you know, if you ain't got your seat belt

16   and you move that car -- that truck from here to there,

17   it's gonna ping, regardless.  It gonna send an alert.

18        Q    How do you know he wasn't disciplined for it?

19        A    Because Mr. Eric asked Mr. -- Mr. Bearden.

20   So, whatever, they discussed, I -- you know, I don't

21   know.

22        Q    You weren't part of that conversation.

23        A    No.  No, sir.

24        Q    What was the vehicle that Roebuck was

25   operating without a seat belt?
```

Page 152

1    A    It was a company truck, the same company truck

2  as Mr. Eric.

3    Q    And if, in fact, he was not disciplined, you

4  don't know why, do you?

5        MR. BARROUKH:  Objection to form.

6    A    No, sir.

7    Q    Now, No. 3 says that you were assigned -- it

8  says "plaintiffs", so this includes you -- such as

9  cleaning up trash and roadkill off the highways.

10        Now, you've already testified you did clean up

11  trash, but you've testified you never cleaned up

12  roadkill.

13    A    Me, personally, I didn't pick up one, but --

14    Q    That's what I'm saying.

15    A    Yeah, me personally.

16    Q    Yeah.

17    A    No, sir.

18    Q    Okay.  You never saw Mr. Roebuck cleaning up

19  any roadkill?

20    A    I ain't never see Mr. Roebuck or Garcia do

21  anything.

22    Q    The question is:  Did you ever see either one

23  of them --

24    A    I didn't see them do anything.

25    Q    -- clean up roadkill.

Page 153

1           You don't know if they did or not; you just --

2      A    No, sir.

3      Q    -- didn't see them, right?

4           MR. BARROUKH:  Let him -- let him finish his

5      question.

6      Q    Right?

7      A    No, sir.

8      Q    No, it's not right?

9      A    No, I'm saying -- I'm answering your question,

10     you said did I see them, no, sir.

11     Q    Right.

12          Now, what -- what were the -- I know you've

13     talked about, oh, Mr. Roebuck operating this air-

14     conditioned tractor.  And, again, you don't know why

15     he's the one who was doing that?

16     A    Why he was doing --

17     Q    Operating the tractor --

18          MR. BARROUKH:  Objection.  Asked --

19     Q    -- rather than you or Ealy or Garcia.

20     A    Favoritism, I'm thinking, because he wasn't

21     qualified.

22     Q    Roebuck wasn't qualified?

23     A    He wasn't qualified to be on the tractor.

24     Q    And why do you say that?

25     A    Because none of us was qualified -- that's why

Page 154

1    we took the training.  And he ain't passed the training,

2    but I did and Mr. Eric did.

3        Q    You earlier told me you all got certified --

4        A    No, I did not --

5        Q    -- but didn't get your certificates.

6        A    We d- -- yeah, we didn't get our

7    certificates -- me and Mr. Ealy ain't get our

8    certificate.  I don't know --

9        Q    Right.

10       A    -- if none of those guys got their

11   certificates or nothing, but I know Mr. Roebuck ain't

12   pass because he hit the cone, but the next day he in the

13   tractor.

14       Q    He hit the cone.

15       A    Yes, sir.

16       Q    Okay.  And did you complain about that, about

17   the fact that he was driving a vehicle that he wasn't

18   certified to operate?

19       A    No, sir.

20       Q    Now, this paragraph also says that you were

21   unreasonably subjected -- subjected to harsher scrutiny

22   and discipline than the non-black workers.

23            Again, you weren't disciplined.

24       A    Meaning?

25       Q    You weren't disciplined.  You couldn't have

Page 155

1    been subjected to discipline your non-block co-workers

2    were disc- -- were subjected to if you didn't receive

3    any at all.  That's all I'm asking, right?

4        A    Oh, yes, sir.

5        Q    Okay.  Now, harsher scrutiny -- who was

6    subjecting your work to harsher scrutiny?

7        A    Meaning?  Can you -- can you break it down for

8    me?

9        Q    I really can't.  Your lawyer wrote this.  It

10   just says that --

11       A    Har- --

12       Q    Your work was subjected to harsher scrutiny

13   than --

14       A    Harsher scrutiny.

15       Q    Yeah.

16       A    What does "scrutiny" mean?

17       Q    Means more severe, more harsh?

18       A    Oh, okay.  I gotcha.  Yeah, like, the more I

19   complained to Mr. Bearden, the punishment got worse out

20   there.

21       Q    When was the punishment?

22       A    Doing stuff by ourself.

23       Q    Well, I thought you said that you all worked

24   together.

25       A    No, I'm saying, like, with M- -- me and

Page 156

1   Mr. Ealy, we go out, we would work longer than normal.

2   Now, it'd be like, well, just go a little bit further

3   into Georgia.  Oh, go a little bit more further this

4   time.  Go a little bit more further this time, you know.

5   As it kept going, we had to stay out in the heat longer

6   and longer.

7           Be like -- I call Mr. Bearden:  Mr. Bearden,

8   can we come back and take our lunch inside the office?

9           Oh, where you guys located at?

10          Oh, we out here -- Madison Highway, out there

11  by the Dollar General.

12          Well, y'all can just take a break right there.

13  Y'all don't have to come back.

14          I say, well, how come Mr. Garcia done get to

15  come back to the office and eat in the A/C?  Why we got

16  to stay out here?

17          He like, because y'all around the ATV and I

18  don't want to -- I don't want to have to go buy more gas

19  for the ATVs.

20          Okay.  So, we'll just sit out here on the ATVs

21  and eat.

22      Q   Okay.  So, he gave you a reason for it.

23      A   Yeah, if you want to call it -- it wasn't

24  logic, but it was a reason.

25      Q   Okay.  You didn't agree.

Page 157

```
 1       A    Right.  I feel like it was unfair because

 2   everybody else get to go back to the office and we

 3   can't.

 4       Q    Now, Paragraph 63 says that, in or around

 5   early June of 2022, you had no choice -- this is

 6   "plaintiffs" again.  So, it's both of you -- but to go

 7   over Garcia's head and report the slurs and the racist

 8   comments by Roebuck and Garcia to Bearden.

 9            Now, is this the same day that Roebuck drove

10   past you on the -- whatever the piece of equipment was?

11       A    No, that was before.

12       Q    This was before or that was before?

13       A    When Mr. Roebuck drove past me --

14       Q    Uh-huh.

15       A    -- and called me the "nigger" word --

16       Q    Uh-huh.

17       A    It was way before June.

18       Q    Okay.

19       A    Yes, sir.

20       Q    Now -- so, it says he reported this to

21   Bearden.

22            Where?

23       A    In the office.

24       Q    Okay.  You and Ealy?

25       A    I did.
```

1      Q    Well, this says "Plaintiffs had no choice".

2      A    To go over his head?

3      Q    Did you both go or did just you --

4      A    I went in first to talk to Mr. -- on

5  June 14th -- that's when I went and talked to

6  Mr. Bearden about everything that was going on outside

7  with Mr. Garcia.

8           MR. BARROUKH:  I'm gonna object.  You're

9      asking him to speculate what Mr. Ealy did.  He --

10          THE WITNESS:  Yeah, I can only --

11          MR. BARROUKH:  He only has knowledge about

12     what he did.

13          MR. KNOX:  That's not what I'm asking him to

14     do.  I'm asking him --

15          THE WITNESS:  You said both.

16          MR. KNOX:  -- if they both were there.

17          THE WITNESS:  Yeah.  Bo- --

18  BY MR. KNOX:

19     Q    Did you both go in?

20     A    Both of us was here, but --

21     Q    Okay.

22     A    -- I went in first.

23     Q    Okay.  And all I want to hear is about is what

24  you did.

25     A    Yes, sir.  That's --

Page 159

1      Q    All right.  So, what, Ealy just sat in the --

2    outside the office and waited for his turn?

3      A    I don't know what he did.  I went in -- when I

4    went in and talked to Mr. Bearden about what was going

5    on, him and -- Mr. Ealy and Mr. Garcia was outside.

6    Garc- -- you can hear Garcia yelling.

7           So, I'm inside talking to Mr. Bearden.  When I

8    come out, Mr. Bearden come out and talk to Mr. Garcia to

9    come in.  And Mr. Ealy come back where I was in back to

10   finish cleaning up the trash.  So, he was kind of upset

11   anyway because he was like:  You see how he talked to

12   me?  You see how he talked to me?

13          I said, yeah, I see it, man.  That's why I

14   went and told Mr. Bearden because ain't nobody got time

15   for all this.

16     Q    So, this -- this incident in Paragraph 63 --

17     A    Yes, sir.

18     Q    -- is what you've previously testified was

19   June 14th?

20     A    June 14th, yes, sir.

21     Q    Okay.  All right.  Okay.

22     A    And -- and Mr. Ealy -- he went and talked to

23   other people.  So, I don't know who all the people he

24   talked to, but I can just speak for myself.  I know who

25   all I talked to.

Page 160

```
 1        Q    All right.  That's all I'm trying to get at is
 2    when did this really happen.
 3        A    Yes, sir, when I talked to somebody over
 4    Garcia head was on -- you know, like -- like I said, it
 5    was on the 14th.
 6        Q    Yeah.
 7        A    Yes, sir.
 8        Q    Okay.
 9        A    But, like, when Mr. Ealy told me he was
10    talking to Mr. Russell and other people, so I don't
11    know.
12        Q    Okay.
13        A    Yes, sir.
14        Q    So, when this says in around early June --
15        A    Yes, sir.
16        Q    -- 2024 -- or 2022 -- it's really on
17    June 14th, 2022.
18        A    When I talked to him, yes, sir.
19        Q    Yeah.
20        A    But I had also talked to Mr. Bearden in June
21    as well, like, when he came out to help us with the
22    chain saw.
23        Q    Yeah.  Yeah.
24        A    Yes, sir.  That was in June as well.
25        Q    Yeah.  That's right, but I'm just talking
```

1    about this -- what you're describing here, when you went

2    over his head --

3        A    Yes.

4        Q    -- to report to Bearden -- that was on the

5    14th of June.

6        A    In -- in June, yes, sir.

7        Q    The 14th.

8        A    When I went and talked to him, yes, sir.

9        Q    Yeah.

10        A    But we had talked to Mr. -- Mr. Bearden

11    before.

12        Q    All I'm asking you is -- please read this.

13        A    In or -- "in or around early June".

14        Q    Does this describe what happened on June 14?

15        A    No, sir, I talked to him a couple -- I talked

16    to him before about the racist slur -- like, what I tell

17    you about the chain saw, when he came out to help us

18    with the chain saw -- and that was in June as well.  And

19    then June 14 is when I talked to him again.  So, yes.

20        Q    And the first time you ever talked to

21    Bearden --

22        A    It was before June.

23        Q    Well, I thought you said the first time you

24    talked to Bearden about Roebuck --

25        A    It was a week -- like, a week after or so,

Page 162

1   maybe.

2       Q    Let's see.

3       A    And he passed by me on the ATV to come --

4       Q    Yeah, this is -- this is the one where you

5   said it was around Trulieve?

6       A    Yes, sir.  When --

7       Q    When you were going to Lee?

8       A    Yeah, he said, "What's up, my nigga?"

9       Q    Okay.  So --

10      A    That was in May.

11      Q    So, what is this -- what is Paragraph 63 --

12  which time is that talking about?

13      A    That had to be June 14th.

14      Q    Because --

15      A    That had to be June 14th because I was talking

16  to Garcia outside.  We were asking him what we had to do

17  for the day and he got the little attitude, went to

18  yelling and all that.  So, I went over his head.

19      Q    And that's all I -- and -- and, honestly,

20  that's all I'm trying to get at here because this

21  paragraph says that this is the first time, finally --

22  you had no choice but to go over his head.

23           This says the first time you went to Bearden

24  was at this time (indicating)?

25      A    It don't say first time.

Page 163

1          MR. BARROUKH:  Objection.  Yeah -- objection.

2      Misstates.

3      Q    Well, it says --

4      A    All --

5      Q    -- you had no choice.

6          THE COURT REPORTER:  One at a time.

7      Q    Had you had a choice before and you just went

8  over his head?

9          MR. BARROUKH:  Objection to form.

10     A    The first time I went over Mr. Garcia head is

11  when I told you when Mr. Roebuck called me out my

12  name --

13     Q    Yeah.

14     A    -- which was "my nigga".

15     Q    That's right.

16     A    That was, like, a week -- that was in May.

17     Q    That was in May.

18     A    So, whatever Mr. Eric did -- when he had no

19  choice -- that's why it say "plaintiffs".

20     Q    Okay.  So, as far as you're concerned, if this

21  is talking about something other than the Trulieve

22  incident, we'll call it -- or I'll call it --

23     A    Okay.

24     Q    -- then this applies to Ealy, not to you

25  because the first time you went over Garcia's head --

Page 164

1       A    Was --

2       Q    -- was on the Trulieve thing.

3            MR. BARROUKH:  Objection.

4       Q    That's all I'm trying to figure out.

5            MR. BARROUKH:  Objection.  Misstates the

6       document.  The document speaks for itself.

7       Q    Right?

8            MR. BARROUKH:  Objection, asked and answered.

9            The -- the document does not say "the first

10      time".

11           MR. KNOX:  It certainly implies it, when you

12      say --

13           THE WITNESS:  It's not the first time.

14           MR. KNOX:  -- I had no choice now.

15           THE WITNESS:  No, that's --

16           MR. BARROUKH:  That's -- objection to form.

17           THE WITNESS:  That's not --

18           MR. BARROUKH:  Calls for speculation.

19           One at a time.

20           THE WITNESS:  Yes, sir.

21           MR. BARROUKH:  Objection.  Calls for

22      speculation.  The document speaks for itself.

23    BY MR. KNOX:

24      Q    And that's fine, as long as I've got clarity

25    that this isn't the first time.  That's all I need.

Page 165

1        A     No, sir, that's not the first time.

2        Q     Okay.  Well, that was a dance none of us

3    needed to take.

4              So, when they used the -- when your attorney

5    puts in "plaintiffs" -- talks about "plaintiffs" doing

6    something, it's not necessarily something that you both

7    did at the same time because you did some things that,

8    apparently -- you know, Ealy wasn't there; he was

9    talking to somebody else or whatever.

10             So, it just makes it a little confusing.

11   That's why I'm trying to clean this up.

12       A     Oh, yes, sir.

13       Q     Now, this says -- again, this seems to refer

14   to -- back to Paragraph 63 where it says "plaintiffs" --

15   both of you -- demanded that the slurs and comments stop

16   once and for all, making this the fourth complaint to

17   the defendant.  And you explained you've been

18   continually mistreated.

19             And that's all I'm trying to figure out is

20   when this happened, but now I know this the isn't the

21   first time.

22       A     Both --

23       Q     This is the second time.

24       A     Yes, sir.

25       Q     All right.  Now, were there any witnesses to

Page 166

```
 1   this or was it just --
 2        A    Us, just me and Mr. Eric.
 3        Q    And Bearden.
 4        A    And Mr. Bearden.
 5        Q    All right.  It goes on to say that Bearden
 6   asked you if you liked your job.
 7             Do you remember him asking you that?
 8        A    He ain't ask me that; he asked Mr. Eric that.
 9        Q    Okay.  How do you know that?
10        A    Because I was there.
11        Q    Okay.
12        A    And Mr. Eric replied "I love my job".
13        Q    So, this is a -- this is an exchange,
14   Mr. Bearden had with Mr. Ealy.
15        A    Yes.
16        Q    And you were there?
17        A    Yes, sir.
18        Q    Okay.  And this -- this meeting, early June of
19   2022, Paragraph 63 -- was this before or after the
20   training in Jacksonville?
21        A    I don't recall as far -- it was after.  It had
22   to be after, yes, sir.
23        Q    This meeting happened after the training.
24        A    Yes, sir.
25        Q    Okay.  All right.
```

Page 167

1      A    I think the training -- you said the training

2  was, like, the 9th or something.

3      Q    7- --

4      A    Yes, sir.

5      Q    7th to the 9th.

6      A    Yes, sir, so...

7      Q    Now, maybe -- maybe we can get some clar- --

8  some clarity here.  When this says early or dr- -- in or

9  around early June.

10     A    Yes, sir.

11     Q    Paragraph 63.

12     A    Yes, sir.

13     Q    This was after the training in Jacksonville.

14  And, if you go to Paragraph 67, it now says:  The

15  following day, plaintiffs arrived to work and began

16  unloading the truck to prepare for the day.

17     A    Yes, sir.

18     Q    That was June 14th, wasn't it?

19     A    So, that had -- yes, sir.

20     Q    So, that means this conversation that's

21  described in Paragraph 63 -- if it was the day before

22  June 14, it had to be June 13, didn't it?

23     A    Yes, sir.

24     Q    All right.

25          MR. BARROUKH:  Would you like to take a break

Page 168

1      for lunch?

2              THE COURT REPORTER:  No, I'm good.  Thank you,

3        though.

4              MR. BARROUKH:  Okay.

5    BY MR. KNOX:

6        Q    Now, the suspension on the 14th -- was that

7    without pay?

8        A    It was supposed to be with pay.

9        Q    Okay.  All right.  Yeah, that's what I

10   thought.

11       A    But I didn't get paid.

12       Q    You didn't?

13       A    No, sir.

14       Q    All right.  Who told you it was gonna be with

15   pay?

16       A    Mr. Bearden.

17       Q    Did you -- in one of those numerous calls you

18   made to him in the two weeks following the suspension,

19   did you ask him the question about --

20       A    My pay --

21       Q    -- where is my pay?

22       A    The third -- the third day I talked to him --

23       Q    All right.

24       A    -- which was the next day.

25       Q    Right.  And what did he say?

Page 169

1      A    He said, yeah, you're gonna get paid; you just
2    got to wait.
3      Q    But you just never did.
4      A    Never got paid.
5      Q    Okay.  Do you know if Mr. Ealy got paid?
6      A    I don't know.
7      Q    Now, the paragraph, 75 and 76, talks about a
8    conversation that, I guess, Mr. Ealy had with
9    Mr. Flowers after the suspension.
10      A    I don't know Mr. Flowers.
11      Q    No, I -- I know.  I'm just telling you this is
12    what it describes.
13          You never spoke -- that's Russ.  You never
14    spoke to Russ Flowers, right?
15      A    No, sir.
16      Q    Okay.  And you don't recall getting any --
17    having any conversation or getting any kind of a voice
18    mail from somebody at Ferrovial saying that they wanted
19    to talk to you in connection with an investigation.
20      A    No, sir, no one.
21      Q    Okay.  The company had your cell phone number,
22    right?  Do you remember -- didn't you have to provide
23    that to them?
24      A    Yes, I think so.  Yes, sir.
25      Q    All right.

Page 170

```
 1        A    I don't remember my number, if you're gonna
 2   ask me my number.
 3        Q    No, I'm not asking for the number.  I'm just
 4   trying to think what could happen here.
 5             You didn't have any -- you weren't having any
 6   phone issues around that time?  Phone wasn't working?
 7   Phone got broken?  Misplaced?  Anything like that?
 8        A    No, sir.
 9        Q    Okay.  There is something I saw here -- oh, I
10   wanted to ask you about this.  96 -- Paragraph 96, in
11   the amended complaint -- and I don't want to go -- you
12   can read the whole paragraph.  I'm not gonna ask you
13   about all of it because I think we covered most of it,
14   but there's one thing I do want to ask you.
15             MR. BARROUKH:  To be clear, this is in the
16        cause of action of Mr. Ealy --
17             MR. KNOX:  Yep.
18             MR. BARROUKH:  -- against defendant.  All
19        right.
20   BY MR. KNOX:
21        Q    Okay.  You had testified earlier that you --
22   the crew were per- -- was permitted to take a lunch
23   break.  You said you usually take 20 minutes, but you
24   thought you could have maybe --
25        A    30 minutes to an hour.
```

1      Q     -- 30 minutes or more, even.

2            And then remember I asked you about were there

3      any other breaks, like 10 minutes here, 15 minutes

4      there, and you said you just worked.

5            So, my question is -- one of the examples of

6      an alleged discriminatory treatment is that the number

7      of hours -- the number of breaks during work shifts were

8      reduced.

9      A     Yes.

10     Q     What does that -- did you -- were there days

11     when you were not permitted to take a 30- -- a lunch

12     break?

13     A     Yes, sir.

14     Q     Okay.  How many times did that happen?

15     A     It happened quite a few times because

16     Mr. Bearden was like, we've got to work through it

17     because we've got a project to complete by a certain

18     time.

19     Q     Do you remember what the project was?

20     A     To finish -- finish cleaning up the road

21     before the end of the -- the week.

22     Q     Yeah, but I mean, do you remember which one in

23     particular it was?

24     A     No.

25     Q     So, it's a project that had to be completed by

Page 172

```
 1   the end of the week --
 2        A    Yes, sir.
 3        Q    -- you said?  Okay.
 4             So, were your hour- -- how many days during
 5   that week were you not permitted to take a lunch break?
 6        A    How many days that week?
 7        Q    Yeah.  You said --
 8        A    I don't recall.
 9        Q    -- it had to be done by end of the week, so --
10        A    I don't recall.  It's been so long, I don't
11   recall how many days we weren't allowed to take a lunch,
12   but we weren't allowed to take lunch because of a
13   project that he said had to be done.  So, like, just
14   work through, you know; y'all take a break later.
15        Q    Okay.  And did you get paid for working
16   through it?
17        A    I mean, we got normal pay, yes, sir.
18        Q    Okay.
19        A    We didn't get no extra pay or nothing like
20   that.
21        Q    Well, no.  So, what he said was, work
22   through --
23        A    Lunch.
24        Q    -- your lunch.  You got paid for it.  And then
25   he said you can take a break later, right?
```

Page 173

```
 1        A    I mean, they -- no, they -- no.  No.  No.  No.
 2   They still took the hour out of our paycheck, though.
 3        Q    Well -- all right.  So, you're telling --
 4        A    Working through lunch and we don't get paid
 5   for it.
 6        Q    So, you didn't get paid for it.
 7        A    No, sir.
 8        Q    So, when you took a lunch was paid or unpaid?
 9        A    It was unpaid lunch, automatically.  No matter
10   if you take five minutes, it's still gonna take an hour
11   out your lunch, you know.
12        Q    So, it was an hour whether you took 20 minutes
13   or an hour.
14        A    Yes, sir.
15        Q    Okay.
16        A    Yes, sir.
17        Q    And was it just during that week or were there
18   other times --
19        A    It was other --
20        Q    -- when that happened?
21        A    It was other times.
22        Q    Okay.  And, certainly, the time records would
23   show that, right?
24        A    Yes, sir.
25        Q    You never got a pay increase during the five
```

Page 174

1    weeks or so you were employed there, did you?

2        A    No, sir.

3            MR. BARROUKH:  Which document is this?

4            MR. KNOX:  I'm not sure I'm gonna start on

5        this yet.

6            MR. BARROUKH:  Okay.  Let's take that

7        five-minute break.  Is that all right?

8            MR. KNOX:  What time is it?

9            MR. BARROUKH:  12:41.

10           (Brief recess.)

11   BY MR. KNOX:

12       Q    What's your date of birth?

13       A    April 20th, 1983.

14       Q    What is it?

15       A    April 20th, 1983.

16       Q    All right.  Well, the reason I'm asking is

17   because, according to the second supplemental responses

18   given to us by each plaintiff, you and Mr. Ealy were

19   both born on the same date.

20       A    Born -- no, sir.

21       Q    Yeah, no, I know you weren't, but --

22       A    Oh.

23       Q    It shows you both -- your -- your second

24   supplemental says plaintiff was born on August 13, 1989,

25   and Mr. Ealy's says the same thing, so I just want to

1   make sure we've actually got the right date.

2         A    Okay.

3              MR. BARROUKH:  I can get you a new copy with

4         the updated --

5              MR. KNOX:  No.

6              MR. BARROUKH:  That must have been --

7              MR. KNOX:  Yeah, I think there's -- there's

8         another one we'll get to later, so --

9              MR. BARROUKH:  Okay --

10             MR. KNOX:  I'm not gonna worry about it,

11        but --

12             MR. BARROUKH:  We would be more than happy to

13        quickly fix that, if you'd like.

14             MR. KNOX:  Okay.  If you want to pull up

15        the -- the second supplemental, let's go to

16        Interrogatory No. 4.

17             MR. BARROUKH:  Okay.  "State the name and job

18        title" -- is that the one?

19             MR. KNOX:  Yeah, but all I'm -- all I'm really

20        gonna be focusing on is the last couple of

21        sentences of the last paragraph.

22             MR. BARROUKH:  Okay.

23   BY MR. KNOX:

24        Q    All right.  I -- I want to talk about the last

25   sentence, Mr. James, where it says -- you contend that

Page 176

1   Steve Bearden, Russ Flowers, and Stacy Wessel encouraged

2   the discriminatory conduct throughout your employment

3   with the defendant.

4           So, we've already talked about Bearden.  And

5   your -- your testimony about Bearden is that you

6   complained to him about Garcia and Roebuck, right?

7       A    Yes, sir.

8       Q    Never complained to Russ Flowers.

9       A    No, sir.

10      Q    Never complained to Stacy Wessel.

11      A    No, sir.

12      Q    Don't know if Bearden told Flowers about your

13   complaints about Roebuck and Garcia.

14      A    No, sir.

15      Q    Don't know if Bearden told Stacy Wessel about

16   your complaints about Roebuck and Garcia, correct?

17      A    Correct.

18      Q    So, would you agree that it's possible that

19   none of them knew anything about what was going on

20   allegedly between you, Roebuck, and Garcia --

21           MR. BARROUKH:  Objection to form.

22      Q    -- until after the suspension?

23           MR. BARROUKH:  Objection to form.

24      A    I don't know because, like I say, in the

25   beginning, when I first started working there, I wasn't

Page 177

```
 1   offended by what was going on, at first, but before I
 2   got there, whatever Mr. Eric --
 3        Q    Yeah.
 4        A    -- and Mr. Russell done talked about it, I
 5   don't know.
 6        Q    No, that's all I'm saying.
 7        A    Yes, sir.
 8        Q    You have no idea when Flowers or Wessel or
 9   anybody, but Bearden knew anything --
10        A    No.
11        Q    -- about the things you've testified about
12   today.
13             MR. BARROUKH:  Objection to form.  Misstates
14        testimony.
15        Q    Right?
16        A    No, sir.
17        Q    I forget how I asked the question.  Is "no"
18   the appropriate answer?  You don't know, right?
19        A    I don't know.
20             MR. BARROUKH:  Objection to form.
21             MR. KNOX:  Okay.  What's the objection?
22             MR. BARROUKH:  You -- it's a -- misstates
23        testimony.  You were saying that -- I believe the
24        court reporter could read it back, but you say that
25        you don't know if anybody had any knowledge, and
```

 1          the answer --

 2                MR. KNOX:  Other than Bearden.

 3                MR. BARROUKH:  The answer includes Allen

 4          Roebuck and Juan Garcia.  And I believe that

 5          plaintiff has testified that those individuals have

 6          knowledge as well.

 7                MR. KNOX:  Well, of course they have

 8          knowledge, if what you're saying is true.

 9                What you said is they encouraged it; that

10          these people -- these three people encouraged it.

11          I don't know that Roebuck encouraged his own

12          behavior or Garcia encouraged his own behavior, but

13          nonetheless.  I just want to make sure I understand

14          it.

15                MR. BARROUKH:  Sure.

16                MR. KNOX:  Most of your objections are, you

17          know, okay.  That one --

18                MR. BARROUKH:  That one -- I think it's

19          different discussion with -- regarding encouraging,

20          which we can have separately, but with regards to

21          the specific response, I just wanted to make sure

22          the testimony included Roebuck and Garcia as well.

23                MR. KNOX:  Whatever.

24     BY MR. KNOX:

25          Q    Interrogatory No. 6, the second paragraph of

Page 179

1    the response --

2         A    (Examining document.)

3         Q    Are you ready?

4         A    Oh, yes, sir, I'm ready.

5         Q    Yeah.  No, I just want to give you the time to

6    read it.

7              All right.  So, the first sentence of that

8    paragraph, I want to focus on -- you contend that

9    Roebuck, Garcia, Flowers, Bearden, and Wessel, each

10   retaliated against you.  All right.  That's the claim.

11             How do you believe Roebuck retaliated against

12   you?

13             MR. BARROUKH:  Objection.

14        Q    I'm not talking about discrimination or

15   harassment.  How do you believe -- on what basis do you

16   believe that Roebuck retaliated against you?  What did

17   he do?

18             MR. BARROUKH:  Objection.  The document speaks

19        for itself.

20        A    Pr- -- that he was in cahoots with them,

21   same -- just like how it was when I was working, they'll

22   huddle up and talk among each other.

23        Q    Which they were doing before you made any

24   complaints.

25        A    Not that I recall.  I don't recall.

1      Q    Do you know whether Roebuck -- do you know

2  whether Bearden told Roebuck that you had made

3  complaints about him?

4      A    Yes.

5      Q    How?

6      A    Because his behavior started to shift.

7      Q    Describe it.

8      A    Like, he'll look at me -- you can just tell

9  when somebody -- you done told on somebody and somebody

10  know you done told on them because they'll look at you a

11  certain kind of way and then turn your head even when --

12  he stopped speaking to me much as how he was.  You know,

13  like, he would be, like, good morning.  And then --

14  "good morning" stopped.

15      Q    So --

16      A    So, I know Mr. -- Mr. Steve had said something

17  to him.

18      Q    So, he acted more professionally toward you.

19      A    Yes, sir.

20      Q    Garcia --

21      A    His behavior didn't change.

22      Q    Okay.  So, how did he retaliate against you?

23          MR. BARROUKH:  Objection.  Calls for a legal

24      conclusion.  The document speaks for itself.

25      A    He just wouldn't -- wouldn't listen to nothing

Page 181

1    that we had to say or he be like, man, y'all do whatever

2    you want to do.  He just stopped caring about his

3    position.

4         Q    Okay.  Anything else?

5         A    Just made it hard for us, basically, you know.

6         Q    He just --

7         A    Made it hard for us, like, do more than what

8    we supposed to be doing that day, like, go further

9    places than we supposed to -- like, one time we had to

10   go all the way to Perry and fill a manhole.  And we

11   stayed out there about six -- about six hours.

12        Q    Okay.

13        A    Nobody checked on us or nothing.  So, I guess

14   that was kind of retaliation.

15             And they ain't want us in the area, so they

16   sent us to Perry, me and Mr. Eric.

17        Q    That was work that had to be done, correct?

18        A    Not by us.

19        Q    But it was done by you.

20        A    It was, yes, sir.

21        Q    Okay.  And you believe that that was

22   retaliatory.

23        A    Yes, sir.

24        Q    Okay.  Garcia never told you that.  He didn't

25   say I'm sending you out because you complained about me.

Page 182

1      A    Oh, no, sir.

2      Q    Nobody told you that.

3      A    No, sir.

4      Q    Flowers -- how did Flowers retaliate against

5    you?

6           MR. BARROUKH:  Objection.  Calls for legal

7      conclusion.  Document speaks for itself.

8      A    I never talked to Mr. Flowers or Stacy.

9      Q    So, you don't know.

10     A    I -- I don't know about them.

11     Q    And Bearden retaliated against you because of

12   the termination?

13     A    Yes.

14     Q    If there was one.  And you believe he was the

15   decision-maker.

16     A    Yes, sir.

17     Q    Any other way he retaliated against you?

18     A    Yes, sir.

19          MR. BARROUKH:  Objection.  Calls for

20     speculation.  The document speaks for itself.

21     A    Yes, sir.

22     Q    Go ahead.  How?

23     A    Because the stuff that I was telling him -- it

24   never got resolved.  So, I feel like either I wasn't

25   being heard or either he let it happen.

1    Q    And that was retaliation.

2    A    Yes, sir, from the first time I had told him

3    about Roebuck.

4    Q    Do you know why -- again, we're assuming that

5    what you're telling me is true -- but assuming that you

6    made these complaints to Bearden, do you know why

7    nothing seemed to change?

8        MR. BARROUKH:  Objection.  Calls for

9        speculation.

10    A    No, sir.

11    Q    Let's go to Interrogatory -- the answer to

12    Interrogatory No. 7, the last -- it would be on Page 10,

13    just the last paragraph.

14        MR. BARROUKH:  Here is the question.  Here is

15        the answer he's asking for.

16        THE WITNESS:  Oh, okay.

17        (Examining document.)

18    BY MR. KNOX:

19    Q    You've already testified about Roebuck,

20    Garcia, and Bearden.

21    A    Yes, sir.

22    Q    But it says you complained about

23    discriminatory conduct to Flowers.  That's not true; you

24    didn't, right?

25    A    Mr. Eric did; I didn't.

Page 184

1    Q    You didn't.

2    A    I didn't.

3    Q    Thank you.

4         And you didn't complain to Stacy Wessel about

5    discriminatory conduct, right?

6    A    I didn't.

7    Q    Let's go to -- and just so you know, I

8    understand that a lot of these refer to plaintiffs.

9    These don't.  These are things that your attorney says

10   that you say.

11   A    Okay.

12   Q    Not things that Ealy might have said.

13        Let's go to Interrogatory No. 9, please, just

14   the last sentence.  I mean, you can read the whole

15   thing, but --

16   A    That's fine.

17   Q    I'm just gonna ask about the last sentence.

18   A    (Examining document.)  Oh, I know that.  Okay.

19   Yes, sir.

20   Q    Now, you've spent this entire deposition

21   telling me you never spoke to Stacy Wessel.

22   A    Yes, sir.

23   Q    You told me you don't know who she is.

24   A    Yes, sir.

25   Q    In Interrogatory No. 7, you say you complain

Page 185

1   to her, but your testimony earlier was you didn't.

2          Now, this, in response to Interrogatory No. 9,

3   is a little more specific.  This says you did complain

4   to Stacy Wessel over the phone on or around June 27,

5   2022.

6          Now, based on what you just said to your

7   attorney, I'm assuming, now you have some recollection?

8      A    Yes, I know Mr. Eric was -- I was there when

9   he was complaining to her, but me, personally, I never

10  talked to her.

11     Q    All right.  So, when it says you complained to

12  Stacy Wessel over the phone on or around June 27, 2022,

13  that's not true, is it?

14     A    No, sir.

15          MR. BARROUKH:  Objection to form.

16     Q    Thank you.

17          Now, tell me about that call that -- where

18  were you when you heard the call?

19     A    I was standing right beside Mr. Eric because

20  he had --

21     Q    Yes, but where?

22     A    I don't recall where we were.  That was so

23  long ago, I don't -- we were standing up in my yard.

24     Q    Are you just saying that or --

25     A    No, just --

Page 186

1      Q    -- do you remember that?

2           Who made the call?

3      A    Mr. Eric.

4      Q    Had she called him and he was returning the

5  call or did he just call her cold?  Do you know?

6      A    Oh, I don't know.

7      Q    And you were in your yard.

8      A    Yes, sir.

9      Q    I'm assuming that he -- did he have her on

10  speaker?

11     A    Yes.

12     Q    Did he tell her she was on a speaker?

13     A    No, sir.

14     Q    What was the purpose of the call?

15     A    The purpose of the call was to complain to her

16  and figure out about her jobs and stuff.  So, me -- I

17  really ain't know what -- too much about the company or

18  who I talk to, so I let Eric do everything because he

19  had been working there.  So, he was, like, the veteran

20  of the job, so --

21     Q    He had only been there two months more than

22  you?

23     A    That's -- that's long- -- more experience than

24  I had.

25     Q    Okay.

Page 187

1      A    So, he know who to talk to and not talk to.
2    So, I ain't know nobody.
3      Q    All right.  Now, June 27 -- that's now two
4    weeks after your last day of work.  So, do you know why
5    he called her on that day?
6            MR. BARROUKH:  Objection to form.
7            MR. KNOX:  Well, he either knows or he
8        doesn't.
9            THE WITNESS:  I don't know.
10   BY MR. KNOX:
11     Q    Do you know?
12     A    No, sir.
13     Q    So, what did he tell you about why he was
14   gonna put her on speaker and why he wanted you there to
15   hear it?
16     A    He -- he ain't tell me.  I knew why he was
17   calling because we had got suspended.  So, we --
18     Q    Two weeks earlier.
19     A    Yeah.  He wanted to find out what was going on
20   and complain to her -- go over Mr. Russell's head.  He
21   said Mr. Russell Flowers or whatever.
22     Q    And did he get her the first time he called
23   her?
24     A    Oh, I don't know.  I don't know if --
25     Q    I was gonna say, if he did, he has better

Page 188

1   looking luck than I do.

2       A    Yeah, but I don't know how many times he had

3   to call to get her.  I know I ain't get nobody when I

4   tried to call.

5       Q    What was the number that he -- I mean, did he

6   have her direct number or was it the Texas number?  Do

7   you know?

8       A    I don't know exactly.  I know he had

9   Mr. Russell -- Russ' number.  And whatever him and

10  Mr. Russ talked about before he came over to my house, I

11  don't know.

12      Q    Okay.  Had he and Mr. Russell just talked

13  earlier that day?

14      A    I think so.  I don't -- I don't really recall.

15      Q    Okay.

16      A    I know he say he had talked to Mr. Russell.  I

17  don't know if he was referring to earlier --

18      Q    Yeah.  Yeah.

19      A    -- before he came over there or the day before

20  or whatever.

21      Q    All right.  So, he came to your place.

22      A    Yes, sir.

23      Q    And what did he tell you --

24      A    He said, I --

25      Q    -- before he makes the call?

1       A     He said, I'm about to call Ms. Stacy and check

2   up on my -- on our job and stuff.  Well, okay, put it on

3   speakerphone.  Let me hear what she got to say.

4       Q     Did you know who Ms. Stacy was?

5       A     No -- no, sir.

6       Q     Okay.  All right.  So, tell me what you heard,

7   please.

8       A     I just heard just -- Mr. Eric -- he was

9   talking to her about -- about the complaints and stuff

10  that been made and everything.  And she was, like,

11  uh-huh.  Yeah.  Okay.  Okay.  Yeah, I talked to Mr. --

12      Q     She was talking to her -- he said to her about

13  the -- the complaints?

14      A     About the complaints.  Mr. Eric was talking to

15  Ms. Stacy --

16      Q     Yeah.

17      A     -- about what was going at the job.

18      Q     Okay.

19      A     And Stacy -- she was like, okay.  I hear you.

20  I'm listening to you.  And I have to get in contact with

21  some other people.  I ain't know if she was the HR or

22  what.

23      Q     What do you remember him saying to her when

24  you say he told her about the complaints or what was

25  going on -- what do you remember specifically him saying

Page 190

1   in that -- in that call --

2       A    I just --

3       Q    -- to her?

4       A    I remember him specifically saying that we was

5   getting mistreated unfairly.  And they was calling us

6   out our names and stuff, and making us do stuff that

7   we -- that we weren't supposed to be doing.

8       Q    Anything else?

9       A    I don't remember all -- the whole

10  conversation.

11      Q    Well, I know, but do you remember any more of

12  it?

13      A    No, sir.

14      Q    How long -- how long did that call last,

15  approximately?

16      A    I don't know.  I -- I end up -- I end up

17  walking off and he was still talking to her -- because I

18  had to --

19      Q    You -- you just walked away at some point?

20      A    I had to walk -- no, once -- he had got past a

21  certain part, dealing with me, I -- I had to go see

22  about my child.

23      Q    Okay.

24      A    Yes, sir.  So, I had -- I had to walk off

25  anyway.

1      Q    All right.  And she said that she was

2  listening and was gonna be talking with -- to other

3  people or something?

4      A    To -- to someone she was in management with

5  her or something -- like HR or --

6      Q    Okay.

7      A    -- someone she had to talk to and get back

8  with him on what was going on.

9      Q    Did you say anything?

10      A    No, sir.

11      Q    Did he tell her that you were there listening?

12      A    Yes, sir.

13      Q    Okay.  Do you remember anything else that he

14  said to her during this call?

15      A    No, sir.

16      Q    Do you remember anything else that you heard

17  her say to him during this call?

18      A    No, sir.

19      Q    Is it fair to say that you walked away before

20  the call ended, so you don't know how it ended?

21      A    I walked away during the call.

22      Q    Okay.

23      A    Yes, sir.

24      Q    Well, that's what I'm saying.

25      A    But I know how it ended, yes, sir.

Page 192

1       Q     How do you know how it ended?

2       A     Because I came back.

3       Q     Okay.  So, you listened for a while, then you

4    walked off for a while, and then you came back and they

5    were still on the call.

6       A     Yes, sir, they was getting ready to hang up

7    and he was, like, okay, well, Ms. Stacy, I'm gonna call

8    you a little bit later, then.  And she like, yeah, okay.

9    Yeah, give me a call any time.  You know, we're here to

10   help and stuff like that.

11          And -- and I'm like, what she say.  I asked

12   him when she said and he -- he was just telling me stuff

13   that I already had knew that she was gonna say.

14      Q     Which was?

15      A     Well, we've got to go by protocol and all this

16   stuff, you know.

17      Q     All right.  This is what he told you she said

18   after the call ended.

19      A     Yes, sir.

20      Q     So, the way the call ended was her saying

21   what?

22      A     She was saying, oh, well, we gonna try to get,

23   you know -- get further into it.  And I have to talk

24   to -- her -- her people.

25      Q     Uh-huh.

Page 193

1      A    So, I just walked back out after I was dealing

2    with my son.

3      Q    Okay.

4      A    Basically, once I got terminated, I just -- I

5    called them and called them and called them and I

6    couldn't get no answer.

7      Q    Okay.  So, in response to Interrogatory No. 9,

8    the way this is written, you complained to her over the

9    phone on or around June 27, 2022.  That's not correct,

10   right?

11     A    Well, technically it is correct because I was

12   on the -- I was with Eric when he was complaining.

13     Q    Well, you didn't complain to Stacy.

14     A    Not ver- -- not verbally, no, sir.

15     Q    That's my point.  It would be more accurate to

16   say, I listened to a telephone call between Mr. Ealy and

17   Ms. Wessel on or around this date.

18     A    No, I did put -- I did have input, but she --

19   you know, like, he had stated that I was there

20   listening.  So, she knew I was complaining, too.

21     Q    Did you say anything?

22     A    Yes, I said anything to her, yes, sir.

23     Q    All right.

24     A    But I never talked to her, like, oh,

25   Ms. Stacy, can I --

Page 194

1        Q    Well, what did you say?

2        A    I said, yes, ma'am, that's right.  That's what

3   happened.

4        Q    Okay.

5        A    So, it w- -- that's why he put it on

6   speakerphone, so she could talk to both of us at once.

7        Q    Okay.  So, this is a call that Ealy made to

8   Wessel.

9        A    Ms. Stacy, yes.

10       Q    He told her what was going on.

11            You said, yeah, that's right.

12       A    I agreed, yes, sir.

13       Q    And that was basically your input on the call.

14       A    Yes, sir, and before my son had started acting

15   up.

16       Q    Let's go to Interrogatory No. 10.

17       A    (Examining document.)

18       Q    You good?

19       A    Yes, sir.

20       Q    All right.  So, the en- -- the entire time

21   that you worked at Ferrovial, your pay stayed the same,

22   at 13.50, right, an hour?

23       A    Yes, sir.

24       Q    Okay.  And you said there were some weeks

25   where you think you might have worked overtime.  You

Page 195

1    worked more than maybe --

2        A    I know --

3        Q    -- eight hours in a day.

4        A    Yes, I know I worked over.

5        Q    All right.  So, there were some times when you

6    worked overtime and you got paid for the overtime?

7        A    Yes, sir.

8        Q    Okay.  Well, that's what I'm getting at.  I

9    mean, you were paid what you were owed.

10       A    Yes, sir, I --

11       Q    All right.

12       A    Except the time that -- when I was supposed to

13   got paid when I got suspended, but I never got paid.

14       Q    Well -- right, for the work you did.

15       A    Yes, sir, for the work I did.

16       Q    Okay.  So, I'm not good at math, but 13.50 an

17   hour times 40 hours a week -- that's 4- -- that's 540 a

18   week, not 480 a week.

19       A    Oh, I --

20       Q    And then, if you add overtime, it's even more.

21            Do you know how you came up with the number

22   480 a week?  Here, if you -- if you look in here --

23       A    Okay.  Yeah, 480 a week.  That part -- because

24   taxes being taken out and stuff -- I don't know.

25       Q    Well, okay.

```
                                        Page 196

 1          All right.  So, then, it -- it says that you

 2   were basically out of work from -- I don't know why

 3   this -- I don't know why the date of June 27, 2022, is

 4   in there.

 5          Your last day that you actually performed any

 6   work was the 14th, right?

 7      A    Correct.

 8      Q    And you never came back to work after that,

 9   correct?

10      A    Correct.

11      Q    And on that 27th phone call, June 27,

12   Ms. Wessel didn't tell you you had been terminated.

13      A    I don't recall --

14      Q    In fact, she said she had to talk to people,

15   right?

16      A    I don't recall that.  I don't recall --

17      Q    Well, I'm just trying to figure out how you

18   came up -- or your attorney came up with the termination

19   date of June 27th.  I can't a- -- well, I can't ask him,

20   but he won't answer.  So, do you know how that came up?

21      A    Because of Mr. Eric -- Mr. Eric was talking to

22   them -- like, I just -- I was so upset that I got

23   unlawfully terminated that I didn't want to talk to

24   nobody else.  So, Mr. Eric was talking to everybody.

25      Q    All right.
```

Page 197

1      A    So, he knows more than I do.

2      Q    Okay.  All right.  Now, between June 27 and

3  September 15, what your lawyer here says is that you

4  didn't work during that period of time, which is about

5  11 weeks or something like that.

6           Were you -- did you look for work?

7      A    Yes.

8      Q    Now, this says that you made, quote," best and

9  continued efforts to get a new job".

10          Do you have any records of places you applied?

11     A    Yes, sir.

12     Q    Okay.  So, you do have those.

13     A    Yes, sir.

14     Q    Have you been asked by your lawyer to turn

15  those over?

16          MR. BARROUKH:  I'm gonna object on the grounds

17     of attorney-client privilege not to answer that

18     question.

19     Q    Do you know if you've turned over those

20  documents to us?

21     A    No, sir.

22     Q    You have not or you don't know?

23     A    No, sir.

24     Q    All right.

25     A    I --

Page 198

1      Q    But you've got --

2      A    Yes, sir.

3      Q    So, all I have to do is ask for them.

4      A    About me showing documents of me being -- of

5   looking for work?

6      Q    Documents to show that you engaged in, quote,

7   "best and continued efforts to get a job."

8      A    Oh, that's impossible to show.

9      Q    Why?

10     A    Because I submit my resume to Indeed and they

11  do the job finding for me.

12     Q    Okay.

13     A    Yes, sir.

14     Q    And did you try any other ways to get work,

15  other than just to get submit a resume to Indeed.

16     A    Yes, sir, I called Four Star and they would --

17  they would -- immediately wanted to work with me because

18  I was a diesel technician anyway.  So, around that

19  time -- around, like, September or whatever, I had

20  started working with them, so --

21     Q    Well, I understand that.

22          Do you still have your resume?

23     A    Yes, sir.

24     Q    All right.  So, if I ask for that --

25     A    Yes, sir.

1    Q    -- I can get it.

2    A    Yes, sir.

3    Q    All right.  And your story is you don't know

4  what Indeed did with it?

5    A    Oh -- I -- I know what Indeed did with it.

6    Q    Do you have records of that?

7    A    You talking about my resume?

8    Q    Yep.

9    A    Submitted it out to different jobs and the

10  jobs will come back in my e-mail and it will show me the

11  lists of jobs that I can apply for.

12    Q    All right.  So, you've got those records.

13    A    Yes, sir.

14    Q    All right.  So, I can get those records.

15    A    I don't know if it go all the way back 2022

16  because the internet and how it's set up, it deletes

17  stuff, so --

18    Q    All right.  Well, I thought we'd already asked

19  for these, but if we didn't, we'll ask for them again

20  because -- and I hope you understand, it's important --

21  it's easy to say, well, I was looking for work, but if

22  there are no documents --

23    A    Yes, sir.

24    Q    -- we only have your word for it.

25    A    Yes, sir.

1  Q   And it's nothing personal to you.  It would be

2  the same thing if I were sitting there, you know.

3  A   Yes, sir, I have to work.  I have four kids,

4  so I have to work.  And I'm on child support.  If I want

5  to work -- child support could tell you that I was

6  looking for work because I had to fill out paperwork

7  and -- matter of fact, I had to fill out three jobs a

8  week for child support.  So, child support shows that I

9  was doing my job searches every week.

10  Q   Okay.  So, I can --

11  A   Yes, sir.

12  Q   I can get those from them.

13  A   Yes, sir.

14  Q   All right.  Good.  Okay.  Thank you.

15       And I want you to understand, I'm -- this

16  isn't about trying to be nosy or anything like that, but

17  you've made claims saying that, hey, you guys owe me

18  back pay --

19  A   Yes, sir.

20  Q   -- and I was out of work and all that.  And,

21  like anybody else, we simply want to get -- you know, we

22  want to make sure that you were actually looking for

23  work.

24  A   Yes, sir.

25  Q   Because this could draw a conclusion -- or

Page 201

1   a -- you know, ask for a legal-conclusion objection

2   here, but the bottom line to it is that anybody in your

3   position has a legal obligation to what's called

4   mitigate their damages.  And all that means is, if

5   you're out of work, you have an obligation, legally, to

6   try to get the same kind of job or similar in terms of

7   pay, et cetera, et cetera, while you're out.

8        A    Yes, sir.

9        Q    And so, we have a right to ask for those

10  things.  So, it's nothing personal; it's just -- that's

11  just how it works.

12            Now, outside of Indeed, though, did you apply

13  any other places?  For example, even something like

14  McDonald's or Wendy's or something like that, outside of

15  Indeed -- did you apply to places on your own; just walk

16  up and say, can I fill out an application?

17       A    Yes, sir, I -- like I said -- like I stated

18  before, I had to fill out three jobs directly for child

19  support.

20       Q    Okay.

21       A    So, I filled out for McDonald's, KFC, Pizza

22  Hut -- I can remember all the jobs that I filled out

23  for.

24       Q    Okay.

25       A    Yes, sir.

1      Q    Good.

2           So, in -- in reading your description here,

3  are you ready to be permanently disabled?  Do you know?

4      A    I --

5           MR. BARROUKH:  Objection.  Calls for a legal

6      conclusion.  Also calls for a medical conclusion.

7           MR. KNOX:  Well, that's why I asked if he

8      knows.

9  BY MR. KNOX:

10     Q    If you don't know, the answer is easy.

11     A    I don't know if I'm permanently, but I know

12  I'm temporary disabled --

13     Q    Okay.

14     A    -- by my medical records.

15     Q    You -- although you said something earlier, I

16  thought, which indicated you're still getting treatment

17  or something --

18     A    Yes.

19     Q    -- for that?

20     A    For my shoulder, yes, sir.

21     Q    Yeah.  Now, have you had surgery or --

22     A    Yes, sir, I had surgery.

23     Q    Is it getting better?

24     A    I don't know --

25     Q    How does it feel?  Does it feel like it's

Page 203

1   getting better?

2        A    No, sir.

3        Q    Not asking for a medical opinion.

4        A    No, sir.

5        Q    Okay.  Have you stopped looking for work?

6        A    No, sir.  Even though, I can't work, I -- I

7   haven't stopped looking.

8        Q    Okay.  And is it still the case that currently

9   you're -- you're getting -- I think it's $2,000 a month?

10       A    Yes, sir.

11       Q    All right.

12       A    $2,085, to be exact.

13       Q    All right.  Let's go to Interrogatory No. 11.

14            MR. BARROUKH:  This is the answer and this is

15       the question.

16            THE WITNESS:  Okay.

17            MR. BARROUKH:  Sorry.  This is the question.

18            THE WITNESS:  Oh.  (Examining document.)

19            Oh, this -- this is the same thing I already

20       read.

21            MR. BARROUKH:  This is what I was asking --

22            THE WITNESS:  Yes, sir.

23            MR. BARROUKH:  -- last week or so.

24            Let me know if it's too small.

25            THE WITNESS:  I need glasses like you.

Page 204

1          (Laughter.)

2          Yeah, that's good right there (examining

3   document).

4   BY MR. KNOX:

5       Q    Just let me know when you're ready.

6       A    I'm ready, yes, sir.

7       Q    All right.

8          All right.  This -- this interrogatory, of

9   course, asks about jobs you had before you came to

10  Ferrovial.

11      A    Okay.

12      Q    So, I just want to flesh out some of these

13  just a little bit.  It says that you worked in -- you

14  worked for Kubota?

15      A    Yes, sir.

16      Q    And -- an intern diesel technician.

17         Was the -- was the internship for a limited

18  period of time?

19      A    Yes, sir.

20      Q    Just four months?

21      A    Just a couple of months, yes, sir.

22      Q    Okay.  Well, it says here you were there for

23  four months.

24      A    Yes, sir.

25      Q    Was that all as an intern or did you

Page 205

1    complete --

2        A    I --

3        Q    -- your internship and then start actually

4    working as a full-time mechanic, and then leave?

5        A    No, sir.  That was the end of my intern.  And

6    I had -- I was getting ready to graduate from school

7    then, so --

8        Q    Okay.

9        A    Yes, sir.

10       Q    All right.  And didn't -- you weren't

11   offered -- were you offered a job there?

12       A    Not at Kubota because they -- they don't do

13   the diesel work that I was looking for.  It was just

14   intern -- they only had, like, zero-turns or a water

15   pump or something.

16       Q    Uh-huh.  Okay.

17       A    They weren't really teaching diesel.

18       Q    All right.  Then it says -- was this before or

19   after Kubota, McDonald's?

20       A    It was around the same time, so --

21       Q    Okay.

22       A    -- it was probably, like, a little after

23   Kubota because I had, like, a couple of jobs altogether,

24   McDonald's, Waffle House.

25       Q    All right.  It says there about five months,

Page 206

1    you worked for them.

2        A    I --

3        Q    Is that the one down here?

4        A    McDonald's?

5        Q    Downtown?

6        A    Yes -- Base Street, yes, sir, off of 90.

7        Q    Yeah, it's just -- it's catty-corner from the

8    CVS.

9        A    Yes, sir.

10       Q    Yeah, okay -- or kitty corner or whatever, I

11   don't know.

12       A    Well, no.  No.  No.  That was the one in Live

13   Oak.  My bad.  I worked at that one with Mr. Eric before

14   we went to --

15       Q    Ah, okay.

16       A    I done worked at every McDonald's from here to

17   Valdosta.

18            (Laughter.)

19       Q    Why were you only at McDonald's for five

20   months?

21       A    Because McDonald's was just like a stepping --

22   stepping stone --

23       Q    Yeah.

24       A    -- while I'm at school and stuff, to keep my

25   money going.

Page 207

1      Q    Okay.

2      A    Because I was going to be a diesel tech.  So,

3  I ain't want to be at McDonald's.

4           So, once I stopped working at McDonald's, then

5  that's when I started getting diesel jobs.

6      Q    All right.  So, were you with Kubota after

7  McDonald's?

8      A    Yes, during -- it's, like, roughly during the

9  same time, right around -- because I got Kubota,

10  McDonald's, Waffle House.  I worked, like, three jobs

11  and going to school.

12      Q    Yeah.

13      A    Yes, sir.

14      Q    All right.  And the third one, then, is Waffle

15  House.

16      A    Right there, yes, sir.

17      Q    Two months.

18      A    Yes, sir.

19      Q    Why?

20      A    I was fixing to work for a diesel company and

21  Waffle House was just taking all my time up.  And

22  then -- you know, I was just a server, you know, trying

23  to get a little tip, pay the bills, help with diapers

24  and stuff.

25      Q    Okay.  All right.  Then we go to Love's --

Page 208

1      A    Yes.

2      Q    -- which we talked a little bit about.

3      A    Yes, sir.

4      Q    About how long were you with them?  And the

5  reason I'm asking is, so far, when you talked about

6  Kubota and McDonald's and Waffle House, the answer says

7  how long you were with them.

8      A    Yes.

9      Q    But I don't see where it says how long you

10  were with Love's.

11      A    Oh, with Love's -- I wasn't with Love's that

12  long.  I probably was with Love's probably not more than

13  two months maybe because they wanted me to be the only

14  tire tech overnight and I was like, man, I wasn't with

15  that.

16      Q    Okay.  And you left voluntarily?

17      A    Yes, sir.

18      Q    You weren't terminated?

19      A    No, sir.

20      Q    You weren't pressured to leave?

21      A    No, sir.

22      Q    And would that be the same case with Waffle

23  House?

24      A    No, Waffle House -- I just, like -- I had told

25  Ms. Jenn, which was the manager, that I was going -- you

Page 209

```
 1   know, I was going to find other --
 2        Q    Yeah.
 3        A    And I had another position at Love's coming up
 4   anyway.  And she said, okay, well, that's fine.  You can
 5   always come back if you need, too, so --
 6        Q    The same case with McDonald's?
 7        A    Oh, yes, sir.  I can always go back to the
 8   McDonald's, yes, sir.
 9        Q    All right.
10        A    Not --
11        Q    And then -- I'm sorry?
12        A    But not with Kubota because Kubota was just
13   intern.
14        Q    Yeah.
15        A    Yes, sir.
16        Q    Okay.  And then, did you work for diesel truck
17   repairs before or after Love's?
18        A    After Love's because after I -- I was, like,
19   I'm not going over the night, it -- it was under the
20   table, but you know, he gave me an opportunity to stay
21   fresh on my diesel work.
22        Q    Yeah.  You're talking about at diesel truck
23   repairs?
24        A    Yes, sir.
25        Q    Okay.  Was it all under the table?
```

Page 210

```
 1        A    Yes, sir.
 2        Q    All right.  Now, it's interesting, again, this
 3   doesn't say how long you were there.  How long were you
 4   there?
 5        A    I was there until I started working with
 6   Ferrovial.
 7        Q    Okay.  Now, it says you resigned.
 8        A    Yes, sir.
 9        Q    So -- well, early 2022 -- early 2022 --
10        A    Uh-huh.
11        Q    -- you worked for Love's.
12        A    Love's, yes, sir.
13        Q    And I think you said you were there only,
14   what, a couple of months?
15        A    Yeah, it was about a couple of months.
16        Q    All right.  So, that would take us, what, into
17   maybe April?  Remember, you started with Ferrovial --
18        A    Ferrovial in May.
19        Q    -- in May.
20        A    Yes, sir, because I graduated in May.  But I
21   only worked at Love's, like, not even two months, at the
22   maximum.
23        Q    So, if it was that, then we're talking March,
24   approximately, when you started --
25        A    Yes, sir.
```

Page 211

1     Q     -- diesel truck repairs?

2     A     Yes, sir, probably about March -- January,

3   February -- yeah, probably, like, March --

4     Q     Okay.

5     A     -- or April.

6     Q     And how long were you with them?

7     A     I only -- I was just doing something until I

8   got a -- a job, you know, with Ferrovial.

9     Q     All right.

10    A     Because Eric had already stated that he can

11  get me on at Ferrovial.  So, I was like, well, I need

12  some money now, so I'm fixing to go to Monticello and

13  I'm fixing to ask this guy, can I, you know, work on

14  some of these trucks.  So, he gave me a chance to work

15  on some of the trucks with him.

16    Q     All right.  So, do you know if -- if Mr. Ealy

17  told anybody at Ferrovial that you were his cousin,

18  before they hired you?

19    A     Mr. Bearden.

20    Q     Okay.

21    A     Yes, sir.

22    Q     All right.  And he told you -- that is,

23  Mr. Ealy told you he could get you in at Ferrovial?

24    A     Yes, sir.

25    Q     This may be too strong a word, but I mean,

Page 212

1  were you excited or -- about starting at Ferrovial or --

2  I don't know.  I -- I mean, how did you feel about

3  working there, based on what he had told you?

4      A    I felt excited and relieved that I finally

5  can, you know, get a job that's not under the table and

6  I can get a W-2 form, you know, and -- and child support

7  can take the money out, so --

8      Q    Yeah.  Yeah.  All right.

9      A    Yes, sir.

10     Q    And as far as you knew from Mr. Ealy, I mean,

11 he liked working there?

12     A    Oh, he loved working there.  That's all he

13 kept talking about.  Man, I'm ready to go to work, man.

14 I'm like, okay.  I get out there; everything just

15 changed.  So, I guess I was the voice of it all.

16     Q    Well, you may remember, I had asked you some

17 questions --

18     A    Yes, sir.

19     Q    -- about -- about how you acted at Ferrovial

20 and how Mr. Ealy acted at Ferrovial and this certainly

21 should be no surprise to your lawyer, so I'm gonna tell

22 you.

23          Remember, I had asked you a question about --

24 so it sounds like, are you the one who was, kind of,

25 speaking up, and we talked about this a little bit.  And

Page 213

1  the reason I asked you that is because, honestly, the

2  information I've gotten is that Mr. Ealy was much more

3  vocal about things than you were; that you were, kind

4  of, the -- maybe not the silent partner, but that, you

5  know, he was loud and aggressive and all that kind of

6  stuff.  And the person you're telling me about doesn't

7  seem to match that description.

8          Is my info wrong?

9      A    It's got to be wrong because I'm -- like, when

10  I was out there -- I believe in right is right and wrong

11  is wrong.  I'm the one with the education.  So, Mr. Ealy

12  is not -- he's not the one with the education.  And I

13  know when someone is doing wrong.

14          But I voiced it to him.  And, since he was the

15  one that's already been there so long, he knew who to

16  contact; so, therefore, he was the leader on contacting

17  these people, on who to contact.

18          I was just voicing that we was being treated

19  wrong because I know how to talk to people without, you

20  know, no disagreement or jumping to conclusions or stuff

21  like that.

22      Q    You have never heard him yelling, screaming at

23  people?

24      A    No.  He don't talk like that.  He have a -- a

25  high voice anyways because he do music.  And when you do

Page 214

1   music -- so, you might think he's yelling, but I know

2   he's not yelling because that's how he talk.  Like,

3   he'll talk to me, man, what's up, cous'.  What you

4   doing.

5           So, I mean, okay, you might think, why he so

6   loud.

7       Q    Yeah.

8       A    You know, but this is -- that's just him.

9           MR. KNOX:  Here's what I'd like to do -- what

10      time is it?

11          (Discussion off the record.)

12          (Brief recess.)

13  BY MR. KNOX:

14      Q    Mr. James, I'm gonna try to get wrapped up

15  here pretty quickly, some odds-and-ends questions.

16          Did Mr. Bearden ever harass you because of

17  your race?

18      A    No, sir.

19      Q    Did Mr. Ealy, before you started there -- did

20  he ever tell you that he was being harassed because of

21  his race at Ferrovial?

22      A    No, sir.

23      Q    Did he ever tell you he was being

24  discriminated against because of his race at Ferrovial?

25      A    No, sir.

Page 215

1      Q    Did he ever -- did he ever tell you anything

2  about Allen Roebuck before you started there?

3      A    No, sir.

4      Q    Do you know -- and -- and you probably don't,

5  but do you know whether Mr. Ealy ever complained to

6  anyone at Ferrovial about Mr. Roebuck's conduct toward

7  him?

8      A    Oh, I don't know.

9      Q    Do you know if he ever complained to anyone at

10 Ferrovial about Mr. Garcia's conduct toward him?

11     A    Oh, I don't know.

12     Q    Now, let's talk -- I want to talk about the

13 last day.

14     A    Uh-huh.

15     Q    The last day, did you -- your testimony was,

16 as best I recall -- and yes, it's summarizing -- see,

17 now you've got me gun shy.

18          So, what you told me was Garcia gives you guys

19 the -- the assignment and basically, gives you the

20 strong impression they're not going out, too; it's just

21 you two guys going out.

22          You go in, talk to Bearden.  You leave.

23 Garcia goes in, talks to Bearden.  Garcia comes out.

24 And then I think you said Garcia walks around to the

25 front of the office and -- I think your testimony was

Page 216

1    that neither you nor Ealy walked around to the front of

2    office.

3         A    Correct.

4         Q    All right.  As you can imagine, I -- my client

5    has a little different perspective on things.  So, let

6    me ask you this:  On that day, did you hear Mr. Ealy

7    make any threats toward Mr. Garcia?

8         A    No, sir.

9         Q    Did you make any threats toward Mr. Garcia?

10        A    No, sir.

11        Q    Did you see Mr. Ealy ball up his fists like he

12   was getting ready to hit Mr. Garcia?

13        A    No, sir.

14        Q    Did the two of you walk around to the front of

15   office, following Mr. Garcia?

16        A    No, sir.

17        Q    Did Mr. Bearden -- was Mr. Bear- -- let's

18   assume Mr. Bearden was out in front and -- and, as

19   Garcia was walking toward him -- did you see Mr. Bearden

20   lift up his phone to begin filming the three of you

21   walking toward him?

22        A    No, sir.

23        Q    Did you consider Mr. Garcia to be a weak

24   supervisor?

25        A    No, sir.

Page 217

1    Q    Do you know -- did Mr. Ealy ever tell you he

2    felt that way?

3    A    No, sir, he -- he did tell me he wasn't

4    qualified.

5    Q    Did Mr. Ealy -- did you hear him or see him

6    ever question Mr. Garcia's authority?

7    A    No, sir.

8    Q    Did you ever question his authority?

9    A    No, sir.

10    Q    Did you ever feel like you -- he was the kind

11    of guy you could push around?

12    A    No, sir.

13    Q    Briefly, going back to this training in

14    Jacksonville -- the MOT/HR, I'll refer to it as --

15    did -- during the time you were up there, did you have

16    any communications with Mr. Bearden?  During the time

17    you were in Jacksonville, did you have any

18    communications with Mr. Bearden?

19    A    I called him, yes, sir.

20    Q    Do you remember what it was for?

21    A    It was just -- just to let him know how we was

22    doing.

23    Q    Okay.

24    A    Yes, sir.  And I had let -- oh, and I had also

25    let him know that I had -- that I paid for everything

Page 218

1  myself.

2      Q    For yourself.

3           Ealy took care of himself?

4      A    I don't know --

5           MR. BARROUKH:  Objection.  Calls for

6      speculation.

7      Q    Okay.  All right.  Well, you weren't paying

8  his tab.

9      A    No, sir.

10     Q    All right.  Did you just call Mr. Bearden once

11 while you were up there or more than once?

12     A    From my recollection, yes, that's -- yes, sir.

13     Q    Just once?

14     A    Yes, sir.

15     Q    Okay.  Did you have any conversations -- have

16 any contact with Mr. Garcia during that training?

17     A    Oh, no, sir.

18     Q    Any contact with Mr. Roebuck during that

19 training?

20     A    No, sir.

21     Q    Did you -- did you ever demand of Mr. Bearden

22 that you be allowed to bring with you family members or

23 a girlfriend or somebody like that?

24     A    Oh, no, sir.  I -- no, sir.

25     Q    Did you ever demand from Mr. Bearden gift

Page 219

1    cards to pay for meals and expenses for you while you

2    were up there?

3         A    No, sir.

4         Q    Did you ever hear Mr. Ealy make that kind of a

5    demand on Mr. Bearden?

6         A    No, sir.

7         Q    I may have answered [sic] this, so be

8    prepared.  Did Mr. Ealy come up to the training, to your

9    knowledge, with Ms. Robinson?

10        A    I -- I didn't see her.

11        Q    Okay.  On your last day of work, do you

12   remember saying something to Mr. Garcia -- to the ex- --

13   to the effect of, we picked up five miles of trash and

14   you only picked up two?

15        A    No, sir.

16        Q    Did you hear Mr. Ealy say anything like that?

17        A    I heard Mr. Ealy say, oh, Juan, what we doing

18   today?  You gonna come out with us?

19             And then he said, "Boy, didn't I tell you to

20   go do what I told you to do?"  So, that's when

21   everything -- Garcia went to yelling and stuff and I

22   walked in the office --

23        Q    All right.

24        A    -- so --

25        Q    And it's your testimony that Ealy wasn't

Page 220

1    yelling.

2         A    No, sir.

3         Q    Wasn't screaming.

4         A    No, sir, he --

5         Q    Wasn't cursing.

6         A    No, sir.

7         Q    Did you hear him say, on that day -- did you

8    hear Ealy say to Garcia that day:  Fuck you.  I ain't

9    doing that.  I ain't no fucking boy"?

10        A    No.  No, sir.

11        Q    Did you say that?

12        A    No, sir.

13        Q    Did you say to Mr. Bearden -- when Mr. Bearden

14   suspended you, did he tell you that he had suspend- --

15   he had made the decision or Mr. Flowers had told him to

16   do that?

17        A    From my -- from what I recall, he said it was

18   protocol for everybody to go home.

19        Q    Okay.  But it's your testimony that everybody

20   was just you and Mr. Ealy.

21        A    It was just me and Mr. Ealy.

22        Q    All right.  Somebody would have to be left to

23   work out in that sun, right?

24        A    Yeah, but...

25        Q    Did you say to Mr. Bearden, after he told you

Page 221

1    you were being suspended, something to the effect that,

2    "This is what I've been waiting for.  I'm gonna call my

3    lawyer"?

4        A    Oh, no.  No, sir.

5        Q    Did you ever contact a lawyer --

6        A    No, sir.

7        Q    -- about legal action before the Derek Smith

8    group -- did you talk to any other lawyer -- don't want

9    to know what anybody said, but did you speak to any

10   lawyer, other than anybody with the Derek Smith group,

11   about representing you in a claim against Ferrovial?

12       A    No, sir.

13            MR. KNOX:  Mr. James, that's all I have.

14       Thank you.

15            THE WITNESS:  Okay.

16            MR. KNOX:  I appreciate it.

17            MR. BARROUKH:  No -- no questions for me.

18            THE COURT REPORTER:  Read or waive?

19            MR. BARROUKH:  We're gonna read.

20            THE COURT REPORTER:  And, Mr. Knox, are you

21       ordering this transcript at this time --

22            MR. KNOX:  Right --

23            THE COURT REPORTER:  -- or you want to hold

24       off?

25            MR. KNOX:  Right this very minute.  Right --

Page 222

1             THE COURT REPORTER:  No.  No.  No.  No.  No.

2             MR. KNOX:  -- this very minute.

3             (Laughter.)

4             THE COURT REPORTER:  Ten business days?

5             MR. KNOX:  Oh, my God -- yes, that's fine.

6             THE COURT REPORTER:  Would you like a copy?

7             MR. BARROUKH:  At this time, no.

8             (Whereupon, the deposition was concluded at

9     2:12 p.m., and the witness did not waive reading and

10    signing.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 223

1                    CERTIFICATE OF OATH

2

3

4    STATE OF FLORIDA      )

5    COUNTY OF LEON        )

6

7

8            I, ANDREA KOMARIDIS WRAY, the undersigned

9    authority, certify that the above-named witness

10   personally appeared before me, produced a Florida

11   driver's license, and was duly sworn.

12

13           DATED this 5th day of September, 2024.

14

15

16

17   _____

     ANDREA KOMARIDIS WRAY

18   NOTARY PUBLIC

     COMMISSION NUMBER HH 415051

19   COMMISSION EXPIRES June 26, 2027

20

21

22

23

24

25

Page 224

1                    CERTIFICATE OF REPORTER

2

3   STATE OF FLORIDA    )

4   COUNTY OF LEON      )

5

6           I, ANDREA KOMARIDIS WRAY, Court Reporter,

7   certify that the foregoing proceedings were taken before

8   me at the time and place therein designated; that my

9   shorthand notes were thereafter translated under my

10  supervision; and the foregoing pages, numbered 1 through

11  222, are a true and correct record of the aforesaid

12  proceedings.

13

14          I further certify that I am not a relative,

15  employee, attorney or counsel of any of the parties, nor

16  am I a relative or employee of any of the parties'

17  attorney or counsel connected with the action, nor am I

18  financially interested in the action.

19                  DATED this 5th day of September, 2024.

20

21

22                          _____

23                          ANDREA KOMARIDIS WRAY
                            NOTARY PUBLIC

24                          COMMISSION NUMBER HH 415051
                            COMMISSION EXPIRES June 26, 2027

25

Page 225

1   DANIEL J. BARROUKH
    Derek Smith Law Group, PLLC
2   520 Brickell Key Drive, Suite O-301
    Miami, FL 33131
3   danielb@dereksmithlaw.com
4                  September 5, 2024
5   RE:  Deposition of DARRELL JAMES
        Taken on August 20, 2024
6        In the matter of ERIC EALY and DARRELL JAMES vs.
           WEBBER INFRASTRUCTURE MANAGEMENT, INC. F/K/A
7          FERROVIAL SERVICES INFRASTRUCTURE, INC.
8   Dear Mr. Barroukh,
9       The above-referenced transcript is available for
    review.  The witness should read the testimony to verify
10  its accuracy.  If there are any changes, the witness
    should note those with the reason on the attached Errata
11  Sheet.
12      The witness should, please, date and sign the
    Errata Sheet and email to the deposing attorney as well
13  as to Veritext at Errratas-CS@veritext.com, and
    copies will be emailed to all ordering parties.
14
       It is suggested that the completed errata be
15  returned 30 days from receipt of testimony, as
    considered reasonable under Federal rules*, however,
16  there is no Florida statute to this regard.
17      If the witness fail(s) to do so, the transcript may
    be used as if signed.
18
                Sincerely,
19
20
21            Veritext Legal Solutions
22
23  *Federal Civil Procedure Rule 30(e)/Florida Civil
    Procedure Rule 1.310(e).
24
25    Job No. CS6832737

Page 226

```
 1                      ERRATA SHEET
 2  CASE NO:           4:24-cv-00029-RH-MAF
 3  CASE STYLE:        ERIC EALY and DARRELL JAMES vs. WEBBER
                        INFRASTRUCTURE MANAGEMENT, INC.
 4                      F/K/A FERROVIAL SERVICES
                        INFRASTRUCTURE, INC.
 5
    DEPOSITION OF:  DARRELL JAMES
 6
    TAKEN ON:       August 20, 2024
 7
         At the time of reading and signing of the
 8  transcript, the following changes were noted.
 9  PAGE/LINE       CORRECTION/AMENDMENT       REASON FOR CHANGE
    - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
10
    _____   _____   _____
11
    _____   _____   _____
12
    _____   _____   _____
13
    _____   _____   _____
14
    _____   _____   _____
15
    _____   _____   _____
16
    _____   _____   _____
17
    _____   _____   _____
18
    _____   _____   _____
19
    _____   _____   _____
20
         Under penalties of perjury, I have read my
21  deposition transcript in this matter and declare that it
    is true and correct, subject to any changes in form or
22  substance as reflected above.
23
24  _____   _____
    Signature of Witness               Date signed
25    Job No. CS6832737
```

**[& - 480]**                                                    Page 1

| & |
| --- |

**&**   2:7

| 0 |
| --- |

**00029**   1:7
  226:2

| 1 |
| --- |

**1**   3:14 22:21
  23:17 26:24
  27:14,24 29:1
  31:14 35:23
  42:5 53:7 54:3
  78:14 224:10
**1.310**   225:23
**10**   24:19 171:3
  183:12 194:16
**10th**   24:8 25:12
  26:23 27:9
  35:22 42:4
  53:6 54:2
  78:10
**11**   197:5
  203:13
**11:12**   108:19
**11th**   25:17
**123**   85:23
**12:00**   148:9
**12:41**   174:9
**13**   167:22
  174:24
**13.50**   28:14,19
  194:22 195:16
**14**   63:5 85:15
  94:4 95:25
  96:1,2 98:14

98:15,17
161:14,19
167:22
**14th**   65:20
  115:1 118:21
  118:22 121:20
  121:22 122:8
  129:12,13
  130:11 158:5
  159:19,20
  160:5,17 161:5
  161:7 162:13
  162:15 167:18
  168:6 196:6
**15**   27:4 148:23
  171:3 197:3
**150**   61:24
**161**   78:5
**167**   1:19
**1700**   2:8
**174**   78:5
**1983**   7:7
  174:13,15
**1989**   7:12
  174:24

| 2 |
| --- |

**2**   3:15 26:15
  212:6
**2,000**   203:9
**2,085**   203:12
**20**   1:16 7:7
  148:18 170:23
  173:12 225:5
  226:6

**2002**   93:10
**2006**   93:19
**201**   2:8
**2011**   93:23,24
  94:1
**2022**   3:14,15
  24:10,19 26:20
  35:23 157:5
  160:16,17
  166:19 185:5
  185:12 193:9
  196:3 199:15
  210:9,9
**2024**   1:16
  160:16 223:13
  224:19 225:4,5
  226:6
**2027**   223:19
  224:24
**20th**   174:13,15
**22**   3:14
**222**   224:11
**26**   3:15 223:19
  224:24
**27**   3:14 23:2
  185:4,12 187:3
  193:9 196:3,11
  197:2
**27th**   196:11,19
**280**   23:17
**284**   23:17,19
**285**   23:19
**286**   23:19
**288**   23:19

**289**   53:19
**29581**   223:16
  224:22
**2:12**   1:18 222:9

| 3 |
| --- |

**3**   3:16 23:21
  52:20,22 152:7
**30**   148:21
  170:25 171:1
  171:11 225:15
  225:23
**301**   2:4 225:2
**315**   53:19 54:8
**316**   53:19
**32340**   1:20
  7:16
**33131**   2:4
  225:2
**33301**   2:8
**334**   87:4
**335**   87:4
**3:00**   47:15 48:1
  140:15

| 4 |
| --- |

**4**   3:3,17 23:21
  52:20 53:15
  108:11,13
  175:16 195:17
**40**   48:8,16
  195:17
**415051**   223:18
  224:24
**480**   195:18,22
  195:23

**49** 125:12,24,25
126:2
**4:00** 47:15 48:1
48:6,21
**4:24** 1:7 226:2

**5**

**5** 3:19 77:25
78:1 225:4
**5/10/22** 53:4,24
**52** 3:16,17
127:17 128:9
**520** 2:4 225:2
**53** 131:19
**540** 195:17
**56** 135:7
**57** 138:7
**58** 140:19
**59** 147:1
**5th** 223:13
224:19

**6**

**6** 3:20 86:25
87:3 88:10
178:25
**61** 147:19,24,25
148:1
**63** 157:4
159:16 162:11
165:14 166:19
167:11,21
**67** 167:14

**7**

**7** 129:9 167:3
183:12 184:25
**75** 169:7
**76** 169:7
**78** 3:19
**7:00** 46:11
47:22,23,24
**7th** 167:5

**8**

**85** 37:23,24
38:2,7
**86** 3:20
**8:53** 1:17

**9**

**9** 129:9 184:13
185:2 193:7
**90** 9:8 61:8
206:6
**96** 170:10,10
**978** 7:15
**9th** 129:24
130:11 167:2,5

**a**

**a.m.** 1:17
**ability** 5:10 6:7
6:13
**able** 59:8
**above** 131:8
223:9 225:9
226:22
**accept** 74:24
**acceptance**
29:15,22

**accepting**
74:25
**accuracy**
225:10
**accurate** 33:3
34:10 53:12
54:9 127:20
193:15
**accusing** 39:10
**acknowledg...**
3:18 53:5,15
**acted** 180:18
212:19,20
**acting** 194:14
**action** 4:21
170:16 221:7
224:17,18
**actual** 36:12
**actually** 26:13
31:12 59:1
67:19 68:23
82:3 86:2
88:22 105:11
114:23 130:5
138:2 175:1
196:5 200:22
205:3
**add** 195:20
**adding** 86:6
**address** 7:14
**administrative**
109:8
**adopted** 12:3
12:13

**affirmatively**
5:11 7:25
40:17 52:16
79:15
**afford** 73:2
**aforesaid**
224:11
**afternoon**
140:16
**agency** 109:4
**agent** 8:19
**aggressive**
213:5
**ago** 185:23
**agree** 156:25
176:18
**agreed** 194:12
**ah** 21:12 41:24
206:15
**ahead** 11:8
68:17 95:25
99:19 119:18
182:22
**ain't** 16:11
44:13 63:19
71:24 80:10,10
81:23 83:1
89:21 95:8,8
96:6 97:2,7
99:20,21,21
109:24 110:1
110:14 126:21
131:6 134:12
137:25 138:20
140:12 141:17

[ain't - articulate]                                                Page 3

145:2,20
151:15 152:20
154:1,7,11
159:14 166:8
181:15 186:17
187:2,16 188:3
189:21 207:3
220:8,9
**air** 113:6 135:8
135:11,23
136:17 137:12
153:13
**alert** 83:7 151:4
151:17
**alleged** 102:14
171:6
**allegedly**
176:20
**alleging** 109:10
111:20
**allen** 31:1 68:7
178:3 215:2
**allis** 57:6
**allow** 37:9
126:13
**allowed** 37:20
38:19 135:8
172:11,12
218:22
**alr** 50:8 149:16
**altogether**
205:23
**amazed** 101:10
**amended** 111:5
125:9,10

140:20 170:11
**amendment**
226:9
**andrea** 1:21
223:8,17 224:6
224:23
**animals** 22:5
54:16,23
**announcement**
124:17
**answer** 5:17
6:22 34:22,22
61:1 79:14
98:2 101:8
107:21 110:10
112:11 117:23
131:16 134:17
135:19 139:18
142:12 145:23
145:23 147:24
177:18 178:1,3
183:11,15
193:6 196:20
197:17 202:10
203:14 208:6
**answered**
17:21,21,21
130:23 146:25
164:8 219:7
**answering**
153:9
**answers** 5:10
5:12 6:8,14
**anti** 109:5,6

**anybody** 9:25
14:4 33:21
36:3 42:20
46:2 51:16,19
54:19 61:25
92:13,14,22
103:18,24,25
104:3,6,22
105:18 107:12
123:22 128:19
129:4,19 177:9
177:25 200:21
201:2 211:17
221:9,10
**anyway** 99:5
100:10 103:20
107:14 140:12
159:11 190:25
198:18 209:4
**anyways** 49:9
213:25
**appalled**
127:24,25
128:3
**apparently**
70:22 80:15
120:7 165:8
**appearances**
2:1
**appeared**
223:10
**application**
10:6 11:14
201:16

**applied** 10:3,16
11:9 18:7
30:11 33:20
75:7,12,13
197:10
**applies** 163:24
**apply** 10:25
13:21 30:14
33:19 199:11
201:12,15
**appreciate** 73:6
221:16
**approach** 69:9
69:22
**appropriate**
177:18
**approval** 48:22
**approximately**
15:11 33:13
45:19 60:20
93:13,15,18
113:8 190:15
210:24
**april** 3:14 7:7
23:2 174:13,15
210:17 211:5
**area** 181:15
**areas** 61:11
81:10
**argue** 96:16
**arm** 33:23,25
**arrest** 93:24
**arrived** 167:15
**articulate** 5:24

**asked** 6:1,22
17:20 21:20
52:8 69:8
94:10 95:23
96:11 98:5,14
98:17 99:19
103:9 105:15
107:13 110:11
112:3 115:2
130:21,25
132:19 135:21
146:25 151:19
153:18 164:8
166:6,8 171:2
177:17 192:11
197:14 199:18
202:7 212:16
212:23 213:1
**asking** 6:2
102:19,23
112:24 120:10
128:2 136:15
147:15,17
149:22 155:3
158:9,13,14
161:12 162:16
166:7 170:3
174:16 183:15
203:3,21 208:5
**asks** 204:9
**assigned**
114:21 117:12
137:15 152:7
**assignment**
85:3 95:17

215:19
**assignments**
85:7,12
**assume** 5:18
24:24 63:17
135:16 216:18
**assumed** 63:17
117:14
**assuming** 22:20
60:11 183:4,5
185:7 186:9
**ate** 91:7,21,22
**attached**
225:10
**attended** 43:25
91:25 124:25
**attention** 78:6
**attitude** 49:6,7
49:11,12 50:6
50:9,11 64:18
79:4 80:5 98:8
132:18 141:12
141:20 144:6
162:17
**attorney** 5:22
23:11 110:19
125:8 165:4
184:9 185:7
196:18 197:17
224:15,17
225:12
**attorneys** 4:11
**attractive** 22:4
**atv** 56:20 69:9
142:23 156:17

162:3
**atvs** 56:20,20
149:7 156:19
156:20
**august** 1:16
174:24 225:5
226:6
**authority** 84:13
217:6,8 223:9
**automatically**
150:24 173:9
**av** 56:19
**available** 17:13
225:9
**average** 85:6
**avt** 56:19
**aware** 52:3

**b**

**back** 17:18
49:1 56:8
62:13 66:3
68:14 93:10
94:22 95:20
99:17 100:4,9
100:15,16,24
106:13 107:13
129:21 130:10
138:6 149:6,21
156:8,13,15
157:2 159:9,9
165:14 177:24
191:7 192:2,4
193:1 196:8
199:10,15
200:18 209:5,7

217:13
**bad** 206:13
**ball** 216:11
**bandit** 1:19
**barroukh** 2:3
34:18,20 35:2
37:2,22 38:1,4
40:11,14,18,22
41:1,4 51:15
52:7 59:4,10
60:25 62:3,8
74:13 76:7
77:20 79:13
81:6,12 87:9
87:13 97:25
101:6,8 102:17
103:5,15
108:19 110:9
111:6,10 112:1
112:8,11
114:10 117:22
119:24 120:3
120:17 121:17
122:11,18,24
124:13 125:2
125:13,16,19
125:22,25
131:15 135:12
137:10 139:16
140:2 141:22
142:11 144:22
144:24 146:7,9
146:23,25
147:11,13,18
147:23 148:1,3

148:5 152:5
153:4,18 158:8
158:11 163:1,9
164:3,5,8,16,18
164:21 167:25
168:4 170:15
170:18 174:3,6
174:9 175:3,6
175:9,12,17,22
176:21,23
177:13,20,22
178:3,15,18
179:13,18
180:23 182:6
182:19 183:8
183:14 185:15
187:6 197:16
202:5 203:14
203:17,21,23
218:5 221:17
221:19 222:7
225:1,8
**base** 206:6
**based** 39:11,12
41:7,10 185:6
212:3
**basically** 5:5
49:22 61:2
99:4 116:1
131:21 181:5
193:4 194:13
196:2 215:19
**basis** 121:5,6
179:15

**bate** 23:8
**bates** 23:8,17
23:19 53:19
54:8 78:5 87:3
**battlestar**
71:25
**bear** 216:17
**bearden** 11:19
14:4,7 18:15
19:18 21:20
22:17 28:11
31:6 36:6
45:21,24 46:20
49:2,4,6,8 50:6
50:8,10 51:25
52:3,5,12
58:19,25 62:14
65:20,24 66:20
66:23 67:4
68:3 69:12,17
70:19,24 71:3
71:18,21 72:6
72:14 73:5,18
73:24 75:23
76:10,15,20
77:1,7 79:2,8
79:12 83:19,22
85:2,6,16
86:21 95:4
96:17,23 97:20
97:21,22 98:24
99:4,7,7,18
100:17,20,23
101:4,17
102:25 103:9

104:25 108:7
114:18,20,23
115:9,10,20
118:6,13
123:13 124:1
126:16 127:11
128:15,20,24
129:19 130:2
130:20 131:4
132:14,17
133:5,13
134:21 135:4
137:1 138:19
139:12 141:7
141:11,13,18
141:19 142:3,7
142:9,15,19
143:2,3,5,18,22
143:24 144:5
144:20 145:21
146:1,15
150:21 151:19
155:19 156:7,7
157:8,21 158:6
159:4,7,8,14
160:20 161:4
161:10,21,24
162:23 166:3,4
166:5,14
168:16 171:16
176:1,4,5,12,15
177:9 178:2
179:9 180:2
182:11 183:6
183:20 211:19

214:16 215:22
215:23 216:17
216:18,19
217:16,18
218:10,21,25
219:5 220:13
220:13,25
**bearden's**
123:24
**becau** 112:7
**began** 167:15
**beginning**
14:22 176:25
**behavior**
178:12,12
180:6,21
**behavioral**
147:3
**behinds** 115:16
**believe** 7:11
37:22 81:20
111:24 112:5
114:13,14
118:3 119:3
120:15 122:9
122:21 123:1
123:22 124:11
126:13 140:23
140:24 177:23
178:4 179:11
179:15,16
181:21 182:14
213:10
**bell** 66:18

**belt** 82:25 83:3
88:23 150:2,3
150:8,11,23
151:1,10,15,25
**benefit** 111:3
**benjis** 20:15
**berd** 123:13
**best** 1:19 5:10
13:4 51:23
59:7 127:20
128:15 197:8
198:7 215:16
**better** 55:2
75:4 99:23
187:25 202:23
203:1
**big** 57:4,17
58:23,25 60:18
61:2,10 71:24
116:4
**bigger** 61:3
**bills** 207:23
**birth** 7:6
174:12
**bit** 5:3 30:17
32:24 156:2,3
156:4 192:8
204:13 208:2
212:25
**black** 69:3,5
70:1 73:1
113:18 114:4,8
119:7,16 121:5
132:7 133:24
141:16 144:16

154:22
**blank** 47:9
**block** 22:15
155:1
**blunt** 103:23
**bo** 158:17
**boats** 73:1
114:3,4
**bold** 29:15
**book** 44:13,13
**born** 7:11
174:19,20,24
**bottom** 29:12
52:23 69:5
70:1 201:2
**bought** 90:23
91:7
**boulevard** 2:8
**boxed** 90:16,17
90:25 91:2
**boy** 56:23
62:25 63:10,13
79:18 80:3,14
80:19,20 94:14
96:14 98:9,20
120:22 121:22
121:24 137:25
219:19 220:9
**boys** 80:18
137:24 144:12
**brain** 38:3
**break** 6:16,23
62:9 108:20
147:20,22
148:7 155:7

156:12 167:25
170:23 171:12
172:5,14,25
174:7
**breakfast**
90:14
**breaks** 148:22
148:25 149:2
171:3,7
**breathing**
13:18
**brickell** 2:4
225:2
**brief** 62:11
108:22 174:10
214:12
**briefly** 217:13
**bring** 218:22
**broke** 86:20
**broken** 170:7
**brother** 7:23
8:2 12:17,17
**brought** 112:4
**buffets** 91:10
**build** 55:21
63:21 80:8
**building** 9:9,10
99:17
**built** 63:24
**bulk** 111:4
**bunch** 64:8
**bus** 16:10
**business** 3:19
77:23 78:4
131:12 140:7

222:4
**buy** 90:19
91:10 156:18

**c**

**c** 60:18 64:11
112:19 113:3,9
113:17,23
114:16,22
115:16,17,21
116:4 117:14
117:15 143:5
156:15
**ca** 97:2
**cahoots** 118:9
179:20
**cain** 7:20,24
**calculating**
86:3
**calendar** 3:15
26:19
**calendar365....**
26:18
**call** 15:23
20:15 56:13
71:3 72:9
104:15,18
105:19,21
106:13 107:6
107:11,24
108:1 123:24
126:22 145:23
146:1 156:7,23
163:22,22
185:17,18
186:2,5,5,14,15

188:3,4,25
189:1 190:1,14
191:14,17,20
191:21 192:5,7
192:9,18,20
193:16 194:7
194:13 196:11
218:10 221:2
**called** 4:4 11:12
11:12 26:18
56:14 69:12
71:7,12 72:8
72:10 77:22
85:23 96:23
99:11 100:24
106:9,10
107:12,20
108:2 125:7
127:7 130:18
130:21,23,25
131:2,3 134:21
134:23 143:11
157:15 163:11
186:4 187:5,22
193:5,5,5
198:16 201:3
217:19
**calling** 107:1
107:14,18
108:10 187:17
190:5
**calls** 105:21
112:1,8 120:17
122:11,18,24
124:13 139:16

146:9 164:18
164:21 168:17
180:23 182:6
182:19 183:8
202:5,6 218:5
**car** 37:15
151:16
**cards** 219:1
**care** 134:5,7,8
218:3
**career** 8:4
55:21,22,22
**careful** 64:5
**caring** 181:2
**carts** 20:17
**case** 1:7 92:22
112:24 125:8
203:8 208:22
209:6 226:2,3
**catch** 69:4
**catty** 206:7
**caught** 93:14
**cause** 170:16
**cdl** 14:11,13
31:19
**cell** 71:15 86:8
86:11 169:21
**ceremony** 26:4
**certain** 117:12
171:17 180:11
190:21
**certainly** 84:2
144:19 164:11
173:22 212:20

**certificate**
154:8 223:1
224:1
**certificates**
154:5,7,11
**certification**
58:12 59:13,15
59:18,22 60:1
60:4
**certifications**
31:19,21
**certified** 58:6,8
58:10,11 59:17
154:3,18
**certify** 223:9
224:7,14
**cetera** 201:7,7
**chain** 69:5 70:1
72:11 118:24
134:24 139:19
141:25 143:13
143:15 160:22
161:17,18
**chalmers** 57:6
**chance** 112:18
115:19 116:12
211:14
**change** 180:21
183:7 226:9
**changed** 20:8
212:15
**changes** 51:13
225:10 226:8
226:21

**characteristic**
40:10
**charge** 109:8
109:15,21
110:8,8,17,23
**charges** 92:14
**check** 7:19 82:3
189:1
**checked** 181:13
**checkup** 68:13
69:13 71:8
**chevy** 36:19
**child** 92:16
190:22 200:4,5
200:8,8 201:18
212:6
**choice** 128:10
129:20 157:5
158:1 162:22
163:5,7,19
164:14
**choose** 82:23
**chronology**
70:18
**circumstances**
12:10
**civil** 125:6
225:23,23
**claim** 4:25
112:4 179:10
221:11
**claims** 110:21
111:2,13
200:17

**clar** 167:7

**clarification**
85:17 99:25

**clarity** 164:24
167:8

**class** 91:16,25
92:4

**clean** 11:6
85:15 100:18
152:10,25
165:11

**cleaned** 152:11

**cleaning** 99:17
152:9,18
159:10 171:20

**clear** 37:23
110:16 112:23
113:3 170:15

**cleared** 35:19

**clearly** 38:3
139:10

**client** 197:17
216:4

**clock** 46:12
47:3,3,21

**clocked** 46:12

**close** 12:20
38:23

**closer** 12:17

**closing** 46:7

**code** 3:19 77:22
78:4 131:12
140:7

**coffee** 90:14

**cold** 124:18
186:5

**college** 25:24

**colleges** 26:3

**color** 120:5

**column** 47:1

**come** 11:15
16:4,5 25:6,15
43:1 67:23
68:7 96:22
97:23 105:15
121:5 125:10
130:14 134:23
137:22 156:8
156:13,14,15
159:8,8,9,9
162:3 199:10
209:5 219:8,18

**comes** 58:22
215:23

**coming** 69:12
118:9 143:5
209:3

**command** 43:2
96:20 139:19
142:1 143:14
143:15

**commenced**
1:17

**comment** 79:17
79:24 121:22
141:15

**comments**
76:11,15 77:18
83:25 142:7,19

157:8 165:15

**commission**
109:2 223:18
223:19 224:24
224:24

**communicate**
71:14,15 73:3

**communicati...**
217:16,18

**community**
9:19 11:6

**comp** 4:25
92:24

**company** 4:14
9:14 10:1 11:3
12:23,25 33:8
33:10 34:15
37:10,13,21
38:19,20 43:22
44:9,20 56:19
61:20 65:8
71:16 78:18
82:20,20 86:10
86:14,18 89:13
90:5 94:20,22
107:8 116:5
123:3,17
126:15 130:17
130:17 131:13
135:8 139:25
150:9,18 151:2
152:1,1 169:21
186:17 207:20

**complain** 44:25
45:14 65:24

66:5,25 70:24
78:19 114:15
128:19 133:17
134:2 137:4
139:9 141:11
154:16 184:4
184:25 185:3
186:15 187:20
193:13

**complained**
41:15 45:2,7
45:11 50:12,14
50:16 66:1,2
66:20,22,24
71:18,20 73:23
75:19,22 76:4
76:14 102:25
111:15 114:17
114:20 116:2
126:16 128:15
128:16 135:4
137:5,7 138:8
138:14,17,25
139:1,8 140:21
141:19 142:25
143:6,24,25
144:5 155:19
176:6,8,10
181:25 183:22
185:11 193:8
215:5,9

**complainer**
71:24 146:14

**complaining**
146:14,15,16

146:19 185:9
193:12,20
**complaint**  45:2
45:13,16,21
70:19 77:1,7
79:1,5,8,11
102:21 111:5
111:16 125:7,8
125:9,11,14,17
125:23 132:13
132:16,20
133:20,23
134:2 138:10
138:12 139:2
140:20 141:7
146:11 165:16
170:11
**complaints**
76:21 122:22
123:2 124:12
139:21 141:3
176:13,16
179:24 180:3
183:6 189:9,13
189:14,24
**complete**
171:17 205:1
**completed**
58:13 171:25
225:14
**compound**  98:1
139:17
**computer**
125:19

**con**  105:19
**concerned**
163:20
**concluded**  1:18
222:8
**conclusion**
112:2,9 120:18
122:12,19,25
124:14 180:24
182:7 200:25
201:1 202:6,6
**conclusions**
213:20
**conditioned**
113:6 135:9,11
135:23 136:18
137:12 153:14
**conduct**  3:19
77:23 78:4
127:25 128:16
131:12,22,24
138:16 140:7
141:20 176:2
183:23 184:5
215:6,10
**cone**  154:12,14
**conflict**  97:6,11
131:7
**confused**  38:10
**confusing**
165:10
**congratulations**
25:25
**connected**
224:17

**connection**
4:25 169:19
**consequence**
109:12 123:4
**consider**  12:19
216:23
**considered**
225:15
**consistent**
121:5,6
**contact**  13:17
78:21 104:21
107:7,12 124:3
129:1,23
189:20 213:16
213:17 218:16
218:18 221:5
**contacted**
129:4
**contacting**
130:3 213:16
**contacts**  105:3
**contend**  175:25
179:8
**continually**
165:18
**continue**  96:21
100:17 128:11
129:20 134:15
**continued**
100:18 128:12
197:9 198:7
**continuing**
128:17 139:9

**contracted**
90:6
**contributed**
135:14
**control**  107:15
**conversation**
62:13 67:24
68:8 74:5
105:13 151:22
167:20 169:8
169:17 190:10
**conversations**
218:15
**convicted**  93:2
93:9
**convictions**
93:20
**cool**  8:13,21
**copies**  225:13
**copy**  17:9 39:5
125:13,16
140:4,7 175:3
222:6
**corner**  206:7
206:10
**correct**  7:5,13
19:25 24:5
26:24,25 28:5
29:19,20 30:13
30:15 31:15
39:12,13,14,15
43:4 48:2 51:3
51:4 53:12,13
53:21,22 78:7
78:24 79:21,25

[correct - deal]                                                                Page 10

82:18 84:24,25
90:14 115:21
115:25 116:1,5
117:14 128:17
128:18 130:18
135:5,6 145:13
147:12 150:5
176:16,17
181:17 193:9
193:11 196:7,9
196:10 216:3
224:11 226:21
**correction**
226:9
**correctly** 85:10
**counsel** 224:15
224:17
**country** 56:23
**county** 223:5
224:4
**couple** 25:17
26:3 32:9
38:22 50:4
68:23 80:9
103:1 121:25
129:7,14
161:15 175:20
204:21 205:23
210:14,15
**course** 58:13
125:21 178:7
204:9
**court** 1:1,21
5:13 7:4 38:8
77:25 163:6

168:2 177:24
221:18,20,23
222:1,4,6
224:6
**cous** 214:3
**cousin** 4:12
109:7 211:17
**cousins** 11:25
12:1
**covered** 41:23
43:14,18
129:10 170:13
**cr** 93:16
**crew** 13:8,8
19:24 20:1,5
22:9 42:20
51:2 56:11
67:5 81:3
170:22
**criminal** 92:14
93:20
**cs** 225:13
**cs6832737** 1:25
225:25 226:25
**cuff** 34:2
**curious** 110:19
**current** 7:14
**currently** 203:8
**curse** 101:16
103:25
**cursing** 94:13
95:14 97:19
220:5
**cut** 11:4 22:10
22:11,15

**cv** 1:7 226:2
**cvs** 206:8

**d**

**d** 4:1 154:6
**da** 96:14,14,14
**dad** 102:7
**damages** 201:4
**dance** 165:2
**daniel** 2:3 55:5
225:1
**danielb** 225:3
**darrell** 1:5,14
3:2 4:3 7:3
225:5,6 226:3
226:5
**date** 1:16 7:6
24:6,7 25:10
53:12,24 78:10
174:12,19
175:1 193:17
196:3,19
225:12 226:24
**dated** 3:14 23:2
53:4 223:13
224:19
**day** 19:8,19
20:7,8 24:18
24:25 25:3,4,5
25:17 26:23
27:6 30:7
35:11 36:4,12
43:10 44:11
46:23 63:7,9
68:15,19 77:1
77:8 79:23

80:11 85:13
94:3,6,9 95:17
95:20 102:1
105:8,9,22,25
106:14,17,18
110:11 115:15
115:21 116:2
116:23,24
121:9 135:5
136:9,9 137:14
137:15,18
146:19 148:23
154:12 157:9
162:17 167:15
167:16,21
168:22,24
181:8 187:4,5
188:13,19
195:3 196:5
215:13,15
216:6 219:11
220:7,8 223:13
224:19
**days** 25:17
31:16 37:24
38:22 43:12,14
47:6 48:20
77:9 129:7,14
171:10 172:4,6
172:11 222:4
225:15
**dead** 22:5
54:16
**deal** 143:13

**dealing**  127:8
190:21 193:1
**dealt**  50:4
**dear**  225:8
**december**
93:19
**decided**  19:18
**decision**  84:7
84:10 123:7,10
123:20,23
182:15 220:15
**declare**  226:21
**dedicated**
33:17
**deere**  57:4
**defendant**  1:11
1:15 2:6
126:13 128:12
165:17 170:18
176:3
**defendant's**
23:16 26:23
27:13,23 29:1
31:13 35:23
42:5 53:7,14
54:3 78:13
87:3 88:10
**definitely**  14:7
25:11,19 27:8
29:7
**degree**  11:25
**deletes**  199:16
**demand**  218:21
218:25 219:5

**demanded**
165:15
**department**  9:9
17:16 39:8
**deposing**
225:12
**deposit**  82:3,5
**deposition**  1:14
4:15,16 126:25
184:20 222:8
225:5 226:5,21
**derek**  2:3 221:7
221:10 225:1
**dereksmithla...**
225:3
**describe**  49:12
161:14 180:7
**described**
167:21
**describes**
169:12
**describing**
161:1
**description**
3:13,17 53:15
53:17 54:2,8
54:10 114:19
202:2 213:7
**designated**
224:8
**desk**  46:20
**details**  85:20
141:18
**determine**
78:18

**devastated**
126:12,18,20
**devastating**
127:6,8
**diapers**  207:23
**diesel**  31:23
32:1,2 198:18
204:16 205:13
205:17 207:2,5
207:20 209:16
209:21,22
211:1
**difference**  50:1
**different**  13:23
44:12 56:10
81:10,11
124:23 178:19
199:9 216:5
**dime**  58:1
**dinner**  90:21
90:23 92:3
**direct**  49:20
81:16 82:3,5
103:8 188:6
**directed**  45:15
**directly**  85:2
201:18
**disabled**  202:3
202:12
**disagree**  55:6
**disagreement**
213:20
**disc**  155:2
**discipline**  3:20
84:21 150:10

154:22 155:1
**disciplined**
18:4 84:23
87:8,23 150:5
151:18 152:3
154:23,25
**disciplining**
150:2
**discriminated**
39:17,25 45:10
111:13,24
112:5 113:12
118:4 120:16
120:24 214:24
**discrimination**
39:11 41:7,16
42:25 43:17
45:5 102:14
109:5,10
111:23 179:14
**discriminatory**
83:20 127:25
171:6 176:2
183:23 184:5
**discussed**
151:20
**discussion**
52:19 178:19
214:11
**disgusted**  126:3
126:5,9 134:11
**disliked**  55:24
**dispatched**
16:4,5

**disrespected**
103:24
**disrespectful**
64:18
**district**  1:1,1
**ditch**  61:10
**division**  1:2
**document**
22:24 23:5,7
23:16,24 24:18
24:22 27:14
28:2 29:12,19
47:4 52:24
53:14 77:22
78:3,7,12
85:23 87:2,4
109:9 125:6
127:18 135:14
137:7 164:6,6
164:9,22 174:3
179:2,18
180:24 182:7
182:20 183:17
184:18 194:17
203:18 204:3
**documents**  9:3
23:11 29:6
30:9 35:24,24
78:17 197:20
198:4,6 199:22
**dog**  49:17
**doing**  8:6 19:9
19:12 21:2,19
21:22 32:22
34:14 40:15,24

48:5 49:21
55:2,11,14,15
64:10 67:19
69:8 71:7
80:16 81:7,9
81:11,17 85:10
91:16 94:11,15
94:15 96:21,22
98:6 100:18,18
115:3 117:13
128:24 134:1,3
134:5 136:17
136:21 137:25
141:14 142:8
149:23 153:15
153:16 155:22
165:5 179:23
181:8 190:7
200:9 211:7
213:13 214:4
217:22 219:17
220:9
**dollar**  156:11
**door**  94:12
95:2 100:4
**doubt**  53:11
135:20
**downtown**
206:5
**dr**  167:8
**draw**  40:6 78:6
200:25
**dread**  55:10
**drive**  2:4 7:15
33:15 36:13,25

37:10,20 38:19
43:22,22 44:11
62:1 82:21
88:15,25 89:21
89:22 114:4
225:2
**driver's**  223:11
**driving**  7:19
9:11 16:1
36:18,19,20,21
37:15 88:23,25
90:12 154:17
**drove**  37:9,15
43:24 44:2
82:18 157:9,13
**drug**  28:22,25
29:8,10
**drugs**  6:12
**duly**  4:4 223:11
**dumpster**
94:23
**duties**  20:9

e

**e**  4:1 199:10
225:23,23
**ealy**  1:5 4:12
7:9 9:24 10:19
12:1,18,20,22
18:8 20:2,21
30:12 36:13
42:18 43:25
45:3,14,18
51:2,7,12,20
59:1,12,15,19
60:6 62:22,23

63:9,13 65:3
68:20 69:14,17
70:22,25 72:12
72:13,25 73:15
74:4,11,19
75:3,23 77:8
79:18 81:4
82:1 84:4 87:8
87:22 88:7
89:23 91:25
92:6 95:14
96:25 97:8
98:5 100:13,20
100:22 101:3,5
101:16 102:5
102:15,22,25
103:12 112:25
117:11 118:16
119:3 124:17
124:20 131:22
138:7 147:9,16
150:4 153:19
154:7 156:1
157:24 158:9
159:1,5,9,22
160:9 163:24
165:8 166:14
169:5,8 170:16
174:18 184:12
193:16 194:7
211:16,23
212:10,20
213:2,11
214:19 215:5
216:1,6,11

217:1,5 218:3
219:4,8,16,17
219:25 220:8
220:20,21
225:6 226:3
**ealy's** 89:2
174:25
**ear** 118:9
**earlier** 4:10
66:8 68:19,19
71:1 154:3
170:21 185:1
187:18 188:13
188:17 202:15
**early** 157:5
160:14 161:13
166:18 167:8,9
210:9,9
**easier** 26:14
**east** 2:8
**easy** 199:21
202:10
**eat** 124:18
149:5 156:15
156:21
**eating** 69:4
**education**
213:11,12
**eeoc** 108:24
109:1,8,9,23
**effect** 219:13
221:1
**efforts** 197:9
198:7

**eight** 195:3
**either** 24:13
56:11 66:6
96:7 117:10
138:20 152:22
182:24,25
187:7
**eligibility** 30:1
30:3
**email** 225:12
**emailed** 225:13
**embarrassment**
57:12
**employed** 28:3
33:4 35:11
45:20 54:11
56:6 119:21
120:1 174:1
**employee** 3:16
17:7 29:15,21
39:2 41:5
50:25 53:6
63:19 77:16
82:17 126:22
128:22 224:15
224:16
**employees** 36:4
37:10 41:15
42:15 43:7
69:20 84:13,15
84:17 112:19
119:22 120:2
**employers** 37:9
**employment**
3:14 22:25

30:1,2 34:16
35:1,14,17
38:24 78:16
109:1 128:12
176:2
**ems** 9:9,10
**en** 194:20
**encouraged**
13:21,22 176:1
178:9,10,11,12
**encouraging**
178:19
**ended** 15:1
191:20,20,25
192:1,18,20
**ends** 214:15
**enduring**
128:11 129:20
**enforce** 137:2
**enforcer** 19:11
**enforces** 109:5
**engaged** 198:6
**engaging** 39:11
**enjoyed** 55:1
**ensure** 128:12
**entire** 47:5
184:20 194:20
**entitled** 78:4
**equal** 109:1
**equipment**
56:6,10 116:3
157:10
**equipped** 16:11
**eric** 1:5 4:13
10:13,17,18

47:17 69:10
73:7 94:9,14
96:18 97:10
99:17 115:5
151:19 152:2
154:2 163:18
166:2,8,12
177:2 181:16
183:25 185:8
185:19 186:3
186:18 189:8
189:14 193:12
196:21,21,24
206:13 211:10
225:6 226:3
**errata** 225:10
225:12,14
226:1
**errratas** 225:13
**especially** 64:7
**essence** 65:23
**estimate** 42:7
**et** 201:7,7
**event** 129:18,21
**eventually**
44:21 83:12
106:7
**everybody**
19:18,20 20:11
21:22 23:13
36:9 38:10
51:6 62:1
90:25 97:7
100:2 135:25
157:2 196:24

220:18,19
**ex** 219:12
**exact** 17:2
  25:10 32:20
  203:12
**exactly** 37:3
  131:24 132:5
  188:8
**examination**
  3:3 4:7
**examined** 4:6
**examining**
  179:2 183:17
  184:18 194:17
  203:18 204:2
**example** 49:18
  55:4 81:4
  142:6 201:13
**examples** 171:5
**except** 195:12
**exchange**
  166:13
**excited** 212:1,4
**exhibit** 3:14,15
  3:16,17,19,20
  22:21 23:17
  26:10,15,24
  27:14,24 29:1
  31:14 35:23
  42:5 52:20
  53:7,14 54:3
  77:25 78:1,14
  86:25 87:3
  88:10 108:11
  108:13

**exhibits** 3:12
**exist** 57:13
**expect** 63:15
**expenses** 219:1
**experience**
  120:12,13
  123:18 186:23
**experienced**
  109:16
**expires** 223:19
  224:24
**explain** 55:3
  68:2 77:6
  146:24
**explained** 50:7
  165:17
**extra** 172:19
**eyesight** 117:20
  117:24

**f**

**f** 1:9 61:24
  225:6 226:4
**face** 5:6,6
**fact** 17:25
  79:22 89:20
  128:4 152:3
  154:17 196:14
  200:7
**fail** 225:17
**failing** 150:2
**fair** 5:19 13:20
  13:20 19:17
  24:24 47:20
  52:2 115:15
  191:19

**familiar** 15:22
  78:12
**family** 12:14,21
  13:16 90:11
  218:22
**far** 33:13 61:7
  75:16 86:6
  163:20 166:21
  208:5 212:10
**farm** 56:25
  57:2
**fart** 38:3
**fasten** 83:3
  89:24
**fastened** 88:23
**favoritism**
  153:20
**february** 211:3
**fed** 115:4 142:1
  146:12,18
**federal** 109:4,5
  225:15,23
**feel** 6:2 39:24
  42:25 68:11
  69:22 73:8,8
  95:9 113:11,15
  115:14 118:8,9
  118:24 120:23
  121:11 134:13
  148:12 157:1
  182:24 202:25
  202:25 212:2
  217:10
**feels** 73:7

**felonies** 93:10
**felony** 93:3,9
  93:22
**felt** 40:8 74:6
  83:20 95:9
  103:7,8 128:10
  133:7 148:13
  212:4 217:2
**ferrovial** 1:9
  4:11 8:23,25
  9:7,24,24
  10:25 12:23
  13:5,21,25
  15:6,7 18:8,25
  22:18 27:20
  30:12 31:3,22
  32:2,25 33:2
  36:4,12,22
  37:4,15,17
  39:11 41:5,9
  41:12 42:15
  43:7 45:20
  48:9 51:1,6,7
  53:2 54:12
  55:1,12 56:6
  58:15 64:22
  75:3 77:16,22
  78:4,17 81:1
  82:2 84:24
  86:2,9,13
  101:16,25
  103:13 104:1,4
  104:7,10,19,22
  106:23 111:25
  124:8 128:1,20

169:18 194:21
204:10 210:6
210:17,18
211:8,11,17,23
212:1,19,20
214:21,24
215:6,10
221:11 225:7
226:4
**field**  136:11,14
136:20,23,24
**figure**  37:8
144:17 164:4
165:19 186:16
196:17
**figured**  9:6,20
**file**  109:21
110:8,17
**filed**  4:14,25
109:7,15
110:20,23
125:8,8,9
**filing**  110:7
**fill**  24:14
181:10 200:6,7
201:16,18
**filled**  11:14
29:5 109:9
201:21,22
**filming**  216:20
**finally**  120:21
162:21 212:4
**financially**
224:18

**find**  10:10
101:11 187:19
209:1
**finding**  198:11
**fine**  14:21
34:20 111:6
164:24 184:16
209:4 222:5
**finish**  25:14
47:18 60:25
121:17 138:23
144:4 153:4
159:10 171:20
171:20
**finished**  47:15
**fire**  9:9 84:15
**fired**  106:25
**first**  4:4 6:23
12:1 24:18,25
25:3,4,5 28:2
36:12 53:16,20
54:7 70:6,11
70:14 73:18
74:18 75:19,22
79:1,5,7 82:11
82:12 88:9,11
88:24 94:7,8
105:5,19 126:2
126:6 127:10
127:12,14
132:13,20
133:20,23
138:10,12
141:7 142:21
143:9,11,13,17

143:17,22,23
143:25 144:4
145:24,25
146:1 158:4,22
161:20,23
162:21,23,25
163:10,25
164:9,13,25
165:1,21
176:25 177:1
179:7 183:2
187:22
**fish**  69:3,4,24
**fisher**  2:7
**fists**  216:11
**five**  37:18 38:6
38:8,14 52:1
62:9 93:15
173:10,25
174:7 205:25
206:19 219:13
**fix**  175:13
**fixing**  96:15
134:2 207:20
211:12,13
**fl**  1:20 2:4,8
225:2
**flat**  16:2
**flesh**  204:12
**florida**  1:1,22
7:16 26:7,7
33:12 42:3
67:10,22 223:4
223:10 224:3
225:16,23

**flowers**  28:6
31:8 66:9
130:3 131:1,13
169:9,10,14
176:1,8,12
177:8 179:9
182:4,4,8
183:23 187:21
220:15
**focus**  179:8
**focusing**
175:20
**follow**  100:13
117:3
**following**  53:16
139:19 167:15
168:18 216:15
226:8
**follows**  4:6
**food**  69:5 70:1
90:19 91:6,7
91:10
**foregoing**
224:7,10
**forget**  177:17
**form**  10:6 37:2
40:11,14,18,22
41:1 51:15
52:7 59:4,10
62:3 74:13
77:20 79:13
81:6,12 88:5
97:25 101:6
102:17 103:5
103:15 110:9

114:10 117:22
119:24 120:3
120:17 124:14
125:2 131:15
137:10 139:16
140:2 141:22
142:11 144:24
147:18 152:5
163:9 164:16
176:21,23
177:13,20
185:15 187:6
212:6 226:21
**fort** 2:8 15:25
**forward** 32:24
**found** 84:1
110:13 128:25
**four** 20:5,16,16
22:24 33:9,25
34:10,12,13,15
35:12 38:6,14
74:1 81:2,8,14
92:24 108:2
117:20 121:9
198:16 200:3
204:20,23
**fourth** 165:16
**frame** 32:20
77:11
**free** 6:2
**freightliner**
33:9
**frequently**
54:14,15 71:23
85:5 138:18

**fresh** 209:21
**friday** 130:1
**friend** 90:11
**friendly** 64:12
64:13
**front** 52:22
96:9 99:16
100:5,12,19
215:25 216:1
216:14,18
**fsus** 3:16
**fuck** 220:8
**fucking** 220:9
**full** 7:2 28:3
205:4
**funny** 134:9
**further** 61:16
61:18 141:18
156:2,3,4
181:8 192:23
224:14
**fuss** 99:21

**g**

**gar** 131:22
**garc** 159:6
**garcia** 18:21
19:19,23 20:2
21:1 31:4 49:5
49:11 51:2,12
52:4 63:9 65:7
65:10,13,16,25
66:2,6,23,24
70:19 73:16
75:8,10 79:2
79:18 80:2

81:4 84:6
85:11 94:11
95:7,23 96:18
97:7,9,13,16,22
98:3,5 99:9,11
99:15,16 100:2
100:4,19,19
101:19 113:3,4
113:16,19
114:15,17
115:3,12
116:19 117:7
120:21 121:20
128:7,8 131:23
131:25 132:5,6
132:17,23
133:10,22
134:10 137:25
138:4,8,10,14
138:25 139:8
139:20 140:21
141:4,9,12,17
141:25 142:8
142:15 143:13
143:17,18,24
144:1,21 145:2
146:6 149:22
152:20 153:19
156:14 157:8
158:7 159:5,6
159:8 160:4
162:16 163:10
176:6,13,16,20
178:4,12,22
179:9 180:20

181:24 183:20
215:18,23,23
215:24 216:7,9
216:12,15,19
216:23 218:16
219:12,21
220:8
**garcia's** 49:6
50:11 62:14
121:22 141:20
144:5 157:7
163:25 215:10
217:6
**gas** 83:11,13
156:18
**general** 9:12
156:11
**generally** 50:21
54:9
**georgia** 156:3
**getting** 11:11
17:9 22:17
24:13 46:7
77:22 80:12
94:10 95:20
99:6 100:9,9
104:14,17,18
108:7 109:14
120:4 145:10
169:16,17
190:5 192:6
195:8 202:16
202:23 203:1,9
205:6 207:5
216:12

[gift - graduated] Page 17

**gift** 218:25
**girlfriend**
218:23
**give** 5:9 6:7,13
7:9 31:16
37:18 49:18,25
69:4,25 82:24
85:21 90:6
140:3,6 179:5
192:9
**given** 4:16
23:14 30:8
43:8 44:4 90:4
174:18
**gives** 215:18,19
**giving** 50:18
**glasses** 203:25
**go** 6:18 8:17,21
9:3 10:11
20:12 21:1,8,9
21:11 23:4,23
23:25 24:3
26:22 28:22
30:14 50:5
62:13,25 63:10
68:4,17 69:18
70:18 73:15,16
79:18 80:14,14
81:10 85:1,6
85:15,16 88:1
88:19 89:13,17
94:14 95:8,25
96:13,14,16,19
97:6,12,20
98:9,11,15,17

98:20 99:19,19
99:25 100:20
100:22 101:13
102:3 115:15
119:18 121:22
127:17 130:15
131:8,19 133:5
133:7,9,13
136:1 137:3,19
139:12,20,20
140:19 141:17
143:14 147:19
149:6 156:1,2
156:3,4,18
157:2,6 158:2
158:3,19
162:22 167:14
170:11 175:15
181:8,10
182:22 183:11
184:7,13
187:20 190:21
192:15 194:16
199:15 203:13
207:25 209:7
211:12 212:13
215:22 219:20
220:18
**god** 222:5
**goes** 149:21
150:4 166:5
215:23
**going** 5:18 6:5
19:18 24:15,15
26:9 52:17

61:7 67:9,20
71:25 72:1,4
75:25 77:15
81:23 82:13
83:1 85:3
94:12,17 95:10
95:24 97:3
98:6,18 99:20
99:24,25 100:7
101:5,11 110:3
110:15 111:5,7
115:3,5,5,11
116:2 118:8
123:2 127:3
136:24 145:19
146:13 156:5
158:6 159:4
162:7 176:19
177:1 187:19
189:17,25
191:8 194:10
206:25 207:2
207:11 208:25
209:1,19
215:20,21
217:13
**golf** 20:17
**gonn** 94:14
**gonna** 5:3,4,22
19:9,22 23:5,6
26:8,10,11
28:3,14 40:6
55:14 57:19
60:16 62:8
70:2 83:1

85:12 95:23
96:11 97:13
99:18 109:21
110:2 111:4
113:16,17,22
113:23 115:18
118:25 125:9
126:15 135:12
139:10 151:17
151:17 158:8
168:14 169:1
170:1,12
173:10 174:4
175:10,20
184:17 187:14
187:25 191:2
192:7,13,22
197:16 212:21
214:14 219:18
221:2,19
**good** 4:9 13:19
75:16 118:2
168:2 180:13
180:14 194:18
195:16 200:14
202:1 204:2
**gotcha** 155:18
**gotten** 213:2
**government's**
109:5
**graduate** 26:2
205:6
**graduated**
25:10,24 26:3
210:20

graduating
  25:23
graduation
  25:7,15,21,21
grandma  12:14
grass  11:4
  21:25 57:5
great  8:3,3
greenville
  146:2
grounds  135:13
  197:16
group  2:3 59:5
  221:8,10 225:1
grown  124:18
guess  14:23
  33:3 36:10
  47:14 50:22,25
  51:24 62:5,17
  62:18 63:16
  100:10 129:10
  142:2,2 169:8
  181:13 212:15
guest  91:11
gun  215:17
guy  6:1 41:22
  57:7 129:23
  139:10 144:18
  211:13 217:11
guys  13:11,13
  14:17 16:12
  19:8 20:6 21:2
  22:8 23:10
  46:12 51:10
  62:6,22 64:8

67:8 68:25
71:14 81:3
94:18 99:19
100:15 101:13
119:1,7,17
147:19 154:10
156:9 200:17
215:18,21

**h**

h  151:7
half  32:19
  33:14,16
hallway  4:10
hampton  44:8
hand  41:4
  46:13 78:9
  145:19
handbook  3:16
  17:7,12 39:3
  41:5,9,13,21,23
  42:23 53:6
  77:16 82:17
  128:23 131:11
  131:18 139:13
  139:22,24
  140:4
handed  22:23
  26:12,17 78:3
  87:2
handing  24:14
handle  63:3
  96:22 97:21
  99:7 133:8
hands  107:16
  107:17 108:8,9

123:16,17
124:4 126:11
handwriting
  53:23
hang  13:14
  192:6
hanging  22:12
happen  5:3
  71:4 72:3,7
  117:25 137:9
  137:11 138:18
  160:2 170:4
  171:14 182:25
happened
  11:10 70:5
  77:12 102:6
  109:11 148:8
  161:14 165:20
  166:23 171:15
  173:20 194:3
happening
  71:23 133:19
happens  99:14
  139:9
happy  6:20
  175:12
har  155:11
harass  214:16
harassed  39:20
  40:2,8 43:1
  83:23 111:14
  121:2,4,12
  122:10 214:20
harassment
  39:12 41:10,16

42:25 43:16
45:5 102:14
109:6,10
120:25 122:3,5
128:11 129:20
179:15
hard  119:8,8
  119:14,15,17
  119:17,22
  120:2,6 138:1
  142:4 144:13
  181:5,7
hardest  119:16
  120:14
harsh  155:17
harsher  154:21
  155:5,6,12,14
hated  56:2
he'll  21:4,5,9
  21:11 97:21
  99:7 145:22
  180:8 214:3
head  5:11 7:25
  40:17 52:16
  67:19 79:15
  96:16 131:8
  157:7 158:2
  160:4 161:2
  162:18,22
  163:8,10,25
  180:11 187:20
heading  67:17
hear  88:22
  101:16 103:12
  103:25 104:3,6

104:9 126:25
151:6,7,9,11,13
158:23 159:6
187:15 189:3
189:19 216:6
217:5 219:4,16
220:7,8
**heard** 28:8,8
31:1,4 38:8,12
57:9 63:9,13
79:23 108:24
182:25 185:18
189:6,8 191:16
213:22 219:17
**heat** 55:25 56:1
56:2,2 95:10
96:9 115:6,16
136:2,6 137:8
137:8,19 149:5
156:5
**held** 28:10 53:1
65:10
**hell** 6:1 8:4
**help** 13:25 21:5
72:10,10,17
118:23 160:21
161:17 192:10
207:23
**helping** 110:8
**hey** 13:24
57:12 69:8
107:13 109:20
137:24 200:17
**hh** 223:18
224:24

**high** 50:3
103:19,19
213:25
**higher** 28:10
43:1,2 50:3
96:20
**highway** 9:8
15:20 20:13
61:7 71:25
72:4 85:15
134:19 156:10
**highways** 96:3
152:9
**hire** 84:7,13
**hired** 51:16,19
211:18
**hiring** 13:25
30:12
**hit** 154:12,14
216:12
**hmm** 23:18
36:19 125:15
**hold** 126:8
221:23
**home** 7:20
36:25 37:10
38:20 62:24
63:8 96:25
97:2,7,7,8
99:19,20 100:1
100:2,3,20,22
101:5,11,13
102:2,3,4,8
129:7 220:18

**honestly**
162:19 213:1
**hope** 199:20
**hot** 64:10 114:5
135:2
**hotel** 44:4,6,7
44:10,12,13,13
44:16,17 82:14
83:10,11,13
91:6,7
**hothead** 49:9
52:5
**hotheaded** 50:8
132:19
**hour** 28:14
33:14,15
148:21 170:25
172:4 173:2,10
173:12,13
194:22 195:17
**hours** 43:11
48:9,13,16
86:3 171:7
181:11 195:3
195:17
**house** 7:18
32:11,13,17
37:5,6 93:24
188:10 205:24
207:10,15,21
208:6,23,24
**hr** 105:17
106:20 107:15
124:3 189:21
191:5 217:14

**huddle** 179:22
**huh** 3:23,24
5:14 29:14
35:21 49:24
59:20 77:3
107:10 111:10
125:18 132:21
141:5 150:25
151:12 157:14
157:16 189:11
192:25 205:16
210:10 215:14
**human** 17:15
39:7 107:2,5
**humiliated**
127:24,25
128:2,3
**hurt** 4:23 33:23
33:25
**hut** 201:22
**hypothetical**
40:7

**i**

**idea** 9:12 13:19
13:25 51:24
140:3,6 177:8
**identification**
22:21 26:15
52:20 78:1
86:25
**imagine** 216:4
**immediate**
131:23
**immediately**
133:6 198:17

implies  164:11
important
  199:20
impossible
  198:8
impression
  215:20
incident  159:16
  163:22
included
  178:22
includes  152:8
  178:3
increase  173:25
index  3:1,12
indicated
  202:16
indicates  28:13
indicating
  32:14 162:24
individuals
  178:5
influence  6:11
info  213:8
information
  12:4 78:21
  135:15 213:2
infrastructure
  1:8,10 225:6,7
  226:3,4
initial  105:19
injury  4:22
  34:9,13
inn  44:8

input  193:18
  194:13
ins  95:2
insensitive  84:2
inside  94:16
  96:24 98:23
  136:23 137:18
  151:2 156:8
  159:7
inst  143:4
instance  1:15
instruct  34:21
instructions
  19:8
interested
  224:18
interesting
  210:2
interfere  6:6,12
intern  204:16
  204:25 205:5
  205:14 209:13
internet  199:16
internship
  204:17 205:3
interrogatory
  175:16 178:25
  183:11,12
  184:13,25
  185:2 193:7
  194:16 203:13
  204:8
interview  14:3
  14:5,9 22:17

interviewed
  11:23
introduced
  4:10
investigation
  169:19
involved
  123:23
involvement
  135:15
issue  49:5
  74:18 82:11,12
  115:20 141:21
  143:10,12
  144:9 149:17
issues  17:22
  49:11 74:14,16
  75:4,8,9 82:6
  83:17 102:13
  102:24 147:3
  170:6
it'd  156:2

**j**

j  2:3 225:1
jacksonville
  42:3 43:8
  44:11 78:23,25
  79:7,10 82:13
  88:16,20 89:14
  89:17 90:4
  124:16 129:22
  132:11 166:20
  167:13 217:14
  217:17

james  1:5,14
  3:2 4:3,9 7:3
  23:6 26:17
  53:21 78:3
  87:2 135:13
  175:25 214:14
  221:13 225:5,6
  226:3,5
january  211:2
jenn  208:25
job  1:25 3:17
  5:8,9 11:11
  13:21 14:11
  15:6,8 17:3
  20:9 22:4
  24:25 25:3,4,5
  33:6,7,17,18
  34:14 53:15,17
  54:1,7 55:18
  55:20,22 56:4
  59:7,9 63:16
  63:18,22 68:25
  73:23 80:8,17
  85:10 97:6
  133:8 166:6,12
  175:17 186:20
  189:2,17 197:9
  198:7,11 200:9
  201:6 205:11
  211:8 212:5
  225:25 226:25
jobs  5:8 13:24
  15:5 16:12
  21:1 32:9
  55:16 186:16

**[jobs - know]**

199:9,10,11
200:7 201:18
201:22 204:9
205:23 207:5
207:10
**john**  57:4
**join**  109:23,24
**joke**  69:2
133:14
**jokes**  69:24
71:23 72:24
73:4 74:22
76:11,16
113:21 114:2
119:17 120:19
121:5,11,13,16
122:13,15
132:2,7 134:8
138:11 142:19
144:16
**joking**  73:6
**jr**  7:15
**juan**  18:20
20:22 31:4
49:8 96:23
178:4 219:17
**jump**  32:24
**jumping**
213:20
**june**  63:5 94:4
129:9,9,13
157:5,17 158:5
159:19,20
160:14,17,20
160:24 161:5,6

161:13,14,18
161:19,22
162:13,15
166:18 167:9
167:18,22,22
185:4,12 187:3
193:9 196:3,11
196:19 197:2
223:19 224:24

**k**

**k**  1:9 225:6
226:4
**keep**  11:5 13:17
46:14 55:22
72:1 73:10,13
83:4 134:3,4
149:22 206:24
**keith**  7:3
**ken**  4:9
**kenneth**  2:7
**kept**  97:5 107:1
110:15 133:19
134:1 156:5
212:13
**key**  2:4 225:2
**kfc**  201:21
**kidding**  8:1
**kids**  138:22
140:17 200:3
**kind**  4:21 9:20
13:14 19:9,15
20:17 62:15,17
64:8 65:10
69:2 76:10
102:11,16

159:10 169:17
180:11 181:14
201:6 212:24
213:3,5 217:10
219:4
**kinda**  125:6
**kinds**  81:9
**kitty**  206:10
**knew**  37:12
41:18,20 50:9
50:10,25 80:12
126:21 136:25
147:16 176:19
177:9 187:16
192:13 193:20
212:10 213:15
**know**  5:23 6:2
6:17,19 7:4,10
7:20,21,22 8:7
9:13,16,23,25
10:11 11:5,21
11:25 12:3
13:14,17 14:7
14:21 15:16
16:10,17 17:1
17:12,14,15,17
18:5,9,23 19:2
19:16 20:11,15
20:16,19 21:14
21:16,18 23:5
26:9,13 27:18
27:19 28:7
32:20 33:21
34:25 35:3,4
36:25 37:3,9

37:11 39:2,7
41:9,12 43:2
44:2 45:8
48:12,13 49:16
49:17 50:4
51:16,18,19,21
51:22 57:7
59:7,8,12,18,23
60:3,9,12,13,17
61:8 62:1,4,24
63:2,3,8,15,21
64:5,12,17,21
65:4,7,10,13,16
66:17 70:4,6,8
70:16,23 71:24
73:6,7,7,8
74:12,16,20,24
75:11,15 76:19
76:23 80:6,6,8
80:11 81:23,24
83:15 84:8,9
84:12,14,16,20
85:23 87:7,7
87:22 88:4,4
89:7 90:1,4,6,7
90:8 91:6,9,18
91:19,21,21
92:6,8 96:6,18
96:20 97:4
99:20,21 100:7
100:8,8,11
101:3,10 102:8
103:1,11
109:17,19
110:1,2,3,6,14

**[know - lawn]**                                        Page 22

110:24,24
113:5,10,13,15
113:15 114:6
117:13,15
118:11,12,25
119:1,2,8,12,13
119:17 120:11
120:13 121:4
121:25 123:6,9
123:14,25
126:8,15,23
129:10 130:13
131:8 132:1,8
132:9 133:7,16
134:1,5,6,15,20
135:1 136:17
136:21 141:12
143:15 144:18
145:2,8 146:21
147:9 148:23
149:2,21
150:18,22
151:5,15,18,20
151:21 152:4
153:1,12,14
154:8,11 156:4
159:3,23,24
160:4,11 165:8
165:20 166:9
169:5,6,10,11
172:14 173:11
174:21 176:12
176:15,24
177:5,18,19,25
178:11,17

180:1,1,10,12
180:16 181:5
182:9,10 183:4
183:6 184:7,18
184:23 185:8
186:5,6,17
187:1,2,4,9,11
187:24,24
188:2,3,7,8,8
188:11,16,17
189:4,21
190:11,16
191:20,25
192:1,9,16,23
193:19 195:2,4
195:21,24
196:2,3,20
197:19,22
199:3,5,15
200:2,21 201:1
202:3,10,11,11
202:24 203:24
204:5 206:11
207:22,22
209:1,20 211:8
211:13,16
212:2,5,6
213:5,13,19,20
214:1,8 215:4
215:5,8,9,11
217:1,21,25
218:4 221:9
**knowing**  131:9
**knowledge**
   13:4 60:8 84:6

127:21 158:11
177:25 178:6,8
219:9
**knows**  23:14
64:13 187:7
197:1 202:8
**knox**  2:7 3:3
4:8,9 22:22
26:8,16 34:19
34:24 37:25
38:3,5,10,13
52:17,21 62:10
62:12 76:9
78:2 87:1,16
98:12 108:18
108:21,23
111:1,7,11
112:14 121:19
125:15,18,21
126:1 135:20
135:23 136:4
148:6 158:13
158:16,18
164:11,14,23
168:5 170:17
170:20 174:4,8
174:11 175:5,7
175:10,14,19
175:23 177:21
178:2,7,16,23
178:24 183:18
187:7,10 202:7
202:9 204:4
214:9,13
221:13,16,20

221:22,25
222:2,5
**komaridis**  1:21
223:8,17 224:6
224:23
**kubota**  32:11
204:14 205:12
205:19,23
207:6,9 208:6
209:12,12

**l**

**l**  74:24
**lab**  23:8
**label**  23:8
**labeled**  23:17
   23:19 53:19
   54:8 78:5 87:4
**lack**  75:4
**language**  68:10
   83:19 126:3
**large**  1:22
**las**  2:8
**lasted**  51:25
**late**  47:18
   48:12 63:16
**lauderdale**  2:8
   15:25
**laugh**  114:5
   138:6
**laughter**  57:11
   92:21 204:1
   206:18 222:3
**law**  2:3 225:1
**lawn**  57:18,21
   61:3

lawsuit   4:11
  39:10
lawsuits   92:11
lawyer   5:2
  17:23 26:11
  110:13 112:3
  127:19 128:10
  131:20 135:7
  155:9 197:3,14
  212:21 221:3,5
  221:8,10
lawyers   110:3
  110:13
lead   110:2
leader   213:16
leave   34:12,13
  34:15 46:20
  107:22 108:3
  110:6 205:4
  208:20 215:22
lee   67:9,9,9,20
  67:22 127:3
  162:7
left   32:25
  100:10 101:25
  108:5 110:7
  133:14,14
  141:17 208:16
  220:22
legal   4:21
  112:2,8 120:18
  122:11,18,24
  124:13 180:23
  182:6 201:1,3
  202:5 221:7

225:21
legally   201:5
legs   6:19
lengthy   54:6
leon   223:5
  224:4
letter   22:18
  24:11 27:8
  35:6
level   63:2
license   32:1
  223:11
licensed   58:6
licenses   31:19
  31:21
life   6:6 127:9
  127:23
lift   216:20
light   80:13
liked   166:6
  212:11
likely   48:16
limited   62:17
  204:17
line   201:2
  226:9
lines   107:5
listen   107:5
  180:25
listened   192:3
  193:16
listening   144:2
  189:20 191:2
  191:11 193:20

lists   199:11
litigation
  109:11 125:6
litigator   55:7
little   5:3 8:2
  20:14,16 25:7
  30:17 32:24
  33:3,14 64:13
  69:13 91:9
  98:7,21 132:2
  156:2,3,4
  162:17 165:10
  185:3 192:8
  204:13 205:22
  207:23 208:2
  212:25 216:5
live   7:14 8:8
  82:3 206:12
lived   12:5
lives   8:9
living   8:23,23
  12:11
llp   2:7
located   9:7
  33:10 95:5
  100:6 156:9
location   1:19
logic   156:24
long   9:2 16:17
  17:1 32:16,18
  37:19 38:18
  42:7 45:19
  50:24 51:22,24
  55:5 64:21
  65:7,10 71:22

73:22 77:13
  83:15 93:13
  107:1 109:13
  136:7,8 148:17
  148:19,20
  164:24 172:10
  185:23 186:23
  190:14,14
  208:4,7,9,12
  210:3,3 211:6
  213:15
longer   106:1,2
  106:4,6 123:17
  156:1,5,6
look   22:24
  23:20 24:17,21
  26:22 28:1,2
  35:17 52:23
  54:7 57:13
  77:16 78:12,17
  87:9,18 128:22
  131:11 139:13
  140:10 144:13
  180:8,10
  195:22 197:6
looked   101:9,9
  101:10 131:17
looking   35:14
  130:6 188:1
  198:5 199:21
  200:6,22 203:5
  203:7 205:13
lorenzo   7:20,24
lost   16:1

**lot** 5:5 64:10
  111:8 184:8
**loud** 213:5
  214:6
**love** 55:8,21
  166:12
**love's** 15:7
  17:15 18:2
  32:5,6,7 39:18
  39:20,22 40:20
  207:25 208:10
  208:11,11,12
  209:3,17,18
  210:11,12,21
**loved** 55:18
  212:12
**luck** 188:1
**lunch** 90:16,16
  90:17,19 91:14
  147:20,22
  148:7,10,12
  149:5,10 156:8
  168:1 170:22
  171:11 172:5
  172:11,12,23
  172:24 173:4,8
  173:9,11
**lunches** 90:25
  91:2

**m**

**m** 122:23
  155:25
**ma'am** 194:2
**made** 45:11,20
  68:11 69:21

70:12 74:22
84:1 99:24
102:21 105:5,8
111:12 113:21
119:10,12
122:22 123:1,2
123:7,9,20
135:17 141:3
141:15 149:5
149:20 168:18
179:23 180:2
181:5,7 183:6
186:2 189:10
194:7 197:8
200:17 220:15
**madison** 1:20
  7:15,19 26:7
  72:4 146:3
  156:10
**maf** 1:7 226:2
**mail** 24:13 35:6
  106:11,12
  169:18 199:10
**maintenance**
  9:18,21 28:3
  30:19,21 43:19
  53:2,18 54:11
  54:25
**make** 10:22
  13:18 26:14
  37:23 44:10
  45:13 77:17
  79:18,23 85:10
  87:10 89:12
  96:5 102:10

103:23 120:9
121:5 127:19
145:4 175:1
178:13,21
200:22 216:7,9
219:4
**maker** 182:15
**makes** 23:24
  165:10 188:25
**making** 69:24
  72:24 73:4,8
  76:12,15 83:6
  84:7,9 110:21
  111:2 114:2
  119:17 121:11
  123:23 124:17
  132:7 138:11
  142:7 143:21
  144:14 165:16
  190:6
**malibu** 36:19
**mama** 92:16
**man** 20:5 49:25
  55:16 96:17
  110:12 118:24
  132:8,25
  134:13,14,15
  134:15 138:15
  140:13 159:13
  181:1 208:14
  212:13,13
  214:3
**management**
  1:9 191:4
  225:6 226:3

**manager**
  208:25
**manhole**
  181:10
**march** 210:23
  211:2,3
**marijuana**
  93:24
**mark** 26:9,13
**marked** 3:13
  22:21 26:15
  52:20 78:1
  86:25 87:3
**marriott** 44:18
**match** 213:7
**math** 195:16
**matter** 116:15
  173:9 200:7
  225:6 226:21
**matters** 120:5
**maximum**
  210:22
**mcdonald's**
  13:1 32:11
  39:2,24 40:8
  201:14,21
  205:19,24
  206:4,16,19,21
  207:3,4,7,10
  208:6 209:6,8
**meals** 124:18
  219:1
**mean** 8:8 9:18
  13:13,16 28:16
  37:23 38:1

**[mean - mystery]** Page 25

45:13 49:18
54:20 55:18
63:14 64:4
71:9 77:4 80:5
86:4 88:7
92:12 96:2
105:6 110:16
111:8 113:3
120:4 128:4
132:9 133:20
137:6 148:8
151:11 155:16
171:22 172:17
173:1 184:14
188:5 195:9
211:25 212:2
212:10 214:5
**meaning**
154:24 155:7
**means** 23:10
109:8 123:19
155:17 167:20
201:4
**meant** 38:5
71:9
**mechanic** 205:4
**medical** 202:6
202:14 203:3
**medications**
6:12
**meet** 36:3
135:25
**meeting** 11:16
41:21,25 49:2
51:25 52:12

78:20,23,25
124:25 129:1,3
129:5 166:18
166:23
**member** 13:8
90:11
**members** 56:11
218:22
**men** 124:18
**mention** 114:20
**mentioned**
126:25
**message** 107:22
108:3,5
**messed** 82:25
88:12
**met** 18:18 28:8
66:9,12,13
**mi** 93:8
**miami** 2:4
225:2
**micro** 19:15
**micromanaged**
21:4
**micromanage...**
19:15
**middle** 22:13
**midway** 33:12
**miles** 219:13
**mind** 39:17
55:15 123:19
**mine** 53:10
**minute** 36:2
56:9 62:9
126:8 174:7

221:25 222:2
**minutes** 52:1
68:23 148:18
148:23,23
170:23,25
171:1,3,3
173:10,12
**misdemeanor**
93:3,22
**misplaced**
170:7
**missed** 95:11
**missing** 96:6
**misstates** 98:1
102:17 144:24
163:2 164:5
177:13,22
**misstating** 41:2
**mistreated** 95:9
146:18 165:18
190:5
**mistreatment**
45:7
**mitigate** 201:4
**mlk** 7:15
**mom** 8:9
**monday** 47:5
**money** 82:13
206:25 211:12
212:7
**month** 9:1
15:11 26:19
32:19,19 37:18
74:3 113:7
203:9

**months** 16:20
16:20,21,22,23
83:14 186:21
204:20,21,23
205:25 206:20
207:17 208:13
210:14,15,21
**monticello**
146:3 211:12
**morbid** 54:15
**morning** 4:9
20:11 46:11
47:19 48:5
72:24 100:10
105:10 180:13
180:14
**mornings**
46:10
**mot** 43:18
82:15 217:14
**move** 5:23
151:16
**mow** 57:4
**mower** 57:21
61:3
**mowers** 57:18
**mowing** 21:25
21:25
**mudfish** 69:3,4
69:25,25 114:3
**music** 213:25
214:1
**mystery** 134:1

**[n - objection]**

**n**

**n** 4:1 126:22,24
127:1
**name** 4:9 7:2
10:11 11:21
18:23 24:7
27:18 31:1,4
42:11 44:7,17
50:19 66:17
87:18,19,20
127:8 163:12
175:17
**named** 104:15
223:9
**names** 18:11,20
190:6
**nealy** 112:24
**necessarily**
13:22 19:10
165:6
**need** 5:12 6:16
6:18,22 13:25
54:6 99:19
107:5,18
110:12 113:3
133:9 164:25
203:25 209:5
211:11
**needed** 62:2
78:21,22
112:19,20
138:22 165:3
**negative** 3:23
**neither** 147:2
216:1

**never** 17:18
28:8 37:6
54:17 58:11
59:17,19,21
60:17 66:9,11
66:13 80:1
82:6 84:23
88:5 96:8
97:11 98:3,25
99:1,24 100:2
103:16,24
106:22,24,24
106:24,25
107:12,21
112:18 113:6,9
114:17 115:18
117:7,19
121:25 124:1
126:21,24
129:3 130:23
131:2,17 136:6
136:6,10 137:1
142:3 147:4
152:11,18,20
169:3,4,13,13
173:25 176:8
176:10 181:24
182:8,24
184:21 185:9
193:24 195:13
196:8 213:22
**new** 16:9 21:14
47:9 144:18,18
145:1,11
146:21 175:3

197:9
**nice** 7:21
**nicely** 99:1
**nigga** 69:7,21
126:7 127:4
162:8 163:14
**nigger** 143:12
145:7 157:15
**night** 102:6
209:19
**nitpicking**
121:16 122:13
**nobody's**
107:13
**nodding** 5:11
7:25 40:17
52:16 79:15
**noise** 83:6
**non** 154:22
155:1
**noon** 148:8
**normal** 18:9
68:13 121:7,8
121:9,9 156:1
172:17
**north** 26:7
**northern** 1:1
**nos** 52:20
**nosy** 200:16
**notary** 1:21
223:18 224:23
**note** 225:10
**noted** 226:8
**notes** 224:9

**notice** 3:20
**number** 23:8
23:11 107:6,11
107:19 130:6,7
130:19,20
131:1,5 169:21
170:1,2,3
171:6,7 188:5
188:6,6,9
195:21 223:18
224:24
**numbered**
224:10
**numbers** 14:20
15:3
**numerous**
93:10 105:2,21
138:17 139:3
168:17

**o**

**o** 2:4 4:1,1
68:17 225:2
**oak** 206:13
**oath** 223:1
**ob** 34:18 112:1
144:22 147:13
**object** 135:12
158:8 197:16
**objection** 34:18
34:21 35:2
37:2,22 40:6
40:11,14,18,22
41:1 51:15
52:7 59:4,10
62:3 74:13

**[objection - okay]**

77:20 79:13
81:6,12 97:25
97:25 101:6
102:17 103:5
103:15 110:9
112:1,8 114:10
117:22 119:24
120:3,17
122:11,18,24
124:13,14
125:2 131:15
137:10 139:16
140:2 141:22
142:11 144:24
146:7,23
147:11,18
152:5 153:18
163:1,1,9
164:3,5,8,16,21
176:21,23
177:13,20,21
179:13,18
180:23 182:6
182:19 183:8
185:15 187:6
201:1 202:5
218:5
**objections**
178:16
**obligation**
201:3,5
**obviously**
115:18
**occasions** 76:19
85:11 117:11

**odds** 214:15
**offended** 74:6
177:1
**offense** 80:10
80:24 93:16
122:1
**offensive** 126:3
**offer** 3:14
22:18,25 82:20
**offered** 88:19
89:13,17 90:13
149:11 205:11
205:11
**office** 24:16
46:1 95:4
97:20,23 99:10
99:11 100:5,5
100:10,17,20
100:23 115:1
130:12,13
135:9,23,24
136:1,1,2,14,18
136:21,23
137:13,18
149:7 156:8,15
157:2,23 159:2
215:25 216:2
216:15 219:22
**offices** 43:7
**oh** 10:21 13:6
17:14,17 18:6
20:18 24:2
25:25 28:24
30:20,24 31:2
37:6 44:22

48:7 55:16
57:3 63:23
68:9 73:21
74:19,23,23
75:15,25 76:8
84:8,14,20
86:21 87:21,24
88:17 89:3
91:3,5 92:8
104:13 105:17
106:24 107:14
108:14,15
110:11 120:13
121:18 123:25
127:5,5 130:13
136:16 138:12
142:16 146:8
147:21 153:13
155:4,18 156:3
156:9,10
165:12 170:9
174:22 179:4
182:1 183:16
184:18 186:6
187:24 192:22
193:24 195:19
198:8 199:5
203:18,19
208:11 209:7
212:12 215:8
215:11 217:24
218:17,24
219:17 221:4
222:5

**okay** 4:18,24
5:2,7,17 6:3,25
7:11 9:3,5,11
9:19,20 10:15
10:21 11:6,8
11:16 12:5,19
13:2,5,19 14:1
14:13,21 15:4
15:8,13,19
16:6,16,25
18:7,16,19,22
18:25 19:14,17
19:22 20:4,6
20:18,24,25
21:6,12,21
22:14,23 23:1
23:3,9,12,15
24:3,9,17,21
25:2,4,8,13,20
26:8,17 27:7
27:12,17,19
28:9,20 29:9
30:4,7,11,22
31:17,25 32:21
33:1 34:19,23
35:22 36:1,6
36:11,24 37:8
37:14 38:15,23
39:1,10 40:20
41:5,24 42:10
43:3,13,19
44:9,14,20
45:9,17 46:18
46:22 47:2,12
47:16,20 48:7

| | | | |
|---|---|---|---|
| 48:18 49:1,15 | 99:12 101:3,15 | 166:18,25 | 212:14 214:5 |
| 50:2,18 51:1 | 105:1,11 | 168:4,9 169:5 | 217:23 218:7 |
| 51:10,19 52:2 | 106:14,19 | 169:16,21 | 218:15 219:11 |
| 52:11,14 53:9 | 107:17 108:3 | 170:9,21 | 220:19 221:15 |
| 54:18,21 55:9 | 109:25 110:5 | 171:14 172:3 | **olas** 2:8 |
| 55:19 56:1,22 | 110:16 112:12 | 172:15,18 | **old** 7:10 102:8 |
| 57:14,19 58:14 | 113:5,10,20 | 173:15,22 | 126:10 |
| 59:12 60:10,12 | 114:1,7,15 | 174:6 175:2,9 | **older** 7:8 12:17 |
| 61:9,20 62:6 | 115:20 116:14 | 175:14,17,22 | 12:17 |
| 63:6,12,20 | 116:23 117:7 | 177:21 178:17 | **once** 4:18,18,19 |
| 64:21 65:6,22 | 117:25 119:1,6 | 180:22 181:4 | 37:13 82:8,8,9 |
| 66:3,17,19,22 | 119:18 120:20 | 181:12,21,24 | 85:5 105:1,1 |
| 66:25 67:7,21 | 121:18 123:22 | 183:16 184:11 | 108:1,1 111:15 |
| 68:14,19,22,25 | 125:20,24 | 184:18 186:25 | 114:16 117:1 |
| 69:17 70:2,6,9 | 127:5,17 | 188:12,15 | 126:24 128:25 |
| 70:15,17 71:9 | 128:19 129:3 | 189:2,6,11,11 | 128:25 133:10 |
| 71:17 72:6,14 | 130:17 131:19 | 189:18,19 | 165:16 190:20 |
| 73:17,22 74:2 | 132:3 136:5 | 190:23 191:6 | 193:4 194:6 |
| 74:8,16 75:2 | 137:17 138:13 | 191:13,22 | 207:4 218:10 |
| 75:18 76:3 | 138:24 139:23 | 192:3,7,8 | 218:11,13 |
| 77:15 78:16,23 | 140:19 141:3 | 193:3,7 194:4 | **ones** 61:15 |
| 78:25 79:6,16 | 142:13,24 | 194:7,24 195:8 | 112:21 118:16 |
| 79:22 80:21 | 143:7,23 | 195:16,23,25 | 137:8 |
| 81:18,25 82:2 | 144:11 145:3,9 | 197:2,12 | **online** 10:8,9 |
| 82:6,10,23 | 148:2,5,11,22 | 198:12 200:10 | 11:9 17:13 |
| 83:9,17 85:5 | 151:14 152:18 | 200:14 201:20 | 26:18 33:19,20 |
| 86:5,7,11,22 | 154:16 155:5 | 201:24 202:13 | **op** 58:3 116:12 |
| 87:13,17,21,25 | 155:18 156:20 | 203:5,8,16 | **operate** 56:5,12 |
| 88:3,6,14 89:3 | 156:22,25 | 204:11,22 | 57:15 58:8,10 |
| 89:6,18 90:3 | 157:18,24 | 205:8,16,21 | 61:25 116:12 |
| 90:13,18,24 | 158:21,23 | 206:10,15 | 116:20 154:18 |
| 91:5 92:3,6,17 | 159:21,21 | 207:1,25 | **operated** 58:3 |
| 92:25 93:11 | 160:8,12 162:9 | 208:16 209:4 | 60:15 80:11 |
| 94:2,8,21 95:3 | 163:20,23 | 209:16,25 | 116:11 |
| 96:1,21 98:3 | 165:2 166:9,11 | 210:7 211:4,20 | |

operating  80:7
  151:9,25
  153:13,17
opinion  203:3
opportunities
  13:23
opportunity
  5:5 71:5 109:1
  145:14,18
  209:20
opposed  61:5
order  23:18
  58:7 128:11
ordering
  221:21 225:13
ourself  155:22
outcome  70:4
outside  6:18
  36:10 94:17
  95:7 112:17
  115:11 117:1,5
  117:8 136:2
  158:6 159:2,5
  162:16 201:12
  201:14
overheard
  62:23 79:17
overnight
  15:15 18:1
  208:14
overtime
  194:25 195:6,6
  195:20
owe  200:17

owed  195:9
own  36:15
  43:23,24 44:13
  45:18 64:8
  73:1 82:18
  89:22 90:19,23
  110:8 114:4
  178:11,12
  201:15

**p**

p  4:1
p.m.  1:18 222:9
page  3:2 22:24
  23:4,21,25
  24:3,18 28:2
  29:13,18 53:16
  53:20 54:7
  78:6 183:12
  226:9
pages  23:13
  29:11 53:17
  87:9,11 224:10
paid  48:14
  168:11 169:1,4
  169:5 172:15
  172:24 173:4,6
  173:8 195:6,9
  195:13,13
  217:25
painful  34:6
pair  81:3,4,5,10
paper  20:22
  46:17,17,19,25
  47:9 59:19
  67:20

paperwork
  59:21,24
  140:12 200:6
paragraph
  125:12 126:2
  127:17 128:9
  131:19 135:7
  138:7 140:19
  147:1,19
  154:20 157:4
  159:16 162:11
  162:21 165:14
  166:19 167:11
  167:14,21
  169:7 170:10
  170:12 175:21
  178:25 179:8
  183:13
parked  37:4
part  11:7 19:23
  22:4 56:4 80:3
  123:17 151:22
  190:21 195:23
partially  29:23
  29:25
particular
  23:16,24 24:11
  47:4 55:24
  61:25 171:23
parties  224:15
  224:16 225:13
partner  213:4
parts  30:4
pass  7:5 49:23
  69:10 154:12

passed  68:10
  69:20 73:17
  76:25 77:2
  154:1 162:3
past  7:18
  157:10,13
  190:20
pastries  90:14
patient  49:9
  52:8 65:23
pay  14:18 15:1
  28:14 46:15
  82:6,11,12
  83:17 84:19
  168:7,8,15,20
  168:21 172:17
  172:19 173:25
  194:21 200:18
  201:7 207:23
  219:1
paycheck  82:4
  173:2
paying  218:7
penalties
  226:20
people  18:12
  62:17 63:2,21
  64:11 69:4,5
  70:1 73:1
  75:16 78:22
  83:8 91:15
  100:1 114:4
  124:25 128:5
  132:7 133:24
  141:16 159:23

159:23 160:10
178:10,10
189:21 191:3
192:24 196:14
213:17,19,23
**perform** 59:9
**performance**
147:3
**performed**
54:25 196:5
**period** 105:22
197:4 204:18
**perjury** 226:20
**permanently**
202:3,11
**permitted**
36:24 170:22
171:11 172:5
**perry** 181:10
181:16
**person** 10:8,22
11:23 42:11
49:14,17 96:4
96:4 104:15
112:4 149:9
213:6
**personal** 6:6
200:1 201:10
**personally**
152:13,15
185:9 223:10
**personnel**
51:13
**perspective**
216:5

**pertaining** 69:3
**phillips** 2:7
**pho** 104:17
**phone** 66:14
86:8,10,14,19
104:14,18
105:3,19
130:24 142:3
169:21 170:6,6
170:7 185:4,12
193:9 196:11
216:20
**phones** 71:15
71:16 86:11
130:18
**pick** 11:5 20:22
22:5 30:18
134:25 146:2
152:13
**picked** 112:21
219:13,14
**picking** 22:2
59:8 67:20
107:13 121:11
135:1
**picks** 142:3
**picture** 106:7
**piece** 46:16,17
46:19 47:9
157:10
**pieces** 56:5,10
116:3
**ping** 83:1 88:22
150:19,20,24
151:11,13,17

**pinged** 83:1
88:13 89:5,8,9
**pinging** 150:20
150:22
**pings** 89:24
151:2
**pitch** 50:3
**pizza** 201:21
**place** 13:2
26:18 60:21
77:8 79:7,11
81:9 112:20
188:21 224:8
**places** 181:9
197:10 201:13
201:15
**plaintiff** 147:2
174:18,24
178:5
**plaintiffs** 1:6
2:2 131:21
150:3 152:8
157:6 158:1
163:19 165:5,5
165:14 167:15
184:8
**planning** 35:17
**play** 96:19
**please** 7:2
49:23 108:21
112:15 127:17
161:12 184:13
189:7 225:12
**pllc** 2:3 225:1

**plus** 1:19
**point** 35:18
43:3 44:24
45:11 70:18
98:13 104:14
115:4 136:12
139:7,9 143:16
144:9 147:2
190:19 193:15
**policies** 41:6,10
41:13 42:23
43:16
**policy** 149:6
**pool** 62:18
**poor** 147:3
**position** 13:7,9
19:3 27:19
28:10 53:1,17
63:1 65:11
181:3 201:3
209:3
**positions** 20:13
**positive** 3:24
**possible** 176:18
**power** 63:2,3
**powered** 32:2
**pr** 179:20
**prac** 116:15
**practical**
116:15
**practiced** 55:5
**prepare** 167:16
**prepared** 219:8
**present** 46:2

**pressured** 208:20

**pretty** 87:14 214:15

**prevented** 34:14

**previous** 4:22 94:9

**previously** 63:13 80:22 159:18

**primarily** 19:7

**printed** 26:19

**printout** 3:15

**prison** 93:11

**privilege** 197:17

**probably** 13:19 22:4 32:19 38:21 40:6 42:8 45:22,22 102:9 111:3 126:11 129:6 148:21,21 149:4,11 205:22 208:12 208:12 211:2,3 215:4

**problem** 38:4 144:19

**problems** 18:2

**procedure** 225:23,23

**proceeded** 142:18

**proceedings** 224:7,12

**produced** 223:10

**professionally** 180:18

**progressive** 3:20

**prohibiting** 41:6,10,13

**project** 171:17 171:19,25 172:13

**protect** 110:18

**protected** 40:9

**protocol** 97:5,5 100:1 192:15 220:18

**proud** 8:15

**provide** 169:22

**public** 1:22 223:18 224:23

**pull** 175:14

**pulled** 67:2 68:6,24 72:15 95:19 142:21

**pulls** 68:3 69:17

**pump** 205:15

**punishment** 155:19,21

**purpose** 186:14 186:15

**purposes** 46:15

**push** 217:11

**put** 18:20 48:13 126:11 187:14 189:2 193:18 194:5

**puts** 165:5

| q |
| --- |

**qualified** 153:21,22,23 153:25 217:4

**question** 5:17 5:18,21,25 6:22,23 34:22 40:20 61:1 76:13 97:17 109:13,14 113:13 117:4 121:17 135:19 138:23 147:24 152:22 153:5,9 168:19 171:5 177:17 183:14 197:18 203:15 203:17 212:23 217:6,8

**questioner** 5:24

**questioning** 134:4

**questions** 5:9 6:7,13,25 17:20 125:5,10 212:17 214:15 221:17

**quick** 87:14

**quickly** 175:13 214:15

**quit** 17:3

**quite** 171:15

**quitting** 47:12

**quote** 197:8 198:6

| r |
| --- |

**race** 39:11,12 39:18,20,25 40:2,9 41:7,10 41:15 45:5 83:23 109:10 109:10 111:14 111:15,23,25 112:6 113:12 118:4 119:4,15 120:16 121:3 122:10 214:17 214:21,24

**racial** 76:10,15 76:16

**racially** 83:20 84:2

**racism** 127:9 127:23

**racist** 72:24 73:4 138:16 140:25 142:7 142:19 143:21 145:5,6 149:20 157:7 161:16

**radio** 71:13

**radios** 71:15 130:17

**raise** 103:12
**ran** 21:16 62:4
**rarely** 117:24
**rate** 84:19
**rather** 96:19
153:19
**reach** 129:18
131:13 142:4
**read** 27:23
29:21,23,25
30:4,6 54:6,8
87:14 135:14
135:16 139:22
139:24 140:10
140:13 147:23
148:3 161:12
170:12 177:24
179:6 184:14
203:20 221:18
221:19 225:9
226:20
**reading** 202:2
222:9 226:7
**ready** 46:7
130:15 179:3,4
192:6 202:3
204:5,6 205:6
212:13 216:12
**realize** 80:10
127:18,18
**realized** 120:21
**really** 5:22 12:3
12:13 14:19
16:11,24 20:15
22:19 25:10

27:5 28:16
32:20 37:3
38:21 44:19
55:8 62:17
98:25 99:1,24
111:3 120:22
126:18 137:6
141:14,17
155:9 160:2,16
175:19 186:17
188:14 205:17
**reason** 25:11
53:11 71:5
81:20 88:15
97:8 115:8
120:23 146:20
156:22,24
174:16 208:5
213:1 225:10
226:9
**reasonable**
225:15
**recall** 9:2 18:10
24:12 25:5,10
25:18 27:8
28:18 32:4
36:5 38:21
39:9 41:6 42:8
43:11 44:19
46:16 48:8,10
53:5,8 54:22
56:9 59:11
63:7 66:7,16
78:15 83:18
85:8 87:15,24

104:16 122:20
124:19 125:1,4
136:7 138:13
148:20 166:21
169:16 172:8
172:10,11
179:25,25
185:22 188:14
196:13,16,16
215:16 220:17
**receipt** 225:15
**receive** 155:2
**received** 58:11
59:18 78:18
123:4
**receiving** 54:1
**recess** 62:11
108:22 174:10
214:12
**recollection**
185:7 218:12
**recommended**
10:13,24
**record** 47:6
52:19 53:18
214:11 224:11
**records** 173:22
197:10 199:6
199:12,14
202:14
**reduced** 171:8
**refer** 107:2
165:13 184:8
217:14

**referenced**
225:9
**referred** 80:1
**referring** 23:6
188:17
**reflected**
226:22
**regard** 135:18
225:16
**regarding**
22:25 135:15
178:19
**regardless**
151:17
**regards** 178:20
**regular** 61:22
**reimburse**
44:20
**reimbursed**
44:9 83:13
**reimbursement**
82:13 83:9
**related** 18:1
**relationship**
63:25
**relationships**
63:22 80:8
**relative** 224:14
224:16
**released** 93:18
**relieved** 212:4
**remember** 4:20
12:8 14:6,8,17
14:19,22 15:1
15:10 17:6,9

17:11,24 18:24
19:2 22:8,16
22:17,19 24:13
24:15,15 25:16
27:15 29:5,7,7
30:7,10,16
32:16 33:19
35:7,9 36:6,20
37:19 41:22,25
42:2,10,11,22
43:6,13 44:6,7
44:17 45:19
48:11 49:3
50:18 52:11
54:1,4 60:20
67:7 71:22
77:13,21 90:17
94:6 98:14
102:9 104:14
104:17,18
105:5,18 107:7
108:4 124:17
129:8 150:15
166:7 169:22
170:1 171:2,19
171:22 186:1
189:23,25
190:4,9,11
191:13,16
201:22 210:17
212:16,23
217:20 219:12
**reminds** 54:14
71:13

**remove** 54:16
54:22
**removed** 54:17
**repairs** 209:17
209:23 211:1
**repeat** 6:3
**replace** 51:17
51:20
**replied** 166:12
**report** 46:9
131:24,25
150:16,17
157:7 161:4
**reported** 1:21
131:22 157:20
**reporter** 1:21
5:13 7:4 38:8
77:25 163:6
168:2 177:24
221:18,20,23
222:1,4,6
224:1,6
**reporting** 28:6
**representing**
2:2,6 4:11
221:11
**resigned** 17:4
210:7
**resolved** 73:10
182:24
**resource** 17:16
39:7 107:2
**resources**
107:5

**respect** 49:17
**response** 3:23
3:24 105:16,17
108:7 131:2
133:3 138:4
178:21 179:1
185:2 193:7
**responses**
17:19 174:17
**responsible**
86:2
**restriction** 6:21
**restroom** 6:17
**resume** 198:10
198:15,22
199:7
**retaliate**
131:10 180:22
182:4
**retaliated**
39:22 40:4
111:16 122:22
123:1 124:12
179:10,11,16
182:11,17
**retaliation**
39:14 41:13
181:14 183:1
**retaliatory**
181:22
**return** 86:14,18
**returned**
107:24 225:15
**returning**
186:4

**review** 225:9
**rh** 1:7 226:2
**ride** 20:21
43:23 121:10
**riding** 142:23
**right** 4:12 5:10
6:5,23 7:1,2,11
7:12 8:20,22
8:25 9:1,8,10
9:23 10:3,21
11:2,8 12:5,19
13:9 14:3,8,24
15:4,22 16:8
17:3,12 18:11
18:16,19 19:7
19:14,24 21:15
21:24 22:16
24:6,7,17,22
25:16,20 26:20
27:1,7,10,23
28:1,4,14,17
29:3,11,18,21
30:1,22,22
36:2,8,11,15
37:14 38:15,16
38:17,18,23
39:1,16 43:6
44:24 47:1,1,2
48:7,20 49:1
51:5,8 52:22
53:1,23 54:5
54:18,24 55:23
56:8 57:1,6
58:1,3,14,25
59:2,23 61:12

**[right - roebuck's]**

| | | | |
|---|---|---|---|
| 61:13,20,23 | 153:3,6,8,11 | 211:16,22 | 75:19,23 76:4 |
| 62:9 65:19,22 | 154:9 155:3 | 212:8 213:10 | 76:11,15,20 |
| 66:5,19 67:7 | 156:12 157:1 | 213:10 216:4 | 77:18 78:19 |
| 67:10,15 70:17 | 159:1,21 160:1 | 218:7,10 | 79:8,12 81:5 |
| 71:9,17 72:14 | 160:25 163:15 | 219:23 220:22 | 81:18 84:1,12 |
| 72:21 75:18 | 164:7 165:25 | 220:23 221:22 | 101:21 113:3,4 |
| 79:14,20 80:1 | 166:5,25 | 221:25,25 | 113:21,22 |
| 80:15,18 82:2 | 167:24 168:9 | **ring**   66:18 | 116:20,25 |
| 83:12 85:21 | 168:14,23,25 | **ro**   132:14 | 119:7,7 120:7 |
| 87:17 89:10 | 169:14,22,25 | 142:13 | 120:8,19 121:4 |
| 91:12,12 92:19 | 170:19 172:25 | **road**   22:13 | 122:13 126:7 |
| 92:25 93:2,8 | 173:3,23 174:7 | 53:2,17 54:11 | 126:14 127:11 |
| 94:2,5,24 95:6 | 174:16 175:1 | 54:25 55:12 | 128:6 132:1,7 |
| 98:16,19 99:6 | 175:24 176:6 | 67:2,16 68:4 | 135:8 136:17 |
| 102:5 106:13 | 177:15,18 | 171:20 | 137:12 140:22 |
| 106:23 108:15 | 179:7,10 | **roadkill**   152:9 | 141:2,13,14 |
| 109:4,18 110:7 | 183:24 184:5 | 152:12,19,25 | 142:14,16,25 |
| 110:16 111:1 | 185:11,19 | **roadway**   54:16 | 143:19,20,20 |
| 111:17,22 | 187:3 188:21 | 61:13 | 144:8 150:10 |
| 112:23 114:11 | 189:6 191:1 | **robbery**   93:17 | 151:9,24 |
| 115:7,17 | 192:17 193:10 | **robinson**   92:7 | 152:18,20 |
| 116:11,19,21 | 193:23 194:2 | 219:9 | 153:13,22 |
| 117:19 118:19 | 194:11,20,22 | **rode**   143:5 | 154:11 157:8,9 |
| 119:11 122:21 | 195:5,11,14 | **roebuck**   20:3 | 157:13 161:24 |
| 125:22,25 | 196:1,6,15,25 | 31:1 51:2,12 | 163:11 176:6 |
| 126:16,17 | 197:2,24 | 59:1,23 60:8 | 176:13,16,20 |
| 127:5,5,11 | 198:24 199:3 | 62:22 64:15,21 | 178:4,11,22 |
| 128:24 129:9 | 199:12,14,18 | 66:2,6,20 67:1 | 179:9,11,16 |
| 133:2,5,18 | 200:14 201:9 | 67:23 68:7,10 | 180:1,2 183:3 |
| 134:24 135:18 | 203:11,13 | 68:15,19 69:1 | 183:19 215:2 |
| 141:23 142:9 | 204:2,7,8 | 69:20 70:5,7 | 218:18 |
| 143:6 144:9,23 | 205:10,18,25 | 70:12,23,25 | **roebuck's** |
| 145:11,12 | 207:6,9,14,16 | 71:18,21 72:3 | 83:25 121:13 |
| 146:17 147:5,7 | 207:25 209:9 | 72:24 73:15,24 | 131:22 138:16 |
| 147:24 150:7 | 210:2,16 211:9 | 74:14,19 75:5 | 141:20 142:7 |

215:6
**role** 84:7,9
**rolled** 138:6
**rolling** 125:7
**room** 124:24
    149:8
**rotor** 34:2
**roughly** 47:15
    73:25 93:15
    207:8
**route** 73:15,16
**routinely** 22:8
**row** 124:23
**rule** 225:23,23
**rules** 225:15
**running** 102:12
**russ** 28:6 31:8
    130:3,4 169:13
    169:14 176:1,8
    188:9,10
**russell** 129:23
    160:10 177:4
    187:21 188:9
    188:12,16
**russell's** 187:20

**s**

**s** 4:1 106:24
    110:12 127:22
    225:17
**sat** 102:16
    113:6 124:20
    124:23 159:1
**satisfied** 133:2
**satisfy** 134:17

**saw** 9:18 72:11
    117:7 118:24
    134:24 152:18
    160:22 161:17
    161:18 170:9
**saying** 20:19
    42:22 68:12
    84:3 90:24
    97:5 105:18
    119:25 120:4,5
    120:19,22
    122:3 135:1
    142:7 145:25
    146:24 147:16
    152:14 153:9
    155:25 169:18
    177:6,23 178:8
    185:24 189:23
    189:25 190:4
    191:24 192:20
    192:22 200:17
    219:12
**says** 22:24
    23:20 24:18
    28:3,6 45:2
    97:18,21 99:7
    126:2,12
    128:10 131:20
    131:20,21
    135:7 138:7
    147:2 150:9
    152:7,8 154:20
    155:10 157:4
    157:20 158:1
    160:14 162:21

162:23 163:3
    165:13,14
    167:8,14
    174:24,25
    175:25 183:22
    184:9 185:3,11
    196:1 197:3,8
    204:13,22
    205:18,25
    208:6,9 210:7
**scheduled**
    147:22 148:7
    148:10
**school** 31:24,24
    32:23 140:18
    205:6 206:24
    207:11
**scream** 104:6
**screaming**
    97:19 213:22
    220:3
**screen** 29:10
**scrutiny** 154:21
    155:5,6,12,14
    155:16
**se** 1:19
**searches** 200:9
**seat** 82:25 83:3
    88:23 150:2,3
    150:8,10,23
    151:1,10,15,25
**seatbelt** 150:20
**second** 12:1
    17:19 66:3
    68:15 72:2

73:20,23,25
    76:25 77:7
    79:11 111:7
    150:1 165:23
    174:17,23
    175:15 178:25
**secretary** 27:21
**see** 23:20,23
    24:6,19 28:18
    29:12,16 37:4
    46:21 48:7
    49:25 53:16
    54:19 62:16,21
    73:10 77:16
    87:18 89:20
    90:20 91:2,3,5
    91:15 92:9
    116:25 117:4
    117:16,17
    125:23 128:12
    128:23 131:12
    137:9,11,23
    139:23 149:22
    150:12 152:20
    152:22,24
    153:3,10
    159:11,12,13
    162:2 190:21
    208:9 215:16
    216:11,19
    217:5 219:10
**seeing** 54:22
**seem** 213:7
**seemed** 183:7

**[seems - sir]**                                                    Page 36

| | | | |
|---|---|---|---|
| **seems** 165:13 | **serious** 63:25 | **sic** 34:2 67:1 | **single** 105:25 |
| **seen** 15:2 24:12 | **serve** 93:11 | 76:4 219:7 | **sir** 4:13 5:14,16 |
| 24:12 63:12,18 | **server** 207:22 | **side** 67:2 68:3 | 5:20 6:4,9,15 |
| 63:25 64:14 | **services** 1:9 | 95:2 96:4,5 | 6:24 7:13 8:5 |
| 80:11 87:4,11 | 78:5 225:7 | 124:23 | 8:18 9:15,22 |
| 88:5 117:2 | 226:4 | **sides** 96:3 | 10:2,7,13 11:1 |
| **selling** 93:23 | **set** 11:16 20:13 | **sign** 24:16 | 14:2,14,16,25 |
| **semi** 34:1 | 20:13 57:12 | 27:13,14 30:9 | 15:2,12,18,24 |
| **send** 83:7 97:6 | 84:19 199:16 | 46:21 47:21,25 | 16:3,7 17:4,11 |
| 97:7,8 151:4 | **severe** 155:17 | 108:10 225:12 | 18:3,6 21:7 |
| 151:17 | **shaunna** 27:16 | **signature** 24:1 | 22:1,3,6,12 |
| **sending** 97:2 | 27:17 31:10 | 24:4,12,21 | 23:22 24:20,23 |
| 181:25 | 36:9 | 52:23 53:9,20 | 25:1,22 26:1,5 |
| **sent** 23:10 | **sheet** 46:14,25 | 78:7 223:16 | 26:21 27:3 |
| 62:24 63:8 | 225:11,12 | 224:22 226:24 | 28:18 29:4,17 |
| 96:24 100:2,3 | 226:1 | **signed** 3:17 | 30:24 31:2,5,7 |
| 102:8 109:9 | **shift** 13:11 71:1 | 24:22,24 26:23 | 31:9,11 33:22 |
| 129:7 181:16 | 180:6 | 27:24 29:1,19 | 34:8,11 35:8 |
| **sentence** 93:14 | **shifts** 171:7 | 29:22 31:13 | 35:10,13,16,19 |
| 126:2,12 | **shocked** 101:10 | 35:23 42:5 | 36:14,17,23 |
| 175:25 179:7 | **shorthand** | 53:7 54:3 | 38:25 39:19,21 |
| 184:14,17 | 224:9 | 78:13,13 | 39:23 40:1,3,5 |
| **sentences** | **shoulder** 35:20 | 225:17 226:24 | 42:1,6,12,14,21 |
| 175:21 | 202:20 | **signing** 27:8 | 43:5,9,20 44:1 |
| **separate** 46:25 | **show** 9:3 23:7 | 53:5 54:2 | 44:3,15,23 |
| 73:14 | 26:8,11 35:25 | 222:10 226:7 | 45:12 46:24 |
| **separated** | 52:17 125:20 | **silent** 213:4 | 47:11,23 48:6 |
| 73:11,12 | 173:23 198:6,8 | **similar** 32:10 | 48:19,23 50:15 |
| **separately** | 199:10 | 201:6 | 50:20 51:9,14 |
| 178:20 | **showed** 72:7 | **simply** 200:21 | 52:13 53:25 |
| **september** | **showing** 198:4 | **simultaneous** | 54:20 56:17 |
| 197:3 198:19 | **shows** 174:23 | 38:11 | 57:10,25 58:2 |
| 223:13 224:19 | 200:8 | **sincerely** | 58:5,16,21,24 |
| 225:4 | **shy** 215:17 | 225:18 | 60:5,16,22,24 |
| | | | 61:14,19 64:6 |

| | | | |
|---|---|---|---|
| 64:9,16,20,23 | 110:25 111:21 | 160:18,24 | 199:13,23,25 |
| 64:25 65:2,9 | 113:1,9,14,25 | 161:6,8,15 | 200:3,11,13,19 |
| 65:12,15,18 | 114:9,12 | 162:6 164:20 | 200:24 201:8 |
| 66:10,18 67:6 | 115:24 116:10 | 165:1,12,24 | 201:17,25 |
| 68:5,18 70:10 | 116:16,18,22 | 166:17,22,24 | 202:20,22 |
| 71:11,19 72:18 | 117:6,9,17 | 167:4,6,10,12 | 203:2,4,6,10,22 |
| 72:20 73:13 | 118:1,12,18,20 | 167:17,19,23 | 204:6,15,19,21 |
| 74:6 75:6 | 119:5,20 121:1 | 168:13 169:15 | 204:24 205:5,9 |
| 76:18,22,24 | 121:21,24 | 169:20,24 | 206:6,9 207:13 |
| 77:19,24 78:20 | 122:4 123:21 | 170:8 171:13 | 207:16,18 |
| 80:25 81:13,15 | 124:7,10,21 | 172:2,17 173:7 | 208:3,17,19,21 |
| 81:22 82:16,19 | 126:10,19 | 173:14,16,24 | 209:7,8,15,24 |
| 83:7,14,16,21 | 127:7,14,16 | 174:2,20 176:7 | 210:1,8,12,20 |
| 83:24 84:5,11 | 128:14,14,25 | 176:9,11,14 | 210:25 211:2 |
| 84:18,22 85:14 | 129:2,14 | 177:7,16 179:4 | 211:21,24 |
| 85:18,22,25 | 130:19 131:6 | 180:19 181:20 | 212:9,18 |
| 86:6,10,12,15 | 131:17,17 | 181:23 182:1,3 | 214:18,22,25 |
| 86:17 87:6 | 132:4 133:4 | 182:16,18,21 | 215:3 216:8,10 |
| 88:18,21 89:11 | 134:18 135:22 | 183:2,10,21 | 216:13,16,22 |
| 89:19,25 90:2 | 137:16,24 | 184:19,22,24 | 216:25 217:3,7 |
| 90:8,15 91:4 | 138:3 139:4 | 185:14 186:8 | 217:9,12,19,24 |
| 91:17,24 92:2 | 140:5,8 141:10 | 186:13 187:12 | 218:9,12,14,17 |
| 92:10,24 93:1 | 143:8 144:3,7 | 188:22 189:5 | 218:20,24,24 |
| 94:25 95:15 | 145:16,18 | 190:13,24 | 219:3,6,15 |
| 97:24 98:23 | 147:6,8,14,21 | 191:10,12,15 | 220:2,4,6,10,12 |
| 99:8,13 100:14 | 148:4,10,14,16 | 191:18,23,25 | 221:4,6,12 |
| 101:18,20,22 | 149:19,24 | 192:6,19 | **sit** 21:11 57:23 |
| 101:24 102:4,7 | 150:8,13 151:7 | 193:14,22 | 57:23 113:23 |
| 103:14,17 | 151:23 152:6 | 194:12,14,19 | 115:16 116:20 |
| 104:2,5,8,11,13 | 152:17 153:2,7 | 194:23 195:7 | 124:22 149:9 |
| 104:16,20,23 | 153:10 154:15 | 195:10,15 | 156:20 |
| 105:4,12,20,23 | 154:19 155:4 | 197:11,13,21 | **site** 62:6 143:14 |
| 106:6,16 107:3 | 157:19 158:25 | 197:23 198:2 | **sites** 142:22 |
| 107:25 108:5,9 | 159:17,20 | 198:13,16,23 | **sitting** 64:11 |
| 108:17 110:22 | 160:3,7,13,15 | 198:25 199:2 | 121:10 136:19 |

**[sitting - stay]**                                                                    Page 38

| | | | |
|---|---|---|---|
| 136:23 149:12 | 220:22 | **speculate** 158:9 | 205:3 |
| 200:2 | **son** 193:2 | **speculation** | **started** 9:13 |
| **situation** 41:4 | 194:14 | 139:17 146:9 | 15:10 20:1 |
| **six** 7:8 16:20,20 | **son's** 92:16 | 164:18,22 | 25:16 27:2,6 |
| 16:21 181:11 | **sorry** 10:21 | 182:20 183:9 | 27:10 30:25 |
| 181:11 | 29:24 73:21 | 218:6 | 31:3,12,12,18 |
| **skid** 56:13,15 | 75:20 76:6 | **speech** 42:13 | 31:22 41:18 |
| 56:16,17 58:9 | 125:3 203:17 | **spelling** 7:5 | 47:8 51:1 65:1 |
| 58:12,20 60:3 | 209:11 | **spent** 7:19 | 65:3 72:11,19 |
| 116:8,9 | **sound** 28:14 | 184:20 | 75:2 77:21 |
| **skin** 133:16 | 38:16 | **spoke** 62:15 | 94:13 146:19 |
| **slur** 145:5,6 | **sounds** 38:17 | 70:7 106:16 | 176:25 180:6 |
| 161:16 | 129:16 212:24 | 169:13,14 | 194:14 198:20 |
| **slurs** 143:21 | **southwest** 7:15 | 184:21 | 207:5 210:5,17 |
| 149:20 157:7 | **speak** 4:5 15:23 | **spoken** 66:14 | 210:24 214:19 |
| 165:15 | 62:16 76:20 | **stacy** 66:17 | 215:2 |
| **small** 203:24 | 82:4 85:19 | 104:15 176:1 | **starting** 27:4 |
| **smaller** 57:18 | 105:11 106:9 | 176:10,15 | 28:13 212:1 |
| **smith** 2:3 221:7 | 106:14 112:25 | 182:8 184:4,21 | **state** 1:22 |
| 221:10 225:1 | 159:24 221:9 | 185:4,12 189:1 | 175:17 223:4 |
| **smoker** 6:18 | **speaker** 186:10 | 189:4,15,19 | 224:3 |
| **soak** 115:16 | 186:12 187:14 | 192:7 193:13 | **stated** 50:8 |
| **socialize** 13:14 | **speakerphone** | 193:25 194:9 | 62:25 69:11 |
| **solutions** | 189:3 194:6 | **stamped** 23:13 | 115:2 121:24 |
| 225:21 | **speakers** 38:11 | **standing** 97:1 | 193:19 201:17 |
| **somebody** | **speaking** 41:22 | 185:19,23 | 211:10 |
| 24:14 43:1 | 180:12 212:25 | **star** 33:9,25 | **statement** |
| 48:22 50:11,23 | **speaks** 164:6 | 34:10,12,13,15 | 29:16,22 120:9 |
| 75:1 81:24 | 164:22 179:18 | 35:12 92:24 | **states** 1:1 |
| 90:5,6,10 | 180:24 182:7 | 198:16 | **statute** 225:16 |
| 96:20 107:8 | 182:20 | **start** 24:18 | **statutes** 109:6 |
| 126:22 150:2 | **specific** 112:15 | 25:6,11,15 | 110:18 |
| 160:3 165:9 | 178:21 185:3 | 42:9 46:5 47:6 | **stay** 12:16 |
| 169:18 180:9,9 | **specifically** | 47:9 94:7 | 44:10 47:18 |
| 180:9 218:23 | 189:25 190:4 | 134:24 174:4 | 48:4,21 112:20 |

**[stay - supposed]**                                              Page 39

136:1 146:3
156:5,16
209:20
**stayed** 44:12,16
44:18 48:12
100:15 129:6
181:11 194:21
**staying** 142:9
**steer** 56:13,16
56:17 58:20
60:3 116:9
**step** 74:25
**stepped** 98:4
100:23,23
**stepping**
206:21,22
**steve** 11:12,18
11:18 18:15
19:12 31:6
45:15 68:9,12
68:24 69:19,19
70:2 72:1 74:9
75:21 76:5
94:16 176:1
180:16
**stoddard** 27:17
31:10 36:3,8
66:6 101:23
130:7
**stone** 206:22
**stop** 15:13 47:6
71:3 77:18
94:15,15
108:10 165:15

**stopped** 15:14
33:2 34:9
37:14 51:5,7
51:10,11 71:4
71:10,12 86:13
142:6,9 143:16
180:12,14
181:2 203:5,7
207:4
**stops** 68:4
**story** 199:3
**straight** 70:18
**street** 1:19
206:6
**stretch** 6:18
**strictly** 123:23
**strong** 211:25
215:20
**stuck** 17:25
**stuff** 11:5,17
13:13,15 14:11
20:22 46:21
47:18,19 49:21
50:6 61:11
64:10 68:10
69:6 70:3 73:1
73:11 82:17
83:11 91:10
94:10,13 96:19
109:19 110:4
111:8 114:3,6
119:1,18
122:14 132:2
142:20 146:13
155:22 182:23

186:16 189:2,9
190:6,6 192:10
192:12,16
195:24 199:17
206:24 207:24
213:6,20
219:21
**style** 226:3
**subject** 226:21
**subjected**
154:21,21
155:1,2,12
**subjecting**
155:6
**submit** 198:10
198:15
**submitted** 10:6
199:9
**substance**
226:22
**sued** 40:16,25
92:13,15,22
110:19
**suggested**
225:14
**suite** 2:4,8
225:2
**summarizing**
215:16
**sun** 64:8
112:18,21
113:17,23
114:21 136:10
220:23

**superiority**
64:19
**supervise** 21:3
**supervision**
62:20 224:10
**supervisor**
11:13 18:13
19:6 65:14,17
75:17 81:21
96:13,16 97:12
98:11 123:3
126:21 131:7
131:23 133:8,9
134:3 136:25
136:25 145:19
149:24 216:24
**supervisory**
65:11
**supplemental**
17:19 111:8
174:17,24
175:15
**support** 92:16
200:4,5,8,8
201:19 212:6
**suppose** 54:15
**supposed** 20:2
20:12 21:13,16
21:18,22 49:16
63:19 96:5
136:22,24
150:18,19
168:8 181:8,9
190:7 195:12

**supposedly**
142:3
**sure** 5:2 10:22
13:10,18 27:5
48:18 55:4
62:10,10 76:14
85:10 87:10
89:12 96:6
102:11 127:19
174:4 175:1
178:13,15,21
200:22
**surgery** 34:3
202:21,22
**surprise** 212:21
**survey** 85:23
**suspend** 84:10
84:17 220:14
**suspended** 77:8
79:23 80:12,13
86:23 94:3
104:18,21
105:9 115:21
129:11,24
187:17 195:13
220:14 221:1
**suspension**
168:6,18 169:9
176:22
**sworn** 4:4
223:11

**t**

**t** 4:1 118:6
132:17

**tab** 218:8
**table** 209:20,25
212:5
**take** 4:15 5:4
6:16,23 7:9
28:22,25 31:16
36:25 37:18
54:5,6 60:16
62:8 63:14
77:7 79:7,11
80:10,24 87:9
90:10 108:20
110:2 122:5
147:23 148:18
148:19,21,22
148:25 156:8
156:12 165:3
167:25 170:22
170:23 171:11
172:5,11,12,14
172:25 173:10
173:10 174:6
210:16 212:7
**takeaway** 52:3
**taken** 6:11 29:3
149:2 195:24
224:7 225:5
226:6
**talk** 5:6 11:15
43:1 45:24
49:16 50:6
63:19 68:4,4
70:2 71:24
73:9 77:17
82:10 96:16,20

98:10 102:5,20
107:5 115:18
115:19 118:25
120:25 128:24
139:13 142:4
146:5 158:4
159:8 169:19
175:24 179:22
186:18 187:1,1
191:7 192:23
194:6 196:14
196:23 213:19
213:24 214:2,3
215:12,12,22
221:8
**talked** 11:13,17
14:9,17,19
45:18 49:14,21
63:18 65:19,22
68:9,12 70:22
73:18 74:9
88:5,6,9 96:17
99:22 102:7
114:17 115:2,9
116:4 122:15
143:17,18,18
143:21 144:21
153:13 158:5
159:4,11,12,22
159:24,25
160:3,18,20
161:8,10,15,15
161:19,20,24
168:22 176:4
177:4 182:8

185:10 188:10
188:12,16
189:11 193:24
208:2,5 212:25
**talking** 10:19
10:22 23:6
56:25 58:22
66:16 69:20
75:12 80:16
92:13,14 99:15
102:15,22
103:3,21
133:24,25
136:3 145:24
159:7 160:10
160:25 162:12
162:15 163:21
165:9 179:14
189:9,12,14
190:17 191:2
196:21,24
199:7 209:22
210:23 212:13
**talks** 70:20
150:1 165:5
169:7 215:23
**tallahassee** 1:2
**targeted** 126:4
**tasks** 54:25
55:13
**taught** 8:14,16
**taxes** 195:24
**teaching**
205:17

**tech** 15:9,15
18:1 53:2
54:25 55:12
207:2 208:14
**technically**
193:11
**technician** 28:4
31:23 32:1
53:18 54:11
198:18 204:16
**telephone**
193:16
**tell** 11:2 14:23
18:8,11,16
20:6 21:5,21
30:22,25 49:2
50:10 54:9
62:25 63:9
66:8,11 69:18
69:19 71:5
72:1,21 74:25
75:3,7 86:22
94:6 95:6,16
95:18 96:13,14
97:12,20,22
99:7 100:24
101:1 105:13
106:19 107:7
109:7 113:16
113:22 121:23
124:5 128:16
131:5 132:5
134:10 138:19
161:16 180:8
185:17 186:12

187:13,16
188:23 189:6
191:11 196:12
200:5 212:21
214:20,23
215:1 217:1,3
219:19 220:14
**telling** 5:22
76:16 81:18
113:6 139:6
169:11 173:3
182:23 183:5
184:21 192:12
213:6
**tells** 75:23
97:16 100:20
123:16
**temporary**
202:12
**ten** 55:4,7
93:14 148:23
222:4
**terminate**
123:11
**terminated**
34:15,17,25
35:4 77:14
106:24,25
123:6,8 124:2
124:5,9 129:7
193:4 196:12
196:23 208:18
**termination**
123:5 182:12
196:18

**terms** 11:10
83:25 111:23
147:1 201:6
**test** 28:23,25
29:8
**testified** 4:6
84:1 139:3
152:10,11
159:18 170:21
177:11 178:5
183:19
**testimony**
80:21 98:1
102:12,13,18
102:21 108:6
116:19 132:23
144:25 176:5
177:14,23
178:22 185:1
215:15,25
219:25 220:19
225:9,15
**texas** 107:8,9
107:19 188:6
**thank** 118:2
168:2 184:3
185:16 200:14
221:14
**thing** 5:23 7:21
19:9 21:23
23:14 26:14
40:15,24 46:23
60:3 62:15,21
91:16 142:14
144:12 148:3

150:1 164:2
170:14 174:25
184:15 200:2
203:19
**things** 14:8
20:8,25 21:24
22:7 37:11
54:10,24 55:1
55:5,7,8,10,23
77:12 81:10,11
84:3 104:12
117:12 125:7
140:21 142:5
146:21 165:7
177:11 184:9
184:12 201:10
213:3 216:5
**think** 7:12 9:9
9:12 17:18,19
25:7,9 27:1,3,5
27:16 36:9
37:17 40:10,13
42:8 43:12
45:22 46:16
51:25 52:4,14
56:20 60:7
65:5 66:8
67:10,14 73:25
79:22 83:22
94:4,4,4 103:2
107:8,8 121:2
124:15 129:24
133:15 139:25
167:1 169:24
170:4,13 175:7

**[think - told]**

178:18 188:14
194:25 203:9
210:13 214:1,5
215:24,25
**thinking** 6:1
27:21 44:8,18
46:11 63:17,24
80:7 106:23
107:1 153:20
**third** 23:4,25
29:12 50:5
90:5 116:17
168:22,22
207:14
**thought** 64:17
99:9 130:3
133:17 155:23
161:23 168:10
170:24 199:18
202:16
**thread** 102:12
**threaten** 104:9
**threats** 216:7,9
**three** 16:22,22
43:12,14 45:23
45:23 52:15
62:18 93:24
106:5,6 111:12
111:15 116:6
116:14 138:8
178:10 200:7
201:18 207:10
216:20
**threw** 16:10
140:12

**throwed** 81:22
112:17
**thursday**
129:25
**time** 1:17 5:5
6:16 7:19
13:17,18 17:2
20:8 22:5,5
27:20 28:3
32:20 33:17
36:18 41:18
46:6,9,12,13,14
46:15,17 47:6
47:7,13,14
51:8 62:24
65:25 66:1
69:10 70:11,14
70:25 71:18,20
72:2 73:17,18
73:20,23,25
74:22 75:10,19
75:22 76:25
77:2,11 78:13
78:16 81:2,3,8
83:1 84:24
86:1,8 88:9
93:11,25 96:10
101:15 102:20
103:13 105:6
105:22 106:10
108:3,18
113:17,24
117:19 126:6
126:16 127:10
127:12,14

129:21 133:15
136:8 137:5
138:21 139:5,6
140:13,17
141:24 142:1
143:4,9,11,17
143:17,22,23
143:25 144:4
145:4,24,25
146:1,5,13
147:23 149:14
149:16,25
156:4,4 159:14
161:20,23
162:12,21,23
162:24,25
163:6,10,25
164:10,13,19
164:25 165:1,7
165:21,23
170:6 171:18
173:22 174:8
179:5 181:9
183:2 187:22
192:9 194:20
195:12 197:4
198:19 204:18
205:4,20 207:9
207:21 214:10
217:15,16
221:21 222:7
224:8 226:7
**times** 32:10
48:21 76:3,14
76:16 80:9

85:1 103:1,2
105:2 106:9
108:2 114:19
118:1 121:9,25
137:9,11 138:8
138:13,17
139:2,3 171:14
171:15 173:18
173:21 188:2
195:5,17
**tip** 207:23
**tire** 15:9,15
16:2 208:14
**title** 175:18
**today** 4:15 5:3
6:6,12 19:12
19:13 55:14
87:5 94:11,12
95:24 96:12
97:14 98:6
115:3 177:12
219:18
**together** 13:3
13:13 20:12
36:13 48:13
81:2 92:1,5
155:24
**told** 5:2 11:13
19:19 30:12,17
30:17,19 41:20
49:4,8 55:13
60:16 63:11
65:23 69:13,21
72:23 73:5
75:15 76:17

79:18 80:14
81:7,17,24
82:1 85:12
86:20 88:12
89:6,9,21,23
94:15,16 95:7
95:17 97:3,9
97:18 98:3,8,9
98:13,20,21,23
100:17,17,22
101:4 102:7,9
108:6 110:12
114:7 115:11
115:14,20,23
118:6,13,22,22
119:6 123:15
124:1,3,8
126:6 127:2,10
127:14,22
132:6 134:12
138:9,9 140:20
140:23 141:16
145:2,19 147:9
147:16 149:12
154:3 159:14
160:9 163:11
168:14 176:12
176:15 180:2,9
180:10 181:24
182:2 183:2
184:23 189:24
192:17 194:10
208:24 211:17
211:22,23
212:3 215:18

219:20 220:15
220:25
**tomorrow**
112:25
**tone** 50:3
132:18 141:12
141:20 144:5
**took** 12:16
31:23 60:21
63:1 83:15
121:25 122:1
130:1 141:25
148:13 154:1
173:2,8,12
218:3
**top** 57:24
**topic** 68:8
**tore** 34:1
**total** 138:8
**tough** 133:16
**toward** 29:12
83:19 126:4
180:18 215:6
215:10 216:7,9
216:19,21
**towards** 67:9
67:18,20 71:25
72:4,25 103:8
127:3 140:25
141:15 149:20
**town** 9:18
**trac** 58:22
**track** 46:14
**tractor** 56:13
56:25 57:17

58:8,10,12,18
58:23,25 61:2
114:5 116:5,21
117:1 135:11
136:13 149:9
153:14,17,23
154:13
**tractors** 56:22
57:15 60:18
**trade** 31:23,24
**traffic** 22:15
43:19 61:8
**training** 42:13
43:8,11,11,14
43:18,21 58:17
59:1,8 60:21
65:14 79:6,10
79:19 90:3,7
90:10,13
124:16,20
129:8,9 132:10
154:1,1 166:20
166:23 167:1,1
167:13 217:13
218:16,19
219:8
**transcript**
221:21 225:9
225:17 226:8
226:21
**translated**
224:9
**trash** 11:5 22:2
30:18 94:10,19
95:20 112:22

152:9,11
159:10 219:13
**treat** 126:14
**treated** 112:13
112:16 128:5
213:18
**treatment**
62:14 171:6
202:16
**trees** 22:10,11
22:15
**trial** 5:6
**tried** 82:24
188:4
**trip** 82:14
**trouble** 93:23
94:1
**truck** 20:14
21:11 36:21,22
36:25 37:4,9
37:21 38:20
56:19 61:20,22
62:1 82:24
88:12,16,17,25
88:25 89:1,2,8
89:9,13,15,22
94:10 95:20
100:6,7,11
116:5,20 117:2
117:2,18
137:22 149:8
150:24 151:2,8
151:16 152:1,1
167:16 209:16
209:22 211:1

**trucks** 94:9
211:14,15
**true** 103:6
119:11,12
178:8 183:5,23
185:13 224:11
226:21
**trulieve** 67:10
67:11,12,13,13
67:14 162:5
163:21 164:2
**truly** 67:12
**trust** 57:13
**truth** 4:5,5,6
**truthful** 5:9 6:7
6:14
**try** 5:22 13:16
43:22 49:9
55:20,21,22
73:3 129:22
192:22 198:14
201:6 214:14
**trying** 17:18
37:8 70:17
77:11 99:1,23
101:11 135:2
138:19 143:13
144:17 160:1
162:20 164:4
165:11,19
170:4 196:17
200:16 207:22
**turn** 57:18,20
57:21 58:1
60:17 61:6

159:2 180:11
197:14
**turned** 197:19
**turns** 60:17
205:14
**twice** 85:6
108:5
**two** 13:2 14:5,9
29:11 31:23
42:9 46:2 48:3
48:14 49:3
53:16 57:17
62:22 76:16
77:8 81:15
92:3 100:24
103:1 106:3,15
111:14 112:18
112:19 113:2
116:4,15
117:12 118:1
119:3 139:2
168:18 186:21
187:3,18
207:17 208:13
210:21 215:21
216:14 219:14
**type** 10:11 50:9
61:24 63:24
135:13
**types** 54:10
**typical** 20:7,8
**typically** 36:13
46:9 47:12,20
47:25 62:7
81:11,14 148:7

## u

**uh** 3:23,24 5:14
11:20 29:14
35:21 49:24
59:20 77:3
107:10 111:10
125:18 132:21
141:5 151:12
157:14,16
189:11 192:25
205:16 210:10
215:14
**um** 117:21
**uncomfortable**
68:11 69:22
73:9 103:7
134:13
**under** 6:10,10
16:10 34:1
62:19 110:19
209:19,25
212:5 224:9
225:15 226:20
**undersigned**
223:8
**understand**
5:15,21 6:7,13
6:24 28:9,10
64:4 102:11
111:19 178:13
184:8 198:21
199:20 200:15
**understanding**
70:16 99:23
102:19 119:25

**understands**
135:17
**understood**
5:18
**unfair** 45:8
157:1
**unfairly** 190:5
**united** 1:1
**unlawfully**
196:23
**unloading** 94:9
94:18 167:16
**unpaid** 173:8,9
**unreasonably**
154:21
**updated** 110:15
175:4
**ups** 147:1
**upset** 134:16
159:10 196:22
**use** 6:17 61:5
61:10,15 63:13
83:19
**used** 49:20 73:3
80:22 116:17
121:5 127:1
165:4 225:17
**usually** 55:20
148:18 170:23

## v

**valdosta** 72:5
206:17
**validity** 147:15
**vehicle** 36:15
43:22,23,24

82:18,20 89:22
113:7 151:10
151:24 154:17
**vehicles**  32:3
37:10 56:5
60:23 116:14
**ver**  193:14
**verbally**  97:12
193:14
**verify**  225:9
**veritext**  225:13
225:21
**veritext.com**
225:13
**versa**  96:7
**veteran**  186:19
**vice**  96:7
**victim**  127:23
**violent**  126:3
**vis**  124:22,22
**visiting**  12:12
**vocal**  213:3
**vocalize**  5:12
**voice**  103:12,19
106:11,12
169:17 212:15
213:25
**voiced**  213:14
**voicing**  213:18
**voluntarily**
17:3 34:13
48:4 208:16
**vs**  1:7 225:6
226:3

**w**

**w**  81:15 88:24
194:5 212:6
**waffle**  32:11,13
32:17 205:24
207:10,14,21
208:6,22,24
**wait**  88:25
126:8 137:19
169:2
**waited**  159:2
**waiting**  105:17
106:20 221:2
**waive**  221:18
222:9
**walk**  100:4,5
190:20,24
201:15 216:14
**walked**  94:16
95:1,2 100:12
190:19 191:19
191:21 192:4
193:1 216:1
219:22
**walking**  190:17
216:19,21
**walks**  215:24
**want**  10:21
11:6 16:13
17:25 19:12
36:2 37:23
55:16 62:13
78:6 89:12,21
92:11,11 94:2
95:8,8 96:13

102:10 109:23
109:24 125:5
127:19 131:6,9
137:3 146:1
156:18,18,23
158:23 170:11
170:14 174:25
175:14,24
178:13 179:5,8
181:2,15
196:23 200:4
200:15,21,22
204:12 207:3
215:12 221:8
221:23
**wanted**  15:14
131:5,8 149:3
149:4 169:18
170:10 178:21
187:14,19
198:17 208:13
**wants**  19:20
**ware**  67:14
**warehouse**
67:11,13,14
**waste**  138:21
139:5,6
**water**  49:23,25
205:14
**way**  23:13
33:16 49:14,14
49:16,21 52:18
62:15 70:19
80:2 83:22
109:14 112:13

122:21 126:14
157:17 180:11
181:10 182:17
192:20 193:8
199:15 217:2
**ways**  111:23
112:4,15 118:3
120:15 122:9
124:11 131:12
198:14
**we've**  171:16
171:17 175:1
176:4 192:15
**weak**  216:23
**weapon**  93:17
**wear**  150:2,20
150:23 151:1
**wearing**  150:3
150:8,10
151:10
**webber**  1:8
225:6 226:3
**website**  10:11
10:14,14,25
**week**  25:19
27:2,4 31:16
47:5,7,8 48:9
50:5 73:19,19
73:21 77:9
85:5,6 86:3
105:9,24,25
121:10 129:16
161:25,25
163:16 171:21
172:1,5,6,9

173:17 195:17
195:18,18,22
195:23 200:8,9
203:23
**weekend** 130:1
**weeks** 37:18,23
38:2,14 42:9
45:23 48:14
50:4 52:15
74:1 106:3,5,6
106:15 168:18
174:1 187:4,18
194:24 197:5
**wendy's** 201:14
**went** 10:14
11:8 26:18
30:8 37:6
41:21 69:24
78:20 90:9
91:7 95:4
96:12,17 98:23
99:4,9,16
102:2,4,7
103:10 106:10
106:12 110:13
112:21 115:1,8
129:22 141:11
142:15,18
158:4,5,22
159:3,4,14,22
161:1,8 162:17
162:18,23
163:7,10,25
206:14 219:21

**wessel** 66:17
104:15 176:1
176:10,15
177:8 179:9
184:4,21 185:4
185:12 193:17
194:8 196:12
**western** 1:19
**wh** 86:18
**wheelers** 20:16
20:17
**whew** 14:10
**white** 119:22
120:2
**winded** 109:14
**window** 138:6
**witness** 3:1 4:4
34:23 38:12
76:8 87:11,14
98:3 112:12
121:18 125:24
135:22,24
147:25 148:2,4
158:10,15,17
164:13,15,17
164:20 183:16
187:9 203:16
203:18,22,25
221:15 222:9
223:9 225:9,10
225:12,17
226:24
**witnesses** 84:3
165:25

**wondering**
142:2
**word** 63:13
75:4 80:22
126:22,24
127:1 135:14
135:14 157:15
199:24 211:25
**words** 52:4
118:8
**work** 12:22
13:11 18:1,7
21:2,3,10
24:14 31:13
35:12 36:12,21
36:25 37:11
42:9 46:9
47:15 48:16,17
62:6 67:4 71:1
72:23 77:1
85:2,7,12 86:3
88:1 94:3,7,8
96:11 105:15
113:17 114:21
115:15 117:1,4
117:7 119:7,15
119:16,17,17
120:6,13 128:4
134:15 135:3,8
136:7,8 137:3
138:22 140:15
142:22 155:6
155:12 156:1
167:15 171:7
171:16 172:14

172:21 181:17
187:4 195:14
195:15 196:2,6
196:8 197:4,6
198:5,14,17
199:21 200:3,4
200:5,6,20,23
201:5 203:5,6
205:13 207:20
209:16,21
211:13,14
212:13 219:11
220:23
**workday** 18:9
46:5,6
**worked** 8:22
9:24,25 13:3
16:17 17:6,16
17:22 18:4,12
18:25 30:23
32:5,6,16 33:8
33:11,17,21
37:19 39:1
47:6 48:8,9
62:5,19 64:21
81:2 84:24
86:1,9 101:15
103:13 113:2
118:5 119:3,14
119:22 120:2
130:1 136:9
137:5 146:21
148:25 155:23
171:4 194:21
194:25 195:1,4

195:6 204:13
204:14 206:1
206:13,16
207:10 210:11
210:21
**workers**  4:25
18:17 154:22
155:1
**working**  9:13
15:13,14 32:9
32:10 33:2
34:1,10 36:10
38:19 40:7
41:19 50:24
51:6,7 71:14
75:2 81:9
86:13 106:23
114:16 118:14
118:17,25
123:18 127:4
131:8,10
135:10 137:12
138:1 144:13
146:13 170:6
172:15 173:4
176:25 179:21
186:19 198:20
205:4 207:4
210:5 212:3,11
212:12
**workman**
92:24
**works**  143:15
201:11

**worried**  141:24
**worry**  48:5
86:21 88:2
132:25 134:14
142:17 145:20
145:20 175:10
**worse**  155:19
**wow**  8:3 33:15
**wrapped**
214:14
**wray**  1:21
223:8,17 224:6
224:23
**write**  5:13
46:13,17 84:21
127:18 147:1
150:21
**writing**  17:20
84:23 86:4
87:8,23
**written**  18:5
127:20 147:3,4
147:12 193:8
**wrong**  132:6
142:16 144:16
145:12,12,14
213:8,9,10,11
213:13,19
**wrote**  78:10
155:9

**y**

**y'all**  20:23 69:8
73:10,14 85:15
95:25 96:11
99:19 114:5

137:24 144:12
144:13 156:12
156:13,17
172:14 181:1
**yard**  94:19
185:23 186:7
**ye**  10:13 43:15
73:13
**yeah**  8:10,12,17
10:23 12:15
15:17 16:12,14
17:5 19:11
20:18,20 29:23
34:7 37:13
43:18 48:15
55:15,15 56:3
56:21,24 57:2
57:8,19 59:21
60:19 62:10
63:23,23,23
64:2,4 65:6
68:3,17 73:9
74:21,23 76:6
80:20 87:11
88:6 89:12,12
89:15 91:8,12
91:12,15,23
92:18,20 95:22
97:4 98:22
99:3 102:3
106:12,16
108:21 115:13
119:15 121:14
122:16 127:13
127:15 129:17

132:25 134:25
136:13 139:7
143:3,4,15
144:15 146:10
149:11,14
150:6,9 152:15
152:16 154:6
155:15,18
156:23 158:10
158:17 159:13
160:6,19,23,23
160:25 161:9
162:4,8 163:1
163:13 168:9
169:1 171:22
172:7 174:21
175:7,19 177:3
179:5 187:19
188:2,18,18
189:11,11,16
192:8,9 194:11
195:23 202:21
204:2 206:7,10
206:23 207:12
209:2,14,22
210:15 211:3
212:8,8 214:7
220:24
**year**  15:11
16:18,18,19
31:23 93:14
**years**  7:8 93:15
93:24 123:18
**yell**  99:21
101:16 104:3

**[yelling - zero]**                    Page 48

**yelling**   94:13
  95:8,12 96:18
  96:19 97:10,19
  159:6 162:18
  213:22 214:1,2
  219:21 220:1
**yep**   123:12
  170:17 199:8
**yesterday**   7:18
  7:18
**younger**   7:12

**z**

**zero**   57:18,20
  57:21 61:6
  205:14

Federal Rules of Civil Procedure

Rule 30


(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2)  Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.