

| FSUS EMPLOYEE HANDBOOK |
|---|

# Employee Handbook Acknowledgment

NOTE: EMPLOYEE SHOULD HAND THIS SIGNED ACKNOWLEDGEMENT TO HER/HIS SUPERVISOR, HUMAN RESOURCES OR PROJECT ADMINISTRATOR TO BE STORED WITH YOUR PERSONNEL FILE.

This Employee handbook is an important document intended to help employees become acquainted with Ferrovial Services U.S., Inc. This document is intended to provide guidelines and general descriptions only; it is not the final word in all cases. Individual circumstances may call for individual attention. Because the Company's operations may change, the contents of this handbook may be changed at any time, with or without notice, in an individual case or generally, at the sole discretion of management.

Please read the following statements and sign below to indicate your receipt and acknowledgment of this handbook.

I have received and read a copy of Ferrovial Services U.S., Inc. Employee Handbook. I understand that the policies, rules and benefits described in it are subject to change at the sole discretion of the Company at any time.

I understand that the employment terms set out in this handbook work in conjunction with, and do not replace, amend, or supplement any terms or conditions of employment stated in any collective bargaining agreement that a union has with the Company. Wherever employment terms in this handbook differ from the terms expressed in my union's collective bargaining agreement with the Company, I understand that I should refer to the specific terms of the collective bargaining agreement, which will control.

I further understand that my employment is terminable at will, either by myself or the Company, with or without cause or notice, regardless of the length of my employment or the granting of benefits of any kind. I understand that no representative of Ferrovial Services other the President of the Company may alter "at will" status and any such modification must be in a signed writing.

I understand that my signature below indicates that I have read and understand the above statements and that I have received a copy of the Company's Employee handbook.

Employee's Printed Name: _Eric Ealy_

Employee's Signature: _Eric Ealy_

Position: _____   Date: _____

Exhibit 9