Ferrovial Services in North America
# Code of Business Conduct



**I hereby acknowledge and agree:**

1. I have read and understand the Company's Code of Business Conduct policies.

2. I will comply with the policies and regulations outlined in this policy.

3. I understand that if I fail to comply with the regulations of this policy, I may be subject to formal disciplinary action up to and including termination.

4. If I have questions about this policy, I will speak with my Supervisor or FSUS Human Resources.

**Employee Name:** _Eric Ealy_
(Please Print)

**Employee Signature:** _Eric Ealy_
(Please Print)

**Date:** _3/22/22_

**NOTE: This Code of Business Conduct applies to all Ferrovial Services U.S., Inc. and its subsidiaries, and any person employed by the Company; including Employees, Managers, Officers, Directors, as well as any person authorized to act on behalf of the Company.**