Juan Garcia

 I asked for Eric Ealy and Darrell James 6/14/22 at 7:10 AM to move the truck out of the yard and dump the trash that was picked up from yesterday. I advised the job for the day to Eric and Darrell to pick up the rest of the trash where we left off from yesterday. Darrell, cutting me off mid-sentence, said to me "he picked up 5 miles of trash and why did I only pick up 2 miles of trash."

 Following, Eric and Darrell immediately responded with aggressive behaviour arguing toward me, Darrell saying that Eric and he work harder than the rest of us and Eric saying, "fuck you I aint doing it, I aint no fucking boy." I immediately walked toward Stephen Bearden for non-compliance from Eric and Darrell. As I was reporting the non-compliance/incident from Darrell an Eric to Stephen Bearden, Eric and Darrell confronted me continuously yelling and cussing, Eric yelling "I aint no fucking boy." I felt as if Eric wanted to strike me with his fist and as soon as Stephan pulled out his camera Eric and Darrell immediately calmed down. Stephen asked Eric and Darrell to take the rest of the day off to calm down and before Darrell left after Stephen asked him to go home, he said, "that is what I was waiting for, I'm calling my lawyer."

 Again, I have tried to explain what assignments need to be done to Eric and Darrell as maintenance technicians to fulfill the project's contract, but they refuse to follow instructions and as a result we are falling behind on work getting done. I tried to show Eric how to apply his time on Survey 123 and he said, "fuck this, you do it, this is not my job." This type of behaviour has been happening for the past 30 days and seems to get worse as time goes on. Every time I tell Eric and Darrell the work assignment, I get an attitude and aggression from them and they walk away from me cussing before I could finish instructing them the work assignment.

Juan Garcia
Project Foreman

*[signed]* Juan C. Garcia  6/21/22

Exhibit 11