Stephen Bearden

I was standing on the side of the building working on the herbicide tank when Juan came around the building and said he cannot handle the attitude from Eric Ealy and Darrell James. At the same time Eric and Darrell came out from the shop area/garage, Eric was loud and aggressively walking towards Juan Garcia with Looks of intention to attack. I immediately pulled out my camera phone and Eric and Darrell deescalated their aggression. I called Russ Flowers and then sent Eric and Darrell home with pay for a calm down. As Darrell James was leaving, he said that he was waiting for this and is calling his lawyer. This has been escalating for the past 30 days with Eric's refusal to drive the company truck to training, not working well with Allen Roebuck and others. First time he showed me aggression was when I confronted him for not being on the job site for an hour and a half. Second experience with Eric showing aggression was when I wrote him up for driving the company vehicle without a seatbelt. Third incident of Eric showing aggression toward me was when he had to go to company training. Eric walked into my office and said, "he was not driving the company truck to the training event and he was not going to the training without his family and I was required to give him gift cards." While Eric was at training Eric continually called demanding more money. I was also notified that Eric and Darrell were unprofessional and disruptive at the company training event by Ferrovial safety headquarter employees. 6/13/22 Juan told Darrell he has to work overtime. Darrell James said, "his time cuts off at 3:30 and he is not working overtime, that he is not all about that." Again 6/13/22 11:51 AM Darrell made the statement that he works for no man. I feel that I am chasing Eric and Darrell around trying to Deescalate arguments and they are creating a hostile environment for other employees.

*[Signature]*   6-14-2022

Exhibit 14