Stephen Bearden

I was standing on the side of the building working on the herbicide tank around 7:00 AM when Juan came around from in front of the building and said he cannot handle the attitude from Eric Ealy and Darrell James. At the same time Eric and Darrell came out from the shop area/garage, Eric was loud and aggressively walking towards Juan Garcia with fist balled up. I heard Eric yell "oh fuck no, I aint no fucking boy" so I immediately pulled out my camera phone and Eric and Darrell deescalated their aggression but still accusing Juan for not working. I called Russ Flowers and then sent Eric and Darrell home with pay for a calm down. As Darrell James was leaving, he said that he was waiting for this and is calling his lawyer. This has been escalating for the past 30 days with Eric's refusal to drive the company truck to training, not working well with Allen Roebuck and others.

First time he showed me aggression was when I confronted him for not being on the job site for an hour and a half, he called me a liar and said, "fuck this" and I walked away to defuse the situation. Second experience with Eric showing aggression was when I wrote him up for driving the company vehicle without a seatbelt. Third incident of Eric showing aggression toward me was when he had to go to company training. Eric opened my office door walked inn and slammed the door behind him and said, "he aint no fucking child, and he was not driving the company truck to the training event and he was not going to the training without his family and I was required to give him gift cards." While Eric was at training Eric continually called demanding more money. I was also notified that Eric and Darrell were unprofessional and disruptive at the company training event by Ferrovial employees.

Juan told Darrell 6/13/22 he needs to work overtime. Darrell James called me and said, "his time cuts off at 3:30 and he is not working overtime, that he is not all about that." I called Juan and Juan said, "he got an attitude from Darrell like normal." Again, 6/13/22 11:51 AM Darrell made the statement that "he works for no man." On one occasion I was driving to Greenville to check work production and passed Eric about 4 miles from Greenville headed to Madison he would not answer the phone when I called him. Following, Alan called needing a ride because he was left by Eric. Eric called me back 15 minutes later

Exhibit 15

saying "he isn't a fucking child and eats hot meals from home but came back to work. Juan Garcia would come and talk to me every day saying how Eric and Darrell would walk away from him in midsentence explaining work assignments. Darrell or Eric would call me every day and ask for the work assignment like Juan never talk to them.

After I sent Eric and Darrell home 6/14/22 Eric has called me every day even up to nine o'clock at night arguing about his time and money and how he needed to come to the office and take pictures of his time sheets that he just refused to do. He hasn't done his time in two weeks. He also said, "it was out of his hands, he got a lawyer." Darrell called in sick Wednesday and Thursday. I called him Friday not to come into work pending investigation. Darrell called me the morning of June 21, 2022 at 7:33 AM saying he is coming to the office to do his time because I was going to cheat him. I told him we could talk about it on the phone or send me a text message and that I could not have him at the office at this time.

After advising Darrell not to come into the office he showed up to the office around 8:03 AM 6/21/22 and tried to get into the Dodge 5500 parked on the side of the building and tried to get into the office but doors were locked. I feel that I am chasing Eric and Darrell around trying to deescalate arguments they are creating a hostile environment for other employees.

Stephen Bearden
Project Superintendent

*[signed]* 6-21-22