Allen Roebuck

      I was filling up the coolers with water by the shop when Juan was walking from in front of shop to Stephen Bearden, Eric Ealy was speed walking behind Juan to Juan with his fist balled up yelling, cussing with Darrell walking behind Eric toward Juan. While Juan Garcia was walking to Stephen Bearden, I heard Eric yelling at Juan "I aint no fucking boy." I also witnessed on several occasions Juan (foreman) giving Eric Ealy, Darrell James and myself work assignments and Eric will argue and cuss at Juan because he does not want to do the work assigned and Darrell will agree with Eric's comment, refusing the work assignment.

      Example, Juan was showing Eric how to record his time with Survey 123 and Eric said, "fuck this, you do it, this is not my job" and walked away cussing. Another occasion we were working in Greenville, I walked into the store, came out and Eric was gone with the truck. To add to that, Eric had called me a few times after hours back to back Wednesday night, April 27, 2022 arguing to me about his pay that his pay was not entered into Survey 123 correctly and was blaming me for it and refuse to stop calling me, after hours.

      I can't work with Eric because of the aggression from Eric and him not wanting to do our work assignments from Juan Garcia our foreman. I have experienced the same aggression from Eric, and he has made me start looking for another job because of his hostility at work.

*A.R.* Maintenane Tech.

6-21-22

Exhibit 16