# EXHIBIT 17

# JUNE 14 VIDEO

# PLEASE SEE:

https://www.imanageshare.com/f/6qvQvzW3khS