# Investigation Report



| | |
|---|---|
| **INVESTIGATION REPORT** | |
| **TO:** | Marilyn King |
| **FROM:** | Stacy Wessel |
| **DATE:** | 6/24/2022 |
| **RE:** | Eric Ealy_Madison_DOH 3/22/2022 |
| **The Complaint/Allegations** | |
| **Date:** | 6/14/2022 |
| **Incident(s):** | Final incident-EE was observed cussing at Foreman, refusing work assignment, and approaching Foreman in an aggressive manner with fist balled.  Please note that at time of suspension, EE was under his 90 days. |
| **Pre-Investigation Actions** | |
| Review of EE file with Project Manager (Russ Flowers) and Project Superintendent (Steven Bearden ) | |
| **The Investigation** | |
| **Date/Time the Investigation Began:** | 6/14/2022 at 8AM |
| **Employee and Witness Interviews:** Please note Stacy Wessel is present during interviews below | |

| Name | Date/Time of Interview | Date/Time of Follow-Up Interview |
|---|---|---|
| Russ Flowers | 6/14/2022 at 8AM | 6/20/2022 at 3:35PM<br>6/21/2022-9:45AM |
| Steven Bearden | 6/21/2022 at 4:33PM | |
| Eric Ealy | 6/21/2022 at 3:30PM | |
| Juan Garcia | 6/24/2022 at 6:45AM | |
| Allen (Bo) Roebuck | 6/23/2022 at 8:01AM | 6/24/2022 at 7:30AM |
| Shaunna Stoddard | 6/24/2022 at 9:28AM | |

| |
|---|
| Notes from each interview are in the investigation file. |
| **Evidence/Documents Reviewed** |
| 6.14.2022_Eric Ealy_Final Incident Report<br>EE statements<br>ERIC EALY CODE OF BUSINESS<br>FW  Madison Employee Phone #'s<br>Fwd  Eric Ealy seatbelt |
| Copies of these items are in the investigation file. |
| **Other Actions Taken** |
| **Date/Time the Investigation Was Completed: 6/24/2022 at 10AM** |
| **Conclusions** |

**Incident 1-**EEs have heard EE on multiple occasions yelling and arguing with Juan Garcia

**Conclusion-While EE denies every cussing or yelling, all employees interviewed have reported incidents that they have observed EE cussing and yelling. Based on the facts reported, I have concluded that this has occurred.**

**Incident 2-**Shaunna Stoddard reported that EE called me after hours, Wednesday, April 27, 2022 with raised aggressive communication insisting that "I pay him now" with what hours he thought he was supposed to  get on his paycheck, (Eric was wrong on the hours). I told Eric we will figure it all out tomorrow (Thursday) as payday is Friday and he said, "no he needs to be paid now."

**Conclusion- While EE denies all parts of this to include the call, the facts reported support that this occurred. Allen reported that he had also received a call regarding this with the**

Exhibit 18

Revision 1 August 2019        Investigation Report        1

# Investigation Report



**EE blaming him for the incorrect pay. Please note that Allen is a Maintenance Technician**

**Incident 3-**Shaunna Stoddard overheard EE in the office telling Allen Roebuck that he didn't do any work, that Allen didn't work as hard as he did and was arguing with him about what they did that day.

**Conclusion- While EE denies that this happened, the facts reported support that this occurred. Shaunna and Allen both reported that this occurred.**

**Incident 4-**Juan Garcia reports "I asked for Eric Ealy and Darrell James 6/14/22 at 7:10 AM to move the     truck out of the yard and dump the trash that was picked up from yesterday. I advised the job for the day to  Eric  and  Darrell  to  pick  up  the rest  of the trash  where  we left off from yesterday. Darrell, cutting me off  mid-sentence,  said to  me "he picked  up 5 miles of trash and why did I only pick up 2 miles of trash" Following, Eric and Darrell immediately responded with aggressive behavior arguing toward me, Darrell saying that Eric and he work harder than the rest of us and Eric saying, "fuck you I aint  doing it, I aint no fucking boy." I immediately walked toward Stephen Bearden for  non-compliance from Eric and Darrell.

As I was reporting the non-compliance/incident from Darrell an Eric to Stephen Bearden, Eric and Darrell confronted me continuously yelling and cussing, Eric yelling "I aint no fucking boy." I felt as if  Eric wanted to strike me with his fist

**Conclusion- While EE denies this, the facts reported support that this occurred.**

**Juan, Allen, and Steve confirmed all parts of the conversation with Allen reporting that Eric was approaching Juan with his "fist balled"**

**Incident 5-**Juan Garcia reports "I tried to show Eric how to apply his time on Survey 123 and he said, "fuck this, you do it, this is not  my job." This type of behavior has been happening for the past 30 days and seems to get worse as time goes on".

**Conclusion- While EE denies all parts of this to include the call, the facts reported support that this occurred. Please note that Allen reported observing this in his statement.**

**Please note that during EE interview that he stated to every question "I am not going to agree or admit to anything". During the interview, EE reported that Allen had asked him "What do you call a black man hung" EE stated that he reported this to Steven Bearden. EE confirmed that after he reported to Steven that no additional comment were made. Allen denies that this was said and stated that "he would not even know what the punch line would be". Steven denies that EE every reported anything of this nature.**

| Recommendations | |
|---|---|
| Termination-Violation of Company Policies. In particular, Business Code of Conduct. | |
| **Signature** | |
| Signature of Investigator:  Stacy Wessel | |
| Date: 6/24/2022 | |
| | |
| | |
| | |