| | |
|---|---|
| **From:** | Wessel, Stacy |
| **To:** | King, Marilyn |
| **Subject:** | Your review and approval requested-Eric Ealy_Madison |
| **Date:** | Friday, June 24, 2022 1:00:01 PM |
| **Attachments:** | 6.14.2022_Eric Ealy_Madison.zip |
| | 6.14.2022_Eric Ealy_Final Incident Report.docx |
| | image001.jpg |

Hello and Happy Friday.

EE was observed cussing at Foreman, refusing work assignment, and approaching Foreman in an aggressive manner with fist balled.  Please note that at time of suspension, EE was under his 90 days. There are 4 other reported issues of a similar nature in the report.

I support this termination. Thanks!

Stacy Wessel, SHRM-SCP
HR Business Director-FSNA
Human Resources
M.: +1 832 258 7570.
stacy.wessel@ferrovialservices.com

748 East International Speedway Blvd.
Deland, FL 32724 (USA)
www.ferrovialservices.com



Exhibit 19