| | |
|---|---|
| **From:** | King, Marilyn |
| **To:** | Wessel, Stacy |
| **Subject:** | RE: Your review and approval requested-Eric Ealy_Madison |
| **Date:** | Monday, June 27, 2022 10:10:00 AM |
| **Attachments:** | image001.jpg |

Reviewed and approved per our discussion.

**From:** Wessel, Stacy <stacy.wessel@ferrovialservices.com>
**Sent:** Friday, June 24, 2022 12:00 PM
**To:** King, Marilyn <marilyn.king@ferrovialservices.com>
**Subject:** Your review and approval requested-Eric Ealy_Madison

Hello and Happy Friday.

EE was observed cussing at Foreman, refusing work assignment, and approaching Foreman in an aggressive manner with fist balled.  Please note that at time of suspension, EE was under his 90 days.

There are 4 other reported issues of a similar nature in the report.

I support this termination. Thanks!

Stacy Wessel, SHRM-SCP
HR Business Director-FSNA
Human Resources
M.: +1 832 258 7570.
stacy.wessel@ferrovialservices.com

748 East International Speedway Blvd.
Deland, FL 32724 (USA)
www.ferrovialservices.com



Exhibit 20