# EMPLOYEE PERSONAL ACTION NOTICE – INFRASTRUCTURE (US)

**ferrovial** services

**Effective Date of Action:** 6/27/2022

**Last Name** James   **First Name** Darrell   **Middle Name** K

**SAP PERNR** 10020164

| | | |
|---|---|---|
| **Type Of Action** | **Action Reason** | **To Be Position Title** |
| Separation | 3- Voluntary-Abandon Position | Maintenance Technician |
| **To Be Company Code** | **New Cost Center** | **Supervisor / Manager** |
| 2003 Infrastructure | Madison County 20083002 | Russ Flowers |
| **Personnel Sub Area** | **Employee Group** / **Employee Subgroup** | **Work Contract** |
| FLMD - Madison FL | F - Full Time / 93-Wages | OP - Operators |
| **Work Schedule** | **Working Week** | **Workforce Indicator** |
| DU08H00-D 07:00am - 15:30pm 5X8 | Working Week Sat through Fri | Select an item |

STI
Justification for change:
EE abandon position during HR investigation.

| **Current Pay Amount** | **New Pay Amount** |
|---|---|
| Hourly Rate/Activity Type | Hourly Rate/Activity Type |
| 13.50  / 100014 - Technician (General) | / Choose an item. |
| Annual Salary | Annual Salary |
| / Choose an item. | / Choose an item. |

**Last Day Worked**

**Approvals**

| Completed by – Signature/Date | Manager Approval – Signature/Date | HR Approval – Signature/Date |
|---|---|---|
| Shaunna Williams    1/10/2023 | Russ Flowers | |
| Completed by – Print | Manager Approval – Print | HR Approval – Print |

Yellow = to be completed by Field Administrators/Site Managers
Blue = to be completed by Human Resources/Labor Resource Coordinators

Exhibit 21