UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERIC EALY and
DARRELL JAMES,                                              CASE NO.: 4:24-cv-00029-RH-MAF

        Plaintiffs,

v.

WEBBER INFRASTRUCTURE
MANAGEMENT, INC.,

        Defendant.
_____ /

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Plaintiffs, Eric Ealy and Darrell James (hereinafter referred to as "Plaintiffs"), and WEBBER INFRASTRUCTURE MANAGEMENT, INC. ("Defendant"), parties to this legal action, by and through their attorneys, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby jointly stipulate as follows:

1. All claims by Plaintiffs against Defendant are dismissed with prejudice.

2. Each party is to bear its own costs and attorneys' fees with respect to this legal action and the entry of this stipulation.

Dated:  Miami, Florida
            November 4, 2024

| **DEREK SMITH LAW GROUP, PLLC** | **FISHER & PHILLIPS LLP** |
|---|---|
| */s/ Daniel J. Barroukh* | */s/ Kenneth A. Knox* |
| Daniel J. Barroukh, Esq. | Kenneth A. Knox, Esq. |
| Florida Bar No.: 1049271 | Florida Bar No.: 829455 |
| DEREK SMITH LAW GROUP, PLLC | FISHER & PHILLIPS LLP |
| 520 Brickell Key Drive, Suite O-301 | 201 E Las Olas Blvd, Ste 1700 |
| Miami, Florida 33131 | Fort Lauderdale, Florida 33301 |
| Tel: (786) 688-2335 | Phone: 954-525-4800 |
| danielb@dereksmithlaw.com | kknox@fisherphillips.com |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |